IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | ) ) | Chapter 11 (Subchapter V) |
| Debtor. | ) ) ) | |

## WITNESS AND EXHIBIT LIST

| Judge: | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date: | Monday, August 1, 2022 |
| Hearing Time: | 8:30 a.m. (CT) |
| Party's Name: | Free Speech Systems, LLC |
| Attorney's Name: | RJ Shannon, Kyung S. Lee |
| Attorney's Phone: | (713) 714-5770 |
| Nature of Proceeding: | Hearing on:<br>• Emergency Motion for an Order Modifying the Automatic Stay to Allow the Heslin/Lewis State Court Suit to Continue to Judgement [Docket No. 2] (the "<u>Stay Motion</u>"). |

Shannon & Lee LLP ("**S&L**") proposed co-counsel to Free Speech Systems, LLC (the "**Debtor**"), in the above-captioned chapter 11 case (the "**Chapter 11 Case**"), hereby submits this witness and exhibit list in connection with the hearing to be held on Monday, August 1, 2022, at 8:30 a.m. (Central Time) (the "**Hearing**") on the Stay Motion.

## **WITNESSES**

The Debtor may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. W. Marc Schwartz, Chief Restructuring Officer of Free Speech Systems, LLC;

2. Any witnesses necessary to establish notice of the Hearing has been provided; and

3. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

# **EXHIBITS**

The Debtor may offer for admission into evidence any of the following exhibits at the Hearing:

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Debtor's Emergency Motion for Order Modifying the Automatic Stay to Allow the Heslin[s]/Lewis State Court to Continue to Judgement [ECF No. 2]. | | | | |
| 2 | Declaration of W. Marc Schwartz in Support of Voluntary Petition and First Day Motions [ECF No. 10]. | | | | |
| 3 | CV of W. Marc Schwartz, CPA/CFF, CFE. | | | | |
| 4 | Engagement Letter of Schwartz Associates, LLC. | | | | |
| 5 | Plaintiffs' Fourth Amended Petition, D-1-GN-18-001835, District Court of Travis County, Texas 261st District Court. | | | | |
| 6 | Plaintiffs' Exhibit List. | | | | |
| 7 | Plaintiffs' Witness List. | | | | |
| 8 | Defendants Exhibit List. | | | | |
| 9 | Defendants Witness List. | | | | |

The Debtor reserves the right to supplement, amend or delete any witness and exhibits prior to the hearing.  The Debtor also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.  The Debtor finally reserves the right to introduce exhibits previously admitted.

Respectfully submitted the 31st day of July, 2022.

    LAW OFFICES OF RAY BATTAGLIA, PLLC

Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, Texas 78218
Tel. (210) 601-9405

*Proposed Counsel to the Debtor and Debtor-In-Possession*

-and-

SHANNON & LEE LLP

/s/ *R. J. Shannon*
Kyung S. Lee
State Bar No. 12128400
klee@shannonleellp.com
R. J. Shannon
State Bar No. 24108062
rshannon@shannonleellp.com
700 Milam Street, STE 1300
Houston, Texas 77002
Tel. (713) 714-5770

*Proposed Co-Counsel to the Debtor and Debtor in Possession*