



# W. Marc Schwartz, CPA/CFF, CFE

(832) 583-7028

MSchwartz@SchwartzAssociates.us

**EXPERIENCE:** Marc's practice over the past forty-five years as a CPA has included providing business valuation, financial restructuring and expert witness services on a number of civil and criminal cases as well as serving, for the past thirty-five years, as a Chapter 11 bankruptcy trustee, an examiner with expanded powers and as a Federal and State court receiver. He has also assisted clients involved in civil litigation in matters involving construction litigation, professional malpractice, oil and gas disputes (upstream, oilfield services, downstream and midstream), intellectual property, breach of contract, trust and estate disputes, lender liability issues, personal injury, fraud and bankruptcy. The industries Marc has worked in include publishing, retail, healthcare, including medical devices, home and inpatient care, and medical practice operations, oil and gas, biofuels, manufacturing, telecommunications, transportation and refined products trading, amongst others. He is experienced in testifying in federal, state and bankruptcy courts as well as arbitration proceedings throughout the United States.

Marc was awarded his CPA certificate in 1975, was recognized with the Certified Fraud Examiner designation by the Association of Certified Fraud Examiners in 1989 and was Certified in Financial Forensics by the AICPA in 2008. In 2014 the Association of Certified Fraud Examiners presented him with its Lifetime Achievement Award for his more than twenty-five years of service to the anti-fraud profession. In 2019 he was admitted to Full Membership in the National Association of Federal Equity Receivers, an organization of 205 Full Members who have "...been appointed as federal equity receivers in matters of material size and complexity."

Marc started his career with Coopers & Lybrand (now PricewaterhouseCoopers) where he spent twenty years, the last twelve as an audit partner with the firm, working for a variety of client industries. His clients included Gulf Oil Corporation, Sterling Chemicals, Inc. and Mt. Airy Trading Company (at the time the largest refined products trader on the New York Mercantile Exchange, accounting for one third of the Exchange's volume). Marc also oversaw the Firm's Houston based Forensic and Valuation Services practice and served as the Firm's Southwest Region Coordinator of Banking Services.



**Professional History**
**(Partial Listing):**

**August 2019 to Present: Chairman, Schwartz Associates, LLC**

Professional services firm specializing in financial forensics, financial restructuring and reorganization services, and federal and state court receiverships.

**July 2018 to July 2019: Senior Vice President, Nathan Associates Inc.**

Senior Vice President responsible for building the companies litigation, restructuring and advisory practices in the Central United States.

**February 2001 to July 2018: Principal and President, HSSK, LLC**

A professional services firm specializing in business valuation, litigation consulting, and financial restructuring and reorganization services.

**July 1993 to January 2001: Shareholder and President, Schwartz Spilker & Co**

Along with its predecessor firms, provided litigation and bankruptcy, corporate acquisition, and strategic planning consulting services to clients

**1983 to 1993: Partner, Financial Advisory Services Group of Coopers & Lybrand, Houston, Texas**

Provided litigation consulting, bankruptcy consulting and valuation services as well as assisted clients in leveraged buyouts of financial institutions. Continued to serve as an audit partner with clients in the banking, oil and gas and manufacturing industries. Served as Southwest Region-- Coordinator of Banking Services.

**1976 to 1983: Audit staff and ultimately Partner, Coopers & Lybrand, Houston, Texas**

Provided litigation support services for clients, as well as serving audit clients in the banking, oil and gas and manufacturing industries

**1974 to 1976: Audit staff, Coopers & Lybrand, Chicago, Illinois**

Assisted clients in the banking and publishing (magazines and books) industries. Served as Director of Taxation for a NYSE listed company with U. S. and International operations in publishing and the hospitality industries.

**PROFESSIONAL AFFILIATIONS & ACTIVITIES:**

National Association of Federal Equity Receivers, Full Member

American Institute of Certified Public Accountants

Texas Society of Certified Public Accountants (TSCPA) and Houston Chapter

National Association of Certified Fraud Examiners

National Association of Forensic Economics


Schwartz Associates

|  |  |  |
|---|---|---|
|  | Turnaround Management Association | |
|  | State Bar of Texas, Bankruptcy Law Section, Non-Lawyer | |

**ACCREDITATIONS & LICENSES:**

| | | |
|---|---|---|
| | Certified Public Accountant | Licensed to practice in Texas. |
| | Certified Fraud Examiner | Association of Certified Fraud Examiners |
| | Certified in Financial Forensics | American Institute of Certified Public Accountants |
| | Licensed Private Investigator | Texas Department of Public Safety, Private Security Bureau (No. 00079856) |

**EDUCATION:**

| | | |
|---|---|---|
| | BA, Economics | Princeton University (1972) |
| | MBA, Finance and Accounting | University of Chicago (1973) |
| | Continuing Education | American Institute of Certified Public Accountants |
| | | Texas Society of CPAs |
| | | Houston Chapter of the Texas Society of CPAs |
| | | Dallas Chapter of the Texas Society of CPAs |
| | | University of Texas School of Law |
| | | National Association of Corporate Directors |
| | | Turnaround Management Association |
| | | Houston Chapter of the Association of Certified Fraud Examiners |
| | | State Bar of Texas |
| | | Programs Sponsored by Various Law Firms |

**CIVIC INVOLVEMENT:** Marc serves on the Board of Directors of the Mission Centers of Houston, ESCAPE Family Resource Center, the Memorial Exchange Club and as Past President of the National Exchange Club Foundation. He is also a former director and officer of the Houston Chapter of the Texas Society of CPAs.



Schwartz Associates