D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and<br>SCARLETT LEWIS<br><br>VS.<br><br>ALEX E. JONES, INFOWARS, LLC,<br>FREE SPEECH SYSTEMS, LLC, and<br>OWEN SHROYER | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN DISTRICT COURT OF<br><br>TRAVIS COUNTY, TEXAS<br><br>261st DISTRICT COURT |

## PLAINTIFFS' WITNESS LIST

Pursuant to the Court's pretrial order, Plaintiffs Neil Heslin and Scarlett Lewis hereby set forth their list of trial witnesses.

I. **Witnesses Who May be Called Live**

Neil Heslin
Plaintiff

Scarlett Lewis
Plaintiff

J.T. Lewis
Plaintiff's son

Alex Jones
Defendant

Owen Shroyer
Defendant

Rob Dew
Employee of Defendant

Daria Karpova
Employee of Defendant

Daniel Jewiss
CT State Police Lead Investigator

EXHIBIT 7

Charles Frye
Online debunker who warned InfoWars

Megyn Kelly
Media personality

CNN Custodian of Records
Cable news organization

Fred Zipp
Retained journalism standards expert

Becca Lewis
Retained online media expert

Bernard Pettingill
Retained economist expert

Roy Lubit
Retained forensic psychiatrist

Michael Crouch
Treating psychotherapist

## II. Witnesses Who May be Called Through Deposition

Brittany Paz
Corporate representative

Kit Daniels
Employee of Defendant

Adan Salazar
Employee of Defendant

Paul Watson
Employee of Defendant

Dan Bidondi
Former employee of Defendant

Rob Jacobson
Former employee of Defendant

Joshua Owens
Former employee of Defendant

### III. Witnesses Who May be Called Through Affidavit

Dr. Wayne Carver (deceased)
Office of the Chief Medical Examiner of Connecticut

Respectfully submitted,

**KASTER LYNCH FARRAR & BALL, LLP**

MARK D. BANKSTON
State Bar No. 24071066
WILLIAM R. OGDEN
State Bar No. 24073531
1117 Herkimer
Houston, Texas 77008
713.221.8300 Telephone
713.221.8301 Fax

### CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2022 the forgoing document was served upon all counsel of record via electronic service.

MARK D. BANKSTON