**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT K

NO. X06-UWY-CV-18-6046436-S

| | |
|---|---|
| ERICA LAFFERTY, ET AL., | ) SUPERIOR COURT |
| | ) COMPLEX LITIGATION |
| | ) AT WATERBURY |
| v. | ) |
| ALEX EMRIC JONES, ET AL. | ) |

NO. X06-UWY-CV-18-6046437-S  ) SUPERIOR COURT
) COMPLEX LITIGATION
WILLIAM SHERLACH            ) DOCKET AT WATERBURY
)
v.                          )
)
ALEX EMRIC JONES, ET AL.    )

NO. X06-UWY-CV-18-6046438-S  ) SUPERIOR COURT
) COMPLEX LITIGATION
WILLIAM SHERLACH, ET AL.    ) DOCKET AT WATERBURY
)
v.                          )
)
ALEX EMRIC JONES, ET AL.    )

VIDEOTAPED DEPOSITION OF ALEX EMRIC JONES

(CONFIDENTIAL)

DATE:     April 5, 2022

TIME:     9:37 a.m.

HELD AT:  Koskoff Koskoff & Bieder
          350 Fairfield Avenue
          Bridgeport, Connecticut

   By:    Sarah J. Miner, RPR, LSR #238

Alex Emric Jones   Confidential
April 05, 2022

```
 1  A P P E A R A N C E S:

 2  For the Plaintiffs:

 3  Christopher M. Mattei, Esq.
    Matthew S. Blumenthal, Esq.
 4  Alinor Sterling, Esq.
    Koskoff Koskoff & Bieder
 5  350 Fairfield Avenue, Suite 501
    Bridgeport, Connecticut   06604
 6

 7  For Alex Emric Jones, Infowars, LLC, Free Speech
    Systems, LLC, Infowars Health, LLC and Prison
 8  Planet TV, LLC:

 9  Norman A. Pattis, Esq.
    Pattis & Smith, LLC
10  383 Orange Street, First Floor
    New Haven, Connecticut   06511
11

12  For Genesis Communications Network, Inc.:
    (Appearing via Zoom)
13
    Mario Kenneth Cerame, Esq.
14  Brignole, Bush & Lewis
    73 Wadsworth Street
15  Hartford, Connecticut   06106

16  Also Present:

17  Pritika Seshadri

18

19

20

21

22

23

24

25
```

1    A    Yes.
2    Q    You were previously married to Kelly
3    Jones?
4    A    Yes.
5    Q    I understand that you arrived at our
6    building today with somebody who was operating a
7    digital camera device.  Is that right?
8    A    You mean a phone?
9    Q    Well, did you arrive at our building with
10   somebody who was filming you?
11   A    Yes, with a phone, yes.
12   Q    Who is that?
13   A    That is just one of the crew members.
14   Q    What is his name?
15   A    He is a new guy.  I forget his name.  It
16   is Reese something.  If you want, I can call him
17   and find out who.
18   Q    He traveled with you from Texas?
19   A    Yes.
20   Q    For the purpose of filming you?
21   A    Just documenting in case anything
22   happened, yeah.
23   Q    Do you ever intend to publish the footage
24   that he shoots on one of your broadcasts after this
25   deposition?

```
 1      A    I don't know.
 2      Q    Okay.
 3      A    Probably not.
 4      Q    But you wanted to be prepared to do that?
 5      A    Yes.
 6      Q    And part of the reason you want to be
 7 prepared to do that is because you have been
 8 raising money from your audience and you advised
 9 them that you need their funds to help finance your
10 litigation.  Correct?
11      A    Yes.
12      Q    You didn't tell them that you sold the
13 house in November, did you?
14              MR. PATTIS:  Objection as to form.
15              THE WITNESS:  Them?
16 BY MR. MATTEI:
17      Q    Your audience?
18      A    I did, yes.
19      Q    You told them how much you sold it for?
20      A    I believe I told them what I was able to
21 get from it, $3 million.  I know that was the money
22 we got from it.  I don't know the exact amount
23 after all the realty stuff.
24              MR. MATTEI:  Bring up Exhibit 1.
25 BY MR. MATTEI:
```

```
 1                  C E R T I F I C A T E
 2       I hereby certify that I am a Notary Public, in
 3  and for the State of Connecticut, duly commissioned
 4  and qualified to administer oaths.
 5       I further certify that the deponent named in
 6  the  foregoing deposition was by me duly sworn and
 7  thereupon testified as appears in the foregoing
 8  deposition; that said deposition was taken by me
 9  stenographically in the presence of counsel and
10  reduced to typewriting under my direction, and the
11  foregoing is a true and accurate transcript of the
12  testimony.
13       I further certify that I am neither of counsel
14  nor related to either of the parties to said suit,
15  nor of either counsel in said suit, nor am I
16  interested in the outcome of said cause.
17       Witness my hand and seal as Notary Public the
18  10th day of April, 2022.
19
20  [signature]
21  _____
    Sarah J. Miner, RPR, LSR #238
22  Notary Public
23  My Commission Expires:
24  November 30, 2022
25
```