UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
HA M. NGUYEN
TRIAL ATTORNEY
515 RUSK, SUITE 3516
HOUSTON, TX 77002
Telephone: (202) 590-7962
Fax: (713) 718-4670
E-Mail: ha.nguyen@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| FREE SPEECH SYSTEMS LLC, | § | CASE NO. 22-60043 |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**MELISSA HASELDEN**
**700 MILAM, SUITE 1300**
**HOUSTON, TX 77002**
**Email: mhaselden@haseldenfarrow.com PH: 832-819-1149**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: August 2, 2022

                                                      KEVIN M. EPSTEIN
                                                    United States Trustee Region 7
                                                    Southern and Western Districts of Texas

By:   */s/ Ha M. Nguyen*
         Ha M. Nguyen
         Trial Attorney
         CA State Bar No. 305411
         515 Rusk, Suite 3516
         Houston, Texas 77002

Telephone: (202) 590-7962
Fax: (713) 718-4670
Ha.nguyen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on August 2, 2022.

By:   */s/ Ha M. Nguyen*
Ha M. Nguyen
Trial Attorney
CA State Bar No. 305411
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (202) 590-7962
Fax: (713) 718-4670
Ha.nguyen@usdoj.gov

**By Mail to Debtor:**

**Free Speech Systems LLC**
3019 Alvin Devane Blvd., STE 300
Austin, TX 78741

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| FREE SPEECH SYSTEMS LLC, | § | CASE NO. 22-60043 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason other than the following connections:

  (i) from April 18, 2022 through June 10, 2022, I served as Subchapter V trustee in the jointly administered bankruptcy cases of InfoW, LLC, IWHealth, LLC and Prison Planet TV, LLC, which were administered under Bankruptcy Case No. 20-60020 in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

  (ii) the attorneys with HF have professional connections through the Moller/Foltz Inn of Court, Turnaround Management Association, International Women's Insolvency & Restructuring Confederation, American Bankruptcy Institute, Houston Bar Association, continuing education courses, and/or social media through which certain attorneys may have connections to the United States Trustee's office, Judge, Court staff, and other bankruptcy practitioners who may represent parties in this case.

1

I do not believe any of these connections creates an adverse relationship with any Debtor.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $450.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: August 1, 2022

Respectfully submitted,

HASELDEN FARROW PLLC

By: _____
Melissa A. Haselden
State Bar No. 00794778
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
mhaselden@haseldenfarrow.com

2