# Forecasted 3 Week Cash Flow Budget
## Between July 30, 2022 and August 19, 2022

| | Period | 07/30/2022-08/05/2022 | 08/06/2022-08/12/2022 | 08/13/2022-08/19/2022 |
|---|---|---|---|---|
| | Week Number | 1 | 2 | 3 |
| **Income** | | | | |
| Product Sales | | $ 595,489.01 | $ 595,489.01 | $ 595,489.01 |
| Advertising | | - | - | - |
| Donations | | 3,141.25 | 3,141.25 | 3,141.25 |
| **Total Income** | | **598,630.26** | **598,630.26** | **598,630.26** |
| **Selling & Product Costs** | | | | |
| Inventory Purchase | | (76,155.17) | (76,155.17) | (76,155.17) |
| Repay PQPR Inventory | | - | (250,000.00) | - |
| Merchant Account Fees | | (26,797.01) | (26,797.01) | (26,797.01) |
| Shipping cost for drop ship orders | | (7,911.81) | (7,911.81) | (7,911.81) |
| Fulfillment Services | | (95,278.24) | (95,278.24) | (95,278.24) |
| Processor Fees | | (23,819.56) | (23,819.56) | (23,819.56) |
| eCommerce Store Maintenance | | (27,270.00) | - | - |
| Texas Sales Tax | | (5,337.87) | - | - |
| **Total Cost of Goods Sold** | | **(262,569.67)** | **(479,961.80)** | **(229,961.80)** |
| **Operating Expenses** | | | | |
| **Advertising & Promotion** | | | | |
| Advertising & Promotion | | (3,041.98) | - | - |
| Print Media | | (3,000.00) | - | - |
| Radio Show Advertising | | (11,500.00) | - | - |
| **Total Advertising & Promotion** | | **(17,541.98)** | **-** | **-** |
| **Computer/IT/IP Expense** | | | | |
| Internet & TV services | | (2,082.90) | - | (1,608.39) |
| Software License Fees | | (140.80) | - | - |
| Server Hosting Service | | (28,595.13) | - | - |
| CDN Video Cloud Storage | | (55,728.00) | - | - |
| Satellite Service | | (137,282.93) | - | - |
| Imaging License Fee | | (9,201.25) | - | - |
| Software & Apps | | (5,000.00) | - | - |
| Website Hosting | | - | - | (266.50) |
| **Total Computer/IT/IP Expense** | | **(238,031.01)** | **-** | **(1,874.89)** |
| Insurance | | (2,166.50) | - | - |
| **Office & Administrative Expense** | | | | |
| Bank Fees & Service Charges | | (45.90) | (45.90) | (45.90) |
| Equipment Rental | | (1,989.90) | - | - |
| Office Supplies/Printing/Copy | | (2.10) | (2.10) | (2.10) |
| Business Meals | | (280.46) | (280.46) | (280.46) |
| **Total Office & Administrative Expense** | | **(2,318.36)** | **(328.46)** | **(328.46)** |
| | | | | |
| Outsourced Services | | (45,980.00) | - | - |
| Consulting Services | | (22,670.00) | - | (12,000.00) |
| **Utilities** | | | | |
| Electricity | | - | - | (5,107.63) |
| HVAC | | (256.19) | - | - |


EXHIBIT 10

| Period | 07/30/2022-08/05/2022 | 08/06/2022-08/12/2022 | 08/13/2022-08/19/2022 |
|---|---|---|---|
| CAM Charges | (20,364.16) | - | - |
| Water & Sewer | (1,708.55) | - | - |
| Gas Service | (132.09) | - | - |
| Pest Control | (244.65) | - | - |
| Waste Management | (351.81) | - | - |
| **Total Utilities** | **(23,057.46)** | **-** | **(5,107.63)** |
| **Occupancy** | | | |
| Rent | (33,408.51) | - | - |
| Office Security | (31,111.90) | - | - |
| Repair & Maintenance - Building | (1,777.19) | - | - |
| Janitorial | (5,983.33) | - | - |
| **Total Occupancy** | **(72,280.93)** | **-** | **-** |
| Supplies | (1,258.02) | - | - |
| Telephone | (18,337.88) | - | - |
| **Personnel Expenses** | | | |
| Salaries & Wages - Base | (168,467.44) | - | (168,467.44) |
| Payroll Tax | (13,971.09) | - | (13,971.09) |
| Alex Jones Salary | (54,166.67) | - | (54,166.67) |
| **Total Personnel Expenses** | **(236,605.20)** | **-** | **(236,605.20)** |
| **Travel** | | | |
| Mileage/Parking/Tolls | (99.69) | (99.69) | (99.69) |
| Vehicle Leases | - | (1,470.56) | - |
| **Total Travel Expenses** | **(99.69)** | **(1,570.25)** | **(99.69)** |
| **Total Operating Expenses** | **(680,347.03)** | **(1,898.71)** | **(256,015.88)** |
| *Non-Operating Expenses* | | | |
| Payment on PQPR Note | (12,500.00) | (15,500.00) | (27,500.00) |
| AMEX Payment | (172,390.28) | - | (172,390.28) |
| **Total Other Expenses** | **(184,890.28)** | **(15,500.00)** | **(199,890.28)** |
| **Professional Fees** | | | |
| CRO Fees | - | - | - |
| Financial Adviosr Fee | - | - | - |
| Shannon & Lee LLP | - | - | - |
| Ray Battaglia | - | - | - |
| **Total Professional Fees** | **-** | **-** | **-** |
| **Total Cash Flow** | **$ (529,176.72)** | **$ 101,269.75** | **$ (87,237.70)** |