# Exhibit 15

Brittany Paz Volume III
June 27, 2022

```
                STATE OF CONNECTICUT
                   SUPERIOR COURT
              COMPLEX LITIGATION DOCKET
                  HELD AT WATERBURY
                     VOLUME III
- - - - - - - - - - - - - - - - -X

ERICA LAFFERTY, et al.,
                    PLAINTIFFS,

          vs.                 X06-UWY-CV18-6046436-S

ALEX EMRIC JONES, et al.,
                    DEFENDANTS.

- - - - - - - - - - - - - - - - -X

WILLIAM SHERLACH,
                    PLAINTIFF,

          vs.                 X06-UWY-CV18-6046437-S

ALEX EMRIC JONES, et al.,
                    DEFENDANTS.

- - - - - - - - - - - - - - - - -X

WILLIAM SHERLACH, et al.,
                    PLAINTIFFS,

          vs.                 X06-UWY-CV18-6046438-S

ALEX EMRIC JONES, et al.,
                    DEFENDANTS.
- - - - - - - - - - - - - - - - -X
```

        V I D E O T A P E D   D E P O S I T I O N

          The videotaped deposition of BRITTANY PAZ

was taken pursuant to notice at the offices of Koskoff

Koskoff & Bieder, PC, 350 Fairfield Avenue, Bridgeport,

Connecticut, before Viktoria V. Stockmal, RMR, CRR,

license #00251, a Notary Public in and for the State of

Connecticut, on Monday, June 27, 2022, at 10:11 a.m.

Brittany Paz Volume III
June 27, 2022

```
 1  A P P E A R A N C E S:
 2      ATTORNEYS FOR THE PLAINTIFFS:
 3      KOSKOFF KOSKOFF & BIEDER, PC
        350 Fairfield Avenue
 4      Bridgeport, CT 06604
        Tel:  203-336-4421
 5      E-mail: asterling@koskoff.com
                cmattei@koskoff.com
 6              mblumenthal@koskoff.com
 7      CHRISTOPHER M. MATTEI, ESQ.
        ALINOR STERLING, ESQ. (Appearing remotely)
 8      PRITIKA SESHADRI
 9
        ATTORNEYS FOR THE DEFENDANTS:
10
        FOR ALEX EMRIC JONES, INFOWARS, LLC, FREE SPEECH
11      SYSTEMS, LLC, INFOWARS HEALTH, LLC and PRISON
        PLANET TV, LLC:
12
        PATTIS & SMITH, LLC
13      383 Orange Street, First Floor
        New Haven, CT 06511
14      Tel:  203-393-3017
        E-mail: npattis@pattisandsmith.com
15
        ZACHARY REILAND, ESQ.
16
17      FOR GENESIS COMMUNICATIONS NETWORK, INC.:
18      BRIGNOLE, BUSH, & LEWIS, LLC
        73 Wadsworth Street
19      Hartford, CT 06106
        Tel:  860-527-9973
20      E-mail: mcerame@brignole.com
21      MARIO KENNETH CERAME, ESQ. (Appearing remotely)
22
23      ALSO PRESENT:
24          Joseph Raguso, Videographer
25
```

```
 1      S T I P U L A T I O N S
 2
 3          IT IS HEREBY STIPULATED AND AGREED TO
 4  by and among counsel for the respective parties hereto
 5  that all technicalities as to the proof of the official
 6  character of the authority before whom the deposition is
 7  to be taken are waived.
 8
 9          IT IS FURTHER STIPULATED AND AGREED TO
10  by and among counsel for the respective parties hereto
11  that any objections to the sufficiency of the notice are
12  waived.
13
14          IT IS FURTHER STIPULATED AND AGREED TO
15  by and among counsel for the respective parties hereto
16  that all objections, except as to form and privilege, are
17  reserved to the time of trial.
18
19          IT IS FURTHER STIPULATED AND AGREED TO
20  by and among counsel for the respective parties hereto
21  that the reading and the signing of the deposition by the
22  deponent are NOT waived.
23
24
25
```

```
 1          THE COURT REPORTER:  Are you going to want
 2  me to re-swear the witness?
 3          MR. CERAME:  I think we should.
 4          THE COURT REPORTER:  Let me make sure I
 5  have everybody who is present.  If everybody
 6  could identify yourselves.
 7          MR. MATTEI:  Chris Mattei on behalf of the
 8  plaintiffs.  On the Zoom, I am joined by my
 9  colleague, Alinor Sterling, also on behalf of
10  the plaintiffs.  She will be observing today.
11  And then the other individual you see on the
12  Zoom, Pritika Seshadri, is my assistant.
13          MR. CERAME:  This is Mario Cerame.  I
14  represent Genesis Communication Network
15  Incorporated, a co-defendant to Alex Jones and
16  the other co-defendants.
17          MR. REILAND:  In the room, Attorney
18  Zachary Reiland for the Jones defendants with
19  Ms. Paz.
20          THE COURT REPORTER:  Thank you.
21  Transcript orders?
22          MR. MATTEI:  We just do an e-Tran.
23          MR. CERAME:  We didn't order one at this
24  time.
25          MR. REILAND:  E-Tran is fine.
```

```
 1          THE VIDEOGRAPHER:  We are now on the
 2  record.
 3          Participants should be aware that this
 4  proceeding is being recorded and as such, all
 5  conversations held will be recorded unless
 6  there's a request and agreement to go off the
 7  record.  This is the video recorded deposition
 8  of Brittany Paz being taken by counsel.
 9          Today's Monday June 27th, 2022, the time
10  now is 10:11 a.m. in the eastern time zone.  We
11  are here in the matter of Erica Lafferty versus
12  Alex Jones.
13          My name is Joe Raguso, videographer with
14  U.S. Legal, located at 90 Broad Street, New
15  York, New York.  I am not related to any
16  parties in this action nor am I financially
17  interested in the outcome.
18          At this time, will the reporter, Viktoria
19  Stockmal on behalf of Legal Support, please
20  swear in the witness.
21          THE COURT REPORTER:  Will counsel
22  stipulate that I can swear the witness
23  remotely?
24          MR. MATTEI:  Yes, counsel for the
25  plaintiff agrees to the remote administration
```

Brittany Paz Volume III
June 27, 2022

Page 553

1    of the oath and that this deposition will be
2    conducted pursuant to that.
3           MR. CERAME:  Zach, you go.
4           MR. REILAND:  Attorney Zachary Reiland,
5    present in the deposition room for the Jones
6    defendants, agrees to the same, the witness may
7    be sworn in.
8           MR. CERAME:  Attorney Mario Cerame.  We
9    stipulate to the same thing that both other
10   counsel have.
11
12   B R I T T A N Y  P A Z
13   Business address:  4 Research Drive, Suite 402, Shelton
14   Connecticut, 06484,
15              Called as a witness, having been
16          first duly sworn and/or affirmed by
17          Viktoria V. Stockmal, a Notary Public in
18          and for the State of Connecticut, was
19          examined and testified as follows:
20          THE COURT REPORTER:  I failed to ask.
21   Usual stipulations?
22          MR. MATTEI:  Yes.  Yes, the usual
23   stipulations apply.  In this case that is meant
24   that the witness has reserved her right to read
25   and sign the deposition and that the parties

Page 554

1    are reserving all objections except those as to
2    form until the time of trail.
3           MR. REILAND:  And yes for the Jones
4    defendants in the room.
5           MR. CERAME:  Yes, for Attorney Cerame.
6    EXAMINATION BY MR. MATTEI:
7       Q   Good morning, Ms. Paz.
8       A   Good morning.
9       Q   Welcome back.  We were last here for your
10   deposition on, I believe --
11      A   Back in March.
12      Q   -- March 16th.  And so, before we start today,
13   I observed that you had a set of typewritten notes before
14   you.  You've handed me a copy of those and these will be
15   marked as the next exhibit in sequence.  I don't know if
16   we know what that will be right now or if we can just do
17   that at the break.
18          MS. SESHADRI:  126.
19          (Plaintiff's Exhibit 126 was
20          marked for identification:  Typewritten
21          notes.)
22   BY MR. MATTEI:
23      Q   This will be Exhibit 126.
24          Ms. Paz, why don't you just explain to me what
25   these notes are?

Page 555

1       A   Sure.  After the last day of deposition, I went
2    through the deposition notice that was going to be for
3    today, but I think the day got moved because Mr. Jones
4    took a date; and then I thought that I needed to speak to
5    some more people on the rest of the questions; so, I
6    spoke to Blake Roddy, who is in charge of the marketing
7    and advertising for Free Speech and I also had a couple
8    conversations with Bob Roe and Mark Schwartz, I think.
9    They are the accountants that work with Free Speech about
10   the financial aspects of it, and I took some notes about
11   my conversations with them.
12      Q   So, in the first section here it looks like
13   you've headed it Advertising and then you indicate --
14   there's a notation, Blake Roddy interview, March 4, 2022.
15   Am I to understand that for those first two paragraphs
16   there before you get to Marketing Services, that that
17   information was obtained from Mr. Roddy during an
18   interview of him?
19      A   Right.  I spoke to him on the phone and I think
20   these are the notes that I took during that phone
21   conversation.
22      Q   Did you take those -- did you type those notes
23   at the time or were those handwritten notes that you
24   transcribed?
25      A   Honestly, I don't remember if I typed them

Page 556

1    directly.  I might have typed them directly because I was
2    in front of my computer at the time, so I don't know if I
3    hand wrote anything.
4       Q   The Marketing Services since 2017, was that
5    also information you obtained from Mr. Roddy during that
6    interview?
7       A   Post -- I think post-2018, because he wasn't in
8    that position prior to that.  So, I don't know -- I don't
9    think he could really give me any information pre-2018
10   when he was in that position, which is what my notes
11   indicate is that other people were doing that.
12      Q   I just want to confirm for now that the
13   itemized list, one, two, three here, that's all
14   information you obtained from Mr. Roddy; right?
15      A   Yes.
16      Q   What you are saying is that information
17   pertains to post-2017 business activity; correct?
18      A   Right.  That's what it says there.
19      Q   And then, you have here a header that says
20   Blake Roddy Deposition; what does that indicate?
21      A   That after I had spoken to Blake, I reviewed
22   his deposition.
23      Q   That was the deposition that he gave in this
24   case; correct?
25      A   Yes, I believe it was in this case, Connecticut

Brittany Paz Volume III
June 27, 2022

Page 557

1 cases.
2     Q    So, everything down until the part that says
3 Notes dash, that was all information that you obtained
4 either by virtue of your interview with Mr. Roddy or your
5 review of his deposition; correct?
6     A    Yes.
7     Q    Then you get to notes at the bottom which
8 starts with "to notes" and I'm assuming this refers to
9 the documents that were produced last week purporting to
10 be some sort of debt instrument between Free Speech
11 Systems and PQPR; correct?
12     A    That is correct, yes.
13     Q    Where did you obtain the information reflected
14 here at the very bottom?
15     A    These are based on a couple conversations I
16 had.  I had a video conversation with Mark Schwartz and
17 counsel.  I also had, I believe, one video conference
18 with Bob Roe and maybe two phone calls basically
19 explaining the spreadsheets that I believe were produced
20 as well as the notes.
21     Q    When did your conversation with Mr. Schwartz
22 and counsel take place?
23     A    Within the last couple weeks after we scheduled
24 this date.  So, within the last couple weeks.
25     Q    Was it last week?

Page 558

1     A    It might have been the week before.
2     Q    Okay.
3          Is that your best recollection that it was
4 probably a week before?
5     A    Yeah, I don't remember the exact date of when
6 the conversation happened, but it was after this date was
7 scheduled and we knew that this date was happening.
8     Q    Well, this date's been scheduled for quite a
9 while, so I just want to make sure I understand what your
10 best recollection is of when your conversation with
11 Mr. Schwartz and counsel may have taken place.
12     A    Well, I wasn't --
13     Q    Let me just finish.
14     A    Oh, sure.
15     Q    So, you indicated earlier that you thought it
16 was within the last couple of weeks.  So, today is June
17 27th.  Do you believe it was during the week beginning
18 June -- Sunday, June 12th?
19     A    May I look at my calendar?
20     Q    Yeah, please.  Would that be a calendar entry?
21     A    I might have put it in my calendar because it
22 was a Zoom call, so it might be in my calendar.
23     Q    That would be great.
24     A    Just give me one second.
25          So, I have it on my calendar as Friday, June

Page 559

1 17th?
2     Q    Okay.
3          And that's a Zoom call involving you, a
4 gentleman named Mark Schwartz and Attorney Pattis?
5     A    It was Attorney Reiland.
6     Q    Thank you.
7          Anybody else participate in that?
8     A    No, it was just the three of us.
9     Q    What's your understanding of who Mr. Schwartz
10 is?
11     A    I believe he's an accountant working for Free
12 Speech.
13     Q    Okay.
14          Where did you get that information?
15     A    Attorney Pattis indicated he was the best
16 person to speak to regarding the financial questions that
17 were going to be in this deposition; so, that is who I
18 contacted.
19     Q    Okay.
20          The financial questions, you're referring
21 specifically to the relationship between PQPR and Free
22 Speech Systems?
23     A    The questions that were noticed in the
24 deposition, those questions.
25     Q    What specific financial issues did you believe

Page 560

1 he was going to be able to provide you information --
2     A    He was going to be able to explain to me, for
3 example, one of the noticed questions was about
4 advertising.  Who advertises, paid advertising to Free
5 Speech who -- and how we get paid for advertising.  So,
6 he was able to pull information from our general ledger
7 and create some spreadsheets and then he explained those
8 to me.  For example, one of the questions was about
9 advertising.  Who advertises, paid advertising to Free
10 Speech who -- and how we get paid for advertising.  So,
11 there so I can cogently testify to it today.  That kind
12 of thing.
13     Q    You're referring to Mark Schwartz as having
14 been the individual who --
15     A    I had --
16     Q    Just let me finish my question.
17     A    Okay, sure.
18     Q    You collected that information and was in the
19 best position to talk about those issues on behalf of
20 Free Speech Systems?
21     A    I had also spoken to Mr. Roe about that
22 previously.
23     Q    I'm just specifically though talking about
24 Mr. Schwartz and the meeting you had with him on June
25 17th and what you were informed about his status with the

Brittany Paz Volume III
June 27, 2022

Page 561

1  company, why he was in the position to give you
2  information concerning those issues. I just want to make
3  clear that you're speaking specifically about
4  Mr. Schwartz there being the one who collected
5  spreadsheets concerning Mr. Jones's compensation and
6  spreadsheets and information concerning advertising
7  activity of Free Speech Systems; is that correct?
8      A   I don't know how to answer that question. I
9  don't know if he created those spreadsheets. All I know
10 is he was able to explain the spreadsheets to me.
11     Q   Those spreadsheets being the ones related to
12 Free Speech Systems' advertising and to Mr. Jones's
13 compensation?
14     A   If you would like to pull up the deposition
15 notice, I could indicate exactly which numbers I spoke to
16 him about.
17     Q   No, no, I'm asking you about the spreadsheets
18 you were just voluntarily testifying about. So, I don't
19 want to present you -- I'm asking --
20     A   Well, you asked me a question.
21     Q   Just let me finish, Ms. Paz.
22     A   Sure.
23     Q   We have to do question and answer. It's going
24 to go a lot quicker if you just let me finish my question
25 and then you answer; okay?

Page 562

1          Specifically, the spreadsheets that you were
2  referring to that Mr. Schwartz described for you and was
3  able to explain, you referred to them as being
4  spreadsheets relating to Mr. Jones's compensation and
5  advertising; is that correct?
6      A   Yes. Among others.
7      Q   Okay, great.
8          What other issues did he explain to you?
9      A   If you would pull up the deposition notice, I
10 could tell you exactly which ones.
11     Q   Why don't we pull up the re-notice for today.
12         Do you have that in front of you, Ms. Paz?
13     A   Yes.
14     Q   So, you would like us just to advance to the
15 topic section?
16     A   Yes, that would be great.
17         If you could scroll down just a little bit
18 more. Wait, wait, wait. Too far, too far.
19         So, if you scroll up to No. 4. So, one of
20 those spreadsheets was the identities of any third
21 parties who provide with you marketing service. So, they
22 were able to -- when I say "they," I mean, Mark Schwartz
23 and Mr. Roe. I'm not sure --
24     Q   I'm asking you specifically about Mr. Schwartz?
25     A   I don't know who created those spreadsheets,

Page 563

1  I'm not sure, so he was able to explain them to me.
2      Q   Mr. Schwartz was?
3      A   Yes.
4      Q   And one of the spreadsheets Mr. Schwartz was
5  able to explain to you pertained to the information
6  described in item 4, third-party advertising services;
7  correct?
8      A   Yes.
9      Q   Okay. Continue.
10     A   Then for No. 5, any third parties who had paid
11 Free Speech for advertising and our marketing service.
12     Q   Mr. Schwartz described and explained those --
13 the information contained in those spreadsheets?
14     A   Yes.
15         Then for No. 8, the compensation to Mr. Jones,
16 David Jones and Kelly Jones?
17     Q   Mr. Schwartz explained that data to you?
18     A   Yes. We discussed that one.
19         We also discussed No. 9 which is the closed
20 caption transcription services.
21     Q   Mr. Schwartz -- Mr. Schwartz was able to
22 provide you with information concerning Free Speech
23 System's closed captioning services?
24     A   Yes. So, I asked him -- that wasn't originally
25 included in the information, but he was able to go

Page 564

1  through the general ledger and search for the information
2  and then provide that. So, he may have created that
3  spreadsheet because I asked him directly for it.
4      Q   You asked Mr. Schwartz directly for what now?
5  A spreadsheet describing expenses made for closed
6  captioning transcription services?
7      A   Right.
8      Q   He was able to provide that for you?
9      A   Right. Well, it was -- it's not difficult.
10 You go through the general ledger and just search for
11 that account. So, it has a specific account associated
12 with it and then he just printed off all of the
13 transactions for that time period.
14     Q   Okay.
15     A   We did discuss item 10, the transactions
16 between the two companies, Free Speech and PQPR. And if
17 you could scroll down -- I just want to make sure I have
18 everything. I think that's it.
19     Q   And so, Mr. Schwartz was described to you as an
20 accountant working for Free Speech Systems?
21     A   Yes, I don't know exactly what his relationship
22 is to Free Speech. It may be a consulting relationship,
23 I'm not sure. But I was given his information and told
24 to contact him.
25     Q   But I just want to make sure that what you

Brittany Paz Volume III
June 27, 2022

Page 565

1  understand is that he is an accountant who is -- has some
2  relationship with Free Speech Systems, it sounds like you
3  believe in a consulting capacity?
4      A    I don't know what capacity he's employed by
5  Free Speech, but that was the name of the person I was
6  told to contact, so I did.
7      Q    And so, let me then just confirm that what you
8  were informed was that he was an accountant?
9      A    I believe he's an accountant, yes.
10     Q    Based on information that Attorney Pattis
11 provided to you?
12     A    Yes.
13     Q    Do you have any understanding of Mr. Schwartz's
14 involvement in Mr. Jones's recent bankruptcy petition on
15 behalf of three companies that he controls?
16     A    No, I don't.
17     Q    Were you aware that he was involved in that at
18 all?
19     A    No, I'm not.
20     Q    Did he -- okay.
21          How long was that meeting with Mr. Schwartz?
22     A    I would say it was about an hour.
23     Q    Let's pull up the two notes that were produced
24 to us last week.
25          These are -- what are these numbered?

Page 566

1          MS. SESHADRI:  117 and 118.
2  BY MR. MATTEI:
3      Q    Ms. Paz, do you have before you a document
4  captioned Promissory Note, dated August 13, 2020?
5      A    Yes.
6      Q    Have you seen this document before?
7      A    Yes.
8      Q    Did you discuss this document with
9  Mr. Schwartz?
10     A    Yes.  We did discuss the two notes and their
11 relationship to the payments that Free Speech makes to
12 PQPR.
13     Q    Let's look at 18, too, if you can just identify
14 that, Ms. Paz.  This is another document captioned as a
15 Promissory Note, dated November 10, 2021.  Have you seen
16 this document before?
17     A    Yes.
18     Q    Did you discuss this with Mr. Schwartz?
19     A    Yes.
20     Q    Did you discuss both these document with
21 Mr. Roe as well?
22     A    Yes.  I had had communications with Mr. Roe
23 about the promissory -- the debt from Free Speech to
24 PQPR.  I hadn't seen these, though, when I had those
25 conversations with him, so I didn't discuss the actual

Page 567

1  documents with him.  But I did discuss the debt with him.
2      Q    Understood.
3          How did you first receive these two
4  documents?
5      A    I asked for them and they were e-mailed to me.
6      Q    When were they e-mailed to you?
7      A    In the last week.
8      Q    Who e-mailed them to you?
9      A    I think Mr. Roe e-mailed them to me.
10          MR. MATTEI:  I don't believe that we have
11          that e-mail, Zach.  I don't think it was
12          included in what you provided last week.
13          MR. REILAND:  That was probably sent after
14          that disclosure was gathered together, so we'll
15          start a new one.
16 BY MR. MATTEI:
17     Q    So, you asked to see them and you asked --
18     A    I asked for them, yes.
19     Q    You believe Mr. Roe sent them to you last week?
20     A    Yes.
21     Q    Mr. Roe sent them to you last week --
22     A    Well, within the last week.  I'm not sure.
23 Within the last week.
24     Q    So, when did you discuss them with
25 Mr. Schwartz?

Page 568

1      A    I had a phone call with Mr. Schwartz after the
2  Zoom meeting.
3      Q    Okay.
4          So, in addition to your Zoom meeting, you had a
5  phone call with him and that was last week?
6      A    Well, yes.  It had to be last week because
7  today is Monday; so, yes.
8      Q    The purpose of that phone call specifically was
9  to discuss these two documents?
10     A    Yes, discuss the notes and any other questions
11 I had that were lingering, which weren't many.  It was a
12 short phone call.
13     Q    But you were aware during your initial
14 conversation with Mr. Schwartz on the 17th of the
15 existence of these notes which is what prompted you to
16 then ask him for them?
17     A    Right.
18     Q    We'll go over these in substance a little bit
19 later.
20          So, your notes at the very bottom, I take it
21 those notes are taken from your conversation with
22 Mr. Schwartz concerning the actual documents; correct?
23     A    Right.  So, these notes I didn't have the
24 actual document yet, we were talking about it in our Zoom
25 call.  So, these were the notes from the Zoom call.

Brittany Paz Volume III
June 27, 2022

Page 569

1    Q   I see.
2        And then do you have any notes that you took
3   from your telephonic conversation with him last week?
4    A   No, I didn't write anything down.  It was a
5   very short conversation.  It wasn't that long.  Maybe,
6   ten minutes.
7    Q   Okay.
8        And your testimony is that you believe that you
9   took these notes as kind of a running Word document.  You
10  had the notes from Mr. Roddy and then you continued to
11  fill in the document --
12   A   Right.
13   Q   -- with your notes from Mr. Schwartz; correct?
14   A   That's correct, yes.
15   Q   The only notes you took during your Zoom call
16  with Mr. Schwartz are those at the bottom; correct?
17   A   I believe so, yes.  I don't have any -- I don't
18  think I have any handwritten notes.
19   Q   Okay.
20       Other than speaking with Mr. Roddy, reviewing
21  Mr. Roddy's deposition and having a series of Zoom or
22  telephone calls with both Mr. Roe and Mr. Schwartz, did
23  you do anything else to prepare for your deposition
24  today?
25   A   I don't believe so.  I might have tried to

Page 570

1   refresh my recollection from some of the previous
2   depositions, but aside from that, no.
3    Q   Okay.
4        Well, do you believe that you reviewed
5   deposition transcripts, other than Mr. Roddy's, in
6   advance of your deposition today?
7    A   I know I went -- over the weekend, I wanted to
8   refresh my recollection from Mr. Daniel's deposition.
9   Other than that, I don't think I read anything else other
10  than these notes.
11   Q   You reviewed Mr. Daniel's deposition this
12  weekend?
13   A   Yes, yes.
14   Q   Do you know he had basically two segments of
15  his deposition?  Do you know if you read his first, his
16  second, both?
17   A   It wasn't -- so, I know that he was also
18  deposed in Texas.  I don't have a copy of that.  So, I
19  think I only have a copy of his Connecticut deposition.
20  So, I re-read that.
21   Q   That's what I'm referring to.  He sat twice in
22  Connecticut?
23   A   Oh, I see.  No, no.  I only have one portion of
24  it.  I don't think I have a second portion.
25   Q   You didn't review Alex Jones's deposition

Page 571

1   testimony?
2    A   No.
3    Q   And you haven't reviewed Rob Dew's deposition
4   testimony?
5    A   No.
6    Q   Has anybody summarized or described Mr. Jones's
7   testimony to you in any way?
8    A   His most recent deposition?
9    Q   He --
10   A   The one he was here in March for?
11   Q   He was here in March, he sat for two days in
12  March and then he appeared virtually two weeks ago.
13   A   Okay.
14       I don't have copies of those, no.
15   Q   But my question was whether anybody had
16  summarized his testimony to you?
17   A   No.
18   Q   Okay.
19       So, as far as -- you have no basis of
20  information for understanding what he testified about in
21  the Connecticut case; correct?
22   A   No, I haven't read them.
23   Q   I know you haven't read them, but I just want
24  to --
25   A   No, no.  No one talked to me about them either,

Page 572

1   so, no.
2    Q   Thank you.
3        When we were last here, you testified that you
4   had been paid $30,000 for all of your work as Free Speech
5   Systems' corporate representative both in Texas and in
6   Connecticut.  Have you received any compensation since we
7   last met for your deposition?
8    A   Have I received anything, no, but I do
9   anticipate receiving an additional flat rate.
10   Q   Okay.
11       And how did that -- and how much do you
12  anticipate receiving in addition to the $30,000 you've
13  already been paid?
14   A   The agreement was, because we needed to have
15  these additional days of deposition, I don't think that
16  was contemplated that I would receive a flat $7,500 fee.
17   Q   And that's specifically for your testimony
18  today?
19   A   Right.
20   Q   You don't anticipate giving any other
21  deposition testimony either here or in Texas; correct?
22   A   Unless you need another day, but I don't think
23  so.
24   Q   I think we will be finished today.
25   A   Okay.

Brittany Paz Volume III
June 27, 2022

Page 573

1      Q      Although I can't speak for Attorney Cerame, I
2  think we will be finished today?
3      A      Yes, for however long this takes.
4      Q      May I ask, do you anticipate being available to
5  testify at trial in any of the Texas cases?
6      A      If it's required, then yes.
7      Q      That's something you would be willing to do?
8      A      If it's required, yes.  I think I have to.
9      Q      Okay.
10            The same would be true if called to testify in
11  Connecticut in the trial here; right?
12     A      Sure.
13     Q      You expect you would probably negotiate
14  additional compensation for that work?
15     A      I don't know.  We hadn't talked about it, in
16  all honesty.
17     Q      You have not yet been paid the $7,500 you are
18  anticipating being paid for?
19     A      Right.  I don't have it yet.  But I did invoice
20  it.
21     Q      You invoiced it by e-mail?
22     A      Yes, I did.
23     Q      And am I correct that you still don't have any
24  sort of written agreement or retainer with Attorney
25  Pattis or Free Speech Systems?

Page 574

1      A      No, I don't think I signed a retainer
2  agreement.
3      Q      Let's bring up the PQPR Free Speech Systems'
4  transaction spreadsheet, please.
5             I'm going to bring it up just so we have it;
6  but let me ask you first:  You're obviously familiar with
7  the company PQPR Holdings Limited LLC; correct?
8      A      Yes, I'm aware of it.
9      Q      What's your understanding of that company's
10  purpose?
11     A      That company exists to purchase product which
12  is then sold on the Free Speech website.  It also houses
13  the product.  So, it basically -- it is -- it sells
14  product is its purpose.
15     Q      And the products it sells are nutritional
16  supplements; correct?
17     A      Yes, amongst others.
18     Q      Storable food?
19     A      I'm not sure about the storable food.  I don't
20  know, is the answer.
21     Q      Merchandise?
22     A      Yes.
23     Q      Did you ask anybody whether or not storable
24  food is among the products sold by PQPR?
25     A      No.

Page 575

1      Q      You're aware that storable food is sold on
2  websites owned by Free Speech Systems?
3      A      I don't know.
4      Q      You testified a moment ago that PQPR sells
5  products on Free Speech Systems' websites.  Which
6  websites?
7      A      I believe that they're sold on InfoWars.com.
8  There are ads that link to -- link back to the PQPR
9  website from InfoWars.  It may also link from Prison
10  Planet.  So we have ads that link back to the PQPR
11  website so that people can purchase from that site.
12     Q      When you say "we have ads," what ads are you
13  talking about?  You're talking about Free Speech Systems
14  runs ads on InfoWars.com?
15     A      No, PQPR has these ads, but we, as in our
16  website, InfoWars, hosts these ads that link back to
17  PQPR's website to purchase the products.
18     Q      Okay.
19            So, Free Speech Systems' testimony is that PQPR
20  places advertisements on InfoWars.com; correct?
21     A      I believe so, yes.
22     Q      Free Speech Systems owns InfoWars.com; correct?
23     A      Free Speech owns InfoWars.com, yes.
24     Q      And the advertisements, I think you were just
25  describing, link back to a different website other than

Page 576

1  InfoWars.com; correct?
2      A      It links to the PQPR's website so that the
3  purchases can be made through PQPR.
4      Q      Which website is that?
5      A      I'm sorry, I don't know the name of the
6  website.  I'm not sure.
7      Q      Okay.
8             Is it Free Speech Systems' testimony that PQPR
9  owns the websites on which PQPR products are sold?
10     A      I don't know who owns the websites.
11     Q      Okay.
12            So, I'll represent to you that infowarsshop.com
13  is a website.  Do you know whether Free Speech Systems
14  owns it?
15     A      I'm not sure, to be honest.
16            So, PQPR --
17     Q      Wait a second.  There's no question pending.
18            Infowarsshop.com is a website.  Do you know if
19  Free Speech Systems owns it?
20     A      I'm not sure.
21     Q      Are you aware the website freeworldoutlet.com?
22     A      No.
23     Q      So, Free Speech Systems isn't prepared to
24  testify today concerning any relationship it may have
25  with the website freeworldoutlet.com; right?

Brittany Paz Volume III
June 27, 2022

Page 577

1    A    Right.
2    Q    And Free Speech Systems isn't prepared to
3  testify today concerning any relationship it has with the
4  website preparetoday.com; correct?
5    A    Correct.  I don't know that website.
6    Q    And Free Speech Systems is not prepared to
7  testify today concerning any relationship it has with the
8  website preparewithalex.com; correct?
9    A    Right.  I don't know that website.
10   Q    Is Free Speech Systems -- well, although Free
11 Speech Systems cannot testify as to whether it owns
12 infowarsstore.com, infowarsshop.com, Free Speech Systems
13 is aware that sales of PQPR products are transacted over
14 those websites; correct?
15   A    Yes.
16   Q    And the -- during the time period 2012 through
17 2020, proceeds from sales transacted over those websites
18 were processed by Free Speech Systems not PQPR; correct?
19   A    No, I don't know that.
20   Q    Okay.
21        So, Free Speech Systems' testimony is it does
22 not know whether it was responsible for transacting the
23 sales conducted on those websites; correct?
24   A    No, I don't think, I don't know, I think that
25 PQPR transacts -- handles those transactions.

Page 578

1    Q    Okay.
2    A    So, no, that's not correct.
3    Q    So, Free Speech Systems' testimony is that PQPR
4  conducts the transactions -- the sales transactions over
5  InfoWars.com -- I'm sorry.  Strike that.  Let me begin
6  again.
7        Your testimony is that PQPR conducts the
8  transactions occurring over infowarsstore.com and
9  infowarsshop.com for the period 2012 through 2020?
10            MR. REILAND:  I'll object to the form.  I
11        think she said she didn't make the --
12 BY THE WITNESS:
13   A    I don't understand -- yeah, I don't understand
14 the question.
15   Q    Okay.
16   A    I'm sorry, can you just repeat it.
17   Q    Sure.
18        You testified that there are sales transactions
19 that occur in for infowarsstore.com and
20 infowarsshop.com; right?
21   A    Right.
22   Q    When those sales occur during 2012 to 2020,
23 where were the sales proceeds routed?
24   A    So, PQPR handles all of the product sales.  If
25 you look at the spreadsheets, all of the product sales

Page 579

1  are handled through PQPR and Free Speech is given credits
2  for certain things, such as advertising and stuff on Free
3  Speech websites; but ultimately, PQPR is handling those
4  transactions.
5    Q    That's not what I asked.
6        And I'm going to ask you what you mean by
7  handling transactions, but what I asked what was for the
8  period 2012 to 2020, on the websites infowarsstore.com
9  and infowarsshop.com, where did the proceeds for those
10 sales go?
11   A    So, the proceeds from the sales are handled
12 through PQPR.  So, PQPR would have -- I'm sorry, I guess
13 I'm getting confused by the question.  So, all of the
14 product sales and the products are sold --
15   Q    Well --
16   A    Through PQPR.
17   Q    You're confused by the question?
18   A    I'm confused by the question.
19   Q    Okay.
20        So, when a sale happens on any of those
21 websites; right?
22   A    Right.
23   Q    A customer pays money; right?
24   A    Yes.
25   Q    They authorize, for example, their credit card

Page 580

1  to send money to a payee correct?
2    A    Mm-hm.
3    Q    That money presumably gets routed into an
4  account; correct?
5    A    Sure.
6    Q    So, my question is:  Who controlled the
7  accounts to which those sale proceeds were routed for the
8  websites infowarsshop.com and infowarsstore.com during
9  the period of time 2012 to 2002?
10   A    I just want to make sure that I'm answering
11 this correctly.
12   Q    Are you looking at something on your screen?
13   A    Well, you have the summary of the intercompany
14 transactions up here.
15   Q    Okay.
16   A    And it's helpful to understanding the answer to
17 your question.
18        So, these are inter -- this is Exhibit 106
19 that's up here if you have to recognize there.  So, these are
20 how all of the payments get applied.  So, these -- in
21 this second column, these credits, when I was talking
22 about advertising fulfillment, administration and net
23 credits, these are credits that Free Speech doesn't have
24 to pay to PQPR.  These product sales are debits.  So,
25 these are the sales that PQPR -- so, the end balance is

Brittany Paz Volume III
June 27, 2022

Page 581

1  the money that Free Speech owes to PQPR because PQPR is
2  handling the fulfillment; and then we have to pay PQPR
3  for the cost of the products.
4      Q    Ms. Paz --
5      A    But if the question is where is the money going
6  initially when the customer pays it, I don't know by
7  looking at this spreadsheet.  We would to have look at
8  another spreadsheet.
9      Q    Let's take the spreadsheet down.  I'm going to
10  ask you questions about that spreadsheet.  Okay.  Right
11  now I'm just asking about sale proceeds on
12  infowarsstore.com and infowarsshop.com.
13         All I'm asking is during the period 2012 to
14  2002 where were those proceeds routed?  Were they routed
15  to any account controlled by Free Speech Systems or were
16  they routed directly to accounts controlled by PQPR or
17  were they routed somewhere else or does Free Speech
18  Systems not know?
19      A    I don't know by looking at that spreadsheet and
20  I don't have any independent recollection of it.
21      Q    Okay.
22         So, I just want to be clear here.  Free Speech
23  Systems' testimony is that it does not know where the
24  sale proceeds from transactions conducted over
25  infowarsstore.com and infowarsshop.com went once those

Page 582

1  sales were executed for the period 2012 to 2020;
2  correct?
3      A    I think my answer is I don't recall.  I would
4  to have look at another spreadsheet.
5      Q    Here's the problem, we dealt with this last
6  time with Judge Bellis and Judge Bellis said quite
7  clearly that I don't recall is not an acceptable answer.
8  The answer is either Free Speech Systems, as it sits here
9  today, either knows a fact or it does not know a fact.
10  That's it.
11         So, as you sit here today, Free Speech Systems,
12  can you testify under oath as to whether or not sale
13  transaction conducted over infowarsstore.com and
14  infowarsshop.com between the period 2012 and 2020 were
15  routed to accounts controlled by Free Speech Systems?
16      A    I don't know.
17      Q    Thank you.
18         I think your testimony is Free Speech Systems
19  doesn't even know who owned those websites during that
20  period of time; correct?
21      A    I don't know.  I'm not sure who owns them.
22      Q    All right.  "You" being Free Speech Systems?
23      A    Yes.
24      Q    Thank you.
25         With respect to transactions over those two

Page 583

1  websites, infowarsstore.com and infowarsshop.com, during
2  the period 2012 to 2019 [Verbatim], were any Free Speech
3  Systems' employees involved in processing those
4  transactions?
5      A    No, PQPR processes the transactions, so they
6  are PQPR employees.
7      Q    How many people does PQPR employ?
8      A    I don't know.
9      Q    Are any Free Speech Systems' employees, during
10  the time period 2012 through 2020, involved in any
11  activities on behalf of PQPR?
12      A    I'm sorry, can you repeat the question.
13      Q    Yeah.
14         For the time period 2012 through 2020, were any
15  Free Speech Systems' employees engaged in any activities
16  on behalf of PQPR?
17      A    I don't know.  I don't know how to answer that
18  question.  I don't know.
19      Q    Okay.
20         Well, let me ask it this way then:  You
21  testified earlier that PQPR handles all transactions of
22  its products, sales; correct?
23      A    Right, it does all the fulfillment of the
24  order, it houses all of the products and it, you know,
25  generally just fulfills all of the orders.

Page 584

1      Q    Okay.  All right.
2         So, let's break that down.  So, you say that
3  PQPR handles all the fulfillment of its -- did you say
4  products?
5      A    Right, all the products that it sells and are
6  linked back from the website, from the Free Speech's
7  website via ads to the store.  It has a staff, it has a
8  warehouse.  They package everything.  They house it.
9  They fulfill the orders.  I did tour the warehouse, so
10  they have a whole process about how that happens.  And
11  PQPR handles that.
12      Q    Okay.  So --
13      A    It's --
14      Q    Free Speech Systems' testimony is that when it
15  comes to the sale of PQPR products, PQPR owns the
16  warehouse where those products are stored; correct?
17      A    I don't know if it owns it or rents it or
18  leases it.  I don't know.
19      Q    Okay.
20         PQPR staff, by which I assume mean employees,
21  handle the fulfillment of all those orders; correct?
22      A    That's correct.
23      Q    And PQPR employees handle all the accounting
24  for PQPR's books and records; is that right?
25      A    I mean, I don't know how they do their internal

Brittany Paz Volume III
June 27, 2022

Page 585

1  things.  I don't represent PQPR.  So, however they do
2  that her internal business, I don't know.
3      Q   Okay.
4          But Free Speech Systems' employees don't
5  fulfill that function for PQPR, that is the accounting
6  function?
7      A   Right.  They have -- It's separate.  They are
8  two separate entities.
9      Q   And so, on the fulfillment piece, I take it
10 that your testimony is that that involves receiving
11 notice of any sale of a PQPR product, pulling that
12 product for shipment, shipping it; anything else?
13     A   I mean, like I said, I don't know how their
14 internal operations work there.  I mean, I did tour the
15 warehouse.  They showed me how they stock everything.
16 They showed me how they pulled an item, how it was
17 labeled then for packaging.  And then where it was
18 ultimately shipped out.  Aside from that, their internal
19 processes, I don't know.  I know they have some software
20 that helps them with that.  I don't know the name of it.
21 I don't know how it works.
22     Q   Basically, anything that goes into fulfilling
23 an order once it has been made by a customer, PQPR
24 employees handle; correct?
25     A   Right.

Page 586

1      Q   Free Speech Systems' employees do not?
2      A   Correct.
3      Q   Who gave you a tour of the warehouse?
4      A   I went with Attorney Blott when he was down in
5  Austin.
6      Q   Okay.
7          And she's outside counsel retained by Free
8  Speech Systems to represent them in Texas; correct?
9      A   Right.  Although I don't know if she's involved
10 any longer, but she was when I was there and so she and I
11 went.
12     Q   Who were the PQPR employees who showed you kind
13 of the fulfillment process that you were just describing?
14     A   You know what, I'm so sorry, I don't remember
15 their name.  I don't remember.
16     Q   Okay.  Okay.
17          And it's your understanding that PQPR, whether
18 it owns or leases the warehouse, pays for that facility
19 in order to use that facility; correct?
20     A   I would assume so.
21     Q   Free Speech Systems does not?
22     A   I don't know.  I don't represent PQPR, so I
23 don't know what they do to handle their warehouse.
24     Q   Okay.
25          Free Speech Systems, though, has no involvement

Page 587

1  in --
2      A   That's correct.
3      Q   -- sorry, just let me finish.
4          Free Speech Systems has no involvement in
5  paying for or managing that warehouse operation;
6  correct?
7      A   Right.
8      Q   And the information that you had just been
9  testifying to about PQPR -- PQPR's activities as distinct
10 from Free Speech Systems was who?
11     A   I'm sorry, who told me that they were distinct?
12     Q   Not just distinct, but who informed you that
13 PQPR employees and resources are responsible for the
14 fulfillment and administrative activities of PQPR as
15 opposed to Free Speech Systems' employees?
16     A   I think that would be based on my conversations
17 with Mr. Jones, with Mr. Roe while I was down there, my
18 conversations with counsel which I'm not going to go
19 into.  I think that would form the basis of that.
20     Q   What, specifically, did Mr. Jones tell you
21 about PQPR?
22     A   That Free Speech and PQPR are separate and that
23 they are -- they handle essentially the product sales and
24 he is engaged in the function of being on air.  So, in
25 his mind, his business is being on the air.

Page 588

1      Q   So, he described them to you as being distinct
2  entities and that PQPR was involved in product sales.
3  Did he say anything about the extent to which Free Speech
4  Systems' employees are involved in any of PQPR's business
5  activities?
6      A   We didn't talk about that like that.
7      Q   The warehouse that you toured, it was in
8  Austin?
9      A   I think it was in Austin.  It was very close
10 by.  It wasn't that far.  It was maybe a ten minute ride
11 from where Free Speech is housed.  It wasn't that far.
12     Q   When you say Free Speech is housed, do you mean
13 the studio operation?
14     A   Right.  We drove there and it was a very quick
15 ride.
16     Q   You and Attorney Blott drove there?
17     A   Right.
18     Q   What time of day did you go?
19     A   It was during business hours.  It might have
20 been right before lunch because I remember we were
21 talking about where to eat after that, so it probably
22 would have been right before lunch.
23     Q   Can you ballpark for me how many employees you
24 observed while you were there?
25     A   So, there was a person who showed us around who

Brittany Paz Volume III
June 27, 2022

Page 589

1  I'm not really sure what their function was; but may have
2  been a manager.  And then there were probably about maybe
3  4 to 6 people packaging mail for, you know, all the
4  product for delivery.  So, taking, pulling up the order,
5  printing all the labels, pulling them from the shelves
6  and then putting them in for packaging.  So, maybe a half
7  dozen people when I was there.  It was a week day, around
8  lunch time.
9      Q   Okay.  All right.
10         And it's Free Speech Systems' testimony that
11 those are all PQPR employees?
12     A   Right.
13     Q   Even though you can't remember who they were?
14     A   The man who showed us around introduced
15 himself, but I do not remember his name for the life of
16 me.  But I did not meet the people who were packaging the
17 materials.  I didn't introduce myself, they didn't
18 introduce themselves.  I don't know their names.
19     Q   If I said the name, do you think you would
20 remember it?
21     A   You could try and --
22     Q   Chris Ellison?
23     A   No.
24     Q   It wasn't Tim Fruge?
25     A   No, it wasn't Tim.

Page 590

1      Q   It wasn't Blake Roddy?
2      A   No, I met Blake.  It wasn't Blake.
3      Q   Okay.
4          Who told that you the warehouse -- I know you
5  testified that you don't know whether PQPR owns the
6  warehouse or rents that space.  Who told you that Free
7  Speech Systems doesn't have any interest in that
8  warehouse?
9      A   What do you mean doesn't have an interest in
10 the warehouse?  You mean we don't pay for it?
11     Q   Doesn't pay for it or doesn't have any
12 ownership of that facility?
13     A   I don't know that anybody told me that.  I
14 mean, I see -- have seen all of the transactions between
15 the two companies and what they're for.  I don't recall
16 seeing any transactions for rent or rental space.  PQPR
17 bills us for product and, as you see, sometimes Free
18 Speech pays, sometimes they don't.  But I don't see
19 anything in those documents to indicate that there is
20 some type of ownership interest in the warehouse.
21     Q   Okay.
22         So, I take it from your testimony that what
23 you're saying is if, in fact, Free Speech Systems was
24 either paying rent or had some ownership interest in that
25 warehouse, you would have expected to see it in the

Page 591

1  financial records you reviewed?
2      A   Right.  But also, when I spoke to Mr. Roe and
3  Mr. Schwartz, everybody was very clear about the
4  relationship.  The relationship is they fulfill the
5  product, we pay them for the product.  Nowhere in those
6  conversations was we rent the space for them or we
7  purchase the space for them or -- and I haven't seen
8  anything in our transactions to indicate that.  So from
9  where I sit, I don't see anything that would indicate
10 that we have any interest in the warehouse, itself.  And
11 I don't know how they get the space.  That's PQPR's realm
12 on how they get the space.
13     Q   Okay.
14         So -- who told you that PQPR has its own
15 employees that manage the fulfillment and administrative
16 activities you were describing earlier?
17     A   I think I had a specific conversation with
18 Mr. Roe about that, about the fulfillment aspect and how
19 all of those employees are employed directly by PQPR.
20     Q   Okay.
21         And is it your understanding that PQPR has --
22 had its own employee work force since it was formed in
23 order to maintain that distinction between Free Speech
24 Systems and PQPR?
25     A   I would assume.  So, I -- like I said, I don't

Page 592

1  represent PQPR, so I really can't say how they manage
2  their employees or when or when people get hired.  I
3  mean, I would assume so.  They're separate entities.
4      Q   Well, you were required to be prepared to
5  testify about the relationship between Free Speech
6  Systems and PQPR?
7      A   Right, but I can't testify to the inner
8  workings of PQPR.
9      Q   I'm just asking about -- I'm asking about their
10 employee work force and I'm asking you whether you've
11 been informed that since PQPR was formed and started
12 doing business with Free Speech Systems, PQPR has had its
13 own employee work force to manage the PQPR business?
14     A   I don't know.  I think so, but I'm not -- I
15 don't know.
16     Q   Okay.
17     A   I'm not sure.
18     Q   You think somebody told you that?
19     A   I don't -- I don't think I had a specific
20 conversation with anybody about when and how long they've
21 been employing people and in what capacity; because, like
22 I said, that wasn't in my purview.  So -- but the
23 intention has always been to have them be separate.  As
24 you could see from the finances, that wasn't always what
25 actually happened.  So, I don't want to say definitively

Brittany Paz Volume III
June 27, 2022

Page 593

1  that there wasn't any crossover between employees;
2  because I'm not sure. And I didn't ask that specific
3  question about whether in 2012, ten years ago, maybe,
4  free Speech employees were at PQPR. I just don't know,
5  so I don't want to mislead you and say I know when I
6  don't.
7          Is that clear?
8      Q   It is except now I want to want to go back to
9  your earlier testimony. I take it your testimony
10  concerning the fact that PQPR employees now run all PQPR
11  business activities has to do with how -- the current
12  situation at PQPR?
13     A   Well, no. I mean, I don't think it's just the
14  current situation. I mean, obviously the financial
15  situations currently there have been efforts made to make
16  sure that they're more separate, there's more delineated
17  payments between the two, everything is a little bit
18  more, you know, accounting-wise, up to speed. But as far
19  as the process goes, you know, the relationship between
20  the employees there, I'm just not sure. And I don't
21  think it's something that's recent that's happened; so I
22  don't think that's correct. But I just don't want to say
23  that going back ten years whether any Free Speech
24  employees have never been employed at PQPR. I just don't
25  know the answer to that.

Page 594

1      Q   So, at least -- I mean, is Free Speech Systems
2  prepared to say that, at least as of the initiation of
3  this lawsuit, the fulfillment that PQPR's maintained it's
4  own employee work force for the purpose of fulfilling all
5  of PQPR business activities?
6      A   Right. They have their own employees. I think
7  they always -- they've had their own employees. I just
8  don't want to say whether or not there's been people
9  working at PQPR who've also worked for Free Speech. I
10  just don't know the answer to that. But they do maintain
11  their own work force. Yes.
12     Q   Okay. So -- and I totally understand that.
13  There might be somebody who, at one point, worked for
14  Free Speech Systems and then works fork PQPR. But fair
15  to say that if somebody is working for PQPR they are
16  employed there; correct?
17     A   Right.
18     Q   And that has been the case as far as you know
19  going back until --
20     A   As far as I'm aware, yes.
21     Q   I would like to talk about PQPR ownership;
22  okay?
23     A   If I can help you with that --
24     Q   There's an alphabet soup.
25     A   Yes. If I can help you there, I will do my

Page 595

1  best to do so.
2      Q   You've testified about this in Texas; correct?
3      A   I did, yes.
4      Q   And when was PQPR formed, approximately? You
5  don't need to give me a specific date?
6      A   You know what, I don't recall.
7      Q   Okay.
8          One of the reasons obviously that you're
9  required to testify about this is because you're here to
10  testify in part about Mr. Jones's compensation;
11  correct?
12     A   Yes.
13     Q   And when -- just give me one second.
14         When PQPR was first formed, Mr. Jones exercised
15  a controlling interest in it through another corporate
16  entity; correct?
17     A   Yes.
18     Q   And what was that corporate entity called?
19     A   I think it's called PLJR. Like you said,
20  alphabet soup. So, I believe PLJR has a 80 percent
21  interest in PQPR. PLJR is then owned by the AEJ Trust --
22     Q   Hold on a second.
23     A   You want --
24     Q   The AEJ Trust came on later; right?
25     A   Yes.

Page 596

1      Q   So, let's just start when it was formed; okay?
2          And I think that you're on the right track.
3      A   There is a flowchart which I think you have
4  which makes that easier to understand.
5      Q   I don't know if we have that. I have seen it.
6  I believe that it was produced in Texas. It's possible
7  we have it. But I'm not going to -- maybe Zach can find
8  it at the break and --
9          THE WITNESS: If you don't have it, I have
10         it, I'm pretty sure.
11         MR. MATTEI: Can you bring up the UHY
12         Valuation, please.
13  BY MR. MATTEI:
14     Q   I don't remember if I showed you this last
15  time, Ms. Paz, but there's a valuation that was done, I
16  believe in -- I don't want it guess. 2014?
17     A   I don't think I saw it last time.
18     Q   Are you familiar with this document, a UHY
19  Valuation of Free Speech Systems and PLJR? No? Okay?
20     A   Oh, is this it?
21     Q   Why don't we go ahead and advance to -- you'll
22  see a little table listing some -- no. Keep going.
23         So, you see there the valuation in 2014
24  indicates that PQPR holdings began in September of 2013;
25  do you see that?

Brittany Paz Volume III
June 27, 2022

Page 597

1    A    I see that, yes.
2    Q    And at the time, PLJR holdings LLC held an 80
3    percent ownership interest in PQPR; correct?
4    A    That's what it says, yes.
5    Q    And that's --
6    A    That's still the case today.  Yes.
7    Q    And at the time PLJR holdings was owned 90
8    percent by Alex Jones; correct?
9    A    At the time of this?
10   Q    Yes.
11   A    That's what it says.  I've never seen this
12   document before, but --
13   Q    Putting aside the document, I was doing this to
14   kind of help you --
15   A    Orient me to the time?  I appreciate it, yes.
16   Q    So, you know that when PQPR was formed, Alex --
17   80 percent of it was owned by PLJR holdings and Alex
18   Jones held a 90 percent interest in PLJR correct?
19   A    Yes.
20   Q    Thank you.
21        And that continued with that structure for how
22   long?
23   A    I believe it was until some time in 2018, which
24   I think that there were some restructuring and some
25   estate planning on Mr. Jones's part.  And so, he did some

Page 598

1    estate planning in 2018.  So, probably about five years
2    after or four years after that.
3    Q    So, in 2018, the ownership structure of PQPR
4    changed; correct?
5    A    I think that's when the trust was formulated;
6    so yes.
7    Q    Which trust are you referring to?
8    A    I think it's AEJ 2018 Trust.
9    Q    AEJ 2018 Trust?
10   A    I believe that's what it's called, yes.
11   Q    What was the purpose of that trust?
12   A    Estate planning on Mr. Jones's part.
13   Q    But what do you mean estate planning?  What do
14   you mean by that?
15   A    I mean, he created a trust for the benefit of
16   his children as remaindermen and so, you put -- when you
17   formulate any trust -- I mean, I'm not an estate planning
18   attorney, but I took trusts and estates in law school.
19   You put --
20   Q    Hold on a second, I'm not -- I don't want you
21   to get into --
22   A    Okay, go ahead.
23   Q    -- your law school training.
24   A    Go ahead.
25   Q    I want to know what you understand as a result

Page 599

1    of conversations or documents you've reviewed as
2    corporate designee; okay.  So, I know that you spoke
3    about this with Mr. Jones; right?
4    A    Yes.
5    Q    What did Alex Jones tell about the purpose of
6    the AEJ Trust that was formed in 2018?
7    A    That the purpose of it was estate planning for
8    the purpose of his children going forward.  So he put, as
9    I said, some body -- some principal into the trust so
10   that it is for the benefit of your beneficiaries.  So,
11   that was the purpose of it.
12   Q    How was the AEJ 2018 Trust funded?
13   A    So, the AEJ Trust is funded, I believe the note
14   is in the trust, so --
15   Q    Hang on a second --
16   A    Or one of the notes or maybe both of notes are
17   in the trust.
18   Q    Just a second.  To be clear, you are referring
19   to Exhibits 117 and 118 we looked at earlier; correct?
20   A    Right.
21   Q    Both of those post date 2018; correct?  There's
22   an August 2020 note and a November 2021 note; right?
23   A    Right, but those are the dates of the actual
24   transactions.  Given my notes --
25   Q    Hang on just a second.

Page 600

1    A    Sure.
2    Q    Those notes were not in existence in 2018 when
3    the trust was formed; correct?
4    A    Those documents were not; but if you look at
5    the spreadsheets, the first note goes through the end of
6    2018; so the -- for example, the first note is for 29.5
7    million dollars.  That note is calculated through the end
8    of 2018 and so, that note is, I believe, in the body of
9    the trust.
10   Q    Hang on one second?
11   A    Sure.
12   Q    So, what you're describing right now is a
13   spreadsheet that has been produced to us?
14   A    Yes.
15   Q    That purports to show the accrual of some debt
16   owed by Free Speech Systems to PQPR; correct?
17   A    Right.
18   Q    And what you just described is that those
19   spreadsheets showed debt running from some time in late
20   2018; correct?
21   A    Running from or running to?
22        There are two notes --
23   Q    I'm asking you.
24   A    There are two notes --
25   Q    I'm not asking about the notes.

Brittany Paz Volume III
June 27, 2022

Page 601

1    A    Okay.
2    Q    I'm asking about the spreadsheets you were
3  referencing.
4    A    Yeah, the --
5    Q    Because we can agree that the notes, the
6  documents, did not exist in 2018; correct?
7    A    Per the dates on there, no.  Right.
8    Q    Right.
9         And so, what I'm trying understand is when the
10 trust was formed, it has to be funded with some asset;
11 correct?
12   A    Right.
13   Q    And I think that what you were just beginning
14 to try to tell me was that the debt owned by PQPR was one
15 of the assets held by the trust; is that right?
16   A    Yes.
17   Q    Okay.
18        And how was that documented at the time so as
19 to place that debt asset into the trust?
20   A    I don't know.  All I have is the note.
21   Q    Okay.
22        Who told you that the AEJ 2018 Trust was owned,
23 the debt, purportedly held by PQPR?
24   A    I don't know that it owns the debt.  I think
25 that it's in the trust as a part of the body of the

Page 602

1  trust; but I think that conversation was one I had with
2  Mr. Roe back when I was in Texas.
3    Q    So, you don't know if the AEJ Trust owns the
4  debt?
5    A    I don't know -- PQPR owns the debt, right.  So,
6  but the body of it is in the trust.
7    Q    What does that mean?
8    A    I'm not an estate attorney.  I don't know.  I
9  can't break it down any further than that.  When I spoke
10 to Mr. Roe about this, I asked what was in the trust, in
11 the body of the trust, and it was the note.
12   Q    The note?
13   A    Right.  The note.  The debt.
14   Q    The debt?
15   A    Right.
16   Q    So, Mr. Roe told you that debt owned by PQPR is
17 one of the trust's assets?
18   A    Right.
19   Q    As of 2018, when it was formed?
20   A    I don't know when it was put in there, but
21 that's one of the assets that's in there.
22   Q    Okay.
23        And you --
24   A    I think there are other ones in there, but I'm
25 not sure.

Page 603

1    Q    And you have no idea what instrument affected
2  that transfer of debt to the trust; correct?
3    A    No, I have not seen a document like that.
4    Q    Have you seen the trust formation document?
5    A    No.
6    Q    What other assets were used to fund that trust?
7    A    To be honest, I'm not sure which -- what assets
8  are in there.  I know the note is not the only asset; but
9  I'm not sure what other assets are in there?
10   Q    Okay.
11        So, the reason that we first started talking
12 about this trust is because you were responding to my
13 question about a change in ownership structure of PQPR;
14 right?
15   A    Right.  Because when the trust was created,
16 that changed.
17   Q    So, tell me how that changed?
18   A    So, instead of -- I'm not sure if -- so, PQPR
19 is owned, in part, PLJR 80 percent, 10 percent of which
20 is owned by Carol Jones, who's Mr. Jones's mother; and
21 then 80 percent of that was, according to that other
22 document, owned by Mr. Jones directly, but now it is
23 owned by the trust.
24   Q    All right.
25        So, let's go through that a little bit.

Page 604

1    A    Sure.
2    Q    PLJR was owned 90 percent by Mr. Jones
3  personally and 10 percent by Carol Jones; correct?
4    A    Prior to 2018?
5    Q    Yes.
6    A    I think so.  I think that's what that document
7  says, yes.
8    Q    And then, as a result -- and then PLJR had an
9  80 percent stake in PQPR; correct?
10   A    Right.
11   Q    And so, by virtue of his 90 percent stake in
12 PLJR and PLJR's ensuing 80 percent interest in PQPR,
13 Mr. Jones personally had, indirectly, 80 percent
14 ownership of PQPR; correct?
15   A    Of PQPR?
16   Q    Yes.
17   A    I believe the total effective number would have
18 been in the 70s.  It's, like, 72 percent effective;
19 because PQPR is owned 20 percent by Dr. and Mrs. Jones;
20 and then 80 percent by PLJR who also has a 10 percent
21 interest to Carol Jones.  So, when you average out those
22 numbers, it's something like 72 percent.
23   Q    Who did that math for you?
24   A    Mr. Roe did that math for me.  I am very bad at
25 math.

Brittany Paz Volume III
June 27, 2022

Page 605

1    Q    That's okay. I wouldn't expect you to have
2  done it.
3    A    Yes.
4    Q    So then, in 2018, I take it that your testimony
5  is that Mr. Jones transferred his personal ownership of
6  PLJR to the AEJ Trust; correct?
7    A    To the trust, right.
8    Q    And so, whereas Mr. Jones, prior to 2018, had a
9  72 some-odd percent indirect ownership interest in PQPR,
10 now the AEJ 2018 Trust does; correct?
11   A    Right.
12   Q    What instrument was -- have you seen any
13 documents reflecting that transfer of ownership?
14   A    I don't think so, no.
15   Q    Did you ask?
16   A    I don't remember if I asked or not to be
17 honest.
18   Q    So -- and Mr. Jones told you specifically that
19 that was done in order to benefit his children?
20   A    Right. Because his children are remaindermen
21 in the trust. So, yes.
22   Q    And what that means is that those children do
23 not receive any benefit from the ABJ Trust's ownership of
24 PQPR until Mr. Jones passes; correct?
25   A    Right. They don't currently receive any income

Page 606

1  from the trust.
2    Q    The trust does generate income; correct?
3    A    It is generating income, yes.
4    Q    How is it generating income?
5    A    It is generating income on the basis of the
6  notes that Free Speech pays to PQPR.
7    Q    Which started when?
8    A    So, those payments, I believe, started at the
9  end of last year, some time toward the end of last year,
10 maybe November.
11   Q    That is November of 2021?
12   A    Right.
13        So those payments are approximately $11,000 per
14 business day from Free Speech to PQPR.
15   Q    And the initiation of those payments of $11,000
16 from Free Speech Systems to PQPR was initiated why?
17   A    To pay down the debt between the two companies.
18   Q    Who authorized Free Speech Systems to begin
19 paying that purported debt?
20   A    I would assume Alex did.
21   Q    Are you --
22   A    I didn't ask, but there is a debt and it needed
23 to be paid. There were efforts made to make sure that
24 there was, you know, all of this financial entanglement
25 between the two companies to separate everything and make

Page 607

1  sure that everything was accounted for and paid. So,
2  prior to that, I don't think that there was any clear
3  delineation. And so, there have been efforts made over
4  the last year to do that. And so, I would assume Alex
5  authorized it.
6    Q    Okay.
7         You're not aware -- Free Speech Systems isn't
8  aware of anybody else who could authorize Free Speech
9  Systems to make $11,000 daily payment to another
10 corporate entity; correct?
11   A    No, I think Alex would have to authorize it.
12 He owns Free Speech.
13   Q    And Free Speech's testimony here today is that
14 those payments, beginning in November of 2021, were
15 motivated solely to pay down a debt Free Speech Systems
16 purportedly owed to PQPR; is that your testimony?
17   A    That's my understanding of the purpose of the
18 notes, yes.
19   Q    And how did Free Speech Systems arrive at the
20 $11,000 number?
21   A    I think it's based on the terms of the note.
22   Q    Which note?
23   A    So, the first note is a 30-year note with a
24 balloon at the end. But the second note is principal --
25 it delineates principal and interest.

Page 608

1    Q    Why don't we pull them up. Let's pull up
2  Exhibit 117, because I just saw you were referring to
3  your notes of your conversation with Mr. Schwartz;
4  correct?
5    A    Yes. That's when he was explaining to me the
6  notes and the agreement between the two notes.
7    Q    All right.
8         So, we pulled up the first one. This is dated
9  August 13th, 2020, and tell me what Free Speech Systems'
10 understanding is of the purpose of this document and
11 what, if any, obligations Free Speech Systems' undertakes
12 pursuant to it?
13   A    So, this looks like the first note for
14 approximately $29.5 million and it outlines the principal
15 balance, if you scroll down.
16   Q    Let's do that. Yep.
17   A    It also --
18   Q    Hang on.
19        Can you just identify what that is when you say
20 principal balance; what is it you're referring to?
21   A    So, in Subsection B, it talks about the
22 principal balance, which is the 29.5 million and then
23 there's a percentage rate for interest on those days and
24 how they're calculated.
25   Q    Let me stop you right there.

Brittany Paz Volume III
June 27, 2022

Page 609

1     A    Sure.
2     Q    In -- I'm sorry.  Go up to the stop, please,
3   I'm sorry.
4          On August 13th of 2020, Free Speech Systems
5   entered this note claiming to owe $29.5 million to PQPR;
6   correct?
7     A    Yes.
8     Q    And it agreed to pay an interest rate, can you
9   scroll back down, of 1.75 -- an annual interest rate of
10  1.75 percent on that principal; correct?
11    A    Right.
12    Q    All right.
13         And it agreed to do -- make monthly payments on
14  that principal and interest pursuant to this note?
15    A    I'm not sure if the monthly -- I'm sorry, daily
16  payments are outlined here.
17    Q    I said monthly -- I meant daily.
18    A    Yeah, it's daily.
19         So, I don't know if the daily payments of the
20  $11,000 per number is in here.
21    Q    Is it your understanding that the daily $11,000
22  payment equates to a principal and interest payment on
23  this balance and interest rate set forth in this note?
24    A    You mean when you divide it up, will it come up
25  to $11,000 a business day?

Page 610

1     Q    Yeah.  Really, what I'm asking is how did
2   Mr. Jones arrive at the $11,000 per day number and is it
3   based on this note executed in August 2020?
4     A    I don't know how the $11,000 was arrived at.  I
5   don't know if you divide it up and it comes out to
6   $11,000 per day over the period of time.  Because --
7     Q    What's the term of this note?
8     A    Because the term of the note is 30 years.
9     Q    Okay.
10    A    Because it expires in 2050.
11    Q    Is Free Speech Systems' testimony that when it
12  entered this purported promissory note, that it was
13  agreeing to pay back the some $29.5 million with the 1.75
14  interest rate over 30 years?
15    A    Right.
16    Q    But you don't know whether the $11,000 daily
17  payment is toward the arrangement set out in this note?
18    A    No, it is.
19    Q    It is.
20    A    Those two notes total -- the $11,000 per
21  business day is for both notes.  Right.
22    Q    I see.
23         Well, then --
24    A    I just don't know how they arrived at that
25  figure.  If you are asking how they arrived at it, I'm

Page 611

1   not sure if you divide it up over 30 years at 1.5 percent
2   it comes out $11,000 per business day.  I just -- I'm not
3   sure.  So --
4     Q    Did Free Speech Systems start making payments
5   on this note in August of 2020, immediately?
6     A    I don't know.
7     Q    Okay.
8     A    I'm not sure.
9     Q    When did the $11,000 payments start?
10    A    I believe, based on my conversations with
11  Mr. Roe and Mr. Schwartz, those were happening towards
12  the end of last year.  So, in 2021.
13    Q    So, Free Speech Systems today is not prepared
14  to testify about any payments on this purported debt
15  prior to approximately November of 2021; correct?
16    A    Right.  I don't know if the payments had been
17  made prior to that.  I know they were definitely at the
18  end of last year.  But I don't know if they had been made
19  prior to that.
20    Q    All right.
21    A    So, you don't know then whether the AEJ Trust
22  2018 had any income prior to the initiation of $11,000
23  payments in November of 2021; correct?
24    A    Oh, you mean the income that's being -- that
25  would be thrown off by the $11,000 per day?

Page 612

1     Q    Right.
2     A    So, I mean, there were payments being made
3   between PQPR and Free Speech.  So, PQPR was billing Free
4   Speech during this entire time period and they were
5   making payments, they just were not regular payments.
6     Q    We're talking about payments from Free Speech
7   Systems to PQPR?
8     A    Right.
9     Q    And we're talking about PQPR payments then to
10  the AEJ Trust?
11    A    Right.
12    Q    So, I'm focused right now just on paid income
13  generated by the trust as a result of it's new ownership
14  in PQPR debt.
15    A    Right.
16    Q    And what I hear you saying is that that income,
17  as far as Free Speech Systems is prepared to testify
18  today, commenced in about November of 2021; correct?
19    A    No.  Because Free Speech was still making
20  payments to PQPR.  They were just not the entire
21  payments; you understand?
22    Q    I do, but what --
23    A    So, those payments that Free Speech was making
24  to PQPR, they would still be going into the balance of
25  the trust; but you still have a debt on the note because

Brittany Paz Volume III
June 27, 2022

Page 613

1  they're not paying the entire balance.  So, those
2  payments that Free Speech was making, although not the
3  entire payments, would still be going into the body of
4  the trust.  It was just not the $11,000.
5      Q    But the trust, as I understand it, doesn't own
6  any part of PQPR other than the debt; right?
7      A    I don't think that's accurate because PLJR is
8  owned 80 percent by AEJ Trust.
9      Q    But you understand if Free Speech Systems is
10  making payments to PQPR, just in the regular course of
11  business?
12     A    Mm-hm.
13     Q    That money -- is it your testimony that that
14  money, that is, money paid to PQPR in the regular course
15  of business, flows as income to the trust?
16     A    Well, if you just do it -- if you look at -- I
17  know you don't have the spreadsheet --
18     Q    I would tell you that the AEJ Trust -- I don't
19  have a spreadsheet, I don't think, that shows AEJ income.
20     A    A flowchart.
21          The flowchart -- I mean, we can try to pull it
22  up at a break --
23     Q    Why don't we do that.  But what I'm focused
24  specifically on right now is cash income flowing to the
25  trust.  And I understand one source of it to be the

Page 614

1  $11,000 debt payments beginning in November of 2021?
2      A    That is one source, yes.
3      Q    Thank you.
4          What I am trying to understand is whether there
5  are -- there is any other income flowing to the trust;
6  and what you started to tell me was that regular payments
7  to PQPR, in the course of business, are also flowing to
8  the trust.  But I'm not aware of -- and that seemed odd
9  to me.  That's what I'm trying to question you on.
10     A    Maybe we can look at the flowchart at a break
11  and maybe that will answer the question.  Because it's
12  hard to do it without looking at it.  So, I -- you know,
13  if we could look at it.  I don't want to misstate
14  anything.  If we can look at the flowchart and just make
15  sure.  But my impression was -- and I could be wrong --
16  was that 80 percent of PLJR is owned by the trust.  So,
17  80 percent then or not 80 percent, but in the 70s --
18     Q    I don't want to you do, like -- I don't want to
19  you kind of sketch out here what you think might be --
20     A    Right, that's why I want to pull out -- I want
21  to pull up the --
22          MR. REILAND:  Chris, can we take five
23      and --
24          MR. MATTEI:  Yeah, we can take a break.
25      It's about time to take a break anyway.  But

Page 615

1          let me just wrap this up, though.
2  BY MR. MATTEI:
3      Q    Whatever income the trust is generating,
4  whether it be the $11,000 daily payments beginning in
5  November 2021 or some additional income beyond that, none
6  of that income is being paid to any of Mr. Jones's
7  children; correct?
8      A    That's right.  Yes.
9      Q    It's being paid to Mr. Jones; correct?
10     A    Mr. Jones is an income beneficiary of the
11  trust, yes.
12     Q    Are there any other income beneficiaries?
13     A    I don't believe so, no.
14     Q    So, any income paid to the AEJ 2018 Trust as a
15  result of debt purportedly owed by Free Speech Systems or
16  any other income is directly for the benefit of
17  Mr. Jones; correct?
18     A    Mr. Jones is an income beneficiary of AEJ
19  Trust.
20     Q    So he is the sole beneficiary of any income
21  that flows to AEJ Trust as a result of its ownership of
22  PQPR's debt; correct?
23     A    Through the trust, yes.
24          MR. MATTEI:  Why don't we take a break.
25          THE VIDEOGRAPHER:  We are off the record.

Page 616

1          The time is 11:35.
2              (Recess from 11:35 a.m. to
3          11:50 a.m.)
4          THE VIDEOGRAPHER:  We are now on the
5          record.  The time is 11:50.
6  BY MR. MATTEI:
7      Q    Right before the break, Ms. Paz, you testified
8  that Mr. Jones is the sole beneficiary of any income
9  flowing to the AEJ 2018 Trust; correct?
10     A    Yes.
11     Q    And as you sit here today, you are not aware of
12  any other income to that trust other than the $11,000
13  payments beginning in November 2021; correct?
14     A    Well, as I was saying earlier and, you know, I
15  don't know how -- I'm not a trust attorney, but I believe
16  there's other income flowing into the trust.  As I said,
17  if Free Speech is making payments to PQPR not on the
18  notes and PQPR is owned 80 percent by PLJR, the income
19  flowing from PQPR to PLJR is 80 percent of that, would
20  also then -- that would flow into the trust; but I'm
21  basing that on what I see in these charts.  I'm not sure.
22  So.
23     Q    Which charts are you referring to?
24     A    I think they were just e-mailed.
25          MR. REILAND:  They were just disclosed.

Brittany Paz Volume III
June 27, 2022

Page 617

```
1          If you could pull those up.  I'm sure it would
2    help.
3          MR. MATTEI:  Okay, so just for the record,
4    during the break, Attorney Reiland sent our
5    office two charts which I believe but we'll
6    confirm have not previously been produced to
7    us.  And those will be marked as what?
8          MS. SESHADRI:  127 and 128.
9          MR. MATTEI:  Okay.
10         (Plaintiff's Exhibit 127 was
11    marked for identification: Chart.)
12         (Plaintiff's Exhibit 128 was
13    marked for identification: Chart.)
14   BY MR. MATTEI:
15   Q    So, let's bring up 127 and 128.
16         MR. CERAME:  Sorry to interrupt.  But
17    briefly, if they were e-mailed to our office,
18    we didn't receive them.  So, if somebody at
19    Norm's office or your office make sure we
20    receive them, I would appreciate it.  That's
21    all I wanted to --
22         MR. REILAND:  We can e-mail them to you.
23         MR. MATTEI:  Are we showing these?
24         MS. SESHADRI:  I'll show them.
25         MR. MATTEI:  All right.
```

Page 618

```
1    BY MR. MATTEI:
2    Q    So, we have a document on Zoom right now IW Org
3    Chart No. 1, this is 127.  Is this the document you were
4    referring to earlier, Ms. Paz, as suggesting to you that
5    the AEJ 2018 Trust might have income in addition to the
6    $11,000 daily payments?
7    A    Well, this is one of two charts that I saw.
8    But -- as I said, I'm not a trust attorney, just --
9    Q    I don't want to you speculate.  I want you --
10   A    But as I --
11   Q    Hang on a second.
12   A    Go ahead.
13   Q    Because I just want to -- Before you give your
14    answer, I want to make sure you are mindful of the fact
15    that you're testifying to facts as Free Speech Systems.
16    So, I'm not asking you to infer or intuit anything.  I'm
17    just asking you whether -- what the factual basis is for
18    Free Speech Systems' testimony that there may be
19    additional income to the trust.  Go ahead.
20   A    Well, the factual basis would be looking at
21    this chart, Free Speech Systems is owned by Mr. Jones;
22    but PQPR is -- Free Speech is paying PQPR aside from the
23    notes, right.  So, it has this debt from this previous
24    time period; but it is still paying PQPR going forward.
25         Those payments would flow to PQPR and then 80
```

Page 619

```
1    percent of that income then would flow to PLJR, which, in
2    turn, 90 percent is owned by the trust.
3          So it would appear to me, at least by looking
4    at the charts, that those prior debts, yes, they are
5    being paid $11,000 per day per the notes; but moving
6    forward for -- the businesses are still in operation and
7    PQPR is still billing Free Speech and Free Speech is
8    still paying on those invoices, that that income would
9    also flow into the trust.
10   Q    I take it as would any other income to PQPR
11    from any source other than Free Speech Systems; correct?
12   A    Sure.  If there are other sources of income.
13   Q    So, I take it that Free Speech Systems'
14    testimony is that in addition to the $11,000 daily
15    payment being made on this purported debt, all income
16    received in the ordinary course of business by PQPR flows
17    in accordance with its ownership structure, 72 percent to
18    the AEJ Trust; correct?
19   A    That would be my understanding, yes.
20   Q    Of which Mr. Jones is the sole income
21    beneficiary?
22   A    That's correct.
23   Q    Okay.
24         And so, since -- have you seen any of those
25    numbers in terms of money beyond the $11,000 daily
```

Page 620

```
1    payment flowing to the trust?
2    A    You mean other payments that were made from
3    Free Speech to PQPR?
4    Q    No, I mean income to the trust.  Because you've
5    established that $11,000 a day is flowing to the trust;
6    right?
7    A    Ultimately, yes, through the other companies,
8    yes.
9    Q    Other than your general testimony regarding
10    other PQPR income, have you seen any other documentation
11    of income going to the trust?
12   A    I haven't seen any documents related to what is
13    in the trust.  So, no.
14   Q    Okay.
15   A    And it wouldn't be the whole $11,000 per day,
16    just so we're aware, because Alex -- 20 percent of that
17    is owned by David and Carol Jones, right, and then 10
18    percent of that then would be -- go to Carol Jones.  So,
19    it's not the entire $11,000 per business day.  But
20    ultimately yes, it would flow to the AEJ Trust of which
21    Alex is an income beneficiary.  But I haven't seen any of
22    those bank statements or anything related to the trust.
23   Q    And given that the PLJR retains an 80 percent
24    interest, as it has throughout, of PQPR, is Alex Jones,
25    through his income interest in the AEJ Trust, still in
```

Brittany Paz Volume III
June 27, 2022

Page 621

1  operational control of PQPR?
2      A   I don't know if -- you mean, does he -- I just
3  want to clarify.  Do you mean does he have a say in the
4  day-to-day operations of PQPR?
5      Q   Yeah.
6      A   I don't know.
7      Q   That's one question.  And thank you for asking
8  it of yourself.
9          I take it Free Speech Systems' testimony is
10  that it does not know whether Alex Jones has any
11  day-to-day involvement in the operations of PQPR;
12  correct?
13      A   No, because I can't testify as to the PQPR
14  operations because I don't represent them --
15      Q   I'm asking about --
16      A   But I don't know.  Right.
17      Q   But let's just make sure we have a clear
18  record.  Free Speech Systems is not aware of any
19  involvement that Alex Jones has in PQPR's day-to-day
20  operations; correct?
21      A   Right.
22      Q   Does Free Speech Systems know whether Alex
23  Jones has access to PQPR bank accounts?
24      A   I don't know that, no.
25      Q   Who is the trustee of the ABJ 2018 Trust?

Page 622

1      A   You know, I feel like I asked this question and
2  I was told the answer, but I don't recall as I'm sitting
3  here.  I'm sorry.
4      Q   When did the debt, purportedly owed to PQPR by
5  Free Speech Systems, first start to accrue?
6      A   So, if we could pull up the spreadsheets, that
7  would probably give us a more accurate answer.  But I
8  think the spreadsheets start in 2012 or 2014.
9      Q   Which spreadsheet are you referring to?
10      A   That is the spreadsheet that analyzes the
11  transaction by year of -- between Free Speech and PQPR
12  through the end of 2018, resulting in that $29.5 million
13  figure for the first note.
14      Q   Thank you.
15          So, you're referring to what would have been
16  referred to in this litigation as Free Speech Systems's
17  subsidiary ledgers; correct?
18      A   I don't know if it's in the subsidiary ledger.
19  I'm not sure.
20      Q   Why don't we pull up the 2012 subsidiary
21  ledger, I think you referred to it as a transaction
22  report.  Let's pull it up.
23      A   I was specifically referring to the spreadsheet
24  that I think was produced for this deposition that
25  Mr. Roe and/or Mr. Schwartz created.  That's what I was

Page 623

1  referring to.
2      Q   Okay.
3      A   Because that's what I reviewed in connection
4  with the deposition.
5      Q   I see.
6          So, are you referring to the summary of
7  intercompany transactions that we were looking at
8  earlier?
9      A   Yes, I think that's what it's titled, yes.
10      Q   Why don't we pull that back up.  Do you have
11  that in front of you?
12      A   Yes.
13          MR. MATTEI:  What's the exhibit number on
14      this?
15          MS. SESHADRI:  106.
16  BY MR. MATTEI:
17      Q   Is this the spreadsheet you were referring to
18  earlier, Ms. Paz?
19      A   Yes, it is.
20      Q   Am I to understand from your testimony that
21  Free Speech Systems is claiming that the debt it now
22  purports to owe to PQPR started accruing in December of
23  2014?
24      A   Yes.  That's what the spreadsheet indicates.
25      Q   And what you have been told is that that is

Page 624

1  when the debt started accruing; correct?
2      A   I don't know if I asked that specific question,
3  but these are the documents that were produced to me that
4  I reviewed.  It indicates that.  So, yes.
5      Q   And they were produced to us as well?
6      A   Yes.
7          MR. MATTEI:  Can you take that down.
8  BY MR. MATTEI:
9      Q   Who authorized Free Speech Systems to begin to
10  go into debt to PQPR at that time?
11      A   What do you mean who authorized it?  I don't
12  know that it was ever a conscious decision.  PQPR was
13  sending us bills or sending Free Speech bills and we were
14  not paying the entire of the bills -- the entirety of the
15  bills.  I'm not sure the reason why.  I'm not sure if it
16  was -- I don't think it was a conscious decision on
17  anyone's part; but -- I don't know if -- I don't think I
18  would use the word "authorized," but --
19      Q   Okay.
20          So, this is helpful.  So, in 2014, PQPR is
21  sending -- in December 2014 PQPR is sending Free Speech
22  Systems bills; right?
23      A   Yes.
24      Q   As it had been prior to that?
25      A   Sure.

Brittany Paz Volume III
June 27, 2022

Page 625

1    Q    But in December of 2014, Free Speech Systems
2    stops paying those bills in their entirety; correct?
3    A    I don't know if they stopped, but most of the
4    bills were not being paid in their entirety.
5    Q    What were those -- how was Free Speech Systems
6    billed?  Was it by paper invoice, by electronic
7    submission?
8    A    They were being invoiced, yes.  They were being
9    invoiced.
10   Q    PQPR was causing invoices to be sent to Free
11   Speech Systems?
12   A    Right.
13   Q    Who was responsible for receiving and
14   processing those invoices at Free Speech Systems
15   beginning in December of 2014?
16   A    I don't know and I don't want to guess.
17   Q    And what were those -- at that time in December
18   2014 when this debt started accruing, what was Free
19   Speech Systems being invoiced for from PQPR?
20   A    For costs associated with the products, for
21   purchasing the products.  So, PQPR purchases the
22   products, costs associated with housing the products.
23   There also may have been some advertising costs in there.
24   I know a couple of years there were advertising costs.
25   Q    Hang on one second.  Hang on one second.

Page 626

1    A    Sure.
2    Q    Let's start with the cost of the products.
3    A    Sure.
4    Q    Why would Free Speech Systems owe PQPR for the
5    cost of products that PQPR was responsible for buying and
6    selling?
7    A    So, PQPR purchases the products and sells the
8    products but they're billing for the product sales,
9    right; so all of the product sales would then be billed
10   to Free Speech, ultimately.
11   Q    So -- but if PQPR's invoicing Free Speech
12   Systems, what you testified to is one of the invoice has
13   to do the cost of their products.  So, PQPR is saying you
14   owe us because we bought this product?
15   A    Mm-hm.
16   Q    Right?  Is that what you're saying?
17   A    I believe so.
18   Q    So, why would Free Speech Systems have to pay
19   PQPR for PQPR's purchase of its own product?
20   A    Well, those products are being sold on the Free
21   Speech Systems website, ultimately.
22   Q    Yeah?
23   A    Right.
24   Q    I thought you said that they were sold on --
25   A    Well --

Page 627

1    Q    Hang on a second.  Hang on a second.
2         I thought you said they were sold on
3    infowarsstore.com and infowarsshop.com and you didn't
4    know who own those websites?
5    A    I don't know who owns those websites, but
6    ultimately, all of those products are being sold via the
7    ads that link back to those websites.  I'm not sure who
8    owns them.  But -- so, when you visit a website on the
9    InfoWars.com website, you visit any article and there are
10   banners on those articles and it clicks and you can click
11   on that link to send you to the PQPR website to purchase
12   the products.
13   Q    Okay.
14        But that would be the advertising is money that
15   PQPR has to pay Free Speech Systems; right?
16   A    Right.  And if you watch -- if you read the
17   spreadsheets, they are being given credit.  So, Free
18   Speech is being given credits for those advertising.
19   Q    I'm just asking you right now what PQPR was
20   invoicing Free Speech Systems for?
21   A    For products.
22   Q    Hang on a second.
23        So, but is Free Speech Systems buying the
24   product from PQPR?  Because that I could understand,
25   right.  Hey, you're buying this product from us, we're

Page 628

1    selling it to you, Free Speech Systems, pay us.  But
2    that's not what I understood you to be staying.  What I
3    understood you to be saying is PQPR buys the products and
4    sells the products; right?
5    A    PQPR, I believe, buys the products and then
6    stores the products and handles the sale end of the
7    products and packaging the products.  But ultimately,
8    Free Speech pays PQPR for the product.  So, it is billing
9    Free Speech for the products.
10   Q    So, do you understand why this is a little bit
11   confusing -- might be a little confusing?  Because if
12   PQPR is being its product and then selling its product,
13   what is Free Speech Systems getting when it pays for the
14   product?  Isn't the product going to the third-party
15   customer?
16   A    Right, but the cost of the product is not the
17   same thing as what it is actually being sold for.
18   Q    So, why is Free Speech Systems paying for the
19   cost of the product, why wouldn't PQPR pay for that?
20   A    I don't know the answer to that.  I'm just here
21   to testify as to how it is.
22   Q    So, Free Speech Systems' testimony is that
23   beginning -- is that one of the things it was invoicing
24   PQ -- I'm sorry.  Let me start over.
25        Free Speech Systems' testimony is that one of

Brittany Paz Volume III
June 27, 2022

Page 629

1  the things PQPR was billing it for was the cost of PQPR's
2  products; correct?
3      A    Right.
4      Q    And those bills were coming in on a monthly
5  basis to Free Speech Systems?
6      A    Yes.
7      Q    What else was PQPR invoicing Free Speech
8  Systems for in December 2014?
9      A    I don't remember off the top of my head.  It
10  may have been billing them for --
11      Q    I don't want you to guess.
12      A    Right.  I don't remember looking at it.  I
13  would -- there are documents there that could refresh my
14  recollection, more specifically the spreadsheets.
15      Q    You mean the spreadsheet we were just looking
16  at?
17      A    Mm-hm.
18      Q    Okay.
19          Bring that up.  Do you have it?  Okay.
20      A    So, if you could see the debits, the product
21  sales.  So, that's what I was saying that the -- that
22  PQPR is billing Free Speech for.  And then there are some
23  credits.  So --
24      Q    Hang on.
25          If we're just sitting on the debits column,

Page 630

1  right, this would be, presumably, money that PQPR claims
2  it is owed by Free Speech Systems; right?
3      A    Yes.
4      Q    And the one source of that debt are product
5  sales.  At least listed here; correct?
6      A    Right.  At least listed here.
7      Q    And so, what I'm asking you is, beyond the
8  spreadsheet, is -- can Free Speech Systems testify as to
9  any other items for which PQPR was billing it or
10  invoicing it beginning in December of 2014?
11      A    PQPR billing Free Speech; right?
12      Q    Correct.
13      A    I can't tell by looking at this.
14      Q    Right.  Okay.
15          But beyond the spreadsheet, though?
16      A    Yeah, I don't know.
17      Q    Well, that's kind of important because one of
18  the issues you're here to discuss are the relationship
19  between the two entities and -- so, if we close the
20  deposition today, Free Speech Systems' testimony will be,
21  beginning in December of 2014, a debt started to accrue
22  to PQPR as a result of unpaid invoices for the cost of
23  products purchased by PQPR; correct?
24      A    Right.  Minus other things.  So, but yes.
25  Ultimately, yes.

Page 631

1      Q    Amongst other things, but I'm just focused now
2  on the invoice piece.
3      A    Right.
4      Q    Beyond the debt associated with Free Speech
5  Systems not paying for the cost of products, Free Speech
6  Systems is not aware of any other source of any debt owed
7  by Free Speech Systems to PQPR; correct?
8      A    Right.
9      Q    Okay.
10          So, thank you.
11          Getting back to the question that started this
12  round then, I asked you who authorized Free Speech
13  Systems to start to accrue this debt and I want to go
14  back to that question.
15          Now, we know that PQPR is invoicing Free Speech
16  Systems for the cost of its products and Free Speech
17  Systems is not paying, or at least not paying in full;
18  right?
19      A    Right.
20      Q    So, who made the decision at Free Speech
21  Systems to stop paying?
22      A    I don't know if it was ever a conscious
23  decision.  So, I don't know if it -- I just -- I don't
24  subscribe to the word "authorized" or -- you know, I
25  don't know that it was ever a conscious decision on

Page 632

1  anyone's part.
2      Q    Well, Free Speech Systems receives a bill as
3  you testified?
4      A    Right.
5      Q    That bill either gets paid or it doesn't get
6  paid; right?
7      A    Mm-hm.
8      Q    Who decides that?
9      A    I don't know.  I mean, Alex owns the company,
10  so -- but I don't know if he was paying attention to it
11  that closely.  I didn't ask him.  So, I don't know.
12      Q    Was there any discussion between -- so, you
13  said Alex Jones owns Free Speech Systems; right?
14      A    Yes.
15      Q    And the company to which the money was owed,
16  PQPR was, up until 2018, owned by Alex Jones through his
17  interest in PLJR; correct?
18      A    In part.
19      Q    Well, in part owned by Alex Jones, but Alex
20  Jones controlled the majority and controlling interest;
21  correct?
22      A    He controlled the majority percentage, yes.
23      Q    And so this is a situation where, beginning in
24  2014, one company owned by Alex Jones was deciding not to
25  pay another company in which Alex Jones was a majority

Brittany Paz Volume III
June 27, 2022

Page 633

1  owner; correct?
2      A    I just don't know how to came about, you know,
3  I don't know whether it was a conscious decision.  I
4  don't know how it came about.  But ultimately, the answer
5  is right, yes.  It wasn't one company was not paying
6  another company the entirety of what was owed.
7      Q    Right.
8      A    Right.
9      Q    Both owned by Alex Jones?
10     A    In part.  PQPR.
11     Q    Mr. Jones 100 percent owner of Free Speech
12  Systems; correct?
13     A    Yes.
14     Q    He is, as of this time, through his interest in
15  PLJR, 72-some percent owner of PQPR?
16     A    PQPR, yes.
17     Q    And Free Speech Systems is not paying PQPR;
18  correct?
19     A    In its entirety, right.
20     Q    And so, did Alex Jones -- okay.
21        But Free Speech Systems is not prepared to say
22  who made the decision at Free Speech Systems to withhold
23  money for which it is being invoiced?
24     A    Right.  Like I said, I don't know if it was
25  ever a conscious decision.  I mean, as I'm sure you've

Page 634

1  noticed throughout the entirety of the proceedings, there
2  was a lot of financial entanglement between the two
3  companies.  There's no real hierarchical structure, at
4  least, at Free Speech.  People come and go a lot.  So,
5  like I said, I don't know whether there was a conscious
6  decision.  I don't know how it happened or why.
7      Q    Let me ask the next question:  Why did Free
8  Speech Systems begin to accrue this debt to PQPR?
9      A    The why is because it wasn't being paid.  But
10  the why as it wasn't being paid, the answer is I don't
11  know.
12     Q    So, is it Free Speech Systems' testimony that
13  from 2014 to 2018 it racked up a, what, $29.5 million
14  debt?
15     A    Yes.
16     Q    And may have just done so unconsciously?
17     A    I don't know why.  So, it may have been
18  unconscious, it may have been conscious.  I just can't
19  answer why.
20     Q    Is Free Speech Systems aware of anything that
21  PQPR attempted to do to compel Free Speech Systems to pay
22  it the money it was owed?
23     A    Aside from the notes?  No.
24     Q    The notes meaning --
25     A    Meaning --

Page 635

1      Q    The documents that were --
2      A    Yes, exactly, the notes that put into writing
3  the debts and the payments and the structure of the
4  repayment.
5      Q    Prior to August of 2020, when that first note
6  was executed, is Free Speech Systems aware of any efforts
7  made by PQPR to compel Free Speech Systems to pay it the
8  amount it claimed to be owed?
9      A    Aside from the notes, I'm not aware of anything
10  else.
11     Q    You've never spoken to David Jones?
12     A    No, I've not spoken to Dr. Jones.
13     Q    You mentioned several times that during the
14  time period 2014 -- December 2014, when this purported
15  debt started to accrue and 2020, when the first note was
16  executed, there was a lot of what you described as
17  financial entanglement between the two companies;
18  correct?
19     A    Right.  I mean, in my conversations with
20  Mr. Roe, it kind of seemed like that was the case and
21  that they've made efforts to make sure that everything is
22  more separate and documented and runs more smoothly.
23     Q    Those efforts, according to Mr. Roe, commenced
24  in 2020?
25     A    I'm not sure when they commenced.  I don't know

Page 636

1  honestly know.
2      Q    What were the nature of the financial
3  entanglement -- of Free Speech Systems's financial
4  entanglements with PQPR?
5      A    Well, I mean, this is one example of the
6  invoicing and not being paid completely from one side
7  versus another.  So, efforts were being made to make sure
8  that the debts were documented and re-paid.  So, that's
9  one example.
10     Q    What other examples of entanglement were you
11  describing?
12     A    I don't think -- I don't know of -- off the top
13  of my head of any other ones.  This is obviously the
14  biggest one.
15     Q    Just unpaid invoices?
16     A    Well, it's $54 million worth of unpaid
17  invoices.
18     Q    Yeah, actually, can you tell me how you get to
19  54 million.  Because we were just talking about, on this
20  spreadsheet as of December 2018, 29.5 million in debt.
21  Is the balance having accrued from 2018 to 2020?
22     A    Right, so that would be on the second note.
23  The second note is for 25.3 million.
24     Q    Ah.  Hang on a second.
25        Let's do this, then.  Just to clear up then,

Brittany Paz Volume III
June 27, 2022

Page 637

1  because I want to talk to you about the notes.
2      A   Mm-hm.
3      Q   2014 through August of 2020, Free Speech
4  Systems is not aware of any efforts by PQPR to compel
5  payment nor of any efforts by Free Speech Systems to make
6  full payment on the debt that's purportedly owed;
7  correct?
8      A   Aside from the notes?
9      Q   The notes weren't until August of 2020.  I'm
10 talking about the whole time before August of 2018;
11 right?
12     A   Well, that's when the notes were signed.  But I
13 think it the debts were calculated -- so, the first note
14 is calculated through the end of 2018.
15     Q   Yeah.
16     A   And then the second note is for after 2018.
17 So, 2018 through 2020.
18     Q   Yes.
19     A   So, I mean, it, at least, appears to me that
20 even though the note was executed in 2020, they were
21 making these efforts at the end of 2018.
22     Q   I just want to -- I want you to be able to
23 testify here.  I'm not asking to you draw any inferences
24 from the dates on which the notes were executed or the
25 time period that they purport to cover; okay?

Page 638

1      A   Well, I think you are making an inference that
2  it says because the date is 2020, that no effort was made
3  prior to that.  But I don't think that's accurate.
4      Q   No.  I'm asking whether you're aware of any.
5  I'm asking you whether -- Because I want to you tell me.
6  If, in fact, anybody associated with Free Speech Systems
7  or PQPR attempted to negotiate in some way around this
8  accruing debt prior to August 2020, I want to know about
9  it.
10         So, as you sit here today as Free Speech
11 Systems's representative, can you testify in any way
12 about any discussions between representatives of Free
13 Speech Systems or PQPR concerning the accrual of that
14 debt prior to August of 2020?
15     A   Yes.
16         What I'm saying is that the first note is
17 calculated through the end of 2018 and the first note,
18 even though I understand what you're saying that the date
19 is August 2020, when I spoke to Mr. Roe and Mr. Schwartz,
20 you know, they're calculating this at the end of 2020 and
21 that's when the first note was going to be for $29.5
22 million.  So, it seems to me these conversations were
23 happening in 2018.
24     Q   So, did Mr. Roe or anybody tell you that, in
25 2018, there was any discussion between PQPR and Free

Page 639

1  Speech Systems about this debt?
2      A   I don't know if there were specific
3  conversations between the two companies.  All I could say
4  is that they're calculating these debts and the first
5  note -- like, so, for example, if they weren't talking
6  about it prior to 2020, they would have just calculated
7  the end of this first note in 2020.
8      Q   Ms. Paz, are you just kind of speculating about
9  that?
10     A   I'm just saying, based on my conversations, if
11 you read my note, it says there was one at the end of
12 2018 for $29.5 million.  That's based on my conversation
13 with Mr. Schwartz.
14     Q   So, in 2020, they're looking back at all this
15 money that they claim Free Speech Systems owes PQPR and
16 they calculate whatever it is going back to 2018; right?
17     A   I don't know.  I understand what you're saying,
18 but I don't know.
19     Q   I just want a clear answer to my question.  And
20 I don't want any kind of inferences or speculation.
21         As Free Speech Systems designee, is Free Speech
22 Systems aware of any negotiations of any kind regarding
23 this purported debt prior to August of 2020?
24     A   I don't know.  Like I said.  I can only tell
25 you what my conversations were with Mr. Schwartz and

Page 640

1  that's what he indicated to me.
2      Q   So, Free Speech Systems' response to that
3  question is no, it not aware of any; correct?
4      A   I don't want to say I'm not aware of any just
5  because, like I said, in my conversations with
6  Mr. Schwartz, the conversation was that the first note
7  was for the end of 2018, so I --
8      Q   I get it.
9      A   So, I don't know if that means they were
10 happening in 2018.  So, it could be --
11     Q   So, the answer is you don't know?
12     A   Right.  It could be 2018; but I'm not sure.
13 So --
14     Q   Right.  So, Free Speech Systems is not aware of
15 whether there were any negotiations or discussions
16 concerning this debt as between Free Speech Systems and
17 PQPR prior to August of 2020; correct?
18     A   I don't know, right.
19     Q   Thank you.
20         Now I want to talk about the notes.  So, let go
21 to this first note here.  If you can bring it up.
22         So, August 13, 2020; right?  Do you have it in
23 front of you, Ms. Paz?
24     A   Uh-huh.
25     Q   I'm going to read the first paragraph:  This

Brittany Paz Volume III
June 27, 2022

Page 641

1  promissory note is made as of the date first written
2  above by and between Free Speech Systems, LLC, a Texas
3  limited liability company, 3005 South Lamar Boulevard,
4  Suite D109-317, Austin Texas and PQPR Holdings Limited,
5  LLC, a Nevada limited liability company, 100 Congress
6  Avenue, 18th Floor, Austin, Texas; right?
7      A   I see that, yes.
8      Q   And the signers of this note -- Can you scroll
9  down to the execution page -- are Alex Jones on behalf of
10 Free Speech Systems; correct?
11     A   Yes.
12     Q   And David Jones signs as the secured party on
13 behalf of PQPR Holdings Limited, LLC; right?
14     A   Yes.
15     Q   So, who represented Free Speech Systems in
16 connection with this transaction?
17     A   Alex.
18     Q   Okay.
19         How do you know that?
20     A   He signed as the managing member of Free
21 Speech.
22     Q   Okay.
23         So, you're basing that solely on the fact that
24 his signature appears?
25     A   Right.

Page 642

1      Q   So, is it Free Speech Systems' testimony that
2  Alex Jones handled the negotiations around this
3  transaction, personally?
4      A   I don't know the answer to that.  I don't know.
5  He would have had to sign it, he's the 100 percent owner
6  of Free Speech.  Nobody else could sign it.
7      Q   Nobody else could sign it, but obviously you
8  understand in a transaction involving $25 million,
9  oftentimes parties are represented by counsel?
10     A   Counsel, exactly.
11     Q   Correct?
12         And you're not -- Free Speech Systems is not
13 aware of whether Mr. Jones and Free Speech Systems were
14 represented in these negotiations by counsel; correct?
15     A   I don't know.
16     Q   Is Free Speech Systems aware of any
17 negotiations that occurred around this transaction?
18     A   You mean how the terms ultimately came to be?
19 I don't know.
20     Q   Yeah.
21         Is Free Speech Systems aware of whether there
22 was any negotiation around this transaction?
23     A   I don't know.
24     Q   Is Free Speech Systems aware of how this
25 document was generated?

Page 643

1      A   What do you mean how it was generated?  Like,
2  who drafted it?
3      Q   Correct.
4      A   Oh, I don't know.
5      Q   Okay.
6         Now, you see that David Jones signed on behalf
7  of PQPR; correct?
8      A   Yes.
9      Q   And he purports to sign as a manager; correct?
10     A   That's what it says.
11     Q   Do you know what the basis for his authority is
12 to act as a manager on behalf of PQPR?
13     A   Well, he has an ownership interest in it.
14     Q   Okay.
15         Is that what Free Speech Systems is contending
16 was the basis for him to sign on behalf of PQPR here?
17     A   He can sign on behalf of PQPR.  He's -- has an
18 ownership I want in it.  I haven't seen the
19 organizational paperwork for PQPR, so I don't know what
20 his official title is within that LLC.  So, I can't
21 really answer that question.
22     Q   Okay.
23         As of this time, that is the time that this
24 document was executed, Alex Jones, through -- as of this
25 time, that is August of 2020, Alex Jones, through his

Page 644

1  interest in the AEJ 2018 Trust, owned an approximately 72
2  percent share of PQPR; correct?
3      A   Right.  When you do the math out, that's what
4  it works out to.
5      Q   Now, this particular note -- can we go back up
6  to the top, please.
7         This particular note pertained to a purported
8  debt of $29.588 million; correct?
9      A   Yes.
10     Q   And that is the same amount reflected on that
11 spreadsheet we were looking at earlier, purporting to
12 document monies owed by Free Speech Systems to PQPR from
13 December of 2014 through December of 2018; correct?
14     A   Yes, I believe those two numbers are the same.
15     Q   But it's Free Speech Systems' testimony that it
16 was not aware whether Free Speech Systems started making
17 payments on this note beginning in August of 2020;
18 correct?
19     A   Right.  I'm not sure.  I don't know the answer
20 to that.  I know they were definitely at the end of last
21 year, but I don't know if they were before that.
22     Q   Let's go to the second note.  Okay.  This is
23 the November 10, 2021 note.  And can you tell me what
24 the -- why Free Speech Systems entered this particular
25 note in November of 2021?

Brittany Paz Volume III
June 27, 2022

Page 645

1    A    So, after the 2018 -- so there was -- there
2  continues to be a balance from 2019 and 2020.  So,
3  there --
4    Q    Let me just interrupt you.
5         Meaning that from January of 2019 through even
6  the date of this note, November 2021, Free Speech Systems
7  was continuing to not pay PQPR in full for the cost of
8  PQPR's products as PQPR was billing it for; correct?
9    A    Right.  So, this wouldn't be through 2021
10  because 2021's books aren't closed yet.  So, there is no
11  analysis of 2021 for the year.  So, this would have been
12  for 2019 and 2020, so these were efforts that are being
13  made by the accountants to close out the books, right.
14  So, come to zero balances and have everything balance
15  out.
16         So, they did that with the first note at the
17  end of 2018, and then for 2019 and 2020 they're
18  continuing to try to balance everything out to get to
19  that zero for the next year.  They see that there's this
20  now $25.3 million debt.  So, instead of carrying that
21  debt over into the next year, they have the note.
22         But this wouldn't account for 2021.
23    Q    So, is it Free Speech Systems' testimony that
24  from January of 2019 through December of 2020, it accrued
25  another 25.3 million in debt to PQPR?

Page 646

1    A    Yes.
2    Q    And the basis for that debt was the same as it
3  had been prior to January 2019, that is, failure to pay
4  PQPR for the cost of PQPR's goods?
5    A    Right.
6    Q    Any other component of the debt that Free
7  Speech Systems is aware of?
8    A    No.  I think that's pretty much it.
9    Q    And the -- please scroll down.
10         Here in November of 2021, the interest rate
11  applying to this piece of debt is 1.8 percent; correct?
12    A    Yes.  In paragraph B, yes.  That's what it is.
13    Q    And is this another 30-year term?
14    A    No.  This appears to be coming due on November
15  10, 2036.  So, it's a shorter term.  This would be a
16  15-year payment.
17    Q    Yet, Mr. Jones signs this on behalf of Free --
18  Mr. Alex Jones signs this on behalf of Free Speech
19  Systems; correct?
20    A    Can we scroll down?
21    Q    Yes.
22         MR. MATTEI:  Scroll down to the signature
23         page, please.
24  BY THE WITNESS:
25    A    Yes.

Page 647

1    Q    And David Jones signs on behalf of PQPR;
2  correct?
3    A    Yes.
4    Q    And similar to the August 2020 note, I take it
5  that, your testimony is that you are not aware of whether
6  Free Speech -- whether Alex Jones personally negotiated
7  the terms of this instrument; correct?
8    A    Right.  I don't know.
9    Q    And you're not aware of whether there was any
10  negotiation around this particular instrument; correct?
11    A    I don't know either way, no.
12    Q    And you're not aware of the basis for David
13  Jones' authority to sign on behalf of PQPR here; correct?
14    A    Well, I don't represent PQPR, so I don't know
15  what their organizational structure is; so I don't know.
16    Q    You said earlier when describing PQPR's online
17  sales activity, you referred to a PQPR website.  What
18  website is that?
19    A    I think you asked this question earlier and I
20  said I wasn't sure what the name of the site is that it
21  links back to.  So, all of the ads that are on the Free
22  Speech website link back to another website, but I'm not
23  sure which site that is.
24    Q    When you say linked back -- if I'm on
25  InfoWars.com; right?

Page 648

1    A    Yep.
2    Q    Free Speech Systems owns that; right?
3    A    Right.
4    Q    And I click on a link to an ad; right?
5    A    Right.
6         So, if you have, like, say, a banner at the
7  top -- even the home page, there's banners on the home
8  page.  So, if you click on that, mm-hm.
9    Q    So, there's a banner ad on the home page at
10  InfoWars.com for bone broth, let's say, just by way of
11  example?
12    A    Okay, sure.
13    Q    I click on that.  I get redirected to a
14  different website; right?
15    A    Yes.
16    Q    Where I can execute a purchase for that bone
17  broth; right?
18    A    Yes.
19    Q    Is that second website owned by PQPR?
20    A    I'm not sure who owns it.
21    Q    And you don't know what it is?  That is, you
22  don't know the domain name?
23    A    Right, right.
24    Q    But is that what you were referring to as the
25  PQPR website?

Brittany Paz Volume III
June 27, 2022

Page 649

1    A    Yes.
2    Q    Okay.
3         THE WITNESS:  Is this a good point for a
4    break?
5         MR. MATTEI:  It may be.  I'm just trying
6    to see if there are a couple things I can wrap
7    up quick because we are going to have to take a
8    lunch.
9         Just give me one second, Ms. Paz.
10        THE WITNESS:  Sure.
11   BY MR. MATTEI:
12   Q    All right.
13        Did you review Dan Bidondi's deposition?
14   A    For today?  No.
15   Q    But at any point?
16   A    I don't remember.  I may have, but I don't
17   remember.
18   Q    Let me see if I can refresh your recollection.
19        Do you recall reviewing Mr. Bidondi's testimony
20   that he has exchanged text communications with Rob Dew
21   concerning this litigation?
22   A    I don't recall.  Do you remember what the texts
23   were, maybe give me some context?
24   Q    They haven't been produced to us.
25   A    Oh, I don't know, I don't know.

Page 650

1    Q    What is Rob Dew's current status with Free
2    Speech Systems?
3    A    I did speak to Rob about this.  I think he may
4    be a contractor now, but I'm not a hundred percent sure.
5    Q    This would have been a conversation you had
6    with Rob Dew going back to your first preparation.
7    A    From my original, right.  Because I did have a
8    conversation with him for, like, two hours or so and I
9    know his employment status has changed so he might be,
10   like, an independent contractor now.  But I'm not sure.
11   But I can verify it for you.
12   Q    What's Tim Fruge's current status with Free
13   Speech Systems?
14   A    As with a lot of the people, they kind of come
15   and go out of good graces, as they say.  So, I believe
16   Tim is currently actively employed with Free Speech.  He
17   stopped for a while, but I think he came back on.
18   Q    Yeah, you reviewed his deposition; right?
19   A    I believe I did.  I haven't reviewed it for
20   today.  I think I read it back during my original
21   preparation.  But I didn't review it for today.
22   Q    Does Free Speech Systems currently have any
23   affiliate relationships?
24   A    What do you mean?  Like, through the
25   broadcasts?

Page 651

1    Q    I mean -- I'm -- I'll just tell you Alex Jones
2    testified two weeks ago that Free Speech Systems is
3    engaged in a number of affiliate relationships with
4    third-party vendors, let's say.  So, I'm just asking you,
5    as Free Speech Systems's representative, whether you're
6    prepared to testify about the nature of those
7    relationships?
8    A    You mean, like, affiliate relationships through
9    advertising?  Because we do have some advertising
10   relationships.
11   Q    What can you tell me about that?
12   A    That's another topic.  I don't know if you want
13   to wait until after lunch, but there are some
14   spreadsheets that I believe were produced about the third
15   parties that pay us for advertising on our various
16   platforms, so there are affiliate relationships regarding
17   the advertising and the marketing.
18   Q    Right.  Okay.  What other types of affiliate
19   relationships do you have?
20   A    I mean, I'm not sure.  It's a very open-ended
21   question.
22        You know, I can testify as to advertising
23   third-party aspect of it.  We do have payments made to
24   us, like, we have an Amazon shopping, right, so that
25   would be a third-party affiliate, I would consider it, so

Page 652

1    we sell some of our products there.  And they pay us for
2    those products.
3    Q    Does Free Speech Systems -- Does Free Speech
4    Systems currently have any affiliate relationship with
5    any entities in which Tim Fruge is involved?
6    A    I don't know.  I'm not sure.
7    Q    All right.
8         MR. MATTEI:  Let's take our lunch break.
9    Is half an hour okay?  Would people like more?
10        MR. REILAND:  I would like 45 minutes.
11        THE WITNESS:  Yeah, can we do a little
12   more than that.
13        MR. REILAND:  Until 2.
14        THE VIDEOGRAPHER:  We are off the record,
15   the time is 12:42.
16        (Recess from 12:42 p.m. to
17   1:38 p.m.)
18        THE VIDEOGRAPHER:  We are now on the
19   record.  The time is 1:38.
20   BY MR. MATTEI:
21   Q    Ms. Paz, at some point, did Free Speech Systems
22   set up a website for the purpose of soliciting donations
23   to assist in its legal defense?
24   A    I believe it did, yes.  I'm not sure of the
25   dates.

Brittany Paz Volume III
June 27, 2022

Page 653

1    Q    And do you know what that website was?
2    A    Not off the top of my head, no.
3    Q    Does website SaveInfoWars ring a bell?
4    A    I don't know, I'm not aware.
5    Q    Do you know whether it was set up through
6  GiveSendGo?
7    A    I don't know how it was set up.
8    Q    Do you know who authorized that it be set up?
9    A    No.
10   Q    You're aware obviously that Free Speech Systems
11  solicited donations through The Alex Jones Show to that
12  fund; correct?
13   A    Yes.
14   Q    How much money has Free Speech Systems taken in
15  as a result of -- Strike that.
16        How much money has Free Speech Systems taken in
17  through the Save InfoWars legal defense fund?
18   A    I don't know.  I don't think that was on the
19  depo notice, so, I didn't look into it.
20   Q    The reason I'm asking is because -- well, of
21  course, Mr. Jones's compensation is on the depo notice;
22  correct?
23   A    Yes, his compensation is.
24   Q    And you're aware of approximately $8 million in
25  cryptocurrency donations that were made to Free Speech

Page 654

1  Systems during the spring of this year?
2    A    Donations to the fund?  Is that what you're
3  asking?
4    Q    Let me backup.
5        Are you aware of any cryptocurrency donations
6  to Free Speech Systems during the spring of 2022?
7    A    No.  I don't know either way.
8    Q    So, let me see if I can just narrow this down.
9  Free Speech Systems acknowledges that it set up a legal
10  defense fund for the purposes of soliciting donations to
11  assist in its legal defense in connection with this
12  litigation; correct?
13   A    Yes, I'm aware that exists.
14   Q    You're aware that Alex Jones has promoted that
15  website and solicited donations to Save InfoWars;
16  correct?
17   A    Yes.
18   Q    Free Speech Systems is not aware of whether it
19  received $8 million -- approximately $8 million in
20  cryptocurrency dough neighs earlier this year?
21   A    Right.  I don't know.  I didn't prepare that
22  question.
23   Q    And Free Speech Systems is not prepared to
24  testify today as to whether Alex Jones was compensated in
25  any way as a result of cashing out of those

Page 655

1  cryptocurrency donations?
2    A    I can testify as to his compensation as listed
3  in the spreadsheet that I reviewed which does not contain
4  any of that.  So, outside of the spreadsheet, no.
5    Q    Okay.
6        So, Free Speech Systems is not prepared to
7  testify to any fact concerning his compensation beyond
8  that which is set forth in the spreadsheet that was
9  produced in this case?
10   A    Well, it's Free Speech Systems's position that
11  represents all of Mr. Jones's compensation during those
12  time periods.
13   Q    Okay.  And which time periods does that cover?
14   A    I believe that's through 2020 because, like I
15  said earlier, our books for 2021 are not closed yet.  So,
16  we don't have the numbers through 2020 -- through 2021,
17  I'm sorry.  So, the numbers would end in 2020.
18   Q    Well, Free Speech Systems is obviously aware
19  what it paid Mr. Jones in 2021; correct?
20   A    I mean, I'm sure they're in the general ledger,
21  but as I said, the books are not closed for that year.
22   Q    But --
23   A    I can't testify to any numbers in 2021.  I have
24  not reviewed any numbers for 2021.  They are not
25  available to me yet.

Page 656

1    Q    When you say they're not available to you yet,
2  you're speaking as Free Speech Systems.
3        Is it Free Speech Systems' testimony today that
4  it is not capable of testifying as to any compensation it
5  paid Mr. Jones in 2021?
6    A    As I sit here today, that's correct.  I cannot
7  testify to anything --
8    Q    I'm not talking about you, personally--
9        But is that because that information is not
10  available to Free Speech Systems or is that simply
11  because you, Brittany Paz, haven't been presented with
12  that information?
13   A    I don't think I could testify to anything for
14  numbers for a year that haven't been closed yet.  So, I
15  don't think they are available to anyone not --
16   Q    Let's just put it this way:  You haven't filed
17  your taxes -- your personal taxes for 2022; correct?
18   A    Right.
19   Q    But you know that you've been paid by Free
20  Speech Systems in 2022; correct?
21   A    Sure.
22   Q    And the same is true for Mr. Jones.  Mr. Jones
23  has not filed or has he filed his 2021 tax return?
24   A    I don't know.  You would to have ask him.
25   Q    Okay.

Brittany Paz Volume III
June 27, 2022

Page 657

1    Has Free Speech Systems filed it's 2021 tax
2  return?
3    A    I don't believe so, no.
4    Q    But, regardless have whether its books have
5  been closed or the tax return has been filed, the reality
6  is, and you can testify to this, that, in 2021, free
7  Speech Systems paid Mr. Jones compensation; correct?
8    A    Yes.  I just don't know how much.
9    Q    The question I'm asking you is whether you
10 don't know how much because that information is not
11 reasonably available to Free Speech Systems?  Can you
12 testify under oath that is why you don't know?
13   A    That is correct.
14   Q    That it's just not reasonably available to you?
15   A    I can't testify to any file numbers regarding
16 2021 until our books are closed for that year.
17   Q    Says who?
18   A    Says the accountants, says the attorneys,
19 says -- I can't testify to anything in 2021.
20   Q    Okay, so let me just understand that.
21   Have you been instructed not to testify
22 concerning Mr. Jones' compensation that was paid to him
23 in 2021?
24   A    I don't know how I can be instructed not do
25 something when that information is not available to me.

Page 658

1  I can't testify to something that is not even available
2  to me.
3    Q    You haven't even looked; right?
4    A    I asked what the most recent numbers we have
5  available are and --
6    Q    Let me stop you right there.
7    Who did you ask what the most recent
8  compensation information for Mr. Jones is available for?
9    A    I asked -- when I was speaking to Mr. Roe about
10 it and Mr. Schwartz when we were going over the
11 spreadsheets and --
12   Q    Let's start with Mr. Roe?
13   A    Sure.
14   Q    You asked Mr. Roe what's the most recent
15 compensation information we have available for Mr. Jones?
16   A    Yes.  And I was provided the spreadsheet.
17   Q    You were provided the spreadsheet?
18   A    Yes.
19   Q    Did Mr. Roe tell you anything about -- did he
20 answer your question directly about what have the most
21 recent time peer for which compensation information was
22 available?
23   A    Yes.  Because I asked him if we had 2021
24 numbers and the information for 2021 and he said those
25 books -- the books aren't closed for 2021 yet, so it's

Page 659

1  not available.
2    Q    He said -- Mr. Roe told they're not available?
3    A    Right.
4    Q    Did Mr. Schwartz tell you they're not
5  available?
6    A    I did speak with Mr. Schwartz about that, too,
7  yes.
8    Q    Did Mr. Schwartz tell that you information
9  concerning Mr. Jones's compensation in 2021 was not
10 available?
11   A    Right, because the books weren't closed yet.
12   Q    He said that as well?
13   A    Yes, I asked Mr. Schwartz.  He said the same
14 thing.
15   Q    Did you ask them -- I assume you asked them
16 about 2022 as well and they told you the same thing?
17   A    If 2021 wasn't available, I didn't even get
18 that far.  But --
19   Q    You didn't get that far?
20   A    I didn't even get that far.
21   Q    If the Notice of Deposition requires to you
22 testify as to any compensation paid to Alex Jones from
23 the period 2012 through the date of deposition; correct?
24   A    That's what it says.
25   Q    And you are not prepared to testify as to any

Page 660

1  compensation for 2021 and 2020; correct?
2    A    Right.  I'm not able to do that.
3    Q    An that's because you've been instructed both
4  by Mr. Schwartz and Mr. Roe that that information simply
5  isn't available?
6    A    Right.
7    Q    The explanation they gave you for why it wasn't
8  available is because Free Speech Systems hasn't closed
9  its books for either of those years?
10   A    Right.
11   Q    What do you understand "close its books" to
12 mean?
13   A    What I understand, obviously, I'm not an
14 accountant, but I understand that the numbers for that
15 year are not finalized yet.  So, they need to go through
16 and make sure everything adds up and everything balances
17 out and then the final numbers will come out.
18   Q    Come out to whom?
19   A    Be available.  I'm not sure what they do with
20 it.  I'm not an accountant, but that's what I understood
21 it to mean.
22   Q    Okay.
23   Let's go to Exhibit 108.
24   This is the spreadsheet you were referring to
25 earlier regarding Mr. Jones's compensation?

Brittany Paz Volume III
June 27, 2022

Page 661

1   A   Yes.
2   Q   Who prepared this spreadsheet?
3   A   I believe Mr. Roe prepared it.
4   Q   He provided it to you?
5   A   Yes.
6   Q   Did he explain it to you?
7   A   Yes, we discussed it.
8   Q   The total draws listed in column G, what do you
9   understand the figures in that column to represent?
10  A   So, that would be his total draws -- so,
11  there's two asterisks next to total draws and it's
12  defined as amounts disbursed to or on behalf of Alex
13  Jones, including amounts paid to or on behalf of Kelly
14  Jones; so, it would be all of the amounts that Alex
15  earned for those years including his W-2 salary, also
16  including payments to Kelly Jones.
17  Q   So, backup now.
18      There's a separate column for his W-2;
19  correct?
20  A   Right.  So, those are his wages.
21  Q   Hang on a second.
22      So, is it your testimony that the W-2 salary
23  listed in column E is also included in the total draw
24  figures in column G?
25  A   I'm not sure.

Page 662

1   Q   Okay.
2   A   That's how I read that but, honestly, I'm not
3   sure.
4   Q   Okay.
5       For example, if you take 2016, where Mr. Jones
6   was paid, according to this spreadsheet, apparently a
7   salary of $181,925, you can't testify whether that amount
8   is included in the 5.98 million he received as part of a
9   draw or in addition to that number; correct?
10  A   Right.  I'm not sure.
11  Q   And you're not sure on that issue with respect
12  to any of those years; correct?
13  A   Right.
14  Q   With respect to the -- assume with me for a
15  moment that the W-2 salary is in addition to the draw
16  amount listed in column G; okay?
17  A   Okay.
18  Q   It's your understanding that -- what is your
19  testimony as to what comprises that draw, excluding any
20  potential W-2 salary?
21  A   So, the draws would be any amounts paid
22  directly to Alex through Free Speech.  It is also
23  including any monies paid to Kelly, because Alex reported
24  it on his income taxes as income to him.
25  Q   And would that amount, that is the amount paid

Page 663

1   to Kelly be represented by the 2.06 million total listed
2   in column L?
3   A   Right.  So, 2.064 million, that would be
4   included in column G, the 50.515 million.
5   Q   So, of the 50.5 million that Mr. Alex Jones
6   drew down during the years 2012 through 2020, 2.06
7   million of that represented payments to Kelly Jones;
8   correct?
9   A   Right.
10  Q   Are you prepared to testify today about
11  Mr. Jones' tax liability as set forth in column J?
12  A   I mean, aside from the federal taxes that he
13  paid, which are outlined in that column, are you asking
14  for anything outside of what we see here in the
15  spreadsheet?
16  Q   As I understand column J, what it purports to
17  indicate is that Mr. Jones's federal tax payments were
18  included in the draw that he received each year; correct?
19  A   That the payments that he made to pay for tax
20  liability?
21  Q   Right.
22  A   Right, that's how I read that, too.
23  Q   Is that true, though?  Look, I'm just reading
24  it.  I have no association with Free Speech Systems.  Is
25  that, in fact, the case?

Page 664

1   A   Federal tax included and draw -- yeah, so that
2   means to me that's the tax that he paid on the draw.
3   Q   Again, I want to be clear, I'm not asking to
4   you interpret this document.  I'm asking to you testify
5   as to what is, in fact, the case.  The document just is
6   up to help you; but you didn't prepare this document.
7   Your only knowledge on this is based on what Mr. Roe told
8   you; correct?
9   A   That is fair.
10  Q   So, let's take, for example, the year 2017.
11  All right?  Mr. Jones is listed, according to this
12  document, as having drew $6.79 million during that year;
13  correct?
14  A   Right.
15  Q   There is a column titled Federal Tax Included
16  In Draw, and the number for that particular is 6.6
17  million; right?
18  A   Right.
19  Q   So, what is the relationship between the 6.9
20  million listed in 2017 under column G and 6.6 million
21  listed in column J?
22  A   I'm not sure, just because it doesn't make
23  sense for him to pay 6.6 million in federal tax on 6.9.
24  So, it doesn't -- so, I don't think that's the tax that
25  he paid.  It might be the total compensation he paid tax

Brittany Paz Volume III
June 27, 2022

Page 665

1  on, minus deductions.  But I'm not 100 percent sure about
2  that.  I'm not a tax attorney, so --
3      Q    You don't know; right?
4      A    I'm not sure.
5      Q    And so, for example -- well, it sounds like
6  you're not prepared to testify today about what the total
7  compensation was that Free Speech Systems paid to
8  Mr. Jones in each of these years; correct?
9      A    No, I can testify as to what he earned on his
10  W-2 and the total draws.
11      Q    But you just testified earlier you don't know
12  whether the W-2 information listed here is in addition to
13  the draw or included in the draw; correct?
14      A    I don't think it would be including in the
15  draw, just because --
16      Q    Ms. Paz, you need to testify under oath to a
17  fact here.
18      A    Right, I'm not sure the difference, but --
19      Q    In other words, can you tell me today with
20  certainty, because you're under oath testifying as Free
21  Speech Systems; right?  Can you tell me today how much
22  total compensation Mr. Jones received from Free Speech
23  Systems in any of the years 2012 through 2020?
24      A    I'm just not sure whether or not the W-2
25  numbers are included in the total draw numbers.  So, I

Page 666

1  mean, I can fine that out for you.  That's not a big
2  deal.  But I'm not sure is the answer.
3      Q    So, the answer is you're not prepared today to
4  testify as to what Mr. Jones's total compensation was
5  from Free Speech Systems between the years 2012 and 2020;
6  correct?
7      A    As to that particular question, the answer is
8  no.
9      Q    No, you're not prepared to testify to that?
10      A    I mean, I'm prepared to testify that he has
11  drawn $50.5 million in the eight-year period.
12      Q    You're prepared to testify that that's what
13  that column says; right?
14      A    Those are his total draws as per the general
15  ledgers of how much he drew those years.
16      Q    You are prepared to say he was compensated at
17  least $50.5 million; correct?
18      A    Right.
19      Q    But you can't testify what his total
20  compensation was for any of those years; correct?
21      A    I just don't know if the W-2 numbers are
22  included in that.  But I don't think so.  I think it
23  might be it's in addition to, but I'm not sure.  So, no.
24      Q    Is that the only -- well, let me -- so, you
25  know that there was a number drawn from for Mr. Jones

Page 667

1  listed in the general ledger; correct?
2      A    For column G?  You mean how was this prepared?
3      Q    Yes.
4      A    Right, yeah, so he added the reference, so
5  that's where he got the references for those numbers.
6  So, right, in our ledger, that's what the number of draws
7  is for him for that year.
8      Q    So, according to this spreadsheet, there's only
9  two potential sources of compensation for Mr. Jones from
10  Free Speech Systems during these years:  One is his W-2
11  salary and the other is his draw; right?
12      A    Right.
13      Q    Are there any other sources of compensation
14  from Free Speech Systems for Mr. Jones during this time
15  period?
16      A    I'm unaware of anything except for these two
17  sources of income.
18      Q    Is that a no?  Or is it an I don't know?
19      A    When I asked what his income was, what Free
20  Speech Systems paid to him total, this is what I was
21  provided.  So, this is what he was paid from Free Speech
22  Systems.  Anything else was gained from -- if anything
23  else, was gained from other sources other than from Free
24  Speech.  This is what Free Speech paid to Mr. Jones.
25      Q    This and only this?

Page 668

1      A    Right.
2      Q    And that's based solely on what Mr. Roe told
3  you?
4      A    Well, this is based on what Mr. Roe has gleaned
5  from our general ledgers, from Free Speech's general
6  ledgers.  So, he reviewed the ledgers and prepared this
7  spreadsheet on the basis of that.
8      Q    Okay.
9      But you didn't conduct your own independent
10  analysis of the general ledgers; correct?
11      A    No, no, I did not, no.
12      Q    So, what Mr. Roe represented to you was he had
13  reviewed the general ledgers, he identified only two
14  sources of compensation to Mr. Jones from Free Speech
15  Systems, those being his B-2 salary and his total draw;
16  correct?
17      A    Right.
18      Q    He then listed them out here; correct?
19      A    Right.
20      Q    But Free Speech Systems cannot testify whether
21  or not the draw includes the W-2 salary?
22      A    Right.  I'm just not sure of that aspect of it.
23      Q    Free Speech Systems' testimony is that, at
24  most, Mr. Jones was compensated by Free Speech Systems
25  approximately 53-plus-million dollars?

Brittany Paz Volume III
June 27, 2022

Page 669

1    A    Right.  If you add the two columns.
2    Q    From 2012 to 2020?
3    A    Correct.
4    Q    And you're not prepared to testify to any other
5  sources of compensation Mr. Jones may have had other than
6  these two; correct?
7    A    Well, as far as Free Speech is concerned, these
8  are the only sources of compensation.
9    Q    So, let's just assume for a moment that the
10  information Mr. Roe gave you is accurate and therefore
11  your testimony is accurate?
12    A    Right.
13    Q    Separate from these two sources of information,
14  you are not prepared to testify as to any other forms of
15  income Mr. Jones may have had; correct?
16    A    From sources other than Free Speech?
17    Q    Correct?
18    A    Right.  I don't know if he has other sources of
19  income other than Free Speech; that's correct.
20    Q    And you asked as Free Speech Systems' corporate
21  representative for all information concerning Mr. Jones's
22  compensation from Free Speech Systems; correct?
23    A    Right.
24    Q    And this is the spreadsheet that you were
25  provided; correct?

Page 670

1    A    Yes.
2    Q    And this spreadsheet comprises the entirety of
3  the information that you are relying in testifying
4  concerning his compensation; correct?
5    A    Right.
6    Q    Do you know who prepares Mr. Jones's personal
7  tax return?
8    A    I do not.  I know that Free -- well, actually,
9  strike that.
10        I don't know who prepares it.
11    Q    You're aware that Free Speech Systems does pay
12  for certain tax services provided to Mr. Jones; correct?
13    A    That Free Speech pays for his accountant
14  services?
15    Q    His personal accounting services.
16    A    Oh, yes.
17    Q    Have you reviewed any of Mr. Jones's tax
18  returns in connection with your work in this case?
19    A    I believe I was shown, when I was down in
20  Texas, although I do not have copies of it, one or maybe
21  two years.  And because I believe Free Speech's income is
22  filed with Mr. Jones's personal return.  So, I was shown
23  those portions of the return in connection with that.
24  But I don't remember for which years.  I wasn't shown all
25  ten years or whatever it is, eight years.

Page 671

1    Q    Who showed you Mr. Jones's tax returns or at
2  least a portion of it dealing with Free Speech Systems'
3  income?
4    A    I think that was when I met with Mr. Roe down
5  in Texas, he had shown me some of the taxes -- tax
6  returns.  It was just the portion dealing with Free
7  Speech's income.
8    Q    And you believe that was for two years?
9    A    I don't know how many years, I don't remember
10  which years.  I don't have copies of them.  I wasn't
11  provided with copies.
12    Q    Was anybody else present during that meeting?
13    A    Attorney Blott.
14    Q    Was it your -- did you discuss with Mr. Roe why
15  he was not designated to serve as corporate
16  representative on the financial subjects listed in the
17  notice of deposition?
18    A    I think that's beyond my pay grade.  Those are
19  internal discussions --
20    Q    I'm just asking whether you discussed that with
21  him?
22    A    I didn't discuss it with him.
23    Q    During your testimony earlier in describing the
24  accrual of debt owed by Free Speech Systems to PQPR, you
25  testified that there were certain indications in the

Page 672

1  transaction reports, which I believe you've also referred
2  to as general ledger, suggesting that money was owed by
3  Free Speech Systems to PQPR.  Am I -- am I reorienting
4  you to that testimony?
5    A    Yeah, yeah.  You mean the questions about how
6  they arrived at those numbers for the notes?
7    Q    I think I remember you indicating that the
8  general ledgers included a general ledger account number
9  specifically for money owed to PQPR.  Was I making that
10  up or did you testify to that?
11    A    I think I testified to a specific account
12  number regarding the closed captioning.
13    Q    Ah.
14    A    That was what I specifically remember us
15  talking about with a number.  So, when he asked
16  Mr. Schwartz about close captioning, he was able to
17  pretty quickly pull up all the payments that were made
18  foreclosed captioning because that has a specific account
19  number in the ledger and he just pulled up all the
20  transactions for that account number.
21    Q    When did Free Speech Systems first start
22  recording in it's general ledger that it owed -- that it
23  had a liability due to PQPR?
24    A    You mean, when it was recording or when they
25  noticed it or both, I guess?

Brittany Paz Volume III
June 27, 2022

Page 673

1    Q    When did they first start accounting for it in
2  their general ledger?
3    A    I don't know the answer to that. And only
4  because, like I said, there was a lot of financial
5  entanglement between the two companies previously and
6  there has been recent efforts to disentangle it. So, I'm
7  not sure when they would have first started trying to
8  figure it out and disentangle everything.
9    Q    When you say disentangle, the only things that
10 they've done to disentangle that you're aware of is
11 having executed those two promissory notes; correct?
12   A    Well, to try to figure out where money is going
13 and who owes what to who and for what. So it's been a
14 significant effort based on my conversations with Mr. Roe
15 and Mr. Schwartz.
16   Q    Tell me then beyond just Alex Jones and his dad
17 executing those two promissory notes, what other work has
18 been done to disentangle the financial relationship
19 between Free Speech Systems and PQPR?
20   A    You mean aside from the payments on the notes
21 and going forward making sure that all of the amounts are
22 being invoiced and paid properly?
23   Q    Hold on a second.
24   A    I don't know of anything else.
25   Q    Okay.

Page 674

1         Well, let's just take those few things.
2         One is you mentioned paying on the note.
3  Right? So, one thing they have done, according to Free
4  Speech Systems is they have executed these promissory
5  notes which require regular payments on the debt; right?
6    A    Right, right, right.
7    Q    That's one thing they've done.
8    A    Right.
9    Q    And according to Free Speech Systems, those
10 payments, as least as of November of 2021, are being
11 made?
12   A    Right, right.
13   Q    What else have they done?
14   A    And then just, as I said, moving forward,
15 making sure that the payments for future purchases are
16 being invoiced and then paid properly so we're not
17 progressively accruing more debt.
18   Q    Moving forward from what date has that been put
19 in place, wherein Free Speech Systems timely paid any
20 invoices and bills sent by PQPR?
21   A    So, that would be at the end of the second
22 promissory note period. So, that would be at the end of
23 2020. So, end of 2020 is when the second note -- So,
24 2021 was when the second note was signed but it would
25 have been for the end of 2020, right, because 2021 is not

Page 675

1  closed yet. So, they closed out 2020. So, it would have
2  been moving forward from 2021 on.
3         Does that make sense?
4    Q    Beginning in January of 2021, is when I guess
5  PQPR first started requiring that Free Speech Systems
6  make timely payment on any invoices it received?
7    A    Well, I mean, I don't know if I would say
8  requiring, but based on the invoice and we make sure we
9  pay it just so going forward there's not an accrual of
10 more debt.
11   Q    Who's in charge now of making sure those
12 payments are made timely?
13   A    You mean, who is processing those bills for
14 payment now?
15   Q    Mm-hm?
16   A    I believe it's Melinda.
17   Q    Melinda Flores?
18   A    Right.
19   Q    So, as I understand it, when you were using the
20 word entanglement, what you are describing is simply the
21 fact that Free Speech Systems was not paying money it
22 owes to PQPR on a timely basis, is that what you're
23 saying?
24   A    Right.
25   Q    And because Free Speech Systems was not paying

Page 676

1  PQPR the money that PQPR was owed during that time, Free
2  Speech Systems was retaining, within its own account,
3  money that PQPR was entitled to?
4    A    Right. So, the ledgers for those years would
5  have indicated a loss, right, so it's still --
6    Q    A loss for whom?
7    A    A loss for Free Speech.
8         So, our books -- the books were still
9  reflecting this money as being owed because we were
10 receiving the invoices, we were putting the invoices into
11 our account -- you know, into the books; and so, from
12 year to year, it's carrying over the debt. So, instead
13 of carrying that debt over from year to year, my
14 understanding is that's why they wanted to zero out the
15 books and make it into a note so that they were starting
16 from the following year at zero instead of at a negative.
17 So, that's why the first note was executed.
18   Q    I believe that your testimony is that Free
19 Speech Systems is not aware of any debt-related payments
20 it was making prior to November 2021; right?
21   A    Oh, you mean payments on the notes? On that
22 debt? On that --
23   Q    Yes, yeah.
24   A    -- on that $54 million. I'm not sure when
25 those payments are. I know for a fact they started in

Brittany Paz Volume III
June 27, 2022

Page 677

1  November, but I don't know if there were any other
2  payments on that debt being made before that.  So, I
3  don't know.
4      Q   I want to ask you some questions -- moving on
5  to a different topic, Ms. Paz.
6          So Ms. Paz, I want to change topics now to
7  discuss the radio audience of Free Speech Systems.  And I
8  want to show you Exhibit No. 121.
9          Why don't we pull that up until we have it in
10  front of you, Ms. Paz.
11     A   I see an e-mail.
12     Q   Okay.  I want you to just take a minute to
13  familiarize yourself with it.
14         John@InfoWars.com is John Baum; correct?
15     A   I believe so, yes.
16     Q   And Professor Tracy is Professor Jim Tracy who
17  appeared on the Alex Jones show several times to discuss
18  Sandy Hook; correct?
19     A   Yes, I believe he did.
20     Q   You see that this e-mail is dated January 8th,
21  2013?
22     A   Yes.
23     Q   So, less than a month after the Sandy Hook
24  shooting; correct?
25     A   Yes.

Page 678

1      Q   And Mr. Balm informs Mr. Tracy that Free Speech
2  Systems was on over 140 stations nationwide with a daily
3  listener base of 3 million, possibly more; right?
4      A   That's what the e-mail says.
5      Q   Was that correct as of January of 2013?
6      A   I don't know.  I had this conversation with
7  Alex and every time I talked to Alex about this, his
8  position is I'm free to air, I'm on -- you can listen to
9  me online, you can listen to me anywhere, I'm on the air
10  waves.  So, the entire plant is capable of listening to
11  him, it really difficult to narrow it down.
12         As far as this e-mail goes, it looks like what
13  it's referring to is there are 140 stations that we air
14  on, and if you look at all of the stations and their
15  approximate listener base or how many people it's
16  potentially reaching just based on where they're
17  broadcasting, it's 3 million people.  So, that's what
18  that e-mail is saying to me.  But outside of what I see
19  there and that what I just testified to, I can't say
20  whether it's right or not.
21     Q   Well, you've been produced by Free Speech
22  Systems to testify concerning its audience.  That's one
23  of the subjects listed in the Notice of Deposition.  You
24  know that?
25     A   I do.  And I've made efforts to do that and

Page 679

1  that was the response that I received.
2      Q   Okay.
3          Well, you would agree with me that on January
4  8th, 2013, John Baum was an employee of InfoWars;
5  correct?
6      A   Yes.
7      Q   He was one of the producers of The Alex Jones
8  Show; correct?
9      A   I don't remember if he was a producer but he
10  was employed there in this time period, yes.
11     Q   It's fair to say that Free Speech Systems does
12  not dispute that as of January 28th, 2013, The Alex Jones
13  Show was airing an over 140 stations nationwide with a
14  daily listener base of 3 million?
15     A   I don't have any information that contests
16  that, no.
17     Q   Other than Alex Jones, who did you speak to
18  regarding Free Speech Systems audience size?
19     A   I think I just spoke to Alex about it.
20     Q   Why don't you put up Exhibit 122.  Let's just
21  scroll through this.
22         Ms. Paz, have you ever seen this document
23  before?
24     A   I'm sorry, what is this?
25     Q   I'll represent to you that this was produced as

Page 680

1  a transcript of the June 19th, 2017, broadcast of The
2  Alex Jones Show?
3      A   Okay.
4          I may have read something like this in a
5  different format.  The transcripts that I read of the
6  shows were by Falzarano Reporters.  So, I may have read
7  this transcript, but it was just in a different format.
8      Q   Okay.
9          You see the Bates number at the bottom as
10  having -- as this being a document that was produced by
11  Free Speech Systems?
12     A   Yes.
13     Q   And so Free Speech Systems agrees that this is
14  in fact a transcript of The Alex Jones Show on June 19th,
15  2017; correct?
16     A   That's what it appears, yes.
17     Q   Directing your attention to page 8.  Go up --
18  so, now we are on page 7 going to page 8.  Go up a little
19  further, please.
20         You see it, starting at 18:57, the transcript
21  reflects that Alex Jones is speaking?
22     A   Yes, that's what it says.
23     Q   And if you go down.  If you see there where
24  Mr. Jones is referring to a video that Mr. Michael
25  Cernovich published on his Facebook page concerning Megyn

Brittany Paz Volume III
June 27, 2022

Page 681

1  Kelly; correct?
2      A    That's what it looks like, yes.
3      Q    And Mr. Jones reported to his audience that
4  according to Mr. Cernovich's internal analytics, which
5  were contained on his phone and that Mr. Jones had
6  viewed, the video had 4.5 million views and then another
7  version had 2 million views on somebody else's channel;
8  and our channel had a million views and then all my other
9  videos together were over 15 million views; do you see
10 that?
11     A    Yes.
12     Q    You understand that Mr. Jones was discussing
13 the total views of videos he had published concerning
14 Megyn Kelly; correct?
15     A    It says, All of my other videos together at 15
16 million views.  It's unclear how many videos he's talking
17 about; but the views of however many videos that is.
18     Q    Once again, if you go down to the next
19 paragraph, Mr. Jones said, so, with his views, referring
20 to Mr. Cernovich, that's 22-plus million views in the
21 last week on videos we put out online; right?
22     A    That's what it says.
23     Q    Mr. Jones was essentially saying in the last
24 week, Free Speech Systems videos had received 22 million
25 views; correct?

Page 682

1      A    Including Mr. Cernovich's video, right.  That's
2  what it says.
3      Q    Which Free Speech Systems republished.
4      A    Right, that's what it says.
5      Q    Can you keep going down, please.  A little bit
6  further.
7          You see going down further, Mr. Jones says to
8  his audience, Ladies and gentlemen, my Sunday show is
9  only half the size of my weekday broadcast, but I like to
10 get ahead of the news.  It's got over 100 affiliates
11 conservatively according to the ad agencies that get the
12 big spectrum of ratings that come in.  It has close to 2
13 million listeners on average that tune in.
14          He's talking about a Sunday broadcast; right?
15     A    That's what it looks like.
16     Q    Which he reports gets close to 2 million
17 listeners on average, which is half of what his week day
18 show would get; right?
19     A    That's what it says.
20     Q    And that's only on radio.  If you go down
21 further, that doesn't include the Internet and live
22 streams; correct?
23     A    Right.  It looks like he's only talking about
24 his Sunday broadcast.  So, it's not talking about -- His
25 Sunday broadcast being posted on YouTube and then the

Page 683

1  subsequent views that it may get after; right.
2      Q    Right.
3      So, fair to say that according to Mr. Jones at
4  this time, his Sunday broadcast was getting 2 million
5  radio listeners on average; correct?
6      A    That's what it says, yes.
7      Q    His week day broadcast was getting 4 million
8  radio listeners; correct?
9      A    If he says it's half, double of that would be
10 four, so --
11     Q    He actually says that.  But that's on
12 commercial radio?
13     A    A week day almost 4 million over the three or
14 four hours that that's rated.  Yes, I see him saying
15 that, yes.
16     Q    And then he goes on and says, and then of
17 course there's the internet and live streams and
18 everything else.  It's huge.  We're talking
19 conservatively 45 million different people that tune in
20 each week.  One away or the other, it affects 45 million
21 people; right?
22     A    That's what he said, yes.
23     Q    And Free Speech Systems doesn't have any reason
24 to dispute Mr. Jones's representation to his audience at
25 this time, in June of 2017, that he was reaching 45

Page 684

1  million different people that tune in each week; correct?
2      A    No, I don't have any reason to dispute that.
3          MR. MATTEI:  Let's go to 123, please.
4  BY MR. MATTEI:
5      Q    You have in front of you, Ms. Paz, an e-mail
6  from Scott Bronson, an InfoWars employee to Robert
7  Castaneda, also an InfoWars employee?
8      A    Yes, I see it.
9      Q    Why don't you just take a minute to review it
10 and see if you can scroll down as Ms. Paz needs it.
11     A    Okay.
12     Q    So, what was Mr. Bronson's role at Free Speech
13 Systems at the time he sent this e-mail?
14     A    Affiliate relations.
15     Q    Do you know that or are you just gleaning that
16 from the e-mail?
17     A    I'm gleaning it from the e-mail.
18     Q    And what does that mean?
19     A    So, affiliate -- our affiliates would be
20 whichever or however many stations we broadcast on.  So,
21 this information is a summary of all of the platforms
22 essentially that we broadcast on or that we are available
23 to the public on and approximately how many people they
24 reach.  And it looks like a break down of who -- the
25 types of people.

Brittany Paz Volume III
June 27, 2022

Page 685

1      Q    And who is Mr. Castaneda?
2      A    You know what, I'm not 100 percent sure of what
3  his role was.
4      Q    What about John Hanson, who is also copied on
5  this e-mail?
6      A    I'm not sure just because also his function has
7  shifted over time.  So, I'm not sure what function he had
8  in this time period.
9      Q    You agree with me that this e-mail was produced
10 to the plaintiffs by the Jones defendants; correct?
11     A    Can we scroll down just a minute, to the
12 bottom?
13          Yes, it has a Bates stamp.  So, yes.
14     Q    This is a Free Speech Systems e-mail?
15     A    Right.
16     Q    The information that Mr. Bronson was sending to
17 Mr. Castaneda, he wanted to be put on the Affiliate One
18 sheet; what's the Affiliate One sheet?
19     A    The Affiliate One sheet is just a very brief
20 summary of all of the affiliates and where we appear
21 on -- across all of the different stations and broadcast
22 systems and how many people we reach.  So, it's literally
23 just a very short summary.  Almost like a resume.
24     Q    One of the purposes of the Affiliate One sheet
25 is to go out an recruit more affiliates to air The Alex

Page 686

1  Jones Show by showing those affiliates just how broad his
2  reach is; correct?
3      A    Sure.
4      Q    It's also used to recruit potential advertisers
5  who may want to advertise against The Alex Jones Show to
6  show those advertisers just how many people they can
7  reach; correct?
8      A    Sure.
9      Q    And according to Mr. Bronson's -- Strike that.
10          According to Free Speech Systems at this time,
11 at the time the e-mail was sent, Free Speech Systems had
12 a radio show that had 6 million daily listeners;
13 correct?
14     A    The radio show, right, had 6 million listeners
15 and there's an asterisk as to how they came to that
16 information.
17     Q    Do you want to explain that further as to how
18 they came to that information?
19     A    If we scroll town to what the asterisk said.
20 Okay.  So, that looks like information that they gleaned
21 from talkers.com to produce this particular One sheet.
22 So, that's where it came from.
23     Q    And Free Speech Systems -- does Free Speech
24 Systems acknowledge that as of the date of this e-mail,
25 it did, indeed, have approximately 6 million individual

Page 687

1  daily listeners to The Alex Jones Show?
2      A    I don't have any reason to dispute it.  So, I'm
3  not -- talkers.com said it and we were subscribing to it
4  in this e-mail.  So, no reason to dispute it as of that
5  date.
6      Q    As far as Free Speech Systems is concerned,
7  that information is accurate; right?
8      A    Right.
9      Q    Right?
10     A    Right.  Sorry, I don't think you heard me.
11          MR. MATTEI:  Let's go to 124.
12 BY MR. MATTEI:
13     Q    I think what you will see, Ms. Paz, here is 124
14 is the actual One pager that was -- the contents of which
15 were being summarized in that e-mail.  Just take a look
16 at 124.
17          Would you agree with me that 124 is, in fact,
18 the One pagers that was being described in the e-mail
19 with the date contained in the e-mail now published on
20 the One page.
21     A    This doesn't have a date on it, but it was
22 produced by us, so it is one of our One pages.  I just
23 don't know if it links specifically to that e-mail for
24 that date.  But it is at least one of our Affiliate One
25 pages.

Page 688

1      Q    Okay.
2      A    I just don't know if it links back to that
3  specific date, that specific e-mail.
4      Q    I will represent to you that, according to the
5  meta data that was produced with this document, that it
6  was created an April 4th, 2018, which is just two days
7  after the e-mail we just reviewed.
8      A    Okay.  So, that makes sense.  Okay.
9      Q    And if that's the case, then if you see here on
10 the radio icon there, it indicates that similar to
11 e-mail, Free Speech Systems is reporting that as of April
12 2018, it had 6 million listeners on it's AM and FM radio
13 stations; correct?
14     A    Yes.
15     Q    As far as Free Speech Systems is concerned,
16 that was accurate at the time?
17     A    Yes.
18          MR. MATTEI:  Finally, let's go down to
19          Exhibit 125, please.
20 BY MR. MATTEI:
21     Q    Just take a look at this e-mail, Ms. Paz, and
22 when had you a chance to review it I'll ask some
23 questions about it.
24     A    Okay.
25     Q    All right.

Brittany Paz Volume III
June 27, 2022

Page 689

1    So, Tom Pappert, in November 2019, was a Free
2  Speech Systems employee; correct?
3    A  Yes.
4    Q  What was his role?
5    A  Per this e-mail it looks like he was involved
6  in marketing.
7    Q  And Mr. Pappert, in this e-mail, is reaching
8  out to Lisa@EverydayMedia for what purpose?
9    A  This looks like we were trying to formulate a
10  relationship with Henry.  Henry is a manufacturer of a
11  type of firearm.  So, this looks like the person who
12  would be in charge of such things, you know, such as
13  advertising and such for Henry.  And so, it looks like he
14  was sending the contact person of the e-mail to
15  responsible for that an e-mail to see if we could do
16  business with them.
17    Q  And the business that Free Speech Systems was
18  hoping to do with Henry USA was to have Henry USA be --
19  purchase advertising on Free Speech Systems programming;
20  correct?
21    A  Right.
22    Q  In which it would advertise its firearms
23  against Mr. Jones's programming; correct?
24    A  Right.
25    Q  And at this time, which was a little over a

Page 690

1  year after the e-mails we were just recently looking at,
2  Mr. Pappert was representing that the Alex Jones show had
3  a 6 million daily radio listeners; correct?
4    A  That's what the e-mail says.
5    Q  And Free Speech Systems acknowledges that that
6  data was accurate as of November 2019, approximately?
7    A  I don't have any reason to dispute it, so yes.
8    Q  Do you know whether Henry USA ever became an
9  advertiser on any of Mr. Jones's programming?
10    A  I don't know off the top of my head, but if you
11  would like to refer back to the spreadsheets, it would be
12  on there.  The advertising income spreadsheets.  So, if
13  they are on there, then the answer is yes.  And if
14  they're not, then the answer is no.
15    Q  Where does Free Speech Systems currently do
16  it's banking?
17    A  Most of our banking is done at Frost Bank,
18  currently.
19    Q  So, for example, all of Mr. Jones -- all of
20  Free Speech Systems operating accounts are handled
21  through Frost Bank; correct?
22    A  Yes.  I believe we did produce some
23  spreadsheets with the bank account information as well.
24    MR. MATTEI:  Why don't we bring up Ms.
25    Paz's handwritten notes on the yellow note pad.

Page 691

1  BY MR. MATTEI:
2    Q  This is Exhibit 2, Ms. Paz.
3    A  Mm-hm.
4    Q  Do you see there under the first squiggly line
5  there's the name Bob?
6    A  Yes.
7    Q  Am I correct that that marks the beginning of
8  your notes with your conversation with Mr. Roe?
9    A  Yes.
10    Q  You had many -- not many, you had multiple
11  conversations with Mr. Roe; correct?
12    A  Yes.
13    Q  In this particular conversation, if you look at
14  the right-hand side of the page, it seems to indicate 70
15  million in sales; correct?
16    A  Yes.  Over 260 business days.
17    Q  Okay.
18    So, what were you recording there from your
19  conversation with Mr. Roe?
20    A  I think we were trying to figure out how to
21  quantify the sales that ultimately were done on, you
22  know, via PQPR and had originated on InfoWars and figure
23  out how that person got there.  In other words, from
24  where did they click to go and ultimately purchase items
25  to try to figure out what amount of money, if any, Sandy

Page 692

1  Hook content had produced to Free Speech.  But I did not
2  get a specific -- that's as specific as Bob was able to
3  get for me.  I got a better answer from Blake; but when I
4  asked Bob the question, that was the turn the
5  conversation took.
6    Q  So, the question that you asked Mr. Roe was, in
7  substance, is there any way to calculate PQPR sales in
8  relation to Free Speech Systems' publication of Sandy
9  Hook related content?
10    A  Right, I was trying to link the Sandy Hook
11  content to sales in some way.
12    Q  What was he -- Did he offer a proposal for how
13  you might do that?
14    A  No.  The next sentence under that was no way to
15  determine which -- I'm not sure if that says likes or
16  generated clicks -- which links generated clicks.  So,
17  that's as specific as he was able to get with me.
18    Q  Okay.
19    Thank you for explaining what that sentence
20  was.
21    A  Sure.
22    Q  But what about what appears to be some sort of
23  fraction indicating 70 million in sales over 260 days?
24  What does that refer to?
25    A  There was $70 million in sales over 260

Brittany Paz Volume III
June 27, 2022

Page 693

1  business days.
2      Q    In which period?
3      A    I don't know by looking at this.  I'm not sure.
4      Q    And then, if you go to the left where it says
5  2,500 sales per day.  Is it your -- is that supposed to
6  be the result of doing the division here?
7      A    No, that's 2,500 total sales, not $2,500 of
8  sales.  So, it's 2,500 sales per day, totaling $70
9  million over 260 days.
10     Q    But you have no idea what time frame this
11  refers to?
12     A    No, not by looking at this note, no.  I'm not
13  sure what year we were talking about.
14     Q    Now, when Mr. Roe says, No way to determine
15  which links generated clicks, what is he referring to?
16     A    As I said, I think it's us talking about how to
17  determine which content generated the conversion of sales
18  on -- for the products.
19     Q    But Mr. Roe is just an outside accountant;
20  right?
21     A    Right.  Well, what I was asking him is, like,
22  is there any way for him to determine this.  And it
23  didn't appear to me he was able to answer this question.
24  So, like I said, I went somewhere else.
25     Q    So, Mr. Roe -- fair to say that following your

Page 694

1  conversation with Mr. Roe, Mr. Roe was not able to
2  provide with you a satisfactory answer as to how you
3  might go about calculating income in relation to the
4  publication of content; correct?
5      A    Right.
6      Q    Fair enough.
7           You said, so you then went somewhere else.  Who
8  did you go to?
9      A    I spoke to Blake Roddy.
10     Q    Okay.
11          Is that conversation in the notes you produced
12  today?
13     A    No.  The notes from today are based on a
14  telephone conversation I had with him, but I met him when
15  I was in Texas and I had a conversation with him in
16  Texas.
17     Q    Okay.
18          And Blake Roddy is who?
19     A    Blake Roddy, as far as I'm aware, runs the
20  advertising and marketing department.
21     Q    All right.
22          And you asked him what question?
23     A    So, I asked him if there was any way to
24  quantify how much money had been made in sales directly
25  as a result of Sandy Hook related content.  And he was

Page 695

1  able to produce a global analytics page of -- because
2  when you click on an ad from a specific page -- so, for
3  example, say it was one of Adan's articles relating to
4  Sandy Hook, on that page there are ads on the side.  If
5  you click on that ad and are taken to the PQPR website
6  where everything is sold, where the products are sold, the
7  Google analytics will be able to track that that was
8  the origin of the sale and there is a conversion.  So, he
9  was able to produce to me a Google analytics page,
10  although, I mean, I think it's been produced here, in
11  which it lists the Sandy Hook related content.  I believe
12  using search terms; and there was a dollar figure for how
13  much of a conversion there was, purchases from those
14  pages.
15     Q    Okay.
16          MR. MATTEI:  Attorney Reiland, I don't
17          know if we have that document.
18          MR. REILAND:  We'll get it for you.
19          MR. MATTEI:  I'll need to --
20          unfortunately, Ms. Paz, I'll to have keep the
21          deposition open on this particular issue
22          because I'm not sure which Google analytics
23          document you were provided versus ones we were
24          provided.
25  BY MR. MATTEI:

Page 696

1      Q    Did you make a note of in that your notes that
2  you had shown me that Google analytics document?
3      A    I don't know.  I produced to you many pages of
4  notes and then there were also the typewritten notes that
5  I produced as well.  So, I'm -- I don't remember.  I did
6  not read them before today.
7      Q    Did he show you the document or --
8      A    He did.
9      Q    Did he give you a copy of it?
10     A    No, I didn't have a hard copy, I believe.  So,
11  at the time I was in Texas, this was in preparation for
12  my Texas depositions.  I believe he e-mailed it to
13  Attorney Blott.  But I do recall seeing it.
14     Q    Did you actually examine the document and
15  confirm what he was --
16     A    Well, I talked to him about it, yes.
17     Q    And what Mr. Roddy told you is that this
18  particular document showed the number of sales that
19  originated from somebody clicking on a link that appeared
20  on a Sandy Hook related article on InfoWars.com?
21     A    Correct.
22     Q    It wouldn't have shown any income generated
23  from sales during a time period when Mr. Jones was just
24  talking about Sandy Hook; right?
25     A    No.  So, it would have been on those particular

Brittany Paz Volume III
June 27, 2022

Page 697

1   articles.  So, say Mr. Jones was talking about it on his
2   show and then somebody -- I mean, he talks about a lot of
3   topics on his shows, right.  So, I don't know if there's
4   a way to narrow down which particular topic drove a
5   person to the website.  But say just for argument's sake
6   somebody hears about Sandy Hook, they want to then go to
7   the website.  They go to the website and maybe they click
8   on the very first ad that's on the home page; and then
9   they are linked to purchase products.  I don't think
10  there's a way for us to tell what drove them there just
11  because it's on the home page.  And if you look at the
12  Google analytics the landing page is the most popular
13  page, right.  There are hundreds and hundreds of pages.
14  The landing page is the most popular page.  So, if people
15  are clicking on ads on the landing page, I don't think
16  there's a way to determine that.
17      Q   So, your testimony is that your understanding
18  of the document Mr. Roddy showed you was that it
19  reflected Sandy Hook related articles that had been
20  published on InfoWars.com as identified by him and the
21  extent to which people had clicked on ads appearing in
22  those articles over a particular period of time; correct?
23  And whether those people had then --
24      A   Purchased --
25      Q   -- bought something?

Page 698

1       A   That's my understanding of the document, yes.
2       Q   Do you know what the eighth most popular
3   landing page on InfoWars.com?
4       A   I think we talked about this last time.  I think
5   it's the Adan Salazar article, FBI says there were no
6   homicides in Newtown for that year.
7       Q   Other than the conversation you had with
8   Mr. Roddy, the document he showed you, did you do any
9   other work on this question of correlating revenue to
10  Sandy Hook related content?
11      A   No, I think that's as specific as it's able to
12  get just because, as I said, you know, if Alex is on the
13  air for three hours and he has a list of topics to talk
14  about, you're not really sure if people are going to the
15  website, what's driving them there -- which topic is
16  driving them there.  So, I think that's as specific as
17  we're able to get with it.
18      Q   I'm just asking whether you did any further
19  work, the answer is no?
20      A   Right.
21      Q   When did Mr. Roe first start doing work for
22  Free Speech Systems?
23      A   I don't recall when he was retained.  I'm
24  sorry.  I did know at a point, but I don't remember as I
25  sit here.

Page 699

1       Q   So, is it Free Speech Systems' testimony that
2   it is unable to calculate the amount of revenue it earned
3   as a result of its publication of Sandy Hook related
4   content?
5       A   No.  What I'm saying is the publication of
6   those articles I can directly link to a conversion to
7   product sale.  But as far as Mr. Jones talking about it
8   on the air, I don't think there's a way to quantify that.
9       Q   Nor is --
10      A   But the Adan's articles, I can link those
11  because there's an ad on all those articles.  And if you
12  click on that link and then subsequently purchase an
13  item --
14      Q   Even if you're just looking at that article and
15  then you back out of that article and you access
16  infowarsstore.com or infowarsshop.com some other way, the
17  data you got wouldn't tell you whether that person had
18  encountered Sandy Hook related material and then
19  purchased a product; correct?
20      A   I can't say whether they had ever encountered
21  Sandy Hook material at all.  So, they could have, they
22  couldn't have.  You know, I don't know.  I don't know if
23  it's the same person, you know what I'm saying.  Somebody
24  could be directed to a website and then it not converted,
25  back out and then read other material and then click it

Page 700

1   from another link.  I don't know.
2       Q   And Free Speech Systems also can't say whether
3   people accessing Sandy Hook related content on social
4   media or YouTube then purchased from the store; correct?
5       A   You mean, are there ads on the YouTube channel?
6       Q   I'm not talking about ads.  I'm talking
7   about -- you're aware, obviously, that Free Speech
8   Systems, as a matter of practice, attempted to maximize
9   the visibility of its on at the point on social media;
10  correct?
11      A   Sure.
12      Q   That included Sandy Hook related content;
13  right?
14      A   Well, all of its content.
15      Q   Right.
16          So, getting back to this issue of whether Free
17  Speech Systems is able to make any calculation concerning
18  the amount of revenue it realized as a result of it's
19  publication of Sandy Hook related content.  I take it
20  that Free Speech Systems is not in a position to
21  calculate the amount of revenue derived from people who
22  encountered Sandy Hook related content on social media
23  and then came to the store to purchase products;
24  correct?
25          I want you to be careful?

Brittany Paz Volume III
June 27, 2022

Page 701

1    A    You guess it would depend on the platform.
2    Q    Let's take Facebook.
3    A    Okay.
4    Q    We went over these documents the last time.
5    Billions of impressions on Facebook --
6    A    Right.
7    Q    -- for InfoWars; right?
8    A    Right.
9    Q    Correct?
10   A    Right.
11   Q    InfoWars audience member accesses an article or
12   a video on social media that Free Speech Systems
13   published concerning Sandy Hook; correct?
14   A    Okay.
15   Q    Just stick with me.
16   A    Okay.
17   Q    Does Free Speech Systems have any way of
18   knowing whether that person, after having encountered
19   that material on social media, then came to InfoWars
20   store to purchase a product?
21   A    Unless it was a direct link to the InfoWars
22   store to purchase the products or if it's, say, the post
23   says something to the effect of, you know, oh, here's
24   Adan's article and then it link's to Adan's article and
25   then from there they go and click on an ad, then I can

Page 702

1    track that.  But if it's a post that says, you know,
2    check out Alex's, you know, broadcast today and it's a
3    link to a video with his broadcast and then a link from
4    there just to the general story, there's no way for me to
5    tell how or why they went to the store.
6         But if it's -- like I said, if it's a link
7    directly to the Sandy Hook content on the website, I
8    would be able to track that.
9    Q    I'm talking about total revenue to Free Speech
10   Systems brought in by people who encountered Sandy Hook
11   related content.  Free Speech Systems is not able to
12   calculate that total revenue in any way; correct?
13   A    Unless it's a specific link from a specific
14   article, then no.
15   Q    Can you go down to page 13 of that exhibit,
16   please.
17        Before we get there -- Are you there?  Okay.
18        THE WITNESS:  Can we take a bathroom break
19        at some point?
20        MR. MATTEI:  Yeah.  Let me ask these next
21        two questions; is that okay?
22        THE WITNESS:  Sure.  Yup.
23   BY MR. CERAME:
24   Q    If you look at the top of page 13, you see
25   there your note marketing and then PQPR with an arrow to

Page 703

1    FSS?
2    A    Yes.
3    Q    Can you read the next two lines?
4    A    You are asking me to interpret my handwriting.
5    That's difficult.
6    Q    Not interpret yet, I just want you to read it.
7    A    That's difficult, too.
8         Based on how many ads -- I'm not really sure
9    after that -- Based on how many ads and on average
10   monthly about 566,000.  So, this is what PQPR pays to FSS
11   to market on our website?
12   Q    Can you tell who gave you that information?
13   A    It wasn't Daria.
14   Q    Let's go down further then to see if there's
15   any context below that that might help, Ms. Paz.
16   A    This might have been from my conversation with
17   Blake; because I spoke to him about he was explaining to
18   me that exit page -- wait -- yeah, that's a different
19   person.
20        He was explaining to me the Google analytics
21   and how to read it.  So, if you look at it says we have
22   two Google accounts, one is for the store?
23   Q    Where are you?
24   A    In the middle of the page.  It says two
25   accounts.

Page 704

1    Q    Okay.
2    A    So, one is the store where the products are
3    sold and you could see where the traffic is coming from.
4    Right.  So, that's the basis of the prior testimony of,
5    you know, I can see how people are coming on to the store
6    to purchase items as long as they're clicking -- like,
7    where they're clicking the ads from.  And then the
8    InfoWars website has its own separate Google analytics.
9         So, I believe this whole page is my
10   conversation with Blake.
11   Q    Why do you have Zimmerman there?
12   A    He may have -- he may have come up in the
13   conversation.  But I didn't put anything after that, so
14   I'm not really sure what we were talking about.
15   Q    It's your testimony that Blake Roddy told you
16   that PQPR was paying Free Speech Systems approximately
17   $566,000 a month to advertise products on Free Speech
18   Systems platforms?
19   A    I mean, again, this is just based on my notes.
20   That's what I think.  But I'm not 100 percent sure.
21   Q    Do you have a time frame?
22   A    It just says monthly.  So, every month.
23   Q    So, you don't know whether that was every month
24   during 2020 or every month from 2012 to 2020?  You have
25   no idea?

Brittany Paz Volume III
June 27, 2022

Page 705

1    A    I don't know.  But it will be on the ledger.
2  So, like, for the primary spreadsheet that we were
3  looking at earlier, I can't remember the exhibit number
4  it was on, but if you look on that, the credits that Free
5  Speech was given from PQPR, those are on there.  So that
6  would have included these credits for marketing.
7  Because, remember, Free Speech owes PQPR money for the
8  product, but PQPR owes Free Speech money for the
9  advertising.  So, on that spreadsheet, Free Speech is
10  being given a credit for that advertising on that sheet.
11    Q    Is it Free Speech's position that the credits
12  reflected in that spreadsheet concerning transaction
13  between Free Speech Systems and PQPR were not actual
14  payments but simply credits?  Do you know what I mean by
15  that?
16    A    That's what it appears to me when I asked
17  Mr. Roe about that question, he said that instead of for
18  that time period --
19    Q    Which time period are wing talking about?
20    A    From 2012 to 2018, for that particular
21  spreadsheet they were being given credits.
22    Q    Okay.  So, let me --
23    A    And -- okay, go ahead.
24    Q    Let me just ask the question then.  From 2012
25  to 2018, Free Speech Systems didn't receive any cash

Page 706

1  payments from PQPR for its advertising, it just basically
2  received an IOU; correct?
3    A    It credited their account, right.  So, it
4  credited --
5    Q    You understand what I mean?
6    A    -- what Free Speech Systems owed PQPR.
7    Q    Hang on a second.
8         You know what I mean?  Like, if PQPR is buying
9  advertising from Free Speech Systems --
10    A    There's no money exchanged.  That's what you're
11  asking.  There was no money exchanged.
12    Q    There's never any money exchanged?
13    A    Right.  That's correct.
14    Q    PQPR didn't actually pay Free Speech Systems,
15  it just accounted for whatever the value of those
16  payments might have been?
17    A    And then adjusted the balance that Free Speech
18  Systems owed accordingly.
19    Q    Is it Free Speech Systems' testimony that that
20  method of accounting occurred in realtime from 2012
21  through 2020?
22    A    Oh, I don't know when it occurred.  I know it's
23  not occurring any more.  But during that time period,
24  that's what was happening.  I don't know how -- what time
25  period -- if it was happening monthly --

Page 707

1    Q    What I'm asking you is in 2013, let's just take
2  2013 for an example.  In 2013, was it being recorded in
3  Free Speech Systems's general ledger in realtime that
4  PQPR owed Free Speech Systems money for advertising that
5  had not been paid?
6    A    I don't think there was -- I don't know that
7  there was an expectation that they pay it.  I think that
8  at the time there was an expectation that the account get
9  credited.  So, all of that was being done in realtime.
10  Like, so, PQPR were sending these invoices, we were
11  updating our ledger that we owed this money to PQPR, and
12  we were also updating our ledger that owed us
13  for accounting -- or --
14    Q    Is Free Speech Systems sending PQPR invoices
15  for the advertising that PQPR had done on Free Speech
16  Systems platforms?
17    A    I believe so, yes.  I did much a conversation
18  with Mr. Roe at some point, basically about how the
19  advertising is calculated.  And there is a formula.  I'm
20  not sure if there's a spreadsheet on it.  I may have seen
21  a spreadsheet.  But it's basically cost per click or
22  costs per ad or banner on the website.  So, there was a
23  way in which they were calculating these things and
24  billing them out to PQPR.
25    Q    But my question was who was in charge of -- who

Page 708

1  was the top accountant at Free Speech Systems in 2013?
2    A    I don't know.
3    Q    Let me represent to you that Lydia
4  Zapada-Hernandez was the top accountant at Free Speech
5  Systems?
6    A    Okay.
7    Q    In 2013, free Speech Systems' testimony is that
8  it would invoice PQPR for any advertising that it aired
9  on PQPR's behalf; right?
10    A    Right.
11    Q    And that would initially be recorded in Free
12  Speech Systems's books under accounts receivable;
13  correct?
14    A    Honestly, I don't know.  You have to look at
15  the general ledger, I don't know.
16    Q    Is it Free Speech Systems' testimony though
17  that once that invoice was generated, it would appear in
18  realtime in Free Speech Systems's general ledger?
19    A    Yes.  Because they are recorded as credits that
20  were being given from PQPR.  So, yes.
21    Q    I understand they are recorded now.  I
22  understand that is what has been presented to us, okay,
23  in that spreadsheet.
24         That spreadsheet was created for purposes of
25  litigation; correct?  The PQPR/Free Speech Systems

Brittany Paz Volume III
June 27, 2022

Page 709

1  transactions?

2      A   Right, but those were in the 2012 ledgers.

3      Q   That's what I'm asking you.

4      A   Right.  They were in the 2012 legers.

5      Q   Well, hang on a second.

6      A   Yup.

7      Q   It's Free Speech Systems' testimony that any

8  advertising sold to PQPR by Free Speech Systems was

9  entered in realtime as it occurred; correct?

10     A   Well, yes.  And the reason why I know that is

11 because when I spoke to Bob and he produced that

12 spreadsheet, those were numbers that he took specifically

13 from those years' ledgers.  So, those ledgers, those were

14 in there for those years.  So, yes.

15     Q   When Mr. Roe reviewed them they were in there?

16     A   Yes, I mean obviously I didn't review them

17 myself, but yes.

18     Q   Is it Free Speech Systems' testimony that the

19 ledgers that have been produced in this case for the

20 years 2012 to 2020 are the ledgers that existed at the

21 time?  And have not been since altered?

22     A   I have no reason to believe they've been

23 altered.

24     Q   Have you seen any invoices Free Speech Systems

25 sent to PQPR?

Page 710

1      A   Have I -- no, I have not asked for any ledgers

2  or from invoices.  Like I said, when I spoke to Bob on

3  this particular topic, I believe he showed me what looked

4  like a spreadsheet of how much each ad costs as is billed

5  to PQPR.  But other than that, I didn't see any invoices,

6  no.

7      Q   Other than PQPR, did Free Speech Systems accept

8  credits from any other third-party advertiser that bought

9  advertising from it?

10     A   Accept credits?  No, I don't believe so.  I

11 think we were paid for our advertising.

12     Q   With the exception of PQPR?

13     A   I believe so, yes.

14         THE WITNESS:  I'm sorry, is now a good

15 time for a bathroom break?

16         MR. MATTEI:  I'm sorry, yes.

17         THE VIDEOGRAPHER:  We are off the record.

18 The time is 3:10 p.m.

19         (Recess from 3:10 p.m. to 3:19 p.m.)

20         THE VIDEOGRAPHER:  We are now on the

21 record.  The time is 3:19.

22 BY MR. MATTEI:

23     Q   Ms. Paz, before the break, you testified that

24 you had had a conversation with Mr. Roe in which Mr. Roe

25 described for you the formula for -- the formula that

Page 711

1  Free Speech Systems uses to calculate the amount it

2  charges advertisers to advertise on its platforms;

3  correct?

4      A   Yes, just with the exception of I don't know if

5  it's all advertisers or if it's PQPR has a specific rate

6  or if they get a discounted rate.  I'm not sure of that,

7  but yes, I do recall seeing a spreadsheet to that effect.

8      Q   Okay.

9          You anticipated my next question:  As you sit

10 here today, Free Speech Systems is not prepared to

11 testify as to whether it offers the same advertising

12 rates to PQPR that it offers to third-party advertisers;

13 correct?

14     A   Right.  I don't know.  I would have to get a

15 copy of the spreadsheet.

16     Q   Okay.

17         And the spreadsheet that you're describing is

18 one that Mr. Roe showed you but that you did not retain a

19 copy of; correct?

20     A   Right, he didn't send it to me.

21     Q   And you described it as a spreadsheet showing

22 how Free Speech Systems calculates it's advertising fees?

23     A   Right.  How it would bill at least PQPR for the

24 advertising.  So, if I recall correctly, it's a cost for

25 the banner.  So, like, if it's a banner ad, the cost for

Page 712

1  that ad.  In certain circumstances, it would be pay per

2  click and how much money it would be per click.  But I

3  just don't have those figures.

4      Q   And are you prepared to testify for what period

5  of time Free Speech Systems used that particular formula

6  as set out in that spreadsheet to charge PQPR?

7      A   No, I don't know what time period that was.

8          MR. MATTEI:  So that's another document.

9  I'm sure that we don't have that, Zach.

10         MR. REILAND:  Okay.

11         Chris, I'm sorry, can you summarize what

12 the next document is that you're looking for?

13         MR. MATTEI:  Sure.  What Ms. Paz described

14 as a spreadsheet that Mr. Roe showed her

15 purporting to describe the way in which Free

16 Speech Systems calculated advertising fees it

17 charged to PQPR.

18         MR. REILAND:  Got it.

19 BY MR. MATTEI:

20     Q   I take it from your testimony, although you

21 didn't say this expressly, that you understood that

22 spreadsheet to be specific to rates charged to PQPR; not

23 necessarily other third-party advertisers; right?

24     A   That's how I took it.

25     Q   Okay.

Brittany Paz Volume III
June 27, 2022

Page 713

1     A    What we're charging other people would be
2  listed in the advertising income spreadsheets that we
3  produced to you.
4     Q    You're charging them, but the formula you used
5  to reach those rates is not included?
6     A    I don't know if it's the same rate, right.
7     Q    You just don't know?
8     A    I'm not sure.
9          MR. MATTEI:  So, I think that that is all
10    I have.  I know Attorney Cerame's going to have
11    some questions.
12         So, Mario, if you're ready, we can go
13    ahead and begin.
14         THE WITNESS:  Is he there?
15         MR. MATTEI:  I wonder if he just didn't
16    come back after the break.
17         MR. REILAND:  He might have thought we
18    were going to go longer than this.  I'm going
19    to shoot him a text.
20         MR. MATTEI:  Here he is.
21         Mario, before you begin, is it possible
22    for me to get audio -- I will get audio through
23    that no matter what.  Because I'm about to lose
24    my power on my computer; all right.
25         MR. CERAME:  You're all done?

Page 714

1          MR. MATTEI:  Yes.
2          MR. CERAME:  Oh, even less that I thought.
3     I thought you were going to have at least a few
4     minutes.  My goodness.  Let me pull up my
5     notes.
6  EXAMINATION BY MR. CERAME:
7     Q    Attorney Paz, as you know, my name is Mario
8  Cerame.  I represent Genesis Communication Network,
9  Incorporated in this action.
10         First off, I want to talk about how we know
11  each other because there were a lot of questions on
12  direct about how you knew Norm Pattis and so -- we went
13  to law school together; right?
14    A    Yes.
15    Q    We were in the same class -- actual class of
16  2012; right?
17    A    Yes, we were.
18    Q    We were not in the same section?
19    A    I don't believe we were.
20    Q    Right.
21         So, do you remember whether we had any classes
22  together aside from the clinic?
23    A    Definitely not the first two years, maybe the
24  third year.
25    Q    Okay.

Page 715

1          None come to mind, though, right?
2     A    No.
3     Q    And we both participated in the defense
4  appellate clinic, but in different years; right?
5     A    Yes.
6     Q    So -- since graduation, aside from 2022, it's
7  fair to say we have not interacted very much?
8     A    I don't recall any conversations with you prior
9  to this year --
10    Q    Okay.
11    A    -- after graduation.
12    Q    Okay.  That's great.  Perfect.  Perfect.
13         In April 2022, a mutual colleague of ours sent
14  you my way for first amendment advice on a particular
15  case; right?
16    A    Yes.  I'm a member of the Connecticut Criminal
17  Defense Lawyers Association and I put out an inquiry
18  because I had a potential first amendment issue and he
19  re-directed me your way to see if you had any draft
20  motions that I could take a look at.
21    Q    Aside from that, I have never offered you legal
22  advice or support or sent a referral of a case to you;
23  right?
24    A    Correct.
25    Q    You do not refer cases to me on a regular

Page 716

1  basis?
2     A    I don't think I've ever referred you a case.
3     Q    Perfect.
4          Thank you.
5          So, first, I want to talk briefly about some of
6  the things that were discussed today.  First, I want to
7  talk about the audience size questions that you answered.
8     A    Sure.
9     Q    You indicated when there were questions about
10  the estimation of -- about these estimations, for
11  example, the estimate that Alex -- you read an estimate
12  today saying that Alex estimated his audience on a Sunday
13  afternoon, his radio audience was two million.
14    A    That was in the transcript to one of his
15  videos, yes.
16    Q    Right.  You don't know what methodology he used
17  to arrive at that number?
18    A    No, I don't know what he's citing there.
19    Q    You don't know whether he used any kind of
20  scientific method to arrive that the number?
21         MR. MATTEI:  Objection.
22  BY THE WITNESS:
23    A    No, I don't.
24    Q    Do you know -- do you have an idea of how
25  audience size is determined in the radio industry?

Brittany Paz Volume III
June 27, 2022

Page 717

1    A    Based on my conversations with Alex, his
2  position was he makes these estimations just by how many
3  radio stations he is broadcast on; and if you go to those
4  stations' websites, it will list their -- how many
5  people, in estimation, they reach.  And he estimates it
6  often that way much but it's really difficult to do that
7  because, like I said earlier, he's online, he's free to
8  air; so, pretty much anyone anywhere can listen to his
9  broadcast.
10    Q    Attorney Paz, do you know whether that
11  methodology is common in the industry, that is to be more
12  particular, the methodology of looking at what is
13  reported by radio stations to be their audience and
14  coming up with some composite number based on that
15  number, is that how the industry, how generally radio
16  stations in the industry calculate their audience?  Do
17  you know whether that's true?
18    A    That's my understanding based on my
19  conversation with Mr. Jones.
20    Q    So, aside from Mr. Jones, have you had any
21  conversations with anyone else about determining audience
22  size?
23    A    I don't believe so, no.
24    Q    Okay.
25         No one else -- certainly, no one else at your

Page 718

1  client -- or I should say not your client -- certainly no
2  one else at Free Speech Systems indicated to you how they
3  calculate audience size?
4    A    No one else besides Mr. Jones?  No.
5    Q    We also saw a document by Mr. John Tracy.  Do
6  you remember that document?  It was an e-mail?
7    A    Oh, the e-mail to Mr. Tracy?
8    Q    I thought it was an e-mail from him.  But if
9  you remember it more correctly.  It was an e-mail that
10  Mr. Tracy was involved in the conversation?
11    A    Yes, yes.
12    Q    And there was submitted that there was an
13  audience size number in the electronic media?
14    A    Yes, I recall that.  Yes.
15    Q    You were asked the question if you had any
16  reason to doubt that number and you answered that you did
17  not.
18    A    I don't have any information in my possession
19  to contradict the number.
20    Q    Do you have new information in your possession
21  to affirm the number?
22    A    No.
23    Q    So, that sort of question was asked several
24  times about calculations of audience size.  Do you have
25  any information -- aside from conversations had you with

Page 719

1  Mr. Jones, do you have any information in your -- as Free
2  Speech Systems, as to what the audience size has been
3  over the last years?
4         MR. MATTEI:  Objection.
5  BY THE WITNESS:
6    A    No, I don't have any information to affirm or
7  deny those numbers.
8    Q    Okay.
9         So, as far as you know, the number is a
10  guess?
11         MR. MATTEI:  Objection.
12  BY THE WITNESS:
13    A    I don't know what those numbers are based on.
14  It could be, you know, in my conversations with Alex,
15  Alex tends to exaggerate things sometimes.  It could be
16  an exaggeration.  It could be based on Quantcast numbers,
17  it could be based on some other numbers some other
18  places.  I don't know what it's based on.
19    Q    You mentioned Quantcast.  What is Quantcast, if
20  you know?
21    A    So, Quantcast came up a couple times and it
22  appears to be some type of attempt to break down
23  viewership in terms of demographics.  So, I know there
24  were a lot of questions about Quantcast data whether we
25  use Quantcast data as far as the marketing.  So, that's

Page 720

1  my understanding of what it is.
2    Q    With whom at Free Speech Systems did you
3  discuss that?
4    A    Given the questions in the notice of
5  deposition, I asked Blake Roddy because he's currently in
6  that position of in advertising and marketing.
7    Q    What did he say about that data?
8    A    Basically, his position was that it's been
9  available but they never used it in terms of their
10  marketing strategies.  That it was available for
11  production, but the only time they've ever logged in to
12  get it was in connection with this litigation and maybe a
13  couple of times if somebody asked him for it.  But he
14  never integrated it into the marketing strategies.
15    Q    Did he share with you his opinion about it's
16  reliability?
17         MR. MATTEI:  Objection.
18  BY THE WITNESS:
19    A    No, he didn't.
20    Q    Did he tell why you they don't regularly use
21  that data?
22    A    It's just not something that they did.  It's
23  not how they -- it's not how they do advertising.
24    Q    I understand that.  And I have reasons why I
25  might think that's true.

Brittany Paz Volume III
June 27, 2022

Page 721

1         Did he give you any indication, though, about
2  why Free Speech Systems doesn't regularly or did not
3  regularly use that data, except when it came to this
4  lawsuit?
5              MR. MATTEI:  Objection.
6  BY THE WITNESS:
7        A    I mean, it seemed to me that their way of
8  advertising was doing well and it didn't seem to me like
9  they needed or wanted had.  So, when I asked these
10  questions, he basically said that they have -- they use a
11  variety of different methods for retargeting, Google ads,
12  Bing ads, things like that.  They also have a newsletter
13  from which they derive business, so it just -- from my
14  conversation with him, it's just not something they
15  needed and so they didn't use it.
16        Q    Thank you for your answer.  I'm sorry.  Perhaps
17  I'm not asking -- let me try a different way to approach
18  the question.
19             Does Free Speech Systems have an opinion about
20  the reliability of that data?
21             MR. MATTEI:  Objection.
22  BY MR. CERAME:
23        Q    It's a yes/no?
24        A    No, I haven't had any conversations with
25  anybody about the reliability or the opinions on the

Page 722

1  reliability of it.  So, no.
2        Q    So, Free Speech Systems does not have an
3  opinion on whether the data is reliable or not?
4              MR. MATTEI:  Objection.
5  BY THE WITNESS:
6        A    No.
7        Q    No, it does not have an opinion; correct?  I'm
8  sorry.
9        A    That's correct.
10        Q    Okay.
11             And -- but, nonetheless, notwithstanding the
12  fact they do not have an opinion at this time, they do
13  not use the data?
14        A    That's correct.
15        Q    Okay.
16             Do you know whether any other radio programs
17  use that data?
18              MR. MATTEI:  Objection.
19  BY THE WITNESS:
20        A    I don't.
21        Q    Do you know whether that data is relied on as
22  an industry standard?
23              MR. MATTEI:  Objection.
24  BY THE WITNESS:
25        A    No, I don't.

Page 723

1        Q    Mr. Tracy, who seems to be the origin of the --
2  of one of the estimations, he is not an employee of
3  Genesis Communication Network to your knowledge; correct?
4              MR. MATTEI:  Objection.
5  BY THE WITNESS:
6        A    Is James Tracy an employee of Genesis?
7        Q    Mr. Tracy.
8        A    Okay, no, I don't believe he is an employee of
9  Genesis.
10        Q    Just making sure.
11             Do you know whether there's been any
12  coordination or collaboration between Free Speech Systems
13  and Genesis Communication Network or Ted Anderson as to
14  determining audience size?
15        A    No, I'm not aware of any such communications.
16        Q    There was also discussion of a video and
17  audience size vis-a-vis some video.  Do you know whether
18  there's any scientifically determined link between
19  audience size on a video and audience size on the radio?
20              MR. MATTEI:  Objection.
21  BY THE WITNESS:
22        A    No.
23             And I will just say that it's hard to tell
24  audience size when a video is posted because that's just
25  based on the number of views.  One person can view it

Page 724

1  numerous times.  So, just because you have a number of
2  views on the YouTube -- on, like, a YouTube video or a
3  link that's posted to a video, doesn't mean that that's
4  the number of people that have viewed it.  So, I don't
5  think there's a correlation between the two.
6        Q    Okay.
7             Just because you didn't have a reason to
8  dispute the numbers that were proffered today doesn't
9  mean that you have a reason to find them accurate?
10              MR. MATTEI:  Objection.
11  BY THE WITNESS:
12        A    Right, I'm not subscribing to the numbers.  I
13  don't know either way.
14        Q    Is Genesis Communication Network an affiliate,
15  as you used the term earlier today?
16              MR. MATTEI:  Objection.
17  BY THE WITNESS:
18        A    I don't think I used the term "affiliate," I
19  think Attorney Mattei used the term "affiliate."  But I
20  think that our shows are broadcast through Genesis
21  Communications.  So, however Attorney Mattei was using
22  it.
23        Q    So, do you know whether -- what is Genesis
24  Communication Network as Free Speech Systems knows it?
25        A    It is a platform over which we broadcast the

Brittany Paz Volume III
June 27, 2022

Page 725

1  show. So, our shows.
2      Q    Is it currently being done through your show?
3  Sorry. Strike that entirely.
4          Is Free Speech Systems currently using Genesis
5  Communication Network as a platform?
6      A    Currently?
7      Q    Yes.
8      A    I believe so.
9      Q    Okay.
10         You said you do believe so or you don't?
11     A    I do believe so.
12     Q    And do you know how many radio shows Genesis
13  Communication Network is such a platform for?
14     A    I'm sorry, I don't.
15     Q    Do you have an idea?
16     A    I'm sure very many. We are not the only ones.
17     Q    Why do you say you're sure there are very many?
18     A    I know Genesis is a very large company and they
19  broadcast a lot of shows.
20     Q    Do you know whether Genesis Communication
21  Network has a transmitter that it broadcasts radio
22  directly to listeners?
23     A    I don't know. I have no idea.
24     Q    Okay.
25         So, you don't know any radio stations that

Page 726

1  are -- that Genesis Communication Network operates?
2          MR. MATTEI: Objection.
3  BY THE WITNESS:
4      A    No, I don't know how many other stations they
5  operate or how many other programs they operate.
6      Q    You don't even know if they do operate any
7  radio stations; correct?
8      A    I don't know much about Genesis, to be honest.
9      Q    Very well.
10         Who owns The Alex Jones Show? If Free Speech
11  Systems knows.
12     A    Well, Free Speech Systems broadcasts The Alex
13  Jones Show and Free Speech Systems is owned by Alex
14  Jones. So, Alex owns it.
15     Q    Does anyone else have an ownership interest in
16  it to your knowledge?
17     A    Not to my knowledge.
18     Q    I'm looking through some of my notes and some
19  of the questions seemed to be good at the time.
20         Inasmuch as Genesis -- Let's assume for a
21  moment Genesis provides a service for Free Speech
22  Systems, do you know anything about the services it
23  provides?
24     A    Minimally.
25     Q    Can you tell me what you -- what Free Speech

Page 727

1  Systems does know about the services Genesis provides?
2      A    Aside from it being a platform by which we can
3  broadcast the show, not very much.
4      Q    Do you know whether it does anything in terms
5  of sound production?
6      A    I don't know.
7      Q    Do you know anything about the economic
8  relationship in terms of payments or structures of
9  payments between Ted Anderson and Genesis and Free Speech
10  Systems and Alex Jones and any combination of them?
11         MR. MATTEI: Objection.
12  BY THE WITNESS:
13     A    Aside from what's in the general ledgers as
14  payments being made or if there are any payments being
15  made from Free Speech Systems to Genesis, then no.
16     Q    Aside from the platform agreement, do you know
17  of any other agreement between Genesis Communication
18  Network and Free Speech Systems and Alex Jones?
19     A    No.
20     Q    Aside from this platform agreement, as you
21  described it, platform service, do you know of any
22  agreements between Ted Anderson and Free Speech Systems
23  or Alex Jones?
24     A    No.
25     Q    What does Free Speech Systems know about Ted

Page 728

1  Anderson, as you sit here?
2      A    I don't know very much about Ted Anderson, to
3  be honest.
4      Q    Give me a synopsis of what you do know?
5      A    Aside from him owning the company, owning
6  Genesis, I don't know anything else about him.
7      Q    Do you know anything about business
8  relationships between -- in the past, between Ted, in
9  particular, and Alex Jones or Free Speech Systems?
10     A    You mean, aside from the platform agreement?
11  Aside from the platform agreement.
12     Q    Yes?
13     A    No.
14     Q    Do you know anything about Ted's relationship
15  to Midas Resources, a different company?
16     A    No.
17     Q    You don't know anything about any personal
18  deals between Alex Jones and Ted Anderson?
19     A    If there are any, I wouldn't know.
20     Q    Do you know whether Ted Anderson and Alex Jones
21  are social friends?
22     A    I don't know that and I didn't ask Alex that.
23     Q    That's fine.
24         Do you know anything about if they have been
25  business -- I may already asked you that. You don't know

Brittany Paz Volume III
June 27, 2022

Page 729

1  anything about any of their business relationships with
2  one another; correct?
3      A    I don't know if they've ever had any aside from
4  this platform agreement.  I don't know anything about
5  their relationship.
6      Q    Okay.  Does Free Speech Systems know about my client,
7          Does Free Speech Systems know about my client,
8  Genesis Communication Network?
9      A    Didn't we already talk about that?
10     Q    I know I asked you about Ted and -- but -- so
11  perhaps you did.  If you could -- this may be one of my
12  last questions.
13     A    Okay.
14     Q    I'm trying to wrap it up, if you will?
15     A    All right.
16     Q    Let me ask you again:  What does Free Speech
17  Systems know about my client, Genesis Communication
18  Network?
19     A    Aside from the fact that we have --
20     Q    Aside from the platform agreement?
21     A    Aside from the platform agreements and that you
22  provide a platform by which we could broadcast the shows,
23  the various shows, I don't know very much about it.
24     Q    That is the sum of it?
25     A    That is the sum of it, yes.

Page 730

1      Q    Okay.
2          Do you know whether Genesis Communication
3  Network, in part of its work, does anything with
4  satellites?
5      A    I'm not sure.
6      Q    Okay.
7      A    And I don't want to guess.
8      Q    That's fine.
9          Do you know anything about -- you don't know,
10  you do not know anything about whether Ted Anderson has
11  ever exercised editorial control over any of Free Speech
12  Systems's content?
13     A    I mean, I don't believe, based on any of my
14  communications that anyone outside of Free Speech
15  Systems, had anything to say about the content on -- that
16  was being produced.  Just based on my conversations with
17  Alex, the other employees and the process by which the
18  content is produced.  So, I don't think that Mr. Anderson
19  would have had any say in any of that.
20     Q    Similarly, your response would apply equally to
21  Genesis Communication Network, the company, not just to
22  Ted.  Genesis also did not have such control or -- ever?
23     A    That's correct, just based on the process by
24  which they were going about making -- creating this
25  content on a daily basis, based on my communications with

Page 731

1  Alex and all the other employees.  So, they were not --
2  Genesis was not involved, Mr. Anderson was not involved.
3  They have their own internal process on how they do that.
4          MR. CERAME:  That's it.  That's all I
5      have.  That's all the questions I have.
6          MR. MATTEI:  Just a few more.
7  EXAMINATION BY MR. MATTEI:
8      Q    Ms. Paz, are you aware, other than the two --
9      A    I know.  It's late in the day.
10     Q    Other than the two promissory notes that we've
11  reviewed, one dated August 2020 and another dated
12  November 2021, is Free Speech Systems aware of any other
13  written agreements between Free Speech Systems and PQPR?
14     A    Written agreements, no.  And I did inquire of
15  Mr. Roe to make sure that those two agreements were the
16  only written agreements that we have and those were the
17  only two written agreements.
18     Q    Okay.
19          So, there are no management agreements between
20  Free Speech Systems and PQPR; correct?
21     A    No.  One of the big problems with, you know,
22  Free Speech, in general, which was being tried to rectify
23  is that a vast majority of the policies are not reduced
24  to writing and had not been reduced to writing.
25     Q    I'm not talking about Free Speech Systems

Page 732

1  policies, I'm talking specifically about the relationship
2  between two corporate entities?
3      A    Right.
4      Q    Free Speech Systems and PQPR.  And the answer
5  to the question as to whether or not there's any sort of
6  management agreement between Free Speech Systems and PQPR
7  is no?
8      A    Yes, I don't have anything beside from those
9  notes.
10     Q    So, Free Speech Systems isn't in possession of
11  any written agreements governing the relationship between
12  Free Speech Systems and PQPR, other than the two
13  promissory notes we reviewed today; correct?
14     A    Right.
15     Q    I did look through the text messages and
16  e-mails that Attorney Reiland produced between you and
17  Free Speech Systems' employees.  You referred to an
18  individual named Jay in text message with Mr. Jones.  Who
19  is Jay?
20     A    Jay Blott.
21     Q    Jay is short or Jacqueline Blott?
22     A    She goes by Jay.
23          MR. MATTEI:  Can you just bring up those
24      text messages, Pritika, if you don't mind.
25          My video stopped working.  Let me know

Brittany Paz Volume III
June 27, 2022

Page 733

1    when they're up.
2  BY MR. MATTEI:
3    Q    Can you scroll down to the text messages with
4  Alex Jones, which I believe are on about page 7.  And you
5  see, Ms. Paz, that the text message appear to be screen
6  grabs which you then e-mailed to Attorney Pattis; is that
7  right?
8    A    Yes, these are my screen shots.
9    Q    So you just did the screen grab on your iPhone
10 and sent them as JPEGs to Mr. Pattis?
11   A    Correct.
12   Q    And on February 13th, Mr. Jones texted you
13 asking to get a late lunch; correct?
14   A    Yes.  This was the day before I had the Texas
15 deposition scheduled.
16   Q    Okay.
17        And so did you and Mr. Jones go out for
18 lunch?
19   A    No.  We ended up having a phone conference, me,
20 him and Attorney Pattis.
21   Q    If you scroll down to the point in the text
22 exchange where you and Mr. Jones are discussing getting
23 lunch.  Do you see after you say, We can do whatever, I'm
24 open, just let me know what time and we can meet you?
25   A    Yes.

Page 734

1    Q    And Mr. Jones then texted you a voice memo;
2  correct?
3    A    Yes.
4    Q    That voice memo has not been produced to us.
5  You still have it on your phone; right?
6    A    Probably.
7    Q    Okay.
8        I would ask that you send that to Attorney
9  Reiland for production.
10       What did the voice mail say essentially; do you
11 recall.
12   A    I think he was talking about it being a problem
13 getting to meet for lunch for whatever reason.  I think
14 he had some personal issues going on.  So, that's why I
15 said do you just want to do a three-way and I want him --
16 I wanted to make sure that he was comfortable with, you
17 know, where I was before the deposition tomorrow.
18   Q    Okay.
19       Meaning, you wanted to make sure Mr. Jones was
20 comfortable with what you planned to testify about at the
21 deposition the next day?
22   A    Well, comfortable in a sense that, you know, I
23 understood the structure of the company, I understood the
24 material, that, you know, that I was prepared.
25 Essentially.

Page 735

1    Q    Did you also want to check with Mr. Jones to
2  make sure that the information that you had obtained and
3  intended to testify to was accurate as far as he was
4  concerned?
5    A    I did verify a couple things with him, you
6  know, if I had spoken to one employee and this person
7  said this, is this accurate.  I mean, I did have a
8  conversation with him outside of that phone conversation.
9  I met him in person and we went over a lot of that stuff,
10 too.
11   Q    Prior to your deposition?
12   A    Prior to -- because I was down there for about
13 a week.
14   Q    Let's focus though on this particular series of
15 text messages on February 13th.  Did you, in fact, then
16 meet with him before your deposition the next day?
17   A    No, we had a telephone conference.
18   Q    If you scroll down further, it has another
19 voice memo that Mr. Jones left you that, at least
20 according to this text message screen grab, appears to
21 have been about 15 seconds; correct?
22   A    That's what it looks like.
23        MR. MATTEI:  We'll need that as well.
24        MR. REILAND:  What is it?
25 BY THE WITNESS:

Page 736

1    A    Hopefully I can figure out how to get those in
2  an e-mail.  I'm not very technologically savvy.  I'll
3  figure it out.
4    Q    Do you have your phone with you right now?
5    A    Yeah.
6    Q    Do you want to just play them into the record?
7    A    Let's see if I can find them and then we will
8  see.
9        Yeah, I still have them.
10   Q    Okay.
11       So, why don't we play the first one, 21 second.
12 Do you see the one Ms. Paz, Sunday, February 13th at
13 12:08 p.m.?
14   A    Yep.
15   Q    Okay.
16       Is that the one that you intend to play right
17 now?
18   A    Yes.
19   Q    Go ahead.
20        RECORDING:  Hey, Brittany, maybe we
21        can go all go out and get dinner tomorrow
22        night.  I have some family stuff that I
23        forgot I have to take care of.  I just
24        wanted to actually, you know, talk to you a
25        little bit more about some ideas I've got

Brittany Paz Volume III
June 27, 2022

Page 737

1    but I know you're meeting with Norm coming
2    up about an hour and a half.  So, how about
3    I just call you towards the end of that
4    conversation and we can have a discussion
5    with Norm.  Thank you.  I really appreciate
6    you coming on down and taking on this
7    difficult job.
8           We can do it with Norm right up
9    front at noon --
10   BY THE WITNESS:
11   A    Sorry, that was the second one that just
12   started playing automatically.  Do you want me to start
13   over?
14   Q    Yes, I do.  But hold on a second.
15          That exhibit we just played will be the next
16   exhibit in sequence and then we'll just have you provide
17   us with whatever audio file of it for the record?
18          MR. REILAND:  Do you want me to still send
19   them to you?
20          MR MATTIE:  Yeah.
21          MR. REILAND:  Okay.
22          MR. MATTEI:  And we'll get that from the
23   court reporter as well.  That will be Exhibit
24   number?
25          MS. SESHADRI:  129.

Page 738

1          (Plaintiff's Exhibit 129 was
2          marked for identification:  Audio file.)
3    BY MR. MATTEI:
4    Q    Why don't we play the next one which was sent,
5    according to this screen grab at least, at February --
6          RECORDING:  Or we can do it toward
7          Sandy --
8    BY THE WITNESS:
9    A    Sorry.  I just -- I can't figure out how to
10   start it over.
11   Q    All right.
12          Anyway, what you are trying to do, Ms. Paz, is
13   play the 15 second --
14   A    I might to have to just let it cycle through
15   and start over.
16          RECORDING:  Go get lunch.  Look
17          forward to that.  Just --
18          THE WITNESS:  Okay, so I'll play it again
19   and just tell me when you're ready.
20          MR. MATTEI:  I am ready.
21          RECORDING:  We can do it with Norm
22          right up front at noon or we can do it
23          towards the end your call.  I just have to
24          take care of some family stuff later today,
25          so I could go get lunch.  I was looking

Page 739

1    forward to that.  Just find out.  Thanks.
2          THE WITNESS:  And that's it.
3          MR. MATTEI:  That will be Exhibit 130.
4          (Plaintiff's Exhibit 130 was
5          marked for identification:  Audio file.)
6          MR. MATTEI:  Okay, that's all I have.
7          I want to put something on the record, but
8          Mario, do you have any re-cross?
9          MR. CERAME:  I do, I do.
10   EXAMINATION BY MR. CERAME:
11   Q    It's really only one piece that was a
12   discussion about agreements not being reduced to writing.
13   I would ask if that's -- if your sense is that's very
14   common for agreements -- business agreements, even
15   substantial business agreements, to not be reduced to
16   writing --
17          MR. MATTEI:  Objection.
18   BY MR. CERAME:
19   Q    -- between Free Speech Systems or between Alex
20   and someone else?
21          MR. MATTEI:  Objection.
22   BY THE WITNESS:
23   A    I think it's very common in this particular
24   situation with this company and with Mr. Jones, in
25   particular.  And it's what I have kind of seen about the

Page 740

1    structure, lack thereof and hierarchy and organization of
2    the business as a whole.  Just based on the time I've
3    spent interviewing people and going down there and
4    spending time with everybody.
5          So, I do, in this particular circumstance,
6    think it's common.
7    Q    Okay.
8          And even for a long term business -- Well,
9    strike that.
10          You would agree that Genesis Communication
11   Network and Free Speech Systems or Genesis Communication
12   Network and Alex Jones have had a business relationship
13   for at least two decades, to the best of your knowledge?
14   A    To the best of my knowledge, they have an
15   ongoing business relationship, yes.
16   Q    You have no reason to doubt that their business
17   relationship has been in excess of 20 years?
18   A    I don't have any reason to doubt it, no.
19   Q    Even so, notwithstanding the fact there's been
20   a business relationship for more than two decades to the
21   best of your knowledge, it's not surprising that there
22   are almost no agreements that have been reduced to
23   writing?
24          MR. MATTEI:  Objection.
25   BY THE WITNESS:

Brittany Paz Volume III
June 27, 2022

Page 741

1    A    That does not surprise me, no.
2    Q    And can you tell me about why, if you have an
3 understanding, why is that?  Why are they not reduced to
4 writing?
5         MR. MATTEI:  Objection.
6 BY THE WITNESS:
7    A    In this -- with, specifically related Free
8 Speech?  My understanding is just, you know, as I said in
9 prior depositions, Alex is a radio personality.  He
10 doesn't -- he's not very -- he's not a good business
11 person.  A lot of the issues with the financial
12 entanglements we were talking about, the lack of
13 hierarchical structure within Free Speech.  They
14 continued growing and he didn't know how to control it
15 and he's a very fly-by-the-seat-your-pants kind of person
16 just based on my interactions with him.  So, it's just,
17 to me, and it's his business, he runs it, he is the sole
18 person in charge of it and he just never had any need to
19 reduce these things to writing.  It was functioning okay
20 at the time and so he just -- he just went along with it.
21 And then, along the line and they got bigger and bigger
22 and bigger it caused more problems.  But the
23 disorganization and the lack of structure is a very
24 common theme that I've seen throughout my entire time
25 representing Free Speech.

Page 742

1    Q    Is it fair to say that Mr. Jones is focused on
2 creating content for his programs?
3         MR. MATTEI:  Objection.
4 BY THE WITNESS:
5    A    I would say that's 100 percent accurate.  He
6 is -- he has historically been not very involved in the
7 financial aspect of it.  You know, when I talk to people,
8 they'll be like oh, well, every once in a while Alex will
9 look at the accounts, he'll see we need -- we'll see
10 we're low on money and he'll go to the warehouse see what
11 we have in stock and then run an ad.  It's very
12 fly-by-the-seat-of-your-pants.  It's very -- there's very
13 little planning.  It's just disorganized.  He's not a
14 very good business person.
15    Q    Is it fair to say that Mr. Jones's time spent
16 in preparing and in doing -- creating content interferes
17 with his ability to make a written business agreement and
18 that is part of why everything's oral?
19         MR. MATTEI:  Objection.
20 BY THE WITNESS:
21    A    I don't know if it's a time thing, but it's
22 like a lot of attorneys I know, it's very common you
23 know, a lot of attorneys I know are excellent attorneys
24 and very poor business people and Alex is very good at
25 what he does and what he does is create content.  And he

Page 743

1 is not very good at the other side of the business
2 aspect.  Which has caused a lot of issues as we have seen
3 in this litigation.  There's -- you know, we can't find
4 material or it doesn't exist or -- and it should in the
5 normal course of what you think of a big business you
6 would think it should exist.  But it doesn't exist and
7 then when we tell people it doesn't exist, they are kind
8 of incredulous that it doesn't exist.
9         So, that's what you've seen working with Free
10 Speech and working with Mr. Jones.  I just think he
11 doesn't pay much attention to it because he's paying
12 attention to his content.  That's what he cares about,
13 truly.
14    Q    Okay.
15         MR. CERAME:  That's what I needed to ask
16         about.  If you have any re-direct, Chris, I
17         would ask that your redirect really actually
18         follow from the scope at this point.
19         MR. MATTEI:  I definitely have some
20         redirect.
21 EXAMINATION BY MR. MATTEI:
22    Q    Ms. Paz, you just testified that it's very
23 common for Free Speech Systems to enter into unwritten
24 agreements.  Can you give me a single example of an
25 unwritten agreement that Free Speech Systems has entered

Page 744

1 into and been bound by?
2    A    So, most of the agreements, like, for example,
3 I haven't seen any agreements with any of our people that
4 we provide marketing to.  I don't know if any of them are
5 reduced to writing.  We do bill people for our
6 third-party marketing.  I don't know if they are reduced
7 to any form of an agreement.
8         Aside from having -- from having employees sign
9 certain things associated with their on-boarding process,
10 I don't think that there's any really employment
11 agreements or at least in the past.  More recently there
12 probably are.
13    Q    Ms. Paz, I just need to stop you and ask that
14 you just answer my question?
15    A    I did answer your question.
16    Q    You haven't.
17         The question was:  Can you give me a single
18 example, specific example of an unwritten agreement that
19 Free Speech Systems has entered and been bound by?
20         MR. CERAME:  Objection.
21 BY THE WITNESS:
22    A    An unwritten agreement that they have been
23 bound by.  I guess I don't know how -- I don't understand
24 the question.
25    Q    Okay.

Brittany Paz Volume III
June 27, 2022

Page 745

1      Well, you just testified that it is very common
2  for Free Speech Systems to enter unwritten agreements,
3  I'm asking you if you can give me a single specific
4  example of such an unwritten agreement?
5           MR. CERAME:  Objection.
6  BY THE WITNESS:
7      A    Well, that's a different question.  You asked
8  me unwritten agreement that it has been bound by and then
9  any unwritten agreement at all.
10     Q    Let's start with the first one.  Can you give
11 me a specific example of any unwritten agreement that
12 Free Speech Systems has entered regardless of whether it
13 was bound by it or not?
14          MR. CERAME:  Objection.  I'm going to
15          elaborate on the scope of my objection.  It was
16          asked and answered.  She gave several examples.
17 BY THE WITNESS:
18     A    I agree.
19     Q    Give me a specific example that Free Speech
20 Systems is prepared to testified under oath to today of
21 an unwritten agreement it has entered?
22          MR. CERAME:  Objection.  Vagueness.  Asked
23          and answered.
24 BY THE WITNESS:
25     A    As I said earlier, I think that none of the

Page 746

1  agreements as far as the structure, who reports to who --
2           THE WITNESS:  Do you need to do something
3           about that?
4  BY THE WITNESS:
5      A    So, I don't know that any of the -- there are
6  any written agreements regarding the marketing to third
7  parties.  We bill for those --
8      Q    You say you don't know.  But I'm asking you
9  what you do know.  So, I understand that you're saying, I
10 don't know whether among the unwritten agreements that
11 I've referenced are agreements with third-party
12 advertisers.  Okay?  I'm asking you what you do know.
13 Okay?
14          MR. CERAME:  Objection.
15 BY MR. MATTEI:
16     Q    I'm asking specifically about unwritten
17 agreements to which Free Speech Systems is a party?
18          MR. CERAME:  You're asking about something
19          that doesn't exist.
20          MR. MATTEI:  Mario.  Mario.  Can you just
21          please can let me ask my question.
22          MR. CERAME:  Sure.
23          MR. MATTEI:  Thank you.
24 BY MR. MATTEI:
25     Q    You agree with me that you testified in

Page 747

1  response to Mr. Cerame's questions that it was very
2  common for Free Speech Systems to enter unwritten
3  agreements.  You testified to that, yes or no?
4      A    My testimony was that it was common that
5  agreements, in general, or anything regarding the
6  structure or hierarchy or agreements between parties,
7  there aren't any written agreements at all that I could
8  find between anybody.  So, regardless of whether it's
9  agreements we're bound by or bound to us, I don't --
10 there are no agreements.  There's just nothing in
11 writing.  Those two notes are the only thing that I could
12 find that were in writing.
13     Q    But, Ms. Paz, are you then intuiting from the
14 fact that nobody showed you any written agreements that
15 all agreements that Free Speech Systems enters must be
16 unwritten?
17          MR. CERAME:  Objection.
18 BY THE WITNESS:
19     A    No.
20     Q    Can you identify for me any unwritten
21 agreement, any at all, to which Free Speech Systems is a
22 party?
23          MR. CERAME:  Objection.
24 BY THE WITNESS:
25     A    I can't --

Page 748

1           MR. REILAND:  Objection.  Asked and
2           Answered.
3  BY THE WITNESS:
4      A    I can't testify to a negative; but I've given
5  you --
6      Q    No, it isn't.  It's not a negative.
7      A    It is a negative.
8      Q    Just because something is unwritten doesn't men
9  mean it doesn't exist; right?
10          MR. CERAME:  Objection.
11 BY THE WITNESS:
12     A    I don't know how to answer that question.
13 There are no written agreements that I could show you.
14 I've asked for written agreements.  They don't exist.
15     Q    I'm not asking about written agreements.  I'm
16 asking about unwritten agreements.  That is an agreement
17 that Free Speech Systems made but did not reduce to
18 writing.  And I'm --
19          MR. CERAME:  Objection.
20 BY MR. MATTEI:
21     Q    -- asking whether you can give me a single
22 example of such an agreement?
23     A    I've given a couple examples.
24     Q    I don't believe that you have.  What you've
25 said is I don't know.  --

Brittany Paz Volume III
June 27, 2022

Page 749

1    A    That's --
2    Q    -- if certain agreements are written.
3    A    That's not what I said.
4    Q    Let's just make sure we get it out then.
5         MR. CERAME:  Objection.  Move to strike
6         the colloquy.
7  BY MR. MATTEI:
8    Q    Can you give me one example that you can
9  testify to under oath of an unwritten agreement that Free
10 Speech Systems has entered?
11        MR. CERAME:  Objection.
12 BY THE WITNESS:
13   A    I answered the question already.
14   Q    You're going to answer it again and you are
15 going to give me an example.  If you have one.  If you
16 don't have one, that's fine.
17   A    I've given an example.
18   Q    Tell me what it is?
19        MR. CERAME:  Objection.
20 BY THE WITNESS:
21   A    I've given the example of employment agreements
22 in the context of past practice.  I've given examples in
23 the sense of marketing agreements.  For example, there
24 are payments in the advertising ledger that I asked about
25 from PQPR to Free Speech and it was just for the year

Page 750

1  2015 and I asked why these payments were being made.
2  Nobody could answer me.  I couldn't -- I don't have any
3  agreement as to why it was that way and it was just for
4  that one year.  So, the agreement, obviously, was not
5  reduced to writing.  So, those are a couple of examples.
6    Q    Wait a minute.
7         So, employees -- okay.
8         With what employees does Free Speech Systems
9  have an unwritten agreement?
10        MR. CERAME:  Objection.
11 BY THE WITNESS:
12   A    Do you want me to go through all of the
13 employees.
14   Q    No, I just want you to give me one.  With whom
15 does Free Speech Systems have an unwritten agreement
16 that -- among it's employees?
17   A    In past or now?
18   Q    At any time?
19   A    In the past, there were no employment
20 agreements.  People were just kind of hired, they filled
21 out their forms and then that was it.  There were no
22 employment agreements.  But --
23   Q    But with whom did they have an unwritten
24 agreement?
25        MR. CERAME:  Objection.

Page 751

1  BY MR. MATTEI:
2    Q    In other words -- simply because there's not a
3  written agreement doesn't therefore mean that there is an
4  agreement.  It's just unwritten.  So, what I'm asking you
5  is you've given me an example, you said in the past Free
6  Speech Systems has unwritten agreements with employees.
7  Give me one employee with whom it has entered and
8  unwritten agreement?
9    A    I can't answer a question.  I don't know the
10 answer to that question.
11   Q    Fair enough.  So, you can't identify --
12   A    Correct.
13   Q    -- specifically, any employment agreement that
14 Free Speech Systems has entered that was unwritten;
15 correct?
16   A    I can't identify a specific person, no.
17   Q    Okay.
18        And then you talked about marketing agreements.
19   A    Mm-hm.
20   Q    Give me one example of a advertiser with whom
21 Free Speech Systems has entered an unwritten agreement.
22   A    I just did.
23   Q    Who?
24   A    As I just testified there was a period of time
25 in 2015 that I noticed in the advertising ledger that

Page 752

1  PQPR was paying or Free Speech Systems was paying PQPR
2  when -- it's usually vice versa.  So, I asked why were we
3  making these payments and it was only for this one
4  particular period of time, and the answer was, I don't
5  know, but this was the time period that we were making
6  the payments.  But it ended after 2015.
7    Q    Who did you ask that question?
8    A    I asked Blake.
9    Q    Okay.
10        You asked Blake --
11   A    And I also asked Mark.
12   Q    Mark Schwartz?
13   A    Yes.
14   Q    Blake and Mark Schwartz.
15        Why was Free Speech Systems making these
16 payments to PQPR in 2015; correct?
17   A    Right.
18   Q    And the answer was, We don't know?
19   A    Right.
20   Q    The answer was not it was pursuant to an
21 unwritten agreement; correct?
22   A    That doesn't make any sense.  There would have
23 had to be some kind of agreement why they were paying
24 that money, so, it doesn't make sense.
25   Q    Nobody told you that there was an unwritten

Brittany Paz Volume III
June 27, 2022

Page 753

1   agreement governing Free Speech Systems' payments to PQPR
2   in 2015; correct?
3       A    I think that's common sense.
4       Q    Did anybody tell you that?
5       A    I don't think anybody could answer me why.
6       Q    Right.
7            But if there was an unwritten agreement,
8   wouldn't somebody have been able to tell you that the
9   reason these payments were being made is because it was
10  pursuant to an unwritten agreement?
11           MR. CERAME:  Objection.
12  BY THE WITNESS:
13      A    Not necessarily.
14      Q    You don't know whether there was an unwritten
15  agreement governing --
16      A    I don't know why those payments were made.
17           MR. CERAME:  Objection.
18  BY MR. MATTEI:
19      Q    Would you care to try to give me another
20  specific example of an unwritten agreement that Free
21  Speech Systems entered?
22      A    No, I will rely on my testimony.
23      Q    So, there are no others that you're aware of
24  correct?
25      A    That's not what I said.  I just said I don't

Page 754

1   care to do any more.
2       Q    Then I will ask you.  Are there any others that
3   you're aware of?
4            MR. CERAME:  Objection.
5   BY THE WITNESS:
6       A    I don't know.
7       Q    You don't know whether you're aware of any
8   others?
9       A    All I'm --
10           MR. REILAND:  Objection.
11  BY THE WITNESS:
12      A    At this point, my testimony is that this is not
13  a company that reduces --
14      Q    Ma'am, you don't get to testify without any
15  questions.
16      A    You asked me a question and I'm --
17           MR. REILAND:  She's answering your
18           question.  You made your point.
19  BY THE WITNESS:
20      A    I've answered the question.
21      Q    The question I'm asking, Ms. Paz, is do you
22  know whether there were any other unwritten agreements?
23      A    And I answered it.
24      Q    No.  What you said is I don't know.
25      A    And that was my answer.

Page 755

1            MR. REILAND:  That's an answer.
2   BY MR. MATTEI:
3       Q    So, you don't know whether there are any
4   others?
5       A    How many times do you want me to testify to
6   that?
7            MR. CERAME:  Objection.
8   BY MR. MATTEI:
9       Q    What were the 2015 payments for that you asked
10  Mr. Roddy and Mr. Schwartz about?
11      A    I don't know.  They weren't able to tell me.
12  They were in the advertising income documents.
13      Q    They were payments to PQPR or to Free Speech
14  Systems?
15      A    To PQPR.
16      Q    And they were identified as advertising-related
17  payments?
18      A    They were in the advertising section of the
19  account.  So, it's broken down by account and so all of
20  our payments for advertising are in a specific account
21  and that was in that account.  So I asked about those.
22      Q    Prior to your involvement in this case, you had
23  no prior experience concerning estimates of radio
24  audience; correct?
25      A    No.

Page 756

1            MR. CERAME:  Objection.  And I -- this is
2            not within the scope of my redirect I would
3            note.
4   BY MR. MATTEI:
5       Q    The only information you have concerning radio
6   audience size comes from your conversation with
7   Mr. Jones; correct?
8            MR. CERAME:  Objection.
9   BY THE WITNESS:
10      A    And whatever information we've discussed and
11  read.
12      Q    You mean, during our deposition today?
13           MR. CERAME:  Objection.
14  BY THE WITNESS:
15      A    Not just during our deposition.  I mean, I did
16  read the transcripts of all of the videos.  So, I did
17  read all of those transcripts.  So --
18      Q    I guess it's fair to say you don't consider
19  yourself qualified to discuss --
20      A    Of course not.
21      Q    -- what the industry standards are in
22  measuring --
23      A    Right.
24      Q    -- audience size?
25      A    Right.  Of course not.  No.

Brittany Paz Volume III
June 27, 2022

Page 757

1    MR. CERAME:  Objection.
2    MR. MATTEI:  That's all I have.
3    MR. CERAME:  I do have some redirect based
4    on some of the questions that were asked.
5  EXAMINATION BY MR. CERAME:
6    Q   Can you identify any employee with a written
7  agreement between Free Speech Systems and the employee?
8    A   Currently?
9    Q   Let's say before 2016.
10   A   Before 2016, no.
11   Q   So, do you know -- Same thing.  Before 2016,
12 can you identify an advertiser with whom Free Speech
13 Systems had a written agreement?
14   A   No, because I don't believe that they were
15 reduced to writing.
16   Q   Okay.
17     Aside from -- Do you know about that 2016, 2017
18 memo between Free Speech Systems and Alex Jones and
19 Genesis Communication Network?
20     MR. MATTEI:  Objection.
21 BY THE WITNESS:
22   A   No.  I don't think I've seen such a memo.
23   Q   So, aside from the possibility of such a memo
24 that may or may not exist, you don't know of any written
25 documents detailing a written agreement between Genesis

Page 758

1  Communication Network and Free Speech Systems prior to
2  2016?
3    A   Correct.
4    Q   And you would agree that Free Speech Systems
5  has been in business with advertisers?
6    A   Oh, yes.
7    Q   Okay.
8      And you would agree that there is an agreement
9  between Free Speech Systems and the advertisers?
10     MR. MATTEI:  Objection.
11 BY THE WITNESS:
12   A   There would have to be some agreement.
13   Q   So, let me make sure I understand this:  You
14 don't know the -- you don't know the details of the
15 agreement, but as you sit here as the representative for
16 Free Speech Systems, there is such an agreement you
17 believe?
18     MR. MATTEI:  Objection.
19 BY THE WITNESS:
20   A   I would think there would have to be an
21 agreement.  It's not in writing.
22   Q   Okay.
23     And similarly, between Free Speech Systems and
24 Genesis Communication Network.  Previously, we discussed
25 how they had been working together for at least two

Page 759

1  decades.
2    A   Mm-hm.
3    Q   That's a yes?
4    A   Yes.
5    Q   And you're not aware of any written agreements
6  between them prior to 2015?
7    A   No.
8    Q   But you, as corporate representative, believe
9  there is an agreement or have been business agreements
10 between Genesis Communication Network and Free Speech
11 Systems?
12     MR. MATTEI:  Objection.
13 BY THE WITNESS:
14   A   Well, I know they've been in business with each
15 other for a great number of years.  So, you would have to
16 have some form of an agreement.  But as I said, it's just
17 not in writing.
18   Q   So, the exchange of services and monies doesn't
19 happen without an agreement as a matter of common sense;
20 right?
21     MR. MATTEI:  Objection.
22 BY THE WITNESS:
23   A   Exactly.
24   Q   Okay.
25     MR. CERAME:  I have no further question.

Page 760

1  EXAMINATION BY MR. MATTEI:
2    Q   You testified in response to Attorney Cerame's
3  questions that you're not aware of any agreements with
4  Free Speech Systems' employees prior to 2016?
5      MR. CERAME:  Objection.
6  BY THE WITNESS:
7    A   Am I aware of any agreements?  Of whether
8  written agreements existed?
9    Q   Between Free Speech Systems and its employees.
10   A   I don't think there were any written agreements
11 between their employees prior to 2016.
12   Q   Ms. Paz, weren't there non-disclosure
13 agreements entered as a regular course of hiring
14 employees at Free Speech Systems?
15     MR. CERAME:  Objection.
16 BY THE WITNESS:
17   A   Prior to 2016?
18   Q   Yeah.
19   A   I don't know if it was prior to 2016.  I know
20 now it is.
21   Q   Okay, so Free Speech Systems is unaware whether
22 it required non-disclosure agreements to be entered by
23 new hires prior to 2016?
24   A   Prior to 2016, no, I don't know.
25     MR. CERAME:  Objection.

Brittany Paz Volume III
June 27, 2022

Page 761

```
 1  BY THE WITNESS:
 2      A   But now I know it is.
 3      Q   Okay.
 4          MR. MATTEI:  That's all I got.
 5          MR. CERAME:  I have no questions in
 6  response.  I suppose I should ask whether
 7  counsel does have any.
 8          MR. REILAND:  I have no questions.
 9          MR. MATTEI:  All right.  So, the
10  deposition is being kept open pending
11  production of documents that were described
12  here today.  And we'll see if we have to come
13  back.
14          MR. CERAME:  I would just ask that any --
15  because those documents have nothing to do with
16  the subject matter of my cross, I would ask
17  that that be not be the subject -- that it's
18  closed as to that subject of the issues that we
19  raised during my cross.  Except being inasmuch
20  as I suppose the documents might reveal
21  something relevant.
22          MR. MATTEI:  I'm not going to --
23          MR. CERAME:  I'm not going to enter into
24  an agreement as to that.  I'm going to note
25  that then for the record.
```

Page 762

```
 1          MR. MATTEI:  Thank you.  Thank you
 2  everybody.
 3          THE VIDEOGRAPHER:  We are off the record
 4  at 4:19 and this concludes today's deposition
 5  given by Brittany Paz.
 6          (Whereby, the deposition concluded
 7      at 4:19 p.m.)
 8
 9          *    *    *    *    *    *    *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 763

```
 1          I, BRITTANY PAZ, have read the foregoing
 2  transcript of the testimony given at my deposition on
 3  June 27, 2022, and it is true and accurate to the best of
 4  my knowledge and belief as originally transcribed and/or
 5  with the changes as noted on the attached Correction
 6  Sheet.
 7
 8
 9      _____
10          BRITTANY PAZ
11
12          Subscribed and sworn to before me this
13  this _____ day of _____, 2022.
14
15      _____
16          Notary Public
17  My Commission Expires October 31, 2025.
18
19
20
21
22
23
24
25
```

Page 764

```
 1               INDEX
 2
 3             EXAMINATION
 4  Witness Name                      Page   Line
 5  BRITTANY PAZ
 6      Examination By Mr. Mattei     554    6
 7      Examination By Mr. Cerame     714    6
 8      Examination By Mr. Mattei     731    7
 9      Examination By Mr. Cerame     739    10
10      Examination By Mr. Mattei     743    21
11      Examination By Mr. Cerame     757    5
12      Examination By Mr. Mattei     760    1
13
14          PLAINTIFF'S EXHIBITS
         (Exhibits 118-125 were pre-marked for this deposition)
15  Exhibit    Description            Page   Line
16  126        Typewritten notes      554    19
17  127        Chart                  617    10
18  128        Chart                  617    12
19  129*       Audio file             738    1
20  130*       Audio file             739    4
21
22
23      (*Exhibits 129-130 were retained by Counsel)
24
25
```

Brittany Paz Volume III
June 27, 2022

Page 765

EXHIBITS REFERRED TO

| Exhibit | | Page |
|---|---|---|
| 3 | 117, 118 ........................................ | 566 |
| 4 | 106 ............................................ | 580 |
| 5 | 117 ............................................ | 608 |
| 6 | 106 ............................................ | 623 |
| 7 | 117 ............................................ | 640 |
| 8 | 118 ............................................ | 644 |
| 9 | 108 ............................................ | 660 |
| 10 | 121 ........................................... | 677 |
| 11 | 122 ........................................... | 679 |
| 12 | 123 ........................................... | 684 |
| 13 | 124 ........................................... | 687 |
| 14 | 125 ........................................... | 688 |
| 15 | 2 ............................................. | 691 |

REQUESTS FOR PRODUCTION

| Request | | Page |
|---|---|---|
| 19 | # 1 ........................................... | 567 |
| 20 | # 2 ........................................... | 712 |
| 21 | # 3 ........................................... | 734 |
| 22 | # 4 ........................................... | 735 |

---

Page 767

CORRECTION TO DEPOSITION

ERICA LAFFERTY, et al. v. ALEX EMRIC JONES, et al.
WILLIAM SHERLACH v. ALEX EMRIC JONES, et al.
WILLIAM SHERLACH, et al. v. ALEX EMRIC JONES, et al.
BRITTANY PAZ        June 27, 2022

In order to make this deposition more nearly conform to the testimony given, the witness wishes to make the following changes:

| PAGE | LINE | NOW READS | SHOULD READ |
|---|---|---|---|
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |

Subscribed and sworn to before me:
Dated this _____ day of _____, 20___.

_____     _____
(Notary Public)          Deponent (signature)

My Commission Expires:

---

Page 766

CERTIFICATE

STATE OF CONNECTICUT )
                     )    SS    SOUTHBURY
COUNTY OF NEW HAVEN  )

        I, VIKTORIA V. STOCKMAL, a Notary Public duly commissioned and qualified in and for the county of Fairfield, State of Connecticut, do hereby certify that pursuant to the notice of deposition, the said witness came before me at the aforementioned time and place and was duly sworn by me to testify to the truth and nothing but the truth of his/her knowledge touching and concerning the matters in controversy in this cause; and his/her testimony reduced to writing under my supervision; and that the deposition is a true record of the testimony given by the witness.

        I further certify that I am neither attorney of nor counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, or financially interested in the action.

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 18th day of July, 2022.


        _____
        VIKTORIA V. STOCKMAL, RMR, CRR
                Notary Public
             CSR License #00251
My commission expires October 31, 2025

Brittany Paz Volume III
June 27, 2022

## Exhibits

EX 0118 Britt
any Paz Vol.
 III 062722
EX 0119 Britt
any Paz Vol.
 III 062722
EX 0120 Britt
any Paz Vol.
 III 062722
EX 0121 Britt
any Paz Vol.
 III 062722
 677:8
EX 0122 Britt
any Paz Vol.
 III 062722
 679:20
EX 0123 Britt
any Paz Vol.
 III 062722
EX 0124 Britt
any Paz Vol.
 III 062722
EX 0125 Britt
any Paz Vol.
 III 062722
 688:19
EX 0126 Britt
any Paz Vol.
 III 062722
 554:19,23
EX 0127 Britt
any Paz Vol.
 III 062722
 617:10
EX 0128 Britt
any Paz Vol.
 III 062722
 617:12

## #

#00251
 548:24

## $

$11,000
 606:13,15
 607:9,20
 609:20,21,25
 610:2,4,6,
 16,20 611:2,
 9,22,25
 613:4 614:1
 615:4 616:12
 618:6 619:5,
 14,25 620:5,
 15,19
$181,925
 662:7
$2,500
 693:7
$25
 642:8
$25.3
 645:20
$29.5
 608:14 609:5
 610:13
 622:12
 634:13
 638:21
 639:12
$29.588
 644:8
$30,000
 572:4,12
$50.5
 666:11,17
$54
 636:16
 676:24
$566,000
 704:17
$6.79
 664:12
$7,500
 572:16
 573:17
$70
 692:25 693:8
$8
 653:24
 654:19

## -

-X
 548:3,8,13,
 18

## 0

06106
 549:19
06484
 553:14
06511
 549:13
06604
 549:4

## 1

1
 618:3
1.5
 611:1
1.75
 609:9,10
 610:13
1.8
 646:11
10
 564:15
 566:15
 603:19
 604:3,20
 620:17
 644:23
 646:15
100
 633:11 641:5
 642:5 665:1
 682:10 685:2
 704:20 742:5
106
 580:18
 623:15
108
 660:23
10:11
 548:25
 552:10
117
 566:1 599:19
 608:2
118
 566:1 599:19
11:35
 616:1,2
11:50
 616:3,5
121
 677:8
122
 679:20
123
 684:3
124
 687:11,13,
 16,17
125
 688:19
126
 554:18,19,23
127
 617:8,10,15
 618:3
128
 617:8,12,15
129
 737:25 738:1
12:08
 736:13
12:42
 652:15,16
12th
 558:18
13
 566:4 640:22
 702:15,24

Brittany Paz Volume III
June 27, 2022

**130**
  739:3,4
**13th**
  608:9 609:4
  733:12
  735:15
  736:12
**140**
  678:2,13
  679:13
**15**
  681:9,15
  735:21
  738:13
**15-year**
  646:16
**16th**
  554:12
**17th**
  559:1 560:25
  568:14
**18**
  566:13
**18:57**
  680:20
**18th**
  641:6
**19th**
  680:1,14
**1:38**
  652:17,19

---

**2**

---

**2**
  652:13 681:7
  682:12,16
  683:4 691:2
**2,500**
  693:5,7,8
**2.06**
  663:1,6
**2.064**
  663:3
**20**
  604:19
  620:16

**740:17**
**2002**
  580:9 581:14
**2012**
  577:16
  578:9,22
  579:8 580:9
  581:13
  582:1,14
  583:2,10,14
  593:3 622:8,
  20 659:23
  663:6 665:23
  666:5 669:2
  704:24
  705:20,24
  706:20
  709:2,4,20
  714:16
**2013**
  596:24
  677:21 678:5
  679:4,12
  707:1,2
  708:1,7
**2014**
  596:16,23
  622:8 623:23
  624:20,21
  625:1,15,18
  629:8
  630:10,21
  632:24
  634:13
  635:14 637:3
  644:13
**2015**
  750:1 751:25
  752:6,16
  753:2 755:9
  759:6
**2016**
  662:5 757:9,
  10,11,17
  758:2 760:4,
  11,17,19,23,
  24

**2017**
  556:4
  664:10,20
  680:1,15
  683:25
  757:17
**2018**
  597:23
  598:1,3,8,9
  599:6,12,21
  600:2,6,8,20
  601:6,22
  602:19 604:4
  605:4,8,10
  611:22
  615:14 616:9
  618:5 621:25
  622:12
  632:16
  634:13
  636:20,21
  637:10,14,
  16,17,21
  638:17,23,25
  639:12,16
  640:7,10,12
  644:1,13
  645:1,17
  688:6,12
  705:20,25
**2019**
  583:2 645:2,
  5,12,17,24
  646:3 689:1
  690:6
**2020**
  566:4 577:17
  578:9,22
  579:8 582:1,
  14 583:10,14
  599:22 608:9
  609:4 610:3
  611:5 635:5,
  15,24 636:21
  637:3,9,17,
  20 638:2,8,
  14,19,20
  639:6,7,14,

**23 640:17,22**
  643:25
  644:17
  645:2,12,17,
  24 647:4
  655:14,16,17
  660:1 663:6
  665:23 666:5
  669:2
  674:23,25
  675:1 704:24
  706:21
  709:20
  731:11
**2021**
  566:15
  599:22
  606:11
  607:14
  611:12,15,23
  612:18 614:1
  615:5 616:13
  644:23,25
  645:6,9,11,
  22 646:10
  655:15,16,
  19,23,24
  656:5,23
  657:1,6,16,
  19,23
  658:23,24,25
  659:9,17
  660:1
  674:10,24,25
  675:2,4
  676:20
  731:12
**2021's**
  645:10
**2022**
  548:25 552:9
  555:14 654:6
  656:17,20
  659:16
  715:6,13
**203-336-4421**
  549:4

Brittany Paz Volume III
June 27, 2022

| | | | |
|---|---|---|---|

**203-393-3017**
 549:14
**2036**
 646:15
**2050**
 610:10
**21**
 736:11
**22**
 681:24
**22-plus**
 681:20
**25.3**
 636:23
 645:25
**260**
 691:16
 692:23,25
 693:9
**27**
 548:25
**27th**
 552:9  558:17
**28th**
 679:12
**29.5**
 600:6  608:22
 636:20

**3**

**3**
 678:3,17
 679:14
**30**
 610:8,14
 611:1
**30-year**
 607:23
 646:13
**3005**
 641:3
**350**
 548:22
**383**
 549:13

**3:10**
 710:18,19
**3:19**
 710:19,21

**4**

**4**
 553:13
 555:14
 562:19  563:6
 589:3  683:7,
 13
**4.5**
 681:6
**402**
 553:13
**45**
 652:10
 683:19,20,25
**4:19**
 762:4,7
**4th**
 688:6

**5**

**5**
 563:10
**5.98**
 662:8
**50.5**
 663:5
**50.515**
 663:4
**53-plus-
million**
 668:25
**54**
 636:19
**566,000**
 703:10

**6**

**6**

**589:3**
 686:12,14,25
 688:12  690:3
**6.6**
 664:16,20,23
**6.9**
 664:19,23

**7**

**7**
 680:18  733:4
**70**
 691:14
 692:23
**70s**
 604:18
 614:17
**72**
 604:18,22
 605:9  619:17
 644:1
**72-some**
 633:15

**8**

**8**
 563:15
 680:17,18
**80**
 595:20
 597:2,17
 603:19,21
 604:9,12,13,
 20  613:8
 614:16,17
 616:18,19
 618:25
 620:23
**860-527-9973**
 549:19
**8th**
 677:20  679:4

**9**

**9**
 563:19
**90**
 552:14
 597:7,18
 604:2,11
 619:2

**A**

**a.m.**
 548:25
 552:10
 616:2,3
**ability**
 742:17
**able**
 560:1,2,6
 561:10
 562:3,22
 563:1,5,21,
 25  564:8
 637:22  660:2
 672:16
 692:2,17
 693:23  694:1
 695:1,7,9
 698:11,17
 700:17
 702:8,11
 753:8  755:11
**above**
 641:2
**accept**
 710:7,10
**acceptable**
 582:7
**access**
 621:23
 699:15
**accesses**
 701:11
**accessing**
 700:3

Brittany Paz Volume III
June 27, 2022

accordance
  619:17
account
  564:11 580:4
  581:15
  645:22
  672:8,11,18,
  20 676:2,11
  690:23 706:3
  707:8
  755:19,20,21
accountant
  559:11
  564:20
  565:1,8,9
  660:14,20
  670:13
  693:19
  708:1,4
accountants
  555:9 645:13
  657:18
accounted
  607:1 706:15
accounting
  584:23 585:5
  670:15 673:1
  706:20
  707:13
accounting-
wise
  593:18
accounts
  580:7 581:16
  582:15
  621:23
  690:20
  703:22,25
  708:12 742:9
accrual
  600:15
  638:13
  671:24 675:9
accrue
  622:5 630:21
  631:13 634:8
  635:15

accrued
  636:21
  645:24
accruing
  623:22 624:1
  625:18 638:8
  674:17
accurate
  613:7 622:7
  638:3
  669:10,11
  687:7 688:16
  690:6 724:9
  735:3,7
  742:5
acknowledge
  686:24
acknowledges
  654:9 690:5
across
  685:21
act
  643:12
action
  552:16 714:9
actively
  650:16
activities
  583:11,15
  587:9,14
  588:5 591:16
  593:11 594:5
activity
  556:17 561:7
  647:17
actual
  566:25
  568:22,24
  599:23
  687:14
  705:13
  714:15
ad
  648:4,9
  682:11
  695:2,5
  697:8 699:11

701:25
  707:22 710:4
  711:25 712:1
  742:11
Adan
  698:5
Adan's
  695:3 699:10
  701:24
add
  669:1
added
  667:4
addition
  568:4 572:12
  618:5 619:14
  662:9,15
  665:12
  666:23
additional
  572:9,15
  573:14 615:5
  618:19
address
  553:13
adds
  660:16
adjusted
  706:17
administratio
n
  552:25
  580:22
administrativ
e
  587:14
  591:15
ads
  575:8,10,12,
  14,15,16
  584:7 627:7
  647:21 695:4
  697:15,21
  700:5,6
  703:8,9
  704:7
  721:11,12

advance
  562:14 570:6
  596:21
advertise
  686:5 689:22
  704:17 711:2
advertisement
s
  575:20,24
advertiser
  690:9 710:8
  751:20
  757:12
advertisers
  686:4,6
  711:2,5,12
  712:23
  746:12
  758:5,9
advertises
  560:4
advertising
  555:7,13
  560:4,5
  561:6,12
  562:5 563:6,
  11 579:2
  580:22
  625:23,24
  627:14,18
  651:9,15,17,
  22 689:13,19
  690:12
  694:20
  705:9,10
  706:1,9
  707:4,15,19
  708:8 709:8
  710:9,11
  711:11,22,24
  712:16 713:2
  720:6,23
  721:8 749:24
  751:25
  755:12,18,20
advertising-
related
  755:16

Brittany Paz Volume III
June 27, 2022

advice
715:14,22
AEJ
595:21,24
598:8,9
599:6,12,13
601:22 602:3
605:6,10,23
611:21
612:10
613:8,18,19
615:14,18,21
616:9 618:5
619:18
620:20,25
621:25 644:1
affected
603:1
affects
683:20
affiliate
650:23
651:3,8,16,
18,25 652:4
684:14,19
685:17,18,
19,24 687:24
724:14,18,19
affiliates
682:10
684:19
685:20,25
686:1
affirm
718:21 719:6
affirmed
553:16
afternoon
716:13
agencies
682:11
ago
571:12 575:4
593:3 651:2
agree
601:5 679:3
685:9 687:17

740:10
745:18
746:25
758:4,8
agreed
550:3,9,14,
19 609:8,13
agreeing
610:13
agreement
552:6 572:14
573:24 574:2
608:6
727:16,17,20
728:10,11
729:4,20
732:6 742:17
743:25
744:7,18,22
745:4,8,9,
11,21 747:21
748:16,22
749:9 750:3,
4,9,15,24
751:3,4,8,
13,21
752:21,23
753:1,7,10,
15,20 757:7,
13,25 758:8,
12,15,16,21
759:9,16,19
761:24
agreements
727:22
729:21
731:13,14,
15,16,17,19
732:11
739:12,14,15
740:22
743:24
744:2,3,11
745:2 746:1,
6,10,11,17
747:3,5,6,7,
9,10,14,15
748:13,14,

15,16 749:2,
21,23
750:20,22
751:6,18
754:22
759:5,9
760:3,7,8,
10,13,22
agrees
552:25 553:6
680:13
ahead
596:21
598:22,24
618:12,19
682:10
705:23
713:13
736:19
air
587:24,25
678:8,9,13
685:25
698:13 699:8
717:8
aired
708:8
airing
679:13
Alex
548:7,12,17
549:10
551:15
552:12
570:25
597:8,16,17
599:5 606:20
607:4,11
620:16,21,24
621:10,19,22
632:9,13,16,
19,24,25
633:9,20
641:9,17
642:2
643:24,25
646:18 647:6
651:1 653:11

654:14,24
659:22
661:12,14
662:22,23
663:5 673:16
677:17 678:7
679:7,12,17,
19 680:2,14,
21 685:25
686:5 687:1
690:2 698:12
716:11,12
717:1
719:14,15
726:10,12,
13,14
727:10,18,23
728:9,18,20,
22 730:17
731:1 733:4
739:19
740:12 741:9
742:8,24
757:18
Alex's
702:2
Alinor
549:7 551:9
alphabet
594:24
595:20
altered
709:21,23
Amazon
651:24
amendment
715:14,18
amount
635:8 644:10
662:7,16,25
691:25 699:2
700:18,21
711:1
amounts
661:12,13,14
662:21
673:21

Brittany Paz Volume III
June 27, 2022

analysis
  645:11
  668:10
analytics
  681:4 695:1,
  7,9,22 696:2
  697:12
  703:20 704:8
analyzes
  622:10
and/or
  553:16
  622:25
Anderson
  723:13
  727:9,22
  728:1,2,18,
  20 730:10,18
  731:2
annual
  609:9
answer
  561:8,23,25
  574:20
  580:16
  582:3,7,8
  583:17
  593:25
  594:10
  614:11
  618:14
  622:2,7
  628:20 633:4
  634:10,19
  639:19
  640:11 642:4
  643:21
  644:19
  658:20
  666:2,3,7
  673:3
  690:13,14
  692:3 693:23
  694:2 698:19
  721:16 732:4
  744:14,15
  748:12
  749:14 750:2

751:9,10
752:4,18,20
753:5 754:25
755:1
answered
  716:7 718:16
  745:16,23
  748:2 749:13
  754:20,23
answering
  580:10
  754:17
anticipate
  572:9,12,20
  573:4
anticipated
  711:9
anticipating
  573:18
anybody
  559:7 571:6,
  15 574:23
  590:13
  592:20 607:8
  638:6,24
  671:12
  721:25 747:8
  753:4,5
anyone
  656:15
  717:8,21
  726:15
  730:14
anyone's
  624:17 632:1
apparently
  662:6
appeared
  571:12
  677:17
  696:19
appearing
  549:7,21
  697:21
appears
  637:19
  641:24

646:14
680:16
692:22
705:16
719:22
735:20
appellate
  715:4
applied
  580:20
apply
  553:23
  730:20
applying
  646:11
appreciate
  597:15
  617:20 737:5
approach
  721:17
approximate
  678:15
approximately
  595:4 606:13
  608:14
  611:15 644:1
  653:24
  654:19
  668:25
  684:23
  686:25 690:6
  704:16
April
  688:6,11
  715:13
argument's
  697:5
around
  588:25
  589:7,14
  638:7 642:2,
  17,22 647:10
arrangement
  610:17
arrive
  607:19 610:2
  716:17,20

arrived
  610:4,24,25
  672:6
arrow
  702:25
article
  627:9 696:20
  698:5
  699:14,15
  701:11,24
  702:14
articles
  627:10 695:3
  697:1,19,22
  699:6,10,11
asked
  561:20
  563:24
  564:3,4
  567:5,17,18
  579:5,7
  602:10
  605:16 622:1
  624:2 631:12
  647:19
  658:4,9,14,
  23 659:13,15
  667:19
  669:20
  672:15
  692:4,6
  694:22,23
  705:16 710:1
  718:15,23
  720:5,13
  721:9 728:25
  729:10
  745:7,16,22
  748:1,14
  749:24 750:1
  752:2,8,10,
  11 754:16
  755:9,21
  757:4
asking
  561:17,19
  562:24
  581:11,13

592:9,10
600:23,25
601:2 610:1,
25 618:16,17
621:7,15
627:19 630:7
637:23
638:4,5
651:4 653:20
654:3 657:9
663:13
664:3,4
671:20
693:21
698:18 703:4
706:11 707:1
709:3 721:17
733:13 745:3
746:8,12,16,
18 748:15,
16,21 751:4
754:21

**aspect**
591:18
651:23
668:22 742:7
743:2

**aspects**
555:10

**asset**
601:10,19
603:8

**assets**
601:15
602:17,21
603:6,7,9

**assist**
652:23
654:11

**assistant**
551:12

**associated**
564:11
625:20,22
631:4 638:6
744:9

**association**
663:24

715:17

**assume**
584:20
586:20
591:25 592:3
606:20 607:4
659:15
662:14 669:9
726:20

**assuming**
557:8

**asterisk**
686:15,19

**asterisks**
661:11

**asterling@
koskoff.com**
549:5

**attempt**
719:22

**attempted**
634:21 638:7
700:8

**attention**
632:10
680:17
743:11,12

**attorney**
551:17
553:4,8
554:5 559:4,
5,15 565:10
573:1,24
586:4 588:16
598:18 602:8
616:15 617:4
618:8 665:2
671:13
695:16
696:13
713:10 714:7
717:10
724:19,21
732:16
733:6,20
734:8 760:2

**attorneys**
549:2,9

657:18
742:22,23

**audience**
677:7 678:22
679:18 681:3
682:8 683:24
701:11
716:7,12,13,
25 717:13,
16,21 718:3,
13,24 719:2
723:14,17,
19,24 755:24
756:6,24

**audio**
713:22
737:17 738:2
739:5

**August**
566:4 599:22
608:9 609:4
610:3 611:5
635:5 637:3,
9,10 638:8,
14,19 639:23
640:17,22
643:25
644:17 647:4
731:11

**Austin**
586:5 588:8,
9 641:4,6

**authority**
550:6 643:11
647:13

**authorize**
579:25
607:8,11

**authorized**
606:18 607:5
624:9,11,18
631:12,24
653:8

**automatically**
737:12

**available**
573:4 655:25
656:1,10,15

657:11,14,25
658:1,5,8,
15,22 659:1,
2,5,10,17
660:5,8,19
684:22
720:9,10

**Avenue**
548:22 549:3
641:6

**average**
604:21
682:13,17
683:5 703:9

**aware**
552:3 565:17
568:13 574:8
575:1 576:21
577:13
594:20
607:7,8
614:8 616:11
620:16
621:18 631:6
634:20
635:6,9
637:4 638:4
639:22
640:3,4,14
642:13,16,
21,24 644:16
646:7 647:5,
9,12 653:4,
10,24 654:5,
13,14,18
655:18
670:11
673:10
676:19
694:19 700:7
723:15
731:8,12
753:23
754:3,7
759:5 760:3,
7

Brittany Paz Volume III
June 27, 2022

**B**

B-2
  668:15
back
  554:9,11
  575:8,10,16,
  25 584:6
  593:8,23
  594:19 602:2
  609:9 610:13
  623:10 627:7
  631:11,14
  639:14,16
  644:5
  647:21,22,24
  650:6,17,20
  688:2 690:11
  699:15,25
  700:16
  713:16
  761:13
backup
  654:4 661:17
bad
  604:24
balance
  580:25
  608:15,20,22
  609:23
  612:24 613:1
  636:21
  645:2,14,18
  706:17
balances
  645:14
  660:16
balloon
  607:24
ballpark
  588:23
Balm
  678:1
bank
  620:22
  621:23

690:17,21,23
banking
  690:16,17
bankruptcy
  565:14
banner
  648:6,9
  707:22
  711:25
banners
  627:10 648:7
base
  678:3,15
  679:14
based
  557:15
  565:10
  587:16
  607:21 610:3
  611:10
  639:10,12
  664:7 668:2,
  4 673:14
  675:8 678:16
  694:13
  703:8,9
  704:19
  717:1,14,18
  719:13,16,
  17,18 723:25
  730:13,16,
  23,25 740:2
  741:16 757:3
basically
  557:18
  570:14
  574:13
  585:22 706:1
  707:18,21
  720:8 721:10
basing
  616:21
  641:23
basis
  571:19
  587:19 606:5
  618:17,20
  629:5

643:11,16
  646:2 647:12
  668:7 675:22
  704:4 716:1
  730:25
Bates
  680:9 685:13
bathroom
  702:18
  710:15
Baum
  677:14 679:4
began
  596:24
begin
  578:5 606:18
  624:9 634:8
  713:13,21
beginning
  558:17
  601:13
  607:14 614:1
  615:4 616:13
  625:15
  628:23
  630:10,21
  632:23
  644:17 675:4
  691:7
behalf
  551:7,9
  552:19
  560:19
  565:15
  583:11,16
  641:9,13
  643:6,12,16,
  17 646:17,18
  647:1,13
  661:12,13
  708:9
believe
  554:10
  556:25
  557:17,19
  558:17
  559:11,25
  565:3,9

567:10,19
  569:8,17,25
  570:4 575:7,
  21 595:20
  596:6,16
  597:23
  598:10
  599:13 600:8
  604:17 606:8
  611:10
  615:13
  616:15 617:5
  626:17 628:5
  644:14
  650:15,19
  651:14
  652:24
  655:14 657:3
  661:3
  670:19,21
  671:8 672:1
  675:16
  676:18
  677:15,19
  690:22
  695:11
  696:10,12
  704:9 707:17
  709:22
  710:3,10,13
  714:19
  717:23 723:8
  725:8,10,11
  730:13 733:4
  748:24
  757:14
  758:17 759:8
bell
  653:3
Bellis
  582:6
below
  703:15
beneficiaries
  599:10
  615:12
beneficiary
  615:10,18,20

Brittany Paz Volume III
June 27, 2022

616:8 619:21
620:21
**benefit**
598:15
599:10
605:19,23
615:16
**beside**
732:8
**besides**
718:4
**best**
558:3,10
559:15
560:19 595:1
740:13,14,21
**better**
692:3
**Bidondi's**
649:13,19
**Bieder**
548:22 549:3
**big**
666:1 682:12
731:21 743:5
**bigger**
741:21,22
**biggest**
636:14
**bill**
632:2,5
711:23 744:5
746:7
**billed**
625:6 626:9
710:4
**billing**
612:3 619:7
626:8 628:8
629:1,10,22
630:9,11
645:8 707:24
**Billions**
701:5
**bills**
590:17
624:13,14,

15,22 625:2,
4 629:4
674:20
675:13
**Bing**
721:12
**bit**
562:17
568:18
593:17
603:25
628:10 682:5
736:25
**Blake**
555:6,14
556:20,21
590:1,2
692:3 694:9,
18,19 703:17
704:10,15
720:5 752:8,
10,14
**Blott**
586:4 588:16
671:13
696:13
732:20,21
**Bob**
555:8 557:18
691:5 692:2,
4 709:11
710:2
**body**
599:9 600:8
601:25
602:6,11
613:3
**bone**
648:10,16
**books**
584:24
645:10,13
655:15,21
657:4,16
658:25
659:11
660:9,11
676:8,11,15

708:12
**bottom**
557:7,14
568:20
569:16 680:9
685:12
**bought**
626:14
697:25 710:8
**Boulevard**
641:3
**bound**
744:1,19,23
745:8,13
747:9
**break**
554:17 584:2
596:8 602:9
613:22
614:10,24,25
615:24 616:7
617:4 649:4
652:8 684:24
702:18
710:15,23
713:16
719:22
**Bridgeport**
548:22 549:4
**brief**
685:19
**briefly**
617:17 716:5
**BRIGNOLE,BUSH**
549:18
**bring**
574:3,5
596:11
617:15
629:19
640:21
690:24
732:23
**Brittany**
548:20 552:8
656:11
736:20 762:5

**broad**
552:14 686:1
**broadcast**
680:1 682:9,
14,24,25
683:4,7
684:20,22
685:21
702:2,3
717:3,9
724:20,25
725:19 727:3
729:22
**broadcasting**
678:17
**broadcasts**
650:25
725:21
726:12
**broken**
755:19
**Bronson**
684:6 685:16
**Bronson's**
684:12 686:9
**broth**
648:10,17
**brought**
702:10
**business**
553:13
556:17 585:2
587:25
588:4,19
592:12,13
593:11 594:5
606:14
609:25
610:21 611:2
613:11,15
614:7 619:16
620:19
689:16,17
691:16 693:1
721:13
728:7,25
729:1
739:14,15

Brittany Paz Volume III
June 27, 2022

740:2,8,12,
15,16,20
741:10,17
742:14,17,24
743:1,5
758:5 759:9,
14
**businesses**
619:6
**buying**
626:5
627:23,25
706:8
**buys**
628:3,5

———————————

C

———————————

**calculate**
639:16 692:7
699:2 700:21
702:12 711:1
717:16 718:3
**calculated**
600:7 608:24
637:13,14
638:17 639:6
707:19
712:16
**calculates**
711:22
**calculating**
638:20 639:4
694:3 707:23
**calculation**
700:17
**calculations**
718:24
**calendar**
558:19,20,
21,22,25
**call**
558:22 559:3
568:1,5,8,
12,25 569:15
737:3 738:23

**called**
553:15
573:10
595:18,19
598:10
**calls**
557:18
569:22
**capable**
656:4 678:10
**capacity**
565:3,4
592:21
**caption**
563:20
**captioned**
566:4,14
**captioning**
563:23 564:6
672:12,16,18
**card**
579:25
**care**
736:23
738:24
753:19 754:1
**careful**
700:25
**cares**
743:12
**Carol**
603:20
604:3,21
620:17,18
**carrying**
645:20
676:12,13
**case**
553:23
556:24,25
571:21
594:18 597:6
635:20 655:9
663:25 664:5
670:18 688:9
709:19
715:15,22

716:2 755:22
**cases**
557:1 573:5
715:25
**cash**
613:24
705:25
**cashing**
654:25
**Castaneda**
684:7 685:1,
17
**caused**
741:22 743:2
**causing**
625:10
**Cerame**
549:21
551:3,13,23
553:3,8
554:5 573:1
617:16
702:23
713:25
714:2,6,8
721:22 731:4
739:9,10,18
743:15
744:20
745:5,14,22
746:14,18,22
747:17,23
748:10,19
749:5,11,19
750:10,25
753:11,17
754:4 755:7
756:1,8,13
757:1,3,5
759:25
760:5,15,25
761:5,14,23
**Cerame's**
713:10 747:1
760:2
**Cernovich**
680:25
681:20

**Cernovich's**
681:4 682:1
**certain**
579:2 670:12
671:25 712:1
744:9 749:2
**certainly**
717:25 718:1
**certainty**
665:20
**chance**
688:22
**change**
603:13 677:6
**changed**
598:4
603:16,17
650:9
**channel**
681:7,8
700:5
**character**
550:6
**charge**
555:6 675:11
689:12
707:25 712:6
741:18
**charged**
712:17,22
**charges**
711:2
**charging**
713:1,4
**chart**
617:11,13
618:3,21
**charts**
616:21,23
617:5 618:7
619:4
**check**
702:2 735:1
**children**
598:16 599:8
605:19,20,22
615:7

Chris
  551:7 589:22
  614:22
  712:11
  743:16
CHRISTOPHER
  549:7
circumstance
  740:5
circumstances
  712:1
citing
  716:18
claim
  639:15
claimed
  635:8
claiming
  609:5 623:21
claims
  630:1
clarify
  621:3
class
  714:15
classes
  714:21
clear
  561:3 581:22
  591:3 593:7
  599:18 607:2
  621:17
  636:25
  639:19 664:3
clearly
  582:7
click
  627:10
  648:4,8,13
  691:24
  695:2,5
  697:7
  699:12,25
  701:25
  707:21 712:2
clicked
  697:21

clicking
  696:19
  697:15
  704:6,7
clicks
  627:10
  692:16
  693:15
client
  718:1 729:7,
  17
clinic
  714:22 715:4
close
  588:9 630:19
  645:13
  660:11
  672:16
  682:12,16
closed
  563:19,23
  564:5 645:10
  655:15,21
  656:14
  657:5,16
  658:25
  659:11 660:8
  672:12 675:1
  761:18
closely
  632:11
cmattei@
koskoff.com
  549:5
co-defendant
  551:15
co-defendants
  551:16
cogently
  560:11
collaboration
  723:12
colleague
  551:9 715:13
collected
  560:18 561:4

colloquy
  749:6
column
  580:21
  629:25
  661:8,9,18,
  23,24 662:16
  663:2,4,11,
  13,16
  664:15,20,21
  666:13 667:2
columns
  669:1
combination
  727:10
come
  609:24 634:4
  645:14
  650:14
  660:17,18
  682:12
  704:12
  713:16 715:1
  761:12
comes
  584:15 610:5
  611:2 756:6
comfortable
  734:16,20,22
commenced
  612:18
  635:23,25
commercial
  683:12
common
  717:11
  739:14,23
  740:6 741:24
  742:22
  743:23 745:1
  747:2,4
  753:3 759:19
Communication
  551:14 714:8
  723:3,13
  724:14,24
  725:5,13,20
  726:1 727:17

729:8,17
  730:2,21
  740:10,11
  757:19
  758:1,24
  759:10
communication
s
  549:17
  566:22
  649:20
  723:15
  724:21
  730:14,25
companies
  564:16
  565:15
  590:15
  606:17,25
  620:7 634:3
  635:17 639:3
  673:5
company
  561:1 574:7,
  11 632:9,15,
  24,25 633:5,
  6 641:3,5
  725:18
  728:5,15
  730:21
  734:23
  739:24
  754:13
company's
  574:9
compel
  634:21 635:7
  637:4
compensated
  654:24
  666:16
  668:24
compensation
  560:9 561:5,
  13 562:4
  563:15 572:6
  573:14
  595:10

Brittany Paz Volume III
June 27, 2022

653:21,23
655:2,7,11
656:4 657:7,
22 658:8,15,
21 659:9,22
660:1,25
664:25
665:7,22
666:4,20
667:9,13
668:14
669:5,8,22
670:4
**completely**
636:6
**COMPLEX**
548:2
**component**
646:6
**composite**
717:14
**comprises**
662:19 670:2
**computer**
556:2 713:24
**concerned**
669:7 687:6
688:15 735:4
**concluded**
762:6
**concludes**
762:4
**conduct**
668:9
**conducted**
553:2 577:23
581:24
582:13
**conducts**
578:4,7
**conference**
557:17
733:19
735:17
**confirm**
556:12 565:7
617:6 696:15

**confused**
579:13,17,18
**confusing**
628:11
**Congress**
641:5
**Connecticut**
548:1,23,25
553:14,18
556:25
570:19,22
571:21 572:6
573:11
715:16
**connection**
623:3 641:16
654:11
670:18,23
720:12
**conscious**
624:12,16
631:22,25
633:3,25
634:5,18
**conservativel
y**
682:11
683:19
**consider**
651:25
756:18
**consulting**
564:22 565:3
**contact**
564:24 565:6
689:14
**contacted**
559:18
**contained**
563:13 681:5
687:19
**contemplated**
572:16
**contending**
643:15
**content**
692:1,9,11

693:17
694:4,25
695:11
698:10 699:4
700:3,12,14,
19,22 702:7,
11 730:12,
15,18,25
742:2,16,25
743:12
**contents**
687:14
**contests**
679:15
**context**
649:23
703:15
749:22
**Continue**
563:9
**continued**
569:10
597:21
741:14
**continues**
645:2
**continuing**
645:7,18
**contractor**
650:4,10
**contradict**
718:19
**control**
621:1
730:11,22
741:14
**controlled**
580:6
581:15,16
582:15
632:20,22
**controlling**
595:15
632:20
**controls**
565:15

**conversation**
555:21
557:16,21
558:6,10
560:10
568:14,21
569:3,5
591:17
592:20 602:1
608:3 639:12
640:6 650:5,
8 678:6
691:8,13,19
692:5 694:1,
11,14,15
698:7 703:16
704:10,13
707:17
710:24
717:19
718:10
721:14 735:8
737:4 756:6
**conversations**
552:5 555:8,
11 557:15
566:25
587:16,18
591:6 599:1
611:10
635:19
638:22
639:3,10,25
640:5 673:14
691:11 715:8
717:1,21
718:25
719:14
721:24
730:16
**conversion**
693:17
695:8,13
699:6
**converted**
699:24
**coordination**
723:12

Brittany Paz Volume III
June 27, 2022

copied
  685:4
copies
  571:14
  670:20
  671:10,11
copy
  554:14
  570:18,19
  696:9,10
  711:15,19
corporate
  572:5
  595:15,18
  599:2 607:10
  669:20
  671:15 732:2
  759:8
correct
  556:17,24
  557:5,11,12
  561:7 562:5
  563:7 568:22
  569:13,14,16
  571:21
  572:21
  573:23
  574:7,16
  575:20,22
  576:1 577:4,
  5,8,14,18,23
  578:2 580:1,
  4 582:2,20
  583:22
  584:16,21,22
  585:24
  586:2,8,19
  587:2,6
  593:22
  594:16
  595:2,11,16
  597:3,8,18
  598:4
  599:19,21
  600:3,16,20
  601:6,11
  603:2 604:3,
  9,14 605:6,

10,24 606:2
607:10 608:4
609:6,10
611:15,23
612:18
615:7,9,17,
22 616:9,13
619:11,18,22
621:12,20
622:17 624:1
625:2 629:2
630:5,12,23
631:7
632:17,21
633:1,12,18
635:18 637:7
640:3,17
641:10
642:11,14
643:3,7,9
644:2,8,13,
18 645:8
646:11,19
647:2,7,10,
13 653:12,22
654:12,16
655:19
656:6,17,20
657:7,13
659:23 660:1
661:19
662:9,12
663:8,18
664:8,13
665:8,13
666:6,17,20
667:1
668:10,16,18
669:3,6,15,
17,19,22,25
670:4,12
673:11
677:14,18,24
678:5 679:5,
8 680:15
681:1,14,25
682:22
683:5,8
684:1 685:10

686:2,7,13
688:13
689:2,20,23
690:3,21
691:7,11,15
694:4 696:21
697:22
699:19
700:4,10,24
701:9,13
702:12
706:2,13
708:13,25
709:9 711:3,
13,19 715:24
722:7,9,14
723:3 726:7
729:2 730:23
731:20
732:13
733:11,13
734:2 735:21
751:12,15
752:16,21
753:2,24
755:24 756:7
758:3
correctly
  580:11
  711:24 718:9
correlating
  698:9
correlation
  724:5
cost
  581:3 626:2,
  5,13 628:16,
  19 629:1
  630:22
  631:5,16
  645:7 646:4
  707:21
  711:24,25
costs
  625:20,22,
  23,24 707:22
  710:4

counsel
  550:4,10,15,
  20 552:8,21,
  24 553:10
  557:17,22
  558:11 586:7
  587:18
  642:9,10,14
  761:7
couple
  555:7
  557:15,23,24
  558:16
  625:24 649:6
  719:21
  720:13 735:5
  748:23 750:5
course
  613:10,14
  614:7 619:16
  653:21
  683:17 743:5
  756:20,25
  760:13
court
  548:1 551:1,
  4,20 552:21
  553:20
  737:23
cover
  637:25
  655:13
create
  560:7 742:25
created
  560:9 561:9
  562:25 564:2
  598:15
  603:15
  622:25 688:6
  708:24
creating
  730:24
  742:2,16
credit
  579:25
  627:17
  705:10

Brittany Paz Volume III
June 27, 2022

credited
  706:3,4
  707:9
credits
  579:1
  580:21,23
  627:18
  629:23
  705:4,6,11,
  14,21 708:19
  710:8,10
Criminal
  715:16
cross
  761:16,19
crossover
  593:1
CRR
  548:23
cryptocurrency
  653:25
  654:5,20
  655:1
CT
  549:4,13,19
current
  593:11,14
  650:1,12
customer
  579:23 581:6
  585:23
  628:15
cycle
  738:14

          D

D109-317
  641:4
dad
  673:16
daily
  607:9
  609:15,17,
  18,19,21
  610:16 615:4

618:6
619:14,25
678:2 679:14
686:12 687:1
690:3 730:25
Dan
  649:13
Daniel's
  570:8,11
Daria
  703:13
dash
  557:3
data
  563:17 688:5
  690:6 699:17
  719:24,25
  720:7,21
  721:3,20
  722:3,13,17,
  21
date
  555:4 557:24
  558:5,6,7
  595:5 599:21
  638:2,18
  641:1 645:6
  659:23
  674:18
  686:24
  687:5,19,21,
  24 688:3
date's
  558:8
dated
  566:4,15
  608:8 677:20
  731:11
dates
  599:23 601:7
  637:24
  652:25
David
  563:16
  620:17
  635:11
  641:12 643:6
  647:1,12

day
  555:1,3
  572:22
  588:18 589:7
  606:14
  609:25
  610:2,6,21
  611:2,25
  619:5 620:5,
  15,19 682:17
  683:7,13
  693:5,8
  731:9 733:14
  734:21
  735:16
day-to-day
  621:4,11,19
days
  571:11
  572:15
  608:23 688:6
  691:16
  692:23
  693:1,9
deal
  666:2
dealing
  671:2,6
deals
  728:18
dealt
  582:5
debits
  580:24
  629:20,25
debt
  557:10
  566:23 567:1
  600:15,19
  601:14,19,
  23,24 602:4,
  5,13,14,16
  603:2
  606:17,19,22
  607:15
  611:14
  612:14,25
  613:6 614:1

615:15,22
618:23
619:15 622:4
623:21
624:1,10
625:18
630:4,21
631:4,6,13
634:8,14
635:15
636:20 637:6
638:8,14
639:1,23
640:16 644:8
645:20,21,25
646:2,6,11
671:24
674:5,17
675:10
676:12,13,22
677:2
debt-related
  676:19
debts
  619:4 635:3
  636:8 637:13
  639:4
decades
  740:13,20
  759:1
December
  623:22
  624:21
  625:1,15,17
  629:8
  630:10,21
  635:14
  636:20
  644:13
  645:24
decides
  632:8
deciding
  632:24
decision
  624:12,16
  631:20,23,25
  633:3,22,25

634:6
**deductions**
  665:1
**defendants**
  548:7,12,17
  549:9 551:18
  553:6 554:4
  685:10
**defense**
  652:23
  653:17
  654:10,11
  715:3,17
**defined**
  661:12
**definitely**
  611:17
  644:20
  714:23
  743:19
**definitively**
  592:25
**delineated**
  593:16
**delineates**
  607:25
**delineation**
  607:3
**delivery**
  589:4
**demographics**
  719:23
**deny**
  719:7
**department**
  694:20
**depend**
  701:1
**depo**
  653:19,21
**deponent**
  550:22
**deposed**
  570:18
**deposition**
  548:20
  550:6,21

552:7 553:1,
5,25 554:10
555:1,2
556:20,22,23
557:5
559:17,24
561:14 562:9
569:21,23
570:5,6,8,
11,15,19,25
571:3,8
572:7,15,21
622:24 623:4
630:20
649:13
650:18
659:21,23
671:17
678:23
695:21 720:5
733:15
734:17,21
735:11,16
756:12,15
761:10
762:4,6
**depositions**
  570:2 696:12
  741:9
**derive**
  721:13
**derived**
  700:21
**describe**
  712:15
**described**
  562:2 563:6,
  12 564:19
  571:6 588:1
  600:18
  635:16
  687:18
  710:25
  711:21
  712:13
  727:21
  761:11

**describing**
  564:5 575:25
  586:13
  591:16
  600:12
  636:11
  647:16
  671:23
  675:20
  711:17
**designated**
  671:15
**designee**
  599:2 639:21
**detailing**
  757:25
**details**
  758:14
**determine**
  692:15
  693:14,17,22
  697:16
**determined**
  716:25
  723:18
**determining**
  717:21
  723:14
**Dew**
  649:20 650:6
**Dew's**
  571:3 650:1
**difference**
  665:18
**different**
  575:25
  648:14 677:5
  680:5,7
  683:19 684:1
  685:21
  703:18 715:4
  721:11,17
  728:15 745:7
**difficult**
  564:9 678:11
  703:5,7
  717:6 737:7

**dinner**
  736:21
**direct**
  701:21
  714:12
**directed**
  699:24
**Directing**
  680:17
**directly**
  556:1 564:3,
  4 581:16
  591:19
  603:22
  615:16
  658:20
  662:22
  694:24 699:6
  702:7 725:22
**disbursed**
  661:12
**disclosed**
  616:25
**disclosure**
  567:14
**discounted**
  711:6
**discuss**
  564:15
  566:8,10,18,
  20,25 567:1,
  24 568:9,10
  630:18
  671:14,22
  677:7,17
  720:3 756:19
**discussed**
  563:18,19
  661:7 671:20
  716:6 756:10
  758:24
**discussing**
  681:12
  733:22
**discussion**
  632:12
  638:25

723:16 737:4
739:12
**discussions**
638:12
640:15
671:19
**disentangle**
673:6,8,9,
10,18
**disorganizati**
**on**
741:23
**disorganized**
742:13
**dispute**
679:12
683:24 684:2
687:2,4
690:7 724:8
**distinct**
587:9,11,12
588:1
**distinction**
591:23
**divide**
609:24 610:5
611:1
**division**
693:6
**DOCKET**
548:2
**document**
566:3,6,8,
14,16,20
568:24
569:9,11
596:18
597:12,13
603:3,4,22
604:6 608:10
618:2,3
642:25
643:24
644:12
664:4,5,6,12
679:22
680:10 688:5

695:17,23
696:2,7,14,
18 697:18
698:1,8
712:8,12
718:5,6
**documentation**
620:10
**documented**
601:18
635:22 636:8
**documents**
557:9 567:1,
4 568:9,22
590:19 599:1
600:4 601:6
605:13
620:12 624:3
629:13 635:1
701:4 755:12
757:25
761:11,15,20
**doing**
556:11
592:12
597:13 693:6
698:21 721:8
742:16
**dollar**
695:12
**dollars**
600:7 668:25
**domain**
648:22
**donations**
652:22
653:11,25
654:2,5,10,
15 655:1
**double**
683:9
**doubt**
718:16
740:16,18
**dough**
654:20

**dozen**
589:7
**draft**
715:19
**drafted**
643:2
**draw**
637:23
661:23
662:9,15,19
663:18
664:1,2,16
665:13,15,25
667:11
668:15,21
**drawn**
666:11,25
**draws**
661:8,10,11
662:21
665:10
666:14 667:6
**drew**
663:6 664:12
666:15
**Drive**
553:13
**driving**
698:15,16
**drove**
588:14,16
697:4,10
**due**
646:14
672:23
**duly**
553:16

---

**E**

**e-mail**
549:5,14,20
567:11
573:21
617:22
677:11,20
678:4,12,18

684:5,13,16,
17 685:5,9,
14 686:11,24
687:4,15,18,
19,23 688:3,
7,11,21
689:5,7,15
690:4 718:6,
7,8,9 736:2
**e-mailed**
567:5,6,8,9
616:24
617:17
696:12 733:6
**e-mails**
690:1 732:16
**e-tran**
551:22,25
**earlier**
558:15
583:21
591:16 593:9
599:19
616:14 618:4
623:8,18
644:11
647:16,19
654:20
655:15
660:25
665:11
671:23 705:3
717:7 724:15
745:25
**earned**
661:15 665:9
699:2
**easier**
596:4
**eastern**
552:10
**eat**
588:21
**economic**
727:7
**editorial**
730:11

effect
  701:23  711:7
effective
  604:17,18
effort
  638:2  673:14
efforts
  593:15
  606:23  607:3
  635:6,21,23
  636:7  637:4,
  5,21  645:12
  673:6  678:25
eight
  670:25
eight-year
  666:11
eighth
  698:2
either
  557:4  571:25
  572:21
  582:8,9
  590:24  632:5
  647:11  654:7
  660:9  724:13
elaborate
  745:15
electronic
  625:6  718:13
Ellison
  589:22
else's
  681:7
employ
  583:7
employed
  565:4  591:19
  593:24
  594:16
  650:16
  679:10
employee
  591:22
  592:10,13
  594:4  679:4
  684:6,7

689:2  723:2,
6,8  735:6
751:7  757:6,
7
employees
  583:3,6,9,15
  584:20,23
  585:4,24
  586:1,12
  587:13,15
  588:4,23
  589:11
  591:15,19
  592:2  593:1,
  4,10,20,24
  594:6,7
  730:17  731:1
  732:17  744:8
  750:7,8,13,
  16  751:6
  760:4,9,11,
  14
employing
  592:21
employment
  650:9  744:10
  749:21
  750:19,22
  751:13
EMRIC
  548:7,12,17
  549:10
encountered
  699:18,20
  700:22
  701:18
  702:10
end
  580:25
  600:5,7
  606:9  607:24
  611:12,18
  622:12  628:6
  637:14,21
  638:17,20
  639:7,11
  640:7  644:20
  645:17

655:17
674:21,22,
23,25  737:3
738:23
ended
  733:19  752:6
engaged
  583:15
  587:24  651:3
ensuing
  604:12
entanglement
  606:24  634:2
  635:17
  636:3,10
  673:5  675:20
entanglements
  636:4  741:12
enter
  743:23  745:2
  747:2  761:23
entered
  609:5  610:12
  644:24  709:9
  743:25
  744:19
  745:12,21
  749:10
  751:7,14,21
  753:21
  760:13,22
enters
  747:15
entire
  612:4,20
  613:1,3
  620:19
  624:14
  678:10
  741:24
entirely
  725:3
entirety
  624:14
  625:2,4
  633:6,19
  634:1  670:2

entities
  585:8  588:2
  592:3  630:19
  652:5  732:2
entitled
  676:3
entity
  595:16,18
  607:10
entry
  558:20
equally
  730:20
equates
  609:22
Erica
  548:4  552:11
ESQ
  549:7,15,21
essentially
  587:23
  681:23
  684:22
  734:10,25
established
  620:5
estate
  597:25
  598:1,12,13,
  17  599:7
  602:8
estates
  598:18
estimate
  716:11
estimated
  716:12
estimates
  717:5  755:23
estimation
  716:10  717:5
estimations
  716:10  717:2
  723:2
et al
  548:4,7,12,
  14,17

Brittany Paz Volume III
June 27, 2022

everybody
  551:5 591:3
  740:4 762:2
everything's
  742:18
exact
  558:5
exactly
  561:15
  562:10
  564:21 635:2
  642:10
  759:23
exaggerate
  719:15
exaggeration
  719:16
EXAMINATION
  554:6 714:6
  731:7 739:10
  743:21 757:5
  760:1
examine
  696:14
examined
  553:19
examples
  636:10
  745:16
  748:23
  749:22 750:5
excellent
  742:23
exception
  710:12 711:4
excess
  740:17
exchange
  733:22
  759:18
exchanged
  649:20
  706:10,11,12
excluding
  662:19
execute
  648:16

executed
  582:1 610:3
  635:6,16
  637:20,24
  643:24
  673:11 674:4
  676:17
executing
  673:17
execution
  641:9
exercised
  595:14
  730:11
exhibit
  554:15,19,23
  580:18 608:2
  617:10,12
  623:13
  660:23 677:8
  679:20
  688:19 691:2
  702:15 705:3
  737:15,16,23
  738:1 739:3,
  4
Exhibits
  599:19
exist
  601:6 743:4,
  6,7,8 746:19
  748:9,14
  757:24
existed
  709:20 760:8
existence
  568:15 600:2
exists
  574:11
  654:13
exit
  703:18
expect
  573:13 605:1
expectation
  707:7,8

expected
  590:25
expenses
  564:5
experience
  755:23
expires
  610:10
explain
  554:24 560:2
  561:10
  562:3,8
  563:1,5
  661:6 686:17
explained
  560:7
  563:12,17
explaining
  557:19 608:5
  692:19
  703:17,20
explanation
  660:7
expressly
  712:21
extent
  588:3 697:21

_____

          F

Facebook
  680:25
  701:2,5
facility
  586:18,19
  590:12
fact
  582:9 590:23
  593:10
  618:14 638:6
  641:23 655:7
  663:25 664:5
  665:17
  675:21
  676:25
  680:14
  687:17

722:12
  729:19
  735:15
  740:19
  747:14
facts
  618:15
factual
  618:17,20
failed
  553:20
failure
  646:3
fair
  594:14 664:9
  679:11 683:3
  693:25 694:6
  715:7 742:1,
  15 751:11
  756:18
Fairfield
  548:22 549:3
Falzarano
  680:6
familiar
  574:6 596:18
familiarize
  677:13
family
  736:22
  738:24
far
  562:18
  571:19
  588:10,11
  593:18
  594:18,20
  612:17
  659:18,19,20
  669:7 678:12
  687:6 688:15
  694:19 699:7
  719:9,25
  735:3 746:1
FBI
  698:5

February
  733:12
  735:15
  736:12 738:5
federal
  663:12,17
  664:1,15,23
fee
  572:16
feel
  622:1
fees
  711:22
  712:16
figure
  610:25
  622:13
  673:8,12
  691:20,22,25
  695:12
  736:1,3
  738:9
figures
  661:9,24
  712:3
file
  657:15
  737:17 738:2
  739:5
filed
  656:16,23
  657:1,5
  670:22
fill
  569:11
filled
  750:20
final
  660:17
finalized
  660:15
Finally
  688:18
finances
  592:24
financial
  555:10

559:16,20,25
591:1 593:14
606:24 634:2
635:17
636:2,3
671:16
673:4,18
741:11 742:7
financially
  552:16
find
  596:7 724:9
  736:7 739:1
  743:3 747:8,
  12
fine
  551:25 666:1
  728:23 730:8
  749:16
finish
  558:13
  560:16
  561:21,24
  587:3
finished
  572:24 573:2
firearm
  689:11
firearms
  689:22
first
  549:13
  553:16
  555:12,15
  567:3 570:15
  574:6 595:14
  600:5,6
  603:11
  607:23
  608:8,13
  622:5,13
  635:5,15
  637:13
  638:16,17,21
  639:4,7
  640:6,21,25
  641:1 645:16
  650:6 672:21

673:1,7
675:5 676:17
691:4 697:8
698:21
714:10,23
715:14,18
716:5,6
736:11
745:10
five
  598:1 614:22
flat
  572:9,16
Floor
  549:13 641:6
Flores
  675:17
flow
  616:20
  618:25
  619:1,9
  620:20
flowchart
  596:3
  613:20,21
  614:10,14
flowing
  613:24
  614:5,7
  616:9,16,19
  620:1,5
flows
  613:15
  615:21
  619:16
fly-by-the-
seat-of-your-
pants
  742:12
fly-by-the-
seat-your-
pants
  741:15
FM
  688:12
focus
  735:14

focused
  612:12
  613:23 631:1
  742:1
follow
  743:18
following
  676:16
  693:25
follows
  553:19
food
  574:18,19,24
  575:1
force
  591:22
  592:10,13
  594:4,11
foreclosed
  672:18
forgot
  736:23
fork
  594:14
form
  550:16 554:2
  578:10
  587:19 744:7
  759:16
format
  680:5,7
formation
  603:4
formed
  591:22
  592:11
  595:4,14
  596:1 597:16
  599:6 600:3
  601:10
  602:19
forms
  669:14
  750:21
formula
  707:19
  710:25 712:5

Brittany Paz Volume III
June 27, 2022

713:4
formulate
598:17 689:9
formulated
598:5
forth
609:23 655:8
663:11
forward
599:8 618:24
619:6 673:21
674:14,18
675:2,9
738:17 739:1
four
598:2
683:10,14
fraction
692:23
frame
693:10
704:21
free
549:10
555:7,9
557:10
559:11,21
560:4,20
561:7,12
563:11,22
564:16,20,22
565:2,5
566:11,23
572:4 573:25
574:3,12
575:2,5,13,
19,22,23
576:8,13,19,
23 577:2,6,
10,12,18,21
578:3 579:1,
2 580:23
581:1,15,17,
22 582:8,11,
15,18,22
583:2,9,15
584:6,14
585:4 586:1,

7,21,25
587:4,10,15,
22 588:3,11,
12 589:10
590:6,17,23
591:23
592:5,12
593:4,23
594:1,9,14
596:19
600:16
606:6,14,16,
18 607:7,8,
12,13,15,19
608:9,11
609:4 610:11
611:4,13
612:3,6,17,
19,23 613:2,
9 615:15
616:17
618:15,18,
21,22 619:7,
11,13 620:3
621:9,18,22
622:5,11,16
623:21
624:9,13,21
625:1,5,10,
14,18 626:4,
10,11,18,20
627:15,17,
20,23 628:1,
8,9,13,18,
22,25 629:5,
7,22 630:2,
8,11,20
631:4,5,7,
12,15,16,20
632:2,13
633:11,17,
21,22 634:4,
7,12,20,21
635:6,7
636:3 637:3,
5 638:6,10,
12,25
639:15,21
640:2,14,16

641:2,10,15,
20 642:1,6,
12,13,16,21,
24 643:15
644:12,15,
16,24 645:6,
23 646:6,17,
18 647:6,21
648:2 650:1,
12,16,22
651:2,5
652:3,21
653:10,14,
16,25 654:6,
9,18,23
655:6,10,18
656:2,3,10,
19 657:1,6,
11 660:8
662:22
663:24
665:7,20,22
666:5
667:10,14,
19,21,23,24
668:5,14,20,
23,24 669:7,
16,19,20,22
670:8,11,13,
21 671:2,6,
24 672:3,21
673:19
674:3,9,19
675:5,21,25
676:1,7,18
677:7 678:1,
8,21 679:11,
18 680:11,13
681:24 682:3
683:23
684:12
685:14
686:10,11,23
687:6
688:11,15
689:1,17,19
690:5,15,20
692:1,8
698:22 699:1

700:2,7,16,
20 701:12,17
702:9,11
704:16,17
705:4,7,8,9,
11,13,25
706:6,9,14,
17,19 707:3,
4,14,15
708:1,4,7,
11,16,18
709:7,8,18,
24 710:7
711:1,10,22
712:5,15
717:7 718:2
719:1 720:2
721:2,19
722:2 723:12
724:24 725:4
726:10,12,
13,21,25
727:9,15,18,
22,25 728:9
729:7,16
730:11,14
731:12,13,
20,22,25
732:4,6,10,
12,17 739:19
740:11
741:7,13,25
743:9,23,25
744:19
745:2,12,19
746:17
747:2,15,21
748:17
749:9,25
750:8,15
751:5,14,21
752:1,15
753:1,20
755:13
757:7,12,18
758:1,4,9,
16,23 759:10
760:4,9,14,
21

Brittany Paz Volume III
June 27, 2022

freeworldoutlet.com
  576:21,25
Friday
  558:25
friends
  728:21
front
  556:2 562:12
  623:11
  640:23
  677:10 684:5
  737:9 738:22
Frost
  690:17,21
Fruge
  589:24 652:5
Fruge's
  650:12
FSS
  703:1,10
fulfill
  584:9 585:5
  591:4
fulfilling
  585:22 594:4
fulfillment
  580:22 581:2
  583:23
  584:3,21
  585:9 586:13
  587:14
  591:15,18
  594:3
fulfills
  583:25
full
  631:17 637:6
  645:7
function
  585:5,6
  587:24 589:1
  685:6,7
functioning
  741:19
fund
  603:6

653:12,17
654:2,10
funded
  599:12,13
  601:10
future
  674:15

_____

G

gained
  667:22,23
gathered
  567:14
gave
  556:23 586:3
  660:7 669:10
  703:12
  745:16
general
  560:6 564:1,
  10 620:9
  655:20
  666:14 667:1
  668:5,10,13
  672:2,8,22
  673:2 702:4
  707:3
  708:15,18
  727:13
  731:22 747:5
generally
  583:25
  717:15
generate
  606:2
generated
  612:13
  642:25 643:1
  692:16
  693:15,17
  696:22
  708:17
generating
  606:3,4,5
  615:3

Genesis
  549:17
  551:14 714:8
  723:3,6,9,13
  724:14,20,23
  725:4,12,18,
  20 726:1,8,
  20,21 727:1,
  9,15,17
  728:6 729:8,
  17 730:2,21,
  22 731:2
  740:10,11
  757:19,25
  758:24
  759:10
gentleman
  559:4
gentlemen
  682:8
getting
  579:13
  628:13
  631:11
  683:4,7
  700:16
  733:22
  734:13
give
  556:9 558:24
  561:1 595:5,
  13 618:13
  622:7 649:9,
  23 696:9
  721:1 728:4
  743:24
  744:17
  745:3,10,19
  748:21
  749:8,15
  750:14
  751:7,20
  753:19
given
  564:23 579:1
  599:24
  620:23
  627:17,18

705:5,10,21
708:20 720:4
748:4,23
749:17,21,22
751:5 762:5
Givesendgo
  653:6
giving
  572:20
gleaned
  668:4 686:20
gleaning
  684:15,17
global
  695:1
goes
  585:22
  593:19 600:5
  678:12
  683:16
  732:22
going
  551:1 555:2
  559:17
  560:1,2
  561:23 574:5
  579:6 581:5,
  9 587:18
  593:23
  594:19
  596:7,22
  599:8 612:24
  613:3 618:24
  620:11
  628:14
  638:21
  639:16
  640:25 649:7
  650:6 658:10
  673:12,21
  675:9 680:18
  682:5,7
  698:14
  713:10,18
  714:3 730:24
  734:14 740:3
  745:14
  749:14,15

761:22,23,24

good
554:7,8
649:3 650:15
710:14
726:19
741:10
742:14,24
743:1

goodness
714:4

goods
646:4

Google
695:7,9,22
696:2 697:12
703:20,22
704:8 721:11

governing
732:11
753:1,15

grab
733:9 735:20
738:5

grabs
733:6

graces
650:15

grade
671:18

graduation
715:6,11

great
558:23
562:7,16
715:12
759:15

growing
741:14

guess
579:12
596:16
625:16
629:11
672:25 675:4
701:1 719:10
730:7 744:23

756:18

_____

H

_____

half
589:6 652:9
682:9,17
683:9 737:2

hand
556:3

handed
554:14

handle
584:21,23
585:24
586:23
587:23

handled
579:1,11
642:2 690:20

handles
577:25
578:24
583:21
584:3,11
628:6

handling
579:3,7
581:2

handwriting
703:4

handwritten
555:23
569:18
690:25

hang
599:15,25
600:10
608:18
618:11
625:25
627:1,22
629:24
636:24
661:21 706:7
709:5

Hanson
685:4

happen
759:19

happened
558:6 592:25
593:21 634:6

happening
558:7 611:11
638:23
640:10
706:24,25

hard
614:12
696:10
723:23

Hartford
549:19

Haven
549:13

he'll
742:9,10

head
629:9 636:13
653:2 690:10

headed
555:13

header
556:19

HEALTH
549:11

hear
612:16

heard
687:10

hears
697:6

held
548:2 552:5
597:2,18
601:15,23

help
594:23,25
597:14 617:2
664:6 703:15

helpful
580:16

624:20

helps
585:20

Henry
689:10,13,18
690:8

hereto
550:4,10,15,
20

Hey
627:25
736:20

hierarchical
634:3 741:13

hierarchy
740:1 747:6

hired
592:2 750:20

hires
760:23

hiring
760:13

historically
742:6

hold
595:22
598:20
673:23
737:14

holdings
574:7 596:24
597:2,7,17
641:4,13

home
648:7,9
697:8,11

homicides
698:6

honest
576:15 603:7
605:17 726:8
728:3

honestly
555:25 636:1
662:2 708:14

honesty
573:16

Brittany Paz Volume III
June 27, 2022

Hook
  677:18,23
  692:1,9,10
  694:25
  695:4,11
  696:20,24
  697:6,19
  698:10
  699:3,18,21
  700:3,12,19,
  22  701:13
  702:7,10
hoping
  689:18
hosts
  575:16
hour
  565:22 652:9
  737:2
hours
  588:19 650:8
  683:14
  698:13
house
  584:8
housed
  588:11,12
houses
  574:12
  583:24
housing
  625:22
huge
  683:18
hundred
  650:4
hundreds
  697:13

———————

          I
———————

icon
  688:10
idea
  603:1 693:10
  704:25
  716:24

  725:15,23
ideas
  736:25
identificatio
n
  554:20
  617:11,13
  738:2 739:5
identified
  668:13
  697:20
  755:16
identify
  551:6 566:13
  608:19
  747:20
  751:11,16
  757:6,12
identities
  562:20
III
  548:3
immediately
  611:5
important
  630:17
impression
  614:15
impressions
  701:5
include
  682:21
included
  563:25
  567:12
  661:23 662:8
  663:4,18
  664:1,15
  665:13,25
  666:22 672:8
  700:12 705:6
  713:5
includes
  668:21
including
  661:13,15,16
  662:23

  665:14 682:1
income
  605:25
  606:2,3,4,5
  611:22,24
  612:12,16
  613:15,19,24
  614:5 615:3,
  5,6,10,12,
  14,16,18,20
  616:8,12,16,
  18 618:5,19
  619:1,8,10,
  12,15,20
  620:4,10,11,
  21,25 662:24
  667:17,19
  669:15,19
  670:21
  671:3,7
  690:12 694:3
  696:22 713:2
  755:12
Incorporated
  551:15 714:9
incredulous
  743:8
indeed
  686:25
independent
  581:20
  650:10 668:9
indicate
  555:13
  556:11,20
  561:15
  590:19
  591:8,9
  663:17
  691:14
indicated
  558:15
  559:15 640:1
  676:5 716:9
  718:2
indicates
  596:24
  623:24 624:4

  688:10
indicating
  672:7 692:23
indication
  721:1
indications
  671:25
indirect
  605:9
indirectly
  604:13
individual
  551:11
  560:14
  686:25
  732:18
industry
  716:25
  717:11,15,16
  722:22
  756:21
infer
  618:16
inference
  638:1
inferences
  637:23
  639:20
information
  555:17
  556:5,9,14,
  16 557:3,13
  559:14
  560:1,6,10,
  18 561:2,6
  563:5,13,22,
  25 564:1,23
  565:10
  571:20 587:8
  656:9,12
  657:10,25
  658:8,15,21,
  24 659:8
  660:4 665:12
  669:10,13,21
  670:3 679:15
  684:21

Brittany Paz Volume III
June 27, 2022

685:16
686:16,18,20
687:7 690:23
703:12
718:18,20,25
719:1,6
735:2 756:5,
10
informed
560:25 565:8
587:12
592:11
informs
678:1
Infowars
549:10,11
575:9,16
653:17
654:15 679:4
684:6,7
691:22
701:7,11,19,
21 704:8
Infowars.com
575:14,20,
22,23 576:1
578:5 627:9
647:25
648:10
696:20
697:20 698:3
Infowars.com.
575:7
infowarsshop.
com
576:12,18
577:12
578:9,20
579:9 580:8
581:25
582:14 583:1
627:3 699:16
infowarsshop.
com.
581:12
infowarsstore
.com
577:12

578:8,19
579:8 580:8
581:12,25
582:13 583:1
627:3 699:16
initial
568:13
initially
581:6 708:11
initiated
606:16
initiation
594:2 606:15
611:22
inquire
731:14
inquiry
715:17
instructed
657:21,24
660:3
instrument
557:10 603:1
605:12
647:7,10
integrated
720:14
intend
736:16
intended
735:3
intention
592:23
inter
580:18
interacted
715:7
interactions
741:16
intercompany
580:13 623:7
interest
590:7,9,20,
24 591:10
595:15,21
597:3,18
604:12,21

605:9 607:25
608:23
609:8,9,14,
22,23 610:14
620:24,25
632:17,20
633:14
643:13 644:1
646:10
726:15
interested
552:17
interferes
742:16
internal
584:25
585:2,14,18
671:19 681:4
731:3
internet
682:21
683:17
interpret
664:4 703:4,
6
interrupt
617:16 645:4
interview
555:14,18
556:6 557:4
interviewing
740:3
introduce
589:17,18
introduced
589:14
intuit
618:16
intuiting
747:13
invoice
573:19 625:6
626:12 631:2
675:8 708:8,
17
invoiced
573:21

625:8,9,19
633:23
673:22
674:16
invoices
619:8
625:10,14
630:22
636:15,17
674:20 675:6
676:10
707:10,14
709:24
710:2,5
invoicing
626:11
627:20
628:23 629:7
630:10
631:15 636:6
involved
565:17
583:3,10
586:9 588:2,
4 652:5
689:5 718:10
731:2 742:6
involvement
565:14
586:25 587:4
621:11,19
755:22
involves
585:10
involving
559:3 642:8
IOU
706:2
iphone
733:9
issue
662:11
695:21
700:16
715:18
issues
559:25
560:19 561:2

Brittany Paz Volume III
June 27, 2022

562:8 630:18
734:14
741:11 743:2
761:18

**item**
563:6 564:15
585:16
699:13

**itemized**
556:13

**items**
630:9 691:24
704:6

**IW**
618:2

---

**J**

**Jacqueline**
732:21

**James**
723:6

**January**
645:5,24
646:3 675:4
677:20 678:5
679:3,12

**Jay**
732:18,19,
20,21,22

**Jim**
677:16

**job**
737:7

**Joe**
552:13

**John**
677:14 679:4
685:4 718:5

**John@
infowars.com**
677:14

**joined**
551:8

**Jones**
548:7,12,17
549:10

551:15,18
552:12 553:5
554:3 555:3
563:15,16
587:17,20
595:14
597:8,18
599:3,5
603:20,22
604:2,3,13,
19,21 605:5,
8,18,24
610:2 615:9,
10,17,18
616:8 618:21
619:20
620:17,18,24
621:10,19,23
632:13,16,
19,20,24,25
633:9,11,20
635:11,12
641:9,12
642:2,13
643:6,24,25
646:17,18
647:1,6
651:1 653:11
654:14,24
655:19
656:5,22
657:7 658:8,
15 659:22
661:13,14,16
662:5 663:5,
7 664:11
665:8,22
666:25
667:9,14,24
668:14,24
669:5,15
670:12
673:16
677:17
679:7,12,17
680:2,14,21,
24 681:3,5,
12,19,23
682:7 683:3

685:10
686:1,5
687:1 690:2,
19 696:23
697:1 699:7
717:19,20
718:4 719:1
726:10,13,14
727:10,18,23
728:9,18,20
732:18
733:4,12,17,
22 734:1,19
735:1,19
739:24
740:12 742:1
743:10 756:7
757:18

**Jones'**
560:9 647:13
657:22
663:11

**Jones's**
561:5,12
562:4 565:14
570:25 571:6
595:10
597:25
598:12
603:20 615:6
653:21
655:11 659:9
660:25
663:17 666:4
669:21
670:6,17,22
671:1 683:24
689:23 690:9
742:15

**Joseph**
549:24

**JPEGS**
733:10

**Judge**
582:6

**June**
548:25 552:9
558:16,18,25

560:24
680:1,14
683:25

---

**K**

**keep**
596:22 682:5
695:20

**Kelly**
563:16
661:13,16
662:23
663:1,7
681:1,14

**KENNETH**
549:21

**kept**
761:10

**kind**
560:11 569:9
586:12
597:14
614:19
630:17
635:20
639:8,20,22
650:14
716:19
739:25
741:15 743:7
750:20
752:23

**knew**
558:7 714:12

**know**
554:15,16
556:2,8
561:8,9
562:25
564:21 565:4
570:7,14,15,
17 571:23
573:15
574:20 575:3
576:5,10,13,
18 577:5,9,
19,22,24

Brittany Paz Volume III
June 27, 2022

581:6,18,19,
23 582:9,16,
19,21 583:8,
17,18,24
584:17,18,25
585:2,13,19,
20,21 586:9,
14,22,23
589:3,18
590:4,5,13
591:11
592:14,15
593:4,5,18,
19,25
594:10,18
595:6 596:5
597:16
598:25 599:2
601:20,24
602:3,5,8,20
603:8 606:24
609:19
610:4,5,16,
24 611:6,16,
17,18,21
613:17
614:12
616:14,15
621:2,6,10,
16,22,24
622:1,18
624:2,12,17
625:3,16,24
627:4,5
628:20
630:16
631:15,22,
23,24,25
632:9,10,11
633:2,3,4,24
634:5,6,11,
17 635:25
636:1,12
638:8,20
639:2,17,18,
24 640:9,11,
18 641:19
642:4,15,19,
23 643:4,11,

19 644:19,
20,21 647:8,
11,14,15
648:21,22
649:25 650:9
651:12,22
652:6 653:1,
4,5,7,8,18
654:7,21
656:19,24
657:8,10,12,
24 665:3,11
666:21,25
667:18
669:18
670:6,8,10
671:9 673:3,
24 675:7
676:11,25
677:1,3
678:6,24
684:15 685:2
687:23 688:2
689:12
690:8,10
691:22 693:3
695:17 696:3
697:3 698:2,
12,24
699:22,23
700:1 701:23
702:1,2
704:5,23
705:1,14
706:8,22,24
707:6 708:2,
14,15 709:10
711:4,14
712:7 713:6,
7,10 714:7,
10 716:16,
18,19,24
717:10,17
719:9,13,14,
18,20,23
722:16,21
723:11,17
724:13,23
725:12,18,

20,23,25
726:4,6,8,22
727:1,4,6,7,
16,21,25
728:2,4,6,7,
14,17,19,20,
22,24,25
729:3,4,7,
10,17,23
730:2,9,10
731:9,21
732:25
733:24
734:17,22,24
735:6 736:24
737:1 741:8,
14 742:7,21,
22,23 743:3
744:4,6,23
746:5,8,9,
10,12
748:12,25
751:9 752:5,
18 753:14,16
754:6,7,22,
24 755:3,11
757:11,17,24
758:14
759:14
760:19,24
761:2
**knowing**
701:18
**knowledge**
664:7 723:3
726:16,17
740:13,14,21
**Koskoff**
548:21,22
549:3

---

**L**

**labeled**
585:17
**labels**
589:5

**lack**
740:1
741:12,23
**Ladies**
682:8
**Lafferty**
548:4 552:11
**Lamar**
641:3
**landing**
697:12,14,15
698:3
**large**
725:18
**late**
600:19 731:9
733:13
**law**
598:18,23
714:13
**lawsuit**
594:3 721:4
**Lawyers**
715:17
**leases**
584:18
586:18
**ledger**
560:6 564:1,
10 622:18,21
655:20
667:1,6
672:2,8,19,
22 673:2
705:1 707:3,
11,12
708:15,18
749:24
751:25
**ledgers**
622:17
666:15
668:5,6,10,
13 672:8
676:4 709:2,
13,19,20
710:1 727:13

Brittany Paz Volume III
June 27, 2022

left
    693:4 735:19
legal
    552:14,19
    652:23
    653:17
    654:9,11
    715:21
legers
    709:4
LEWIS
    549:18
liability
    641:3,5
    663:11,20
    672:23
license
    548:24
life
    589:15
likes
    692:15
limited
    574:7 641:3,
    4,5,13
line
    691:4 741:21
lines
    703:3
lingering
    568:11
link
    575:8,9,10,
    16,25 627:7,
    11 647:22
    648:4 692:10
    696:19
    699:6,10,12
    700:1 701:21
    702:3,6,13
    723:18 724:3
link's
    701:24
linked
    584:6 647:24
    697:9

links
    576:2 647:21
    687:23 688:2
    692:16
    693:15
Lisa@
everydaymedia
    689:8
list
    556:13
    698:13 717:4
listed
    630:5,6
    655:2 661:8,
    23 662:16
    663:1
    664:11,20,21
    665:12 667:1
    668:18
    671:16
    678:23 713:2
listen
    678:8,9
    717:8
listener
    678:3,15
    679:14
listeners
    682:13,17
    683:5,8
    686:12,14
    687:1 688:12
    690:3 725:22
listening
    678:10
listing
    596:22
lists
    695:11
literally
    685:22
litigation
    548:2 622:16
    649:21
    654:12
    708:25
    720:12 743:3

little
    562:17
    568:18
    593:17
    596:22
    603:25
    628:10,11
    652:11
    680:18 682:5
    689:25
    736:25
    742:13
live
    682:21
    683:17
LLC
    549:10,11,
    12,18 574:7
    597:2 641:2,
    5,13 643:20
located
    552:14
logged
    720:11
long
    565:21 569:5
    573:3 592:20
    597:22 704:6
    740:8
longer
    586:10
    713:18
look
    558:19
    566:13
    578:25 581:7
    582:4 600:4
    613:16
    614:10,13,14
    653:19
    663:23
    678:14
    687:15
    688:21
    691:13
    697:11
    702:24
    703:21 705:4

    708:14
    715:20
    732:15
    738:16 742:9
looked
    599:19 658:3
    710:3
looking
    580:12
    581:7,19
    614:12
    618:20 619:3
    623:7
    629:12,15
    630:13
    639:14
    644:11 690:1
    693:3,12
    699:14 705:3
    712:12
    717:12
    726:18
    738:25
looks
    555:12
    608:13
    678:12 681:2
    682:15,23
    684:24
    686:20
    689:5,9,11,
    13 735:22
lose
    713:23
loss
    676:5,6,7
lot
    561:24
    634:2,4
    635:16
    650:14 673:4
    697:2 714:11
    719:24
    725:19 735:9
    741:11
    742:22,23
    743:2

Brittany Paz Volume III
June 27, 2022

low
  742:10
lunch
  588:20,22
  589:8 649:8
  651:13 652:8
  733:13,18,23
  734:13
  738:16,25
Lydia
  708:3

                    M

made
  564:5 576:3
  585:23
  593:15
  606:23 607:3
  611:17,18
  612:2 619:15
  620:2 631:20
  633:22
  635:7,21
  636:7 638:2
  641:1 645:13
  651:23
  653:25
  663:19
  672:17
  674:11
  675:12 677:2
  678:25
  694:24
  727:14,15
  748:17 750:1
  753:9,16
  754:18
mail
  589:3 734:10
maintain
  591:23
  594:10
maintained
  594:3
majority
  632:20,22,25
  731:23

make
  551:4 558:9
  561:2
  564:17,25
  578:11
  580:10
  593:15
  606:23,25
  607:9 609:13
  614:14
  617:19
  618:14
  621:17
  635:21 636:7
  637:5 660:16
  664:22
  675:3,6,8
  676:15 696:1
  700:17
  731:15
  734:16,19
  735:2 742:17
  749:4
  752:22,24
  758:13
makes
  566:11 596:4
  688:8 717:2
making
  611:4 612:5,
  19,23 613:2,
  10 616:17
  637:21 638:1
  644:16 672:9
  673:21
  674:15
  675:11
  676:20
  723:10
  730:24
  752:3,5,15
man
  589:14
manage
  591:15
  592:1,13
management
  731:19 732:6

manager
  589:2 643:9,
  12
managing
  587:5 641:20
manufacturer
  689:10
March
  554:11,12
  555:14
  571:10,11,12
Mario
  549:21
  551:13 553:8
  713:12,21
  714:7 739:8
  746:20
Mark
  555:8 557:16
  559:4 560:13
  562:22
  752:11,12,14
marked
  554:15,20
  617:7,11,13
  738:2 739:5
market
  703:11
marketing
  555:6,16
  556:4 562:21
  563:11
  651:17 689:6
  694:20
  702:25 705:6
  719:25
  720:6,10,14
  744:4,6
  746:6 749:23
  751:18
marks
  691:7
material
  699:18,21,25
  701:19
  734:24 743:4
materials

  589:17
math
  604:23,24,25
  644:3
Mattei
  549:7 551:7,
  22 552:24
  553:22
  554:6,22
  566:2
  567:10,16
  596:11,13
  614:24
  615:2,24
  616:6 617:3,
  9,14,23,25
  618:1
  623:13,16
  624:7,8
  646:22
  649:5,11
  652:8,20
  684:3,4
  687:11,12
  688:18,20
  690:24 691:1
  695:16,19,25
  702:20
  710:16,22
  712:8,13,19
  713:9,15,20
  714:1 716:21
  719:4,11
  720:17
  721:5,21
  722:4,18,23
  723:4,20
  724:10,16,
  19,21 726:2
  727:11
  731:6,7
  732:23 733:2
  735:23
  737:22
  738:3,20
  739:3,6,17,
  21 740:24
  741:5 742:3,

19 743:19,21
746:15,20,
23,24 748:20
749:7 751:1
753:18
755:2,8
756:4 757:2,
20 758:10,18
759:12,21
760:1 761:4,
9,22 762:1
**matter**
552:11 700:8
713:23
759:19
761:16
**MATTIE**
737:20
**maximize**
700:8
**mblumenthal@
koskoff.com**
549:6
**mcerame@
brignole.com**
549:20
**mean**
562:22 579:6
584:20,25
585:13,14
588:12
590:9,10,14
592:3
593:13,14
594:1
598:13,14,
15,17 602:7
609:24
611:24 612:2
613:21
620:2,4
621:2,3
624:11
629:15 632:9
633:25
635:19 636:5
637:19
642:18 643:1

650:24
651:1,8,20
655:20
660:12,21
663:12
666:1,10
667:2 672:5,
24 673:20
675:7,13
676:21
684:18
695:10 697:2
700:5 704:19
705:14
706:5,8
709:16 721:7
724:3,9
728:10
730:13 735:7
748:9 751:3
756:12,15
**meaning**
634:24,25
645:5 734:19
**means**
605:22 640:9
664:2
**meant**
553:23
609:17
**measuring**
756:22
**media**
700:4,9,22
701:12,19
718:13
**meet**
589:16
733:24
734:13
735:16
**meeting**
560:24
565:21
568:2,4
671:12 737:1
**Megyn**
680:25

681:14
**Melinda**
675:16,17
**member**
641:20
701:11
715:16
**memo**
734:1,4
735:19
757:18,22,23
**men**
748:8
**mentioned**
635:13 674:2
719:19
**Merchandise**
574:21
**message**
732:18 733:5
735:20
**messages**
732:15,24
733:3 735:15
**met**
572:7 590:2
671:4 694:14
735:9
**meta**
688:5
**method**
706:20
716:20
**methodology**
716:16
717:11,12
**methods**
721:11
**Michael**
680:24
**Midas**
728:15
**middle**
703:24
**million**
600:7
608:14,22

609:5 610:13
622:12
634:13
636:16,19,
20,23 638:22
639:12 642:8
644:8
645:20,25
653:24
654:19 662:8
663:1,3,4,5,
7 664:12,17,
20,23
666:11,17
676:24
678:3,17
679:14
681:6,7,8,9,
16,20,24
682:13,16
683:4,7,13,
19,20 684:1
686:12,14,25
688:12 690:3
691:15
692:23,25
693:9 716:13
**mind**
587:25 715:1
732:24
**mindful**
618:14
**Minimally**
726:24
**minus**
630:24 665:1
**minute**
588:10
677:12 684:9
685:11 750:6
**minutes**
569:6 652:10
714:4
**mislead**
593:5
**misstate**
614:13

mm-hm
  580:2 613:12
  626:15
  629:17 632:7
  637:2 648:8
  675:15 691:3
  751:19 759:2
moment
  575:4 662:15
  669:9 726:21
Monday
  548:25 552:9
  568:7
money
  579:23
  580:1,3
  581:1,5
  613:13,14
  619:25
  627:14 630:1
  632:15
  633:23
  634:22
  639:15
  653:14,16
  672:2,9
  673:12
  675:21
  676:1,3,9
  691:25
  694:24
  705:7,8
  706:10,11,12
  707:4,11
  712:2 742:10
  752:24
monies
  644:12
  662:23
  759:18
month
  677:23
  704:17,22,
  23,24
monthly
  609:13,15,17
  629:4 703:10
  704:22

706:25
morning
  554:7,8
mother
  603:20
motions
  715:20
motivated
  607:15
Move
  749:5
moved
  555:3
moving
  619:5
  674:14,18
  675:2 677:4
multiple
  691:10
mutual
  715:13

—————————

N

name
  552:13 565:5
  576:5 585:20
  586:15
  589:15,19
  647:20
  648:22 691:5
  714:7
named
  559:4 732:18
names
  589:18
narrow
  654:8 678:11
  697:4
nationwide
  678:2 679:13
nature
  636:2 651:6
necessarily
  712:23
  753:13

need
  572:22 595:5
  660:15
  665:16
  695:19
  735:23
  741:18 742:9
  744:13 746:2
needed
  555:4 572:14
  606:22
  721:9,15
  743:15
needs
  684:10
negative
  676:16
  748:4,6,7
negotiate
  573:13 638:7
negotiated
  647:6
negotiation
  642:22
  647:10
negotiations
  639:22
  640:15
  642:2,14,17
neighs
  654:20
net
  580:22
Network
  549:17
  551:14 714:8
  723:3,13
  724:14,24
  725:5,13,21
  726:1 727:18
  729:8,18
  730:3,21
  740:11,12
  757:19
  758:1,24
  759:10
Nevada

641:5
never
  593:24
  597:11
  635:11
  706:12
  715:21
  720:9,14
  741:18
news
  682:10
newsletter
  721:12
Newtown
  698:6
night
  736:22
non-
disclosure
  760:12,22
nonetheless
  722:11
noon
  737:9 738:22
Norm
  714:12
  737:1,5,8
  738:21
Norm's
  617:19
normal
  743:5
Notary
  548:24
  553:17
notation
  555:14
note
  566:4,15
  599:13,22
  600:5,6,7,8
  601:20
  602:11,12,13
  603:8
  607:21,22,
  23,24 608:13
  609:5,14,23

Brittany Paz Volume III
June 27, 2022

610:3,7,8,
12,17 611:5
612:25
622:13
635:5,15
636:22,23
637:13,16,20
638:16,17,21
639:5,7,11
640:6,21
641:1,8
644:5,7,17,
22,23,25
645:6,16,21
647:4 674:2,
22,23,24
676:15,17
690:25
693:12 696:1
702:25 756:3
761:24

notes
554:13,21,25
555:10,20,
22,23 556:10
557:3,7,8,20
565:23
566:10
568:10,15,
20,21,23,25
569:2,9,10,
13,15,18
570:10
599:16,24
600:2,22,24,
25 601:5
606:6 607:18
608:3,6
610:20,21
616:18
618:23 619:5
634:23,24
635:2,9
637:1,8,9,
12,24 640:20
672:6
673:11,17,20
674:5 676:21
690:25 691:8

694:11,13
696:1,4
704:19 714:5
726:18
731:10
732:9,13
747:11

notice
548:21
550:11 555:2
561:15 562:9
585:11
653:19,21
659:21
671:17
678:23 720:4

noticed
559:23 560:3
634:1 672:25
751:25

notwithstandi
ng
722:11
740:19

November
566:15
599:22
606:10,11
607:14
611:15,23
612:18 614:1
615:5 616:13
644:23,25
645:6
646:10,14
674:10
676:20 677:1
689:1 690:6
731:12

npattis@
pattisandsmit
h.com
549:14

number
604:17
607:20
609:20 610:2
623:13 651:3

662:9 664:16
666:25 667:6
672:8,12,15,
19,20 680:9
696:18 705:3
716:17,20
717:14,15
718:13,16,
19,21 719:9
723:25
724:1,4
737:24
759:15

numbered
565:25

numbers
561:15
604:22
619:25
644:14
655:16,17,
23,24 656:14
657:15
658:4,24
660:14,17
665:25
666:21 667:5
672:6 709:12
719:7,13,16,
17 724:8,12

numerous
724:1

nutritional
574:15

_____

O

oath
553:1 582:12
657:12
665:16,20
745:20 749:9

object
578:10

objection
716:21
719:4,11
720:17

721:5,21
722:4,18,23
723:4,20
724:10,16
726:2 727:11
739:17,21
740:24 741:5
742:3,19
744:20
745:5,14,15,
22 746:14
747:17,23
748:1,10,19
749:5,11,19
750:10,25
753:11,17
754:4,10
755:7 756:1,
8,13 757:1,
20 758:10,18
759:12,21
760:5,15,25

objections
550:11,16
554:1

obligations
608:11

observed
554:13
588:24

observing
551:10

obtain
557:13

obtained
555:17
556:5,14
557:3 735:2

obviously
574:6 593:14
595:8 636:13
642:7 653:10
655:18
660:13 700:7
709:16 750:4

occur
578:19,22

Brittany Paz Volume III
June 27, 2022

occurred
  642:17
  706:20,22
  709:9
occurring
  578:8 706:23
odd
  614:8
offer
  692:12
offered
  715:21
offers
  711:11,12
office
  617:5,17,19
offices
  548:21
official
  550:5 643:20
oftentimes
  642:9
okay
  558:2 559:2,
  13,19 560:17
  561:25 562:7
  563:9 564:14
  565:20 568:3
  569:7,19
  570:3
  571:13,18
  572:10,25
  573:9 575:18
  576:7,11
  577:20
  578:1,15
  579:19
  580:15
  581:10,21
  583:19
  584:1,12,19
  585:3 586:6,
  16,24 589:9
  590:3,21
  591:13,20
  592:16
  594:12,22
  595:7 596:1,

19 598:22
599:2 601:1,
17,21 602:22
603:10 605:1
607:6 610:9
611:7 617:3,
9 619:23
620:14 623:2
624:19
627:13
629:18,19
630:14 631:9
633:20
637:25
641:18,22
643:5,14,22
644:22
648:12 649:2
651:18 652:9
655:5,13
656:25
657:20
660:22
662:1,4,16,
17 668:8
673:25
677:12 679:2
680:3,8
684:11
686:20
688:1,8,24
691:17
692:18
694:10,17
695:15
701:3,14,16
702:17,21
704:1
705:22,23
708:6,22
711:8,16
712:10,25
714:25
715:10,12
717:24 719:8
722:10,15
723:8 724:6
725:9,24
729:6,13

730:1,6
731:18
733:16
734:7,18
736:10,15
737:21
738:18 739:6
740:7 741:19
743:14
744:25
746:12,13
750:7 751:17
752:9 757:16
758:7,22
759:24
760:21 761:3
on-boarding
  744:9
once
  581:25
  585:23
  681:18
  708:17 742:8
one
  551:23
  556:13
  557:17
  558:24
  560:3,8
  561:4 562:19
  563:4,18
  567:15
  570:23
  571:10,25
  594:13
  595:8,13
  599:16
  600:10
  601:14
  602:1,17,21
  608:8 613:25
  614:2 618:7
  621:7 625:25
  626:12
  628:23,25
  630:4,17
  632:24 633:5
  636:5,6,9,14

639:11 649:9
667:10
670:20
674:2,3,7
678:22 679:7
683:20
685:17,18,
19,24 686:21
687:14,18,
20,22,24
695:3 703:22
704:2 711:18
716:14
717:25
718:2,4
723:2,25
729:2,11
731:11,21
735:6
736:11,12,16
737:11 738:4
739:11
745:10
749:8,15,16
750:4,14
751:7,20
752:3
ones
  561:11
  562:10
  602:24
  636:13
  695:23
  725:16
ongoing
  740:15
online
  647:16 678:9
  681:21 717:7
open
  695:21
  733:24
  761:10
open-ended
  651:20
operate
  726:5,6

Brittany Paz Volume III
June 27, 2022

operates
  726:1
operating
  690:20
operation
  587:5 588:13
  619:6
operational
  621:1
operations
  585:14
  621:4,11,14,
  20
opinion
  720:15
  721:19
  722:3,7,12
opinions
  721:25
opposed
  587:15
oral
  742:18
Orange
  549:13
order
  551:23
  583:24
  585:23
  586:19 589:4
  591:23
  605:19
orders
  551:21
  583:25
  584:9,21
ordinary
  619:16
Org
  618:2
organization
  740:1
organizational
  643:19
  647:15

Orient
  597:15
origin
  695:8 723:1
original
  650:7,20
originally
  563:24
originated
  691:22
  696:19
outcome
  552:17
outlined
  609:16
  663:13
outlines
  608:14
outside
  586:7 655:4
  663:14
  678:18
  693:19
  730:14 735:8
owe
  609:5 623:22
  626:4,14
owed
  600:16
  607:16
  615:15 622:4
  630:2 631:6
  632:15 633:6
  634:22 635:8
  637:6 644:12
  671:24
  672:2,9,22
  676:1,9
  706:6,18
  707:4,11,12
owes
  581:1 639:15
  673:13
  675:22
  705:7,8
owned
  575:2 582:19

595:21
597:7,17
601:14,22
602:16
603:19,20,
22,23 604:2,
19 613:8
614:16
616:18
618:21 619:2
620:17
632:16,19,24
633:9 644:1
648:19
726:13
owner
  633:1,11,15
  642:5
ownership
  590:12,20,24
  594:21 597:3
  598:3 603:13
  604:14
  605:5,9,13,
  23 612:13
  615:21
  619:17
  643:13,18
  726:15
owning
  728:5
owns
  575:22,23
  576:9,10,14,
  19 577:11
  582:21
  584:15,17
  586:18 590:5
  601:24
  602:3,5
  607:12
  627:5,8
  632:9,13
  648:2,20
  726:10,14

_____

P

p.m.
  652:16,17
  710:18,19
  736:13 762:7
package
  584:8
packaging
  585:17
  589:3,6,16
  628:7
pad
  690:25
page
  641:9 646:23
  648:7,8,9
  680:17,18,25
  687:20
  691:14
  695:1,2,4,9
  697:8,11,12,
  13,14,15
  698:3
  702:15,24
  703:18,24
  704:9 733:4
pager
  687:14
pagers
  687:18
pages
  687:22,25
  695:14 696:3
  697:13
paid
  560:4,5
  563:10
  572:4,13
  573:17,18
  606:23 607:1
  612:12
  613:14
  615:6,9,14
  619:5 625:4
  632:5,6

Brittany Paz Volume III
June 27, 2022

634:9,10
636:6 655:19
656:5,19
657:7,22
659:22
661:13
662:6,21,23,
25 663:13
664:2,25
665:7
667:20,21,24
673:22
674:16,19
707:5 710:11

paper
625:6

paperwork
643:19

Pappert
689:1,7
690:2

paragraph
640:25
646:12
681:19

paragraphs
555:15

part
557:2 595:10
597:25
598:12
601:25
603:19 613:6
624:17
632:1,18,19
633:10 662:8
730:3 742:18

Participants
552:3

participate
559:7

participated
715:3

particular
644:5,7,24
647:10
664:16 666:7
686:21

691:13
695:21
696:18,25
697:4,22
705:20 710:3
712:5 715:14
717:12 728:9
735:14
739:23,25
740:5 752:4

parties
550:4,10,15,
20 552:16
553:25
562:21
563:10 642:9
651:15 746:7
747:6

party
641:12
746:17
747:22

passes
605:24

past
728:8 744:11
749:22
750:17,19
751:5

Pattis
549:12
559:4,15
565:10
573:25
714:12
733:6,10,20

pay
580:24 581:2
590:10,11
591:5 606:17
607:15 609:8
610:13
626:18
627:15
628:1,19
632:25
634:21 635:7
645:7 646:3

651:15 652:1
663:19
664:23
670:11
671:18 675:9
706:14 707:7
712:1 743:11

payee
580:1

paying
587:5 590:24
606:19 613:1
618:22,24
619:8 624:14
625:2 628:18
631:5,17,21
632:10
633:5,17
674:2
675:21,25
704:16
743:11
752:1,23

payment
607:9 609:22
610:17
619:15 620:1
637:5,6
646:16
675:6,14

payments
566:11
580:20
593:17
606:8,13,15
607:14
609:13,16,19
611:4,9,14,
16,23 612:2,
5,6,9,20,21,
23 613:2,3,
10 614:1,6
615:4
616:13,17
618:6,25
620:2 635:3
644:17
651:23

661:16
663:7,17,19
672:17
673:20
674:5,10,15
675:12
676:19,21,25
677:2 705:14
706:1,16
727:8,9,14
749:24 750:1
752:3,6,16
753:1,9,16
755:9,13,17,
20

pays
579:23 581:6
586:18
590:18 606:6
628:8,13
670:13
703:10

Paz
548:20
551:19 552:8
554:7,24
561:21
562:12
566:3,14
581:4 596:15
616:7 618:4
623:18 639:8
640:23 649:9
652:21
656:11
665:16
677:5,6,10
679:22
684:5,10
687:13
688:21 691:2
695:20
703:15
710:23
712:13 714:7
717:10 731:8
733:5 736:12
738:12

Brittany Paz Volume III
June 27, 2022

743:22
744:13
747:13
754:21
760:12 762:5
**Paz's**
690:25
**PC**
548:22 549:3
**peer**
658:21
**pending**
576:17
761:10
**people**
555:5 556:11
575:11 583:7
589:3,7,16
592:2,21
594:8 634:4
650:14 652:9
678:15,17
683:19,21
684:1,23,25
685:22 686:6
697:14,21,23
698:14
700:3,21
702:10 704:5
713:1 717:5
724:4 740:3
742:7,24
743:7 744:3,
5 750:20
**percent**
595:20
597:3,8,17,
18 603:19,21
604:2,3,9,
11,12,13,18,
19,20,22
605:9 609:10
611:1 613:8
614:16,17
616:18,19
619:1,2,17
620:16,18,23
633:11,15

642:5 644:2
646:11 650:4
665:1 685:2
704:20 742:5
**percentage**
608:23
632:22
**Perfect**
715:12 716:3
**period**
564:13
577:16 578:9
579:8 580:9
581:13
582:1,14,20
583:2,10,14
610:6 612:4
618:24
635:14
637:25
659:23
666:11
667:15
674:22
679:10 685:8
693:2 696:23
697:22
705:18,19
706:23,25
712:4,7
751:24
752:4,5
**periods**
655:12,13
**person**
559:16 565:5
588:25
689:11,14
691:23 697:5
699:17,23
701:18
703:19
723:25
735:6,9
741:11,15,18
742:14
751:16

**personal**
605:5 656:17
670:6,15,22
728:17
734:14
**personality**
741:9
**personally**
604:3,13
642:3 647:6
**personally--**
656:8
**pertained**
563:5 644:7
**pertains**
556:17
**petition**
565:14
**phone**
555:19,20
557:18
568:1,5,8,12
681:5 733:19
734:5 735:8
736:4
**piece**
585:9 631:2
646:11
739:11
**place**
557:22
558:11
601:19
674:19
**places**
575:20
719:18
**plaintiff**
548:10
552:25
**plaintiff's**
554:19
617:10,12
738:1 739:4
**plaintiffs**
548:5,15
549:2 551:8,

10 685:10
**Planet**
549:11
575:10
**planned**
734:20
**planning**
597:25
598:1,12,13,
17 599:7
742:13
**plant**
678:10
**platform**
701:1 724:25
725:5,13
727:2,16,20,
21 728:10,11
729:4,20,21,
22
**platforms**
651:16
684:21
704:18
707:16 711:2
**play**
736:6,11,16
738:4,13,18
**played**
737:15
**playing**
737:12
**please**
552:19
558:20 574:4
596:12 609:2
644:6 646:9,
23 680:19
682:5 684:3
688:19
702:16
746:21
**PLJR**
595:19,20,21
596:19
597:2,7,17,
18 603:19

Brittany Paz Volume III
June 27, 2022

604:2,8,12,
20 605:6
613:7 614:16
616:18,19
619:1 620:23
632:17
633:15
**PLJR's**
604:12
**point**
594:13
649:3,15
652:21
698:24 700:9
702:19
707:18
733:21
743:18
754:12,18
**policies**
731:23 732:1
**poor**
742:24
**popular**
697:12,14
698:2
**portion**
570:23,24
671:2,6
**portions**
670:23
**position**
556:8,10
560:19 561:1
655:10 678:8
700:20
705:11 717:2
720:6,8
**possession**
718:18,20
732:10
**possibility**
757:23
**possible**
596:6 713:21
**possibly**
678:3

**post**
556:7 599:21
701:22 702:1
**post-2017**
556:17
**post-2018**
556:7
**posted**
682:25
723:24 724:3
**potential**
662:20 667:9
686:4 715:18
**potentially**
678:16
**power**
713:24
**PQ**
628:24
**PQPR**
557:11
559:21
564:16
566:12,24
574:3,7,24
575:4,8,10,
15,19 576:3,
8,9,16
577:13,18,25
578:3,7,24
579:1,3,12,
16 580:24,25
581:1,2,16
583:5,6,7,
11,16,21
584:3,11,15,
20,23 585:1,
5,11,23
586:12,17,22
587:9,13,14,
21,22 588:2
589:11
590:5,16
591:14,19,
21,24 592:1,
6,8,11,12,13
593:4,10,12,
24 594:5,9,

14,15,21
595:4,14,21
596:24
597:3,16
598:3 600:16
601:14,23
602:5,16
603:13,18
604:9,12,14,
15,19 605:9,
24 606:6,14,
16 607:16
609:5 612:3,
7,9,14,20,24
613:6,10,14
614:7
616:17,18,19
618:22,24,25
619:7,10,16
620:3,10,24
621:1,4,11,
13,23 622:4,
11 623:22
624:10,12,
20,21
625:10,19,21
626:4,5,7,
13,19
627:11,15,
19,24 628:3,
5,8,12,19
629:1,7,22
630:1,9,11,
22,23 631:7,
15 632:16
633:10,15,
16,17 634:8,
21 635:7
636:4 637:4
638:7,13,25
639:15
640:17
641:4,13
643:7,12,16,
17,19 644:2,
12 645:7,8,
25 646:4
647:1,13,14,
17 648:19,25

671:24
672:3,9,23
673:19
674:20
675:5,22
676:1,3
691:22 692:7
695:5 702:25
703:10
704:16
705:5,7,8,13
706:1,6,8,14
707:4,10,11,
14,15,24
708:8,20
709:8,25
710:5,7,12
711:5,12,23
712:6,17,22
731:13,20
732:4,6,12
749:25
752:1,16
753:1
755:13,15
**PQPR's**
575:17 576:2
584:24 587:9
588:4 591:11
594:3 615:22
621:19
626:11,19
629:1 645:8
646:4 647:16
708:9
**PQPR/FREE**
708:25
**practice**
700:8 749:22
**pre-2018**
556:9
**preparation**
650:6,21
696:11
**prepare**
569:23
654:21 664:6

Brittany Paz Volume III
June 27, 2022

prepared
  576:23
  577:2,6
  592:4 594:2
  611:13
  612:17
  633:21 651:6
  654:23 655:6
  659:25
  661:2,3
  663:10 665:6
  666:3,9,10,
  12,16 667:2
  668:6 669:4,
  14 711:10
  712:4 734:24
  745:20
prepares
  670:6,10
preparetoday.
com
  577:4
preparewithal
ex.com
  577:8
preparing
  742:16
present
  549:23 551:5
  553:5 561:19
  671:12
presented
  656:11
  708:22
presumably
  580:3 630:1
pretty
  596:10 646:8
  672:17 717:8
previous
  570:1 618:23
previously
  560:22 617:6
  673:5 758:24
primary
  705:2

principal
  599:9
  607:24,25
  608:14,20,22
  609:10,14,22
printed
  564:12
printing
  589:5
prior
  556:8 604:4
  605:8 607:2
  611:15,17,
  19,22 619:4
  624:24 635:5
  638:3,8,14
  639:6,23
  640:17 646:3
  676:20 704:4
  715:8
  735:11,12
  741:9
  755:22,23
  758:1 759:6
  760:4,11,17,
  19,23,24
Prison
  549:11 575:9
Pritika
  549:8 551:12
  732:24
privilege
  550:16
probably
  558:4 567:13
  573:13
  588:21 589:2
  598:1 622:7
  734:6 744:12
problem
  582:5 734:12
problems
  731:21
  741:22
proceeding
  552:4
proceedings

  634:1
proceeds
  577:17
  578:23
  579:9,11
  580:7
  581:11,14,24
process
  584:10
  586:13
  593:19
  730:17,23
  731:3 744:9
processed
  577:18
processes
  583:5 585:19
processing
  583:3 625:14
  675:13
produce
  686:21
  690:22
  695:1,9
produced
  557:9,19
  565:23 596:6
  600:13 617:6
  622:24
  624:3,5
  649:24
  651:14 655:9
  678:21
  679:25
  680:10 685:9
  687:22 688:5
  692:1 694:11
  695:10
  696:3,5
  709:11,19
  713:3
  730:16,18
  732:16 734:4
producer
  679:9
producers
  679:7

product
  574:11,13,14
  578:24,25
  579:14
  580:24
  585:11,12
  587:23 588:2
  589:4 590:17
  591:5 626:8,
  9,14,19
  627:24,25
  628:8,12,14,
  16,19 629:20
  630:4 699:7,
  19 701:20
  705:8
production
  720:11 727:5
  734:9 761:11
products
  574:15,24
  575:5,17
  576:9 577:13
  579:14 581:3
  583:22,24
  584:4,5,15,
  16 625:20,
  21,22 626:2,
  5,7,8,13,20
  627:6,12,21
  628:3,4,5,6,
  7,9 629:2
  630:23
  631:5,16
  645:8 652:1,
  2 693:18
  695:6 697:9
  700:23
  701:22
  704:2,17
Professor
  677:16
proffered
  724:8
programming
  689:19,23
  690:9

programs
  722:16 726:5
  742:2
progressively
  674:17
promissory
  566:4,15,23
  610:12 641:1
  673:11,17
  674:4,22
  731:10
  732:13
promoted
  654:14
prompted
  568:15
proof
  550:5
properly
  673:22
  674:16
proposal
  692:12
provide
  560:1 562:21
  563:22
  564:2,8
  694:2 729:22
  737:16 744:4
provided
  565:11
  567:12
  658:16,17
  661:4 667:21
  669:25
  670:12
  671:11
  695:23,24
provides
  726:21,23
  727:1
public
  548:24
  553:17
  684:23
publication
  692:8 694:4

699:3,5
  700:19
published
  680:25
  681:13
  687:19
  697:20
  701:13
pull
  560:6 561:14
  562:9,11
  565:23 608:1
  613:21
  614:20,21
  617:1 622:6,
  20,22 623:10
  672:17 677:9
  714:4
pulled
  585:16 608:8
  672:19
pulling
  585:11
  589:4,5
purchase
  574:11
  575:11,17
  591:7 626:19
  627:11
  648:16
  689:19
  691:24 697:9
  699:12
  700:23
  701:20,22
  704:6
purchased
  630:23
  697:24
  699:19 700:4
purchases
  576:3 625:21
  626:7 674:15
  695:13
purchasing
  625:21
purport
  637:25

purported
  606:19
  610:12
  611:14
  619:15
  635:14
  639:23 644:7
purportedly
  601:23
  607:16
  615:15 622:4
  637:6
purporting
  557:9 644:11
  712:15
purports
  600:15
  623:22 643:9
  663:16
purpose
  568:8
  574:10,14
  594:4 598:11
  599:5,7,8,11
  607:17
  608:10
  652:22 689:8
purposes
  654:10
  685:24
  708:24
pursuant
  548:21 553:2
  608:12
  609:14
  752:20
  753:10
purview
  592:22
put
  558:21
  598:16,19
  599:8 602:20
  635:2 656:16
  674:18
  679:20
  681:21
  685:17

704:13
  715:17 739:7
putting
  589:6 597:13
  676:10

---

Q

qualified
  756:19
Quantcast
  719:16,19,
  21,24,25
quantify
  691:21
  694:24 699:8
question
  560:16
  561:8,20,23,
  24 571:15
  576:17
  578:14
  579:13,17,18
  580:6,17
  581:5
  583:12,18
  593:3 603:13
  614:9,11
  621:7 622:1
  624:2
  631:11,14
  634:7 639:19
  640:3 643:21
  647:19
  651:21
  654:22 657:9
  658:20 666:7
  692:4,6
  693:23
  694:22 698:9
  705:17,24
  707:25 711:9
  718:15,23
  721:18 732:5
  744:14,15,
  17,24 745:7
  746:21
  748:12

749:13
751:9,10
752:7
754:16,18,
20,21 759:25
questions
 555:5
559:16,20,
23,24 560:3,
8 568:10
581:10 672:5
677:4 688:23
702:21
713:11
714:11
716:7,9
719:24 720:4
721:10
726:19
729:12 731:5
747:1 754:15
757:4 760:3
761:5,8
quick
 588:14 649:7
quicker
 561:24
quickly
 672:17
quite
 558:8 582:6

---

**R**

---

racked
 634:13
radio
 677:7 682:20
683:5,8,12
686:12,14
688:10,12
690:3
716:13,25
717:3,13,15
722:16
723:19
725:12,21,25
726:7 741:9

755:23 756:5
Raguso
 549:24
 552:13
raised
 761:19
rate
 572:9 608:23
 609:8,9,23
 610:14
 646:10
 711:5,6
 713:6
rated
 683:14
rates
 711:12
 712:22 713:5
ratings
 682:12
re-cross
 739:8
re-direct
 743:16
re-directed
 715:19
re-notice
 562:11
re-paid
 636:8
re-read
 570:20
re-swear
 551:2
reach
 684:24
 685:22
 686:2,7
 713:5 717:5
reaching
 678:16
 683:25 689:7
read
 553:24
 570:9,15
 571:22,23
 627:16

639:11
640:25
650:20 662:2
663:22
680:4,5,6
696:6 699:25
703:3,6,21
716:11
756:11,16,17
reading
 550:21
 663:23
ready
 713:12
 738:19,20
real
 634:3
reality
 657:5
realized
 700:18
realm
 591:11
realtime
 706:20
 707:3,9
 708:18 709:9
reason
 603:11
 624:15
 653:20
 683:23 684:2
 687:2,4
 690:7
 709:10,22
 718:16
 724:7,9
 734:13
 740:16,18
 753:9
reasons
 595:8 720:24
recall
 582:3,7
 590:15 595:6
 622:2
 649:19,22
 696:13

698:23
711:7,24
715:8 718:14
734:11
receivable
 708:12
receive
 567:3 572:16
 605:23,25
 617:18,20
 705:25
received
 572:6,8
 619:16
 654:19 662:8
 663:18
 665:22 675:6
 679:1 681:24
 706:2
receives
 632:2
receiving
 572:9,12
 585:10
 625:13
 676:10
recent
 565:14 571:8
 593:21
 658:4,7,14,
 21 673:6
recently
 690:1 744:11
recess
 616:2 652:16
 710:19
recollection
 558:3,10
 570:1,8
 581:20
 629:14
 649:18
record
 552:2,7
 615:25 616:5
 617:3 621:18
 652:14,19
 710:17,21

Brittany Paz Volume III
June 27, 2022

736:6  737:17
739:7  761:25
762:3
recorded
  552:4,5,7
  707:2
  708:11,19,21
recording
  672:22,24
  691:18
  736:20
  738:6,16,21
records
  584:24  591:1
recruit
  685:25  686:4
rectify
  731:22
redirect
  743:17,20
  756:2  757:3
redirected
  648:13
reduce
  741:19
  748:17
reduced
  731:23,24
  739:12,15
  740:22  741:3
  744:5,6
  750:5  757:15
reduces
  754:13
refer
  690:11
  692:24
  715:25
reference
  667:4
referenced
  746:11
references
  667:5
referencing
  601:3

referral
  715:22
referred
  562:3
  622:16,21
  647:17  672:1
  716:2  732:17
referring
  559:20
  560:13  562:2
  570:21  598:7
  599:18
  608:2,20
  616:23  618:4
  622:9,15,23
  623:1,6,17
  648:24
  660:24
  678:13
  680:24
  681:19
  693:15
refers
  557:8  693:11
reflected
  557:13
  644:10
  697:19
  705:12
reflecting
  605:13  676:9
reflects
  680:21
refresh
  570:1,8
  629:13
  649:18
regarding
  559:16  620:9
  639:22
  651:16
  657:15
  660:25
  672:12
  679:18  746:6
  747:5
regular
  612:5

613:10,14
614:6  674:5
715:25
760:13
regularly
  720:20
  721:2,3
Reiland
  549:15
  551:17,18,25
  553:4  554:3
  559:5  567:13
  578:10
  614:22
  616:25
  617:4,22
  652:10,13
  695:16,18
  712:10,18
  713:17
  732:16  734:9
  735:24
  737:18,21
  748:1
  754:10,17
  755:1  761:8
related
  552:15
  561:11
  620:12,22
  692:9  694:25
  695:11
  696:20
  697:19
  698:10
  699:3,18
  700:3,12,19,
  22  702:11
  741:7
relating
  562:4  695:3
relation
  692:8  694:3
relations
  684:14
relationship
  559:21
  564:21,22

565:2  566:11
576:24
577:3,7
591:4  592:5
593:19
630:18  652:4
664:19
673:18
689:10  727:8
728:14  729:5
732:1,11
740:12,15,
17,20
relationships
  650:23
  651:3,7,8,
  10,16,19
  728:8  729:1
relevant
  761:21
reliability
  720:16
  721:20,25
  722:1
reliable
  722:3
relied
  722:21
rely
  753:22
relying
  670:3
remaindermen
  598:16
  605:20
remember
  555:25  558:5
  586:14,15
  588:20
  589:13,15,20
  596:14
  605:16
  629:9,12
  649:16,17,22
  670:24  671:9
  672:7,14
  679:9  696:5
  698:24

705:3,7
714:21
718:6,9
**remote**
552:25
**remotely**
549:7,21
552:23
**rent**
590:16,24
591:6
**rental**
590:16
**rents**
584:17 590:6
**reorienting**
672:3
**repayment**
635:4
**repeat**
578:16
583:12
**report**
622:22
**reported**
662:23 681:3
717:13
**reporter**
551:1,4,20
552:18,21
553:20
737:23
**Reporters**
680:6
**reporting**
688:11
**reports**
672:1 682:16
746:1
**represent**
551:14
576:12 585:1
586:8,22
592:1 621:14
647:14 661:9
679:25 688:4
708:3 714:8

**representatio
n**
683:24
**representativ
e**
572:5 638:11
651:5 669:21
671:16
758:15 759:8
**representativ
es**
638:12
**represented**
641:15
642:9,14
663:1,7
668:12
**representing**
690:2 741:25
**represents**
655:11
**republished**
682:3
**request**
552:6
**require**
674:5
**required**
573:6,8
592:4 595:9
760:22
**requires**
659:21
**requiring**
675:5,8
**Research**
553:13
**reserved**
550:17
553:24
**reserving**
554:1
**resources**
587:13
728:15
**respect**
582:25

662:11,14
**respective**
550:4,10,15,
20
**responding**
603:12
**response**
640:2 679:1
730:20 747:1
760:2 761:6
**responsible**
577:22
587:13
625:13 626:5
689:15
**rest**
555:5
**restructuring**
597:24
**result**
598:25 604:8
612:13
615:15,21
630:22
653:15
654:25 693:6
694:25 699:3
700:18
**resulting**
622:12
**resume**
685:23
**retain**
711:18
**retained**
586:7 698:23
**retainer**
573:24 574:1
**retaining**
676:2
**retains**
620:23
**retargeting**
721:11
**return**
656:23
657:2,5

670:7,22,23
**returns**
670:18
671:1,6
**reveal**
761:20
**revenue**
698:9 699:2
700:18,21
702:9,12
**review**
557:5 570:25
649:13
650:21 684:9
688:22
709:16
**reviewed**
556:21
570:4,11
571:3 591:1
599:1 623:3
624:4
650:18,19
655:3,24
668:6,13
670:17 688:7
709:15
731:11
732:13
**reviewing**
569:20
649:19
**ride**
588:10,15
**right**
553:24
554:16
555:19
556:14,18
564:7,9
568:17,23
569:12
572:19
573:11,19
576:25
577:1,9
578:20,21
579:21,22,23

Brittany Paz Volume III
June 27, 2022

581:10
582:22
583:23
584:1,5,24
585:7,25
586:9 587:7
588:14,17,
20,22 589:9,
12 591:2
592:7 594:6,
17 595:24
596:2 599:3,
20,22,23
600:12,17
601:7,8,12,
15 602:5,13,
15,18
603:14,15,24
604:10
605:7,11,20,
25 606:12
608:7,25
609:11,12
610:15,21
611:16,20
612:1,8,11,
12,15 613:6,
24 614:20
615:8 616:7
617:25
618:2,23
620:6,17
621:16,21
624:22
625:12
626:9,16,23
627:15,16,
19,25 628:4,
16 629:3,12
630:1,2,6,
11,14,24
631:3,8,18,
19 632:4,6,
13 633:5,7,
8,19,24
635:19
636:22
637:11
639:16

640:12,14,
18,22 641:6,
13,25 644:3,
19 645:9,13
646:5 647:8,
25 648:2,3,
4,5,14,17,23
649:12
650:7,18
651:18,24
652:7 654:21
656:18
658:3,6
659:3,11
660:2,6,10
661:20
662:10,13
663:3,9,21,
22 664:11,
14,17,18
665:3,18,21
666:13,18
667:4,6,11,
12 668:1,17,
19,22 669:1,
12,18,23
670:5 674:3,
5,6,8,12,25
675:18,24
676:4,5,20
678:3,20
681:21
682:1,4,14,
18,23 683:1,
2,21 685:15
686:14
687:7,8,9,10
688:25
689:21,24
692:10
693:20,21
694:5,21
696:24
697:3,13
698:20
700:13,15
701:6,7,8,10
704:4 706:3,
13 708:9,10

709:2,4
711:14,20,23
712:23
713:6,24
714:13,16,20
715:1,4,15,
23 716:16
724:12
729:15
732:3,14
733:7 734:5
736:4,16
737:8
738:11,22
748:9
752:17,19
753:6
756:23,25
759:20 761:9
**right-hand**
  691:14
**ring**
  653:3
**RMR**
  548:23
**Rob**
  571:3 649:20
  650:1,3,6
**Robert**
  684:6
**Roddy**
  555:6,14,17
  556:5,14,20
  557:4
  569:10,20
  590:1 694:9,
  18,19 696:17
  697:18 698:8
  704:15 720:5
  755:10
**Roddy's**
  569:21 570:5
**Roe**
  555:8 557:18
  560:21
  562:23
  566:21,22
  567:9,19,21

569:22
587:17
591:2,18
602:2,10,16
604:24
611:11
622:25
635:20,23
638:19,24
658:9,12,14,
19 659:2
660:4 661:3
664:7 668:2,
4,12 669:10
671:4,14
673:14
691:8,11,19
692:6
693:14,19,25
694:1 698:21
705:17
707:18
709:15
710:24
711:18
712:14
731:15
**role**
  684:12 685:3
  689:4
**room**
  551:17 553:5
  554:4
**round**
  631:12
**routed**
  578:23
  580:3,7
  581:14,16,17
  582:15
**run**
  593:10
  742:11
**running**
  569:9
  600:19,21
**runs**
  575:14

Brittany Paz Volume III
June 27, 2022

635:22
694:19
741:17

---

S

sake
  697:5
salary
  661:15,22
  662:7,15,20
  667:11
  668:15,21
Salazar
  698:5
sale
  579:20 580:7
  581:11,24
  582:12
  584:15
  585:11 628:6
  695:8 699:7
sales
  577:13,17,23
  578:4,18,22,
  23,24,25
  579:10,11,14
  580:24,25
  582:1 583:22
  587:23 588:2
  626:8,9
  629:21 630:5
  647:17
  691:15,21
  692:7,11,23,
  25 693:5,7,
  8,17 694:24
  696:18,23
Sandy
  677:18,23
  691:25
  692:8,10
  694:25
  695:4,11
  696:20,24
  697:6,19
  698:10
  699:3,18,21

700:3,12,19,
22 701:13
702:7,10
738:7
sat
  570:21
  571:11
satellites
  730:4
satisfactory
  694:2
Save
  653:17
  654:15
Saveinfowars
  653:3
savvy
  736:2
saying
  556:16
  590:23
  612:16
  616:14
  626:13,16
  628:3 629:21
  638:16,18
  639:10,17
  675:23
  678:18
  681:23
  683:14
  699:5,23
  716:12 746:9
says
  556:18,19
  557:2 597:4,
  11 604:7
  638:2 639:11
  643:10
  657:17,18,19
  659:24
  666:13 678:4
  680:22
  681:15,22
  682:2,4,7,19
  683:6,9,11,
  16 690:4
  692:15

693:4,14
698:5 701:23
702:1
703:21,24
704:22
scheduled
  557:23
  558:7,8
  733:15
school
  598:18,23
  714:13
Schwartz
  555:8
  557:16,21
  558:11
  559:4,9
  560:13,24
  561:4 562:2,
  22,24 563:2,
  4,12,17,21
  564:4,19
  565:21
  566:9,18
  567:25
  568:1,14,22
  569:13,16,22
  591:3 608:3
  611:11
  622:25
  638:19
  639:13,25
  640:6 658:10
  659:4,6,8,13
  660:4 672:16
  673:15
  752:12,14
  755:10
Schwartz's
  565:13
scientific
  716:20
scientificall
y
  723:18
scope
  743:18
  745:15 756:2

Scott
  684:6
screen
  580:12
  733:5,8,9
  735:20 738:5
scroll
  562:17,19
  564:17
  608:15 609:9
  641:8 646:9,
  20,22 679:21
  684:10
  685:11
  686:19
  733:3,21
  735:18
search
  564:1,10
  695:12
second
  558:24
  570:16,24
  576:17
  580:21
  595:13,22
  598:20
  599:15,18,25
  600:10
  607:24
  618:11
  625:25
  627:1,22
  636:22,23,24
  637:16
  644:22
  648:19 649:9
  661:21
  673:23
  674:21,23,24
  706:7 709:5
  736:11
  737:11,14
  738:13
seconds
  735:21
section
  555:12

Brittany Paz Volume III
June 27, 2022

562:15
714:18
755:18
**secured**
641:12
**see**
551:11
567:17 569:1
570:23
590:14,17,
18,25 591:9
592:24
596:22,23,25
597:1 610:22
616:21 623:5
629:20 641:7
643:6 645:19
649:6,18
654:8 663:14
677:11,20
678:18
680:9,20,23
681:9 682:7
683:14
684:8,10
687:13 688:9
689:15 691:4
702:24
703:14
704:3,5
710:5 715:19
733:5,23
736:7,8,12
742:9,10
761:12
**seeing**
590:16
696:13 711:7
**segments**
570:14
**sell**
652:1
**selling**
626:6 628:1,
12
**sells**
574:13,15
575:4 584:5

626:7 628:4
**send**
580:1 627:11
711:20 734:8
737:18
**sending**
624:13,21
685:16
689:14
707:10,14
**sense**
664:23 675:3
688:8 734:22
739:13
749:23
752:22,24
753:3 759:19
**sentence**
692:14,19
**separate**
585:7,8
587:22
592:3,23
593:16
606:25
635:22
661:18
669:13 704:8
**September**
596:24
**sequence**
554:15
737:16
**series**
569:21
735:14
**serve**
671:15
**service**
562:21
563:11
726:21
727:21
**services**
555:16 556:4
563:6,20,23
564:6

670:12,14,15
726:22 727:1
759:18
**Seshadri**
549:8 551:12
554:18 566:1
617:8,24
623:15
737:25
**set**
554:13
609:23
610:17
652:22
653:5,7,8
654:9 655:8
663:11 712:6
**several**
635:13
677:17
718:23
745:16
**share**
644:2 720:15
**sheet**
685:18,19,24
686:21
705:10
**Shelton**
553:13
**shelves**
589:5
**SHERLACH**
548:9,14
**shifted**
685:7
**shipment**
585:12
**shipped**
585:18
**shipping**
585:12
**shoot**
713:19
**shooting**
677:24

**shopping**
651:24
**short**
568:12 569:5
685:23
732:21
**shorter**
646:15
**shots**
733:8
**show**
600:15
617:24
653:11
677:8,17
679:8,13
680:2,14
682:8,18
686:1,5,6,
12,14 687:1
690:2 696:7
697:2 725:1,
2 726:10,13
727:3 748:13
**showed**
585:15,16
586:12
588:25
589:14
596:14
600:19 671:1
696:18
697:18 698:8
710:3 711:18
712:14
747:14
**showing**
617:23 686:1
711:21
**shown**
670:19,22,24
671:5 696:2,
22
**shows**
613:19 680:6
697:3 724:20
725:1,12,19
729:22,23

Brittany Paz Volume III
June 27, 2022

side
  636:6 691:14
  695:4 743:1
sign
  553:25
  642:5,6,7
  643:9,16,17
  647:13 744:8
signature
  641:24
  646:22
signed
  574:1 637:12
  641:20 643:6
  674:24
signers
  641:8
significant
  673:14
signing
  550:21
signs
  641:12
  646:17,18
  647:1
similar
  647:4 688:10
similarly
  730:20
  758:23
simply
  656:10 660:4
  675:20
  705:14 751:2
single
  743:24
  744:17 745:3
  748:21
sit
  582:11 591:9
  616:11
  638:10 656:6
  698:25 711:9
  728:1 758:15
site
  575:11
  647:20,23

sits
  582:8
sitting
  622:2 629:25
situation
  593:12,14
  632:23
  739:24
situations
  593:15
size
  679:18 682:9
  716:7,25
  717:22
  718:3,13,24
  719:2
  723:14,17,
  19,24 756:6,
  24
sketch
  614:19
SMITH
  549:12
smoothly
  635:22
social
  700:3,9,22
  701:12,19
  728:21
software
  585:19
sold
  574:12,24
  575:1,7
  576:9 579:14
  626:20,24
  627:2,6
  628:17 695:6
  704:3 709:8
sole
  615:20 616:8
  619:20
  741:17
solely
  607:15
  641:23 668:2

solicited
  653:11
  654:15
soliciting
  652:22
  654:10
some-odd
  605:9
sort
  557:10
  573:24
  692:22
  718:23 732:5
sound
  727:5
sounds
  565:2 665:5
soup
  594:24
  595:20
source
  613:25 614:2
  619:11 630:4
  631:6
sources
  619:12
  667:9,13,17,
  23 668:14
  669:5,8,13,
  16,18
South
  641:3
space
  590:6,16
  591:6,7,11,
  12
speak
  555:4 559:16
  573:1 650:3
  659:6 679:17
speaking
  561:3 569:20
  656:2 658:9
  680:21
specific
  559:25
  564:11

591:17
  592:19 593:2
  595:5 624:2
  639:2
  672:11,18
  688:3 692:2,
  17 695:2
  698:11,16
  702:13 711:5
  712:22
  744:18
  745:3,11,19
  751:16
  753:20
  755:20
specifically
  559:21
  560:23 561:3
  562:1,24
  568:8 572:17
  587:20
  605:18
  613:24
  622:23
  629:14
  672:9,14
  687:23
  709:12 732:1
  741:7 746:16
  751:13
spectrum
  682:12
speculate
  618:9
speculating
  639:8
speculation
  639:20
Speech
  549:10
  555:7,9
  557:10
  559:12,22
  560:5,20
  561:7,12
  563:11,22
  564:16,20,22
  565:2,5

Brittany Paz Volume III
June 27, 2022

566:11,23
572:4 573:25
574:3,12
575:2,5,13,
19,22,23
576:8,13,19,
23 577:2,6,
10,11,12,18,
21 578:3
579:1,3
580:23
581:1,15,17,
22 582:8,11,
15,18,22
583:2,9,15
584:14 585:4
586:1,8,21,
25 587:4,10,
15,22 588:3,
11,12 589:10
590:7,18,23
591:23
592:5,12
593:4,23
594:1,9,14
596:19
600:16
606:6,14,16,
18 607:7,8,
12,15,19
608:9,11
609:4 610:11
611:4,13
612:3,4,6,
17,19,23
613:2,9
615:15
616:17
618:15,18,
21,22 619:7,
11,13 620:3
621:9,18,22
622:5,11,16
623:21
624:9,13,21
625:1,5,11,
14,19 626:4,
10,11,18,21
627:15,18,

20,23 628:1,
8,9,13,18,
22,25 629:5,
7,22 630:2,
8,11,20
631:4,5,7,
12,15,16,20
632:2,13
633:11,17,
21,22 634:4,
8,12,20,21
635:6,7
636:3 637:3,
5 638:6,10,
13 639:1,15,
21 640:2,14,
16 641:2,10,
15,21 642:1,
6,12,13,16,
21,24 643:15
644:12,15,
16,24 645:6,
23 646:7,18
647:6,22
648:2 650:2,
13,16,22
651:2,5
652:3,21
653:10,14,
16,25 654:6,
9,18,23
655:6,10,18
656:2,3,10,
20 657:1,7,
11 660:8
662:22
663:24
665:7,21,22
666:5
667:10,14,
20,21,24
668:14,20,
23,24 669:7,
16,19,20,22
670:11,13
671:2,24
672:3,21
673:19
674:4,9,19

675:5,21,25
676:2,7,19
677:7 678:1,
21 679:11,18
680:11,13
681:24 682:3
683:23
684:12
685:14
686:10,11,23
687:6
688:11,15
689:2,17,19
690:5,15,20
692:1,8
698:22 699:1
700:2,7,17,
20 701:12,17
702:9,11
704:16,17
705:5,7,8,9,
13,25 706:6,
9,14,17,19
707:3,4,14,
15 708:1,4,
7,12,16,18,
25 709:7,8,
18,24 710:7
711:1,10,22
712:5,16
718:2 719:2
720:2 721:2,
19 722:2
723:12
724:24 725:4
726:10,12,
13,21,25
727:9,15,18,
22,25 728:9
729:7,16
730:11,14
731:12,13,
20,22,25
732:4,6,10,
12,17 739:19
740:11
741:8,13,25
743:10,23,25
744:19

745:2,12,19
746:17
747:2,15,21
748:17
749:10,25
750:8,15
751:6,14,21
752:1,15
753:1,21
755:13
757:7,12,18
758:1,4,9,
16,23 759:10
760:4,9,14,
21
**Speech's**
  584:6 607:13
  668:5 670:21
  671:7 705:11
**speed**
  593:18
**spending**
  740:4
**spent**
  740:3 742:15
**spoke**
  555:6,19
  561:15 591:2
  599:2 602:9
  638:19
  679:19 694:9
  703:17
  709:11 710:2
**spoken**
  556:21
  560:21
  635:11,12
  735:6
**spreadsheet**
  560:9 564:3,
  5 574:4
  581:7,8,9,
  10,19 582:4
  600:13
  613:17,19
  622:9,10,23
  623:17,24
  629:15

Brittany Paz Volume III
June 27, 2022

630:8,15
636:20
644:11
655:3,4,8
658:16,17
660:24 661:2
662:6 663:15
667:8 668:7
669:24 670:2
705:2,9,12,
21 707:20,21
708:23,24
709:12 710:4
711:7,15,17,
21 712:6,14,
22
**spreadsheets**
557:19 560:7
561:5,6,9,
10,11,17
562:1,4,20,
25 563:4,13
578:25
600:5,19
601:2 622:6,
8 627:17
629:14
651:14
658:11
690:11,12,23
713:2
**spring**
654:1,6
**squiggly**
691:4
**staff**
584:7,20
**stake**
604:9,11
**stamp**
685:13
**standard**
722:22
**standards**
756:21
**start**
554:12
567:15 596:1

611:4,9
622:5,8
626:2 628:24
631:13
658:12
672:21 673:1
698:21
737:12
738:10,15
745:10
**started**
592:11
603:11
606:7,8
614:6 623:22
624:1 625:18
630:21
631:11
635:15
644:16 673:7
675:5 676:25
737:12
**starting**
676:15
680:20
**starts**
557:8
**State**
548:1,24
553:18
**statements**
620:22
**stations**
678:2,13,14
679:13
684:20
685:21
688:13
717:3,13,16
725:25
726:4,7
**stations'**
717:4
**status**
560:25
650:1,9,12
**staying**
628:2

**Sterling**
549:7 551:9
**stick**
701:15
**stipulate**
552:22 553:9
**STIPULATED**
550:3,9,14,
19
**stipulations**
553:21,23
**stock**
585:15
742:11
**Stockmal**
548:23
552:19
553:17
**stop**
608:25 609:2
631:21 658:6
744:13
**stopped**
625:3 650:17
732:25
**stops**
625:2
**storable**
574:18,19,23
575:1
**store**
584:7 700:4,
23 701:20,22
702:5 703:22
704:2,5
**stored**
584:16
**stores**
628:6
**story**
702:4
**strategies**
720:10,14
**streams**
682:22
683:17

**Street**
549:13,18
552:14
**strike**
578:5 653:15
670:9 686:9
725:3 740:9
749:5
**structure**
597:21 598:3
603:13
619:17 634:3
635:3 647:15
734:23 740:1
741:13,23
746:1 747:6
**structures**
727:8
**studio**
588:13
**stuff**
579:2 735:9
736:22
738:24
**subject**
761:16,17,18
**subjects**
671:16
678:23
**submission**
625:7
**submitted**
718:12
**subscribe**
631:24
**subscribing**
687:3 724:12
**Subsection**
608:21
**subsequent**
683:1
**subsequently**
699:12
**subsidiary**
622:17,18,20
**substance**
568:18 692:7

substantial
  739:15
sufficiency
  550:11
suggesting
  618:4 672:2
Suite
  553:13 641:4
sum
  729:24,25
summarize
  712:11
summarized
  571:6,16
  687:15
summary
  580:13 623:6
  684:21
  685:20,23
Sunday
  558:18
  682:8,14,24,
  25 683:4
  716:12
  736:12
SUPERIOR
  548:1
supplements
  574:16
support
  552:19
  715:22
suppose
  761:6,20
supposed
  693:5
sure
  551:4 555:1
  558:9,14
  560:17
  561:22
  562:23 563:1
  564:17,23,25
  567:22
  573:12
  574:19
  576:6,15,20

578:17
580:5,10
582:21 589:1
592:17
593:2,16,20
596:10
600:1,11
602:25
603:7,9,18
604:1 606:23
607:1 609:1,
15 611:1,3,8
614:15
616:21
617:1,19
618:14
619:12
621:17
622:19
624:15,25
626:1,3
627:7 633:25
635:21,25
636:7 640:12
644:19
647:20,23
648:12,20
649:10
650:4,10
651:20
652:6,24
655:20
656:21
658:13
660:16,19
661:25
662:3,10,11
664:22
665:1,4,18,
24 666:2,23
668:22
673:7,21
674:15
675:8,11
676:24
685:2,6,7
686:3,8
692:15,21
693:3,13

695:22
698:14
700:11
702:22 703:8
704:14,20
707:20 711:6
712:9,13
713:8 716:8
723:10
725:16,17
730:5 731:15
734:16,19
735:2 746:22
749:4 758:13
surprise
  741:1
surprising
  740:21
swear
  552:20,22
sworn
  553:7,16
synopsis
  728:4
System's
  563:23
systems
  549:11
  557:11
  559:22
  560:20 561:7
  564:20 565:2
  573:25
  575:2,13,22
  576:13,19,23
  577:2,6,10,
  11,12,18
  581:15,18
  582:8,11,15,
  18,22 586:8,
  21,25 587:4,
  10 590:7,23
  591:24
  592:6,12
  594:1,14
  596:19
  600:16
  606:16,18

607:7,9,15,
19 609:4
611:4,13
612:7,17
613:9 615:15
618:15,21
619:11
621:18,22
622:5 623:21
624:9,22
625:1,5,11,
14,19 626:4,
12,18,21
627:15,20,23
628:1,13,18
629:5,8
630:2,8
631:5,6,7,
13,16,17,21
632:2,13
633:12,17,
21,22 634:8,
20,21 635:6,
7 637:4,5
638:6,13
639:1,15,21,
22 640:14,16
641:2,10,15
642:12,13,
16,21,24
643:15
644:12,16,24
645:6 646:7,
19 648:2
650:2,13,22
651:2 652:3,
4,21 653:10,
14,16 654:1,
6,9,18,23
655:6,18
656:2,10,20
657:1,7,11
660:8 663:24
665:7,21,23
666:5
667:10,14,
20,22
668:15,20,24
669:22

Brittany Paz Volume III
June 27, 2022

670:11
671:24
672:3,21
673:19
674:4,9,19
675:5,21,25
676:2,19
677:7 678:2,
22 679:11,18
680:11,13
681:24 682:3
683:23
684:13
685:14,22
686:10,11,
23,24 687:6
688:11,15
689:2,17,19
690:5,15,20
698:22
700:2,8,17,
20 701:12,17
702:10,11
704:16,18
705:13,25
706:6,9,14,
18 707:4,14,
16 708:1,5,
25 709:8,24
710:7 711:1,
10,22 712:5,
16 718:2
719:2 720:2
721:2,19
722:2 723:12
724:24 725:4
726:11,12,
13,22 727:1,
10,15,18,22,
25 728:9
729:7,17
730:15
731:12,13,
20,25 732:4,
6,10,12
739:19
740:11
743:23,25
744:19

745:2,12,20
746:17
747:2,15,21
748:17
749:10
750:8,15
751:6,14,21
752:1,15
753:21
755:14
757:7,13,18
758:1,4,9,
16,23 759:11
760:9,14,21
Systems'
561:12 572:5
574:3 575:5,
19 576:8
577:21 578:3
581:23
583:3,9,15
584:14 585:4
586:1 587:15
588:4 589:10
608:9,11
610:11
618:18
619:13 621:9
628:22,25
630:20
634:12 640:2
642:1 644:15
645:23 656:3
668:23
669:20 671:2
692:8 699:1
706:19
708:7,16
709:7,18
732:17 753:1
760:4
Systems's
622:16 636:3
638:11 651:5
655:10 707:3
708:12,18
730:12

_____

T
_____

table
596:22
take
555:22
557:22
568:20 581:9
585:9 590:22
593:9 605:4
614:22,24,25
615:24
619:10,13
621:9 624:7
647:4 649:7
652:8 662:5
664:10 674:1
677:12 684:9
687:15
688:21
700:19 701:2
702:18 707:1
712:20
715:20
736:23
738:24
taken
548:21 550:7
552:8 558:11
568:21
653:14,16
695:5
takes
573:3
taking
589:4 737:6
talk
560:19 588:6
594:21 637:1
640:20
698:13
714:10
716:5,7
729:9 736:24
742:7
talked
571:25

573:15 678:7
696:16 698:4
751:18
talkers.com
686:21 687:3
talking
560:23
568:24
575:13
580:21
588:21
603:11
612:6,9
636:19
637:10 639:5
656:8 672:15
681:16
682:14,23,24
683:18
693:13,16
696:24 697:1
699:7 700:6
702:9 704:14
705:19
731:25 732:1
734:12
741:12
talks
608:21 697:2
tax
656:23
657:1,5
663:11,17,19
664:1,2,15,
23,24,25
665:2 670:7,
12,17 671:1,
5
taxes
656:17
662:24
663:12 671:5
technicalitie
s
550:5
technological
ly
736:2

Brittany Paz Volume III
June 27, 2022

Ted
  723:13
  727:9,22,25
  728:2,8,18,
  20  729:10
  730:10,22
Ted's
  728:14
Tel
  549:4,14,19
telephone
  569:22
  694:14
  735:17
telephonic
  569:3
tell
  562:10
  587:20  599:5
  601:14
  603:17  608:9
  613:18  614:6
  630:13
  636:18
  638:5,24
  639:24
  644:23
  651:1,11
  658:19
  659:4,8
  665:19,21
  673:16
  697:10
  699:17  702:5
  703:12
  720:20
  723:23
  726:25
  738:19  741:2
  743:7  749:18
  753:4,8
  755:11
ten
  569:6  588:10
  593:3,23
  670:25
term
  610:7,8

  646:13,15
  724:15,18,19
  740:8
terms
  607:21
  619:25
  642:18  647:7
  695:12
  719:23  720:9
  727:4,8
testified
  553:19
  571:20  572:3
  575:4  578:18
  583:21  590:5
  595:2  616:7
  626:12  632:3
  651:2  665:11
  671:25
  672:11
  678:19
  710:23
  743:22
  745:1,20
  746:25  747:3
  751:24  760:2
testify
  560:11
  573:5,10
  576:24
  577:3,7,11
  582:12
  592:5,7
  595:9,10
  611:14
  612:17
  621:13
  628:21  630:8
  637:23
  638:11
  651:6,22
  654:24
  655:2,7,23
  656:7,13
  657:6,12,15,
  19,21  658:1
  659:22,25
  662:7  663:10

  664:4  665:6,
  9,16  666:4,
  9,10,12,19
  668:20
  669:4,14
  672:10
  678:22
  711:11  712:4
  734:20  735:3
  748:4  749:9
  754:14  755:5
testifying
  561:18  587:9
  618:15  656:4
  665:20  670:3
testimony
  569:8  571:1,
  4,7,16
  572:17,21
  575:19  576:8
  577:21
  578:3,7
  581:23
  582:18
  584:14
  585:10
  589:10
  590:22  593:9
  605:4
  607:13,16
  610:11
  613:13
  618:18
  619:14  620:9
  621:9  623:20
  628:22,25
  630:20
  634:12  642:1
  644:15
  645:23  647:5
  649:19  656:3
  661:22
  662:19
  668:23
  669:11
  671:23  672:4
  676:18
  697:17  699:1

  704:4,15
  706:19
  708:7,16
  709:7,18
  712:20  747:4
  753:22
  754:12
Texas
  570:18
  572:5,21
  573:5  586:8
  595:2  596:6
  602:2  641:2,
  4,6  670:20
  671:5
  694:15,16
  696:11,12
  733:14
text
  649:20
  713:19
  732:15,18,24
  733:3,5,21
  735:15,20
texted
  733:12  734:1
texts
  649:22
thank
  551:20  559:6
  572:2
  582:17,24
  597:20  614:3
  621:7  622:14
  631:10
  640:19
  692:19  716:4
  721:16  737:5
  746:23  762:1
Thanks
  739:1
theme
  741:24
thereof
  740:1
thing
  553:9  560:12
  628:17

Brittany Paz Volume III
June 27, 2022

659:14,16
674:3,7
742:21
747:11
757:11
**things**
579:2 585:1
628:23 629:1
630:24 631:1
649:6 673:9
674:1 689:12
707:23 716:6
719:15
721:12 735:5
741:19 744:9
**think**
551:3 555:3,
8,19 556:7,9
564:18
567:9,11
569:18
570:9,19,24
572:15,22,24
573:2,8
574:1 575:24
577:24
578:11
582:3,18
587:16,19
588:9 589:19
591:17
592:14,18,19
593:13,21,22
594:6 595:19
596:2,3,17
597:24
598:5,8
601:13,24
602:1,24
604:6 605:14
607:2,11,21
613:7,19
614:19
616:24
622:8,21,24
623:9
624:16,17
636:12

637:13
638:1,3
646:8 647:19
650:3,17,20
653:18
656:13,15
664:24
665:14
666:22
671:4,18
672:7,11
679:19
687:10,13
691:20
693:16
695:10
697:9,15
698:4,11,16
699:8 704:20
707:6,7
710:11 713:9
716:2 720:25
724:5,18,19,
20 730:18
734:12,13
739:23 740:6
743:5,6,10
744:10
745:25
753:3,5
757:22
758:20
760:10
**third**
562:20
563:10
651:14
714:24 746:6
**third-party**
563:6 628:14
651:4,23,25
710:8 711:12
712:23 744:6
746:11
**thought**
555:4 558:15
626:24 627:2
713:17

714:2,3
718:8
**three**
556:13 559:8
565:15
683:13
698:13
**three-way**
734:15
**thrown**
611:25
**Tim**
589:24,25
650:12,16
652:5
**time**
550:17
551:24
552:9,10,18
554:2 555:23
556:2 564:13
577:16 580:9
582:6,20
583:10,14
588:18 589:8
596:15,17
597:2,7,9,
15,23 600:19
601:18 606:9
610:6 612:4
614:25
616:1,5
618:24
624:10
625:17
633:14
635:14
637:10,25
643:23,25
652:15,19
655:12,13
658:21
667:14 676:1
678:7 679:10
683:4,25
684:13
685:7,8
686:10,11

688:16
689:25
693:10
696:11,23
697:22 698:4
701:4 704:21
705:18,19
706:23,24
707:8 709:21
710:15,18,21
712:5,7
720:11
722:12
726:19
733:24
740:2,4
741:20,24
742:15,21
750:18
751:24
752:4,5
**timely**
674:19
675:6,12,22
**times**
635:13
677:17
718:24
719:21
720:13 724:1
755:5
**title**
643:20
**titled**
623:9 664:15
**today**
551:10
554:12 555:3
558:16
560:11
562:11 568:7
569:24 570:6
572:18,24
573:2,18
576:24
577:3,7
582:9,11
597:6 607:13

611:13
612:18
616:11
630:20
638:10
649:14
650:20,21
654:24
656:3,6
663:10
665:6,19,21
666:3
694:12,13
696:6 702:2
711:10
716:6,12
724:8,15
732:13
738:24
745:20
756:12
761:12
**today's**
552:9 762:4
**told**
564:23 565:6
587:11
590:4,6,13
591:14
592:18
601:22
602:16
605:18 622:2
623:25
659:2,16
664:7 668:2
696:17
704:15
752:25
**Tom**
689:1
**tomorrow**
734:17
736:21
**top**
629:9 636:12
644:6 648:7
653:2 690:10

702:24
708:1,4
**topic**
562:15
651:12 677:5
697:4 698:15
710:3
**topics**
677:6 697:3
698:13
**total**
604:17
610:20
661:8,10,11,
23 663:1
664:25
665:6,10,22,
25 666:4,14,
19 667:20
668:15
681:13 693:7
702:9,12
**totaling**
693:8
**totally**
594:12
**tour**
584:9 585:14
586:3
**toured**
588:7
**town**
686:19
**track**
596:2 695:7
702:1,8
**Tracy**
677:16 678:1
718:5,7,10
723:1,6,7
**traffic**
704:3
**trail**
554:2
**training**
598:23

**transacted**
577:13,17
**transacting**
577:22
**transaction**
574:4 582:13
622:11,21
641:16
642:3,8,17,
22 672:1
705:12
**transactions**
564:13,15
577:25
578:4,8,18
579:4,7
580:14
581:24
582:25
583:4,5,21
590:14,16
591:8 599:24
623:7 672:20
709:1
**transacts**
577:25
**transcribed**
555:24
**transcript**
551:21
680:1,7,14,
20 716:14
**transcription**
563:20 564:6
**transcripts**
570:5 680:5
756:16,17
**transfer**
603:2 605:13
**transferred**
605:5
**transmitter**
725:21
**trial**
550:17
573:5,11

**true**
573:10
656:22
663:23
717:17
720:25
**trust**
595:21,24
598:5,7,8,9,
11,15,17
599:6,9,12,
13,14,17
600:3,9
601:10,15,
19,22,25
602:1,3,6,
10,11 603:2,
4,6,12,15,23
605:6,7,10,
21 606:1,2
611:21
612:10,13,25
613:4,5,8,
15,18,25
614:5,8,16
615:3,11,14,
19,21,23
616:9,12,15,
16,20 618:5,
8,19 619:2,
9,18 620:1,
4,5,11,13,
20,22,25
621:25 644:1
**trust's**
602:17
605:23
**trustee**
621:25
**trusts**
598:18
**try**
589:21
601:14
613:21
645:18
673:12
691:25

Brittany Paz Volume III
June 27, 2022

721:17
753:19
**trying**
601:9 614:4,
9 649:5
673:7 689:9
691:20
692:10
729:14
738:12
**tune**
682:13
683:19 684:1
**turn**
619:2 692:4
**TV**
549:11
**twice**
570:21
**two**
555:15
556:13
557:18
564:16
565:23
566:10 567:3
568:9 570:14
571:11,12
582:25 585:8
590:15
593:17
600:22,24
606:17,25
608:6 610:20
617:5 618:7
630:19 634:2
635:17 639:3
644:14 650:8
651:2 661:11
667:9,16
668:13
669:1,6,13
670:21 671:8
673:5,11,17
688:6 702:21
703:3,22,24
714:23
716:13 724:5

731:8,10,15,
17 732:2,12
740:13,20
747:11
758:25
**type**
555:22
590:20
689:11
719:22
**typed**
555:25 556:1
**types**
651:18
684:25
**typewritten**
554:13,20
696:4

———————

**U**

**U.S.**
552:14
**Uh-huh**
640:24
**UHY**
596:11,18
**ultimately**
579:3 585:18
620:7,20
626:10,21
627:6 628:7
630:25 633:4
642:18
691:21,24
**unable**
699:2
**unaware**
667:16
760:21
**unclear**
681:16
**unconscious**
634:18
**unconsciously**
634:16

**understand**
555:15 558:9
565:1 578:13
594:12 596:4
598:25 601:9
612:21
613:5,9,25
614:4 623:20
627:24
628:10
638:18
639:17 642:8
657:20
660:11,13,14
661:9 663:16
675:19
681:12 706:5
708:21,22
720:24
744:23 746:9
758:13
**understanding**
559:9 565:13
571:20 574:9
580:16
586:17
591:21
607:17
608:10
609:21
619:19
662:18
676:14
697:17 698:1
717:18 720:1
741:3,8
**understood**
567:2 628:2,
3 660:20
712:21
734:23
**undertakes**
608:11
**unpaid**
630:22
636:15,16
**unwritten**
743:23,25

744:18,22
745:2,4,8,9,
11,21
746:10,16
747:2,16,20
748:8,16
749:9 750:9,
15,23 751:4,
6,8,14,21
752:21,25
753:7,10,14,
20 754:22
**updating**
707:11,12
**USA**
689:18 690:8
**usual**
553:21,22

———————

**V**

**Vagueness**
745:22
**valuation**
596:12,15,
19,23
**value**
706:15
**variety**
721:11
**various**
651:15
729:23
**vast**
731:23
**vendors**
651:4
**Verbatim**
583:2
**verify**
650:11 735:5
**versa**
752:2
**version**
681:7
**versus**
552:11 636:7

Brittany Paz Volume III
June 27, 2022

695:23

vice
  752:2

video
  552:7
  557:16,17
  680:24 681:6
  682:1 701:12
  702:3
  723:16,17,
  19,24 724:2,
  3 732:25

videographer
  549:24
  552:1,13
  615:25 616:4
  652:14,18
  710:17,20
  762:3

videos
  681:9,13,15,
  16,17,21,24
  716:15
  756:16

videotaped
  548:20

view
  723:25

viewed
  681:6 724:4

viewership
  719:23

views
  681:6,7,8,9,
  13,16,17,19,
  20,25 683:1
  723:25 724:2

Viktoria
  548:23
  552:18
  553:17

virtually
  571:12

virtue
  557:4 604:11

vis-a-vis
  723:17

visibility
  700:9

visit
  627:8,9

voice
  734:1,4,10
  735:19

VOLUME
  548:3

voluntarily
  561:18

_____

W

W-2
  661:15,18,22
  662:15,20
  665:10,12,24
  666:21
  667:10
  668:21

Wadsworth
  549:18

wages
  661:20

wait
  562:18
  576:17
  651:13
  703:18 750:6

waived
  550:7,12,22

want
  551:1 556:12
  558:9 561:2,
  19 564:17,25
  571:23
  580:10
  581:22
  592:25
  593:5,8,22
  594:8 595:23
  596:16
  598:20,25
  614:13,18,20
  618:9,13,14
  621:3 625:16

629:11
631:13
637:1,22
638:5,8
639:19,20
640:4,20
643:18
651:12 664:3
677:4,6,8,12
686:5,17
697:6 700:25
703:6 714:10
716:5,6
730:7 734:15
735:1 736:6
737:12,18
739:7
750:12,14
755:5

wanted
  570:7 617:21
  676:14
  685:17 721:9
  734:16,19
  736:24

warehouse
  584:8,9,16
  585:15
  586:3,18,23
  587:5 588:7
  590:4,6,8,
  10,20,25
  591:10
  742:10

watch
  627:16

WATERBURY
  548:2

waves
  678:10

way
  571:7 583:20
  638:7,11
  647:11
  648:10
  654:7,25
  656:16
  692:7,11,14

693:14,22
694:23
697:4,10,16
699:8,16
701:17
702:4,12
707:23
712:15
715:14,19
717:6 721:7,
17 724:13
750:3

website
  574:12
  575:9,11,16,
  17,25 576:2,
  4,6,13,18,
  21,25 577:4,
  5,8,9 584:6,
  7 626:21
  627:8,9,11
  647:17,18,22
  648:14,19,25
  652:22
  653:1,3
  654:15 695:5
  697:5,7
  698:15
  699:24 702:7
  703:11 704:8
  707:22

websites
  575:2,5,6
  576:9,10
  577:14,17,23
  579:3,8,21
  580:8 582:19
  583:1 627:4,
  5,7 717:4

week
  557:9,25
  558:1,4,17
  565:24
  567:7,12,19,
  21,22,23
  568:5,6
  569:3 589:7
  681:21,24

Brittany Paz Volume III
June 27, 2022

682:17
683:7,13,20
684:1 735:13
**weekday**
682:9
**weekend**
570:7,12
**weeks**
557:23,24
558:16
571:12 651:2
**went**
555:1 570:7
581:25
586:4,11
693:24 694:7
701:4 702:5
714:12 735:9
741:20
**whichever**
684:20
**who've**
594:9
**WILLIAM**
548:9,14
**wing**
705:19
**withhold**
633:22
**witness**
551:2
552:20,22
553:6,15,24
578:12 596:9
646:24
649:3,10
652:11
702:18,22
710:14
713:14
716:22
719:5,12
720:18 721:6
722:5,19,24
723:5,21
724:11,17
726:3 727:12
735:25

737:10
738:8,18
739:2,22
740:25 741:6
742:4,20
744:21
745:6,17,24
746:2,4
747:18,24
748:3,11
749:12,20
750:11
753:12
754:5,11,19
756:9,14
757:21
758:11,19
759:13,22
760:6,16
761:1
**wonder**
713:15
**word**
569:9 624:18
631:24
675:20
**words**
665:19
691:23 751:2
**work**
555:9 572:4
573:14
585:14
591:22
592:10,13
594:4,11
670:18
673:17
698:9,19,21
730:3
**worked**
594:9,13
**working**
559:11
564:20
594:9,15
732:25
743:9,10

758:25
**workings**
592:8
**works**
585:21
594:14 644:4
**worth**
636:16
**wrap**
615:1 649:6
729:14
**write**
569:4
**writing**
635:2 731:24
739:12,16
740:23
741:4,19
744:5
747:11,12
748:18 750:5
757:15
758:21
759:17
**written**
573:24 641:1
731:13,14,
16,17 732:11
742:17 746:6
747:7,14
748:13,14,15
749:2 751:3
757:6,13,24,
25 759:5
760:8,10
**wrong**
614:15
**wrote**
556:3

---

X

X06-uwy-cv18-
6046436-s
548:6

X06-uwy-cv18-
6046437-s
548:11
X06-uwy-cv18-
6046438-s
548:16

---

Y

**yeah**
558:5,20
578:13
583:13 601:4
609:18 610:1
614:24 621:5
626:22
630:16
636:18
637:15
642:20
650:18
652:11 664:1
667:4 672:5
676:23
702:20
703:18
736:5,9
737:20
760:18
**year**
606:9 607:4
611:12,18
622:11
644:21
645:11,19,21
654:1,20
655:21
656:14
657:16
660:15
663:18
664:10,12
667:7
676:12,13,16
690:1 693:13
698:6 714:24
715:9 749:25
750:4

Brittany Paz Volume III
June 27, 2022

**years**
  593:3,23
  598:1,2
  610:8,14
  611:1 625:24
  660:9 661:15
  662:12 663:6
  665:8,23
  666:5,15,20
  667:10
  670:21,24,25
  671:8,9,10
  676:4
  709:14,20
  714:23 715:4
  719:3 740:17
  759:15
**years'**
  709:13
**yellow**
  690:25
**yes/no**
  721:23
**York**
  552:15
**Youtube**
  682:25
  700:4,5
  724:2
**Yup**
  702:22 709:6

---

**Z**

**Zach**
  553:3 567:11
  596:7 712:9
**Zachary**
  549:15
  551:18 553:4
**Zapada-**
**hernandez**
  708:4
**zero**
  645:14,19
  676:14,16

**Zimmerman**
  704:11
**zone**
  552:10
**Zoom**
  551:8,12
  558:22 559:3
  568:2,4,24,
  25 569:15,21
  618:2