IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60043 |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | Chapter 11 |
| | § | |
| Debtor | § | |

**UNITED STATES TRUSTEE'S WITNESS/EXHIBIT LIST**

| | |
|---|---|
| Main Case No: 22-60043 | Name of Debtor: Free Speech Systems, LLC |
| | |
| Witnesses: | |
| | Judge: **Christopher Lopez** |
| W. Marc Schwartz | |
| Any witness called by any other party | Hearing Date: August 3, 2022 |
| | Hearing Time: 10:00 am |
| | Party's Name: United States Trustee |
| | Attorney's Name: Ha M. Nguyen |
| | Attorney's Phone: 202-590-7962 |
| | |

NATURE OF PROCEEDINGS: The Court is considering various first day motions filed in the bankruptcy case of Free Speech Systems, LLC.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Any exhibit introduced by any other party | | | | |
| 2 | Any exhibit identified or offered by any other party | | | | |
| | | | | | |

RESPECTFULLY SUBMITTED:
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

DATED: August 3, 2022

*/s/ HA M NGUYEN*
Ha Nguyen, Trial Attorney
CA Bar #305411
FED ID NO. 3623593
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: Ha.Nguyen@usdoj.gov
Cell: 202-590-7962