IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

**NOTICE OF RE-SET HEARING**
**[Related to ECF No. 15]**

PLEASE TAKE NOTICE that a hearing regarding David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker's (collectively, the Connecticut Plaintiffs) *Emergency Motion for Relief from the Automatic Stay* (the Emergency Motion) [Dkt. 15] that was originally scheduled for Friday, August 5, 2022 has been continued and will be heard on Wednesday, August 24, 2022 at 10:00 a.m. (central standard time) before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002.

PLEASE TAKE FURTHER NOTICE that this hearing will be conducted in person, by telephone, and by remote video conference. Parties wishing to participate in the hearing telephonically may do so by dialing **1-832-917-1510** and entering conference code **590153** when prompted. Parties may also participate via remote video conference by going to **https://www.gotomeet.me/JudgeLopez** and clicking the "join the meeting" button; parties may join by entering the meeting code: **JudgeLopez**.

Respectfully submitted this 4th day of August 2022.

       */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
and

Randy W. Williams
State Bar No. 21566850
rww@bymanlaw.com
**BYMAN & ASSOCIATES PLLC**
7924 Broadway, Suite 104
Pearland, Texas 77581
281-884-9262
**ATTORNEYS FOR CONNECTICUT PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Hearing has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 4th day of August 2022.

       */s/ Ryan E. Chapple*
Ryan E. Chapple