UNITED STATES BANKRUPTCY COURT            SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-60043 |
|---|---|---|---|
| Debtor | In Re: | Free Speech Systems, LLC | |

This lawyer, who is admitted to the State Bar of _____ Massachusetts _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Joseph S.U. Bodoff<br>Rubin and Rudman LLP<br>53 State Street<br>Boston, MA 02109<br>617-330-7038<br>Massachusetts: 549116 |
|---|---|

Seeks to appear as the attorney for this party:

| ADP TotalSource, Inc. | |
|---|---|
| Dated: 8/9/2022 | Signed: /s/ Joseph S.U. Bodoff |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                                        United States Bankruptcy Judge