UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: Free Speech Systems LLC | § § § | Case No. 22-60043 |
| Debtor | § § | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Stephen A. Roberts and the firm of Stephen A. Roberts, P.C. files this Notice Of Appearance And Request For Notice.

1. Stephen A. Roberts and the firm of Stephen A. Roberts, P.C. have been retained by David and Carol Jones, interested parties.

2. My mailing address and email address is:

Stephen A. Roberts
Stephen A. Roberts, PC
1400 Marshall Ln
Austin, TX 78703
sroberts@srobertslawfirm.com

3. I request that I be included on the mailing matrix and be served with notice of all matters and proceedings filed in the this bankruptcy case in accordance with applicable rules.

Respectfully Submitted:

/s/ *Stephen A. Roberts*
Stephen A. Roberts
Tx Bar Number 17019200
Stephen A. Roberts, PC
1400 Marshall Ln
Austin, TX 78703
(512) 431-7337
sroberts@srobertslawfirm.com

Counsel for David and Carol Jones

2 | P a g e

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of foregoing pleading was filed on August 10, 2022 using the CM/ECF system which will send notification on all parties requesting such notice. Additionally, within one business day thereafter, the pleadings will be served by U.S. postal service upon the parties listed on the attached matrix.

/s/ *Stephen A Roberts*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 22-60043<br>Southern District of Texas<br>Houston<br>Tue Aug  9 14:04:53 CDT 2022 | Free Speech Systems LLC<br>3019 Alvin Devane Blvd. STE 300<br>Austin, TX 78741-7417 | Texas Comptroller of Public Accounts, Revenu<br>Christopher J. Dylla<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | ADP Total Source Insurance<br>10200 Sunset Drive<br>Miami, FL 33173-3033 |
| ADP TotalSource Payroll<br>10200 Sunset Drive<br>Miami, FL 33173-3033 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197-5001 | AWIO Web Services LLC<br>6608 Truxton Ln<br>Raleigh, NC 27616-6694 |
| Addshoppers, Inc<br>222 S. Church Street , #410M<br>Charlotte, NC 28202-3213 | Airco Mechanical, LTD<br>PO Box 1598<br>Round Rock, TX 78680-1598 | Alex E. Jones<br>c/o Jordan & Ortiz, P.C.<br>Attn: Shelby Jordan<br>500 North Shoreline Blvd, STE 900<br>Corpus Christi, TX 78401-0658 |
| Alex Emeric Jones<br>c/o Jordan & Ortiz, P.C.<br>Attention: Shelby Jordan<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78401-0658 | Ally Auto<br>PO Box 9001948<br>Louisville, KY 40290-1948 | Amazon Marketplace<br>Amazon Payments, Inc.<br>410 Terry Ave N.<br>Seattle, WA 98109-5210 |
| Amazon Web Services<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Media/Reality Zone<br>PO Box 4646<br>Thousand Oaks, CA 91359-1646 |
| Andrews, Christopher<br>210 N. Beyer Stree<br>Marion, TX 78124-4014 | Atomial, LLC<br>1920 E. Riverside Drive<br>Suite A-120 #124<br>Austin, TX 78741-1350 | Balcones Recycling Inc.<br>PO Box 679912<br>Dallas, TX 75267-9916 |
| Biodec, LLC<br>901 S. Mopac Expressway, Building 4, Ste<br>Austin, TX 78746-5776 | Blott, Jacquelyn<br>200 University Boulevard<br>Suite 225 #251<br>Round Rock TX 78665-1096 | Brennan Gilmore<br>c/o Civil Rights Clinic<br>ATTN: Andrew Mendrala<br>600 New Jersey Avenue, NW<br>Washington, DC 20001-2022 |
| Campco<br>4625 W. Jefferson Blvd<br>Los Angeles, CA 90016-4006 | Carlee SotoParisi<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 | Carlos Soto<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 |
| Chelsea Green Publishing<br>85 North Main Street Ste 120<br>White River Junction, VT 05001-7135 | Christopher Sadowski<br>c/o Copycat Legal PLLC<br>3111 N. University Drive Ste. 301<br>Coral Springs, FL 33065-5058 | City of Austin<br>PO Box 2267<br>Austin, TX 78783-2267 |

