IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60043 (CL) |
| | § | |
| FREE SPEECH SYSTEMS, LLC | § | Chapter 11 |
| | § | |
| Debtor | § | |

NOTICE OF
SECTION 341 MEETING OF CREDITORS

The Meeting of Creditors pursuant to 11 U.S.C. § 341 in the above captioned case will be convened in-person at 515 Rusk Street, Suite 3401, Houston, Texas 77002. Creditors and the public may participate remotely by following the call-in instructions below:

UST-Houston Conference Line
Toll Free Number: 866-707-5468
PIN: 6166997


Dated: August 11, 2022,                    KEVIN M. EPSTEIN
                                           UNITED STATES TRUSTEE


                                           /s/ HA M NGUYEN
                                           Ha Nguyen, Trial Attorney
                                           CA Bar #305411 | FED ID NO. 3623593
                                           United States Department of Justice
                                           Office of the United States Trustee
                                           515 Rusk Street, Suite 3516
                                           Houston, Texas 77002
                                           E-mail: Ha.Nguyen@usdoj.gov
                                           Cell: 202-590-7962

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Section 341 Meeting of Creditors has been served by electronic means on all PACER participants on August 11, 2022

*/s/ Ha M Nguyen*
Ha M. Nguyen