IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

**ORDER DENYING
DEBTOR'S EMERGENCY MOTION TO AMEND INTERIM ORDER
AUTHORIZING THE USE OF CASH COLLATERAL**

On August 11, 2022, the Debtor filed its *Emergency Motion to Amend Interim Order Authorizing the Use of Cash Collateral* (the Emergency Motion) [Dkt. 55]. The Emergency Motion was heard on August 12, 2022, and after considering the Emergency Motion, any objections, and arguments of counsel, it is hereby ORDERED THAT:

1. The Emergency Motion is DENIED.

Dated: _____, 2022

_____
UNITED STATES BANKRUPTCY JUDGE