**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| FREE SPEECH SYSTEMS, LLC, | § § | Case No. 22--60043 |
| DEBTOR. | § § § | (Subchapter V Debtor) Chapter 11 |

**WITNESS AND EXHIBIT LIST**
**FOR HEARING ON DEBTOR'S EMERGENCY MOTION TO AMEND INTERIM**
<u>**ORDER AUTHORIZING THE USE OF CASH COLLATERAL**</u>
**[ECF. NO. 51]**

| | |
|---|---|
| Judge: | Hon. Christopher M. Lopez |
| Hearing Date: | Friday, August 12, 2022 |
| Hearing Time: | 1:00 p.m. (CT) |
| Party's Name: | Free Speech Systems, LLC |
| Attorney's Name: | Raymond W. Battaglia, Kyung S. Lee |
| Attorney's Phone: | (210) 601-9405; (713) 301-4751 |
| Nature of Proceeding: | Hearing on: <br> • Emergency Motion to Amend Interim Order Authorizing the Use of Cash Collateral [Docket No. 51] |

The Law Offices of Raymond W. Battaglia (the "**Battaglia Firm**"), general bankruptcy counsel for Free Speech Systems, LLC (the "**Debtor**") and Shannon & Lee LLP ("**S&L**") proposed co-counsel to the Debtor, in the above-captioned chapter 11 case (the "<u>**Chapter 11**</u> <u>**Case**</u>"), hereby submit this witness and exhibit list in connection with the hearing to be held on Friday, August 11, 2022 at 1:00 P.M.(Central Time) (the "**Hearing**") on the pleading listed below.

- Emergency Motion to Amend Interim Order Authorizing the Use of Cash Collateral [Docket No. 51].

## WITNESSES

The Debtor may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. W. Marc Schwartz, Chief Restructuring Officer of Free Speech Systems, LLC;
2. Patrick Reiley, Member, Blue Asension Logistics LLC;
3. Any witnesses necessary to establish notice of the Hearing has been provided; and
4. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

## EXHIBITS

The Debtor may offer for admission into evidence any of the following exhibits at the hearing:

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Emergency Motion to Amend Interim Order Authorizing the Use of Cash Collateral [Docket No. 51]. | | | | |
| 2 | 13-Week Cash Collateral Budget | | | | |
| 3 | Blue Asension Logistics Price List | | | | |

The Debtor reserves the right to supplement, amend or delete any witness and exhibits prior to the Hearing. The Debtor also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Debtor finally reserves the right to introduce exhibits previously admitted.

Respectfully submitted the 12th day of August, 2022.

LAW OFFICES OF RAY BATTAGLIA, PLLC

/S/ *RAYMOND W. BATTAGLIA*
Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, Texas 78218
Tel. (210) 601-9405

*Proposed Counsel to the Debtor and Debtor-In-Possession*

-and-

SHANNON & LEE LLP

/s/ *Kyung S. Lee*
Kyung S. Lee
State Bar No. 12128400
klee@shannonleellp.com
R. J. Shannon
State Bar No. 24108062
rshannon@shannonleellp.com
700 Milam Street, STE 1300
Houston, Texas 77002
Tel. (713) 714-5770

*Proposed Co-Counsel to the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

      A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, as set forth below. I further certify that it has been transmitted by first class mail to the parties on the attached service list.

                                            */s/ Raymond W. Battaglia*
                                            Raymond W. Battaglia