

Price List

7/18/22

| | |
|---|---|
| Average Shipping Cost | $14 per Package |
| Average Fulfillment and Handling | $6 per Package |

Included Services:
-Receiving
-Storage
-Unlimited Pick
-Unlimited Pack
-Order Inserting
-Supplies
-Returns
-Cycle Counting/Inventory
-Software & IT Integrations
-Q.C. & Q.A.
-Labor
-Shipping Cost

** 90 Day Commitment
**All orders through Infowarsstore.com fulfilled by Blue Asension Logistics LLC
**Special Projects such as kitting, labeling/relabeling, etc. $50/man-hour

EXHIBIT 3