IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22–60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 |
| | § | Subchapter V |
| Debtor. | § | |

**THE TEXAS PLAINTIFFS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR AUGUST 12, 2022 AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (collectively, "**Texas Plaintiffs**"), creditors and parties-in-interest in the above-captioned case, file their Witness and Exhibit List for the hearing to be held on August 12, 2022, at 1:00 p.m. (prevailing Central Time) as follows:

## WITNESSES

The Sandy Hook Plaintiffs may call the following witnesses at the Hearing:

1. W. Marc Schwartz.
2. Patrick Reiley.
3. Any witness called or designated by any other party.
4. Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

## **EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Certificate of Formation | Limited Liability Company for Blue Asension Logistics LLC | | | | | | |
| 2. | Email from aj76@alexjones.net to Patrick@infowars.com dated 6/22/2018 regarding Phone Call with Marc Randazza | | | | | | |
| 3. | Email from aj76@alexjones.net to Patrick@infowars.com dated 7/5/2016 regarding Boat Dock after the 4th | | | | | | |
| 4. | Blue Asension Logistics Price List dated 7/18/22 | | | | | | |
| 5. | Declaration of W. Marc Schwartz in Support of Voluntary Petition and First Day Motions [Docket No. 10]. | | | | | | |
| 6. | Text messages between Alex Jones and Patrick Reiley | | | | | | |
| 7. | Any document or pleading filed in the above-captioned main cases | | | | | | |
| 8. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 9. | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Sandy Hook Plaintiffs reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Dated: August 12, 2022

**McDowell Hetherington LLP**

Avi Moshenberg
Texas Bar No. 24083532
1001 Fannin Street
Suite 2700
Houston, TX 77002
P: 713-337-5580
F: 713-337-8850
E: avi.moshenberg@mhllp.com

*Counsel for the Texas Plaintiffs*

*AND*

**Chamberlain, Hrdlicka, White, Williams & Aughtry, PC**

By: */s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.356.1280
F: 713.658.2553
E: jarrod.martin@chamberlainlaw.com

*Bankruptcy Counsel for the Texas Plaintiff*

## Certificate of Service

I certify that on August 12, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jarrod B. Martin*
Jarrod B. Martin