# Exhibit 3

| | |
|---|---|
| **From:** | aj76@alexjones.net |
| **To:** | patrick@infowars.com <patrick@infowars.com> |
| **Sent:** | 7/5/2016 9:29:18 PM |
| **Subject:** | Fwd: Boat Dock after the 4th |

Begin forwarded message:

**From:** Byrne Benfield <bobenfield@gmail.com>
**Date:** July 5, 2016 at 4:08:47 PM CDT
**To:** Alex Jones <aj76@alexjones.net>, David Jones <drjones@infowars.com>, Sarah Myers <aj76.accts@gmail.com>
**Cc:** Martha Benfield <mpbenfield@gmail.com>
**Subject: Boat Dock after the 4th**

Whoever was left in charge of cleaning up the boat dock for the Joneses didn't do a very good job. We would appreciate it being cleaned up as soon as possible.
Byrne