# Exhibit 4



7/18/22

Price List

| | |
|---|---|
| Average Shipping Cost | $14 per Package |
| Average Fulfillment and Handling | $6 per Package |

Included Services:
-Receiving
-Storage
-Unlimited Pick
-Unlimited Pack
-Order Inserting
-Supplies
-Returns
-Cycle Counting/Inventory
-Software & IT Integrations
-Q.C. & Q.A.
-Labor
-Shipping Cost


\*\* 90 Day Commitment
\*\*All orders through Infowarsstore.com fulfilled by Blue Asension Logistics LLC
\*\*Special Projects such as kitting, labeling/relabeling, etc. $50/man-hour