# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

## CONNECTICUT FAMILIES'
## WITNESS AND EXHIBIT LIST FOR EMERGENCY HEARING

| Judge | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date | Friday, August 12, 2022 |
| Hearing Time | 1:00 p.m. (CST) |
| Party's Name | David Wheeler, et al. |
| Attorney's Name | Ryan Chapple and Randy Williams |
| Attorney's Phone | 512-477-5000 |
| Nature of Proceeding | Debtor's Emergency Motion to Amend Interim Order Authorizing the Use of Cash Collateral [Dkt. 55] |

## WITNESS AND EXHIBIT LIST

David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (collectively, the Connecticut Families) hereby submit this Witness and Exhibit List in connection with the hearing on *Debtor's Emergency Motion to Amend Interim Order Authorizing the Use of Cash Collateral* (the Emergency Motion) [Dkt. 55] to be held on Friday, August 12, 2022 at 1:00 p.m. (central standard time):

Counsel for the Connecticut Families reserves the right to supplement, amend, or delete any witnesses or exhibits prior to the hearing. Counsel for the Connecticut Families reserves the right to supplement the Witness and Exhibit List with new witnesses and additional exhibits. Further, counsel reserves the right to use any exhibits presented by

any other party and to ask the Court to take judicial notice of any document. Counsel for the Connecticut Families further reserves the right to introduce exhibits previously admitted.

## WITNESS LIST

- W. Marc Schwartz
- Patrick Reiley
- Any witness listed or called by any other party.

## EXHIBIT LIST

**IF YOU SEEK A COPY OF THE EXHIBITS, YOU CAN ACCESS THEM BY SUBMITTING A WRITTEN REQUEST TO ARLANA PRENTICE AT APRENTICE@CSTRIAL.COM.**

Counsel for the Connecticut Families may offer for admission into evidence any of the following exhibits at the hearing:

| No. | Description | Offer | Obj | Date Admit | Disposition after trial |
|---|---|---|---|---|---|
| 1. | Interim Order Authorizing the Debtor's Use of Cash Collateral and Providing Partial Adequate Protection [Dkt. 41] | | | | |
| 2. | Declaration of W. Marc Schwartz in Support of Voluntary Petition and First Day Motions [Dkt. 10] | | | | |
| 3. | Blue Asension Logistics LLC - Certificate of Formation dated March 7, 2022 | | | | |
| 4. | Email from aj76@alexjones.net to Patrick@infowars.com dated June 22, 2018 re: phone call with Marc Randazza | | | | |
| 5. | Email from aj76@alexjones.net to Patrick@infowars.com dated July 5, 2016 re: Boat Dock after the 4th | | | | |
| 6. | Blue Asension Logistics price list dated July 18, 2022 | | | | |
| 7. | Text messages between Alex Jones and Patrick Reiley | | | | |

|  | | | | | |
|---|---|---|---|---|---|
|  | Any exhibits designated by other parties | | | | |
|  | Any exhibits necessary for rebuttal | | | | |

Respectfully submitted this 12th day of August 2022.

       */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
Email:rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

and

Randy W. Williams
State Bar No. 21566850
Email: rww@bymanlaw.com
**BYMAN & ASSOCIATES PLLC**
7924 Broadway, Suite 104
Pearland, Texas 77581
281-884-9262
**ATTORNEYS FOR WHEELER, ET AL.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 12th day of August 2022.

       */s/ Ryan E. Chapple*
Ryan E. Chapple