**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT 4

| | |
|---|---|
| From: | A J <aj76@alexjones.net> |
| To: | Patrick PJR Riley WORK <patrick@infowars.com> |
| Sent: | 6/22/2018 11:02:04 PM |
| Subject: | Fwd: Phone Call with Marc Randazza |

This guy assists Mark Renazza an attorney Alex is looking at to be general counsel or just to handle some of the Sandy Hook cases brought in Connecticut. Please help get a call scheduled with Rendazza through Tennyson Fauver.

Thanks,

David Jones
---------- Forwarded message ----------
From: **Tennyson Fauver** <tjf@randazza.com>
Date: Thu, Jun 21, 2018 at 12:55 PM
Subject: Phone Call with Marc Randazza
To: aj76@alexjones.net


Alex,

Marc asked me to set up a time for the two of you to speak. He is available at 1:30pm PST today for a phone call. If that will work for you please let me know, if not, let me know another time and I will make accommodations.

Thanks,
**Tennyson J. Fauver*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117
Tel: (702) 420-2001 | Email: tjf@randazza.com

*Legal Assistant - Not licensed to practice law.