**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT 5

**From:** aj76@alexjones.net
**To:** patrick@infowars.com <patrick@infowars.com>
**Sent:** 7/5/2016 9:29:18 PM
**Subject:** Fwd: Boat Dock after the 4th

Begin forwarded message:

**From:** Byrne Benfield <bobenfield@gmail.com>
**Date:** July 5, 2016 at 4:08:47 PM CDT
**To:** Alex Jones <aj76@alexjones.net>, David Jones <drjones@infowars.com>, Sarah Myers <aj76.accts@gmail.com>
**Cc:** Martha Benfield <mpbenfield@gmail.com>
**Subject: Boat Dock after the 4th**

Whoever was left in charge of cleaning up the boat dock for the Joneses didn't do a very good job. We would appreciate it being cleaned up as soon as possible.
Byrne