**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT 6



                                                                   Price List

7/18/22

| | |
|---|---|
| Average Shipping Cost | $14 per Package |
| Average Fulfillment and Handling | $6 per Package |

Included Services:
- Receiving
- Storage
- Unlimited Pick
- Unlimited Pack
- Order Inserting
- Supplies
- Returns
- Cycle Counting/Inventory
- Software & IT Integrations
- Q.C. & Q.A.
- Labor
- Shipping Cost

\*\* 90 Day Commitment
\*\*All orders through Infowarsstore.com fulfilled by Blue Asension Logistics LLC
\*\*Special Projects such as kitting, labeling/relabeling, etc. $50/man-hour