UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE AND PAPERS

PLEASE TAKE NOTICE THAT pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9010(b), Shannon & Lee LLP ("S&L") hereby enters its appearance in the above-captioned chapter 11 case as proposed Co-Counsel for Free Speech Systems, LLC (the "Debtor"). The undersigned respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon the following:

R.J. Shannon
rshannon@shannonleellp.com
Shannon & Lee LLP
Pennzoil Place-13th Floor
700 Milam
Houston, Texas 77002

- and-

Kyung S. Lee
klee@shannonleellp.com
Shannon & Lee LLP
Pennzoil Place-13th Floor
700 Milam
Houston, Texas 77002

1

PLEASE TAKE FURTHER NOTICE that the Notice of Appearance and Request for Service is not only for the notices and other documents referred to in the Bankruptcy Rules specified above but includes without limitation, all orders, notices, motions, applications, complaints, demand, hearings, petitions, pleadings or requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Debtor does not intend that this Notice of Appearance, or any later appearance or pleading, be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Debtor expressly reserves. All of Debtor's rights are reserved and preserved, without exception and without confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Respectfully submitted this 12th day of August, 2022.

*/s/ Kyung S. Lee*
SHANNON & LEE, LLP
Kyung S. Lee
State Bar No. 12128400
klee@shannonleellp.com
R.J. Shannon
State Bar No. 24108062
rshannon@shannonleellp.com
700 Milam

Pennzoil Place-13th Floor
Houston, Texas 77002

Proposed Co-Counsel for FSS, Debtor and Debtor-in-Possession

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system.

*/s/   Kyung S. Lee*
Kyung S. Lee