United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 12, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: § 
 §
FREE SPEECH SYSTEMS, LLC § CASE NO: 22-60043
 §
 §
Debtor §
 §
 § CHAPTER 11

## SUBCHAPTER V DEADLINES ORDER

The deadline to file the status report required under 11 U.S.C. § 1188(c) is September 13, 2022.

The Court will conduct a status conference required under 11 U.S.C. § 1188(a) on September 20, 2022 at 1:00 p.m. (CT).

Unless extended by Court order, the deadline to file a chapter 11 plan is October 27, 2022.

Signed: August 12, 2022

_____
Christopher Lopez
United States Bankruptcy Judge