| Information to identify the case: | | |
|---|---|---|
| Debtor | **Free Speech Systems LLC**<br>Name | EIN: __-_____ |
| United States Bankruptcy Court | Southern District of Texas | Date case filed for chapter: 11  7/29/22 |
| Case number: | 22−60043 | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case                    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Free Speech Systems LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3019 Alvin Devane Blvd. STE 300<br>Austin, TX 78741 | |
| 4. | **Debtor's attorney**<br>Name and address | Raymond William Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218 | Contact phone 2106019405<br><br>Email: rbattaglialaw@outlook.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002 | Contact phone 832.819.1149<br><br>Email: mhaselden@haseldenfarrow.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone  (713) 250−5500<br><br>Date: 8/11/22 |

**For more information, see page 2 >**

Debtor **Free Speech Systems LLC**  Case number **22–60043**

| | | |
|---|---|---|
| **7. Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath.  Creditors may attend, but are not required to do so. | **September 7, 2022 at 01:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Suite 3401, 515 Rusk Ave, Houston, TX 77002** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | 10/7/22 |
| | **For a governmental unit:** | 2/7/23 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.  Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice.  If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.  You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.  Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.  **Deadline for filing the complaint:** | _____ |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-60043-cml |
| Free Speech Systems LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 6 |
| Date Rcvd: Aug 11, 2022 | Form ID: 309F2 | Total Noticed: 172 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Free Speech Systems LLC, 3019 Alvin Devane Blvd. STE 300, Austin, TX 78741-7417 |
| aty | + | Avi Moshenberg, McDowell Hetherington LLP, 1001 Fannin, Suite 2700, Houston, TX 77002-6774 |
| aty | + | Christopher Dylla, Office of the Texas Attorney General, Bankruptcy & Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| aty | + | Ha Minh Nguyen, Office of the United States Trustee, 515 Rusk St, Ste 3516, Houston, TX 77002-2604 |
| aty | + | Jarrod B. Martin, Chamberlain, Hrdlicka, White, Williams &, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| aty | + | Jayson B. Ruff, Office of the United States Trustee, 515 Rusk St., Ste. 3516, Houston, TX 77002-2604 |
| aty | + | Joseph S.U. Bodoff, Rubin and Rudman LLP, 53 State Street, Boston, MA 02109-2820 |
| aty | + | R. J. Shannon, Shannon & Lee LLP, 700 Milam St., STE 1300, Houston, TX 77002-2736 |
| aty | + | Randy W Williams, Byman & Associates PLLC, 7924 Broadway, Suite 104, Pearland, TX 77581-7933 |
| aty | + | Ryan E Chapple, Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| aty | + | Shelby A Jordan, Jordan & Ortiz, PC, 500 N Shoreline, Ste 900 N, Corpus Christi, TX 78401-0399 |
| aty | + | Stephen A Roberts, Stephen A Roberts, P.C., 1400 Marshall Ln, Austin, TX 78703-3407 |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| cr | + | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| 12280376 | + | ADP Total Source Insurance, 10200 Sunset Drive, Miami, FL 33173-3033 |
| 12280377 | + | ADP TotalSource Payroll, 10200 Sunset Drive, Miami, FL 33173-3033 |
| 12280387 | + | AWIO Web Services LLC, 6608 Truxton Ln, Raleigh, NC 27616-6694 |
| 12280375 | + | Addshoppers, Inc, 222 S. Church Street , #410M, Charlotte, NC 28202-3213 |
