IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60043 (CL) |
| | § | |
| FREE SPEECH SYSTEMS, LLC | § | Chapter 11 |
| | § | |
| Debtor | § | |

NOTICE OF
SECTION 341 MEETING OF CREDITORS

The Meeting of Creditors pursuant to 11 U.S.C. § 341 in the above captioned case will be convened in-person at 515 Rusk Street, Suite 3401, Houston, Texas 77002. Creditors and the public may participate remotely by following the call-in instructions below:

UST-Houston Conference Line
Toll Free Number: 866-707-5468
PIN: 6166997


Dated: August 11, 2022,        KEVIN M. EPSTEIN
                               UNITED STATES TRUSTEE


                               /s/ HA M NGUYEN
                               Ha Nguyen, Trial Attorney
                               CA Bar #305411 | FED ID NO. 3623593
                               United States Department of Justice
                               Office of the United States Trustee
                               515 Rusk Street, Suite 3516
                               Houston, Texas 77002
                               E-mail: Ha.Nguyen@usdoj.gov
                               Cell: 202-590-7962

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Section 341 Meeting of Creditors has been served by electronic means on all PACER participants on August 11, 2022

*/s/ Ha M Nguyen*
Ha M. Nguyen

United States Bankruptcy Court
Southern District of Texas

In re:   Case No. 22-60043-cml
Free Speech Systems LLC   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 5
Date Rcvd: Aug 11, 2022     Form ID: pdf012     Total Noticed: 158

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Free Speech Systems LLC, 3019 Alvin Devane Blvd. STE 300, Austin, TX 78741-7417 |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| cr | + | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| 12280376 | + | ADP Total Source Insurance, 10200 Sunset Drive, Miami, FL 33173-3033 |
| 12280377 | + | ADP TotalSource Payroll, 10200 Sunset Drive, Miami, FL 33173-3033 |
| 12280387 | + | AWIO Web Services LLC, 6608 Truxton Ln, Raleigh, NC 27616-6694 |
| 12280375 | + | Addshoppers, Inc, 222 S. Church Street , #410M, Charlotte, NC 28202-3213 |
| 12280374 | + | Airco Mechanical, LTD, PO Box 1598, Round Rock, TX 78680-1598 |
| 12280378 | + | Alex E. Jones, c/o Jordan & Ortiz, P.C., Attn: Shelby Jordan, 500 North Shoreline Blvd, STE 900, Corpus Christi, TX 78401-0658 |
| 12280526 | + | Alex Emeric Jones, c/o Jordan & Ortiz, P.C., Attention: Shelby Jordan, 500 N. Shoreline Blvd., Suite 900, Corpus Christi, TX 78401-0658 |
| 12280380 | + | Amazon Marketplace, Amazon Payments, Inc., 410 Terry Ave N., Seattle, WA 98109-5210 |
| 12280383 | + | American Media/Reality Zone, PO Box 4646, Thousand Oaks, CA 91359-1646 |
| 12280384 | + | Andrews, Christopher, 210 N. Beyer Stree, Marion, TX 78124-4014 |
| 12280386 | + | Atomial, LLC, 1920 E. Riverside Drive, Suite A-120 #124, Austin, TX 78741-1350 |
| 12280388 | + | Balcones Recycling Inc., PO Box 679912, Dallas, TX 75267-9916 |
| 12280389 | + | Biodec, LLC, 901 S. Mopac Expressway, Building 4, Ste, Austin, TX 78746-5776 |
| 12280390 | + | Blott, Jacquelyn, 200 University Boulevard, Suite 225 #251, Round Rock TX 78665-1096 |
| 12280391 | + | Brennan Gilmore, c/o Civil Rights Clinic, ATTN: Andrew Mendrala, 600 New Jersey Avenue, NW, Washington, DC 20001-2022 |
| 12280392 | + | Campco, 4625 W. Jefferson Blvd, Los Angeles, CA 90016-4006 |
| 12280393 | + | Carlee SotoParisi, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280394 | + | Carlos Soto, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280395 | + | Chelsea Green Publishing, 85 North Main Street Ste 120, White River Junction, VT 05001-7135 |
| 12280396 | + | Christopher Sadowski, c/o Copycat Legal PLLC, 3111 N. University Drive Ste. 301, Coral Springs, FL 33065-5058 |
| 12280397 | + | City of Austin, PO Box 2267, Austin, TX 78783-2267 |
| 12280398 | | Cloudflare, Inc, Dept LA 24609, Pasadena, CA 91185-4609 |
| 12280399 | + | Constant Contact, Inc., 1601 Trapelo Road, Watham, MA 02451-7357 |
| 12280400 | + | CustomTattoNow.com, 16107 Kensington Dr #172, Sugar Land, TX 77479-4224 |
| 12280401 | | David Icke Books Limited, c/o Ickonic Enterprises Limited, St. Helen's House King Street, Derby DE1 3EE, United Kingdom |
| 12280402 | + | Deese, Stetson, 328 Greenland Blvd. #81, Death Valley, CA 92328-9600 |
| 12280404 | + | Dona Soto, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280409 | + | EPS, LLC, 17350 State Hwy 249, Ste 220, #4331, Houston, TX 77064-1132 |
| 12280411 | + | ERM Protect, 800 South Douglas Road, Suite 940N, Coral Gables, FL 33134-3125 |
| 12280407 | + | Edgecast, Inc., Dept CH 18120, Palatine, IL 60055-0001 |
| 12280408 | + | Elevated Solutions Group, 28 Maplewood Drive, Cos Cob, CT 06807-2601 |
| 12280410 | + | Erica Lafferty, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280414 | + | FW Robert Broadcasting Co, 2730 Loumor Ave, Metairie, LA 70001-5425 |

