**EXHIBIT C**

Show Cause Order

| | |
|---|---|
| DOCKET NO: UWYCV186046436S | ORDER   421277<br>SUPERIOR COURT |
| LAFFERTY, ERICA Et Al<br>   V.<br>JONES, ALEX EMRIC Et Al | JUDICIAL DISTRICT OF WATERBURY<br>   AT WATERBURY<br><br>8/11/2022 |

ORDER

The following order is entered in the above matter:

ORDER:

The initial show cause hearing for Attorney Andino Reynal, juris number 443753 , will take place on the record as scheduled on Wednesday, August 17, 2022, at 10:00 a.m. but will be conducted remotely. The evidentiary show cause hearing for Attorney Norman Pattis, juris number 408681,will follow at 10:30 a.m., and will be conducted in person.

Judicial Notice (JDNO) was sent regarding this order.

421277

Judge: BARBARA N BELLIS

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.