IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 22-60043 |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | |
| | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |

### TRAVIS COUNTY'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS

Notice is hereby given that Jason A. Starks, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Respectfully submitted,

**DELIA GARZA**
Travis County Attorney
P.O. Box 1748
Austin, TX  78767
(512) 854-9092 Telephone
(512) 854-9316 Telecopier

By:   */s/ Jason A. Starks*
**JASON A. STARKS**
Assistant County Attorney
Texas Bar No. 24046903
Jason.Starks@traviscountytx.gov

1070150-1

## CERTIFICATE OF SERVICE

      I, Jason A. Starks, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this 23rd day of **August, 2022** and mailed by United States First Class Mail to any party listed below that is not registered.

      /s/ Jason A. Starks
      JASON A. STARKS

**DEBTORS**
Free Speech Systems, LLC
P.O. Box 19549
Austin, Texas 78760-9549

**DEBTORS' ATTORNEY**
Raymond W. Battaglia
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle
San Antonio, Texas 78218
(served electronically)

Kyung Shik Lee
KYUNG S. LEE PLLC
4723 Oakshire Drive, Apt. B
Houston, Texas 77027
(served electronically)

R.J. Shannon
SHANNON & LEE LLP
700 Milam Street, Suite 1300
Houston, Texas 77002
(served electronically)

**TRUSTEE**
Melissa A. Haselden
Pennzoil Place
700 Milam, Suite 1300
Houston, Texas 77002
(served electronically)

1070150-1