UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 22-60043 |
| **FREE SPEECH SYSTEMS, LLC.,** | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § § | |

**DEBTOR'S NOTICE OF PQPR INVENTORY INSTALLMENT PAYMENT
TO PQPR HOLDINGS LIMITED, LLC.**

PLEASE TAKE NOTICE that on August 5, 2022 the Court entered its *Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection* [Dkt. No. 41] (the "Interim Order"). In part, the Interim Order authorized the Free Speech Systems, LLC ("Debtor") to pay PQPR Holdings Limited, LLC ("PQPR") $250,000 to "Repay PQPR Inventory". The Interim Order required the Debtor to file notice on the Court's docket that the payment has been issued.

PLEASE TAKE FURTHER NOTICE that the Debtor paid $250,000 to PQPR on August 23, 2022.

Respectfully submitted.

LAW OFFICES OF RAY BATTAGLIA, PLLC

/S/ *RAYMOND W. BATTAGLIA*
Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, Texas 78218
Tel. (210) 601-9405

*Proposed Counsel to the Debtor and Debtor-In-Possession*

-and-

SHANNON & LEE LLP

/s/ *Kyung S. Lee*
Kyung S. Lee
State Bar No. 12128400
klee@shannonleellp.com
R. J. Shannon
State Bar No. 24108062
rshannon@shannonleellp.com
700 Milam Street, STE 1300
Houston, Texas 77002
Tel. (713) 714-5770

*Proposed Co-Counsel to the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service on the date of filing,

/s/Raymond W. Battaglia
Raymond W. Battaglia