UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| Free Speech Systems LLC | § | |
| | § | Case No. 22–60043 (CML) |
| Debtor. | § | |

**ORDER APPROVING THE SANDY HOOK FAMILIES' MOTION TO (I) APPOINT TORT CLAIMANTS COMMITTEE AND (II) REMOVE THE DEBTOR IN POSSESSION**

On August 25, 2022, the Sandy Hook Families (as defined in the Motion) filed their Motion to (I) Appoint Tort Claimants Committee and (II) Remove the Debtor in Possession (the "**Motion**"). The Court finds and concludes that cause exists to appoint a tort claimants committee and remove the Debtor in Possession.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The United States Trustee is directed to immediately appoint an official committee of tort claimants.

2. The Court removes the debtor in possession pursuant to 11 U.S.C. § 1185(a). The Chapter 11, Subchapter V Trustee, Melissa Haselden, is appointed to manage the affairs of the debtor.

Houston, Texas
Dated: August ___, 2022

CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE
