**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT A

```
 1                CAUSE NO. D-1-GN-18-001605

 2  MARCEL FONTAINE,              )   IN THE DISTRICT COURT
                                  )
 3        Plaintiff,              )
                                  )
 4  vs.                           )   TRAVIS COUNTY, TEXAS
                                  )
 5  INFOWARS, LLC, FREE           )
    SPEECH SYSTEMS, LLC, and      )
 6  KIT DANIELS,                  )
                                  )
 7        Defendants.             )   261ST JUDICIAL DISTRICT

 8

 9            ORAL AND VIDEOTAPED DEPOSITION OF

10       BRITTANY PAZ, CORPORATE REPRESENTATIVE OF

11                FREE SPEECH SYSTEMS, LLC

12                    February 15, 2022

13

14     ORAL AND VIDEOTAPED DEPOSITION OF BRITTANY PAZ,

15  CORPORATE REPRESENTATIVE OF FREE SPEECH SYSTEMS, LLC,

16  produced as a witness at the instance of the Plaintiff

17  and duly sworn, was taken in the above-styled and

18  numbered cause on February 15, 2022, from 9:03 a.m. to

19  3:34 p.m., before Amy M. Clark, Certified Shorthand

20  Reporter in and for the State of Texas, reported by

21  computerized stenotype machine at the offices of Kirker

22  Davis, LLP, 8310-I North Capital of Texas Highway, Suite

23  350, Austin, Texas 78731, pursuant to the Texas Rules of

24  Civil Procedure and the provisions stated on the record

25  or attached hereto.
```

198

1 of costs of products that were not paid to PQPR.
2    Q.   Okay.  How many -- how long has that debt been
3 accruing?
4    A.   I think that that debt was accruing up to a few
5 months ago, and I don't know when it started,
6 unfortunately.  I could tell you the reasons why it was
7 accruing, but I don't -- I don't know when it was
8 started to be accruing.
9    Q.   All right.  Let me see those real quick.
10   A.   This one?
11   Q.   Yeah.  This stack of (inaudible) here -- yeah.
12 Okay.
13        Who -- what -- how did we get to a
14 $53 million note?
15   A.   Sure.  So PQPR is the company that purchases
16 the products that are ultimately sold on the Infowars
17 website.  And for a number of years -- and I'm sorry I
18 don't know for how long -- all of the money was flowing
19 to Free Speech Systems instead of being paid to PQPR.
20 They were kind of just giving the money here and there,
21 but with no regularity.  And so the amount of money that
22 was owed to PQPR for those products totals that amount
23 of money.
24   Q.   Okay.  Who at PQPR was able to front
25 $53 million?

199

1    A.   I don't know -- I can't answer anything for
2 PQPR.  I don't represent them as a corporate
3 representative.
4    Q.   Sure.
5    A.   I don't know.
6    Q.   In -- where did you learn about PQPR?
7    A.   When I was discussing the structure of the
8 company from Melinda and how the -- the money is paid
9 from Free Speech to PQPR and who has ownership interests
10 in PQPR and Free Speech.  That's how I found it out.
11   Q.   How --
12   A.   Based on my conversations.
13   Q.   How is the money paid?
14   A.   Now how is it paid to PQPR?  I can say now how
15 it is.  Previously, I don't know.
16        So within the last few months, there is
17 this debt, and Free Speech has been attempting to pay
18 this debt down.  It pays PQPR $11,000 per week -- I
19 believe it's per business day -- five business days.  So
20 it's not seven business days, five -- five business
21 days -- plus a percentage of the products that are sold
22 on the site in attempt to address the backlog.
23        But prior to the last few months when it
24 was -- it wasn't being paid with any regularity.
25   Q.   So 11,000 -- so $44,000 every 20 days?

200

1    A.   Right.  So five days -- so, yes.  So per five
2 business days, $11,000.
3    Q.   The --
4    A.   Plus the percentage.
5    Q.   The -- when you say it started a few months
6 ago, when?
7    A.   I believe that -- based on my conversations
8 with Mr. Roe, the financial disentanglement between the
9 two companies happened within the last few months,
10 perhaps back to September.  But it's relatively recent.
11   Q.   Do you know what triggered that?
12   A.   I know that Mr. Jones had begun some -- some
13 estate management that was in -- in motion in the years
14 prior.  And I also know that PQPR and an attorney
15 associated with PQPR retained Mr. Roe as a consultant to
16 try to disentangle this.  I can't say as to when he
17 was -- he was retained to do that.  He wasn't retained
18 by Free Speech.  He was retained by -- by I believe an
19 attorney -- I can't remember his name -- on behalf of
20 PQPR.
21   Q.   His name's Eric Todd.
22   A.   I don't think that's the person that retained
23 him, no.
24   Q.   The only reason I say this is because
25 Mr. Whittenburg is the attorney you're talking about

