**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT C

```
NO. X06-UWY-CV-18-6046436S        )  SUPERIOR COURT
                                  )
ERICA LAFFERTY, ET AL,            )  COMPLEX LITIGATION DOCKET
                                  )
VS.                               )  AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL,          )  JUNE 24, 2021
                                  )
_____)
                                  )
NO. X-06- UWY-CV18-6046437-S      )  SUPERIOR COURT
                                  )
WILLIAM SHERLACH,                 )  COMPLEX LITIGATION DOCKET
                                  )
VS.                               )  AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )  JUNE 24, 2021
                                  )
_____)
                                  )
NO. X06-UWY-CV-18-6046438S        )  SUPERIOR COURT
                                  )
WILLIAM SHERLACH, ET AL.,         )  COMPLEX LITIGATION DOCKET
                                  )
VS.                               )  AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )  JUNE 24, 2021
```

------------------------------------

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF
FREE SPEECH SYSTEMS, LLC
BY
MICHAEL ZIMMERMANN
JUNE 24, 2021

------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL ZIMMERMANN, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and -numbered cause on JUNE 24, 2021, from 9:00 a.m. to 4:10 p.m., before

Michael Zimmerman  30(b)(6), Confidential
June 24, 2021

1  Rosalind Dennis, Notary in and for the State of Texas, reported
2  by machine shorthand, appearing remotely from Dallas, Texas,
3  pursuant to the Federal Rules of Civil Procedure and the
4  provisions stated on the record or attached hereto.

```
 1                  A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4        CHRISTOPHER M. MATTEI, ESQ.
          MATTHEW S. BLUMENTHAL, ESQ.
 5        KOSKOFF KOSKOFF & BIEDER, PC
          350 Fairfield Avenue, Suite 501
 6        Bridgeport, Connecticut 06604
          Cmattei@koskoff.com
 7        mblumenthal@koskoff.com
          (203) 336-4421
 8

 9    FOR THE DEFENDANTS:

10        JAY MARSHALL WOLMAN, ESQ.
          RANDAZZA LEGAL GROUP
11        100 Pearl Street
          14th Floor
12        Hartford, Connecticut 06103
          jmw@randazza.com
13        (702) 420-2001

14
      ALSO PRESENT:
15        Joel Raguso - Videographer

16

17

18

19

20

21

22

23

24

25
```

1
2
3
4

5  Q.  Okay. Moving forward to the next episode of
6  preparation, you believe that was earlier this week on Monday
7  or Tuesday at Free Speech Systems offices?
8  A.  That is correct.
9  Q.  Okay. And that was about an hour?
10 A.  That's correct.
11 Q.  Who participated in that prep session?
12 A.  I spoke to Bill Love on the phone who's the -- the
13 CPA to confirm, you know, some details.
14
15
16
17
18
19
20
21
22
23
24
25

1                Did -- you said that you also asked -- well,
2    did -- did Mr. Love provide you any other information about
3    Free Speech Systems's relationships with any other corporate
4    entities?
5         A.   I believe we discussed PQPR.
6         Q.   Okay.  And what did tell you about PQPR's
7    relationship with Free Speech Systems?
8         A.   Right.  Well, it's my understanding PQPR is a comp-
9    -- company that develops and prepares supplement products for
10   Free Speech Systems to then retail through its e-commerce
11   platform.
12        Q.   And did he describe for you any contractual
13   relationship between PQPR and Free Speech Systems?
14        A.   He didn't.
15        Q.   Okay.  Did he tell you who has the controlling
16   ownership of PQPR?
17             MR. WOLMAN:  Objection.
18        A.   He didn't.
19        Q.   I'm sorry?
20        A.   He did not.
21   [REDACTED]
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]

```
 1      Q.   But the only information you have is that from
 2  Alex Jones and that's what you've described, right?
 3      A.   That's correct.
 4  ████████████████████████████████████████████████████
 5  ████████████████████████████████████████████████████
 6  ████████████████████████████████████████████████████
 7  ████████████████████████████████████████████████████
 8  ████████████████████████████████████████████████████
 9  ████████████████████████████████████████████████████
10  ████████████████████████████████████████████████████
11  ████████████████████████████████████████████████████
12  ████████████████████████████████████████████████████
13  ████████████████████████████████████████████████████
14  ████████████████████████████████████████████████████
15  ████████████████████████████████████████████████████
16  ████████████████████████████████████████████████████
17  ████████████████████████████████████████████████████
18  ████████████████████████████████████████████████████
19      Q.   (BY MR. MATTIE)   And then, you said that you also
20  asked him about Free Speech Systems's business relationship
21  with PQPR, correct?
22      A.   That's correct.
23      Q.   And what did he advise you about that?
24      A.   He indicated to me that PQPR is a company that
25  basically develops and procures supplements that are then sold
```

```
 1   on the Infowars store by Free Speech Systems.
 2        Q.   Okay.  And did he say anything about who owns PQPR?
 3        A.   We did not discuss that.
 4        Q.   Okay.  Does -- who -- who does own PQPR?
 5        A.   It's owned by two other LLCs.
 6        Q.   What are they?
 7        A.   What are they?
 8        Q.   Huh-uh.
 9        A.   I don't have the names in front of me right now.
10        Q.   Okay.  So I understand that, sir, but what -- you are
11   testifying as Free Speech Systems.
12             So as you sit here today as Free Speech Systems,
13   I understand that your testimony is that Free Speech Systems is
14   unaware of the two corporate entities that have an ownership
15   interest in PQPR, correct?
16             MR. WOLMAN:  Objection.  That's beyond the scope
17   of Number 3.
18        A.   Free Speech Systems has knowledge of PQPR and its
19   business relationship, but not the management or structure of
20   PQPR.
21   
22   
23   
24   
25   
```

