**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT F

```
NO. X06-UWY-CV-18-6046436-S

_____
ERICA LAFFERTY, ET AL.,          ) SUPERIOR COURT
                                 ) COMPLEX LITIGATION
                                 ) AT WATERBURY
v.                               )
                                 )
ALEX EMRIC JONES, ET AL.         )
_____)
NO. X06-UWY-CV-18-6046437-S      ) SUPERIOR COURT
                                 ) COMPLEX LITIGATION
WILLIAM SHERLACH                 ) DOCKET AT WATERBURY
                                 )
v.                               )
                                 )
ALEX EMRIC JONES, ET AL.         )
_____)
NO. X06-UWY-CV-18-6046438-S      ) SUPERIOR COURT
                                 ) COMPLEX LITIGATION
WILLIAM SHERLACH, ET AL.         ) DOCKET AT WATERBURY
                                 )
v.                               )
                                 )
ALEX EMRIC JONES, ET AL.         )
_____)
```

CONTINUED VIDEOTAPED DEPOSITION OF
ALEX EMRIC JONES
VOLUME II
(CONFIDENTIAL)

DATE:      April 6, 2022

TIME:      9:37 a.m.

HELD AT:   Koskoff Koskoff & Bieder
           350 Fairfield Avenue
           Bridgeport, Connecticut

   By:     Sarah J. Miner, RPR, LSR #238

```
 1  A P P E A R A N C E S:

 2  For the Plaintiffs:

 3  Christopher M. Mattei, Esq.
    Matthew S. Blumenthal, Esq.
 4  Alinor C. Sterling, Esq.
    Koskoff Koskoff & Bieder
 5  350 Fairfield Avenue
    Bridgeport, Connecticut  06604
 6

 7  For Alex Emric Jones, Infowars, LLC, Free Speech
    Systems, LLC, Infowars Health, LLC and Prison
 8  Planet TV, LLC:

 9  Norman A. Pattis, Esq.
    Pattis & Smith, LLC
10  383 Orange Street, First Floor
    New Haven, Connecticut  06511
11

12  For Genesis Communications Network, Inc.:
    (Appearing via Zoom)
13
    Mario Kenneth Cerame, Esq.
14  Brignole & Bush LLC
    73 Wadsworth Street
15  Hartford, Connecticut  06106

16  Also Present:

17  Pritika Seshadri

18

19

20

21

22

23

24

25
```

```
18  BY MR. MATTEI:
19      Q   And do you see here, Mr. Jones, on Column
20  A, it was 2015 and then in Column C it shows dates
21  of distributions paid out of PQPR.  Do you see
22  that?
23      A   Yes.
24      Q   And those distributions went to two other
25  entities JLJR and PLJR.  Correct?
```

```
1      A   I think so.
2      Q   Are you familiar with this distribution
3  scheme you have here where PQPR is making
4  distributions of its proceeds to two corporate
5  entities, one of which you control?
6            MR. PATTIS:  Objection as to form.
7            THE WITNESS:  I don't really follow
8       all this.  The accountants and the CPA do
9       it.
10 BY MR. MATTEI:
11     Q   Okay.  So is it your testimony that you
12 are unaware as you sit here that you were a
13 controlling member of PLJR?
14           MR. PATTIS:  In what period?
15           MR. CERAME:  Objection.
16 BY MR. MATTEI:
17     Q   2015.
18     A   You know, I had lawyers and accountants
19 set all this up and then I -- and you are welcome
20 to talk to them.  I don't want to get something
21 wrong.
22     Q   Who am I welcome to talk to?
23     A   I mean whoever you want to talk to.
24     Q   You just told me that you had lawyers and
25 accountants that you --
```

1     A    Whoever.

2     Q    You just told me you had lawyers and
3  accountants set this up for you and that I would be
4  welcome to talk to them.  I appreciate that
5  invitation.  So who could I speak to about this?

6              MR. PATTIS:  There is a point of
7         privilege I would like to speak to
8         Mr. Jones to -- whether he is, in fact,
9         waiving it.  My concern is that this part
10        of the transcript may be used to present a
11        waiver of a privilege claim.

12             THE WITNESS:  I don't waive any
13        privilege claim.

14 BY MR. MATTEI:

15    Q    Put the lawyers aside, which accountants
16 did you use to put this together for you that you
17 said I would be welcome to speak with?

18    A    There was -- back at this time, like I
19 said, it would be Bill Love.

20    Q    You are willing to make Bill Love
21 available to me to talk about this?

22             MR. PATTIS:  Objection.

23             THE WITNESS:  I guess you could
24        subpoena him.

25 BY MR. MATTEI:

1  Q  Well, I mean, he's -- you pay him a whole
2  bunch of money, right?
3           MR. PATTIS:  Objection.
4           THE WITNESS:  I don't understand.
5  BY MR. MATTEI:
6   Q  Would you request Bill Love sit for a
7  deposition in this case so that I can ask him about
8  this?
9           MR. PATTIS:  Objection.
10          THE WITNESS:  I can't speak really
11      for him, but I wouldn't oppose it.
12 BY MR. MATTEI:
13  Q  Would you be actually willing to make that
14 call today to see if he could sit with us?
15          MR. PATTIS:  Objection.
16 BY MR. MATTEI:
17  Q  The reason I'm asking, Mr. Jones, is you
18 just said a minute ago that I'd be -- you would
19 welcome me speaking with him.  So I am just asking
20 if you want to give Bill Love a call and see if
21 he'll sit for a deposition and talk with me about
22 this?
23          MR. PATTIS:  Objection.
24          THE WITNESS:  I guess I can give him
25      a call, sure.

```
 1
 2                    C E R T I F I C A T E
 3        I hereby certify that I am a Notary Public, in
 4    and for the State of Connecticut, duly commissioned
 5    and qualified to administer oaths.
 6        I further certify that the deponent named in
 7    the  foregoing deposition was by me duly sworn and
 8    thereupon testified as appears in the foregoing
 9    deposition; that said deposition was taken by me
10    stenographically in the presence of counsel and
11    reduced to typewriting under my direction, and the
12    foregoing is a true and accurate transcript of the
13    testimony.
14        I further certify that I am neither of counsel
15    nor related to either of the parties to said suit,
16    nor of either counsel in said suit, nor am I
17    interested in the outcome of said cause.
18        Witness my hand and seal as Notary Public the
19    10th day of April, 2022.
20    [signature: Sarah J Miner]
21    _____
22    Sarah J. Miner, RPR, LSR #238
23    Notary Public
24    My Commission Expires:
25    November 30, 2022
```