# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § | Chapter 11 |
| Free Speech Systems LLC | | |
| | | Case No. 22–60043 (CML) |
| Debtor. | | |

# EXHIBITS (PART 2)

### THE SANDY HOOK FAMILIES' MOTION TO (I) APPOINT TORT CLAIMANTS COMMITTEE AND (II) REMOVE THE DEBTOR IN POSSESSION

*(Related to ECF 102)*