**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT I

Alex Jones Volume III
June 21, 2022

NO. X-06-UWY-CV-18-6046436-S    :  SUPERIOR COURT

ERICA LAFFERTY, ET AL.          :  COMPLEX LITIGATION
                                      DOCKET
                                :

V.                              :  AT WATERBURY

ALEX EMRIC JONES, ET AL.        :  OCTOBER 21, 2021

_____

NO. X-06-UWY-CV-18-6046437-S    :  SUPERIOR COURT

WILLIAM SHERLACH                :  COMPLEX LITIGATION
                                      DOCKET
                                :

V.                              :  AT WATERBURY

ALEX EMRIC JONES, ET AL.        :  OCTOBER 21, 2021

_____

NO. X-06-UWY-CV-18-6046438-S    :  SUPERIOR COURT

WILLIAM SHERLACH, ET AL,        :  COMPLEX LITIGATION
                                :  DOCKET
                                :

V.                              :  AT WATERBURY

ALEX EMRIC JONES, ET AL.        :  OCTOBER 21, 2021


            ***************************************

            AMENDED ORAL AND VIDEOTAPED DEPOSITION

                  APPEARING REMOTELY FROM

                        AUSTIN, TEXAS

                         ALEX JONES

                       JUNE 21, 2022

            ***************************************

                   V O L U M E   I I I

Alex Jones Volume III
June 21, 2022

1          ANSWERS AND ORAL DEPOSITION OF ALEX JONES, a

2     witness produced at the instance of the Plaintiff, was

3     taken in the above-styled and numbered cause on the

4     21ST day of JUNE 2022, from 9:11 a.m. to 3:13 p.m.,

5     before VANESSA S. ROBERTSON, CSR in and for the State

6     of Texas, reported by machine shorthand, appearing

7     remotely from Parker County, Texas, pursuant to the

8     Texas Federal Rules of Civil Procedure.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alex Jones Volume III
June 21, 2022

1   REMOTE APPEARANCES:

2

    FOR THE PLAINTIFF:
3
        MR. CHRISTOPHER M. MATTEI
4       MS. ALINOR STERLING
        MS. JESSICA HARTMAN
5       KOSKOFF KOSKOFF & BIEDER, PC
        350 FAIRFIELD AVENUE
6       BRIDGEPORT, CONNECTICUT 06604
        (203) 336-4421
7       cmattei@koskoff.com

8   FOR THE DEFENDANT:

9       MR. CAMERON ATKINSON
        PATTIS & SMITH LLC
10      383 ORANGE STREET
        FIRST FLOOR
11      NEW HAVEN, CONNECTICUT 06511
        (203) 393-3017
12      catkinson@pattisandsmith.com

13  FOR THE DEFENDANT:

14      MR. MARIO KENNETH CERAME
        BRIGNOLE & BUSH, LLC
15      73 WADSWORTH STREET
        HARTFORD, CONNECTICUT 06106
16      (860) 527-9973
        mario@brignole.com

17

18
    ALSO PRESENT:
19
        MR. MARK HENDRIX, VIDEOGRAPHER
20

21

22

23

24

25

Alex Jones Volume III
June 21, 2022

1

2

3      Q    How many cryptocurrency wallets are currently

4   linked to the Infowars.com donation page?

5      A    I don't -- I don't know the specifics.

6   They're all linked right there.  It's all public.

7      Q    Okay.  Who manages that for you?

8      A    The IT department.

9      Q    Okay.  Which is who?

10     A    I mean, right now, it's -- it's basically

11  myself and Zimmerman.  He's a consultant.  I don't

12  really understand it.  But I'm the person that manages

13  it because I'm -- I mean, I've told them to set it up

14  and -- that --

15     Q    Okay.  So you have access to those crypto

16  wallets, correct, personal access?

