**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § § § | **Chapter 11** |
| **Free Speech Systems LLC** | | **Case No. 22–60043 (CML)** |
| Debtor. | | |

**ORDER APPROVING THE SANDY HOOK FAMILIES' MOTION TO EXPEDITE MOTION TO (I) APPOINT TORT CLAIMANTS COMMITTEE AND (II) REMOVE THE DEBTOR IN POSSESSION**

*(Related to ECF No. ___)*

On August 25, 2022, the Sandy Hook Families (as defined in the Motion) filed their Motion to (I) Appoint Tort Claimants Committee and (II) Remove the Debtor in Possession ("**Motion**").[1] Then on August 26, 2022, the Sandy Hook Families filed a Motion to Expedite ("**Motion to Expedite**") the Motion. The Court finds and concludes that cause exists grant the Motion to Expedite. Accordingly, it is

**ORDERED** that the Motion to Expedite is granted and hearing is scheduled on the Motion for September 14, 2022 at 1:00 p.m.; and it is further

**ORDERED** that The Sandy Hook Families shall provide Notice to all parties within three days.

**Signed this ___ day of _____, 2022**

_____
**CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] ECF No. 102.