**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT 10

Michael Zimmerman 30(b)(6), Confidential
June 24, 2021

```
NO. X06-UWY-CV-18-6046436S        )   SUPERIOR COURT
                                  )
ERICA LAFFERTY, ET AL,            )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL,          )   JUNE 24, 2021
                                  )
_____ )
                                  )
NO. X-06- UWY-CV18-6046437-S      )   SUPERIOR COURT
                                  )
WILLIAM SHERLACH,                 )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )   JUNE 24, 2021
                                  )
_____ )
                                  )
NO. X06-UWY-CV-18-6046438S        )   SUPERIOR COURT
                                  )
WILLIAM SHERLACH, ET AL.,         )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )   JUNE 24, 2021
```

------------------------------------

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF
FREE SPEECH SYSTEMS, LLC
BY
MICHAEL ZIMMERMANN
JUNE 24, 2021

------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL ZIMMERMANN, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and -numbered cause on JUNE 24, 2021, from 9:00 a.m. to 4:10 p.m., before

Michael Zimmerman   30(b)(6), Confidential
June 24, 2021

1  Rosalind Dennis, Notary in and for the State of Texas, reported
2  by machine shorthand, appearing remotely from Dallas, Texas,
3  pursuant to the Federal Rules of Civil Procedure and the
4  provisions stated on the record or attached hereto.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Michael Zimmerman 30(b)(6), Confidential
June 24, 2021

A P P E A R A N C E S

FOR THE PLAINTIFFS:

    CHRISTOPHER M. MATTEI, ESQ.
    MATTHEW S. BLUMENTHAL, ESQ.
    KOSKOFF KOSKOFF & BIEDER, PC
    350 Fairfield Avenue, Suite 501
    Bridgeport, Connecticut 06604
    Cmattei@koskoff.com
    mblumenthal@koskoff.com
    (203) 336-4421

FOR THE DEFENDANTS:

    JAY MARSHALL WOLMAN, ESQ.
    RANDAZZA LEGAL GROUP
    100 Pearl Street
    14th Floor
    Hartford, Connecticut 06103
    jmw@randazza.com
    (702) 420-2001

ALSO PRESENT:
    Joel Raguso - Videographer

1  10-minute break, that'd be --
2                THE WITNESS:  Yeah.  We can do 10, roll for
3  another hour or so, and then do that.
4                MR. MATTEI:  Great.  Thank you.
5                THE WITNESS:  Okay.
6                THE VIDEOGRAPHER:  We are off the record.  The
7  time to 16:13 UTC.
8            (Break taken from 11:13 a.m. to 11:25 a.m.)
9                THE INTERPRETER:  We are on the record.  The
10 time is 16:25 UTC.
11                            EXAMINATION
12 BY MR. MATTEI:
13     Q.   Mr. Zimmermann, did anybody provide you with any
14 information during the break?
15     A.   No.
16     Q.   Okay.  All right.  So, Mr. Zimmermann
17 Free Speech Systems is owned and operated by Alex Jones,
18 correct?
19     A.   That's correct.
20     Q.   And does he have authority over all Free Speech
21 Systems operations?
22     A.   That's correct.
23     Q.   Okay.  He is the CEO and owner?
24     A.   That's correct.
25     Q.   And does he have the authority to hire and fire

```
 1   anybody of his choosing?
 2        A.   That's correct.
 3        Q.   And does he have authority to overrule any decision
 4   made by a subordinate?
 5        A.   That's correct.
 6        Q.   And he has ultimate authority over Free Speech
 7   finances?
 8        A.   That's correct.
 9        Q.   And he is not accountable to a board of directors or
10   any governing authority, correct?
11        A.   Correct.
12        Q.   When did Free Speech Systems hire its first employee?
13        A.   The company maintains records.  I don't have
14   information on that with me today?
15        Q.   Can Free Speech Systems approximate the year that it
16   first hired an employee?
17        A.   Approximately 2007, 2008.
18        Q.   How many people are employed by Free Speech Systems
19   presently?
20        A.   Presently, approximately 80.
21        Q.   Who within Free Speech Systems reports directly to
22   Alex Jones?
23        A.   Would be Blake Roddy for e-commerce.  Melinda Flores
24   for, accounting, Michelle Fruge for customer service.  Rob Dew
25   as the news director.
```

```
NO. X06-UWY-CV-18-6046436S      )  SUPERIOR COURT
                                )
ERICA LAFFERTY, ET AL,          )  COMPLEX LITIGATION DOCKET
                                )
VS.                             )  AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL,        )  JUNE 24, 2021
                                )
_____ )
                                )
NO. X-06- UWY-CV18-6046437-S    )  SUPERIOR COURT
                                )
WILLIAM SHERLACH,               )  COMPLEX LITIGATION DOCKET
                                )
VS.                             )  AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL.        )  JUNE 24, 2021
                                )
_____ )
                                )
NO. X06-UWY-CV-18-6046438S      )  SUPERIOR COURT
                                )
WILLIAM SHERLACH, ET AL.,       )  COMPLEX LITIGATION DOCKET
                                )
VS.                             )  AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL.        )  JUNE 24, 2021
```

REPORTER'S CERTIFICATION

DEPOSITION OF MICHAEL ZIMMERMANN

JUNE 24, 2021

I, Rosalind Dennis, Notary in and for the State of Texas, hereby certify to the following:

That the witness, MICHAEL ZIMMERMANN, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the original deposition was delivered to Mr. Mattei.

That the amount of time used by each party at the

Michael Zimmerman 30(b)(6), Confidential
June 24, 2021

1  deposition is as follows:

2  MR. MATTEI .....05 HOUR(S): 23 MINUTE(S)
   MR. WOLMAN .....00 HOUR(S): 26 MINUTE(S)
3

4  That pursuant to information given to the deposition

5  officer at the time said testimony was taken, the following

6  includes counsel for all parties of record:

7  Mr. Mattei                    Attorney for the Plaintiff.

8  Mr. Wolman                    Attorney for the Defendant.

9  I further certify that I am neither counsel for, related

10 to, nor employed by any of the parties or attorneys in the

11 action in which this proceeding was taken, and further that I

12 am not financially or otherwise interested in the outcome of

13 the action.

14 Certified to by me this 12th day of July, 2021.

15

16

17 _____
   ROSALIND DENNIS
   Notary in and for the
18 State of Texas
   Notary: 129704774
19 My Commission Expires: 10/8/2022
   US LEGAL SUPPORT
20 8144 Walnut Hill Lane
   Suite 120
21 Dallas, Texas 75231
   214-741-6001
22 214-741-6821 (FAX)
   Firm Registration No. 343
23

24

25