**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT 11

Alex Emric Jones  Confidential
April 05, 2022

NO. XO6-UWY-CV-18-6046436-S

_____
ERICA LAFFERTY, ET AL.,          )SUPERIOR COURT
                                 )COMPLEX LITIGATION
                                 )AT WATERBURY
v.                               )
                                 )
ALEX EMRIC JONES, ET AL.         )
_____  )
NO. X06-UWY-CV-18-6046437-S      )SUPERIOR COURT
                                 )COMPLEX LITIGATION
WILLIAM SHERLACH                 )DOCKET AT WATERBURY
                                 )
v.                               )
                                 )
ALEX EMRIC JONES, ET AL.         )
_____  )
NO. X06-UWY-CV-18-6046438-S      )SUPERIOR COURT
                                 )COMPLEX LITIGATION
WILLIAM SHERLACH, ET AL.         )DOCKET AT WATERBURY
                                 )
v.                               )
                                 )
ALEX EMRIC JONES, ET AL.         )
_____  )


         VIDEOTAPED DEPOSITION OF ALEX EMRIC JONES

                    (CONFIDENTIAL)

DATE:           April 5, 2022

TIME:           9:37 a.m.

HELD AT:        Koskoff Koskoff & Bieder
                350 Fairfield Avenue
                Bridgeport, Connecticut

    By:         Sarah J. Miner, RPR, LSR #238

```
 1  A P P E A R A N C E S:

 2  For the Plaintiffs:

 3  Christopher M. Mattei, Esq.
    Matthew S. Blumenthal, Esq.
 4  Alinor Sterling, Esq.
    Koskoff Koskoff & Bieder
 5  350 Fairfield Avenue, Suite 501
    Bridgeport, Connecticut  06604

 6

 7  For Alex Emric Jones, Infowars, LLC, Free Speech
    Systems, LLC, Infowars Health, LLC and Prison
 8  Planet TV, LLC:

 9  Norman A. Pattis, Esq.
    Pattis & Smith, LLC
10  383 Orange Street, First Floor
    New Haven, Connecticut  06511

11

12  For Genesis Communications Network, Inc.:
     (Appearing via Zoom)
13
    Mario Kenneth Cerame, Esq.
14  Brignole, Bush & Lewis
    73 Wadsworth Street
15  Hartford, Connecticut  06106

16  Also Present:

17  Pritika Seshadri

18

19

20

21

22

23

24

25
```

Alex Emric Jones  Confidential
April 05, 2022

```
 1      A   Yes.

 2      Q   You were previously married to Kelly

 3  Jones?

 4      A   Yes.

 5      Q   I understand that you arrived at our

 6  building today with somebody who was operating a

 7  digital camera device.  Is that right?

 8      A   You mean a phone?

 9      Q   Well, did you arrive at our building with

10  somebody who was filming you?

11      A   Yes, with a phone, yes.

12      Q   Who is that?

13      A   That is just one of the crew members.

14      Q   What is his name?

15      A   He is a new guy.  I forget his name.  It

16  is Reese something.  If you want, I can call him

17  and find out who.

18      Q   He traveled with you from Texas?

19      A   Yes.

20      Q   For the purpose of filming you?

21      A   Just documenting in case anything

22  happened, yeah.

23      Q   Do you ever intend to publish the footage

24  that he shoots on one of your broadcasts after this

25  deposition?
```

Alex Emric Jones  Confidential
April 05, 2022

```
1       A    I don't know.

2       Q    Okay.

3       A    Probably not.

4       Q    But you wanted to be prepared to do that?

5       A    Yes.

6       Q    And part of the reason you want to be

7  prepared to do that is because you have been

8  raising money from your audience and you advised

9  them that you need their funds to help finance your

10 litigation.  Correct?

11      A    Yes.

12      Q    You didn't tell them that you sold the

13 house in November, did you?

14              MR. PATTIS:  Objection as to form.

15              THE WITNESS:  Them?

16 BY MR. MATTEI:

17      Q    Your audience?

18      A    I did, yes.

19      Q    You told them how much you sold it for?

20      A    I believe I told them what I was able to

21 get from it, $3 million.  I know that was the money

22 we got from it.  I don't know the exact amount

23 after all the realty stuff.

24              MR. MATTEI:  Bring up Exhibit 1.

25 BY MR. MATTEI:
```

1                    C E R T I F I C A T E

2          I hereby certify that I am a Notary Public, in

3    and for the State of Connecticut, duly commissioned

4    and qualified to administer oaths.

5          I further certify that the deponent named in

6    the  foregoing deposition was by me duly sworn and

7    thereupon testified as appears in the foregoing

8    deposition; that said deposition was taken by me

9    stenographically in the presence of counsel and

10   reduced to typewriting under my direction, and the

11   foregoing is a true and accurate transcript of the

12   testimony.

13         I further certify that I am neither of counsel

14   nor related to either of the parties to said suit,

15   nor of either counsel in said suit, nor am I

16   interested in the outcome of said cause.

17         Witness my hand and seal as Notary Public the

18   10th day of April, 2022.

19

20   _Sarah J. Miner_

21   _____
     Sarah J. Miner, RPR, LSR #238

22   Notary Public

23   My Commission Expires:

24   November 30, 2022

25