**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

# EXHIBIT 12

NO. XO6-UWY-CV-18-6046436-S

| | |
|---|---|
| ERICA LAFFERTY, ET AL., | ) SUPERIOR COURT<br>) COMPLEX LITIGATION<br>) AT WATERBURY |
| v. | ) |
| ALEX EMRIC JONES, ET AL. | ) |

| | |
|---|---|
| NO. X06-UWY-CV-18-6046437-S | ) SUPERIOR COURT<br>) COMPLEX LITIGATION |
| WILLIAM SHERLACH | ) DOCKET AT WATERBURY |
| v. | ) |
| ALEX EMRIC JONES, ET AL. | ) |

| | |
|---|---|
| NO. X06-UWY-CV-18-6046438-S | ) SUPERIOR COURT<br>) COMPLEX LITIGATION |
| WILLIAM SHERLACH, ET AL. | ) DOCKET AT WATERBURY |
| v. | ) |
| ALEX EMRIC JONES, ET AL. | ) |

CONTINUED VIDEOTAPED DEPOSITION OF
ALEX EMRIC JONES
VOLUME II
(CONFIDENTIAL)

DATE: April 6, 2022

TIME: 9:37 a.m.

HELD AT: Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut

By: Sarah J. Miner, RPR, LSR #238

```
 1  A P P E A R A N C E S:

 2  For the Plaintiffs:

 3  Christopher M. Mattei, Esq.
    Matthew S. Blumenthal, Esq.
 4  Alinor Sterling, Esq.
    Koskoff Koskoff & Bieder
 5  350 Fairfield Avenue, Suite 501
    Bridgeport, Connecticut   06604
 6

 7  For Alex Emric Jones, Infowars, LLC, Free Speech
    Systems, LLC, Infowars Health, LLC and Prison
 8  Planet TV, LLC:

 9  Norman A. Pattis, Esq.
    Pattis & Smith, LLC
10  383 Orange Street, First Floor
    New Haven, Connecticut   06511
11

12  For Genesis Communications Network, Inc.:
    (Appearing via Zoom)
13
    Mario Kenneth Cerame, Esq.
14  Brignole, Bush & Lewis
    73 Wadsworth Street
15  Hartford, Connecticut   06106

16  Also Present:

17  Pritika Seshadri

18

19

20

21

22

23

24

25
```

1        successful.
2    BY MR. MATTEI:
3        Q   You are the -- well, they are the reason
4    that you can, right, because you take their money.
5    Right?
6                MR. PATTIS:  Objection.
7                MR. CERAME:  Objection.
8                THE WITNESS:  I think when you air to
9            this audience they are more supportive
10           because they understand who you are and
11           what you are.
12   BY MR. MATTEI:
13       Q   Well, you have already been using this
14   litigation to raise as much money from them as
15   possible.  Correct?
16               MR. PATTIS:  Objection.
17               MR. CERAME:  Objection.
18   BY MR. MATTEI:
19       Q   And you are going to continue to do that?
20       A   I am going to continue to fight tyranny
21   for the rest of my life.
22               MR. CERAME:  Objection.  And I find
23           this question to be a violation of 13-30.
24               MR. MATTEI:  I look forward to your
25           motion with the Court, Mario.

1    MR. CERAME: I am noting it so you
2    can perhaps take notice.
3  BY MR. MATTEI:
4    Q  Mr. Jones, let's go to --
5    MR. CERAME: 13-30 requires me to
6    give you notice. I am giving you notice.
7    MR. MATTEI: Thank you, Mario.
8  BY MR. MATTEI:
9    Q  Let's go to -- in 2016, you decided to --
10   MR. PATTIS: I didn't hear the
11   predicate for the question, Chris. I'm
12   sorry.
13 BY MR. MATTEI:
14   Q  2016.
15   MR. PATTIS: Thank you.
16 BY MR. MATTEI:
17   Q  Mr. Jones, does all the money that you
18 raise -- well, let me ask it this way. When you
19 raise money from your audience for your legal
20 defense, does all the money you raise from that go
21 to your lawyers?
22   A  The specific accountant we had for that,
23 100 percent of it has gone to that, yes.
24   Q  You have an account for Genesis
25 Communications Network. Right?

