UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| FREE SPEECH SYSTEMS, LLC, | § § | Case No. 22—60043 |
| DEBTOR. | § § § | Chapter 11 (Subchapter V) |

## AMENDED DECLARATION OF FEDERICO REYNAL IN SUPPORT OF THE DEBTOR'S APPLICATION TO EMPLOY THE REYNAL LAW FIRM, P.C. UNDER 11 U.S.C. § 327(e), AS SPECIAL COUNSEL, <u>*NUNC PRO TUNC* TO JULY 29, 2022</u>

I, Federico Reynal, declare under penalty of perjury as follows:

1. I am an attorney at law duly admitted and in good standing to practice in the State of Texas, United States District Court for the Southern District of Texas and the Fifth Circuit Court of Appeals. I am the founder of the Houston office of The Reynal Law Firm, P.C. (the "<u>Firm</u>" or "<u>The Reynal Firm</u>"), located at 917 Franklin, Sixth Floor, Houston, Texas 77002.

2. I am making this Amended Declaration in support of the Debtor's Application to Employ The Reynal Law Firm, P.C. Under 11 U.S.C. § 327(e), as Special Counsel, *Nunc Pro Tunc*, to July 29, 2022 (the "<u>Application</u>"). Unless otherwise indicated, capitalized terms used but not defined herein have the meanings ascribed to such terms in the Application.

3. Except as otherwise noted, all facts set forth in this Amended Declaration are based upon my personal knowledge, upon the client and matter records of The Reynal Firm reviewed by me or derived from information available to me that I believe to be true and correct or opinion based upon experience, knowledge and information concerning the restructuring of debtor-creditor relationships, workouts, chapter 11 process, and the Debtor. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

4. On August 22, 2022, I submitted a Declaration (the "Original Declaration") in support of the Debtor's Application to Employ The Reynal Law Firm, P.C. Under 11 U.S.C. § 327(e), as Special Counsel, *Nunc Pro Tunc*, to July 29, 2022 (the "Application").

5. In ¶ 9 of the Original Declaration, I stated that:

I conducted a search of The Reynal Firm files to determine using the list of parties in interest listed in Schedule 1 hereto whether the Firm had any connections to or represented any of the parties listed on Schedule 1. *The search revealed that the Firm had and did not represent any of the parties listed on Schedule 1*. The Reynal Firm may have provided services to creditors or other parties in interest inadvertently omitted from Schedule 1 or the description above. If such connections exist, they would be on matters wholly unrelated to the service for which FSS seeks to engage The Reynal Firm.

6. Schedule 1 to the Original Declaration listed "Debtor's Equity: Alexander E. Jones".

7. As set out in ¶¶ 6, 7, 8 of the Application and Original Engagement Agreement, Applicant has represented other defendants, including Alex E. Jones.

8. I am filing this Amended Declaration to correct this statement in the Declaration.

9. Except for this amendment to my Declaration, all other statements made in the Original Declaration remain true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2022,

By: /s/ *Federico Reynal*
      Federico Reynal