IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:　　　　　　　　　　　　　　§
FREE SPEECH SYSTEMS, LLC　　　　§
　　　　　　　　　　　　　　　　　§　　CASE NO.  22-60043
　　　　　　　　　　　　　　　　　§　　(Chapter 11)
　　　　　　　　　　　　　　　　　§

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PAPERS

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that the undersigned attorney is appearing for Security Bank of Crawford in the above-entitled and numbered cause.  Security Bank of Crawford is a creditor of the Debtor, Free Speech Systems, LLC, and is a party in interest in this case.

PLEASE TAKE FURTHER NOTICE that the undersigned on behalf of  Security Bank of Crawford and pursuant to Bankruptcy Rule 9010 hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.  This request included without limitation, not only those notices and papers referred to in the bankruptcy rules, but also includes notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests or otherwise with regard to the above-referenced bankruptcy proceeding.

Respectfully submitted,

JOHN MALONE, PLLC

BY: _____

JOHN MALONE
ATTORNEY FOR CREDITOR
SBOT #12874200
5400 Bosque Blvd., Ste. 308
Waco, Texas 76710
(254) 772-3722
Fax No. (254) 772-3172
Email:  john@johnmalonepc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served upon the following by electronic means as listed on the Court's ECF noticing systems or by United States first class mail, postage prepaid on this the _____ day of August, 2022.

Debtor's
Attorney:   Raymond William Battaglia
66 Granburg Circle
San Antonio, Texas 78218

Debtor:   Free Speech Systems, LLC
3019 Alvin Devane Blvd., Ste. 300
Austin, Texas 78741

Trustee:   Melissa A Haselden
Pennzoil Place
700 Milam, Ste. 1300
Houston, Texas 77002

JOHN MALONE