**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **Free Speech Systems LLC,** | § | |
| | § | **Case No. 22-60043 (CML)** |
| **Debtor.** | § | |

**ORDER GRANTING PQPR HOLDINGS LIMITED, LLC'S AMENDED MOTION TO**
**DIRECT SUBCHAPTER V TRUSTEE TO INVESTIGATE**
**FINANCIAL OPERATIONS OF THE DEBTOR**
[Docket No. ___]

On August 31, 2022, PQPR Holdings Limited LLC filed its Motion to Direct Subchapter V trustee to Investigate Financial Operations of the Debtor.  The Court finds and concludes that the motion has merit and should be GRANTED.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.        The Subchapter V Trustee is directed to conduct an investigation into the Debtor's finances, past and present, and to report back to the Court;

2.        An amount not to exceed $100,000.00 in cash collateral may be used to fund the expenses of such investigation;

3.        The pending Motion to (1) Appoint Tort Claimants Committee and (II) Remove the Debtor in Possession filed by the Sandy Hook Plaintiffs [Docket No. 102] is abated until such time as the Subchapter V Trustee has reported to the Court.

Signed:        _____

Christopher Lopez
United States Bankruptcy Judge