IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| In re: ) | Case No. 22-60043 |
| ) | |
| FREE SPEECH SYSTEMS, LLC, ) | Chapter 11 (Subchapter V) |
| ) | |
| Debtor. ) | |

**STIPULATION AND AGREED ORDER TO TERMINATE
CLIENT SERVICES AGREEMENT BETWEEN
THE DEBTOR AND ADP TOTALSOURCE, INC.**

WHEREAS, Free Speech Systems, LLC (the 'Debtor") and ADP TotalSource, Inc. ("TotalSource") are parties to that certain Client Services Agreement (the "CSA") dated October 20, 2016, pursuant to which TotalSource provides to the Debtor human resource services under an arrangement whereby the parties act as co-employers of the employees providing services to the Debtor; and

WHEREAS, Part 2, Section 10 of the CSA permits either party to terminate the CSA for any reason whatsoever on thirty (30) days' written notice of one to the other; and

WHEREAS, TotalSource has communicated to the Debtor its desire to terminate the CSA; and

WHEREAS, the Debtor is willing to agree to a termination of the CSA on a date no sooner than September 30, 2022.

NOW, THEREFORE, it is stipulated by the parties and upon approval by the Bankruptcy Court, ordered that:

1.  The CSA shall terminate effective at 11:59 pm on September 30, 2022.

3215318_1

2.	In connection with such termination, TotalSource shall provide the Debtor with such information as it customarily provides other parties to CSAs upon termination.

3.	TotalSource shall in the ordinary course provide the Debtor's employees covered by the CSA with W-2 forms for work performed up to the termination of the CSA.

_____
Christopher J. Lopez
United States Bankruptcy Judge

STIPULATED AND AGREED ON August 25, 2022 BY AND BETWEEN:

| **ADP TOTALSOURCE, INC.** | **FREE SPEECH SYSTEMS, LLC** |
|---|---|
| /s/ Joseph S.U. Bodoff | /s/ Ray Battaglia |
| Joseph S.U. Bodoff | Raymond W. Battaglia |
| Pro Hac Vice (Mass. Bar No. 549116) | State Bar No. 01918055 |
| jbodoff@rubinrudman.com | rbattaglia@outlook.com |
| **RUBIN AND RUDMAN LLP** | **LAW OFFICES OF RAY BATTAGLIA, PLLC** |
| 53 State Street | 66 Granburg Circle |
| Boston, Massachusetts 02109 | San Antonio, Texas 78218 |
| Tel: (617) 330-7038 | Tel: (210) 601-9405 |

and

Kyung S. Lee
State Bar No. 12128400
klee@shannonleellp.com
R.J. Shannon
State Bar No. 24108062
rshannon@shannonleellp.com
**SHANNON & LEE LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
Tel: (713) 714-5770

3215318_1