UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| Free Speech Systems LLC, | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

**PQPR HOLDINGS LIMITED, LLC'S MOTION TO EXPEDITE CONSIDERATION OF AMENDED MOTION TO DIRECT SUBCHAPTER V TRUSTEE TO INVESTIGATE <u>FINANCIAL OPERATIONS OF THE DEBTOR</u>**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**Expedited relief has been requested. If the Court considers the motion on an expedited basis, then you will have less than 21 days to answer. If you object to the requested relief or if you believe that the expedited consideration is not warranted, you should file an immediate response.**

**Expedited relief is requested on or before September 20, 2022.**

PQPR Holdings Limited, LLC ("<u>PQPR</u>"), the secured creditor of the Debtor and a party-in-interest, respectfully submits this Motion to Expedite the Hearing on PQPR's Amended Motion to Direct the Subchapter V Trustee to Investigate the Financial Operations of the Debtor [Dkt. 127], as follows:

1. The Subchapter V Trustee has agreed to conduct an investigation of the Debtor's finances per PQPR's motion.

2. PQPR desires that the investigation be commenced as soon as possible. PQPR has offered to make its consultant available to the Subchapter V Trustee to explain what he knows of the Debtor's financial operations and the debt owed to PQPR by the Debtor. It is hoped that such a meeting will greatly help the Subchapter V Trustee more quickly understand the operations. Because of such consultant's previously planned international travel commitments, that meeting would need to take place before September 14, 2022.

3. As stated in its motion, PQPR believes that an impartial but full examination of the Debtor is considerably less wasteful than adversarial discovery and hearing the currently pending Motion to (I) Appoint Tort Claimants Committee and (II) Remove the Debtor in Possession [Dkt. 102]. PQPR does not seek dismissal of such motion, but merely asks that it be considered only after the Subchapter V Trustee has had an opportunity to report the results of her investigation to the Court.[1]

4. Because of the logistical and scheduling issues, PQPR requests that the hearing on its Amended Motion to Authorize and Direct Investigation by Trustee be considered on an expedited basis and requests a hearing on or before September 20, 2022, (when a Status Conference is already set in this case).

Dated: September 8, 2022

Respectfully submitted,

By: /s/ Stephen W. Lemmon
    Stephen W. Lemmon
    Texas Bar. No. 12194500
    STREUSAND, LANDON, OZBURN
    & LEMMON, LLP
    1801 S. MoPac Expressway, Suite 320

---

[1] PQPR also does not seek the cancelation of the deposition of its corporate representative, currently scheduled for October 4, but does believe that such deposition should be limited to the issues concerning the PQPR debt (the deposition is noticed regarding the cash collateral motion). PQPR suggests that it would be in the best interests of all parties to wait on depositions until after the Subchapter V Trustee's investigation and report is complete, but previously committed to such deposition and will honor such commitment if the tort claimants believe that is a good use of their clients' time and money.

                    Austin, Texas 78746
                    Telephone: (512) 236-9900
                    Facsimile: (512) 236-9904
                    lemmon@slollp.com

                    ATTORNEYS FOR
                    PQPR HOLDINGS LIMITED, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 8, 2022, I conferred by email with counsel for the Texas Plaintiffs, the Connecticut Plaintiffs, the Debtor, Alex Jones, the Subchapter V Trustee, and the U.S. Trustee. Counsel for the tort claimants are opposed to expedited consideration. The Debtor is not apposed to expedited consideration. Neither the U.S. Trustee nor the sub V Trustee expressed an opinion.

                    */s/ Stephen W. Lemmon*
                    Stephen W. Lemmon

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, a true and correct copy of the foregoing instrument was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system, and/or U.S.P.S. first class mail, including the following:

Raymond W. Battaglia
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle
San Antonio, Texas 78218
rbattaglialaw@outlook.com
Proposed Counsel to the Debtor and Debtor-In-Possession

Kyung S. Lee
R. J. Shannon
SHANNON & LEE LLP
700 Milam Street, STE 1300
Houston, Texas 77002
klee@shannonleellp.com
rshannon@shannonleellp.com
Proposed Counsel to the Debtor and Debtor-In-Possession

Avi Moshenberg
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, Texas 77002
E: Avi.Moshenberg@mhllp.com
Counsel for the Texas Plaintiffs

Jarrod B. Martin
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, PC
1200 Smith Street, Suite 1400
Houston, Texas 77002
E: jarrod.martin@chamberlainlaw.com
Bankruptcy Counsel for the Texas Plaintiffs

Ryan E. Chapple
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
Email: rchapple@cstrial.com

Randy W. Williams
BYMAN & ASSOCIATES PLLC
7924 Broadway, Suite 104
Pearland, Texas 77581
Email: rww@bymanlaw.com
Bankruptcy Counsel for
Connecticut Plaintiffs

Melissa Haselden
Subchapater V Trustee
700 Milam, Suite 1300
mhaselden@haseldenfarrow.com
Trustee

Ha Nguyen
OFFICE OF THE U.S. TRUSTEE
515 Rusk Ave STE 3516
Houston, TX 77002
Ha.Nguyen@usdoj.gov
U.S. Trustee

**USPS Service List - Twenty Largest Unsecured Creditors**

Elevated Solutions Group
28 Maplewood Drive
Cos Cob, CT 06870

Christopher Sadowski
c/o Copycat Legal PLLC
3111 N. University Drive STE 301
Coral Springs, FL 33065

Atomial LLC
1920 E. Riverside Dr.
Suite A-120 #124
Austin, TX 78741

Cloudflare, Inc
Dept LA 24609
Pasadena, CA 91185-4609

Jacquelyn Blott
200 University Blvd
Suite 225 #251
Round Rock, TX 78665

Joel Skousen
PO Box 565
Spring City, UT 84662

eCommerce CDN, LLC
221 E 63rd Street
Savannah, GA 31405

Paul Watson
9 Riverdale Road
Ranmoor Sheffield
South Yorkshire Sl0 3FA
United Kingdom

Brennan Gilmore
c/o Civil rights Clinic
600 New Jersey Avenue, NW
Washington, DC 20001

Greenair, Inc
23569 Center Ridge Rd
Westlake, OH 44145

Edgecast, Inc
Dept CH 18120
Palatine, IL 60055

Ready Alliance Group, Inc
PO Box 1709
Sandpoint, ID 83864

Getty Images, Inc
PO Box 953604
St. Louis, MO 63195-3604

RatsMedical.com
c/o Rapid Medical
120 N Redwood Rd
North Salt Lake, UT 84054

David Icke Books Limited
c/o Ickonic Enterprises Limited
St. Helen's House King Street
Derby DEl 3EE
United Kingdom

WWCR
1300 WWCR Ave
Nashville, TN 37218-3800

JW JIB Productions, LLC
2921 Carvelle Drive
Riviera Beach, FL 33404

CustomTattoNow.com
16107 Kensington Dr. #172
Sugar Land, TX 77479

AT&T
PO Box 5001
Carol Stream, IL 60197-5001

Justin Lair
1313 Outlook Ave.
Klamath Falls, OR 97601

                                   */s/ Stephen W. Lemmon*
                                     Stephen W. Lemmon