UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| Free Speech Systems LLC, | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

**ORDER GRANTING PQPR HOLDINGS LIMITED, LLC'S MOTION FOR EXPEDITED CONSIDERATION OF PQPR HOLDINGS LIMITED, LLC'S AMENDED MOTION TO DIRECT SUBCHAPTER V TRUSTEE TO INVESTIGATE FINANCIAL OPERATIONS OF THE DEBTOR**

[Docket No. __]

On September 8, 2022, PQPR Holdings Limited LLC filed its Motion for Expedited Consideration of its Amended Motion to Direct Subchapter V trustee to Investigate Financial Operations of the Debtor. The Court finds and concludes that the motion has merit and should be GRANTED.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. A hearing will take place on _____, 2022 on PQPR Holdings Limited LLC's Amended Motion to Direct Subchapter V trustee to Investigate Financial Operations of the Debtor.

Signed: _____

Christopher Lopez
United States Bankruptcy Judge