**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 22–60043 |
| | § | |
| **Free Speech Systems, LLC,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | **Subchapter V** |

---

**NOTICE OF HEARING**

---

PLEASE TAKE NOTICE that a hearing on *The Texas Plaintiffs' Emergency Motion To Compel Discovery From PQPR Holdings Limited, LLC* [ECF No. 137] was scheduled for **September 13, 2022 at 1:30 p.m.**, prevailing central standard time in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher M. Lopez, 515 Rusk, Houston, TX 77002, Courtroom No. 401. You may attend in person or by video/telephone.  To access the hearing, Dial 1-832-917-1510. Conference Code: 590153. Telephonic participants may connect on-line to view the Courts broadcast onto the courtrooms television monitors. To view online, you may connect through the website located at the following website: https://www.gotomeet.me/JudgeLopez.

Dated: September 9, 2022

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE,**
**WILLIAMS & AUGHTRY, PC**

By: */s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.356.1280
F: 713.658.2553
E: jarrod.martin@chamberlainlaw.com

***Bankruptcy Counsel for the Texas Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on September 9, 2022, a true and correct copy of this Motion was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

<u>*/s/ Jarrod B. Martin*</u>
Jarrod B. Martin