United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 13, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **Free Speech Systems LLC,** | § | |
| | § | **Case No. 22-60043 (CML)** |
| **Debtor.** | § | |

## ORDER DENYING MOTION FOR EXPEDITED CONSIDERATION OF PQPR HOLDINGS LIMITED, LLC'S AMENDED MOTION TO DIRECT SUBCHAPTER V TRUSTEE TO INVESTIGATE FINANCIAL OPERATIONS OF THE DEBTOR

[Docket No. 136]

The Court denies PQPR Holdings Limited LLC's Motion for Expedited Consideration of its Amended Motion to Direct Subchapter V Trustee to Investigate Financial Operations of the Debtor.

The Court will consider the Amended Motion to Direct Subchapter V Trustee to Investigate Financial Operations of the Debtor on October 12, 2022 at 10:00 a.m.

Signed: September 13, 2022

Christopher Lopez
United States Bankruptcy Judge