IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | § § § § | Chapter 11 (Subchapter V) |
| Debtor. | § | |

**WITNESS LIST AND EXHIBIT LIST
FOR HEARING SET SEPTEMBER 20, 2022**

Melissa Haselden, Subchapter V Trustee, (the "Trustee") files its Witness and Exhibit List for the hearing to be held on **September 20, 2022, at 1:00 p.m. (prevailing Central Time)** (the "Hearing") as follows.

### Witnesses

The Trustee may call the following witnesses at the Hearing:

1. Any witness listed by any other party; and

2. Rebuttal witnesses as necessary.

1

**Exhibits**

| No. | Description | Mark | Offer | Object | Admit | Sealed | W/D |
|---|---|---|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned main cases. | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | | | |
| | Any exhibit identified or offered by any other party. | | | | | | |

The Trustee reserves the right to supplement or amend this Witness and Exhibit List and to identify additional exhibits, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the Hearing.

Houston, TX
Dated: September 15, 2022

/s/ *Elizabeth Freeman*
**JACKSON WALKER LLP**
Elizabeth Freeman (TX Bar No. 2400922)
Sean Gallagher (TX Bar No. 24101781)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: efreeman@jw.com
        sgallagher@jw.com

**PROPOSED COUNSEL FOR MELISSA HASELDEN, SUBCHAPTER V TRUSTEE**

4

**Certificate of Service**

I certify that on September 15, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Elizabeth Freeman*
Elizabeth Freeman

KE 86043148.3