# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| . | § | Case No. 22-60043 (CML) |
| | § | |
| Debtor. | § | Jointly Administered |

## SUBCHAPTER V TRUSTEE'S STATEMENT REGARDING THE APPLICATIONS OF THE DEBTOR FOR EMPLOYMENT OF W. MARC SCHWARTZ AS CHIEF RESTRUCTURING OFFICER AND SHANNON & LEE LLP AS BANKRUPTCY CO-COUNSEL FOR THE DEBTOR

Melissa Haselden, ( "Subchapter V Trustee") files this Statement regarding the *Application Of Debtor For An Order For An Order (A) Authorizing Employment Of W. Marc Schwartz As Chief Restructuring Officer, (B) Authorizing Employment Of Staff Of Schwartz Associates, LLC In Discharge Of Duties As Chief Restructuring Officer, And (C) Granting Related Relief* [Docket No. 83] and *Application of Debtor For An Order (A) Authorizing Employment of Shannon & Lee LLP As Bankruptcy Co-Counsel For the Debtor And (B) Granting Related Relief* [Docket No. 85] (collectively the "Motions") and states the following:

At this time, the Subchapter V Trustee takes no position with respect to the Motions but reserves the right to supplement, amend or modify this position as information becomes available and reserves the right to fully participate in the hearing on the Motions.

Dated: September 15, 2022

/s/ *Elizabeth Freeman*

**JACKSON WALKER LLP**
Elizabeth Freeman (TX Bar No. 2400922)
Sean Gallagher (TX Bar No. 24101781)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: efreeman@jw.com
 sgallagher@jw.com

*Proposed Counsel for Melissa Haselden, Subchapter V Trustee*

**CERTIFICATE OF SERVICE**

I certify that on September 15, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Elizabeth Freeman*
Elizabeth Freeman

33971967v.4 099999/11113