# Conflict Check Summary

Performed On:
2022-08-16 @ 05.37 PM
By:
R. J. Shannon (rshannon@shannonleellp.com)

## Overview

The purpose of this report is to perform an in-depth search within this firm's practice management system for various terms which may indicate a conflict with a prospective client. The presence of results in this report does not indicate a conflict, rather it indicates a place that a human should verify that a conflict does not exist.

| Terms Searched | Status |
| --- | --- |
| Elevated Solutions Group | No Results |
| Atomial LLC | No Results |
| Cloudfare, Inc. | No Results |
| Jacquelyn Blott | No Results |
| Joel Skousen | No Results |
| eCommerce CDN LLC | No Results |
| Paul Watson | No Results |
| Greenair, Inc. | No Results |
| Edgecast, Inc. | No Results |
| Ready Alliance Group, Inc. | No Results |
| Getty Images, Inc. | No Results |
| RatsMedical.com | No Results |
| David Icke Books Limited | No Results |
| WWCR | No Results |
| CustomTattoNow.com | No Results |
| AT&T | No Results |
| Justin Lair | No Results |
| Brennan Gilmore | No Results |
| Carlee Soto-Parisi | No Results |
| Carlos Soto | No Results |
| Christopher Sadowski | No Results |
| Dona Soto | No Results |
| Erica Lafferty | No Results |
| Francine Wheeler | No Results |
| Ian Hockley | No Results |



| | |
|---|---|
| Jacqueline Barden | No Results |
| Jennifer Hensel | No Results |
| Jeremy Richman | No Results |
| Jillian Soto | No Results |
| Leonard Pozner | No Results |
| Marcel Fontaine | No Results |
| Mark Barden | No Results |
| Neil Heslin | No Results |
| Nicole Hockley | No Results |
| PQPR Holdings Limited, LLC | No Results |
| Robert Parker | No Results |
| Scarlett Lewis | No Results |
| Veronique De La Rosa | No Results |
| William Sherlach | No Results |
| William Aledenberg | No Results |
| Larry Klayman | No Results |
| Randazza Legal Group | No Results |
| Kaster Lynch Farrar & Ball LLP | No Results |
| Koskoff Koskoff & Bieder | No Results |
| Fertitta & Reynal LLP | No Results |
| Pattis & Smith, LLC | No Results |
| Zeisler & Zeisler P.C. | No Results |
| Jordan & Ortiz, P.C. | No Results |
| McDowell Heterhington LLP | No Results |
| The Akers Law Firm PLLC | No Results |
| Copycat Legal PLLC | No Results |
| Waller Lansden Dortch & Davis, LLP | No Results |
| Akin Gump Strauss Hauer & Feld LLP | No Results |
| Chief Judge David R. Jones | No Results |
| Judge Marvin Isgur | No Results |
| Judge Christopher M. Lopez | No Results |
| Judge Jeffrey P. Norman | No Results |
| Judge Eduardo V. Rodriguez | No Results |
| Albert Alonzo | No Results |
| Ana Castro | No Results |
| Tracey Conrad | No Results |
| Jeannie Chavez | No Results |
| LinhThu Do | No Results |
| Tyler Laws | No Results |



| | |
|---|---|
| Kimberly Picota | No Results |
| Vriana Portillo | No Results |
| Mario Rios | No Results |
| Alicia Barcomb | No Results |
| Jacqueline Boykin | No Results |
| Luci Johnson-Davis | No Results |
| Hector Duran | No Results |
| Barbra Griffin | No Results |
| Brian Henault | No Results |
| Linda Motton | No Results |
| Ha Nguyen | No Results |
| Glenn Otto | No Results |
| Yasmin Rivera | No Results |
| Jayson B. Ruff | No Results |
| Millie Sall | No Results |
| Patricia Schmidt | No Results |
| Christy Simmons | No Results |
| Gwen Smith | No Results |
| Stephen Statham | No Results |
| Christopher R. Travis | No Results |
| Clarissa Waxton | No Results |
| Jana Whitworth | No Results |

| Objects | Status |
|---|---|
| Calendar Entries | Not Searched |
| Communications Entries | Not Searched |
| Contact Custom Fields | Not Searched |
| Contacts | Searched |
| Documents | Not Searched |
| Expense Entries | Not Searched |
| Folders | Not Searched |
| Matter Custom Fields | Not Searched |
| Matter Notes | Not Searched |
| Matters | Searched |
| Relationships | Searched |
| Time Entries | Searched |

