# Conflict Check Summary

Performed On:
2022-09-16 @ 01.32 AM
By:
R. J. Shannon (rshannon@shannonleellp.com)

## Overview

The purpose of this report is to perform an in-depth search within this firm's practice management system for various terms which may indicate a conflict with a prospective client. The presence of results in this report does not indicate a conflict, rather it indicates a place that a human should verify that a conflict does not exist.

| Terms Searched | Status |
|---|---|
| Airco Mechanical | No Results |
| Addshoppers | No Results |
| ADP | No Results |
| Alex Jones | No Results |
| Ally Auto | No Results |
| Amazon | No Results |
| American Express | No Results |
| American Media | No Results |
| Reality Zone | No Results |
| Andrews, Christopher | No Results |
| Chistopher Andrews | No Results |
| AT&T | No Results |
| Atomial | No Results |
| AWIO Web | No Results |
| Balcones Recycling | No Results |
| Biodec | No Results |
| Blott, Jacquelyn | No Results |
| Jacquelyn Blott | No Results |
| Gilmore, Brennan | No Results |
| Brennan Gilmore | No Results |
| Campco | No Results |
| Carlee Soto-Parisi | No Results |
| Carlos Soto | No Results |
| Chelsea Green Publishing | No Results |
| Christopher Sadowski | No Results |



| | |
|---|---|
| Copycat Legal | No Results |
| City of Austin | No Results |
| Cloudfare | No Results |
| Constant Contact | No Results |
| CustomtattoNow | No Results |
| David Icke Books | No Results |
| Ickonic Enterprises | No Results |
| Deese, Stetson | No Results |
| Stetson, Deese | No Results |
| DirectTV | No Results |
| Dona Soto | No Results |
| eBay | No Results |
| eCommerce CDN | No Results |
| Edgecast | No Results |
| Elevated Solutions | No Results |
| EPS, LLC | No Results |
| Erica Lafferty | No Results |
| ERM Protect | No Results |
| Frost Insurance Agency | No Results |
| Fracine Wheeler | No Results |
| FW Robert Broadcasting Co | No Results |
| Gabriela Tolentino | No Results |
| Getty Images | No Results |
| Gracenote | No Results |
| Greenair | No Results |
| Haivision | No Results |
| Impact Fire Services | No Results |
| Independent Publishers Group | No Results |
| Iron Mountain | No Results |
| Jacqueline Barden | No Results |
| Jennifer Hensel | No Results |
| Jeremy Richman | No Results |
| JCE SEO | No Results |
| Jullian Soto | No Results |
| Justin Lair | No Results |
| JW JIB | No Results |
| KI4U.com | No Results |
| Konica Minnolta | No Results |
| Larry Klayman | No Results |



| | |
|---|---|
| Klayman, Larry | No Results |
| Leonard Pozner | No Results |
| Lincoln-Remi Group, LLC | No Results |
| LIT Industrial | No Results |
| Logo It | No Results |
| Lumen | No Results |
| Level 3 Communications | No Results |
| Marcel Fontaine | No Results |
| Mark Barden | No Results |
| Magento | No Results |
| Microsoft Bing | No Results |
| Miller, Sean | No Results |
| Sean Miller | No Results |
| mongoDB | No Results |
| MRJR Holdings | No Results |
| Music Videos Distributors | No Results |
| MVD Entertainment Group | No Results |
| Heslin, Neil | No Results |
| Neil Heslin | No Results |
| Nicole Hockley | No Results |
| NetSuite | No Results |
| Koskoff | No Results |
| New Relic | No Results |
| Newegg.com | No Results |
| One Party America | No Results |
| Orkin | No Results |
| Pattison Law Firm | No Results |
| Payarc | No Results |
| Paymentus | No Results |
| Paz Law | No Results |
| Perfect Imprints | No Results |
| Perkins, Wes | No Results |
| Wes Perkins | No Results |
| Poulsen, Debra | No Results |
| PQPR | No Results |
| Stephen Lemmon | No Results |
| Protection 1 Alarm | No Results |
| Percision Oxygen | No Results |
| Pipe Hitters Union | No Results |



