| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| __Southern__ District of __Texas__ (State) | |
| Case number (If known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  InfoW, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
   InfoWars, LLC

3. **Debtor's federal Employer Identification Number (EIN)**   __46__ – __4546916__

4. **Debtor's address**

   **Principal place of business**
   5606 N. Navarro STE 300-W
   Number     Street
   
   Victoria, TX 77904
   City                State     ZIP Code
   
   Victoria
   County

   **Mailing address, if different from principal place of business**
   
   Number     Street
   
   PO Box 1819
   P.O. Box
   
   Houston, TX 77251-1819
   City                State     ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   Number     Street
   
   
   City                State     ZIP Code

5. **Debtor's website** (URL)   _____

---

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor _InfoW, LLC_____ Case number (*if known*)_____
     Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
_5331_ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                                  MM / DD / YYYY
        District _____ When _____ Case number _____
                                                  MM / DD / YYYY

Debtor ____InfoW, LLC_____     Case number (if known)_____
      Name

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.   Debtor ___IW Health, LLC_____    Relationship ___Affiliate_____<br>          District ___Southern District of Texas_____    When ___04/18/2022___<br>                                                                                   MM / DD / YYYY<br>Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number    Street
                                 _____
                                 _____   _____ _____
                                 City                                   State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
              Contact name     _____
              Phone                 _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49        ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99      ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

---

Official Form 201                   Voluntary Petition for Non-Individuals Filing for Bankruptcy               page 3

| Debtor | InfoW, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 15. Estimated assets | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/18/2022
             MM  / DD / YYYY

X _/s/ W. Marc Schwartz_____    W. Marc Scwartz
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

X  /s/ Kyung S. Lee                     Date  04/18/2022
Signature of attorney for debtor              MM / DD / YYYY

Kyung S. Lee
Printed name

Parkins Lee & Rubio LLP
Firm name

700 Milam Street, STE 1300
Number    Street

Houston, TX, 77002
City              State    ZIP Code

(713) 715-1660                          klee@parkinslee.com
Contact phone                           Email address

121228400                               Texas
Bar number                              State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**CONTINUATION SHEET TO Q.10 OF VOLUNTARY PETITION**

| *Debtor* | *District* | *Relationship* | *Date of Filing* | *Case Number* |
|---|---|---|---|---|
| Prison Planet TV, LLC | S.D. of Texas | Affiliate | 04/18/2022 | Unknown |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name: InfoW, LLC | |
| United States Bankruptcy Court for the: Southern District of Texas | |
| Case number (if known): | ☐ Check if this is an amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Brennan Gilmore<br>c/o Civil Rights Clinic ATTN: Andrew Mendrala<br>600 New Jersey Avenue, NW<br>Washington, DC 20001 | Andrew Mendrala<br>(202) 662-9065<br>andrew.mendrala@georgetown.edu | Litigation claim | Disputed<br>Unliquidated | | | $50,000 |
| 2 | Carlee Soto-Parisi<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 336-4421<br>cmattei@koskoff.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 3 | Christopher Sadowski<br>c/o Copycat Legal PLLC<br>3111 N. University Drive Ste. 301<br>Coral Springs, FL 33065 | Daniel DeSouza<br>(877) 437-6228<br>dan@copycatlegal.com | Potential lawsuit for Copyright Infringement | Contingent<br>Disputed<br>Unliquidated | | | $90,000.00 |
| 4 | Dona Soto<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 336-4421<br>cmattei@koskoff.com | Litigation claim | | | | Unknown |
| 5 | Erica Lafferty<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 336-4421<br>cmattei@koskoff.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 6 | Francine Wheeler<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 336-4421<br>cmattei@koskoff.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 7 | Ian Hockley<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 336-4421<br>cmattei@koskoff.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 8 | Jacqueline Barden<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 336-4421<br>cmattei@koskoff.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |

| Debtor | InfoW, LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Jennifer Hensel<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 336-4421<br>cmattei@koskoff.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 10 | Jeremy Richman<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 336-4421<br>cmattei@koskoff.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 11 | Jillian Soto<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 336-4421<br>cmattei@koskoff.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 12 | Leonard Pozner<br>c/o Kaster Lynch Farrar & Ball LLP<br>1117 Herkimer<br>Houston, TX 77008 | Mark Bankston<br>(713) 221-8330<br>mark@fbtrial.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 13 | Marcel Fontaine<br>c/o Kaster Lynch Farrar & Ball LLP<br>1117 Herkimer<br>Houston, TX 77008 | Mark Bankston<br>(713) 221-8300<br>mark@fbtrial.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 14 | Mark Barden<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Mark Bankston<br>(713) 221-8300<br>mark@fbtrial.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 15 | Neil Heslin<br>c/o Kaster Lynch Farrar & Ball LLP<br>1117 Herkimer<br>Houston, TX 77008 | Mark Bankston<br>(713) 221-8300<br>mark@fbtrial.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 16 | Nicole Hockley<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 336-4421<br>cmattei@koskoff.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 17 | Robert Parker<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 221-8300<br>cmattei@koskoff.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 18 | Scarlett Lewis<br>c/o Kaster Lynch Farrar & Ball, LLP<br>1117 Herkimer Street<br>Houston, TX 77008 | Mark Bankston<br>(713) 221-8300<br>Mark@fbtrial.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 19 | Veronique De La Rosa<br>c/o Kaster Lynch Farrar & Ball LLP<br>1117 Herkimer<br>Houston, TX 77008 | Mark Bankston<br>(713) 221-8300<br>mark@fbtrial.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |
| 20 | William Sherlach<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604 | Christopher Mattei<br>(203) 221-8300<br>cmattei@koskoff.com | Litigation claim | Disputed<br>Unliquidated | | | Unknown |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

