# Detailed time report

Schwartz Associates, LLC

| | | |
|---|---|---|
| Timeframe | **05/01/2022 – 06/10/2022** | |
| Total | **33.08 Hours** | |
| | **0.00 Uninvoiced billable hours** | |

| | |
|---|---|
| 1 Client | **Free Speech Systems** |
| Projects | **All projects** |
| Tasks | **All tasks** |
| 1 Team | **Marc Schwartz** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| **05/24/2022** | | | | | **7.25** |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 5.00 |
| Meeting with counsel in Austin | | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 2.25 |
| RT Travel to Austin for meeting with counsel, 4.5 hours, billed 2.25 | | | | | |
| **05/25/2022** | | | | | **1.00** |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.10 |
| Read Bankston email on proposed sanctions against Reynal and Taube | | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.90 |
| Call with Axos on DIP accounts and merchant services | | | | | |
| **06/01/2022** | | | | | **0.30** |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.30 |
| Meet with K Lee and discuss status, email to legal group plus Rao and C Schwartz to request meeting of group. | | | | | |
| **06/02/2022** | | | | | **0.90** |
| | | | | **Total** | **33.08** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.90 |
| | call with counsel | | | | |
| **06/03/2022** | | | | | **4.10** |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 3.00 |
| | Reviewing documents produced, email to B Roe on Axos information request and obtaining Merchant Service reports, Emails with K Lee and R Shannon on documents produced, read B&V valuation of PQPR Holdings | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.60 |
| | Call with K Lee, RJ Shannon, C Schwartz on current results of FSS document review. Start analysis of PQPR sales and estimated cost of sales. | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| | Work on analysis of impact of agreement on EBITDA | | | | |
| **06/04/2022** | | | | | **1.53** |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| | Complete analysis of impact of agreement on FSS EBITDA | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.18 |
| | Research RMA comparable data for FSS | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.85 |
| | Read David Jones deposition | | | | |
| **06/05/2022** | | | | | **1.60** |
| | | | | **Total** | **33.08** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.30 |
| | Review additional documents sent by K Lee for review | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 1.30 |
| | prepare for and meet via Zoom with proposed debtor counsel | | | | |
| 06/06/2022 | | | | | 8.30 |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 6.00 |
| | meeting with B Roe and then Roe, Battaglia, Lee, Shannon, C Schwartz, S Lemmon, A Jones, S Jordan | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 2.30 |
| | travel time to and from Austin for meeting, 4.5 hours, billed at 50% | | | | |
| 06/07/2022 | | | | | 2.00 |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| | Meeting with C Schwartz, T Hogge, H Lee to go over initial planning | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| | Call with K Lee and S Lemmon | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 1.00 |
| | Attend to email traffic, calls with B Roe on setting up call with D Jones, Anthony. Review followup from Monday meeting | | | | |
| 06/08/2022 | | | | | 6.10 |
| | | | | Total | 33.08 |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 2.30 |
| | Rt travel to FSS for meetings, 1/2 time billed to reach 50% of rates | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| | Meet with B Roe and C Schwartz | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 1.30 |
| | Meet with D Jones and Anthony | | | | |
| Free Speech Systems | [2211013] FSS | Billable Time | Expert, Manager | Marc Schwartz | 2.00 |
| | Work with B Roe and C Schwartz on GL accounting issues and brief C Schwartz on results of meeting with D Jones and Anthony | | | | |
| | | | | **Total** | **33.08** |