IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | |

**UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR SEPTEMBER 20, 2022, AT 1:00 PM**

Kevin M. Epstein, the United States Trustee for the Southern District of Texas (the "U.S. Trustee") submits this Witness and Exhibit List for the hearing scheduled for September 20, 2022, at 1:00 p.m., Central Time (or as such hearing may be continued or rescheduled).

| Case No: 22-60043 | Name of Debtor:<br>Free Speech Systems, LLC |
|---|---|
| | |
| | |
| | |
| | Judge: **Christopher Lopez** |
| | |
| | Hearing Date: September 20, 2022 |
| | Hearing Time: 1:00 PM |
| | Party's Name: United States Trustee |
| | Attorney's Name: Ha M. Nguyen |
| | Attorney's Phone: 202-590-7962 |
| | |

## WITNESSES

The U.S. Trustee may examine:

1. W. Marc Schwartz;
2. Kyung S. Lee;
3. Any witness called by any other party; and
4. Any witness(es) necessary to rebut the testimony of any witness(es) called or designated by any other party

## MOTIONS TO BE HEARD

Application to Employ W. Marc Schwartz and Schwartz Associates LLC as Chief Restructuring Officer. (Attachments: # 1 Proposed Order # 2 Exhibit A - Engagement Agreement # 3 Exhibit B - Schwartz Declaration # 4 Exhibit C - FSS Company Agreement)

Application to Employ Shannon & Lee LLP as Bankruptcy Co-Counsel to the Debtor. (Attachments: # 1 Proposed Order # 2 Exhibit A - Engagement Agreement # 3 Exhibit B - Lee Declaration)

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Free Speech System LLC's Schedules [Dkt. No. 121] | | | | |
| 2. | Free Speech Systems LLC's Statement of Financial Affairs [Dkt. No. 122] | | | | |
| 3. | InfoW Debtors' Application to Employ Kyung S. Lee PLLC as Bankruptcy Counsel Effective as of May 16, 2022 [Dkt. No. 97 in Case No. 22-60020] | | | | |
| 4. | InfoW Debtors' Emergency Application for Interim and Final Orders (a) Authorizing the Employment of W. Marc Schwartz as Chief Restructuring Officer, (b) Authorizing Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (c) Granting Related Relief | | | | |
| 5. | E-Mails between Jayson Ruff, Kyung Lee, and others re: Dates relating to Motion to Dismiss | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6. | InfoW Debtors' Emergency Motion to (a) Extend Answer Date, (b) Extend Exhibit Designation Date, (c) Toll Discovery Deadlines, (d) Continue Hearing on Motions to Dismiss and (e) Grant Related Relief [Dkt. No. 95 in Case No. 22-60020] | | | | |
| 7. | InfoW Debtors' Omnibus Response to Motions to Dismiss [Dkt. No. 112 in Case No. 22-60020] | | | | |
| 8. | Free Speech Systems, LLC's Application to Employ W. Marc Schwartz as Chief Restructuring Officer [Dkt. No. 83] | | | | |
| 9. | Free Speech Systems, LLC's Application to Employ Shannon & Lee as Bankruptcy Co-Counsel [Dkt. No. 85] | | | | |
| 10. | Pre-petition billing invoices for KSLPLLC from 5.24.22 to 5.31.22 (Free Speech Systems) | | | | |
| 11. | Pre-petition billing invoices for Shannon & Lee LLP from 6-1-22 to 6-30-22 (Free Speech Systems, LLC) | | | | |
| 12. | Detailed time report for Schwartz Associates from 5-24-22 to 6-08-22 (Free Speech Systems, LLC) | | | | |
| 13. | Detailed time report for Schwartz Associates from 5-01-22 to 6-09-22 (InfoW Debtors) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 14. | Transcript of Hearing May 19, 2022 | | | | |
| 15. | Transcript of Hearing August 3, 2022 | | | | |
| 16. | Demonstrative Exhibit of Timeline | | | | |
| 17. | Any exhibit introduced by any other party | | | | |
| 18. | Any exhibit identified or offered by any other party | | | | |
| | | | | | |

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

RESPECTFULLY SUBMITTED:
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

DATED: <u>September 16, 2022</u>

<u>/s/ HA M NGUYEN</u>
Ha Nguyen, Trial Attorney
CA Bar #305411
FED ID NO. 3623593
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: Ha.Nguyen@usdoj.gov
Cell: 202-590-7962

4