# Detailed time report                    Schwartz Associates, LLC

| | | | | |
|---|---|---|---|---|
| Timeframe | **05/01/2022 – 06/10/2022** | Clients | **All clients** | |
| Total | **38.87 Hours** | 1 Project | **InfoWars Prebankruptcy** | |
| | **0.00 Uninvoiced billable hours** | Tasks | **All tasks** | |
| | | 1 Team | **Marc Schwartz** | |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| 05/01/2022 | | | | | 2.84 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.80 |
| | Read transcript of 4/29/22 status conference | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.40 |
| | Read K Lee, R Shannon, and S Rodgers emails on Friday hearing and open tasks to complete | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.24 |
| | LST Section 2.2, questioned by Judge Lopez | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | prison planet websites | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 1.00 |
| | IW Zoom Meeting with counsel | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.10 |
| | EmIl Prison Planet websites' screen shots to counsel | | | | |
| | | | | **Total** | **38.87** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.10 |
| | Email to Suzy Ginsburg to set up call. | | | | |
| 05/02/2022 | | | | | 4.08 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.80 |
| | Call with S Ginsberg concerning public relations assistance | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | email to attorney group on my discussions with S Ginsberg | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.60 |
| | Review InfoW and Prison Planet license agreements with FSS and email to attorneys | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.98 |
| | Comparing provisions of LST and PSA | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 1.50 |
| | Call with K Lee, R J Shannon, H Lee to discuss impact of Conn. case non-suit on debtors | | | | |
| 05/03/2022 | | | | | 0.80 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.40 |
| | Call with M Ridulfo and reading and forwarding emails relating to Conn. dismissal | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.40 |
| | | | | **Total** | **38.87** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| | Call with K Lee, JR Shannon and M Ridulfo on Connecticut dismissal | | | | |
| 05/04/2022 | | | | | 2.51 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 1.00 |
| | call with K Lee, RJ Shannon and S Rodgers | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.40 |
| | Call and email to M Boyd concerning bank accounts | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.30 |
| | Call with M Boyd about setting up DIP bank accounts | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.81 |
| | Reading emails from counsel relating to dismissals and May 27 hearing. | | | | |
| 05/05/2022 | | | | | 3.14 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 1.30 |
| | Reviewing SOFAs | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | Refiew IDI report for InfoW and send to Harold to fix others before I review | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.40 |
| | Revieiwing, editing and signing IDI Reports | | | | |
| | | | | **Total** | **38.87** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>Review Motions to Dismiss | Billable Time | Expert, Manager | Marc Schwartz | 0.25 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>Zoom conference call with counsel | Billable Time | Expert, Manager | Marc Schwartz | 0.99 |
| 05/06/2022 | | | | | 3.60 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>Call with M Ridulfo on status | Billable Time | Expert, Manager | Marc Schwartz | 0.15 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>Gong thru Docu Sign to open bank account for Info Health | Billable Time | Expert, Manager | Marc Schwartz | 0.29 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>PLR Application to employ | Billable Time | Expert, Manager | Marc Schwartz | 0.34 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>Call with Bob Roe on Budgets for Debtors | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>email to C Schwartz, H Lee and Bob Roe detailing elements of proposed Debtors five year budgets needed | Billable Time | Expert, Manager | Marc Schwartz | 0.52 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>Reading UST comments on Motion to employ WMS including cross referencing to proposed order | Billable Time | Expert, Manager | Marc Schwartz | 0.30 |
| | | | | **Total** | **38.87** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| | Zoom Meeting with K Lee and M Ridulfo on addressing change in counsel and needed resources. | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.60 |
| | Call with Ridulfo to discuss PLR pending withdrawal. | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | ReadPLR motion to withdraw, read emails from K Lee and L Parkins concerning possible solution to representation issues raised by withdrawal. | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | Call to K Lee to discuss using PLR personnel as a solution to resource issues raised by PLR withdrawal. | | | | |
| 05/07/2022 | | | | | 0.35 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.35 |
| | Docusign for Axos bank account for IWHealth and InfoW | | | | |
| 05/08/2022 | | | | | 0.90 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.70 |
| | IW Zoom Meeting with R Battaglia, RJ Shannon, K Lee, M Ridulfo and H Lee | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | Call with M Ridulfo | | | | |
| 05/09/2022 | | | | | 0.80 |
| | | | | **Total** | **38.87** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>Review and file new account documents | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>ReadingChris Sadiwski demand | Billable Time | Expert, Manager | Marc Schwartz | 0.10 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>getting bank account documents in and done, preparing and sending new W-9s | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| 05/10/2022 | | | | | 1.21 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>Email with Axos over IHealth alternative to Operating Agreement, commence completing form and send to S Rodgers for signature | Billable Time | Expert, Manager | Marc Schwartz | 0.28 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>Attention to emails from counsel related to upcoming status conference and banking | Billable Time | Expert, Manager | Marc Schwartz | 0.40 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>Working on proposed five year financial plan for debtors | Billable Time | Expert, Manager | Marc Schwartz | 0.53 |
| 05/11/2022 | | | | | 1.86 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy<br><br>Read draft stipulation | Billable Time | Expert, Manager | Marc Schwartz | 0.30 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | | | | **Total** | **38.87** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| | Attention to emails concerning outstanding claims, resolution of Fontaine claim, scheduling a meeting. | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 1.00 |
| | Conference call with counsel., Bob Roe and FA | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.36 |
| | Reading new draft of Stipulation | | | | |
| 05/13/2022 | | | | | 2.30 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| | review PLR application to employ | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | Review KSLPLLC engagement letter | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.30 |
| | Review of final PLR application to employ and sign | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.80 |
| | Attend status conference in Judge Lopez' court room | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| | Review with counsel expected items to be discussed at status conference | | | | |
| 05/14/2022 | | | | | 0.50 |
| | | | | **Total** | **38.87** |

