## April 2022

- **April 14th** - InfoW Plan Support Agreement and Litigation Settlement Trust executed.
- **April 17-18th** - InfoW Debtors' Petitions filed.
- **April 18th** - InfoW Debtors' Application to Employ Schwartz as CRO filed.
- **April 26th** – CT Plaintiffs' Motion to Dismiss InfoW Cases filed and joined by TX Plaintiffs.
- **April 29th** – U.S. Trustee's Motion to Dismiss InfoW Cases filed.

## May 2022

- **May 13th** - InfoW Debtors' Application to Employ Parkins Lee and Rubio filed.
- **May 18th**
  – U.S. Trustee receives E-mail from Kyung Lee informing he would be moving forward on Application to Employ Schwartz as CRO rather than push it out in connection with hearing on Motion to Dismiss InfoW Debtors.
  - Kyung Lee files Emergency Motion for Continuance of Hearings on Motion to Dismiss InfoW Chapter 11 Cases.
- **May 19th**
  – InfoW Debtors' Application to Employ Kyung S. Lee PLLC filed.
  - Kyung Lee appears at hearing on Emergency Motion for Continuance of Hearings on Motion to Dismiss.
  - Marc Schwartz sends CRO Engagement Letter to FSS.
  - TX Plaintiffs' Stipulation to dismiss claims against InfoW Debtors filed.
- **May 23rd** – Status conference held in Connecticut On CT Plaintiffs' Unopposed Motion to Dismiss InfoW Debtors.
- **May 24th** – Kyung Lee begins billing time to FSS.
  - K. Lee, M. Schwartz, and RJ Shannon meet with FSS to discuss restructuring options.
- **May 26th** – Kyung S. Lee Appears for InfoW Debtors at their 341 Meeting of Creditors.

## June 2022

- **June 1st** – Kyung Lee stipulates on behalf of InfoW Debtors With the U.S. Trustee to Dismiss InfoW's Chapter 11 Cases.
- **June 2nd** – Kyung Lee files response to U.S. Trustee's Motion to Dismiss.
- **June 6th** – Alex Jones signs engagement letters with S&L and Schwartz on behalf of FSS.
- **June 10th** – Court approves dismissal of InfoW cases.