United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 17, 2022

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-60043 |
|---|---|---|---|
| Debtor | In Re: | Free Speech Systems LLC | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Melanie Miller<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park, 43rd Floor<br>New York, NY 10036<br>(212) 872-1000<br>NY 5604202 |

Seeks to appear as the attorney for this party:

| The Sandy Hook Families,** creditors and parties-in-interest | |
|---|---|
| Dated: 9/16/2022 | Signed: /s/ Melanie Miller |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:      Signed: _____<br>Deputy Clerk |

Signed: September 17, 2022

Christopher Lopez
United States Bankruptcy Judge

**Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (collectively, the "Texas Plaintiffs") and David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (collectively, the "Connecticut Plaintiffs", together with the Texas Plaintiffs, the "Sandy Hook Families").