**EXHIBIT A**

**Emails Among Kyung Lee and Jayson Ruff from May 25, 2022, to June 1, 2022**

Case 22-60043   Document 176-1   Filed in TXSB on 09/18/22   Page 1 of 6

| | |
|---|---|
| **Subject:** | RE: InfoW\Update |
| **Date:** | Wednesday, June 1, 2022 at 10:28:55 AM Central Daylight Time |
| **From:** | Ruff, Jayson B. (USTP) |
| **To:** | Kyung S. Lee, Nguyen, Ha (USTP), Melissa Haselden |
| **CC:** | Marc Schwartz, Christian Schwartz, Harold Lee |
| **Attachments:** | image001.png, image002.png, image003.png, UST Revisions to InfoWars_KSLDraftNo.1_Proposed Stipulated Order for Dismissal 5.31.22@3PM.docx |

Kyung,

Attached is a markup of your proposed stipulation showing our comments. So long as Melissa is ok with the changes you have made concerning payment of her fees, then we are too. I have left those sections unchanged and will let Melissa indicated if she has any comments.

I removed the references to the CT and TX Plaintiffs' Motions to Dismiss from the related to reference near the top. We cannot stipulate concerning relief sought by other parties (i.e. the TX and CT Plaintiffs). If you want the references to their motions and dismissals in recitations in for context, that is ok, but this order is not a resolution of their motions to dismiss. Their motions may be moot already and will certainly be moot once the court actually dismisses these cases.

In paragraph 1, I did not understand the references to 105 and 305, so I removed them. We are agreeing that there is cause to dismiss pursuant to 1112 and not any of the other sections of the code.

Also, given the retention of jurisdiction in the last paragraph of the order I removed the reference at the end of paragraph 1 as it seemed duplicative.

Finally, we cannot and will not stipulate to exculpation. So that has been removed as well.

Please review these revisions with your client and advise if acceptable. If so, then we can file with the court and email chambers advising that the stipulation has been filed and that the hearing on June 10, 2022 won't be necessary. We can also offer to make ourselves available for a status conference should the court have any questions concerning the proposed stipulation. Otherwise I think we would be all set.

I am hoping we can get this resolved today. I will be in a hearing for the bulk of the afternoon, but will make myself available as soon as possible thereafter to address any open issues on this. Assuming we can get this on file today, then I intend to continue the 341 again to a date beyond June 10, 2022. However, if this is still ongoing then we will need to go forward with the 341 tomorrow.

Kind regards,

*Jayson B. Ruff*
Trial Attorney
Office of the United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
713-718-4650 Ext 252 (office)
202-573-6960 (mobile)
jayson.b.ruff@usdoj.gov



PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (713) 718-4650 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Kyung S. Lee <klee@kslpllc.com>
**Sent:** Tuesday, May 31, 2022 4:41 PM
**To:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>; Nguyen, Ha (USTP) <Ha.Nguyen@usdoj.gov>; Melissa Haselden <mhaselden@haseldenfarrow.com>
**Cc:** Marc Schwartz <mschwartz@schwartzassociates.us>; Christian Schwartz <cschwartz@schwartzassociates.us>; Harold Lee <hlee@schwartzassociates.us>
**Subject:** [EXTERNAL] Re: InfoW\Update

Jayson, Ha and Melissa, please see the form of Stipulation and Order for Dismissal of the Chapter 11 Cases. Please review and see if we can finalize. We can then go together to Judge Lopez and ask him to approve at a Status Conference before Thursday or on Thursday. I think with the Texas and Connecticut Plaintiffs having dismissed the three debtors and no longer holding claims against the Debtors, we should be good to go and minimize administrative expenses.

**Kyung S. Lee**
**Kyung S. Lee PLLC**
Cell: 713-301-4751
klee@kslpllc.com

**From:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>
**Date:** Friday, May 27, 2022 at 3:16 PM
**To:** Kyung S. Lee <klee@kslpllc.com>, Nguyen, Ha (USTP) <Ha.Nguyen@usdoj.gov>, Melissa Haselden <mhaselden@haseldenfarrow.com>
**Cc:** Marc Schwartz <mschwartz@schwartzassociates.us>, Christian Schwartz <cschwartz@schwartzassociates.us>, Harold Lee <hlee@schwartzassociates.us>, Cameron Atkinson <catkinson@pattisandsmith.com>
**Subject:** RE: InfoWUpdate

Kyung,

Attached is a proposed stipulated dismissal. Please review with your client and let me know if this is acceptable.

