**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22--60043** |
| **FREE SPEECH SYSTEMS, LLC,** | § | |
| | § | |
| **DEBTOR.** | § | **Chapter 11 (Subchapter V)** |
| | § | |

**SUPPLEMENTAL EXHIBIT LIST**

| | |
|---|---|
| Judge: | Hon. Christopher M. Lopez |
| Hearing Date: | Tuesday, September 20, 2022 |
| Hearing Time: | 1:00 p.m. (Central Standard Time) |
| Party's Name: | Free Speech Systems, LLC |
| Attorney's Name: | Ray Battaglia; Kyung S. Lee; RJ Shannon |
| Attorney's Phone: | (713) 714-5770 |
| Nature of Proceeding: | Hearing on:<br>• Application of Debtor for an Order (A) Authorizing Employment of Shannon & Lee LLP as Bankruptcy Co-Counsel for the Debtor, and (B) Granting Related [ECF No. 85] (the "S&L Application")<br>• Application of Debtor for an Order (A) Authorizing Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Schwartz Associates, LLC In Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related [ECF No. 83] (the "CRO Application") |

Free Speech Systems, LLC, the debtor and debtor in possession in the above captioned

chapter 11 case (the "Debtor"), hereby submits this supplemental exhibit list in connection with

the hearing to be held on Tuesday, September 20, 2022, at 1:00 p.m. (Central Standard Time) (the

"Hearing") on the S&L Application and the CRO Application.

## SUPPLEMENTAL EXHIBITS

In addition to the exhibits designated by the Debtor on September 16, 2022 [ECF No. 163], the Debtor may offer for admission into evidence any of the following exhibits, and any exhibit designated by any other party, at the Hearing:

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 35 | Emails dated June 5, 2022, among Kyung Lee and Marc Schwartz re Schwartz Engagement Letter. | | | | |
| 36 | Kyung Lee comments to Marc Schwartz draft of Engagement Letter on June 5, 2022 | | | | |
| 37 | Additional Emails dated June 5, 2022, among Kyung Lee and Marc Schwartz re Schwartz Engagement Letter. | | | | |

The Debtor reserves the right to supplement, amend or delete any witness and exhibits prior to the hearing.  The Debtor also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.  The Debtor finally reserves the right to introduce exhibits previously admitted.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 20, 2022

LAW OFFICES OF RAY BATTAGLIA, PLLC

Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, Texas 78218
Tel. (210) 601-9405

*Proposed Co-Counsel to the Debtor and Debtor-In-Possession*

-and-

SHANNON & LEE LLP

/s/ *R. J. Shannon*
Kyung S. Lee
State Bar No. 12128400
klee@shannonleellp.com
R. J. Shannon
State Bar No. 24108062
rshannon@shannonleellp.com
700 Milam Street, STE 1300
Houston, Texas 77002
Tel. (713) 714-5770

*Proposed Co-Counsel to the Debtor and Debtor-in-Possession*