| | |
|---|---|
| **Subject:** | Re: Schwartz as CRO for FSS |
| **Date:** | Sunday, June 5, 2022 at 3:04:47 PM Central Daylight Time |
| **From:** | Kyung S. Lee <klee@kslpllc.com> |
| **To:** | Marc Schwartz <mschwartz@schwartzassociates.us> |
| **CC:** | rshannon@shannonpllc.com <rshannon@shannonpllc.com>, 'rbattaglialaw@outlook.com' <rbattaglialaw@outlook.com> |
| **Attachments:** | FSS_KSLREDLINE_Schwartz Retention Agreement_6.5.223PM.docx |

These revisions are based on my review of FSS's Company Agreement.

**Kyung S. Lee**
**Kyung S. Lee PLLC**
Cell: 713-301-4751
**klee@kslpllc.com**

---

**From:** Marc Schwartz <MSchwartz@schwartzassociates.us>
**Date:** Sunday, June 5, 2022 at 9:16 AM
**To:** Kyung S. Lee <klee@kslpllc.com>
**Subject:** RE: Schwartz as CRO for FSS

Attached

---

**From:** Kyung S. Lee <klee@kslpllc.com>
**Sent:** Sunday, June 5, 2022 7:29 AM
**To:** Marc Schwartz <MSchwartz@schwartzassociates.us>
**Cc:** rshannon@shannonpllc.com
**Subject:** Schwartz as CRO for FSS

Marc, can you send me your proposed engagement letter for FSS? I am revieing the FSS Company Agreement and would like to better your letter than the one we did at InfoW.

**Kyung S. Lee**
**Kyung S. Lee PLLC**
**Pennzoil Place**
**700 Milam-Suite 1300**
**Houston, Texas 77002**
**Email: klee@kslpllc.com**
**Cell: (713) 301-4751**
**Alternate Email: kslee50@gmail.com**

Confidentiality Notice: The information contained in this communication is strictly limited to the recipient intended by the sender of this communication. This email, and any attachments, may contain confidential attorney-client privileged information and attorney work product. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments. ***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)

promoting, marketing or recommending to another party any transaction or matter addressed herein.