| | |
|---|---|
| **Subject:** | Re: Schwartz as CRO for FSS |
| **Date:** | Sunday, June 5, 2022 at 5:06:19 PM Central Daylight Time |
| **From:** | Kyung S. Lee <klee@kslpllc.com> |
| **To:** | Marc Schwartz <mschwartz@schwartzassociates.us> |

I want you to make the changes, and bring both redline and clean, to Austin tomorrow, so we can show it to Ray and client and have it signed. It is too difficult and confusing to do it otherwise. Do u see what I am saying? .

Kyung S. Lee
Kyung S. Lee PLLC
Partner
Pennzoil Place
700 Milam, Suite 1300
Houston, Texas 77002
Mobile (713) 301-4751
Klee@kslpllc.com
www.kslpllc.com

---

**From:** Marc Schwartz <MSchwartz@schwartzassociates.us>
**Sent:** Sunday, June 5, 2022 4:20:54 PM
**To:** Kyung S. Lee <klee@kslpllc.com>
**Subject:** RE: Schwartz as CRO for FSS

I am fine with the changes, do you want me to PDF, sign and then do you send it to Ray or me?

I need to read para 8.01 of the Company Agreement.

---

**From:** Kyung S. Lee <klee@kslpllc.com>
**Sent:** Sunday, June 5, 2022 3:05 PM
**To:** Marc Schwartz <MSchwartz@schwartzassociates.us>
**Cc:** rshannon@shannonpllc.com; 'rbattaglialaw@outlook.com' <rbattaglialaw@outlook.com>
**Subject:** Re: Schwartz as CRO for FSS

These revisions are based on my review of FSS's Company Agreement.

**Kyung S. Lee**
**Kyung S. Lee PLLC**
Cell: 713-301-4751
klee@kslpllc.com

---

**From:** Marc Schwartz <MSchwartz@schwartzassociates.us>
**Date:** Sunday, June 5, 2022 at 9:16 AM
**To:** Kyung S. Lee <klee@kslpllc.com>
**Subject:** RE: Schwartz as CRO for FSS

Attached

**From:** Kyung S. Lee <klee@kslpllc.com>
**Sent:** Sunday, June 5, 2022 7:29 AM
**To:** Marc Schwartz <MSchwartz@schwartzassociates.us>
**Cc:** rshannon@shannonpllc.com
**Subject:** Schwartz as CRO for FSS

Marc, can you send me your proposed engagement letter for FSS? I am revieing the FSS Company Agreement and would like to better your letter than the one we did at InfoW.

**Kyung S. Lee**
**Kyung S. Lee PLLC**
**Pennzoil Place**
**700 Milam-Suite 1300**
**Houston, Texas 77002**
**Email: klee@kslpllc.com**
**Cell: (713) 301-4751**
**Alternate Email: kslee50@gmail.com**

Confidentiality Notice: The information contained in this communication is strictly limited to the recipient intended by the sender of this communication. This email, and any attachments, may contain confidential attorney-client privileged information and attorney work product. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments. ***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.