United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 20, 2022
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22—60043 |
| | § | |
| DEBTOR. | § | |
| | § | Chapter 11 (Subchapter V) |

### ORDER EXPANDING THE SUBCHAPTER V TRUSTEE'S DUTIES PURSUANT TO 11 U.S.C. § 1183(b)(2) OF THE BANKRUPTCY CODE

For the reasons stated on the record at the September 20, 2022 hearing, the Subchapter V Trustee's duties in this bankruptcy case are expanded under 11 U.S.C. § 1183(b)(2). The Subchapter V Trustee is directed to investigate the Debtor and file a report pursuant to 11 U.S.C. §§ 1106(a)(3) & (4) as soon as practicable.

Signed: September 20, 2022

_____
Christopher Lopez
United States Bankruptcy Judge