IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-60043 (CML) |
| Free Speech Systems LLC, | § | |
| | § | Chapter 11 (Subchapter V) |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF PQPR HOLDINGS LIMITED, LLC'S AMENDED MOTION TO DIRECT SUBCHAPTER V TRUSTEE TO INVESTIGATE FINANCIAL OPERATIONS OF THE DEBTOR**

PLEASE TAKE NOTICE that PQPR Holdings Limited, LLC, hereby withdraws as moot its *Amended Motion to Direct Subchapter V Trustee to Investigate Financial Operations of the Debtor* [Dkt. 127] filed on August 31, 2022, given the Court's Order of September 20, 2022 [Dkt. 183].

Dated: September 22, 2022              Respectfully submitted,

                                        STREUSAND, LANDON, OZBURN &
                                        LEMMON, LLP

                                        By:   /s/ *Stephen W. Lemmon*
                                               Stephen W. Lemmon
                                               Texas Bar No. 12194500
                                               1801 South Mopac Expressway, Ste. 320
                                               Austin, Texas 78746
                                               Telephone: (512) 236-9900
                                               Facsimile: (512) 236-9904
                                               lemmon@slollp.com

                                        **ATTORNEY FOR**
                                        **PQPR HOLDINGS LIMITED, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2022 a true and correct copy of the foregoing document was served on all parties entitled to notice through this Court's CM/ECF System, including, but not limited to, Debtor, Debtor's Counsel, Trustee, and U.S. Trustee.

*/s/ Stephen W. Lemmon*
Stephen W. Lemmon