IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22 - 60043 |
| **FREE SPEECH SYSTEMS, LLC,** | § | |
| | § | Chapter 11 (Subchapter V) |
| **DEBTOR.** | § | |

**ORDER GRANTING REHEARING PURSUANT TO RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Came for consideration the Shannon & Lee LLP's Motion Pursuant to Rule 59 of the Federal Rules of Civil Procedure for Rehearing on the Issue of Disinterestedness with Respect to the Debtor's Application to Employ Shannon & Lee LLP (the "Motion"); and it appearing to the Court that notice of the Motion is adequate, appropriate, and sufficient under the circumstances of this case; and it further appearing to the Court that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.  A rehearing (the "Rehearing") on the Application of Debtor for an Order (A) Authorizing Employment of Shannon & Lee LLP as Bankruptcy Co-Counsel for the Debtor and (B) Granting Related relief [ECF No 85] (the "S&L Employment Application") shall be held on _____ at __:__ _.m. (Central Time).

2.  The evidence and arguments at the Rehearing shall be limited to (a) whether Shannon & Lee LLP is a "disinterested person" pursuant to 11 U.S.C. § 101(14) and (b) whether the S&L Employment Application should be granted in part pursuant to 11 U.S.C. § 327(e).

Dated: _____, 2022

_____
**UNITED STATES BANKRUPTCY JUDGE**