# EXHIBIT B

# Memorandum of Understanding

This Memorandum of Understanding is between ▮▮▮▮▮▮▮▮▮▮, as Manager, and Free Speech Systems LLC (FSS) and PQPR Holdings LLC (PQPR).

It is agreed that ▮▮▮▮▮▮▮ will manage all credit card transactions on behalf of FSS and PQPR. ▮▮▮▮▮▮▮ will perform daily settlements as follows:

    A. ▮▮▮▮▮▮▮ will first pay the Merchant Account fees as charged by credit card processors.

    B. After deducting credit card processing, remaining funds will be allocated as follows:

    C. funds will be allocated firstly 10 percent to ▮▮▮▮▮▮▮ for its Services.

    D. Next, 80 percent of the sales of PQPR products will be allocated to PQPR.

    E. ▮▮▮▮▮▮▮ will pay the sum of $11,000 per calendar day and remit to PQPR Holdings LLC as payment on its prior outstanding balances.

    F. Any remaining funds will be paid to FSS.

This agreement is effective October 6, 2021

Signed:

_____

Free Speech Systems LLC

_____

PQPR Holdings LLC

_____

▮▮▮▮▮▮▮