IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22 - 60043 |
| FREE SPEECH SYSTEMS, LLC, | § | |
| | § | Chapter 11 (Subchapter V) |
| DEBTOR. | § | |

## ORDER GRANTING REHEARING PURSUANT TO RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Came for consideration the *Motion of W. Marc Schwartz and Schwartz Associates, LLC (collectively "Schwartz") Pursuant to Rule 59 of the Federal Rules of Civil Procedure for Rehearing on the Issue of Disinterestedness with Respect to the Debtor's Application to Employ W. Marc Schwartz and Schwartz Associates, LLC* (the "Motion"); and it appearing to the Court that notice of the Motion is adequate, appropriate, and sufficient under the circumstances of this case; and it further appearing to the Court that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. A rehearing (the "Rehearing") on the Application of Debtor for an Order (A) Authorizing Employment of W. Marc Schwartz as Chief Restructuring Office; (B) Authorizing Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer; and (C) Granting Related relief [ECF No 83] (the "Schwartz Employment Application") shall be held on _____ at __:__ _.m. (Central Time).

2. The evidence and arguments at the Rehearing shall be limited to (a) whether Schwartz is a "disinterested person" pursuant to 11 U.S.C. § 101(14) and (b) whether the Schwartz Employment Application should be granted in part pursuant to 11 U.S.C. § 327(a).

Dated: _____, 2022

**UNITED STATES BANKRUPTCY JUDGE**

9618600 v1 (99999.00099.000)