AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME: Jonathan O'Connell | 2. PHONE NUMBER: (202) 360-3567 | 3. DATE: 10/4/2022 |
| 4. DELIVERY ADDRESS OR EMAIL: jonathan.oconnell@washpost.com | 5. CITY: Washington | 6. STATE: DC — 7. ZIP CODE: 20011 |
| 8. CASE NUMBER: 22-60043 — 9. JUDGE: Christopher Lopez | 10. FROM: 8/12/2022 | 11. TO: 9/20/2022 |
| 12. CASE NAME: Free Speech Systems, LLC | 13. CITY: Houston | 14. STATE: Texas |

FOR COURT USE ONLY — DUE DATE:

DATES OF PROCEEDINGS / LOCATION OF PROCEEDINGS

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [x] OPENING STATEMENT (Plaintiff) | 8/12/2022 & 9/20/2022 | | |
| [x] OPENING STATEMENT (Defendant) | 8/12/2022 & 9/20/2022 | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 8/12/2022 & 9/20/2022 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | 8/12/2022 & 9/20/2022 | | |
| [x] OPINION OF COURT | 8/12/2022 & 9/20/2022 | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify): Entirety of both hearings | 8/12/2022 & 9/20/2022 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES (NO. OF COPIES) | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | | | |
| 14-Day | [ ] | [ ] | | | |
| EXPEDITED | [ ] | [ ] | | | |
| 3-Day | [ ] | [x] | | | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: Jonathan O'Connell
19. DATE: 10/4/2022

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY