| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Free Speech Systems, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number | 22-60043 |

Official Form 410

# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
PQPR Holdings Limited LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Streusand Landon Ozburn & Lemmon, LLP
Name
1801 S. Mopac Expy., Suite 320
Number    Street
Austin           TX        78746
City            State      ZIP Code

Contact phone  512-220-2688
Contact email  lemmon@slollp.com

Where should payments to the creditor be sent? (if different)
Streusand Landon Ozburn & Lemmon, LLP
Name
1801 S. Mopac Expy., Suite 320
Number    Street
Austin           TX        78746
City            State      ZIP Code

Contact phone  512-220-2688
Contact email  lemmon@slollp.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

**PQPR-10**

Official Form 410                             Proof of Claim                              page 1

Doc ID: ed98b89b619236351f8fb711d29b95290e7f088e

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☑ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|---|

| 7. | How much is the claim? | $_____68,154,691.46_____ plus additional unpaid debt | **Does this amount include interest or other charges?** <br> ☐ No <br> ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|---|

| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> Goods sold, unpaid account, resulting in 2 Promissory Notes and subsequent additional unpaid goods sold. |
|---|---|---|

| 9. | Is all or part of the claim secured? | ☐ No <br> ☑ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. <br> ☐ Motor vehicle <br> ☑ Other. Describe: all assets of debtor <br><br> **Basis for perfection:** UCC-1 <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property:** $ 68,154,691.46 <br> **Amount of the claim that is secured:** $ 68,154,691.46 <br> **Amount of the claim that is unsecured:** $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $_____ <br><br> **Annual Interest Rate** (when case was filed) _per contract_ % <br> ☑ Fixed <br> ☐ Variable |
|---|---|---|

| 10. | Is this claim based on a lease? | ☑ No <br> ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
|---|---|---|

| 11. | Is this claim subject to a right of setoff? | ☑ No <br> ☐ Yes. Identify the property: _____ |
|---|---|---|

**PQPR-10**

Official Form 410          Proof of Claim          page 2

Doc ID: ed98b89b619236351f8fb711d29b95290e7f088e

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

   A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

   ☑ No
   ☐ Yes. Check one:

   **Amount entitled to priority**

   ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $_____

   ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $_____

   ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $_____

   ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $_____

   ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $_____

   ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. $_____

   \* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10 / 06 / 2022
                   MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name: David           R.           Jones
      First name      Middle name  Last name

Title: _____

Company: PQPR Holdings Limited LLC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: _____
         Number    Street
         _____
         City                State    ZIP Code

Contact phone _____   Email davidrossjones@aol.com

**PQPR-10**

Official Form 410             Proof of Claim             page 3
Doc ID: ed98b89b619236351f8fb711d29b95290e7f088e

PQPR
Due from FSS - Proof of Claim
7/29/2022

| | |
|---|---:|
| Open Account | |
|   Advance to FSS | $ 121,920.27 |
|   Due to PQPR | $ 23,808,367.00 |
|   PQPR Reimbursement Receivable | $ (9,538,413.22) |
|   Balance | $ 14,391,874.05 |
| | |
| Notes | |
|   Note 1 | $ 29,538,183.63 |
|   Note 2 | $ 24,108,504.21 |
|   Total | $ 53,646,687.84 |
| | |
| Accrued Interest 8/20/21 to 11/10/21 | |
|   Note 1 Balance | $ 29,538,183.63 |
|   Interest Rate | 1.75% |
|   Annual Interest | $ 516,918.21 |
|   Daily | $ 1,416.21 |
|   Days* | 82 |
|   Accrued Interest | $ 116,129.57 |
| Total | $ 68,154,691.46 |

Doc ID: ed98b89b619236351f8fb711d29b95290e7f088e

# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Acuity CxO LLC 5122929690 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>Acuity CxO LLC<br>219 Black Wolf Run<br>Austin, TX 78738<br>USA | **FILING NUMBER:** 20-0058072731<br>**FILING DATE:** 11/18/2020  02:06 PM<br>**DOCUMENT NUMBER:** 1008390830002<br>**FILED:** Texas Secretary of State<br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

**1. DEBTOR'S NAME** - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**1a. ORGANIZATION'S NAME:** Free Speech Systems LLC

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3005 South Lamar Blvd, Suite D109-317 | Austin | TX | 78704 | USA |

**2. DEBTOR'S NAME** - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

(blank)

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

**3a. ORGANIZATION'S NAME:** PQPR Holdings Limited LLC

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 100 Congress Avenue, 18th Floor | Austin | TX | 78701 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
(1) all fixtures and personal property of every kind and nature, including all accounts, goods (including inventory and equipment), documents (including, if applicable, electronic documents), instruments, promissory notes, chattel paper (whether tangible or electronic), letters of credit, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), securities and all other investment property, general intangibles (including all payment intangibles), intellectual property, domain names, trademarks (including but not limited to the nutritional supplement marks Living Cleanse, Honor Roll, ExtendaWise, Happease, Gut Fusion, Vasobeet, Ultimate Female Force, The Real Red Pill, Bodease, Icuren, Flora Life, Immune Wall, Pollen Block, Alpha Power, DNA Force, Survival Shield, and Survival Shield X-2, and the brand Infowars Life), trade names, money, deposit accounts, and any other contract rights or rights to the payment of money; and
(2) all gross revenues, receivables and proceeds and products of each of the foregoing in subparagraph (1), all books and records relating to the foregoing, all supporting obligations related thereto, and all accessions to, substitutions and replacements for, and rents, profits and products of, each of the foregoing, and any and all proceeds of any insurance, indemnity, warranty or guaranty payable to the Debtor from time to time with respect to any of the foregoing.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY

EXHIBIT 7

PQPR-10
PQPR-4

Doc ID: ed98b89b619236351f8fb711d29b95290e7f088e