IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| FREE SPEECH SYSTEMS LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| | § | Case No. 20-60043 (CML) |
| Debtor. | § | |

## SECOND SUPPLEMENTAL DISCLOSURES TO VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE
[Relates to ##22, 209]

Melissa A. Haselden, duly appointed Subchapter V Trustee ("Trustee") in the captioned case, hereby files these second supplemental disclosures to the Verified Statement of Subchapter V Trustee filed at Docket ##22, 209 as follows:

1. "In April 2018, my prior firm, HooverSlovacek LLP, filed chapter 11 Case No. 18-32179 in the Southern District of Texas on behalf of Debtor Store It Reit, Inc. Subsequently, W. Marc Schwartz was appointed as CRO in the Store It Reit case and was subsequently named as liquidating trustee under the terms of the Chapter 11 plan. Sometime, post confirmation, Michael Ridulfo began representing Mr. Schwartz as liquidating trustee in the Store It Reit case. Although I was not the attorney in charge of the Store It Reit case, I did provide nominal services in this case. Upon information and belief, the HooverSlovacek fee application reflects a few time entries for services that I provided in the Store It Reit case. Our bankruptcy team was also regularly briefed on case updates during our meetings. During this time, I had, few, if any, interactions with Mr. Schwartz. To the best of my knowledge, I never interacted with Mr. Ridulfo on matters related to the Store It Reit case.

2. I have worked on other cases in which Mr. Ridulfo has represented creditors including, but not limited to *In re Midway Oilfield Constructors, Inc.*, Case No. 18-34567 in the Southern District of Texas – HooverSlovacek represented the Debtor in the Midway Oilfield Constructors case and Mr. Ridulfo represented a creditor; *In re Digerati Technologies, Inc.,* Case No.13-33264 - HooverSlovacek represented the Debtor and Mr. Ridulfo represented an interested party/creditor.

3. Mr. Ridulfo also served as proposed counsel to Mr. Schwartz, who was proposed CRO to the Debtors, in the jointly administered cases of InfoW LLC, IWHealth, LLC and Prison Planet TV, LLC in which I was the Subchapter V Trustee."

Dated: October 10, 2022       **HASELDEN FARROW PLLC**

By: */s/ Melissa A. Haselden*
MELISSA A. HASELDEN
State Bar No. 00794778
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
mhaselden@haseldenfarrow.com