IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22 - 60043 |
| | § | |
| DEBTOR. | § | Chapter 11 (Subchapter V) |
| | § | |

**REPLY OF W. MARC SCHWARTZ AND SCHWARTZ ASSOCIATES, LLC TO THE RESPONSE AND INITIAL OBJECTION OF ALEX E. JONES TO THE MOTION TO RECONSIDER THIS COURT'S RULING DECLINING TO EMPLOY THE FIRM OF SHANNON & LEE, LLP AND W. MARCH SCHWARTZ AND SCHWARTZ ASSOCIATES, LLC AND, ALTERNATIVELY, FOR CONTINUANCE OF THE HEARING NOW SET FOR OCTOBER 12, 2022**

W. Marc Schwartz and Schwartz Associates, LLC (collectively "Schwartz") hereby submit this *Reply to the Response and Initial Objection of Alex E. Jones to the Motion to Reconsider this Court's Ruling Declining to Employ the Firm of Shannon & Lee, LLP and W. Marc Schwartz and Schwartz Associates, LLC and, Alternatively, for Continuance of the Hearing now Set for October 12, 2022* [ECF. No. 217] and state as follows:

1. In support of this Reply, Schwartz joins in *Shannon & Lee, LLP's Reply to the Response and Initial Objection of Alex E. Jones to Shannon & Lee, LLP's Rule 59 Motion* [ECF No. 218].

WHEREFORE, Schwartz respectfully requests that the Court consider this Reply and grant such other and further relief to which Schwartz may be entitled.

9633272 v1 (99999.00099.000)

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Michael P. Ridulfo*
Michael P. Ridulfo
State Bar No. 16902020
Federal Bar No. 27086
5151 San Felipe, Suite 800
Houston, Texas 77056
Phone: (713) 425-7442
Fax: (713) 425-7700
mridulfo@krcl.com
Attorney for W. Marc Schwartz and Schwartz Associates, LLC

### CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022 a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service.

*/s/ Michael P. Ridulfo*
Michael P. Ridulfo

9633272 v1 (99999.00099.000)