UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| Free Speech Systems LLC, | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

## PQPR HOLDINGS LIMITED, LLC'S LIMITED OBJECTION TO DEBTOR'S MOTION FOR AUTHORITY USE CASH COLLATERAL

PQPR LIMITED, LLC ("PQPR") respectfully submits this Objection to Debtor's Motion for Authority to Use Cash Collateral [Docket No. 6] as follows:

1. PQPR is a creditor secured by a perfected lien on virtually all assets of the Debtor, together with proceeds.

2. PQPR, on a preliminary basis, agreed to allow the use of its cash collateral conditioned upon Debtor complying with its budgets.  PQPR made many concessions to what a secured creditor would normally require in order to allow the Debtor to attempt to perform on its business plan. Debtor apparently failed to do so since it has not been able to comply with the budget.

3. Furthermore, Debtor's new Chief Restructuring Officer has not yet been able to articulate a viable business plan for the Debtor, let alone generate a budget on which the parties can rely.

4. PQPR is ceasing ordering new product for the Debtor to sell, since the Debtor cannot say how it can repay PQPR.

5. The parties have agreed to mediate, and PQPR is hopeful that a mediation may bring a resolution of the issues between all parties to the bankruptcy proceedings. PQPR is at this time only willing to agree to the continued use of its cash collateral for 10 days. PQPR recognizes the challenges facing the new CRO but there must be some semblance of a credible budget, and meaningful controls built into any cash collateral order.

Dated: October 11, 2022                     Respectfully submitted,

By: */s/ Stephen W. Lemmon*
Stephen W. Lemmon
Texas Bar. No. 12194500
STREUSAND, LANDON, OZBURN & LEMMON, LLP
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
lemmon@slollp.com

ATTORNEYS FOR
PQPR HOLDINGS LIMITED, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, a true and correct copy of the foregoing instrument was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system, and/or U.S.P.S. first class mail, including the following:

Raymond W. Battaglia
**LAW OFFICES OF RAY BATTAGLIA, PLLC**
66 Granburg Circle
San Antonio, Texas 78218
rbattaglialaw@outlook.com
*Proposed Counsel to the Debtor and Debtor-In-Possession*

Kyung S. Lee
R. J. Shannon
**SHANNON & LEE LLP**
700 Milam Street, STE 1300
Houston, Texas 77002
klee@shannonleellp.com
rshannon@shannonleellp.com
*Proposed Counsel to the Debtor and Debtor-In-Possession*

Avi Moshenberg
**MCDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, Texas 77002
E: Avi.Moshenberg@mhllp.com
*Counsel for the Texas Plaintiffs*

Jarrod B. Martin
**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**
1200 Smith Street, Suite 1400
Houston, Texas 77002
E: jarrod.martin@chamberlainlaw.com
*Bankruptcy Counsel for the Texas Plaintiffs*

Ryan E. Chapple
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
Email: rchapple@cstrial.com

Randy W. Williams
**BYMAN & ASSOCIATES PLLC**
7924 Broadway, Suite 104
Pearland, Texas 77581
Email: rww@bymanlaw.com
*Bankruptcy Counsel for Connecticut Plaintiffs*

Melissa Haselden
Subchapater V Trustee
700 Milam, Suite 1300
mhaselden@haseldenfarrow.com
*Trustee*

Ha Nguyn
OFFICE OF THE U.S. TRUSTEE
515 Rusk Ave STE 3516
Houston, TX 77002
Ha.Nguyen@usdoj.gov
*U.S. Trustee*

## USPS Service List

**Twenty Largest Unsecured Creditors**

Elevated Solutions Group
28 Maplewood Drive
Cos Cob, CT 06870

Christopher Sadowski
c/o Copycat Legal PLLC
3111 N. University Drive STE 301
Coral Springs, FL 33065

AtomialLLC
1920 E. Riverside Dr.
Suite A-120 #124
Austin, TX 78741

Cloudflare, Inc
Dept LA 24609
Pasadena, CA 91185-4609

Jacquelyn Blott
200 University Blvd
Suite 225 #251
Round Rock, TX 78665

Joel Skousen
PO Box 565
Spring City, UT 84662

eCommerce CDN, LLC
221 E 63rd Street
Savannah, GA 31405

Paul Watson
9 Riverdale Road
Ranmoor Sheffield
South Yorkshire Sl0 3FA
United Kingdom

Brennan Gilmore
c/o Civil rights Clinic
600 New Jersey Avenue, NW
Washington, DC 20001

Greenair, Inc
23569 Center Ridge Rd
Westlake, OH 44145

Edgecast, Inc
Dept CH 18120
Palatine, IL 60055

Ready Alliance Group, Inc
PO Box 1709
Sandpoint, ID 83864

Getty Images, Inc
PO Box 953604
St. Louis, MO 63195-3604

RatsMedical.com
c/o Rapid Medical
120 N Redwood Rd
North Salt Lake, UT 84054

David Icke Books Limited
c/o Ickonic Enterprises Limited
St. Helen's House King Street
Derby DEl 3EE
United Kingdom

WWCR
1300WWCRAve
Nashville, TN 37218-3800

JW JIB Productions, LLC
2921 Carvelle Drive
Riviera Beach, FL 33404

CustomTattoNow.com
16107 Kensington Dr. #172
Sugar Land, TX 77479

AT&T
PO Box 5001
Carol Stream, IL 60197-5001

Justin Lair
1313 Outlook Ave.
Klamath Falls, OR 97601


*/s/ Stephen W. Lemmon*
Stephen W. Lemmon