IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| FREE SPEECH SYSTEMS, LLC, § | Case No. 22 - 60043 |
| § | |
| DEBTOR. § | Chapter 11 (Subchapter V) |

## WITNESS AND EXHIBIT LIST OF
## W. MARC SCHWARTZ AND SCHWARTZ ASSOCIATES, LLC

| Witnesses: | | |
|---|---|---|
| | | Judge:   Christopher M. Lopez |
| | | Courtroom Deputy: |
| 1. | W. Marc Schwartz | Hearing Date:   October 12, 2022 |
| 2. | Any witness called by any other party | Hearing Time:   10:00 a.m. |
| 3. | Any witness needed for rebuttal | Party's Name:   W. Marc Schwartz and Schwartz Associates, LLC |
| | | Attorney's Name:   Michael P. Ridulfo |
| | | Attorney's Phone:   713-425-7442 |
| | | Nature of Proceeding:   Motion to Reconsider |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| S1 | 7/10/22 Forbearance Agreement | | | | |
| S2 | 10/6/21 Memorandum of Understanding | | | | |
| S3 | 8/2/22 Transcript, *Sherlach v. Jones;* Case No. X06-UWY-CV186046437-S in the Judicial District Court, Waterbury, Connecticut | | | | |
| S4 | 8/15/22 Order Granting Emergency Motion to Remand in *Lafferty, et al v. Jones, et al,* Adv. Pro. No. 22-05019 in the United States Bankruptcy Court, District of Connecticut | | | | |
| S5 | 8/16/22 – Email from RJ Shannon to Shelby Jordan, Ray Battaglia and Kyung Lee | | | | |
| S6 | 8/16/22 Email from Shelby Jordan to Ray Battaglia, Kyung Lee and RJ Shannon | | | | |
| S7 | 8/17/22 Email from Shelby Jordan to RJ Shannon, Ray Battaglia and Kyung Lee | | | | |

9629959 v1 (99999.00099.000)

| | | | | | |
|---|---|---|---|---|---|
| | Any Exhibits introduced by any other party. | | | | |
| | Any Exhibits needed for rebuttal. | | | | |

      W. Marc Schwartz and Schwartz Associates, LLC reserve the right to offer any rebuttal exhibits, witnesses, and or other evidence, and reserves the right to offer any witness or exhibit listed on any other party's witness and exhibit list.

      DATED this the 12th day of October, 2022.

      Respectfully submitted,

      **KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Michael P. Ridulfo*
      Michael P. Ridulfo
      State Bar No. 16902020
      Federal Bar No. 27086
      5151 San Felipe, Suite 800
      Houston, Texas 77056
      Phone: (713) 425-7400
      Fax: (713) 425-7700
      mridulfo@krcl.com
      Attorney for W. Marc Schwartz and Schwartz Associates, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served (a) at the time of filing, by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties registered to receive such service and (b) by email to those on the attached service list.

      */s/ Michael P. Ridulfo*
      Michael P. Ridulfo

Attn: Mark Bankson, William Ogden
Kaster Lynch Farrar & Ball, LLP
1117 Herkimer Street
Houston, TX 77008
mark@fbtrial.com
bill@fbtrial.com

Attn: Alinor C. Sterlin, Christopher Mattei, Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: F. Andino Reynal
Fertitta & Reynal LLP
917 Franklin St., Suite 600
Houston, TX 77002
areynal@frlaw.us

Attn: Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com

Attn: Shelby Jordan
Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Avi Moshenberg
McDowell Heterhington LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002
avi.moshenberg@mhllp.com

Attn: Christopher J. Dylla
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548
christopher.dylla@oag.texas.gov

Attn: Cordt Akers
The Akers Law Firm PLLC
Cordt Akers
3401 Allen Parkway, Suite 101
Houston, TX 77019
cca@akersfirm.com

Attn: Daniel DeSouza
Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
dan@copycatlegal.com

Attn: Ryan E. Chapple
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
rchapple@cstrial.com

Attn: Randy W. Williams
Byman & Associates PLLC
7924 Broadway, Suite 104
Pearland, TX 77581
rww@bymanlaw.com

Attn: Jarrod B. Martin
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002
jarrod.martin@chamberlinlaw.com

Melissa Haselden
Subchapter V Trustee
700 Milam, Suite 1300
Houston, TX 77002
mhaselden@haseldenfarro.com

Attn: Ha M. Nguyen, Jayson B. Ruff
Office of U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002
ha.nguyen@usdoj.gov
jayson.b.ruff@usdoj.gov