United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 12, 2022
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

**ORDER GRANTING UNOPPOSED EMERGENCY MOTION FOR CONTINUANCE OF HEARING ON THE SANDY HOOK FAMILIES' MOTION TO (I) APPOINT TORT CLAIMANTS COMMITTEE AND (II) REMOVE THE DEBTOR IN POSSESSION**

CAME ON FOR CONSIDERATION the *Unopposed Emergency Motion for Continuance of Hearing on the Sandy Hook Families' Motion to (I) Appoint Tort Claimants Committee and (II) Remove the Debtor in Possession* (the "Motion for Continuance") filed by Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (the "Texas Plaintiffs") and David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (the "Connecticut Plaintiffs") (together with the Texas Plaintiffs, the "Sandy Hook Families"). IT IS ORDERED THAT the Motion for Continuance is GRANTED and the hearing on the Motion is continued until **November 16, 2022 at 10:00 a.m. (CT).**

Signed:  October 12, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

1