United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 21, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | § | |
| | § | Chapter 11 (Subchapter V) |
| Debtor | § | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
FOR CONNECTICUT PLAINTIFFS[1]**

CAME ON to be considered the Motion to Withdraw as Counsel for Connecticut Plaintiffs filed on behalf of Byman & Associates PLLC and including withdrawal of its individual attorney Randy W. Williams.  After consideration of the motion and representations by Movant, responses and objections, if any, and argument of counsel, if any, the Court finds the Motion meritorious.  It is, therefore,

ORDERED that Movant Byman & Associates PLLC and its individual attorney Randy W. Williams are permitted to withdraw as counsel on behalf of Connecticut Plaintiffs.  It is further

ORDERED that that following individual attorney be removed from notifications for this proceeding from the Court's CM/ECF filing system: Randy W. Williams, rww@bymanlaw.com.

Signed:  October 21, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] Connecticut Plaintiffs are David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker.