**EXHBIT C**

**Expenses Allowable under Bankruptcy Code § 503(b)(1)**

| Date | Description | Amount |
|---|---|---:|
| 7/29/2022 | Service of Filings: Printing and mailing of Utility Motion (printing and service through vendor). | $ 87.26 |
| 7/29/2022 | Service of Filings: Printing and mailing of Heslin/Lewis Stay Motion, Cash Collateral Motion, Criticial Vendor Motion, and Motion to Extend time for Schedules and Statements (printing and service through vendor). | $ 176.88 |
| 7/31/2022 | Copy Costs: Copy two original sets of proposed Exhibits to share with Marc Schwartz at La Madeleine meeting on Sunday in Preparation for Hearing on Motion to Lift Stay. | $ 50.23 |
| 7/31/2022 | Copy Costs: Rush order binding of 6 Exhibit books for Hearing on Motion to Lift Stay in Favor of Heslin/Lewis on 8.1.22. | $ 221.90 |
| 8/8/2022 | RJS flight to Connecticut for hearing on motion to remand for Connecticut Litigation and return to Houston, TX, on United Airlines (Economy Plus). | $ 861.20 |
| 8/9/2022 | RJS charge for internet access on 8/9/22 flight from Houston, TX to Hartford, CT | $ 10.00 |
| 8/10/2022 | Rental Car: RJS car rental to travel from Windsor Locks, CT/Bradley Int'l Airport to Bridgeport, CT for hearing on Connecticut Plaintiffs' motion to remand. | $ 167.25 |
| 8/11/2022 | Hotel: RJS hotel, taxes, and 1 day internet charge for scheduled in-person hearing before Connecticut Bankruptcy Court related to removed Connecticut Litigation (Stay 8/9/22 to 8/11/22). | $ 394.70 |
| 8/11/2022 | RJS charge for Internet access on return flight on 8/11/22. | $ 10.00 |
| 8/24/2022 | Service of Filings: Service of Pleadings (printing and postage through vendor). | $ 259.00 |
| 9/6/2022 | Printing copies of Exhibits to Motion to Appoint Tort Committee. | $ 54.65 |
| 9/8/2022 | Service of Filings: Service of pleadings on retaining special counsel (printing and postage through vendor). | $ 124.20 |
| 9/15/2022 | Service of Filings: Service of Pleadings (printing and postage through vendor). | $ 98.19 |
| 9/18/2022 | Printing copies of exhibits for hearings on Application | $ 49.08 |
| 9/19/2022 | Binders and dividers for Exhibit Binders for Trial | $ 109.02 |
| 9/19/2022 | Copy costs of exhibits 3X for hearing on Application | $ 375.95 |
| | TOTAL: | $ 3,049.51 |