# Exhibit B

## COMPENSATION BY PROJECT CATEGORY

| CATEGORY | HOURS | AMOUNT |
|---|---|---|
| Preparation and maintenance of bankruptcy schedules and Statement of Financial Affairs | 80.90 | $ 28,265.00 |
| Prepare and maintain rolling 13 week cash flow budgets | 45.70 | $ 17,738.00 |
| Maintaining books of account | 158.30 | $ 51,074.50 |
| Court filings | 30.70 | $ 19,385.00 |
| Prepare for and attend court hearings and creditor meetings | 82.10 | $ 48,317.00 |
| Inventory management and acquisition | 10.40 | $ 7,176.00 |
| Payroll | 19.10 | $ 9,157.00 |
| Managing accounts payable and banking | 306.20 | $ 85,456.50 |
| Attention to operations | 23.30 | $ 13,936.00 |
| Working on plan of reorganization | 9.10 | $ 6,279.00 |
| Travel time (1/2 time charged) | 17.00 | $ 8,840.00 |
| Meetings with bankruptcy counsel | 67.80 | $ 38,285.00 |
| Internal meetings | 17.40 | $ 6,407.50 |
| Other | 14.50 | $ 8,110.00 |
| Investigations | 2.90 | $ 2,001.00 |
| Discovery | 13.80 | $ 9,522.00 |
| | 899.20 | $ 359,949.50 |


EXHIBIT B