# Exhibit C

COMPENSATION BY PROFESSIONAL

| NAME | HOURS | RATE | AMOUNT | YEARS OF EXPERIENCE |
|---|---|---|---|---|
| Alex Taylor | 31.60 | 150.00 | $ 4,740.00 | 8 |
| Christian Schwartz | 130.90 | 470.00 | $ 61,523.00 | 14 |
| Harold Lee | 115.40 | 280.00 | $ 32,312.00 | 4 |
| Marc Schwartz | 225.60 | 690.00 | $ 155,664.00 | 48 |
| Mary English | 128.30 | 210.00 | $ 26,943.00 | 7 |
| Priya Salagundla | 220.90 | 325.00 | $ 71,792.50 | 5 |
| Susan Schwartz | 46.50 | 150.00 | $ 6,975.00 | 49 |
| Total | 899.20 | | $ 359,949.50 | |


EXHIBIT C