# Exhibit D

## EXPENSES BY CATEGORY

| Date | Category | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 7/30/2022 | Prepare for and attend court hearings and creditor meetings | documents for 1st day hearing | 58.00 | $ 0.25 | $ 14.50 |
| 8/17/2022 | Prepare for and attend court hearings and creditor meetings | (Hyatt) Hotel stay in Austin, TX on 08/18/2022 for Dr. Joe | 1.00 | $ 266.85 | $ 266.85 |
| 8/16/2022 | Prepare for and attend court hearings and creditor meetings | (American Airlines) Flight from DFW to AUS for Dr. Joe | 1.00 | $ 744.19 | $ 744.19 |
| 8/16/2022 | Prepare for and attend court hearings and creditor meetings | (Allianz) Trip insurance from DFW to AUS for Dr. Joe | 1.00 | $ 42.20 | $ 42.20 |
| 8/11/2022 | Managing accounts payable and banking | Endorsement stamps for checks | 1.00 | $ 53.41 | $ 53.41 |
| 8/3/2022 | Travel | Miles from SALLC Office to Austin, TX and back. | 328.00 | $ 0.58 | $ 190.24 |

$ 1,311.39



EXHIBIT D