UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22-60043 |
| | § | |
| DEBTOR. | § | Chapter 11 (Subchapter V) |
| | § | |

**ORDER GRANTING MOTION OF W. MARC SCHAWARTZ AND SCHWARTZ ASSOCIATES, LLC FOR ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM AND GRANTING RELATED RELIEF**

Came for consideration the Motion of W. Marc Schwartz and Schwartz Associates, LLC (collectively "Schwartz") for Order Allowing Administrative Expense Claim and Granting Related Relief (the "Motion"). Upon consideration of the Motion, the record and evidence in the above-captioned case, it is hereby ORDERED THAT:

1. Schwartz is allowed an administrative expense claim in the above-captioned chapter 11 case in the amount of *$348,463.89* (the "Allowed Administrative Expense Claim").

2. Schwartz is authorized to draw on its prepetition retainer received from the Debtor in an amount up to the amount of the Allowed Administrative Expense Claim.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: _____, 2022

UNITED STATES BANKRUPTCY JUDGE

9652754 v1 (72053.00005.000)