IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | § | |
| | § | Chapter 11 (Subchapter V) |
| Debtor | § | |

**STIPULATION AND AGREED ORDER**

The above-captioned debtor and debtor-in-possession (the "**Debtor**") and Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (the "**Texas Plaintiffs**") and David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (the "**Connecticut Plaintiffs**") (together with the Texas Plaintiffs, the "**Sandy Hook Families**") hereby enter into this stipulation and agreed order ("**Stipulation**") as follows:

WHEREAS, on July 29, 2022 (the "**Petition Date**") [Dkt. 1], the Debtor filed a voluntary petition for relief under subchapter v of chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**");

WHEREAS, on August 12, 2022, the *Subchapter V Deadlines Order* [Dkt. 65] was entered setting the deadline for the Debtor to file a plan of reorganization (the "**Plan**") for October 27, 2022;

WHEREAS, on October 21, 2022, the Debtor filed its *Emergency Motion for Extension of Time to File a Plan of Reorganization* [Dkt. 246], requesting an extension to file its Plan;

**STIPULATION AND AGREED ORDER—PAGE 1**

WHEREAS, on October 25, 2022, the Court entered the *Order Granting Motion for Extension of Time to File a Plan of Reorganization* [Dkt. 254], which extended the deadline for the Debtor to file its Plan until December 16, 2022; and

WHEREAS, the Debtor and the Sandy Hook Families have agreed to a corresponding extension of the deadline to object to dischargeability pursuant to any potentially applicable law, including, but not limited to 11 U.S.C. § 523(c), which is currently set for November 7, 2022,[1] and without agreeing to the applicability of same. All parties expressly reserve their rights regarding same.

NOW, THEREFORE, IT IS STIPULATED BY THE PARTIES AND, UPON APPROVAL BY THE BANKRUPTCY COURT, ORDERED THAT:

1. The deadline to object to dischargeability of the Debtor pursuant to 11 U.S.C. § 523(c) and any other potentially applicable law is extended to January 5, 2023.

Signed: _____

                                   Christopher Lopez
                                   United States Bankruptcy Judge

---

[1] *See Notice of Chapter 11 Bankruptcy Case* [Dkt. 53-1]; *see also* Fed. R. Bankr. P. 4007(c) ("[A] complaint to determine the dischargeability of a debt under §523(c) shall be filed no later than 60 days after the first date set for the meeting of creditors under §341(a)").

STIPULATED AND AGREED ON OCTOBER 28, 2022 BY AND AMONG:

**THE CONNECTICUT PLAINTIFFS**

*/s/    Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

-and-

**THE TEXAS PLAINTIFFS**

Avi Moshenberg
State Bar No. 24083532
avi.moshenberg@mhllp.com
**MCDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, Texas 77002
713-337-5580
713-337-8850-Facsimile

and

*/s/    Jarrod B. Martin*
Jarrod B. Martin
State Bar No. 24070221
jarrod.martin@chamberlainlaw.com
**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**
1200 Smith Street, Suite 1400
Houston, Texas 77002
713-356-1280
713-658-2553-Facsimile

-and-

**FREE SPEECH SYSTEMS, LLC**

     */s/   Raymond W. Battaglia*
Raymond W. Battaglia
State Bar No. 01918055
rbattaglia@outlook.com
**LAW OFFICES OF RAY BATTAGLIA, PLLC**
66 Granburg Circle
San Antonio, Texas 78218
210-601-9405