UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| FREE SPEECH SYSTEMS, LLC, | § § | Case No. 22-60043 |
| DEBTOR. | § § § | Chapter 11 (Subchapter V) |

**NOTICE OF WITHDRAWAL OF MOTION FILED BY THE DEBTOR AT ECF # 275**

PLEASE TAKE NOTICE that Free Speech Systems, LLC, hereby withdraws Emergency Motion Seeking Entry of an Order Authorizing the Debtor to Enter into a Fulfillment Agreement [Dkt. 276] filed on November 15, 2022.  The pleading was filed in error and was corrected by filing a Motion of the same title at [Dkt 276].

Respectfully submitted this November 16, 2022.

        THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
        66 Granburg Circle
        San Antonio, Texas 78218
        Telephone (210) 601-9405
        Email: rbattaglialaw@outlook.com

By: /s/ Raymond W. Battaglia
      Raymond W. Battaglia
      Texas Bar No. 01918055

**ATTORNEYS FOR THE DEBTOR IN POSSESSION**

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

        /s/ Raymond W. Battaglia
        Raymond W. Battaglia