UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-60043 |
| **FREE SPEECH SYSTEMS, LLC.,** § | Chapter 11 (Subchapter V) |
| § | |
| **Debtor.** § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. A hearing (the "Hearing") is set for November 21, 2022, at 2:00 p.m. (prevailing Central Time) before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk, Houston, TX 77002 (the "Court"), to consider the following matters:

**EMERGENCY MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO ENTER INTO FULFILLMENT AGREEMENT**

**EMERGENCY MOTION SEEKING ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A FINANCIAL SERVICES AGREEMENT**

2. Parties may attend the Hearing in person or electronically. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GOTOMEETING platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JUDGELOPEZ". Click the settings icon in the upper right corner and enter your name under the personal information setting.

3. Parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-christopher m lopez

4. The Court has invoked the protocol outlined in General Order 2020-4, as invoked by General Orders 2010 and 2020-10a and extended by General Order 2020-11. These orders may be found at: https://www.txs.uscourts.gov/bankruptcy/genord Therefore, all persons may appear electronically via audio and video at the Hearing using the Court's electronic conference systems.

5. Any exhibit offered by the Debtor will be filed on the Court's docket. Additionally, the Debtor may have demonstrative exhibits to aid in its presentation to the Court, copies of which may be obtained by any party by sending a request to the undersigned counsel to the Debtor at the email addresses listed below.

6. If any party wishes to offer exhibits, these exhibits should be filed with the Clerk of the Court using the Court's CM/ECF system. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with Bankruptcy Local Rule 9013 and General Order 2020-04.

7.  Witnesses presented by the Debtor may appear in person or via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the hearing via audio and/or video, subject to approval of the Court.

Respectfully submitted this November 16, 2022.

>THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
>66 Granburg Circle
>San Antonio, Texas 78218
>Telephone (210) 601-9405
>Email: rbattaglialaw@outlook.com
>
>By:  */s/ Raymond W. Battaglia*
>    Raymond W. Battaglia
>    Texas Bar No. 01918055

**ATTORNEYS FOR THE DEBTOR IN POSSESSION**

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, as set forth below. I further certify that it has been transmitted by first class mail on November 16, 2022, to the parties on the attached service list

>    */s/ Raymond W. Battaglia*
>    Raymond W. Battaglia