# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>FREE SPEECH SYSTEMS, LLC | CASE NO: 22-60043<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>Judge: Christopher Lopez<br>Hearing Location: Courtroom 401, 515 Rusk, Houston, TX 77002<br>Hearing Date: November 21, 2022<br>Hearing Time: 2:00 PM |

On 11/17/2022, I did cause a copy of the following documents, described below,

Notice of Hearing - Motions to Approve Financial Services and Fulfillment Agreements

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/17/2022

/s/ Ray Battaglia
Ray Battaglia  01918055
Attorney for Debtor
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX  78218
210 601 9405
rbattaglialaw@outlook.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>FREE SPEECH SYSTEMS, LLC | CASE NO: 22-60043<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>Judge: Christopher Lopez<br>Hearing Location: Courtroom 401, 515 Rusk, Houston, TX 77002<br>Hearing Date: November 21, 2022<br>Hearing Time: 2:00 PM |

On 11/17/2022, a copy of the following documents, described below,

Notice of Hearing - Motions to Approve Financial Services and Fulfillment Agreements

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/17/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ray Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX  78218

PARTIES DESIGNATED AS EXCLUDED WERE NOT SERVED VIA USPS FIRST CLASS MAIL DUE TO DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ELEVATED SOLUTIONS GROUP<br>28 MAPLEWOOD DRIVE<br>COS COB, CT 06870 | CHRISTOPHER SADOWSKI<br>C/O COPYCAT LEGAL PLLC<br>3111 N. UNIVERSITY DRIVE STE 301<br>CORAL SPRINGS, FL 33065 | ATOMIAL LLC<br>1920 E. RIVERSIDE DR.<br>SUITE A-120 #124<br>AUSTIN, TX 78741 |
| CLOUDFLARE, INC<br>DEPT LA 24609<br>PASADENA, CA 91185-4609 | JACQUELYN BLOTT<br>200 UNIVERSITY BLVD<br>SUITE 225 #251<br>ROUND ROCK, TX 78665 | JOEL SKOUSEN<br>PO BOX 565<br>SPRING CITY, UT 84662 |
| COMMERCE CDN, LLC<br>221 E 63RD STREET<br>SAVANNAH, GA 31405 | INTERNATIONAL<br>PAUL WATSON<br>9 RIVERDALE ROAD<br>RANMOOR SHEFFIELD<br>SOUTH YORKSHIRE S10 3FA<br>UNITED KINGDOM | BRENNAN GILMORE<br>C/O CIVIL RIGHTS CLINIC<br>600 NEW JERSEY AVENUE, NW<br>WASHINGTON, DC 20001 |
| GREENAIR, INC<br>23569 CENTER RIDGE RD<br>WESTLAKE, OH 44145 | EDGECAST, INC<br>DEPT CH 18120<br>PALATINE, IL 60055 | READY ALLIANCE GROUP, INC<br>PO BOX 1709<br>SANDPOINT, ID 83864 |
| GETTY IMAGES, INC<br>PO BOX 953604<br>ST. LOUIS, MO 63195-3604 | RATSMEDICAL.COM<br>C/O RAPID MEDICAL<br>120 N REDWOOD RD<br>NORTH SALT LAKE, UT 84054 | INTERNATIONAL<br>DAVID ICKE BOOKS LIMITED<br>C/O ICKONIC ENTERPRISES LIMITED<br>ST. HELEN'S HOUSE KING STREET<br>DERBY DE1 3EE<br>UNITED KINGDOM |
| WWCR<br>1300 WWCR AVE<br>NASHVILLE, TN 37218-3800 | JW JIB PRODUCTIONS, LLC<br>2921 CARVELLE DRIVE<br>RIVIERA BEACH, FL 33404 | CUSTOMTATTONOW.COM<br>16107 KENSINGTON DR. #172<br>SUGAR LAND, TX 77479 |
| AT&T<br>PO BOX 5001<br>CAROL STREAM, IL 60197-5001 | JUSTIN LAIR<br>1313 LOOKOUT AVE<br>KLAMATH FALLS, OR 97601 | PQPR HOLDINGS LIMITED, LLC<br>C/O STEPHEN LEMMON<br>1801 S. MOPAC EXPRESSWAY<br>SUITE 320<br>AUSTIN, TX 78746 |
| ATTN: SHELBY JORDAN<br>JORDAN & ORTIZ, P.C.<br>500 N. SHORELINE BLVD. SUITE 900<br>CORPUS CHRISTI, TEXAS 78401 | STEPHEN A ROBERTS<br>STEPHEN A ROBERTS, P.C.<br>1400 MARSHALL LN<br>AUSTIN, TX 78703 | ATTN: ERIC HENZY<br>ZEISLER & ZEISLER P.C.<br>10 MIDDLE STREET, 15TH FLOOR<br>BRIDGEPORT, CT 06604 |
| ATTN: DANIEL DESOUZA<br>COPYCAT LEGAL PLLC<br>3111 N. UNIVERSITY DRIVE, SUITE 301<br>CORAL SPRINGS, FL 33065 | JOHN D MALONE<br>ATTORNEY AT LAW<br>5400 BOSQUE BLVD., STE. 650<br>WACO, TX 76710 | JASON STARKS<br>TRAVIS COUNTY ATTORNEY'S OFFICE<br>P.O. BOX 1748<br>AUSTIN, TX 78767 |

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL DUE TO DUPLICATE ADDRESS.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
RICHARD A. COCHRANE                 LYNN HAMILTON BUTLER
AKIN GUMP STRAUSS HAUER & FELD      HUSCH BLACKWELL LP
2300 N. FIELD STREET                111 CONGRESS AVE., #1400
SUITE 1800                          AUSTIN, TEXAS 78701
DALLAS, TX 75201
```