IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **FREE SPEECH SYSTEMS, LLC,** | § | **Case No. 22-60043** |
| | § | |
| **Debtor.** | § | **Chapter 11 (Subchapter V)** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that, BRADLEY J. REEVES, appears on behalf of Reeves Law, PLLC, a creditor and interested party, in the above Bankruptcy and pursuant to Rules 2002, 3017, and 9010, requests that all notices be given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the underigned at the office, address, and telephone number set forth below:

> Bradley J. Reeves
> State Bar No. 24068266
> REEVES LAW, PLLC
> 702 Rio Grande St., Suite 203
> Austin, Texas 78701
> Telephone: (512) 827-2246
> Facsimile: (512) 318-2484
> Email: brad@brtx.law

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002 and 9007, and all applicable local rules of the Bankruptcy Court, the foregoing request includes, without limitation, all notices of order, applications, complaints, demands, objections, hearings, motions, petitions, orders, pleadings, or requests, and any other documents brought before the Bankruptcy Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic delivery, telephone, facsimile, or otherwise.

Dated: November 17, 2022.

        Respectfully submitted,

        **REEVES LAW, PLLC**

        By: */s/ Bradley J. Reeves*
        Bradley J. Reeves
        State Bar No. 24068266
        brad@brtx.law
        702 Rio Grande St., Suite 306
        Austin, TX 78701
        Telephone:    (512) 827-2246
        Facsimile:    (512) 318-2484

        *Attorney for Creditor and Interested Party,*
        *Reeves Law, PLLC*

## CERTIFICATE OF SERVICE

  The undersigned counsel certifies that notice of the filing of this document has been served on the parties through the Court's CM/ECF system on November 17, 2022.

               _/s/ Bradley J. Reeves_____
               Bradley J. Reeves