UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-60043** |
| **FREE SPEECH SYSTEMS, LLC.,** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **Debtor.** | § | |

## CERTIFICATE OF NO OBJECTION

Pursuant to the Local Bankruptcy Rules for the Southern District of Texas, the undersigned counsel for the above-captioned debtor and debtor in possession (the "Debtor") certifies as follows:

1. On November 3, 2022, the Debtor filed the Motion to Reject Lease or Executory Contract with Auriam Services, LLC [Docket No. 264] (the "Motion").

2. The deadline for parties to file objections and responses to the Motion was November 25, 2022 (the "Objection Deadline"). No objections or responses to the Motion were filed on the docket on or before the Objection Deadline. Counsel to the Debtor did not receive any other informal responses on or before the Objection Deadline.

3. The Debtor requests that the Court enter the attached proposed order at the earliest convenience of the Court.

Respectfully submitted this November 29, 2022.

>THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
>66 Granburg Circle
>San Antonio, Texas 78218
>Telephone (210) 601-9405
>Email: rbattaglialaw@outlook.com
>
>
>By: */s/ Raymond W. Battaglia*
>    Raymond W. Battaglia
>    Texas Bar No. 01918055
>
>**ATTORNEYS FOR THE DEBTOR IN POSSESSION**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on November 29, 2022.

>*/s/ Raymond W. Battaglia*
>Raymond W. Battaglia