IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | **Case No. 22-60043** |
| | § | |
| Debtor. | § | |
| ------------------------------------------------- | § | |
| **In re:** | § | |
| | § | |
| **ALEXANDER E. JONES,** | § | **Case No. 22-33553** |
| | § | |
| Debtor. | § | |

**ORDER FOR JOINT ADMINISTRATION
AND/OR TRANSFER OF CASES (Docket #296)**

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the Court orders that the above referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. _____  One disclosure statement and plan of reorganization may be filed for both cases by any plan proponent.

2. _____  Case No. 22-33553 shall be transferred to Judge Christopher M. Lopez, who has the lower numbered case.

3. _____  Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. _____  Other:  _____
           _____
           _____
           _____

Only the lines checked are ordered.

Dated: _____       _____
                                                          United States Bankruptcy Judge