UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-60043 |
| **FREE SPEECH SYSTEMS, LLC.,** | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

### ORDER APPROVING REJECTION OF OF WAREHOUSE LEASE AGREEMENT WITH EXPO GLO, LLC AND GRANTING RELATED RELIEF

Upon consideration of the *Motion for Entry Order Approving Rejection of Warehouse Lease Agreement with Expo GLO, LLC and Granting Related Relief* (the "Motion") [1] filed by Free Speech Systems, LLC ("FSS" or the "Debtor"), the debtor and debtor-in-possession in the above captioned case (the "Motion"); and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion has been provided, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is fair and reasonable, was proposed in good faith, is in the best interests of the Debtor and its estate and creditors and is within the business judgment of the Debtor; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the November 30, 2017, Lease Agreement (the "Agreement") between the Debtor and Expo GLO, LLC ("Expo") for the lease of approximately 136,000 square feet of warehouse space located at 6231 E. Stassney Lane, Austin, Texas (the "Leased "Premises"), shall be and hereby is rejected effective as of the Petition Date; and it is further

---

[1] All capitalized terms not defined in this Order shall be defined as set forth in the Motion.

Page | 2

ORDERED that the Debtor and the Expo GLO, LLC are relieved of any future performance obligations under the Agreement, including, but not limited to any rights to specific performance; and it is further

ORDERED that any claims arising out of the rejected Agreement must be filed on or before thirty (30) days following the entry of this Order; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Houston, Texas
Dated: December ___, 2022

_____
CHRISTOPER LOPEZ, UNITED STATES
BANKRUPTCY JUDGE