UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **FREE SPEECH SYSTEMS, LLC,** | § | Case No. 22--60043 |
| | § | |
| **DEBTOR.** | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

### ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE A PLAN OF REORGANIZATION

Upon the Debtor's Second Motion for Extension of Time to File a Plan of Reorganization ("Motion")[1]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. Pursuant to 11 U.S.C. § 1189(b), the time to file a plan of reorganization is hereby extended until February ____, 2023. This extension is without prejudice to requests for additional extensions.

2. The Court retains exclusive jurisdiction with respect to all matters arising or related to the implementation, interpretation, and enforcement of this Order.

---

[1] Capitalized terms used by not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

Dated this __ day of December 2022.

_____
UNITED STATES BANKRUPTCY JUDGE