**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-60043** |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | **(Chapter 11)** |
| | § | |
| Debtor. | § | **JUDGE CHRISTOPHER M. LOPEZ** |
| | § | |

## ORDER GRANTING EMERGENCY MOTION TO MODIFY STAY

On December 6th, 2022, Alexander E. Jones (the "Jones"), a creditor and party in interest in this case, filed his *Emergency Motion to Modify Stay Orders* (the "Motion"). The Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

IT IS HEREBY ORDERED THAT:

1.   The Motion is GRANTED.

2.   The *Order Modifying Automatic Stay to Allow Heslin/Lewis Trial to Continue to Final Judgment* [Docket No. 16] (the "Texas Stay Order") and the *Agreed Order Modifying the Automatic Stay to Allow the Connecticut Litigation to Continue to Final Judgment* [Docket No. 117] (the "Connecticut Stay Order" and collectively, the "Stay Orders") are hereby modified to add that the limited stay relief granted therein is expressly not applicable Jones individually and that the automatic stay applicable to him individually pursuant to 11 U.S.C. §362 is in place and

**ORDER GRANTING EMERGENCY MOTION TO MODIFY STAY ORDERS – Page 1**

has not been modified by the Stay Orders. Entering a judgment against Jones individually without seeking and obtaining further relief from the stay would violate the automatic stay pursuant to Section 362.

3.  The Stay Orders are hereby modified to prevent the entry of a judgment in either the Heslin/Lewis Lawsuit or the Connecticut State Court Lawsuit pending further order of this Court.

4.  The Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

### # # #   END OF ORDER   # # #

**Submitted by:**
*/s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
**CROWE & DUNLEVY, P.C.**
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737-218-6187
Email: eservicedallas@crowedunlevy.com

**PROPOSED COUNSEL FOR THE DEBTOR**