# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>FREE SPEECH SYSTEMS, LLC | CASE NO: 22-60043<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 297 |

On 12/7/2022, I did cause a copy of the following documents, described below,

Motion to Reject Warehouse Lease ECF Docket Reference No. 297

Motion to Rejection Vehicle Lease 298

Second Emergency Motion for Extension of Time to File Plan of Reorganization 299

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/7/2022

/s/ Ray Battaglia
Ray Battaglia  01918055
Attorney for Debtor
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX  78218
210 601 9405
rbattaglialaw@outlook.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | CASE NO: 22-60043 |
|---|---|
| FREE SPEECH SYSTEMS, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 297 |

On 12/7/2022, a copy of the following documents, described below,

Motion to Reject Warehouse Lease ECF Docket Reference No. 297

Motion to Rejection Vehicle Lease 298

Second Emergency Motion for Extension of Time to File Plan of Reorganization 299

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/7/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ray Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ATTN: MARK BANKSON, WILLIAM OGDEN          ATTN: ALINOR C. STERLIN, CHRISTOPHER       ATTN: F. ANDINO REYNAL
KASTER LYNCH FARRAR & BALL, LLP            MATTEI,                                    FERTITTA & REYNAL LLP
1117 HERKIMER STREET                       MATTHEW BLUMENTHAL                         917 FRANKLIN ST., SUITE 600
HOUSTON, TX 77008                          KOSKOFF KOSKOFF & BIEDER                   HOUSTON, TX 77002
                                           350 FAIRFIELD AVENUE
                                           BRIDGEPORT, CT 06604



ATTN: ERIC HENZY                           ATTN: SHELBY JORDAN                        ATTN: AVI MOSHENBERG
ZEISLER & ZEISLER P.C.                     JORDAN & ORTIZ, P.C.                       MCDOWELL HETERHINGTON LLP
10 MIDDLE STREET, 15TH FLOOR               500 N. SHORELINE BLVD. SUITE 900           1001 FANNIN STREET, SUITE 2700
BRIDGEPORT, CT 06604                       CORPUS CHRISTI, TEXAS 78401                HOUSTON, TX 77002




ATTN: CORDT AKERS                          ATTN: DANIEL DESOUZA                       ATTN: RYAN E. CHAPPLE
THE AKERS LAW FIRM PLLC                    COPYCAT LEGAL PLLC                         CAIN & SKARNULIS PLLC
CORDT AKERS                                3111 N. UNIVERSITY DRIVE, SUITE 301        303 COLORADO STREET, SUITE 2850
3401 ALLEN PARKWAY, SUITE 101              CORAL SPRINGS, FL 33065                    AUSTIN, TEXAS 78701
HOUSTON, TX 77019




ATTN: JARROD B. MARTIN                     ATTN: CHRISTOPHER J. DYLLA                 MELISSA HASELDEN
CHAMBERLAIN HRDLICKA                       ASSISTANT ATTORNEY GENERAL                 SUBCHAPTER V TRUSTEE
1200 SMITH STREET, SUITE 1400              BANKRUPTCY & COLLECTIONS DIVISION          700 MILAM, SUITE 1300
HOUSTON, TX 77002                          PO BOX 12548                               HOUSTON, TX 77002
                                           AUSTIN, TX 78711-2548



ATTN: HA M. NGUYEN, JAYSON B. RUFF         ELEVATED SOLUTIONS GROUP                   CHRISTOPHER SADOWSKI
OFFICE OF U.S. TRUSTEE                     28 MAPLEWOOD DRIVE                         C/O COPYCAT LEGAL PLLC
515 RUSK, SUITE 3516                       COS COB, CT 06870                          3111 N. UNIVERSITY DRIVE STE 301
HOUSTON, TX 77002                                                                     CORAL SPRINGS, FL 33065




ATOMIAL LLC                                CLOUDFLARE, INC                            JACQUELYN BLOTT
1920 E. RIVERSIDE DR.                      DEPT LA 24609                              200 UNIVERSITY BLVD
SUITE A-120 #124                           PASADENA, CA 91185-4609                    SUITE 225 #251
AUSTIN, TX 78741                                                                      ROUND ROCK, TX 78665



