IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | CHAPTER 11 (Subchapter V) |
| | § | |
| Debtor. | § | |
| | | |
| In re: | § | CASE NO. 22-33553 |
| | § | |
| ALEXANDER E. JONES, | § | CHAPTER 11 |
| | § | |
| Debtor. | § | |

**ORDER SUSTAINING UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' JOINT MOTION FOR ENTRY OF ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
[Related Dkt. No. __]

CAME ON for consideration by *The United States Trustee's Objection to Debtors' Joint Motion for Entry of Order Authorizing Joint Administration of Chapter 11 Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure* (the "Objection"). For the reasons set forth on the record, it is hereby

**ORDERED** that the Objection is **SUSTAINED**; it is

**FURTHER ORDERED** that the *Debtors' Joint Motion for Entry of Order Authorizing Joint Administration of Chapter 11 Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure* [Dkt. No. 6 in Case No. 22-33553 and Dkt. No. 296 in Case No. 22-60043] (the "Motion") is denied.

ZZZZZZ