IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: <br> FREE SPEECH SYSTEMS LLC, <br><br> Debtor. | § <br> § <br> § <br> § <br> § <br> § <br> § | Chapter 11 (Subchapter V) <br><br> Case No. 22-60043 (CML) |
| In re: <br> ALEXANDER E. JONES, <br><br> Debtor. | § <br> § <br> § <br> § <br> § <br> § <br> § | Chapter 11 <br><br> Case No. 22-33553 (CML) |

**SUBCHAPTER V TRUSTEE'S JOINDER TO UNITED
STATES TRUSTEE'S OBJECTION TO THE DEBTORS'
JOINT MOTION FOR ENTRY OF ORDER AUTHORIZING
JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO
RULE 1015(B) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Melissa Haselden ("Subchapter V Trustee"), files this joinder ("Joinder") to the *United States Trustee's Objection to the Debtors' Joint Motion for Entry of Order Authorizing Joint Administration of Chapter 11 Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure* [Docket No. 309, Case No. 26-60043; Docket No. 44, Case No. 22-33553] (the "Objection"), filed in response to *Debtors' Joint Motion for Entry of Order Authorizing Joint Administration of Chapter 11 Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure* [Docket No. 296, Case No. 22-60043; Docket No. 6, Case No. 22-33553] (the "Motion"). In support of this Joinder, the Subchapter V Trustee states as follows:

1. The Subchapter V Trustee joins in, and hereby incorporates by reference, the arguments made by the United States Trustee in the Objection.

2. The Debtors filed the Motion on December 2, 2022.

3. The United States Trustee filed the Objection on December 14, 2022.

4. The Subchapter V Trustee appreciates the goals of maximizing efficiencies and providing notice to all parties in the cases that are unquestionably related. However, on balance, the Subchapter V Trustee believes the potential confusion or possible conflicts of interest outweighs the benefit of joint administration.

5. For the reasons stated in the Objection and this Joinder, the Subchapter V Trustee respectfully requests that the Court deny the Motion and grant such other and further relief as it may deem just and proper.

Dated: December 14, 2022

/s/ *Elizabeth Freeman*

| | |
|---|---|
| **LAW OFFICE OF LIZ FREEMAN** | **JACKSON WALKER LLP** |
| Elizabeth C. Freeman (TX Bar No. 2400922) | Sean Gallagher (TX Bar No. 24101781) |
| PO Box 61209 | 100 Congress Avenue, Suite 1100 |
| Houston, TX 77208-1209 | Austin, TX 78701 |
| Telephone: (832) 779-3580 | Telephone: 512-236-2000 |
| Email: liz@lizfreemanlaw.com | Email: sgallagher@jw.com |
| | |
| *Counsel for Melissa Haselden,* | *Counsel for Melissa Haselden,* |
| *Subchapter V Trustee* | *Subchapter V Trustee* |

## **CERTIFICATE OF SERVICE**

I certify that on December 14, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Elizabeth Freeman*
Elizabeth Freeman