# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | Case No. 22-60043 | |
| § | | |
| **FREE SPEECH SYSTEMS, LLC** § | (Chapter 11) Subchapter V | |
| § | | |
| Debtor. § | JUDGE CHRISTOPHER M. LOPEZ | |
| § | | |

## JONES'S EXHIBIT LIST FOR DECEMBER 19, 2022 HEARING

Alexander E. Jones (the "Jones"), a party in interest in this case, respectfully submits this Exhibit List for the hearing to be held on December 19, 2022, at 3:00 p.m. (prevailing Central Time) (the "Hearing"):

## EXHIBITS

Jones may offer for admission into evidence any of the following exhibits at the hearing:

| Ex. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Employment Agreement | | | | |

Jones reserves the right to supplement, amend or delete any exhibit prior to the Hearing. Jones also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Jones finally reserves the right to introduce exhibits previously admitted.

Respectfully submitted this 15th day of December, 2022.

**CROWE & DUNLEVY, P.C.**

By: /s/ *Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
          aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**PROPOSED ATTORNEYS FOR ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was filed with the Court on December 15, 2022, and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system. The exhibit was served via electronic mail on Debtor's counsel, counsel for the Subchapter V Trustee and counsel for the U.S Trustee.

*/s/ Christina W. Stephenson*
Christina W. Stephenson