

```
                                        2 - 20                 PAGE   1
   FREE SPEECH SYSTEMS LLC                           ACCOUNT          
   DEPOSITORY
   PO BOX 19549                                    STATEMENT PERIOD
   AUSTIN  TX 78704                             06/30/2022 TO 07/29/2022




------------------------- C H E C K I N G   S U M M A R Y ------------------------
            COMMERCIAL                    -      3338563
         CHECKING BALANCE LAST STATEMENT.......         306,544.29
                         2    DEPOSITS............         101,618.66
                        81    OTHER CREDITS........       1,636,372.59
                              CHECKS...............                .00
                        12    OTHER DEBITS.........       1,925,536.50
         CHECKING BALANCE THIS STATEMENT.......         118,999.04
----------------------------- F E E   S U M M A R Y -----------------------------
                                      TOTAL FEES IMPOSED           .00
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
             |                      |    TOTAL FOR |      TOTAL    |
             |                      |  THIS PERIOD |  YEAR-TO-DATE |
             |TOTAL OVERDRAFT FEES  |       $0.00  |       $0.00   |
             |TOTAL RETURNED ITEM FEES|     $0.00  |       $0.00   |

--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S ---------------

   DATE.....AMOUNT....DESCRIPTION
   07/01        9.81 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6027833
   07/01       58.29 eBay            PAYOUT                    0018286123
   07/01      200.53 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7075827
   07/01   20,522.55 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5659021
   07/05       51.50 eBay            PAYOUT                    0010910473
   07/05       51.58 eBay            PAYOUT                    0013793669
   07/06   68,433.85 DEPOSIT
   07/06       93.81 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7803940
   07/06      201.41 eBay            PAYOUT                    0013014304
   07/06      622.06 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4318662
   07/06      998.57 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6072302
   07/06   21,613.19 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2082672
   07/06  102,325.50 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1550258
   07/07       12.21 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2210217
   07/07      121.78 eBay            PAYOUT                    0014530428
   07/07      891.91 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4974971
   07/07   22,454.60 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7500608
```



```
                                                          PAGE    2
     FREE SPEECH SYSTEMS LLC                      ACCOUNT
     DEPOSITORY
     PO BOX 19549                                 STATEMENT PERIOD
     AUSTIN  TX 78704                             06/30/2022 TO 07/29/2022


     DATE.....AMOUNT'....DESCRIPTION
     07/08         27.26 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5214041
     07/08        133.01 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5856397
     07/08     25,153.56 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9670600
     07/11         53.28 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 8178396
     07/11        843.06 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1665723
     07/11     79,542.81 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3557968
     07/12         13.17 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5711387
     07/12         34.23 eBay            PAYOUT                       0012463277
     07/12        116.96 eBay            PAYOUT                       0012940837
     07/12        126.37 eBay            PAYOUT                       0013232183
     07/12        591.36 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6454736
     07/12     36,813.18 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5379767
     07/13          3.63 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1394548
     07/13        126.18 eBay            PAYOUT                       0012855393
     07/13        206.67 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9462632
     07/13     34,514.66 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 8228041
     07/14         12.58 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7951468
     07/14         73.67 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4582806
     07/14        163.44 eBay            PAYOUT                       0014556814
     07/14     35,123.69 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5273860
     07/15     33,184.81 DEPOSIT
     07/15          1.87 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2964920
     07/15        103.78 eBay            PAYOUT                       0010807770
     07/15        110.51 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6794979
     07/15     27,867.62 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7540799
     07/18        166.98 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3846282
     07/18        206.67 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4207631
     07/18     86,965.06 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4193858
     07/19         36.84 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5185115
     07/19         73.70 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6232565
     07/19         98.60 eBay            PAYOUT                       0012245255
     07/19    140,935.37 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 8506376
     07/20         50.06 eBay            PAYOUT                       0013450411
     07/20         95.46 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6650677
     07/20        237.37 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2060486
     07/20    106,516.31 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 8295531
     07/21        105.30 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2173721
     07/21        110.51 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3584139
     07/21     68,558.55 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7637218
```



```
                                                              PAGE    3
     FREE SPEECH SYSTEMS LLC                         ACCOUNT
     DEPOSITORY
     PO BOX 19549                                       STATEMENT PERIOD
     AUSTIN  TX 78704                                06/30/2022 TO 07/29/2022


     DATE.....AMOUNT....DESCRIPTION
     07/22         35.27 eBay               PAYOUT                    0015784815
     07/22         96.18 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2788588
     07/22        106.59 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6696736
     07/22     72,180.32 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4277004
     07/25         58.72 eBay               PAYOUT                    0013128125
     07/25        166.77 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7823186
     07/25        452.21 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9849408
     07/25     50,940.76 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7200079
     07/25    123,903.43 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1867026
     07/25    159,042.10 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5657898
     07/26         38.89 eBay               PAYOUT                    0013269521
     07/26         40.25 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1502716
     07/26         96.27 eBay               PAYOUT                    0012744367
     07/26        133.82 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9315997
     07/26     40,518.51 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3553104
     07/26     73,167.12 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9601708
     07/27        144.54 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2308649
     07/27        229.18 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3682470
     07/27        281.72 eBay               PAYOUT                    0012893317
     07/27    107,795.31 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3607370
     07/28         78.82 eBay               PAYOUT                    0014736802
     07/28        100.79 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7479897
     07/28     71,605.87 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 8701312
     07/29         17.48 eBay               PAYOUT                    0011564006
     07/29         92.54 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4452672
     07/29        325.35 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2024574
     07/29    118,581.15 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1582815

     ------------------ O T H E R   D E B I T   T R A N S A C T I O N S ----------------

     DATE.....AMOUNT....DESCRIPTION
     07/01    150,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 6537408
     07/05          5.27 eBay ComNNEWRQIM   PAYMENTS                  0023849470
     07/05         20.00 AUTHNET GATEWAY    BILLING                   0010089277
     07/05         40.00 PAYARC             MERCH FEES                6760102425
     07/06         15.00 GATEWAY SERVICES   WEBPAYMENT                0018530444
     07/06         20.00 USAePay            0622 BILLI                6935666281
     07/13    250,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8522 6185497
     07/18    400,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 7703862
```

