

Date 11/30/22          Page      1
Primary Account        ⬛⬛⬛78919

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Operations

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 15 |
| Account Number ⬛⬛⬛ | Statement Dates  11/01/22 thru 11/30/22 | |
| Previous Balance        802,613.29 | Days in the statement period        30 | |
| 47 Deposits/Credits   2,097,600.82 | Avg Daily Ledger          293,655.21 | |
| 122 Checks/Debits     2,660,550.86 | Avg Daily Collected       293,453.26 | |
| Maintenance Fee              .30 | | |
| Interest Paid                .00 | | |
| Ending Balance          239,662.95 | | |

## SERVICE CHARGE ITEMIZATION

| Description | Amount |
|---|---|
| Item Fee in Service Charge | .30 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/03 | ACH Credit Back Item | 3,724.00 |
| 11/03 | From DDA *8877,To DDA *8919 | 100,000.00 |
| 11/10 | From DDA *8877,To DDA *8919 | 200,000.00 |
| 11/10 | From DDA *8877,To DDA *8919 | 400,000.00 |
| 11/16 | From DDA *8901,To DDA *8919 | 300,000.00 |
| 11/17 | From DDA *8877,To DDA *8919 | 1,000,000.00 |
| 11/17 | REVERSAL    FREESPEECHOP | 44,094.34 |
| | CCD 122287250000663 | |



Date 11/30/22          Page     2
Primary Account        ██████ 8919

Commercial Checking          ██████████     (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | FREESPEECHOP |  |
| 11/22 | ACH Credit Back Item | 3,724.00 |
| 11/22 | ACH Credit Back Item | 20,000.00 |
| 11/22 | REVERSAL    FREESPEECHOP | 20,000.00 |
|      | PPD 122287250000622 |  |
|      | FREESPEECHOP |  |
| 11/28 | MyDeposit | 13.00 |
| 11/28 | MyDeposit | 29.41 |
| 11/28 | MyDeposit | 30.00 |
| 11/28 | MyDeposit | 35.91 |
| 11/28 | MyDeposit | 60.73 |
| 11/28 | MyDeposit | 68.98 |
| 11/28 | MyDeposit | 72.85 |
| 11/28 | MyDeposit | 85.00 |
| 11/28 | MyDeposit | 85.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 101.55 |
| 11/28 | MyDeposit | 106.90 |
| 11/28 | MyDeposit | 121.84 |
| 11/28 | MyDeposit | 130.00 |
| 11/28 | MyDeposit | 134.80 |
| 11/28 | MyDeposit | 144.00 |
| 11/28 | MyDeposit | 149.80 |
| 11/28 | MyDeposit | 149.89 |
| 11/28 | MyDeposit | 151.35 |
| 11/28 | MyDeposit | 160.00 |
| 11/28 | MyDeposit | 167.70 |
| 11/28 | MyDeposit | 181.00 |
| 11/28 | MyDeposit | 190.00 |
| 11/28 | MyDeposit | 196.80 |
| 11/28 | MyDeposit | 200.00 |
| 11/28 | MyDeposit | 206.75 |
| 11/28 | MyDeposit | 222.13 |
| 11/28 | MyDeposit | 229.54 |
| 11/28 | MyDeposit | 256.45 |
| 11/28 | MyDeposit | 288.55 |
| 11/28 | MyDeposit | 288.55 |
| 11/28 | MyDeposit | 400.00 |



Date 11/30/22    Page    3
Primary Account    ████████78919

Commercial Checking    ████████    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 11/28 | MyDeposit | 500.00 |
| 11/28 | MyDeposit | 500.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/31 | SALE       BLUE ASENSION LO<br>CCD 021000027264708<br>FREE SPEECH SYSTEMS | 49,999.99- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000716<br>FREESPEECHOP | 13.12- |
| 11/01 | PURCHASE   COMPLETECONTROLR<br>PPD 091000017110340<br>FREE SPEECH SYSTEMS | 150.00- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000120<br>FREESPEECHOP | 363.54- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000103<br>FREESPEECHOP | 373.46- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000773<br>FREESPEECHOP | 738.80- |
| 11/01 | ORKIN PEST ORKIN<br>WEB 021000023805874<br>FREE SPEECH SYSTEMS *O<br>5406790 | 785.91- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000398<br>FREESPEECHOP | 970.00- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000112<br>FREESPEECHOP | 3,724.00- |
| 11/01 | Monthly    FREESPEECHOP<br>PPD 122287250000598<br>FREESPEECHOP | 5,504.47- |
| 11/01 | SALE       AUSTIN SECURITY<br>CCD 021000024955195 | 5,791.38- |



