UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| Free Speech Systems LLC, | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

**PQPR HOLDINGS LIMITED, LLC'S AMENDED WITNESS AND EXHIBIT LIST FOR DECEMBER 19, 2022 HEARING**

PQPR Holdings Limited, LLC ("PQPR"), the secured creditor of the Debtor and a party-in-interest, respectfully submits this Witness and Exhibit List for the hearing scheduled for December 19, 2022:

**WITNESS LIST**

1. Robert Roe
2. David Jones
3. Melissa Haselden, Subchapter V Trustee
4. Any witness identified by any other party

**EXHIBIT LIST**

| Exhibit No. | Description |
|---|---|
| PQPR-1 | PQPR August 13, 2020 Note, Exh 4 to Dkt. No. 26 |
| PQPR-2 | Security Agreement, Exh 5 to Dkt. No. 26 |
| PQPR-3 | PQPR November 10, 2021 Note, Exh 6 to Dkt. No. 26 |
| PQPR-4 | PQPR UCC-1 Financing Statement, Exh 7 to Dkt. No. 26 |
| PQPR-5 | PQPR Forbearance Term Sheet, Exh 8 to Dkt. No. 26 |
| PQPR-6 | 13 Week Budget, Exh 9 to Dkt. No. 26 |
| PQPR-7 | Interim Cash Collateral Budget, Exh 10 to Dkt. No. 26 |
| PQPR-8 | 2nd Interim Cash Collateral Order and Budget, Dkt. No. 98 |
| PQPR-9 | 3rd Interim Cash Collateral Order and Budget, Dkt. No. 151 |
| PQPR-10 | PQPR Proof of Claim, Claim No. 11 |
| PQPR-11 | Sub V Trustee's Motion to Retain M3 Advisory Partners, LP, Dkt. No. 282 |
| PQPR-11 | 4th Interim Cash Collateral Order and Budget, Dkt. No. XXX |
| PQPR-12 | 4 Week Budget 2022.12.24-2023.01.02 |
| | Any exhibits offered by any other party |

Dated: December 16, 2022                Respectfully submitted,

STREUSAND, LANDON & OZBURN, LLP

By:   /s/Stephen W. Lemmon
        Stephen W. Lemmon

Texas Bar. No. 12194500
STREUSAND, LANDON, OZBURN &
LEMMON, LLP
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
lemmon@slollp.com
**ATTORNEYS FOR**
**PQPR HOLDINGS LIMITED, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 16th day of December, 2022.

*/s/ Stephen W. Lemmon*
Stephen W. Lemmon