UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22-60043 |
| | § | |
| | § | (Joint Administration Requested)[1] |
| Debtor. | § | |
| | § | |

NOTICE OF APPEARANCE UNDER
FED. R. BANKR. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR ALL
PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a) AND FED R. BANKR. P. 9007

PLEASE TAKE NOTICE that Kyle J. Kimpler, Alexander Woolverton, and Martin J. Salvucci of Paul, Weiss, Rifkind, Wharton & Garrison LLP appear as counsel in the above-captioned chapter 11 case on behalf of Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (the "Connecticut Plaintiffs"), creditors and parties in interest in the above-captioned chapter 11 case.

The Connecticut Plaintiffs, by and through their undersigned counsel, request that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned chapter 11 case be given to and served upon:

Kyle J. Kimpler
Alexander Woolverton
Martin J. Salvucci

---

[1] On December 2, 2022, the Debtor, together with Alexander E. Jones, filed the *Debtors' Joint Motion for Entry of Order Authorizing Joint Administration of Chapter 11 Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure* [Docket. No. 296].

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (fax)
kkimpler@paulweiss.com
awoolverton@paulweiss.com
msalvucci@paulweiss.com

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code, or in rules 2002, 3017 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise, which affect or seek to affect this chapter 11 case.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of the Connecticut Plaintiffs' substantive or procedural rights.

[*Remainder of page intentionally left blank*]

Respectfully submitted this 20th day of December, 2022.

/s/ Kyle J. Kimpler
Kyle J. Kimpler (*pro hac vice* pending)
Alexander Woolverton (*pro hac vice* pending)
Martin J. Salvucci (*pro hac vice* pending)
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (fax)
kkimpler@paulweiss.com
awoolverton@paulweiss.com
msalvucci@paulweiss.com

-and-

/s/ Ryan E. Chapple
Ryan E. Chapple
State Bar No. 24036354
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
(512) 477-5000
(512) 477-5011 (fax)
rchapple@cstrial.com

***COUNSEL FOR CONNECTICUT PLAINTIFFS***

3

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on December 20, 2022.

*/s/ Ryan E. Chapple*
Ryan E. Chapple
