IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-60043** |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | **(Chapter 11)** |
| | § | |
| Debtor. | § | **JUDGE CHRISTOPHER M. LOPEZ** |
| | § | |

**ORDER GRANTING EMERGENCY MOTION TO MODIFY STAY**

On December 21, 2022, Alexander E. Jones (the "Jones"), a creditor and party in interest in this case, filed his *Emergency Motion to Fix a Date by Which Debtor Must Assume or Reject Executory Contract and for Payment of Administrative Expense Claim* (the "Motion"). The Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the best interests of the Debtor, its creditors, and the estate requires that the Debtor determine whether to assume or reject the Agreement by the time set forth below; (iv) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtor must elect to assume or reject the Contract set forth below on or before 12:00 noon on January 31, 2023 and provide written notice of its election to Alexander E. Jones at that time.

3. If the Debtor elects to assume the Agreement it must, concurrently with the service

of notice thereof, provide to Alexander E. Jones: (a) all sums necessary to cure all prior defaults on the Contract, or adequate assurance of a prompt cure, and (b) adequate assurance of its future performance of its obligations under the Contract.

4.     The Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

### # # #   END OF ORDER   # # #

**Submitted by:**
*/s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
**CROWE & DUNLEVY, P.C.**
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737-218-6187
Email: eservicedallas@crowedunlevy.com

**PROPOSED COUNSEL FOR THE DEBTOR**