| | | |
|---|---|---|
| Cloudflare, Inc<br>Dept LA 24609<br>Pasadena, CA 91185-4609 | Constant Contact, Inc.<br>1601 Trapelo Road<br>Watham, MA 02451-7357 | CustomTattoNow.com<br>16107 Kensington Dr #172<br>Sugar Land, TX 77479-4224 |
| David Icke Books Limited<br>c/o Ickonic Enterprises Limited<br>St. Helen's House King Street<br>Derby DE1 3EE<br>United Kingdom | Deese, Stetson<br>328 Greenland Blvd. #81<br>Death Valley, CA 92328-9600 | DirectTV<br>PO Box 5006<br>Carol Stream, IL 60197-5006 |
| Dona Soto<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 | EPS, LLC<br>17350 State Hwy 249, Ste 220, #4331<br>Houston, TX 77064-1132 | ERM Protect<br>800 South Douglas Road, Suite 940N<br>Coral Gables, FL 33134-3125 |
| Edgecast, Inc.<br>Dept CH 18120<br>Palatine, IL 60055-0001 | Elevated Solutions Group<br>28 Maplewood Drive<br>Cos Cob, CT 06807-2601 | Erica Lafferty<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 |
| FW Robert Broadcasting Co<br>2730 Loumor Ave<br>Metairie, LA 70001-5425 | Francine Wheeler<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 | Frost Insurance Agency<br>401 Congress Avenue, 14th Floor<br>Austin ,TX 78701-3793 |
| Gabriela Tolentino<br>5701 S Mopac Expy<br>Austin, TX 78749-1464 | Getty Images, Inc<br>PO Box 953604<br>St. Louis, MO 63195-3604 | Gracenote<br>29421 Network Place<br>Chicago, IL 60673-1294 |
| Greenair, Inc<br>23569 Center Ridge Road<br>Westlake, OH 44145-3642 | Haivision Network Video<br>Deot CH 19848<br>Palatine, IL 60055-9848 | Ian Hockley<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 |
| Impact Fire Services, LLC<br>PO Box 735063<br>Dallas, TX 75373-5063 | Independent Publishers Group<br>PO Box 2154<br>Bedford Park, IL 60499-2154 | Iron Mountain, Inc<br>PO Box 915004<br>Dallas, TX 75391-5004 |
| JCE SEO<br>6101 Broadway<br>San Antonio, TX 78209-4561 | JW JIB Productions, LLC<br>2921 Carvelle Drive<br>Riviera Beach, FL 33404-1855 | Jacqueline Barden<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 |
| Jennifer Hensel<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 | Jeremy Richman<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 | Jillian Soto<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 |

Justin Lair
1313 Lookout Ave
Klamath Falls, OR 97601-6533

KI4U.com
212 Oil Patch Lane
Gonzales, TX 78629-8028

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453


LIT Industrial
1717 McKinney Ave #1900
Dallas, TX 75202-1253

Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL 33433-3426

Leonard Pozner
c/o Kaster Lynch Farrar & Ball LLP
1117 Herkimer
Houston, TX 77008-6745


Lincoln-Remi Group, LLC
1200 Benstein Rd.
Commerce Twp., MI 48390-2200

Logo It, LLC
820 Tivy Street
Kerrville, TX 78028-3654

Lumen/Level 3 Communications
PO Box 910182
Denver, CO 80291-0182


MRJR Holdings, LLC
PO Box 27740
Las Vegas, NV 89126-7740

MVD Entertainment Group
203 Windsor Rd
Pottstown, PA 19464-3405

Magento
PO Box 204125
Dallas, TX 75320-4105


Marcel Fontaine
c/o Kaster, Lynch, Farrar & Ball LLP
1117 Herkimer
Houston, TX 77008-6745

Mark Barden
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604-6014

Microsoft Bing Ads
c/o Microsoft Online, Inc.
P.O. Box 847543
1950 N Stemmons Fwy, Ste 5010
Dallas, TX 75207-3199


Miller, Sean
PO Box 763
Wyalusing, PA 18853-0763

Music Videos Distributors
203 Windsor Rd
Pottstown, PA 19464-3405

Neil Heslin
c/o Kaster Lynch Farrar & Ball LLP
1117 Herkimer
Houston, TX 77008-6745