| 12280374 | + | Airco Mechanical, LTD, PO Box 1598, Round Rock, TX 78680-1598 |
| 12280378 | + | Alex E. Jones, c/o Jordan & Ortiz, P.C., Attn: Shelby Jordan, 500 North Shoreline Blvd, STE 900, Corpus Christi, TX 78401-0658 |
| 12280526 | + | Alex Emeric Jones, c/o Jordan & Ortiz, P.C., Attention: Shelby Jordan, 500 N. Shoreline Blvd., Suite 900, Corpus Christi, TX 78401-0658 |
| 12280380 | + | Amazon Marketplace, Amazon Payments, Inc., 410 Terry Ave N., Seattle, WA 98109-5210 |
| 12280383 | + | American Media/Reality Zone, PO Box 4646, Thousand Oaks, CA 91359-1646 |
| 12280384 | + | Andrews, Christopher, 210 N. Beyer Stree, Marion, TX 78124-4014 |
| 12280386 | + | Atomial, LLC, 1920 E. Riverside Drive, Suite A-120 #124, Austin, TX 78741-1350 |
| 12280388 | + | Balcones Recycling Inc., PO Box 679912, Dallas, TX 75267-9916 |
| 12280389 | + | Biodec, LLC, 901 S. Mopac Expressway, Building 4, Ste, Austin, TX 78746-5776 |
| 12280390 | + | Blott, Jacquelyn, 200 University Boulevard, Suite 225 #251, Round Rock TX 78665-1096 |
| 12280391 | + | Brennan Gilmore, c/o Civil Rights Clinic, ATTN: Andrew Mendrala, 600 New Jersey Avenue, NW, Washington, DC 20001-2022 |
| 12280392 | + | Campco, 4625 W. Jefferson Blvd, Los Angeles, CA 90016-4006 |
| 12280393 | + | Carlee SotoParisi, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280394 | + | Carlos Soto, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280395 | + | Chelsea Green Publishing, 85 North Main Street Ste 120, White River Junction, VT 05001-7135 |
| 12280396 | + | Christopher Sadowski, c/o Copycat Legal PLLC, 3111 N. University Drive Ste. 301, Coral Springs, FL 33065-5058 |
| 12280397 | + | City of Austin, PO Box 2267, Austin, TX 78783-2267 |
| 12280398 | | Cloudflare, Inc, Dept LA 24609, Pasadena, CA 91185-4609 |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 6 |
| Date Rcvd: Aug 11, 2022 | Form ID: 309F2 | Total Noticed: 172 |

```
12280399      +  Constant Contact, Inc., 1601 Trapelo Road, Watham, MA 02451-7357
12280400      +  CustomTattoNow.com, 16107 Kensington Dr #172, Sugar Land, TX 77479-4224
12280401         David Icke Books Limited, c/o Ickonic Enterprises Limited, St. Helen's House King Street, Derby DE1 3EE, United Kingdom
12280402      +  Deese, Stetson, 328 Greenland Blvd. #81, Death Valley, CA 92328-9600
12280404      +  Dona Soto, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014
12280409      +  EPS, LLC, 17350 State Hwy 249, Ste 220, #4331, Houston, TX 77064-1132
12280411      +  ERM Protect, 800 South Douglas Road, Suite 940N, Coral Gables, FL 33134-3125
12280407      +  Edgecast, Inc., Dept CH 18120, Palatine, IL 60055-0001
12280408      +  Elevated Solutions Group, 28 Maplewood Drive, Cos Cob, CT 06807-2601
12280410      +  Erica Lafferty, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014
12280414      +  FW Robert Broadcasting Co, 2730 Loumor Ave, Metairie, LA 70001-5425
12280413      +  Francine Wheeler, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014
12280412      +  Frost Insurance Agency, 401 Congress Avenue, 14th Floor, Austin ,TX 78701-3793
12280415      +  Gabriela Tolentino, 5701 S Mopac Expy, Austin, TX 78749-1464
12280417         Gracenote, 29421 Network Place, Chicago, IL 60673-1294
12280419         Haivision Network Video, Deot CH 19848, Palatine, IL 60055-9848
12280420      +  Ian Hockley, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014
12280421      +  Impact Fire Services, LLC, PO Box 735063, Dallas, TX 75373-5063
12280422         Independent Publishers Group, PO Box 2154, Bedford Park, IL 60499-2154
12280427      +  JCE SEO, 6101 Broadway, San Antonio, TX 78209-4561