Case 22-60043   Document 70   Filed in TXSB on 08/13/22   Page 4 of 7

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 5 |
| Date Rcvd: Aug 11, 2022 | Form ID: pdf012 | Total Noticed: 158 |

| | | |
|---|---|---|
| 12280413 | + | Francine Wheeler, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280412 | + | Frost Insurance Agency, 401 Congress Avenue, 14th Floor, Austin ,TX 78701-3793 |
| 12280415 | + | Gabriela Tolentino, 5701 S Mopac Expy, Austin, TX 78749-1464 |
| 12280417 | | Gracenote, 29421 Network Place, Chicago, IL 60673-1294 |
| 12280419 | | Haivision Network Video, Deot CH 19848, Palatine, IL 60055-9848 |
| 12280420 | + | Ian Hockley, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280421 | + | Impact Fire Services, LLC, PO Box 735063, Dallas, TX 75373-5063 |
| 12280422 | | Independent Publishers Group, PO Box 2154, Bedford Park, IL 60499-2154 |
| 12280427 | + | JCE SEO, 6101 Broadway, San Antonio, TX 78209-4561 |
| 12280430 | + | JW JIB Productions, LLC, 2921 Carvelle Drive, Riviera Beach, FL 33404-1855 |
| 12280424 | + | Jacqueline Barden, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280425 | + | Jennifer Hensel, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280426 | + | Jeremy Richman, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280428 | + | Jillian Soto, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280429 | + | Justin Lair, 1313 Lookout Ave, Klamath Falls, OR 97601-6533 |
| 12280431 | | KI4U.com, 212 Oil Patch Lane, Gonzales, TX 78629-8028 |
| 12280436 | + | LIT Industrial, 1717 McKinney Ave #1900, Dallas, TX 75202-1253 |
| 12280433 | + | Larry Klayman, Esq., 7050 W. Palmetto Park Rd, Boca Raton, FL 33433-3426 |
| 12280434 | + | Leonard Pozner, c/o Kaster Lynch Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745 |
| 12280435 | + | Lincoln-Remi Group, LLC, 1200 Benstein Rd., Commerce Twp., MI 48390-2200 |
| 12280437 | #+ | Logo It, LLC, 820 Tivy Street, Kerrville, TX 78028-3654 |
| 12280438 | | Lumen/Level 3 Communications, PO Box 910182, Denver, CO 80291-0182 |
| 12280445 | + | MRJR Holdings, LLC, PO Box 27740, Las Vegas, NV 89126-7740 |
| 12280441 | | Magento, PO Box 204125, Dallas, TX 75320-4105 |
| 12280439 | + | Marcel Fontaine, c/o Kaster, Lynch, Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745 |
| 12280440 | + | Mark Barden, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280442 | + | Microsoft Bing Ads, c/o Microsoft Online, Inc., P.O. Box 847543, 1950 N Stemmons Fwy, Ste 5010, Dallas, TX 75207-3199 |
| 12280443 | + | Miller, Sean, PO Box 763, Wyalusing, PA 18853-0763 |
| 12280448 | + | Neil Heslin, c/o Kaster Lynch Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745 |
| 12280450 | + | NetSuite Inc, Bank of America Lockbox Services, Chicago, IL 60693-0001 |
| 12280451 | + | New Relic, 188 Spear Street, Suite 1200, San Francisco, CA 94105-1752 |