201

1 that was retained, correct?
2    A.   No.  That's not accurate.
3    Q.   Well, then who is the attorney that was
4 retained?
5    A.   Like I said, I don't remember his name.
6    Q.   So you don't remember the name of anybody
7 that -- of the person that represents PQPR.  You don't
8 remember the attorney that was retained by that person
9 at PQPR.
10   A.   I don't -- I'm not the corporate representative
11 for PQPR.
12   Q.   I know.
13   A.   So I don't know.
14   Q.   Just trying to figure out what you know.
15   A.   Yeah.
16   Q.   So a lawyer at PQPR hired a lawyer?
17   A.   No.  The lawyer hired Mr. Roe.
18   Q.   Gotcha.
19   A.   Right.  As a consultant.
20   Q.   Okay.  If you look at -- let's look at
21 Exhibit 15.
22   A.   Okay.
23   Q.   Do you see the redactions?
24   A.   Yes.
25   Q.   Why are those redacted?

```
                                                                    282
 1    Given under my hand and seal of office on this _____
 2 day of _____, _____.
 3
 4                    _____
 5                    NOTARY PUBLIC IN AND FOR
 6                    THE STATE OF _____
 7 My Commission Expires: _____
```

```
                                                                    284
 1 of time used by each party at the time of the
 2 deposition:
 3    Mr. Bill Ogden (5h19m)
           Attorney for Plaintiff
 4    Mr. Mark Bankston (0h0m)
           Attorney for Plaintiff
 5    Ms. Jacquelyn Blott (0h05m)
           Attorney for Defendants
 6    That a copy of this certificate was served on all
 7 parties shown herein on _____ and filed
 8 with the Clerk.
 9    I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties in the
11 action in which this proceeding was taken, and further
12 that I am not financially or otherwise interested in the
13 outcome of this action.
14    Further certification requirements pursuant to
15 Rule 203 of the Texas Code of Civil Procedure will be
16 complied with after they have occurred.
17    Certified to by me on this 21st day of February,
18 2022.
19
20           _____
21           Amy M. Clark, CSR
             Texas CSR 8753
22           Expiration:  10/31/2023
             Res Ipsa Litigation Support, LLC
23           Firm No. 11371
             501 Congress Avenue, Suite 150
24           Austin, Texas 78701
             (512) 334-6777
25
```

```
                                                                    283
 1           CAUSE NO. D-1-GN-18-001605
 2 MARCEL FONTAINE,       )  IN THE DISTRICT COURT
                          )
 3     Plaintiff,         )
                          )
 4 vs.                    )  TRAVIS COUNTY, TEXAS
                          )
 5 INFOWARS, LLC, FREE    )
   SPEECH SYSTEMS, LLC, and )
 6 KIT DANIELS,           )
                          )
 7     Defendants.        )  261ST JUDICIAL DISTRICT
 8
 9            REPORTER'S CERTIFICATE
10    ORAL AND VIDEOTAPED DEPOSITION OF BRITTANY PAZ,
11  CORPORATE REPRESENTATIVE OF FREE SPEECH SYSTEMS, LLC
12              February 15, 2022
13    I, Amy M. Clark, Certified Shorthand Reporter in and
14 for the State of Texas, hereby certify to the following:
15    That the witness, BRITTANY PAZ, CORPORATE
16 REPRESENTATIVE OF FREE SPEECH SYSTEMS, LLC, was duly
17 sworn and that the transcript of the deposition is a
18 true record of the testimony given by the witness;
19    That the deposition transcript was duly submitted on
20 _____ to the witness or to the attorney for
21 the witness for examination, signature, and return to me
22 by _____.
23    That pursuant to information given to the deposition
24 officer at the time said testimony was taken, the
25 following includes all parties of record and the amount
```

```
                                                                    285
 1      FURTHER CERTIFICATION UNDER TRCP RULE 203
 2
 3    The original deposition was/was not returned to the
 4 deposition officer on _____.
 5    If returned, the attached Changes and Signature
 6 page(s) contain(s) any changes and the reasons therefor.
 7    If returned, the original deposition was delivered
 8 to Bill Ogden, Custodial Attorney.
 9    $_____ is the deposition officer's charges to the
10 Plaintiff for preparing the original deposition and any
11 copies of exhibits;
12    The deposition was delivered in accordance with Rule
13 203.3, and a copy of this certificate, served on all
14 parties shown herein, was filed with the Clerk.
15    Certified to by Res Ipsa Litigation Support, LLC on
16 this _____ day of _____, _____.
17
18
19
20           _____
21           Res Ipsa Litigation Support, LLC
             Firm No. 11371
22           501 Congress Avenue, Suite 150
             Austin, Texas 78701
23           (512) 334-6777
24
25
```