8  Q. Okay. Since 2012, has Free Speech System taken on
9  any debt?
10 A. I can't testify to that today. It keeps financial
11 records.
12 Q. Okay. So Free Speech Systems is unaware whether it
13 has taken on any debt since 2012, correct?
14          MR. WOLMAN: Objection.
15 Q. (BY MR. MATTIE)   Correct?
16 A. Correct.

[Lines 1–11 redacted]

BY MR. MATTEI:

    Q.   Mr. Zimmermann, did anybody provide you with any information during the break?

    A.   No.

    Q.   Okay. All right. So, Mr. Zimmermann Free Speech Systems is owned and operated by Alex Jones, correct?

    A.   That's correct.

    Q.   And does he have authority over all Free Speech Systems operations?

    A.   That's correct.

    Q.   Okay. He is the CEO and owner?

    A.   That's correct.

    Q.   And does he have the authority to hire and fire

```
 1   anybody of his choosing?
 2        A.   That's correct.
 3        Q.   And does he have authority to overrule any decision
 4   made by a subordinate?
 5        A.   That's correct.
 6        Q.   And he has ultimate authority over Free Speech
 7   finances?
 8        A.   That's correct.
 9        Q.   And he is not accountable to a board of directors or
10   any governing authority, correct?
11        A.   Correct.
12        Q.   When did Free Speech Systems hire its first employee?
13        A.   The company maintains records.  I don't have
14   information on that with me today?
15        Q.   Can Free Speech Systems approximate the year that it
16   first hired an employee?
17        A.   Approximately 2007, 2008.
18        Q.   How many people are employed by Free Speech Systems
19   presently?
20        A.   Presently, approximately 80.
21
22
23
24
25
```

```
NO. X06-UWY-CV-18-6046436S        )  SUPERIOR COURT
                                  )
ERICA LAFFERTY, ET AL,            )  COMPLEX LITIGATION DOCKET
                                  )
VS.                               )  AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL,          )  JUNE 24, 2021
                                  )
_____   )
                                  )
NO. X-06- UWY-CV18-6046437-S      )  SUPERIOR COURT
                                  )
WILLIAM SHERLACH,                 )  COMPLEX LITIGATION DOCKET
                                  )
VS.                               )  AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )  JUNE 24, 2021
                                  )
_____   )
                                  )
NO. X06-UWY-CV-18-6046438S        )  SUPERIOR COURT
                                  )
WILLIAM SHERLACH, ET AL.,         )  COMPLEX LITIGATION DOCKET
                                  )
VS.                               )  AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )  JUNE 24, 2021
```

REPORTER'S CERTIFICATION

DEPOSITION OF MICHAEL ZIMMERMANN

JUNE 24, 2021

I, Rosalind Dennis, Notary in and for the State of Texas, hereby certify to the following:

That the witness, MICHAEL ZIMMERMANN, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the original deposition was delivered to Mr. Mattei.

That the amount of time used by each party at the

Michael Zimmerman   30(b)(6), Confidential
June 24, 2021

```
 1  deposition is as follows:
 2  MR. MATTEI          .....05 HOUR(S): 23 MINUTE(S)
    MR. WOLMAN          .....00 HOUR(S): 26 MINUTE(S)
 3
 4       That pursuant to information given to the deposition
 5  officer at the time said testimony was taken, the following
 6  includes counsel for all parties of record:
 7  Mr. Mattei                      Attorney for the Plaintiff.
 8  Mr. Wolman                      Attorney for the Defendant.
 9       I further certify that I am neither counsel for, related
10  to, nor employed by any of the parties or attorneys in the
11  action in which this proceeding was taken, and further that I
12  am not financially or otherwise interested in the outcome of
13  the action.
14       Certified to by me this 12th day of July, 2021.
15
16
17                              _____
                                ROSALIND DENNIS
                                Notary in and for the
18                              State of Texas
                                Notary: 129704774
19                              My Commission Expires: 10/8/2022
                                US LEGAL SUPPORT
20                              8144 Walnut Hill Lane
                                Suite 120
21                              Dallas, Texas 75231
                                214-741-6001
22                              214-741-6821 (FAX)
                                Firm Registration No. 343
23
24
25
```