17     A    Yes.

18     Q    And so does Zimmerman, correct?

19     A    Yes.

20     Q    Anybody else?

21     A    I don't know the specifics of the technicals,

22  but it's like three people -- or you have to put like

23  three codes in.  I've only messed with it a few times.

24  It's -- all of the transactions are public, that's what

25  the blockchain does, I know that.  So it's all right

1    there.

2         Q    The transactions are public, but who is

3    authorized to execute the transactions are limited to

4    people who have access to the wallets, correct?

5         A    Yeah, so I have to -- I mean, I go in and I do

6    it.

7         Q    Okay.  So you personally execute the

8    transactions within each of those wallets linked to the

9    Infowars.com page, correct?

10        A    I mean, I -- I mean, I go in there and then

11   they explain it to me and I do it, yeah.

12        Q    Okay.  And you're in charge as to when to

13   withdraw any cryptocurrency from those wallets,

14   correct?

15        A    Yes.

16        Q    Okay.  Nobody else has authority to dispose of

17   the cryptocurrency assets in any of those wallets,

18   correct?

19        A    No.

20        Q    Beginning of -- on April 23rd of this year,

21   one of the wallets linked -- one of the cryptocurrency

22   wallets linked to Infowars.com started receiving large

23   donations of cryptocurrency from a single source,

24   correct?

25        A    Yes -- well, there were other donations,

Alex Jones Volume III
June 21, 2022

```
 1    too.

 2        Q    I'm sorry?

 3        A    Can you ask your question again?

 4        Q    Sure.  Well, I think you've answered it.  I

 5    was asking what you said.

 6                    MR. ATKINSON:  Would it be helpful

 7    for the court reporter to read it back, Chris?

 8                    MR. MATTEI:  No, no, I think I have

 9    the answer.  I'm just -- oh, yeah, I'd be happy to have

10    her read back his answer.  Yes.  Thank you.

11                    THE WITNESS:  I don't need them to

12    do that.  The point is he said a single source.  We

13    got -- there was quite a few of Bitcoin donations.

14                    THE COURT REPORTER:  Do you want me

15    to read it back?

16                    MR. MATTEI:  Yeah, thank you.

17            (Requested portion was read back.)

18        Q    (By Mr. Mattei)  So you know that I'm

19    referring to the single donor who donated over a

20    million dollars in Bitcoin on April 23rd, correct?

21        A    Yes.

22        Q    Okay.  And then there was another donation of

23    just over a million dollars on April 30th from the same

24    donor, correct?

25        A    Yes.
```

```
 1        Q    And there was another donation on May 19th of
 2   about $5.9 million worth of Bitcoin from that same
 3   donor, correct?
 4        A    We believe it's the same donor.  We don't
 5   know.
 6        Q    Okay.  Well, according to the identifying data
 7   on the donor's wallet, it's the same wallet, correct?
 8        A    I believe so.  I don't have it in front of
 9   me.
10        Q    And your testimony is that you don't know the
11   identity of the individual responsible for those
12   donations?
13        A    I do not.
14        Q    Okay.  Do you know anybody who does?
15        A    No.
16        Q    Have you had any communication with anybody
17   representing themselves to be the donor?
18        A    No.
19        Q    And you cashed out about half of the Bitcoin
20   donated by that individual, correct?
21        A    Yes.
22        Q    And you did that personally, correct?
23        A    Yes.
24        Q    And where did those --
25        A    I don't have it in front of me, but it's more
```

1    than half.

2         Q    And what did you do with those proceeds once

3    you converted it to actual currency?

4         A    I put it into a personal bank account of mine

5    and then I've transferred most of it to -- and am still

6    transferring it to Free Speech Systems as a capital

7    injection.