1      A    Yes.
2      Q    You set that up so that your audience
3   could fund Genesis defense?
4      A    And that goes to them.
5           MR. CERAME:  Objection.
6   BY MR. MATTEI:
7      Q    And there is a specific link for that that
8   goes directly to an account controlled by Ted
9   Anderson.  Right?
10     A    Uh-huh.
11          MR. CERAME:  Objection.
12  BY MR. MATTEI:
13     Q    Then you separately raised money from your
14  audience for your own -- what you claim is
15  defensive InfoWars.  Right?
16     A    Yes.
17     Q    And people can give to that -- is there a
18  specific link for that for InfoWars legal defense?
19     A    There is a website.
20     Q    There's a specific website.  And when
21  people give to that website, where does it go?
22     A    It is put in an account and accounted for
23  as an account.
24     Q    It is a Free Speech Systems account?
25     A    Yes, it is spent on legal.

1    Q    Who set it up?
2    A    That is how we set it up, the legal
3  accountant, again.  One goes to Ted (phonetic) and
4  the other one Witt (phonetic), and that's put in
5  the ledger as that.  And the last time I checked, I
6  think it has been spent on legal.
7    Q    When is the last time you checked?
8    A    I checked it last week.
9    Q    Your sworn testimony here is that every
10 penny that was deposited into the account you just
11 described for me went to your lawyers?
12   A    I mean, I can't -- I haven't done the
13 accounting myself, but that's my general belief.
14 That's what the money is for.
15   Q    There's also a link on your website just
16 for people to donate.  Right?
17   A    Yes.
18   Q    And that money just goes right into the
19 Free Systems General Fund?
20   A    Absolutely.  It goes into the War Fund.
21   Q    Are you at war with somebody?
22            MR. CERAME:  Objection.
23            THE WITNESS:  With the globalists and
24       all the crime syndicates.
25 BY MR. MATTEI:

```
 1
 2        A    Everybody knows about the new world order.
 3        Q    You are enlisting your audience in that
 4   battle as well?
 5        A    Absolutely.
 6        Q    They are foot soldiers in the war against
 7   the globalists.  Right?
 8        A    In the information war against people that
 9   have destroyed this country.
10        Q    Are my clients globalists?
11        A    Most Sandy Hook parents, the ones you
12   have, you are using them and HBO, they were
13   globalists conglomerate to try to silence the
14   populous voices.  They are just being used as pawns
15   by you.
16        Q    The Sandy Hook families that have decided
17   to sue you are just pawns in a much larger battle.
18   Is that what you are saying?
19        A    I am not going to speak for them.  In my
20   view, they are being used by you and Senator
21   Blumenthal and others.
22        Q    By me, their lawyer?
23        A    You are a well-known ambulance chaser,
24   Democrat anti-free speech, anti-gun tyrant.
25        Q    I am a tyrant and so I need to be stopped.
```

```
 1                    C E R T I F I C A T E
 2        I hereby certify that I am a Notary Public, in
 3   and for the State of Connecticut, duly commissioned
 4   and qualified to administer oaths.
 5        I further certify that the deponent named in
 6   the  foregoing deposition was by me duly sworn and
 7   thereupon testified as appears in the foregoing
 8   deposition; that said deposition was taken by me
 9   stenographically in the presence of counsel and
10   reduced to typewriting under my direction, and the
11   foregoing is a true and accurate transcript of the
12   testimony.
13        I further certify that I am neither of counsel
14   nor related to either of the parties to said suit,
15   nor of either counsel in said suit, nor am I
16   interested in the outcome of said cause.
17        Witness my hand and seal as Notary Public the
18   12th day of April, 2022.
19
20
21   _____
22   Notary Public
23   My Commission Expires:
24   November 30, 2022
25
```