| | |
|---|---|
| Post Hill Press | No Results |
| Pullman & Comly | No Results |
| Power Reviews | No Results |
| Precision Camera | No Results |
| Private Jets | No Results |
| Public Storage | No Results |
| Randazza | No Results |
| Ratsmedical.com | No Results |
| Ready Alliance Group | No Results |
| Renaissance | No Results |
| Resistance Manifesto | No Results |
| Restor America | No Results |
| Robert Parker | No Results |
| Scarlett Lewis | No Results |
| Security Bank of Crawford | No Results |
| Simon & Schuster | No Results |
| SintecMedia NYC | No Results |
| Operative | No Results |
| Skousen, Joel | No Results |
| Joel Skousen | No Results |
| Skyhorse Publishing | No Results |
| Sparketts & Sierra Springs | No Results |
| SLNT | No Results |
| Spectrum Enterprise | No Results |
| Time Warner Cable | No Results |
| Stamps.com | No Results |
| Stone Edge Technologies | No Results |
| Stratus Technologies | No Results |
| Studio 2426 | No Results |
| Synergy North America | No Results |
| TD Canada Trust | No Results |
| Texas Disposal Systems | No Results |
| Texas Gas Service | No Results |
| Texas Comptroller | No Results |
| Textedly | No Results |
| The Creative Group | No Results |
| The Hartford | No Results |
| The Steam Team | No Results |
| Third Coast Graphics | No Results |



| | |
|---|---|
| Travelers | No Results |
| Travis County | No Results |
| Thomas, David | No Results |
| David Thomas | No Results |
| U.S. Legal Support | No Results |
| Uline Shipping Supply | No Results |
| Vazquez, Valdemar Rodriguez | No Results |
| Valdemar Vazquez | No Results |
| Verizon | No Results |
| Veronica De La Rosa | No Results |
| Vultr | No Results |
| Waste Connections Lone Star | No Results |
| Water Event | No Results |
| Pure Water Solutions | No Results |
| Watson, Paul | No Results |
| Paul Watson | No Results |
| Westwood One, LLC | No Results |
| William Scherlach | No Results |
| Willaim Aldenberg | No Results |
| Willow Grove Productions | No Results |
| Wisconsin Dept. of Revenue | No Results |
| WMQM-AM 1600 | No Results |
| WWCR | No Results |
| Your Promotional Products, LLC | No Results |
| Zendesk, Inc. | No Results |
| Zoom US | No Results |
| Kaster Lynch Farrar & Ball LLP | No Results |
| The Reynal Law Firm | No Results |
| Pattis & Smith | No Results |
| Zeisler & Zeisler | No Results |
| Jordan & Ortiz | No Results |
| McDowll Hetherington | No Results |
| Akers Law Form | No Results |
| Waller Landsen | No Results |
| Akin Gump | No Results |
| Chief Judge David R. Jones | No Results |
| Judge Marvin Isgur | No Results |
| Judge Chistopher Lopez | No Results |
| Judge Jeffry Norman | No Results |



| | |
|---|---|
| Judge Eduardo V. Rodriguez | No Results |
| Albert Alonzo | No Results |
| Ana Castro | No Results |
| Tracey Conrad | No Results |
| Jeannie Chavez | No Results |
| LinhThu Do | No Results |
| Tyler Laws | No Results |
| Kimberly Picota | No Results |
| Vriana Portillo | No Results |
| Mario Rios | No Results |
| Alicia Barcomb | No Results |
| Jacqueline Boykin | No Results |
| Luci Johnson-Davis | No Results |
| Hector Duran | No Results |
| Barbra Griffin | No Results |
| Brian Henault | No Results |
| Linda Motton | No Results |
| Ha Nguyen | No Results |
| Glenn Otto | No Results |
| Yasmin Rivera | No Results |
| Jayson Ruff | No Results |
| Millie Sal | No Results |
| Patrica Schmidt | No Results |
| Christy Simmons | No Results |
| Gwen Smith | No Results |
| Stephen Statham | No Results |
| Christopher Travis | No Results |
| Clarissa Waxton | No Results |
| Jana Whitworth | No Results |

| Objects | Status |
|---|---|
| Calendar Entries | Not Searched |
| Communications Entries | Not Searched |
| Contact Custom Fields | Not Searched |
| Contacts | Searched |
| Documents | Not Searched |
| Expense Entries | Not Searched |
| Folders | Not Searched |
| Matter Custom Fields | Searched |



| Matter Notes | Searched |
|---|---|
| Matters | Searched |
| Relationships | Searched |
| Time Entries | Not Searched |