In re: )
)
INFOW, LLC ) Case No. 22 - _____
)
Debtor. ) Chapter 11 (Subchapter V)

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security, Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest |
|---|---|---|---|
| Robert Dew, Trustee<br>3019 Alvin Devane Blvd., Suite 300<br>Austin, TX 78741 | Common Equity | 100% | Membership Interests |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 04/18/2022    Signature: *W. Marc Schwartz*
                                W. Marc Schwartz

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| INFOW, LLC ) | Case No. 22 - _____ |
| ) | |
| Debtor. ) | Chapter 11 (Subchapter V) |

## DECLARATION OF W. MARC SCHWARTZ REGARDING
## BANKRUPTCY CODE § 1116(1) REQUIREMENTS

I, W. Marc Schwartz, hereby declare as follows:

1. My name is W. Marc Schwartz.

2. I am a founder of Schwartz & Associates, LLC ("SALLC"). SALLC has its principal offices at 712 Main Street, Suite 1830, Houston, Texas. SALLC has been engaged in business since 2019. The primary business of SALLC is bankruptcy and financial restructuring consulting, serving as financial/economic experts in civil litigation matters and, serving as court appointed receivers in federal and state court matters. The firm is also licensed as an Investigations Company by the Texas Department of Public Safety.

3. SALLC's services include financial forensics, supervising business operations as a trustee, examiner with expanded powers or receiver, valuing business assets and income tax related services   My firm represents individuals, companies and courts in a variety of assignments including as Chief Restructuring Officers, financial advisers, trustees and examiners in bankruptcy matters; working as testifying or consulting experts on damages and economic issues for parties involved in litigation and as a special master for courts where litigation matters are pending; serving as court appointed receivers in state and federal courts.

4. I earned a Bachelor of Arts degree from Princeton University and a Master's in Business Administration degree from the University of Chicago Booth School of Business. I am licensed in Texas as a Certified Public Accountant, Certified in Financial Forensics by the American Institute of Certified Public Accountants, a Certified Fraud Examiner, and a Licensed Private Investigator.

5. I have extensive experience serving as a fiduciary in bankruptcy cases as either a Chapter 11 Trustee, a Chief Restructuring Officer, or an Examiner with expanded powers. I have also acted as a receiver over several individuals and entities under state law.

6. I was retained as of April __, 2022 by the Trustee of the Litigation Settlement Trust formed by InfoW, Inc. ("InfoW"), IWHealth, LLC ("IWH") and Prison Planet TV, LCC ("PTV", and together with the InfoW, IWH, and PTV, the "Debtors") as the Debtors' Chief Restructuring Officer.

7. Since my retention, I have met with Bob Roe, a CPA retained to delve into the books of account of various entities affiliated with the Debtors and assist those entities to prepare accurate financials statements which could be relied upon by the reader to accurately reflect the financial condition and activities of the entities. I have also met with counsel for the Debtors and Mr. Jones to obtain an understanding of the Debtors' operations. I have also reviewed lists of assets owned by the Debtors.

8. I have learned that the Debtor's have no purpose other than to hold assets which may be used by other entities. They undertake no business activities, they do not sell, rent or lease to others anything. Their assets do not generate any income for them. They have no bank accounts and do not pay money to anyone for any reason. They have no debt or other liabilities other than those related to pending or potential litigation. For

2

these reasons, they have no financial statements or books of account and they do not file income tax returns.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/18/2022                    By: _____
                                          W. Marc Schwartz

3

# WRITTEN CONSENT OF THE MEMBERS OF INFOW, LLC

The undersigned, comprising all of the members of InfoW, LLC (the "Company"), a Texas limited liability company, hereby declares that, upon execution of this document, they consent and resolve as follows:

RESOLVED, that the Company is authorized to file a petition for chapter 11 bankruptcy relief;

RESOLVED FURTHER, that W. Marc Schwartz in his role as a consultant to the Company serving as Chief Restructuring Officer is authorized, empowered, and directed to take all appropriate actions for, in the name of, and on behalf of the Company in connection with any chapter 11 case authorized hereby, including the preparation, execution, and filing of a petition for chapter 11 relief; and

RESOLVED FURTHER; that the Company is authorized to continue the employment of the CRO and to retain any professionals and advisors to the extent necessary or useful in any chapter 11 case authorized hereby.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Company, have executed this Consent.

Dated: April 14, 2022

ROBERT DEW

In his capacity as the Initial Trustee of the 2022 FSS Litigation Settlement Trust