| Client | Project | Task | Roles | Person | Hours |
|--------|---------|------|-------|--------|-------|
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| | Log onto Youngevity account 100921162, attempted to log onto 1942701 without success, read statements of account activity sent by RJ Shannon. Requested log in info for account 1942701 | | | | |
| 05/17/2022 | | | | | 3.88 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 1.40 |
| | call with counsel to discuss preparation for upcoming hearings | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.50 |
| | Prepare funding request for Debtors and transmit to B Roe | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | Working on opening Prison Planet bank account and activating IWHealth account | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.40 |
| | Axos document request on Prison Planet | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | Call with R Battaglia | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.30 |
| | Review current draft of Texas Stipulation | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.24 |
| | Application to employ KSLLLP | | | | |
| | | | | **Total** | **38.87** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.64 |
| | Reading draft motion to dismiss response | | | | |
| 05/18/2022 | | | | | 2.74 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.30 |
| | Discuss with K Lee alternative solutions to Debtors bankruptcies | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.40 |
| | Read proposed changes from M Beatty adn provide comment to K Lee | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.30 |
| | Meeting with C Schwartz and H Lee to discuss events in case including motion for extension on Motion to Dismiss hearing | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.17 |
| | Read latest draft of Motion to Extend | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.25 |
| | Reading drafts of stipulations as of 3pm today | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.56 |
| | Review and sign IDI reports | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.34 |
| | Review long form stipulations for Texas Plaintiffs | | | | |
| | | | | **Total** | **38.87** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.42 |
| | Read revised stipulation from M Beatty | | | | |
| 05/19/2022 | | | | | 2.20 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | Final review and sign application to employ KSLPLLC | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 1.00 |
| | Status call with attorneys | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 1.00 |
| | Hearing on motion for continuation on Motion to Dismiss | | | | |
| 05/20/2022 | | | | | 3.07 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 1.40 |
| | Status call to introduce Howard Magaliff to case and to discuss developments | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.15 |
| | Review IDR in preparation for initial debtor meeting | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 1.30 |
| | ID Meeting | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.22 |
| | | | | **Total** | **38.87** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| | Ridulfo engagement documents | | | | |
| 05/31/2022 | | | | | 1.03 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.40 |
| | Review of RJ Shannon and K Lee drafts of Motion to Dismiss case | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.30 |
| | Review revised Stipulation and Agreed Order Dismissing Cases | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.33 |
| | Respond to B Roe email on amounts owed. | | | | |
| 06/01/2022 | | | | | 0.10 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.10 |
| | Review and edit motion to dismiss | | | | |
| 06/07/2022 | | | | | 0.60 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.20 |
| | Review mors | | | | |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.40 |
| | Work up final funding request | | | | |
| 06/09/2022 | | | | | 0.36 |
| Litigation Settlement Trust | [2211008] InfoWars Prebankruptcy | Billable Time | Expert, Manager | Marc Schwartz | 0.36 |
| | | | | **Total** | **38.87** |

| Client | Project | Task | Roles | Person | Hours |
|--------|---------|------|-------|--------|-------|
|  | Call with RJ on hearing tomorrow on motion to dismiss |  |  |  |  |

| | | | | **Total** | **38.87** |
|---|---|---|---|---|---|