Kind regards,

*Jayson B. Ruff*
Trial Attorney
Office of the United States Trustee

515 Rusk St., Suite 3516
Houston, Texas 77002
713-718-4650 Ext 252 (office)
202-573-6960 (mobile)
jayson.b.ruff@usdoj.gov



PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (713) 718-4650 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

---

**From:** Kyung S. Lee <klee@kslpllc.com>
**Sent:** Wednesday, May 25, 2022 2:06 PM
**To:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>; Nguyen, Ha (USTP) <Ha.Nguyen@usdoj.gov>; Melissa Haselden <mhaselden@haseldenfarrow.com>
**Cc:** Marc Schwartz <mschwartz@schwartzassociates.us>; Christian Schwartz <cschwartz@schwartzassociates.us>; Harold Lee <hlee@schwartzassociates.us>; Cameron Atkinson <catkinson@pattisandsmith.com>
**Subject:** [EXTERNAL] Re: InfoW\Update

1. Yes, I can get on if you would give me a dial in number and time. I have it at 10AM.
2. We can stipulate to a dismissal and so you know the basis of why Marc is dismissing, we no longer have a need for chapter 11 because we have no creditors to resolve except for the few that will be handled by the Debtors outside of bankruptcy and the balance of the administrative expense claimants will also be handled outside of bankruptcy, which has always been your suggestions.
3. Provisions are being made to escrow $25,000 for Melissa, again subject to fee application and allowance of her fees.
4. I am giving you answers as counsel, and, I need to make sure Marc has had a chance to review and approve, which I will ask him to do.

**Kyung S. Lee**
**Kyung S. Lee PLLC**
Cell: 713-301-4751
klee@kslpllc.com

---

**From:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>
**Date:** Wednesday, May 25, 2022 at 1:36 PM
**To:** Kyung S. Lee <klee@kslpllc.com>, Nguyen, Ha (USTP) <Ha.Nguyen@usdoj.gov>, Melissa Haselden <mhaselden@haseldenfarrow.com>
**Cc:** Marc Schwartz <mschwartz@schwartzassociates.us>, Christian Schwartz <cschwartz@schwartzassociates.us>, Harold Lee <hlee@schwartzassociates.us>, Cameron Atkinson <catkinson@pattisandsmith.com>
**Subject:** RE: InfoWUpdate

Kyung,

Appreciate the report.  Couple of questions.  First, I do intend to open the line up tomorrow in case any creditors call in.  Is it possible that you can get on the line briefly to provide this update on behalf of the debtors?  Second, since we already have a pending motion to dismiss, is there any reason we can't just stipulate to dismissal?  That would save some time and the necessity of Debtors having to have a motion drafted.  It could be just be a simple stipulation that dismisses the cases and allows some time for Melissa to file for and be paid her fees.  Let me know your thoughts and I can discuss dismissing via stipulation with my client as well.

*Jayson B. Ruff*
Trial Attorney
Office of the United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
713-718-4650 Ext 252 (office)
202-573-6960 (mobile)
jayson.b.ruff@usdoj.gov



PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (713) 718-4650 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Kyung S. Lee <klee@kslpllc.com>
**Sent:** Wednesday, May 25, 2022 12:29 PM
**To:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>; Nguyen, Ha (USTP) <Ha.Nguyen@usdoj.gov>; Melissa Haselden <mhaselden@haseldenfarrow.com>
**Cc:** Marc Schwartz <mschwartz@schwartzassociates.us>; Christian Schwartz <cschwartz@schwartzassociates.us>; Harold Lee <hlee@schwartzassociates.us>; Cameron Atkinson <catkinson@pattisandsmith.com>
**Subject:** [EXTERNAL] InfoW\Update

Marc Schwartz and I wanted to report to the group as follows:

1. The Texas Plaintiffs and Debtors agreed on Stipulations of Dismissals last week. Judge Lopez approved them last Thursday. Judge Mott signed orders remanding cases earlier this week. The Texas Plaintiffs are no longer creditors or hold claims against the Debtors.
2. The removal Connecticut Bankruptcy Court held a status conference yesterday. Connecticut Plaintiffs are to submit orders of dismissal by Thursday 5.26.22. Judge Manning said she would sign them Friday 5.27.22. Debtors are to submit dismissals of motions to remove by Monday

5.30.22.
3. Marc has instructed me to file Motions to Dismiss the Chapter 11 Cases on Tuesday 5.31.22 and eliminate any continuing administrative expenses.
4. We have a conflict as to the 341 Meeting of Creditors for tomorrow and the Debtors will not have a representative attend.

Thanks.

**Kyung S. Lee**
**Kyung S. Lee PLLC**
Cell: 713-301-4751
klee@kslpllc.com