                                                                                      INTERNATIONAL
JOEL SKOUSEN                               COMMERCE CDN, LLC                          PAUL WATSON
PO BOX 565                                 221 E 63RD STREET                          9 RIVERDALE ROAD
SPRING CITY, UT 84662                      SAVANNAH, GA 31405                         RANMOOR SHEFFIELD
                                                                                      SOUTH YORKSHIRE S10 3FA
                                                                                      UNITED KINGDOM



BRENNAN GILMORE                            GREENAIR, INC                              EDGECAST, INC
C/O CIVIL RIGHTS CLINIC                    23569 CENTER RIDGE RD                      DEPT CH 18120
600 NEW JERSEY AVENUE, NW                  WESTLAKE, OH 44145                         PALATINE, IL 60055
WASHINGTON, DC 20001




READY ALLIANCE GROUP, INC                  GETTY IMAGES, INC                          RATSMEDICAL.COM
PO BOX 1709                                PO BOX 953604                              C/O RAPID MEDICAL
SANDPOINT, ID 83864                        ST. LOUIS, MO 63195-3604                   120 N REDWOOD RD
                                                                                      NORTH SALT LAKE, UT 84054
```

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL DUE TO UNDELIVERABLE ADDRESS.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNATIONAL

DAVID ICKE BOOKS LIMITED
C/O ICKONIC ENTERPRISES LIMITED
ST. HELEN'S HOUSE KING STREET
DERBY DE1 3EE
UNITED KINGDOM

WWCR
1300 WWCR AVE
NASHVILLE, TN 37218-3800

JW JIB PRODUCTIONS, LLC
2921 CARVELLE DRIVE
RIVIERA BEACH, FL 33404


CUSTOMTATTONOW.COM
16107 KENSINGTON DR. #172
SUGAR LAND, TX 77479

AT&T
PO BOX 5001
CAROL STREAM, IL 60197-5001

JUSTIN LAIR
1313 LOOKOUT AVE
KLAMATH FALLS, OR 97601


PQPR HOLDINGS LIMITED, LLC
C/O STEPHEN LEMMON
1801 S. MOPAC EXPRESSWAY
SUITE 320
AUSTIN, TX 78746

RYAN E. CHAPPLE
CAIN & SKARNULIS PLLC
303 COLORADO STREET, SUITE 2850
AUSTIN, TEXAS 78701

ATTN: SHELBY JORDAN
JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD. SUITE 900
CORPUS CHRISTI, TEXAS 78401


JARROD B. MARTIN
CHAMBERLAIN HRDLICKA
1200 SMITH STREET, SUITE 1400
HOUSTON, TX 77002

CHRISTOPHER J. DYLLA
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

RICHARD A. COCHRANE
AKIN GUMP STRAUSS HAUER & FELD
2300 N. FIELD STREET
SUITE 1800
DALLAS, TX 75201


ELIZABETH CAROL FREEMAN
THE LAW OFFICE OF LIZ FREEMAN
PO BOX 61209
HOUSTON, TX 77208-1209

JOHN D MALONE
ATTORNEY AT LAW
5400 BOSQUE BLVD., STE. 650
WACO, TX 76710

BRADLEY J. REEVES
PILLSBURY WINTHROP SHAW PITTMAN
909 FANNIN ST
STE 2000
HOUSTON, TX 77010


MICHAEL P RIDULFO
KANE RUSSELL COLEMAN LOGAN
5151 SAN FELIPE, SUITE 800
HOUSTON, TX 77056

STEPHEN A ROBERTS
STEPHEN A ROBERTS, P.C.
1400 MARSHALL LN
AUSTIN, TX 78703

JASON STARKS
TRAVIS COUNTY ATTORNEY'S OFFICE
P.O. BOX 1748
AUSTIN, TX 78767


CHRISTINA WALTON STEPHENSON
CROWE & DUNLEVY
2525 MCKINNON ST.
STE 425
DALLAS, TX 75201