SECURITY BANK OF CRAWFORD • PO BOX 90 • 6688 NORTH LONESTAR PARKWAY • CRAWFORD, TEXAS 76638 • 254-486-0003



```
                                                      PAGE    4
    FREE SPEECH SYSTEMS LLC                     ACCOUNT
    DEPOSITORY
    PO BOX 19549                                STATEMENT PERIOD
    AUSTIN  TX 78704                            06/30/2022 TO 07/29/2022


    DATE.....AMOUNT....DESCRIPTION
    07/25  475,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 3509399
    07/27  285,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8522 4291063
    07/28  250,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 5299816
    07/29  115,436.23 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 1051049

    ---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ---------------
    DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
    07/01      177,335.47     07/13      323,406.56     07/22      496,623.67
    07/05      177,373.28     07/14      358,779.94     07/25      356,187.66
    07/06      371,626.67     07/15      420,048.53     07/26      470,182.52
    07/07      395,107.17     07/18      107,387.24     07/27      293,633.27
    07/08      420,421.00     07/19      248,531.75     07/28      115,418.75
    07/11      500,860.15     07/20      355,430.95     07/29      118,999.04
    07/12      538,555.42     07/21      424,205.31
```

```
                    Thank you for banking with us!
                  If you have any questions please call
                our Crawford Branch at (254) 486-0003 or
                    our Temple Branch at (254) 249-2265.
```