Date 11/30/22          Page    4
Primary Account         ⬛⬛⬛⬛78919

Commercial Checking          ⬛⬛⬛⬛⬛⬛⬛⬛  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/01 | FREE SPEECH SYSTEMS<br>WEBPAYMENT ADDSHOPPERSINC<br>WEB 091000017151129 | 5,978.00- |
| 11/01 | ALEX JONES<br>PAYMENT     City of Austin T<br>WEB 021000028106186 | 6,413.00- |
| 11/01 | FREE SPEECH SYSTEMS LL<br>4722133167<br>NWTBCLSCIC THE HARTFORD<br>CCD 051000014695706 | 7,093.30- |
| 11/01 | FREE SPEECH SYSTEMS<br>Monthly    FREESPEECHOP<br>CCD 122287250000114 | 9,367.26- |
| 11/01 | FREESPEECHOP<br>monthly    FREESPEECHOP<br>PPD 122287250000074 | 16,378.64- |
| 11/01 | FREESPEECHOP<br>Monthly    FREESPEECHOP<br>CCD 122287250000749 | 27,000.00- |
| 11/01 | FREESPEECHOP<br>SALE      ECOMMERCE CDN LL<br>CCD 021000025341453 | 27,270.00- |
| 11/01 | FREE SPEECH SYSTEMS<br>Fees      FREESPEECHOP<br>PPD 122287250000186 | 82,501.19- |
| 11/02 | FREESPEECHOP<br>monthly    FREESPEECHOP<br>CCD 122287250000424 | 33.88- |
| 11/02 | FREESPEECHOP<br>MSInvoice  DS WATERS OF AME<br>WEB 042000016128720 | 278.41- |
| 11/02 | Wendell M Schwartz<br>937914222078336<br>BILL PYMNT ACHIVR VISB<br>TEL 021000029876511 | 438.24- |
| 11/02 | WEB_PAY    WASTE CONNECTION<br>WEB 021000021042294 | 4,199.84- |
| 11/02 | WENDELL M SCHWARTZ<br>67125862103122<br>BILLING    AUTHNET GATEWAY<br>CCD 104000016774334 | 8,285.20- |



Date 11/30/22      Page    5
Primary Account    ██████7 8919

Commercial Checking      ████████    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/02 | FREE SPEECH SYSTEMS, L<br>monthly    FREESPEECHOP<br>PPD 122287250000417 | 50,000.00- |
| 11/02 | FREESPEECHOP<br>Monthly    FREESPEECHOP<br>CCD 122287250000394 | 52,907.19- |
| 11/03 | FREESPEECHOP<br>PAYMENTS    LATHEM TIME CORP<br>CCD 062000019360318 | 138.64- |
| 11/03 | FREE SPEECH SYSTEMS LL<br>PURCHASE    COMPLETECONTROLR<br>PPD 091000016953596 | 1,835.00- |
| 11/03 | FREE SPEECH SYSTEMS<br>From DDA *8919,To DDA *8927 | 125,000.00- |
| 11/03 | Domestic Wire Transfer-DL<br>Norman A Pattix<br>011103093<br>4392610957<br>383 Orange Street, First Floor<br>New Haven, CT 06511 UNITED STA<br>TD Bank<br>20221103MMQFMP9N000087<br>20221103MMQFMPYQ004257<br>11031201FT03 | 80,000.00- |
| 11/04 | QBooks Onl 18004INTUIT<br>CCD 021000029314672 | 684.91- |
| 11/04 | FREE SPEECH SYSTEMS<br>Payment    ATT<br>WEB 031100201585791<br>Free speech systems<br>103476003GLB2B | 2,567.49- |
| 11/04 | monthly    FREESPEECHOP<br>PPD 122287250000118 | 3,000.00- |
| 11/04 | FREESPEECHOP<br>monthly    FREESPEECHOP<br>PPD 122287250000116 | 3,200.00- |
| 11/04 | FREESPEECHOP<br>monthly    FREESPEECHOP<br>CCD 122287250000122<br>FREESPEECHOP | 7,500.00- |