NetSuite Inc
Bank of America Lockbox Services
Chicago, IL 60693-0001

New Relic
188 Spear Street, Suite 1200
San Francisco, CA 94105-1752

Newegg.com
9997E. Rose Hills Road
Whittier, CA 90601


Nicole Hockley
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604-6014

One Party America, LLC
6700 Woodlands Parkway, Suite 230-309
The Woodlands, TX 77382-2575

Orkin, Inc.
5810 Trade Center Drive, Suite 300
Austin, TX 78744-1365


PQPR Holdings Limited, LLC
c/o Stephen Lemmon
1801 S. Mopac Expressway
Suite 320
Austin, TX 78746-9817

Pattison Law Firm, P.C.
501 IH-35
Austin, TX 78702-3229

Payarc
411 West Putnam Avenue, Ste 340
Greenwich, CT 06830-6291


Paymentus
18390 NE 68th St
Redmond, WA 98052-5057

Paz Law, LLC
1021 Orange Center Road
Orange, CT 06477-1216

Percision Oxygen
13807 Thermal Dr
Austin, TX 78728-7735

| | | |
|---|---|---|
| Perfect Imprints.com<br>709 Eglin Pkwy NE<br>Fort Walton Beach, FL 32547-2527 | Perkins, Wes<br>General Delivery<br>Lockhart, TX 78644-9999 | Pipe Hitters Union, LLC<br>PO Box 341194<br>Austin, TX 78734-0020 |
| Post Hill Press, LLC<br>8115 Isabella Lane, Ste. 4<br>Brentwood, TN 37027-9110 | Poulsen, Debra<br>112 Eames St.<br>Elkhorn, WI 53121-1228 | Power Reviews, Inc.<br>1 N. Dearborn Street<br>Chicago, IL 60602-4331 |
| Precision Camera<br>2438 W Anderson Ln<br>Austin, TX 78757-1149 | Private Jets, LLC<br>1250 E. Hallandale Beach Blvd, Suite 505<br>Hallandale, FL 33009-4635 | Protection 1 Alarm<br>PO Box 219044<br>Kansas City, MO 64121-9044 |
| Public Storage<br>2301 E. Ben White Blvd<br>Austin, TX 78741-7110 | Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT 06604-4988 | Randazza Legal Group, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 |
| RatsMedical.com<br>c/o Rapid Medical<br>120 N Redwood Rd<br>North Salt Lake, UT 84054-2792 | Ready Alliance Group, Inc<br>PO Box 1709<br>Sandpoint, ID 83864-0901 | Renaissance<br>PO Box 8036<br>Wisconsin Rapids, WI 54495-8036 |
| Restore America<br>PO Box 147<br>Grimsley, TN 38565-0147 | Robert Parker<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 | SLNT<br>30 N Gould St, Ste 20647<br>Sheridan, WY 82801-6317 |
| Scarlett Lewis<br>c/o Farrar & Ball, LLP<br>1117 Herkimer Street<br>Houston, TX 77008-6745 | Security Bank of Crawford<br>6688 North Lone Star Parkway<br>PO Box 90<br>Crawford, TX 76638-0090 | Simon & Schuster<br>PO Box 70660<br>Chicago, IL 60673-0660 |
| SintecMedia NYC, Inc. DBA Operative<br>PO Box 200663<br>Pittsburgh, PA 15251-2662 | Skousen, Joel<br>PO Box 565<br>Spring City, UT 84662-0565 | Skyhorse Publishing<br>307 West 36th Street, 11th Floor<br>New York, NY 10018-6592 |
| Sparkletts & Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | Spectrum Enterprise aka Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716-0074 | Stamps.com<br>1990 E Grand Ave.<br>El Segundo, CA 90245-5013 |
| Stone Edge Technologies, Inc<br>660 American Avenue, Suite 204<br>King of Prussia, PA 19406-4032 | Stratus Technologies<br>5 Mill & Main Place, Suite 500<br>Maynard, MA 01754-2660 | Studio 2426, LLC<br>1920 E. Riverside Drive, Suite A120, ï¿½<br>Austin, TX 78741-1350 |