12280430      +  JW JIB Productions, LLC, 2921 Carvelle Drive, Riviera Beach, FL 33404-1855
12280424      +  Jacqueline Barden, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014
12280425      +  Jennifer Hensel, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014
12280426      +  Jeremy Richman, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014
12280428      +  Jillian Soto, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014
12280429      +  Justin Lair, 1313 Lookout Ave, Klamath Falls, OR 97601-6533
12280431         KI4U.com, 212 Oil Patch Lane, Gonzales, TX 78629-8028
12280436      +  LIT Industrial, 1717 McKinney Ave #1900, Dallas, TX 75202-1253
12280433      +  Larry Klayman, Esq., 7050 W. Palmetto Park Rd, Boca Raton, FL 33433-3426
12280434      +  Leonard Pozner, c/o Kaster Lynch Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745
12280435      +  Lincoln-Remi Group, LLC, 1200 Benstein Rd., Commerce Twp., MI 48390-2200
12280437     #+  Logo It, LLC, 820 Tivy Street, Kerrville, TX 78028-3654
12280438         Lumen/Level 3 Communications, PO Box 910182, Denver, CO 80291-0182
12280445      +  MRJR Holdings, LLC, PO Box 27740, Las Vegas, NV 89126-7740
12280441         Magento, PO Box 204125, Dallas, TX 75320-4105
12280439      +  Marcel Fontaine, c/o Kaster, Lynch, Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745
12280440      +  Mark Barden, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014
12280442      +  Microsoft Bing Ads, c/o Microsoft Online, Inc., P.O. Box 847543, 1950 N Stemmons Fwy, Ste 5010, Dallas, TX 75207-3199
12280443      +  Miller, Sean, PO Box 763, Wyalusing, PA 18853-0763
12280448      +  Neil Heslin, c/o Kaster Lynch Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745
12280450      +  NetSuite Inc, Bank of America Lockbox Services, Chicago, IL 60693-0001
12280451      +  New Relic, 188 Spear Street, Suite 1200, San Francisco, CA 94105-1752
12280452         Newegg.com, 9997E. Rose Hills Road, Whittier, CA 90601
12280449      +  Nicole Hockley, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014
12280453      +  One Party America, LLC, 6700 Woodlands Parkway, Suite 230-309, The Woodlands, TX 77382-2575
12280454      +  Orkin, Inc., 5810 Trade Center Drive, Suite 300, Austin, TX 78744-1365
12280462      +  PQPR Holdings Limited, LLC, c/o Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817
12280455      +  Pattison Law Firm, P.C., 501 IH-35, Austin, TX 78702-3229
12280456      +  Payarc, 411 West Putnam Avenue, Ste 340, Greenwich, CT 06830-6291
12280457      +  Paymentus, 18390 NE 68th St, Redmond, WA 98052-5057
12280458      +  Paz Law, LLC, 1021 Orange Center Road, Orange, CT 06477-1216
12280464      +  Percision Oxygen, 13807 Thermal Dr, Austin, TX 78728-7735
12280459      +  Perfect Imprints.com, 709 Eglin Pkwy NE, Fort Walton Beach, FL 32547-2527
12280460      +  Perkins, Wes, General Delivery, Lockhart, TX 78644-9999
12280466      +  Pipe Hitters Union, LLC, PO Box 341194, Austin, TX 78734-0020
12280467     #+  Post Hill Press, LLC, 8115 Isabella Lane, Ste. 4, Brentwood, TN 37027-9110
12280461      +  Poulsen, Debra, 112 Eames St., Elkhorn, WI 53121-1228
12280469      +  Power Reviews, Inc., 1 N. Dearborn Street, Chicago, IL 60602-4331
12280470      +  Precision Camera, 2438 W Anderson Ln, Austin, TX 78757-1149
12280471      +  Private Jets, LLC, 1250 E. Hallandale Beach Blvd, Suite 505, Hallandale, FL 33009-4635
12280463      +  Protection 1 Alarm, PO Box 219044, Kansas City, MO 64121-9044
12280472      +  Public Storage, 2301 E. Ben White Blvd, Austin, TX 78741-7110
12280468      +  Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988
```