| 12280452 | | Newegg.com, 9997E. Rose Hills Road, Whittier, CA 90601 |
| 12280449 | + | Nicole Hockley, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280453 | + | One Party America, LLC, 6700 Woodlands Parkway, Suite 230-309, The Woodlands, TX 77382-2575 |
| 12280454 | + | Orkin, Inc., 5810 Trade Center Drive, Suite 300, Austin, TX 78744-1365 |
| 12280462 | + | PQPR Holdings Limited, LLC, c/o Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| 12280455 | + | Pattison Law Firm, P.C., 501 IH-35, Austin, TX 78702-3229 |
| 12280456 | + | Payarc, 411 West Putnam Avenue, Ste 340, Greenwich, CT 06830-6291 |
| 12280457 | + | Paymentus, 18390 NE 68th St, Redmond, WA 98052-5057 |
| 12280458 | + | Paz Law, LLC, 1021 Orange Center Road, Orange, CT 06477-1216 |
| 12280464 | + | Percision Oxygen, 13807 Thermal Dr, Austin, TX 78728-7735 |
| 12280459 | + | Perfect Imprints.com, 709 Eglin Pkwy NE, Fort Walton Beach, FL 32547-2527 |
| 12280460 | + | Perkins, Wes, General Delivery, Lockhart, TX 78644-9999 |
| 12280466 | + | Pipe Hitters Union, LLC, PO Box 341194, Austin, TX 78734-0020 |
| 12280467 | #+ | Post Hill Press, LLC, 8115 Isabella Lane, Ste. 4, Brentwood, TN 37027-9110 |
| 12280461 | + | Poulsen, Debra, 112 Eames St., Elkhorn, WI 53121-1228 |
| 12280469 | + | Power Reviews, Inc., 1 N. Dearborn Street, Chicago, IL 60602-4331 |
| 12280470 | + | Precision Camera, 2438 W Anderson Ln, Austin, TX 78757-1149 |
| 12280471 | + | Private Jets, LLC, 1250 E. Hallandale Beach Blvd, Suite 505, Hallandale, FL 33009-4635 |
| 12280463 | + | Protection 1 Alarm, PO Box 219044, Kansas City, MO 64121-9044 |
| 12280472 | + | Public Storage, 2301 E. Ben White Blvd, Austin, TX 78741-7110 |
| 12280468 | + | Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988 |
| 12280473 | + | Randazza Legal Group, PLLC, 2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117-3400 |
| 12280474 | + | RatsMedical.com, c/o Rapid Medical, 120 N Redwood Rd, North Salt Lake, UT 84054-2792 |
| 12280475 | + | Ready Alliance Group, Inc, PO Box 1709, Sandpoint, ID 83864-0901 |
| 12280476 | | Renaissance, PO Box 8036, Wisconsin Rapids, WI 54495-8036 |
| 12280478 | + | Restore America, PO Box 147, Grimsley, TN 38565-0147 |
| 12280479 | + | Robert Parker, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280487 | + | SLNT, 30 N Gould St, Ste 20647, Sheridan, WY 82801-6317 |
| 12280480 | + | Scarlett Lewis, c/o Farrar & Ball, LLP, 1117 Herkimer Street, Houston, TX 77008-6745 |
| 12280481 | + | Security Bank of Crawford, 6688 North Lone Star Parkway, PO Box 90, Crawford, TX 76638-0090 |
| 12280482 | + | Simon & Schuster, PO Box 70660, Chicago, IL 60673-0660 |
| 12280483 | | SintecMedia NYC, Inc. DBA Operative, PO Box 200663, Pittsburgh, PA 15251-2662 |

| District/off: 0541-4 | User: ADIuser | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf012 | Total Noticed: 158 |