8         Q    And so you -- you said you have transferred

9    and you are continuing to transfer those proceeds into

10   Free Speech Systems as a capital investment in Free

11   Speech Systems?

12        A    I don't know the technical term for it, but I

13   am -- I intend to -- to -- to spend it -- to continue

14   Free Speech's mission of promoting freedom and

15   populism, because that's what I have seen the donations

16   give as.  I don't know that -- I don't know why it was

17   given, but we were -- we've been asking for donations

18   to keep the company going.  So it's my intent to use

19   the lion share of it to continue the operation.

20        Q    And you have not yet done that, correct?

21        A    No, I -- I've begun to do it.  I -- it --

22   it's -- most of it is being transferred -- has been

23   transferred already into there.

24        Q    Okay.  Well, let's just be clear, okay?  Of

25   the money that you cashed out and directed to your

Alex Jones Volume III
June 21, 2022

1    personal bank account, how much have you transferred

2    into Free Speech Systems?

3         A    I don't have the exact accounting in front of

4    me, but an example is, some has gone directly into Free

5    Speech Systems, other has gone directly into legal

6    bills, but the things, generally, you know, dealing

7    with the operation of the company.

8         Q    Well, you testified that you took a little bit

9    more than half, right?  So you would say over --

10        A    I think it's a lot -- I don't have the numbers

11   in front of me, but it's -- in fact, I was going to go

12   today after this and try to do the accounting on that

13   specifics, because I want to know that.  Unfortunately,

14   we didn't transfer all of it out of Bitcoin.  And

15   Bitcoin has crashed, so that's not good.

16        Q    All right.  So you transferred about $4

17   million out from the crypto wallet to your personal

18   account after these donations were received, correct?

19        A    I don't have the numbers in front of me, but I

20   think it's more than that.

21        Q    Okay.  Is it -- is it more than 5 million?

22        A    It had already gone down so --

23                   MR. ATKINSON:  Objection to form.

24   You can answer.

25        A    I don't have the specifics.

Alex Jones Volume III
June 21, 2022

```
 1        Q     (By Mr. Mattei)  Okay.  You're -- and I'm not
 2   holding you to a precise amount here, Mr. Jones, but
 3   your testimony is that you believe that following the
 4   May 19th donation from what appears to be a single
 5   crypto donor, you executed a transaction withdrawing
 6   between 4 and $5 million from that wallet to your
 7   personal bank account, correct?
 8        A     Yes.
 9        Q     Okay.  And now I'm asking you, how much of
10   that 4 to $5 million, roughly, have you transferred
11   into Free Speech Systems?
12        A     I don't have the numbers in front of me.
13        Q     So the answer is you don't know?
14        A     Well, do I have your permission to go
15   speculate here, like it won't be 100 percent.  I don't
16   have the exact numbers here in front of me.
17        Q     I'm just trying to get a sense of, to the
18   extent that you have a reasonable basis to estimate,
19   that's fine.  I don't want you to just pull a number
20   out of thin air and you have no idea.  If you have a
21   reasonable basis to estimate how much you have
22   reinvested in Free Speech Systems, please give that
23   answer.
24        A     Well, I don't know about the term reinvested.
25   It's just a capital, you know, injection to the
```

1    company.  It's -- it's -- some company bills have been

2    directly out of my bank account, my private bank

3    account, just for expediency.  Instead of just

4    transferring it into Free Speech Systems and having

5    that, but more than 2 million has been transferred into

6    Free Speech Systems and paid out for back bills.  And

7    then others has gone to legal bills.  And then other

8    has gone to buy product so that we have product to

9    sell.

10                       And it's my intent to do that with

11   basically all of the funds.  I may keep some to

12   reimburse myself for past -- because I'm paid

13   privately, but my intent is to currently spend about 90

14   percent of it in -- into keeping Free Speech afloat

15   and -- and --

16        Q    As it stands right now, I understand your

17   testimony to be that as of today you estimate that

18   about 2 million of the cryptocurrency proceeds that you

19   cashed out, you have injected into Free Speech Systems,

20   correct?