SECURITY BANK OF CRAWFORD • PO BOX 90 • 6688 NORTH LONESTAR PARKWAY • CRAWFORD, TEXAS 76638 • 254-486-0003

# Security Bank

```
                                          35 - 20              PAGE  1
   FREE SPEECH SYSTEMS LLC                            ACCOUNT
   OPERATING
   PO BOX 19549                                       STATEMENT PERIOD
   AUSTIN  TX 78704                                   06/30/2022 TO 07/29/2022
```

```
------------------------- C H E C K I N G   S U M M A R Y -------------------------
           COMMERCIAL                        -     3338514
    CHECKING BALANCE LAST STATEMENT.......       217,317.70
                          2   DEPOSITS.............   349,620.00
                         17   OTHER CREDITS........ 3,503,143.52
                         33   CHECKS............... 2,618,855.13
                         36   OTHER DEBITS.........   282,846.23
    CHECKING BALANCE THIS STATEMENT.......     1,168,379.86
--------------------------- F E E   S U M M A R Y ---------------------------
       STOP PAY FEE                                        25.00
                                     TOTAL FEES IMPOSED    25.00
                                          (LISTED BELOW)
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES --------------------

                                    |  TOTAL FOR  |    TOTAL    |
                                    | THIS PERIOD | YEAR-TO-DATE|

    |TOTAL OVERDRAFT FEES       |        $0.00|        $0.00|

    |TOTAL RETURNED ITEM FEES|           $0.00|        $0.00|


--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S ---------------

DATE.....AMOUNT....DESCRIPTION
07/01  150,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 6537403
07/06    6,946.21 WT FREE SPEECH SYSTEMS
07/08    3,501.67 WT FREE SPEECH SYSTEMS
07/14  500,000.00 WT FREE SPEECH SYSTEMS
07/18  275,000.00 WT FREE SPEECH SYSTEMS
07/18  400,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 7703862
07/18  850,000.00 INTERNET TRANSFER FROM CHK 0924 TO CHK 8514 8045880
07/25  475,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 3509399
07/26  200,000.00 WT FREE SWPEECH SYSTEMS
07/27   99,620.00 DEPOSIT
07/28   24,682.62 INTERNET TRANSFER FROM CHK 5675 TO CHK 8514 3093924
07/28   81,264.19 INTERNET TRANSFER FROM CHK 8746 TO CHK 8514 2407078
07/28   95,190.48 INTERNET TRANSFER FROM CHK 8621 TO CHK 8514 9192858
07/28  250,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 5299816
07/29  250,000.00 DEPOSIT
```