Date 11/30/22          Page     6
Primary Account        ████████78919

Commercial Checking          ████████     (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/04 | monthly    FREESPEECHOP<br>CCD 122287250000120<br>FREESPEECHOP | 15,998.00- |
| 11/04 | Monthly    FREESPEECHOP<br>CCD 122287250000109<br>FREESPEECHOP | 49,988.58- |
| 11/04 | monthly    FREESPEECHOP<br>PPD 122287250000104<br>FREESPEECHOP | 50,000.00- |
| 11/04 | weekly    FREESPEECHOP<br>CCD 122287250000127<br>FREESPEECHOP | 55,000.00- |
| 11/04 | weekly    FREESPEECHOP<br>CCD 122287250000106<br>FREESPEECHOP | 109,300.00- |
| 11/07 | WEB_PAY    WASTE CONNECTION<br>WEB 021000023962426<br>WENDELL M SCHWARTZ<br>67596190110322 | 2,099.92- |
| 11/08 | BUS INSUR   TRAVELERS<br>CCD 021000023673538<br>FREE SPEECH SYSTEMS, L | 2,275.06- |
| 11/09 | SPECTRUM    SPECTRUM<br>PPD 021000023812368<br>FREE SPEECH SYSTEMS LL | 180.14- |
| 11/09 | monthly    FREESPEECHOP<br>PPD 122287250000244<br>FREESPEECHOP | 3,500.00- |
| 11/09 | monthly    FREESPEECHOP<br>CCD 122287250000242<br>FREESPEECHOP | 5,863.00- |
| 11/09 | monthly    FREESPEECHOP<br>PPD 122287250000240<br>FREESPEECHOP | 7,000.00- |
| 11/09 | SALE      BLUE ASENSION LO<br>CCD 021000024929450<br>FREE SPEECH SYSTEMS | 11,960.01- |
| 11/09 | SALE      BLUE ASENSION LO<br>CCD 021000024929448<br>FREE SPEECH SYSTEMS | 49,999.99- |



Date 11/30/22          Page      7
Primary Account          78919

Commercial Checking          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/10 | PAYMENT     ADT<br>PPD 101000695745383<br>FREE SPEECH SYSTEMS | 9.44- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745392<br>FREE SPEECH SYSTEMS | 10.28- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745389<br>FREE SPEECH SYSTEMS | 20.45- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745398<br>FREE SPEECH SYSTEMS | 20.45- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745382<br>FREE SPEECH SYSTEMS | 58.94- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745391<br>FREE SPEECH SYSTEMS | 64.22- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745381<br>FREE SPEECH SYSTEMS | 66.08- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745387<br>FREE SPEECH SYSTEMS | 69.18- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745396<br>FREE SPEECH SYSTEMS | 69.18- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745390<br>FREE SPEECH SYSTEMS | 72.02- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745386<br>FREE SPEECH SYSTEMS | 102.06- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745395<br>FREE SPEECH SYSTEMS | 102.06- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745384<br>FREE SPEECH SYSTEMS | 126.76- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745393 | 126.76- |