| | | |
|---|---|---|
| Synergy North America, Inc<br>11001 W. 120th Avenue, Suite 400<br>Broomfield, CO 80021-3493 | TD Canada Trust<br>421 7th Avenue SW<br>Calgary, AB T2P 4K9, Canada | Texas Comptroller<br>PO Box 13003<br>Austin, TX 78711-3003 |
| Texas Disposal Systems, Inc<br>PO Box 674090<br>Dallas, TX 75267-4090 | Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 | Textedly<br>133 N. Citrus Ave., Suite 202<br>Los Angeles, CA 90036 |
| The Creative Group<br>c/o Robert Half<br>2884 Sand Hill Road, Ste 200<br>Menlo Park, CA 94025-7072 | The Hartford<br>PO Box 14219<br>Lexington, KY 40512-4219 | The Steam Team, Inc<br>1904 W. Koeing Lane<br>Austin, TX 78756-1211 |
| Third Coast Graphics, Inc<br>110 Del Monte Dr.<br>Friendswood, TX 77546-4487 | Thomas, David<br>79 Malone Hill Road<br>Elma, WA 98541-9206 | Travelers<br>PO Box 660317<br>Dallas, TX 75266-0317 |
| Travis County<br>PO Box 149328<br>Austin, TX 78714-9328 | U.S. Legal Support<br>PO Box 4772<br>Houston, TX 77210-4772 | Uline Shipping Supply<br>12575 Uline Drive<br>Pleasant Prarie, WI 53158-3686 |
| Vazquez, Valdemar Rodriguez<br>145 Quail Ridge Drive<br>Kyle TX 78640-9788 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Verizon Edgecast<br>13031 West Jefferson Blvd, Building 900<br>Los Angeles, CA 90094-7002 |
| Veronique De La Rosa<br>c/o Kaster Lynch Farrar & Ball LLP<br>1117 Herkimer<br>Houston, TX 77008-6745 | Vultr<br>14 Cliffwood Avenue, Suite 300<br>Matawan, NJ 07747-3931 | WMQM-AM 1600<br>21 Stephen Hill Road<br>Atoka, TN 38004-7183 |
| WWCR<br>1300 WWCR Avenue<br>Nashville, TN 37218-3800 | Waste Connections Lone Star, Inc.<br>PO Box 17608<br>Austin, TX 78760-7608 | Water Event - Pure Water Solutions<br>1310 Missouri St<br>South Houston, TX 77587-4537 |
| Watson, Paul<br>9 Riverdale Road<br>Ranmoor Sheffield<br>South Yorkshire S10 3FA<br>United Kingdom | Westwood One, LLC<br>3542 Momentum Place<br>Chicago, IL 60689-5335 | William Aldenberg<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 |
| William Sherlach<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 | Willow Grove Productions<br>1810 Rockcliff Road<br>Austin, TX 78746-1215 | Wisconsin Dept. of Revenue<br>PO Box 3028<br>Milwaukee, WI 53201-3028 |

| | | |
|---|---|---|
| Your Promtional Products, LLC<br>133 North Friendswood STE 186<br>Friendswood, TX 77546-3746 | Zendesk, Inc<br>989 Market Street<br>San Francisco, CA 94103-1708 | Zoom US<br>55 Almaden Blvd, 6th Floor<br>San Jose, CA 95113-1608 |
| eBay<br>2025 Hamilton Avenue<br>San Jose, CA 95125-5904 | eCommerce CDN, LLC<br>221 E 63rd Street<br>Savannah, GA 31405-4226 | mongoDB Cloud<br>1633 Broadway<br>39th Floor<br>New York, NY 10019-6757 |
| David Wheeler, et al.<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-4653 | Leonard Pozner<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin<br>Suite 2700<br>Houston, TX 77002-6774 |
| Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 | Neil Heslin<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | R. J. Shannon<br>Shannon & Lee LLP<br>700 Milam St., STE 1300<br>Houston, TX 77002-2736 |
| Raymond William Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 | Scarlett Lewis<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Shelby A Jordan |
| Veronique De La Rosa<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Konica Minolta Premier Finance
PO Box 41602
Philadelphia, PA 19101-1602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Resistance Manifesto | End of Label Matrix<br>Mailable recipients   165<br>Bypassed recipients     1<br>Total                  166 |