| District/off: 0541-4 | User: ADIuser | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: 309F2 | Total Noticed: 172 |

| | | |
|---|---|---|
| 12280473 | + | Randazza Legal Group, PLLC, 2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117-3400 |
| 12280474 | + | RatsMedical.com, c/o Rapid Medical, 120 N Redwood Rd, North Salt Lake, UT 84054-2792 |
| 12280475 | + | Ready Alliance Group, Inc, PO Box 1709, Sandpoint, ID 83864-0901 |
| 12280476 | | Renaissance, PO Box 8036, Wisconsin Rapids, WI 54495-8036 |
| 12280478 | + | Restore America, PO Box 147, Grimsley, TN 38565-0147 |
| 12280479 | + | Robert Parker, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280487 | + | SLNT, 30 N Gould St, Ste 20647, Sheridan, WY 82801-6317 |
| 12280480 | + | Scarlett Lewis, c/o Farrar & Ball, LLP, 1117 Herkimer Street, Houston, TX 77008-6745 |
| 12280481 | + | Security Bank of Crawford, 6688 North Lone Star Parkway, PO Box 90, Crawford, TX 76638-0090 |
| 12280482 | + | Simon & Schuster, PO Box 70660, Chicago, IL 60673-0660 |
| 12280483 | | SintecMedia NYC, Inc. DBA Operative, PO Box 200663, Pittsburgh, PA 15251-2662 |
| 12280484 | + | Skousen, Joel, PO Box 565, Spring City, UT 84662-0565 |
| 12280485 | + | Skyhorse Publishing, 307 West 36th Street, 11th Floor, New York, NY 10018-6592 |
| 12280488 | + | Spectrum Enterprise aka Time Warner Cable, PO Box 60074, City of Industry, CA 91716-0074 |
| 12280489 | + | Stamps.com, 1990 E Grand Ave., El Segundo, CA 90245-5013 |
| 12280490 | + | Stone Edge Technologies, Inc, 660 American Avenue, Suite 204, King of Prussia, PA 19406-4032 |
| 12280491 | + | Stratus Technologies, 5 Mill & Main Place, Suite 500, Maynard, MA 01754-2660 |
| 12280492 | + | Studio 2426, LLC, 1920 E. Riverside Drive, Suite A120, #22, Austin, TX 78741-1350 |
| 12280493 | + | Synergy North America, Inc, 11001 W. 120th Avenue, Suite 400, Broomfield, CO 80021-3493 |
| 12280494 | | TD Canada Trust, 421 7th Avenue SW, Calgary, AB T2P 4K9, Canada |
| 12280497 | + | Texas Comptroller, PO Box 13003, Austin, TX 78711-3003 |
| 12280495 | | Texas Disposal Systems, Inc, PO Box 674090, Dallas, TX 75267-4090 |
| 12280496 | + | Texas Gas Service, PO Box 219913, Kansas City, MO 64121-9913 |
| 12280498 | + | Textedly, 133 N. Citrus Ave., Suite 202, Los Angeles, CA 90036 |