| | | |
|---|---|---|
| 12280484 | + | Skousen, Joel, PO Box 565, Spring City, UT 84662-0565 |
| 12280485 | + | Skyhorse Publishing, 307 West 36th Street, 11th Floor, New York, NY 10018-6592 |
| 12280488 | + | Spectrum Enterprise aka Time Warner Cable, PO Box 60074, City of Industry, CA 91716-0074 |
| 12280489 | + | Stamps.com, 1990 E Grand Ave., El Segundo, CA 90245-5013 |
| 12280490 | + | Stone Edge Technologies, Inc, 660 American Avenue, Suite 204, King of Prussia, PA 19406-4032 |
| 12280491 | + | Stratus Technologies, 5 Mill & Main Place, Suite 500, Maynard, MA 01754-2660 |
| 12280492 | + | Studio 2426, LLC, 1920 E. Riverside Drive, Suite A120, #22, Austin, TX 78741-1350 |
| 12280493 | + | Synergy North America, Inc, 11001 W. 120th Avenue, Suite 400, Broomfield, CO 80021-3493 |
| 12280494 | | TD Canada Trust, 421 7th Avenue SW, Calgary, AB T2P 4K9, Canada |
| 12280497 | + | Texas Comptroller, PO Box 13003, Austin, TX 78711-3003 |
| 12280495 | | Texas Disposal Systems, Inc, PO Box 674090, Dallas, TX 75267-4090 |
| 12280496 | + | Texas Gas Service, PO Box 219913, Kansas City, MO 64121-9913 |
| 12280498 | + | Textedly, 133 N. Citrus Ave., Suite 202, Los Angeles, CA 90036 |
| 12280499 | + | The Creative Group, c/o Robert Half, 2884 Sand Hill Road, Ste 200, Menlo Park, CA 94025-7072 |
| 12280500 | + | The Hartford, PO Box 14219, Lexington, KY 40512-4219 |
| 12280501 | | The Steam Team, Inc, 1904 W. Koeing Lane, Austin, TX 78756-1211 |
| 12280502 | + | Third Coast Graphics, Inc, 110 Del Monte Dr., Friendswood, TX 77546-4487 |
| 12280505 | + | Thomas, David, 79 Malone Hill Road, Elma, WA 98541-9206 |
| 12280503 | | Travelers, PO Box 660317, Dallas, TX 75266-0317 |
| 12280504 | + | Travis County, PO Box 149328, Austin, TX 78714-9328 |
| 12280506 | + | U.S. Legal Support, PO Box 4772, Houston, TX 77210-4772 |
| 12280508 | + | Vazquez, Valdemar Rodriguez, 145 Quail Ridge Drive, Kyle TX 78640-9788 |
| 12280510 | + | Verizon Edgecast, 13031 West Jefferson Blvd, Building 900, Los Angeles, CA 90094-7002 |
| 12280511 | + | Veronique De La Rosa, c/o Kaster Lynch Farrar & Ball LLP, 1117 Herkimer, Houston, TX 77008-6745 |
| 12280512 | + | Vultr, 14 Cliffwood Avenue, Suite 300, Matawan, NJ 07747-3931 |
| 12280521 | + | WMQM-AM 1600, 21 Stephen Hill Road, Atoka, TN 38004-7183 |
| 12280522 | | WWCR, 1300 WWCR Avenue, Nashville, TN 37218-3800 |
| 12280513 | + | Waste Connections Lone Star, Inc., PO Box 17608, Austin, TX 78760-7608 |
| 12280514 | + | Water Event - Pure Water Solutions, 1310 Missouri St, South Houston, TX 77587-4537 |
| 12280515 | | Watson, Paul, 9 Riverdale Road, Ranmoor Sheffield, South Yorkshire S10 3FA, United Kingdom |
| 12280516 | | Westwood One, LLC, 3542 Momentum Place, Chicago, IL 60689-5335 |
| 12280518 | + | William Aldenberg, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280517 | + | William Sherlach, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280519 | + | Willow Grove Productions, 1810 Rockcliff Road, Austin, TX 78746-1215 |
| 12280520 | | Wisconsin Dept. of Revenue, PO Box 3028, Milwaukee, WI 53201-3028 |
| 12280523 | + | Your Promtional Products, LLC, 133 North Friendswood STE 186, Friendswood, TX 77546-3746 |
| 12280524 | + | Zendesk, Inc, 989 Market Street, San Francisco, CA 94103-1708 |
| 12280525 | + | Zoom US, 55 Almaden Blvd, 6th Floor, San Jose, CA 95113-1608 |
| 12280406 | + | eCommerce CDN, LLC, 221 E 63rd Street, Savannah, GA 31405-4226 |
| 12280444 | | mongoDB Cloud, 1633 Broadway, 39th Floor, New York, NY 10019-6757 |