21        A    No.  If memory serves, over 2 million directly

22   into Free Speech Systems.  And then I've been paying

23   other substantive bills for Free Speech Systems

24   directly out of my private account.

25        Q    I'm -- I'm leaving out the bills for a minute.

Alex Jones Volume III
June 21, 2022

1    I'm just talking about direct transfer of money from

2    your personal account to Free Speech Systems comprised

3    of the cryptocurrency proceeds, that your testimony is

4    that that amounts to approximately $2 million,

5    correct?

6         A    I think it's approaching 3 million.

7         Q    Okay.  Fair enough.  And then you claim that

8    you also used cash within your personal account, since

9    May of this year, to pay Free Speech Systems' bills; is

10   that right?

11        A    Yeah, we paid a $344,000 bill for the

12   bankruptcy yesterday out of it, out of my personal

13   account, that's an example.

14        Q    Okay.  A $344,000 bill for the bankruptcy

15   associated with what?

16        A    I mean, I just do my show and you guys -- just

17   a big, long war you got going on, so...

18        Q    Okay.  Well, you just -- you just testified

19   that you paid $344,000 yesterday.  What did you think

20   you were paying for?

21        A    Paying for things associated with the

22   bankruptcy.

23        Q    Who was the payee?

24        A    It was a -- it was a long list.  It was a long

25   bill.

Alex Jones Volume III
June 21, 2022

```
 1    it again.

 2                    You'd agree with me that since

 3    PQPR's formation, you, either directly or indirectly,

 4    have had a controlling majority ownership stake,

 5    correct?

 6                    MR. ATKINSON:  Objection to form.

 7    You can answer.

 8         A    Yes.

 9         Q    (By Mr. Mattei)  Do you recall, Mr. Jones, in

10    connection with your divorce from Kelly Jones that you

11    had a valuation conducted of Free Speech Systems and

12    PQPR?

13                    MR. ATKINSON:  Objection to form.

14    You can answer.

15         A    I do.

16         Q    (By Mr. Mattei)  And that valuation was

17    conducted for use in connection with your divorce,

18    correct?

19         A    Yes.

20         Q    Do you know if that valuation was presented to

21    the court presiding over your divorce?

22         A    I think it was.

23         Q    Okay.  Mr. Jones, I'm going to show you what

24    we've marked as Exhibit 185.  And showing you Page 1.

25    Do you have before you the valuation that was conducted
```

Alex Jones Volume III
June 21, 2022



9      Q    (By Mr. Mattei)  Okay.  So your testimony is

10   that the majority of money that PQPR makes from the

11   sale of supplements, it then reverts back to Free

12   Speech Systems to pay for advertising, correct?

13      A    Yeah --

14                     MR. ATKINSON:  Objection to form.

15   You can answer.

16      Q    (By Mr. Mattei)  Is that correct?

17      A    Well, here's the thing.  I shouldn't even

18   speculate or try to be helpful.  It doesn't matter.

19   Just make up whatever you want.  Just keep going.

20      Q    (By Mr. Mattei)  Mr. Jones, you're the owner

21   of Free Speech Systems, correct?

22      A    Yes.

23      Q    Okay.  You just testified that the profits

24   made by PQPR are sent back to Free Speech Systems to

25   pay for advertising; did you not?

Alex Jones Volume III
June 21, 2022

15                    I understand from your testimony

16    that you believe that David Jones is claiming that

17    under PQPR's agreement with Free Speech Systems, Free

18    Speech Systems was supposed to send a percentage of

19    sale proceeds to PQPR?

20        A     Yeah, I forget the exact agreement.  You'd

21    have to -- I forget the exact agreement.  The point is

22    is it's not being paid under what the agreement is.