SECURITY BANK OF CRAWFORD • PO BOX 90 • 6688 NORTH LONESTAR PARKWAY • CRAWFORD, TEXAS 76638 • 254-486-0003



```
                                                              PAGE   2
     FREE SPEECH SYSTEMS LLC                      ACCOUNT                  
     OPERATING
     PO BOX 19549                                 STATEMENT PERIOD
     AUSTIN  TX 78704                             06/30/2022 TO 07/29/2022


     DATE.....AMOUNT....DESCRIPTION
     07/29       510.00 INTERNET TRANSFER FROM CHK 8746 TO CHK 8514 5425754
     07/29     4,998.39 INTERNET TRANSFER FROM CHK 8621 TO CHK 8514 4302104
     07/29    70,613.73 INTERNET TRANSFER FROM CHK 8522 TO CHK 8514 8945544
     07/29   115,436.23 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 1051049

     ---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

     DATE.....AMOUNT....DESCRIPTION
     07/05        20.45 PROTECTION ONE       WEB_PAY                   0023851618
     07/05        69.18 PROTECTION ONE       WEB_PAY                   0023851617
     07/05       102.06 PROTECTION ONE       WEB_PAY                   0023851616
     07/05       126.76 PROTECTION ONE       WEB_PAY                   0023851619
     07/05       550.69 City of Austin T     PAYMENT                   0026237371
     07/05       830.10 PROTECTION ONE       WEB_PAY                   0023851620
     07/05       855.76 City of Austin T     PAYMENT                   0026236107
     07/05     1,213.48 City of Austin T     PAYMENT                   0026238076
     07/05     1,411.18 PROTECTION ONE       WEB_PAY                   0023851615
     07/05     3,246.03 City of Austin T     PAYMENT                   0026237678
     07/05     6,397.58 AUSTIN SECURITY      SALE                      0026838088
     07/05   131,019.60 AMEX EPAYMENT        ACH PMT                   0012609317
     07/08    20,000.00 STAMPS.COM           POSTAGE                   0023484889
     07/12        35.30 STAMPS.COM           STAMPS.COM                0027499926
     07/12     6,700.68 AUSTIN SECURITY      SALE                      0029529349
     07/13     2,196.25 AUTO PAYMENT TO IN   --XXXXXXXXXXX228 FREE SPEECH SYSTEMS LL
     07/18     5,829.26 AUSTIN SECURITY      SALE                      0029538678
     07/22     2,700.00 WILLOW GROVE PRO     Bill Pay                  6340000014
     07/22     3,000.00 VAZQUEZ, VALDEMA     Bill Pay                  6340000011
     07/22     3,500.00 JW JIB PRODUCTIO     Bill Pay                  6340000013
     07/22    20,671.00 ATX HD SATELLITE     Bill Pay                  6340000012
     07/25         1.49 PAYMENTUS            BILLPAY                   0016269094
     07/25        87.10 TEXASGASSERVICE      BILLPAY                   0016320438
     07/25     1,300.00 GRANDE COMMUNICA     TELECOMM                  0021961017
     07/25     1,419.56 ALLY                 ALLY PAYMT                0023156344
     07/25     6,346.86 AUSTIN SECURITY      SALE                      0022387461
     07/25    25,200.00 ATOMIAL LLC          SALE                      0022387378
     07/26     1,761.27 LEASE DIRECT         WEB PAY                   0090558209
     07/26     2,989.00 ADDSHOPPERSINC       WEBPAYMENT                0014598637
     07/26     2,989.00 ADDSHOPPERSINC       WEBPAYMENT                0014598638
     07/27    20,000.00 DEW, ROBERT          Bill Pay                  6340000015
```



```
                                                             PAGE   3
                                                ACCOUNT

     FREE SPEECH SYSTEMS LLC
     OPERATING
     PO BOX 19549                               STATEMENT PERIOD
     AUSTIN  TX  78704                          06/30/2022 TO 07/29/2022
```

```
     DATE.....AMOUNT....DESCRIPTION
     07/27       25.00 STOP PAY FEE
     07/29    1,000.00 INTERNET TRANSFER FROM CHK 8514 TO CHK 8522 8274286
     07/29    1,003.76 MUNIZ, LESLIE    Bill Pay                  6340000015
     07/29    2,037.69 AUSTIN SECURITY  SALE                      0028451641
     07/29    6,208.14 AUSTIN SECURITY  SALE                      0028451643

     -------------------------------- C H E C K S --------------------------------

     DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
     07/01          011801     70,000.00   07/29          011825        5,863.00
     07/05          011802     49,865.00   07/25          011826        3,964.66
     07/12         *011807      2,106.03   07/28         *011828           36.72
     07/05          011808        902.50   07/27         *011830          531.80
     07/06          011809        217.02   07/27          011831        9,000.00
     07/05          011810     10,780.99   07/28          011832      122,489.67
     07/11          011811        948.12   07/15       *               189,976.20
     07/07          011812     50,000.00   07/19       *                52,922.19
     07/06          011813      4,000.00   07/19       *               205,487.38
     07/18          011814      1,989.97   07/26       *                99,635.00
     07/26          011815      1,600.00   07/27       *             1097,484.50
     07/18          011816      1,705.00   07/28       *               100,015.00
     07/20         *011818        775.00   07/28       *               199,635.00
     07/27          011819      6,491.86   07/28       *               233,806.08
     07/28          011820      1,796.91   07/28       *                 3,253.80
     07/27          011821        351.81   07/29       *                89,223.92
     07/26         *011824      2,000.00

     ---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

     DATE.......BALANCE    DATE.......BALANCE    DATE.......BALANCE
     07/01     297,317.70  07/13      14,170.82  07/25    1987,293.15
     07/05      89,926.34  07/14     514,170.82  07/26    2076,318.88
     07/06      92,655.53  07/15     324,194.62  07/27    1042,053.91
     07/07      42,655.53  07/18    1839,670.39  07/28     832,158.02
     07/08      26,157.20  07/19    1581,260.82  07/29    1168,379.86
     07/11      25,209.08  07/20    1580,485.82
     07/12      16,367.07  07/22    1550,614.82
```