Date 11/30/22        Page      8
Primary Account      ●●●●●●78919

Commercial Checking              ●●●●●●●●●  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FREE SPEECH SYSTEMS | |
| 11/10 | PAYMENT    ADT | 830.10- |
| | PPD 101000695745388 | |
| | FREE SPEECH SYSTEMS | |
| 11/10 | PAYMENT    ADT | 830.10- |
| | PPD 101000695745397 | |
| | FREE SPEECH SYSTEMS | |
| 11/10 | PAYMENT    ADT | 1,411.18- |
| | PPD 101000695745385 | |
| | FREE SPEECH SYSTEMS | |
| 11/10 | PAYMENT    ADT | 1,411.18- |
| | PPD 101000695745394 | |
| | FREE SPEECH SYSTEMS | |
| 11/10 | monthly    FREESPEECHOP | 44,094.34- |
| | CCD 122287250000531 | |
| | FREESPEECHOP | |
| 11/14 | PURCHASE    COMPLETECONTROLR | 93.75- |
| | PPD 091000013860061 | |
| | FREE SPEECH SYSTEMS | |
| 11/14 | QBooks Onl 18004INTUIT | 213.20- |
| | CCD 021000023391252 | |
| | FREE SPEECH SYSTEMS LL | |
| 11/14 | SERVICES    GOOGLE | 280.00- |
| | CCD 091000013199402 | |
| | Free Speech Systems, L | |
| 11/14 | SALE    AUSTIN SECURITY | 1,353.13- |
| | CCD 021000028468290 | |
| | FREE SPEECH SYSTEMS | |
| 11/14 | INSUR CLM  PLIC-SBD | 5,344.17- |
| | CCD 091000013124406 | |
| | Axos Operations | |
| 11/14 | SALE    AUSTIN SECURITY | 5,829.26- |
| | CCD 021000028468292 | |
| | FREE SPEECH SYSTEMS | |
| 11/14 | Monthly    FREESPEECHOP | 24,700.00- |
| | PPD 122287250000066 | |
| | FREESPEECHOP | |
| 11/15 | Expenses    FREESPEECHOP | 2,192.33- |
| | PPD 122287250000045 | |
| | FREESPEECHOP | |



Date 11/30/22          Page    9
Primary Account    ░░░░78919

Commercial Checking          ░░░░░░░░░    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/15 | WEBPAYMENT ADDSHOPPERSINC<br>WEB 091000012223915<br>FREE SPEECH SYSTEMS | 2,989.00- |
| 11/15 | Monthly    FREESPEECHOP<br>PPD 122287250000035<br>FREESPEECHOP | 50,000.00- |
| 11/15 | Weekly    FREESPEECHOP<br>CCD 122287250000040<br>FREESPEECHOP | 55,000.00- |
| 11/15 | Weekly    FREESPEECHOP<br>CCD 122287250000037<br>FREESPEECHOP | 254,050.00- |
| 11/16 | SALE    BLUE ASENSION LO<br>CCD 021000021328725<br>FREE SPEECH SYSTEMS | 25,040.01- |
| 11/16 | SALE    BLUE ASENSION LO<br>CCD 021000021328723<br>FREE SPEECH SYSTEMS | 49,999.99- |
| 11/16 | Monthly    FREESPEECHOP<br>CCD 122287250000549<br>FREESPEECHOP | 52,631.26- |
| 11/18 | DBT CRD 1011 11/17/22 82785204<br>EAGLE TOWING AND RECOV<br>AUSTIN        TX C#0837 | 183.00- |
| 11/18 | PURCHASE    COMPLETECONTROLR<br>PPD 091000018897820<br>FREE SPEECH SYSTEMS | 206.25- |
| 11/18 | SALE    AUSTIN SECURITY<br>CCD 021000023565532<br>FREE SPEECH SYSTEMS | 3,657.25- |
| 11/18 | SALE    AUSTIN SECURITY<br>CCD 021000023565534<br>FREE SPEECH SYSTEMS | 5,185.18- |
| 11/18 | monthly    FREESPEECHOP<br>PPD 122287250000714<br>FREESPEECHOP | 20,000.00- |
| 11/18 | SALE    BLUE ASENSION LO<br>CCD 021000023568231<br>FREE SPEECH SYSTEMS | 31,140.00- |
| 11/18 | monthly    FREESPEECHOP<br>PPD 122287250000700 | 41,617.74- |