| 12280499 | + | The Creative Group, c/o Robert Half, 2884 Sand Hill Road, Ste 200, Menlo Park, CA 94025-7072 |
| 12280500 | + | The Hartford, PO Box 14219, Lexington, KY 40512-4219 |
| 12280501 | | The Steam Team, Inc, 1904 W. Koeing Lane, Austin, TX 78756-1211 |
| 12280502 | + | Third Coast Graphics, Inc, 110 Del Monte Dr., Friendswood, TX 77546-4487 |
| 12280505 | + | Thomas, David, 79 Malone Hill Road, Elma, WA 98541-9206 |
| 12280503 | | Travelers, PO Box 660317, Dallas, TX 75266-0317 |
| 12280504 | + | Travis County, PO Box 149328, Austin, TX 78714-9328 |
| 12280506 | + | U.S. Legal Support, PO Box 4772, Houston, TX 77210-4772 |
| 12280508 | + | Vazquez, Valdemar Rodriguez, 145 Quail Ridge Drive, Kyle TX 78640-9788 |
| 12280510 | + | Verizon Edgecast, 13031 West Jefferson Blvd, Building 900, Los Angeles, CA 90094-7002 |
| 12280511 | + | Veronique De La Rosa, c/o Kaster Lynch Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745 |
| 12280512 | + | Vultr, 14 Cliffwood Avenue, Suite 300, Matawan, NJ 07747-3931 |
| 12280521 | + | WMQM-AM 1600, 21 Stephen Hill Road, Atoka, TN 38004-7183 |
| 12280522 | | WWCR, 1300 WWCR Avenue, Nashville, TN 37218-3800 |
| 12280513 | + | Waste Connections Lone Star, Inc., PO Box 17608, Austin, TX 78760-7608 |
| 12280514 | + | Water Event - Pure Water Solutions, 1310 Missouri St, South Houston, TX 77587-4537 |
| 12280515 | | Watson, Paul, 9 Riverdale Road, Ranmoor Sheffield, South Yorkshire S10 3FA, United Kingdom |
| 12280516 | | Westwood One, LLC, 3542 Momentum Place, Chicago, IL 60689-5335 |
| 12280518 | + | William Aldenberg, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280517 | + | William Sherlach, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280519 | + | Willow Grove Productions, 1810 Rockcliff Road, Austin, TX 78746-1215 |
| 12280520 | | Wisconsin Dept. of Revenue, PO Box 3028, Milwaukee, WI 53201-3028 |
| 12280523 | + | Your Promtional Products, LLC, 133 North Friendswood STE 186, Friendswood, TX 77546-3746 |
| 12280524 | + | Zendesk, Inc, 989 Market Street, San Francisco, CA 94103-1708 |
| 12280525 | + | Zoom US, 55 Almaden Blvd, 6th Floor, San Jose, CA 95113-1608 |
| 12280406 | + | eCommerce CDN, LLC, 221 E 63rd Street, Savannah, GA 31405-4226 |
| 12280444 | + | mongoDB Cloud, 1633 Broadway, 39th Floor, New York, NY 10019-6757 |