TOTAL: 143

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Aug 11 2022 19:47:19 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
| 12280385 | Email/Text: g17768@att.com | Aug 11 2022 19:50:00 | AT&T, PO Box 5001, Carol Stream, IL 60197-5001 |
| 12280379 | + Email/Text: ally@ebn.phinsolutions.com | Aug 11 2022 19:50:00 | Ally Auto, PO Box 9001948, Louisville, KY 40290-1948 |
| 12280381 | Email/Text: bankruptcynotices@amazon.com | Aug 11 2022 19:51:00 | Amazon Web Services, 410 Terry Avenue North, Seattle, WA 98109-5210 |
| 12280382 | Email/PDF: bncnotices@becket-lee.com | Aug 11 2022 19:58:19 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 12280432 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Aug 11 2022 19:50:00 | Konica Minolta Premier Finance, PO Box 41602, Philadelphia, PA 19101-1602 |
| 12280403 | + Email/Text: G06041@att.com | | |

| District/off: 0541-4 | User: ADIuser | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf012 | Total Noticed: 158 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 11 2022 19:50:00 | DirectTV, PO Box 5006, Carol Stream, IL 60197-5006 |
| 12280416 | | Email/Text: Mailbox-Bankruptcy@gettyimages.com | Aug 11 2022 19:50:00 | Getty Images, Inc, PO Box 953604, St. Louis, MO 63195-3604 |
| 12280423 | | Email/Text: bankruptcy2@ironmountain.com | Aug 11 2022 19:50:00 | Iron Mountain, Inc, PO Box 915004, Dallas, TX 75391-5004 |
| 12280447 | + | Email/Text: ed@mvdb2b.com | Aug 11 2022 19:51:20 | MVD Entertainment Group, 203 Windsor Rd, Pottstown, PA 19464-3405 |
| 12280446 | + | Email/Text: ed@mvdb2b.com | Aug 11 2022 19:51:20 | Music Videos Distributors, 203 Windsor Rd, Pottstown, PA 19464-3405 |
| 12280486 | | Email/Text: bankruptcy@dsservices.com | Aug 11 2022 19:50:00 | Sparkletts & Sierra Springs, PO Box 660579, Dallas, TX 75266-0579 |
| 12280507 | + | Email/Text: accounts.receivable@uline.com | Aug 11 2022 19:50:00 | Uline Shipping Supply, 12575 Uline Drive, Pleasant Prarie, WI 53158-3686 |
| 12280509 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 11 2022 19:50:00 | Verizon, PO Box 660108, Dallas, TX 75266-0108 |
| 12280405 | + | Email/Text: jstauffe_bk@ebay.com | Aug 11 2022 19:51:00 | eBay, 2025 Hamilton Avenue, San Jose, CA 95125-5904 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ADP TotalSource, Inc. |
| intp | | David Ross Jones |
| intp | | Shelby A Jordan |
| 12280477 | | Resistance Manifesto |
| 12280465 | *+ | Perfect Imprints.com, 709 Eglin Pkwy NE, Fort Walton Beach, FL 32547-2527 |
| 12280418 | ##+ | Greenair, Inc, 23569 Center Ridge Road, Westlake, OH 44145-3642 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  ana.sanchez@mhllp.com |
| Avi Moshenberg | |

District/off: 0541-4     User: ADIuser     Page 5 of 5
Date Rcvd: Aug 11, 2022     Form ID: pdf012     Total Noticed: 158

on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com ana.sanchez@mhllp.com

Avi Moshenberg

on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com ana.sanchez@mhllp.com

Avi Moshenberg

on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com ana.sanchez@mhllp.com

Avi Moshenberg

on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com ana.sanchez@mhllp.com

Christopher Dylla

on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-cdylla@oag.texas.gov, Sherri.Simpson@oag.texas.gov

Ha Minh Nguyen

on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jarrod B. Martin

on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jayson B. Ruff

on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Joseph S.U. Bodoff

on behalf of Creditor ADP TotalSource Inc. jbodoff@rubinrudman.com

Melissa A Haselden

mhaselden@haseldenfarrow.com
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

R. J. Shannon

on behalf of Debtor Free Speech Systems LLC rshannon@shannonpllc.com rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Randy W Williams

on behalf of Creditor David Wheeler et al. rww@bymanlaw.com, rw13@trustesolutions.com;rw13@trustesolutions.net;rw11@trustesolutions.net;rww.trustee1@gmail.com

Raymond William Battaglia

on behalf of Debtor Free Speech Systems LLC rbattaglialaw@outlook.com rwbresolve@gmail.com

Ryan E Chapple

on behalf of Creditor David Wheeler et al. rchapple@cstrial.com, aprentice@cstrial.com

Shelby A Jordan

on behalf of Interested Party Shelby A Jordan cmadden@jhwclaw.com

Stephen A Roberts

on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 22

Case 22-60043 Document 70 Filed in TXSB on 08/13/22 Page 7 of 7