23        Q     Right.  And I'm just trying to figure out

24    what's not being paid.  I take it that you -- it's a

25    percentage of the sale proceeds that PQPR claims it was

Alex Jones Volume III
June 21, 2022

1    owed --

2          A    I don't know.  It's something -- I don't

3    remember.  In fact, I shouldn't even -- I'm just trying

4    to be helpful, but I just don't remember.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alex Jones Volume III
June 21, 2022

8                      Of Free Speech Systems' current

9    employees, your testimony is that you are the most

10   knowledgeable person to testify concerning the

11   relationship between Free Speech Systems and PQPR,

12   correct?

13        A    Yeah, because none of them even know anything.

14   They just run the radio and TV show.  And then

15   accounting just, under the agreement, pays -- pays

16   PQPR.

Alex Jones Volume III
June 21, 2022

```
 1   NO. X-06-UWY-CV-18-6046436-S    :  SUPERIOR COURT

 2   ERICA LAFFERTY, ET AL.          :  COMPLEX LITIGATION
                                           DOCKET
 3                                   :

 4   V.                              :  AT WATERBURY

 5   ALEX EMRIC JONES, ET AL.        :  OCTOBER 21, 2021

 6   _____

 7   NO. X-06-UWY-CV-18-6046437-S    :  SUPERIOR COURT

 8   WILLIAM SHERLACH                :  COMPLEX LITIGATION
                                           DOCKET
 9                                   :

10   V.                              :  AT WATERBURY

11   ALEX EMRIC JONES, ET AL.        :  OCTOBER 21, 2021

12   _____

13   NO. X-06-UWY-CV-18-6046438-S    :  SUPERIOR COURT

14   WILLIAM SHERLACH, ET AL.        :  COMPLEX LITIGATION
                                           DOCKET
15                                   :

16   V.                              :  AT WATERBURY

17   ALEX EMRIC JONES, ET AL.        :  OCTOBER 21, 2021

18

19
          _____
20
                     REPORTER'S CERTIFICATION
21                  DEPOSITION OF ALEX JONES
                         JUNE 21, 2022
22        _____

23

24

25       I, VANESSA S. ROBERTSON, Certified Shorthand
```

Alex Jones Volume III
June 21, 2022

 1    Reporter in and for the State of Texas, hereby certify

 2    to the following:

 3         That the witness, ALEX JONES, was duly sworn by

 4    the officer remotely and that the transcript of the

 5    oral deposition is a true record of the testimony given

 6    by the witness;

 7         That the deposition transcript was submitted on

 8    _____, 2022 to MR. CAMERON ATKINSON, for

 9    examination, signature and return to me by

10    _____, 2022.

11         That the amount of time used by each party at the

12    deposition is as follows:

13              MR. CHRISTOPHER MATTEI - 2 hours, 32 minutes

14              MR. MARIO CERAME - 15 minutes

15         That pursuant to information given to the

16    deposition officer at the time said testimony was

17    taken, the following includes counsel for all parties

18    of record:

19              MR. CHRISTOPHER M. MATTEI, Attorney for

20              Plaintiff.

21              MR. CAMERON ATKINSON, Attorney for Defendant.

22              MR. MARIO CERAME, Attorney for Defendant.

23         I further certify that I am neither counsel for,

24    related to, nor employed by any of the parties or

25    attorneys in the action in which this proceeding was

Alex Jones Volume III
June 21, 2022

1    taken, and further that I am not financially or

2    otherwise interested in the outcome of the action.

3         Further certification requirements pursuant to

4    Rule 203 of TRCP will be certified to after they have

5    occurred.

6         Certified to by me this _____ day of _____,

7    A.D., 2022.

8

9

10

11

12

13                    *Vanessa S. Robertson*

14

15             _____
               VANESSA S. ROBERTSON
               TEXAS CSR 4930
16             EXPIRATION Date: 04/30/2022
               FIRM REGISTRATION No. 343
17
               U.S. LEGAL SUPPORT
18             8144 WALNUT HILL LANE
               SUITE 350
19             DALLAS, TEXAS 75231
               (214) 741-6001
20

21

22

23

24

25