SECURITY BANK OF CRAWFORD • PO BOX 90 • 6688 NORTH LONESTAR PARKWAY • CRAWFORD, TEXAS 76638 • 254-486-0003



```
                                       21 - 20              PAGE  1
     FREE SPEECH SYSTEMS LLC                          ACCOUNT    ▬▬▬▬
     DONATIONS
     PO BOX 19549                                     STATEMENT PERIOD
     AUSTIN  TX 78704                                 06/30/2022 TO 07/29/2022


     ----------------------- C H E C K I N G  S U M M A R Y -------------------
                    COMMERCIAL                  -    3338746
              CHECKING BALANCE LAST STATEMENT.......          78,274.19
                            21  DEPOSITS.............           3,500.00
                                OTHER CREDITS........                .00
                                CHECKS...............                .00
                         2      OTHER DEBITS.........          81,774.19
              CHECKING BALANCE THIS STATEMENT.......                 .00
     ---------------------------- F E E  S U M M A R Y ------------------------
                                TOTAL FEES IMPOSED                   .00
     ---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -------------

              |                             |   TOTAL FOR  |    TOTAL     |
              |                             |  THIS PERIOD |  YEAR-TO-DATE|

              |TOTAL OVERDRAFT FEES         |       $0.00  |       $0.00  |

              |TOTAL RETURNED ITEM FEES     |       $0.00  |       $0.00  |


     --------------- A C C O U N T  C R E D I T  T R A N S A C T I O N S ------

         DATE.....AMOUNT....DESCRIPTION
         07/25        10.00 DEPOSIT
         07/25        20.00 DEPOSIT
         07/25        60.00 DEPOSIT
         07/25        60.00 DEPOSIT
         07/25        60.00 DEPOSIT
         07/25       100.00 DEPOSIT
         07/25       200.00 DEPOSIT
         07/25       300.00 DEPOSIT
         07/25     1,000.00 DEPOSIT
         07/26        10.00 DEPOSIT
         07/26        20.00 DEPOSIT
         07/26        50.00 DEPOSIT
         07/26       300.00 DEPOSIT
         07/26       300.00 DEPOSIT
         07/26       500.00 DEPOSIT
         07/28        10.00 DEPOSIT
         07/28        20.00 DEPOSIT
```

SECURITY BANK OF CRAWFORD • PO BOX 90 • 6688 NORTH LONESTAR PARKWAY • CRAWFORD, TEXAS 76638 • 254-486-0003



## Security Bank

```
                                                    PAGE   2
    FREE SPEECH SYSTEMS LLC              ACCOUNT
    DONATIONS
    PO BOX 19549                         STATEMENT PERIOD
    AUSTIN  TX 78704                     06/30/2022 TO 07/29/2022


    DATE.....AMOUNT....DESCRIPTION
    07/28       20.00 DEPOSIT
    07/28       60.00 DEPOSIT
    07/28      100.00 DEPOSIT
    07/28      300.00 DEPOSIT

    ----------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------------

    DATE.....AMOUNT....DESCRIPTION
    07/28   81,264.19 INTERNET TRANSFER FROM CHK 8746 TO CHK 8514 2407078
    07/29      510.00 INTERNET TRANSFER FROM CHK 8746 TO CHK 8514 5425754

    ----------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

    DATE.......BALANCE       DATE.......BALANCE       DATE.......BALANCE
    07/25    80,084.19       07/28       510.00
    07/26    81,264.19       07/29          .00
```

```
              Thank you for banking with us!
         If you have any questions please call
         our Crawford Branch at (254) 486-0003 or
            our Temple Branch at (254) 249-2265.
```