Date 11/30/22        Page    10
Primary Account    ⬛⬛⬛⬛⬛78919

Commercial Checking              ⬛⬛⬛⬛⬛⬛    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/18 | FREESPEECHOP<br>Monthly    FREESPEECHOP<br>CCD 122287250000693 | 90,053.00- |
| 11/18 | FREESPEECHOP<br>monthly    FREESPEECHOP<br>CCD 122287250000706 | 212,677.98- |
| 11/18 | FREESPEECHOP<br>monthly    FREESPEECHOP<br>CCD 122287250000712 | 508,265.00- |
| 11/21 | FREESPEECHOP<br>DBT CRD 1557 11/18/22 90301375<br>COVERT CHEVROLET OF HU<br>HUTTO          TX C#0837 | 352.32- |
| 11/21 | PAYMENT    City of Austin T<br>WEB 021000023631651<br>FREE SPEECH SYSTEMS LL<br>5424584569 | 16,736.02- |
| 11/23 | PRINT CHRG SUPERIOR PRESS<br>PPD 091000012903496<br>FREE SPEECH SYSTEMS, | 199.27- |
| 11/23 | RECRD MGMT IRON MOUNTAIN<br>CCD 021000025816842<br>WENDELL *M SCHWARTZ | 340.06- |
| 11/23 | PRINT CHRG SUPERIOR PRESS<br>PPD 091000012903497<br>FREE SPEECH SYSTEMS, | 396.84- |
| 11/23 | SALE      BLUE ASENSION LO<br>CCD 021000022371006<br>FREE SPEECH SYSTEMS | 1,800.01- |
| 11/23 | Payment    ATT<br>PPD 031100205645117<br>Free speech systems | 2,751.56- |
| 11/23 | monthly    FREESPEECHOP<br>PPD 122287250000624<br>FREESPEECHOP | 20,000.00- |
| 11/23 | SALE      BLUE ASENSION LO<br>CCD 021000022371004<br>FREE SPEECH SYSTEMS | 49,999.99- |
| 11/25 | ACH Chargeback | 20,000.00- |
| 11/28 | PHONECHECK HASTINGSHUMANS<br>TEL 091000014960165 | 169.95- |



Date 11/30/22          Page    11
Primary Account          ●●●●●●●78919

Commercial Checking          ●●●●●●●●●●   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/28 | PHONECHECK HASTINGSHUMANS TEL 091000014960158 | 9,154.02- |
| 11/30 | Debit Card Rush Order | 50.00- |
| 11/30 | ORKIN PEST ORKIN WEB 021000028492713 | 261.97- |
| | FREE SPEECH SYSTEMS *O 2366061 | |
| 11/30 | MSInvoice  DS WATERS OF AME PPD 042000011184648 | 643.85- |
| | Wendell M Schwartz | |
| 11/30 | Service Charge | .30-SC |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 11/07 | 99000758 | 100.79 | 11/25 | 99556681* | 65.66 |
| 11/09 | 99004724* | 44.78 | 11/28 | 99745491* | 40.04 |
| 11/09 | 99019411* | 42.04 | 11/28 | 99885866* | 56.33 |
| 11/14 | 99212994* | 218.89 | 11/29 | 99888651* | 98.02 |
| 11/14 | 99240371* | 239.82 | 11/25 | 99895633* | 17.29 |
| 11/10 | 99240504* | 17.19 | 11/25 | 99895803* | 497.26 |
| 11/15 | 99527498* | 58.98 | 11/14 | 99995014* | 71,597.80 |
| 11/14 | 99549738* | 18,754.27 | | | |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 552,197.23 | 11/10 | 502,988.15 | 11/22 | 340,146.89 |
| 11/02 | 436,054.47 | 11/14 | 374,363.86 | 11/23 | 264,659.16 |
| 11/03 | 332,804.83 | 11/15 | 10,073.55 | 11/25 | 244,078.95 |
| 11/04 | 35,565.85 | 11/16 | 182,402.29 | 11/28 | 240,717.09 |
| 11/07 | 33,365.14 | 11/17 | 1,226,496.63 | 11/29 | 240,619.07 |
| 11/08 | 31,090.08 | 11/18 | 313,511.23 | 11/30 | 239,662.95 |
| 11/09 | 47,499.88- | 11/21 | 296,422.89 | | |