TOTAL: 154

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: rbattaglialaw@outlook.com | Aug 11 2022 19:50:00 | Raymond William Battaglia, Law Offices of Ray Battaglia, PLLC, 66 Granburg Circle, San Antonio, TX 78218 |
| tr | + Email/Text: mhaselden@haseldenfarrow.com | Aug 11 2022 19:50:00 | Melissa A Haselden, Haselden Farrow PLLC, Pennzoil Place, 700 Milam, Suite 1300, Houston, |

District/off: 0541-4 | User: ADIuser | Page 4 of 6
Date Rcvd: Aug 11, 2022 | Form ID: 309F2 | Total Noticed: 172

| Recip ID | | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| ust | + Email/Text: ustpregion07.hu.ecf@usdoj.gov | Aug 11 2022 19:50:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 | TX 77002-2736 |
| cr | ^ MEBN | Aug 11 2022 19:47:19 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 | |
| 12280385 | Email/Text: g17768@att.com | Aug 11 2022 19:50:00 | AT&T, PO Box 5001, Carol Stream, IL 60197-5001 | |
| 12280379 | + Email/Text: ally@ebn.phinsolutions.com | Aug 11 2022 19:50:00 | Ally Auto, PO Box 9001948, Louisville, KY 40290-1948 | |
| 12280381 | Email/Text: bankruptcynotices@amazon.com | Aug 11 2022 19:51:00 | Amazon Web Services, 410 Terry Avenue North, Seattle, WA 98109-5210 | |
| 12280382 | Email/PDF: bncnotices@becket-lee.com | Aug 11 2022 19:58:19 | American Express, PO Box 650448, Dallas, TX 75265-0448 | |
| 12280432 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Aug 11 2022 19:50:00 | Konica Minolta Premier Finance, PO Box 41602, Philadelphia, PA 19101-1602 | |
| 12280403 | + Email/Text: G06041@att.com | Aug 11 2022 19:50:00 | DirectTV, PO Box 5006, Carol Stream, IL 60197-5006 | |
| 12280416 | Email/Text: Mailbox-Bankruptcy@gettyimages.com | Aug 11 2022 19:50:00 | Getty Images, Inc, PO Box 953604, St. Louis, MO 63195-3604 | |
| 12280423 | Email/Text: bankruptcy2@ironmountain.com | Aug 11 2022 19:50:00 | Iron Mountain, Inc, PO Box 915004, Dallas, TX 75391-5004 | |
| 12280447 | + Email/Text: ed@mvdb2b.com | Aug 11 2022 19:51:20 | MVD Entertainment Group, 203 Windsor Rd, Pottstown, PA 19464-3405 | |
| 12280446 | + Email/Text: ed@mvdb2b.com | Aug 11 2022 19:51:20 | Music Videos Distributors, 203 Windsor Rd, Pottstown, PA 19464-3405 | |
| 12280486 | Email/Text: bankruptcy@dsservices.com | Aug 11 2022 19:50:00 | Sparkletts & Sierra Springs, PO Box 660579, Dallas, TX 75266-0579 | |
| 12280507 | + Email/Text: accounts.receivable@uline.com | Aug 11 2022 19:50:00 | Uline Shipping Supply, 12575 Uline Drive, Pleasant Prarie, WI 53158-3686 | |
| 12280509 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 11 2022 19:50:00 | Verizon, PO Box 660108, Dallas, TX 75266-0108 | |
| 12280405 | + Email/Text: jstauffe_bk@ebay.com | Aug 11 2022 19:51:00 | eBay, 2025 Hamilton Avenue, San Jose, CA 95125-5904 | |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ADP TotalSource, Inc. |
| intp | | David Ross Jones |
| intp | | Shelby A Jordan |
| 12280477 | | Resistance Manifesto |
| 12280465 | *+ | Perfect Imprints.com, 709 Eglin Pkwy NE, Fort Walton Beach, FL 32547-2527 |
| 12280418 | ##+ | Greenair, Inc, 23569 Center Ridge Road, Westlake, OH 44145-3642 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0541-4 | User: ADIuser | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: 309F2 | Total Noticed: 172 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

**Name**          **Email Address**

Avi Moshenberg
　　　on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  ana.sanchez@mhllp.com

Avi Moshenberg
　　　on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  ana.sanchez@mhllp.com

Avi Moshenberg
　　　on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  ana.sanchez@mhllp.com

Avi Moshenberg
　　　on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  ana.sanchez@mhllp.com

Avi Moshenberg
　　　on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  ana.sanchez@mhllp.com

Christopher Dylla
　　　on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cdylla@oag.texas.gov, Sherri.Simpson@oag.texas.gov

Ha Minh Nguyen
　　　on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jarrod B. Martin
　　　on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jarrod B. Martin
　　　on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jarrod B. Martin
　　　on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jarrod B. Martin
　　　on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jarrod B. Martin
　　　on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jayson B. Ruff
　　　on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Joseph S.U. Bodoff
　　　on behalf of Creditor ADP TotalSource  Inc. jbodoff@rubinrudman.com

Melissa A Haselden
　　　mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

R. J. Shannon
　　　on behalf of Debtor Free Speech Systems LLC rshannon@shannonpllc.com rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Randy W Williams
　　　on behalf of Creditor David Wheeler  et al. rww@bymanlaw.com, rw13@trustesolutions.com;rw13@trustesolutions.net;rw11@trustesolutions.net;rww.trustee1@gmail.com

Raymond William Battaglia

District/off: 0541-4  User: ADIuser  Page 6 of 6
Date Rcvd: Aug 11, 2022  Form ID: 309F2  Total Noticed: 172

on behalf of Debtor Free Speech Systems LLC rbattaglialaw@outlook.com rwbresolve@gmail.com

Ryan E Chapple

on behalf of Creditor David Wheeler et al. rchapple@cstrial.com, aprentice@cstrial.com

Shelby A Jordan

on behalf of Interested Party Shelby A Jordan cmadden@jhwclaw.com

Stephen A Roberts

on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 22