SECURITY BANK OF CRAWFORD • PO BOX 90 • 6688 NORTH LONESTAR PARKWAY • CRAWFORD, TEXAS 76638 • 254-486-0003



```
                                        0 - 20                PAGE  1
    FREE SPEECH SYSTEMS LLC                          ACCOUNT     
    PAYROLL
    PO BOX 19549                                 STATEMENT PERIOD
    AUSTIN  TX 78704                           06/30/2022 TO 07/29/2022


------------------------- C H E C K I N G   S U M M A R Y ------------------------
            COMMERCIAL                -      3338522
        CHECKING BALANCE LAST STATEMENT.......          268,566.21
                              DEPOSITS.............             .00
                     3  OTHER CREDITS........           536,000.00
                              CHECKS...............            .00
                     7  OTHER DEBITS.........           803,566.21
        CHECKING BALANCE THIS STATEMENT.......           1,000.00
------------------------------ F E E  S U M M A R Y ------------------------------
                                  TOTAL FEES IMPOSED              .00
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -------------------

                              |  TOTAL FOR  |    TOTAL      |
                              |  THIS PERIOD|  YEAR-TO-DATE |
                              -------------------------------
        |TOTAL OVERDRAFT FEES  |      $0.00|         $0.00|
                              -------------------------------
        |TOTAL RETURNED ITEM FEES|    $0.00|         $0.00|
                              -------------------------------

--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
07/13  250,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8522 6185497
07/27  285,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8522 4291063
07/29    1,000.00 INTERNET TRANSFER FROM CHK 8514 TO CHK 8522 8274286

------------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------

DATE.....AMOUNT....DESCRIPTION
07/01  201,320.72 ADP PAYROLL FEES   ADP - FEES            0021269869
07/08      335.79 HOMEPAY            FEES                  0018442931
07/13   45,258.64 ADP PAYROLL FEES   ADP - FEES            0020411070
07/15  202,162.47 ADP PAYROLL FEES   ADP - FEES            0022474246
07/27    2,690.52 HOMEPAY            PAYROLL               0017534793
07/28  281,184.34 ADP PAYROLL FEES   ADP - FEES            0025289872
07/29   70,613.73 INTERNET TRANSFER FROM CHK 8522 TO CHK 8514 8945544
```



```
                                                          PAGE    2
    FREE SPEECH SYSTEMS LLC                    ACCOUNT
    PAYROLL
    PO BOX 19549                                   STATEMENT PERIOD
    AUSTIN   TX 78704                           06/30/2022 TO 07/29/2022
```

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

| DATE  | BALANCE    | DATE  | BALANCE    | DATE  | BALANCE  |
|-------|------------|-------|------------|-------|----------|
| 07/01 | 67,245.49  | 07/15 | 69,488.59  | 07/29 | 1,000.00 |
| 07/08 | 66,909.70  | 07/27 | 351,798.07 |       |          |
| 07/13 | 271,651.06 | 07/28 | 70,613.73  |       |          |

Thank you for banking with us!
If you have any questions please call
our Crawford Branch at (254) 486-0003 or
our Temple Branch at (254) 249-2265.

Case 22-60043   Document 320-1   Filed in TXSB on 12/16/22   Page 12 of 14



```
                                      77 - 20              PAGE   1
      FREE SPEECH SYSTEMS LLC                    ACCOUNT        
      INFOWARS
      PO BOX 19549                              STATEMENT PERIOD
      AUSTIN  TX  78704                        06/30/2022 TO 07/29/2022
```



```
------------------------- C H E C K I N G   S U M M A R Y -------------------------
              COMMERCIAL              -      3338621
          CHECKING BALANCE LAST STATEMENT.......        89,611.94
                          77  DEPOSITS.............        10,576.93
                              OTHER CREDITS........              .00
                              CHECKS...............              .00
                           2  OTHER DEBITS.........       100,188.87
          CHECKING BALANCE THIS STATEMENT.......               .00
----------------------------- F E E   S U M M A R Y -----------------------------
                               TOTAL FEES IMPOSED             .00
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------

                    |               | TOTAL FOR  |     TOTAL    |
                    |               | THIS PERIOD|  YEAR-TO-DATE|
                    ------------------------------------------------
                    |TOTAL OVERDRAFT FEES       |      $0.00|       $30.00|
                    ------------------------------------------------
                    |TOTAL RETURNED ITEM FEES|         $0.00|        $0.00|
                    ------------------------------------------------

--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S ---------------

      DATE.....AMOUNT....DESCRIPTION
      07/25       20.00 DEPOSIT
      07/25       20.00 DEPOSIT
      07/25       25.00 DEPOSIT
      07/25       25.00 DEPOSIT
      07/25       29.85 DEPOSIT
      07/25       30.00 DEPOSIT
      07/25       35.00 DEPOSIT
      07/25       39.90 DEPOSIT
      07/25       40.00 DEPOSIT
      07/25       40.00 DEPOSIT
      07/25       50.00 DEPOSIT
      07/25       50.00 DEPOSIT
      07/25       50.00 DEPOSIT
      07/25       56.65 DEPOSIT
      07/25       75.00 DEPOSIT
      07/25       95.00 DEPOSIT
      07/25      100.00 DEPOSIT
```