*** END OF STATEMENT ***



Date 11/30/22          Page     1
Primary Account      78877

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Deposit

| | |
|---|---|
| Commercial Checking | Number of Enclosures                          0 |
| Account Number | Statement Dates   11/01/22 thru 11/30/22 |
| Previous Balance          840,915.62 | Days in the statement period            30 |
| 18 Deposits/Credits    2,464,271.55 | Avg Daily Ledger            972,891.50 |
| 6 Checks/Debits      2,200,000.00 | Avg Daily Collected         972,891.50 |
| Maintenance Fee                  .00 | |
| Interest Paid                    .00 | |
| Ending Balance          1,105,187.17 | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/01 | Wire Transfer Credit | 296,501.49 |
| | 91362-4344 US CA | |
| | 20221101B6B7HU3R010191 | |
| | 20221101MMQFMP9N000181 | |
| | 11011230FT03 | |
| 11/02 | Wire Transfer Credit | 52,787.32 |
| | VENDOR PAYMENT | |
| | 20221102B6B7HU2R009482 | |



Date 11/30/22          Page     2
Primary Account        ▓▓▓▓78877

Commercial Checking          ▓▓▓▓▓▓▓▓   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20221102MMQFMP9N000187 | |
| | 11021306FT03 | |
| 11/03 | Wire Transfer Credit | 103,967.42 |
| | ▓▓▓▓▓▓▓▓▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓ | |
| | 91362-4344 US CA | |
| | 20221103B6B7HU4R009678 | |
| | 20221103MMQFMP9N000115 | |
| | 11031206FT03 | |
| 11/04 | Wire Transfer Credit | 132,173.49 |
| | ▓▓▓▓▓▓▓▓▓▓▓ | |
| | 91362-4344 US CA | |
| | 20221104B6B7HU2R009553 | |
| | 20221104MMQFMP9N000129 | |
| | 11041229FT03 | |
| 11/07 | Wire Transfer Credit | 166,259.43 |
| | ▓▓▓▓▓▓▓▓▓▓▓ | |
| | 91362-4344 US CA | |
| | 20221107B6B7HU4R015307 | |
| | 20221107MMQFMP9N000310 | |
| | 11071654FT03 | |
| 11/08 | Wire Transfer Credit | 227,856.35 |
| | ▓▓▓▓▓▓▓▓▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓ | |
| | 91362-4344 US CA | |
| | 20221108B6B7HU4R014032 | |
| | 20221108MMQFMP9N000318 | |
| | 11081713FT03 | |
| 11/09 | Wire Transfer Credit | 47,698.90 |
| | ▓▓▓▓▓▓▓▓▓▓▓ | |
| | 91362-4344 US CA | |
| | 20221109B6B7HU2R013415 | |



Date 11/30/22          Page      3
Primary Account      ███████78877

Commercial Checking          ███████████ (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20221109MMQFMP9N000250 | |
| | 11091526FT03 | |
| 11/10 | Wire Transfer Credit | 76,586.64 |
| | ████████████████ | |
| | ████████████████ | |
| | 91362-4344 US CA | |
| | 20221110B6B7HU1R015504 | |
| | 20221110MMQFMP9N000311 | |
| | 11101607FT03 | |
| 11/14 | Wire Transfer Credit | 111,790.76 |
| | ████████████████ | |
| | ████████████████ | |
| | 91362-4344 US CA | |
| | 20221114B6B7HU4R022606 | |
| | 20221114MMQFMP9N000377 | |
| | 11141609FT03 | |
| 11/16 | Wire Transfer Credit | 262,779.77 |
| | ████████████████ | |
| | ████████████████ | |
| | 91362-4344 US CA | |
| | 20221116B6B7HU1R015967 | |
| | 20221116MMQFMP9N000332 | |
| | 11161703FT03 | |
| 11/17 | Wire Transfer Credit | 79,661.66 |
| | ████████████████ | |
| | ████████████████ | |
| | 91362-4344 US CA | |
| | 20221117B6B7HU4R016369 | |
| | 20221117MMQFMP9N000294 | |
| | 11171704FT03 | |
| 11/18 | Wire Transfer Credit | 31,632.62 |
| | ████████████████ | |
| | ████████████████ | |
| | 91362-4344 US CA | |
| | 20221118B6B7HU1R017780 | |