SECURITY BANK OF CRAWFORD • PO BOX 90 • 6688 NORTH LONESTAR PARKWAY • CRAWFORD, TEXAS 76638 • 254-486-0003



```
                                              PAGE    2
     FREE SPEECH SYSTEMS LLC              ACCOUNT
     INFOWARS
     PO BOX 19549                            STATEMENT PERIOD
     AUSTIN   TX 78704                    06/30/2022 TO 07/29/2022


     DATE.....AMOUNT....DESCRIPTION
     07/25       100.00 DEPOSIT
     07/25       104.85 DEPOSIT
     07/25       120.00 DEPOSIT
     07/25       129.00 DEPOSIT
     07/25       144.50 DEPOSIT
     07/25       171.40 DEPOSIT
     07/25       197.89 DEPOSIT
     07/25       200.00 DEPOSIT
     07/25       239.50 DEPOSIT
     07/25       370.00 DEPOSIT
     07/25       500.00 DEPOSIT
     07/25       500.00 DEPOSIT
     07/26         5.00 DEPOSIT
     07/26        15.00 DEPOSIT
     07/26        50.00 DEPOSIT
     07/26       100.00 DEPOSIT
     07/26       100.00 DEPOSIT
     07/26       150.00 DEPOSIT
     07/26       200.00 DEPOSIT
     07/26       200.00 DEPOSIT
     07/26       200.00 DEPOSIT
     07/26       500.00 DEPOSIT
     07/26       500.00 DEPOSIT
     07/27        76.00 DEPOSIT
     07/27        99.35 DEPOSIT
     07/27       122.73 DEPOSIT
     07/27       131.00 DEPOSIT
     07/28         8.00 DEPOSIT
     07/28        13.10 DEPOSIT
     07/28        15.00 DEPOSIT
     07/28        15.00 DEPOSIT
     07/28        18.10 DEPOSIT
     07/28        20.00 DEPOSIT
     07/28        20.00 DEPOSIT
     07/28        20.00 DEPOSIT
     07/28        22.90 DEPOSIT
     07/28        25.00 DEPOSIT
     07/28        28.45 DEPOSIT
     07/28        33.94 DEPOSIT
```



```
                                                    PAGE   3
FREE SPEECH SYSTEMS LLC                     ACCOUNT
INFOWARS
PO BOX 19549                                STATEMENT PERIOD
AUSTIN   TX 78704                           06/30/2022 TO 07/29/2022


DATE......AMOUNT....DESCRIPTION
07/28        38.46 DEPOSIT
07/28        39.90 DEPOSIT
07/28        46.00 DEPOSIT
07/28        46.00 DEPOSIT
07/28        48.40 DEPOSIT
07/28        50.00 DEPOSIT
07/28        50.00 DEPOSIT
07/28        58.00 DEPOSIT
07/28        80.00 DEPOSIT
07/28       100.00 DEPOSIT
07/28       100.00 DEPOSIT
07/28       120.06 DEPOSIT
07/28       140.00 DEPOSIT
07/28       145.70 DEPOSIT
07/28       152.30 DEPOSIT
07/28       160.00 DEPOSIT
07/28       200.00 DEPOSIT
07/28       355.00 DEPOSIT
07/28       400.00 DEPOSIT
07/28     1,000.00 DEPOSIT
07/28     1,000.00 DEPOSIT

------------------ O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE......AMOUNT....DESCRIPTION
07/28    95,190.48 INTERNET TRANSFER FROM CHK 8621 TO CHK 8514 9192858
07/29     4,998.39 INTERNET TRANSFER FROM CHK 8621 TO CHK 8514 4302104

------------------ D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

DATE........BALANCE        DATE........BALANCE        DATE........BALANCE
07/25      93,170.48        07/27      95,619.56        07/29           .00
07/26      95,190.48        07/28       4,998.39
```

Thank you for banking with us!
If you have any questions please call
our Crawford Branch at (254) 486-0003 or
our Temple Branch at (254) 249-2265.

SECURITY BANK OF CRAWFORD • PO BOX 90 • 6688 NORTH LONESTAR PARKWAY • CRAWFORD, TEXAS 76638 • 254-486-0003