Date 11/30/22          Page      4
Primary Account          ██████78877

Commercial Checking          ████████          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20221118MMQFMP9N000408 | |
| | 11181734FT03 | |
| 11/21 | Wire Transfer Credit | 124,767.83 |
| | ████████████ | |
| | 91362-4344 US CA | |
| | 20221121B6B7HU1R014661 | |
| | 20221121MMQFMP9N000279 | |
| | 11211556FT03 | |
| 11/22 | Wire Transfer Credit | 135,566.52 |
| | ████████████ | |
| | 91362-4344 US CA | |
| | 20221122B6B7HU2R013297 | |
| | 20221122MMQFMP9N000265 | |
| | 11221500FT03 | |
| 11/25 | Wire Transfer Credit | 199,992.32 |
| | ████████████ | |
| | 91362-4344 US CA | |
| | 20221125B6B7HU2R012118 | |
| | 20221125MMQFMP9N000120 | |
| | 11251155FT03 | |
| 11/28 | Wire Transfer Credit | 114,920.67 |
| | ████████████ | |
| | 91362-4344 US CA | |
| | 20221128B6B7HU3R014166 | |
| | 20221128MMQFMP9N000312 | |
| | 11281545FT03 | |
| 11/29 | Wire Transfer Credit | 184,562.00 |
| | ████████████ | |
| | 91362-4344 US CA | |
| | 20221129B6B7HU1R010944 | |



Date 11/30/22          Page     5
Primary Account        8███████78877

Commercial Checking          ████████     (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 11/30 | 20221129MMQFMP9N000179 11291308FT03 Wire Transfer Credit ████████ ████████ 91362-4344 US CA 20221130B6B7HU3R021403 20221130MMQFMP9N000212 11301300FT03 | 114,766.36 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/03 | From DDA *8877,To DDA *8919 | 100,000.00- |
| 11/10 | From DDA *8877,To DDA *8919 | 200,000.00- |
| 11/10 | From DDA *8877,To DDA *8919 | 400,000.00- |
| 11/16 | From DDA *8877,To DDA *8901 | 300,000.00- |
| 11/17 | From DDA *8877,To DDA *8927 | 200,000.00- |
| 11/17 | From DDA *8877,To DDA *8919 | 1,000,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 1,137,417.11 | 11/09 | 1,768,160.02 | 11/21 | 355,379.30 |
| 11/02 | 1,190,204.43 | 11/10 | 1,244,746.66 | 11/22 | 490,945.82 |
| 11/03 | 1,194,171.85 | 11/14 | 1,356,537.42 | 11/25 | 690,938.14 |
| 11/04 | 1,326,345.34 | 11/16 | 1,319,317.19 | 11/28 | 805,858.81 |
| 11/07 | 1,492,604.77 | 11/17 | 198,978.85 | 11/29 | 990,420.81 |
| 11/08 | 1,720,461.12 | 11/18 | 230,611.47 | 11/30 | 1,105,187.17 |

*** END OF STATEMENT ***



Date 11/30/22          Page     1
Primary Account    ●●●●●78885

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Donations

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | ●●●●●●●● | Statement Dates  11/01/22 thru 11/30/22 | |
| Previous Balance | 351,229.87 | Days in the statement period | 30 |
| 39 Deposits/Credits | 4,741.64 | Avg Daily Ledger | 351,704.03 |
| Checks/Debits | .00 | Avg Daily Collected | 351,545.97 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 355,971.51 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/28 | MyDeposit | 8.00 |
| 11/28 | MyDeposit | 10.00 |
| 11/28 | MyDeposit | 10.00 |
| 11/28 | MyDeposit | 10.00 |
| 11/28 | MyDeposit | 10.00 |
| 11/28 | MyDeposit | 10.04 |
| 11/28 | MyDeposit | 20.00 |
| 11/28 | MyDeposit | 25.00 |
| 11/28 | MyDeposit | 25.00 |
| 11/28 | MyDeposit | 25.00 |
| 11/28 | MyDeposit | 25.00 |
| 11/28 | MyDeposit | 50.00 |
| 11/28 | MyDeposit | 50.00 |
| 11/28 | MyDeposit | 50.00 |
| 11/28 | MyDeposit | 50.00 |



Date 11/30/22          Page      2
Primary Account        ████████78885

Commercial Checking          ████████          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 11/28 | MyDeposit | 50.00 |
| 11/28 | MyDeposit | 50.00 |
| 11/28 | MyDeposit | 56.00 |
| 11/28 | MyDeposit | 60.00 |
| 11/28 | MyDeposit | 65.00 |
| 11/28 | MyDeposit | 65.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 140.00 |
| 11/28 | MyDeposit | 150.00 |
| 11/28 | MyDeposit | 177.60 |
| 11/28 | MyDeposit | 250.00 |
| 11/28 | MyDeposit | 300.00 |
| 11/28 | MyDeposit | 300.00 |
| 11/28 | MyDeposit | 400.00 |
| 11/28 | MyDeposit | 400.00 |
| 11/28 | MyDeposit | 1,000.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 11/01 | 351,229.87 | 11/28 | 355,971.51 |

*** END OF STATEMENT ***



Date 11/30/22          Page      1
Primary Account          ●●●●●●78901

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Legal

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number ████████ | Statement Dates  11/01/22 thru 11/30/22 | |
| Previous Balance          .00 | Days in the statement period | 30 |
| 1 Deposits/Credits     300,000.00 | Avg Daily Ledger | .00 |
| 1 Checks/Debits        300,000.00 | Avg Daily Collected | .00 |
| Maintenance Fee          .00 | | |
| Interest Paid          .00 | | |
| Ending Balance          .00 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/16 | From DDA *8877,To DDA *8901 | 300,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 11/16 | From DDA *8901,To DDA *8919 | 300,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11/01 | .00 | 11/16 | .00 |



Date 11/30/22        Page        1
Primary Account      ███████78927

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:        FREE SPEECH SYSTEMS, LLC
                      Case 22-60043, Payroll

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | ██████ | Statement Dates 11/01/22 thru 11/30/22 | |
| Previous Balance | 16,616.78 | Days in the statement period | 30 |
| 3 Deposits/Credits | 328,724.00 | Avg Daily Ledger | 65,535.44 |
| 5 Checks/Debits | 243,504.17 | Avg Daily Collected | 65,535.44 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 101,836.61 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/03 | From DDA *8919,To DDA *8927 | 125,000.00 |
| 11/15 | ACH Credit Back Item | 3,724.00 |
| 11/17 | From DDA *8877,To DDA *8927 | 200,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 11/04 | Payroll    FREESPEECHPAYR<br>PPD 122287250000362<br>FREESPEECHPAYR | 2,651.74- |
| 11/04 | Payroll    FREESPEECHPAYR<br>PPD 122287250000359<br>FREESPEECHPAYR | 118,273.54- |



Date 11/30/22          Page          2
Primary Account          ████████78927

Commercial Checking          ████████          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/09 | monthly    FREESPEECHPAYR<br>CCD 122287250000276<br>FREESPEECHPAYR | 3,724.00- |
| 11/18 | Payroll    FREESPEECHPAYR<br>PPD 122287250000390<br>FREESPEECHPAYR | 2,651.72- |
| 11/18 | Payroll    FREESPEECHPAYR<br>PPD 122287250000387<br>FREESPEECHPAYR | 116,203.17- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 16,616.78 | 11/09 | 16,967.50 | 11/18 | 101,836.61 |
| 11/03 | 141,616.78 | 11/15 | 20,691.50 | | |
| 11/04 | 20,691.50 | 11/17 | 220,691.50 | | |

*** END OF STATEMENT ***



Date 11/30/22          Page      1
Primary Account        78893

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates  11/01/22 thru 11/30/22 | |
| Previous Balance | 6,125.44 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Avg Daily Ledger | 6,125.44 |
| Checks/Debits | .00 | Avg Daily Collected | 6,125.44 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 6,125.44 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 11/01 | 6,125.44 |

*** END OF STATEMENT ***