UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

### ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE A PLAN OF REORGANIZATION

Upon the Debtor's Second Motion for Extension of Time to File a Plan of Reorganization ("Motion")[1]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. Pursuant to 11 U.S.C. § 1189(b), the time to file a plan of reorganization is hereby extended until February 17, 2023. This extension is without prejudice to requests for additional extensions.

---

[1] Capitalized terms used by not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

2. The Court retains exclusive jurisdiction with respect to all matters arising or related to the implementation, interpretation, and enforcement of this Order.

Signed: December 19, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:     Case No. 22-60043-cml
Free Speech Systems LLC     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 5
Date Rcvd: Dec 19, 2022     Form ID: pdf002     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Free Speech Systems LLC, 3019 Alvin Devane Blvd. STE 300, Austin, TX 78741-7417 |
| aty | | Kyung Shik Lee, Shannon & Lee LLP, Pennzoil Place-Suite 1300, HOUSTON, TX 77027, UNITED STATES |
| aty | + | Shannon & Lee LLP, 700 Milam Street, STE 1300, Houston, TX 77002-2736 |
| intp | + | Alex E Jones, c/o Jordan & Ortiz PC, 500 N Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Ste. 203, Austin, TX 78701-2720 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Security Bank of Crawford, P.O. BOx 90, Crawford, Tx 76638-0090 |
| cr | + | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2022 20:22:41 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: lemaster@slollp.com | Dec 19 2022 20:19:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | ^ | MEBN | Dec 19 2022 20:16:32 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ADP TotalSource, Inc. |
| intp | | David Ross Jones |
| op | | Marc Schwartz |
| op | | Marc Schwartz |
| op | | Schwartz Associates, LLC |
| op | | Schwartz and Associates, LLC |

| District/off: 0541-4 | User: ADIuser | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: pdf002 | Total Noticed: 16 |

| | |
|---|---|
| intp | Shelby A Jordan |
| op | W. Marc Schwartz |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Bradley J. Reeves | on behalf of Creditor Reeves Law  PLLC bradley.reeves@pillsburylaw.com |
| Christina Walton Stephenson | on behalf of Debtor Free Speech Systems LLC Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Christina Walton Stephenson | on behalf of Interested Party Alex E Jones Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Christopher Dylla | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cdylla@oag.texas.gov, Sherri.Simpson@oag.texas.gov |
| Elizabeth Carol Freeman | on behalf of Trustee Melissa A Haselden liz@lizfreemanlaw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |

District/off: 0541-4 User: ADIuser Page 3 of 5
Date Rcvd: Dec 19, 2022 Form ID: pdf002 Total Noticed: 16

| | |
|---|---|
| Federico Andino Reynal | on behalf of Defendant Alex E. Jones areynal@frlaw.us |
| Federico Andino Reynal | on behalf of Defendant AEJ HOLDINGS  LLC areynal@frlaw.us |
| Federico Andino Reynal | on behalf of Defendant AEJ TRUST 2018 areynal@frlaw.us |
| Federico Andino Reynal | on behalf of Defendant Free Speech Systems  LLC areynal@frlaw.us |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Jarrod B. Martin | on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jason Starks | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| John D Malone | on behalf of Creditor Security Bank of Crawford myra@johnmalonepc.com  myra@johnmalonepc.com |
| Joseph S.U. Bodoff | on behalf of Creditor ADP TotalSource  Inc. jbodoff@rubinrudman.com |
| Kyung Shik Lee | on behalf of Debtor Free Speech Systems LLC kslee50@gmail.com  Courtnotices@kasowitz.com |
| Kyung Shik Lee | on behalf of Attorney Kyung Shik Lee kslee50@gmail.com  Courtnotices@kasowitz.com |
| Marty L Brimmage | on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Neil Heslin mbrimmage@akingump.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 5 |
| Date Rcvd: Dec 19, 2022 | Form ID: pdf002 | Total Noticed: 16 |

          lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
          on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com
          lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
          on behalf of Creditor David Wheeler  et al. mbrimmage@akingump.com,
          lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
          on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
          lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Melissa A Haselden
          mhaselden@haseldenfarrow.com
          haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Melissa Anne Haselden
          on behalf of Trustee Melissa A Haselden mhaselden@haseldenfarrow.com
          haseldenbankruptcy@gmail.com,haselden.melissaa.r104367@notify.bestcase.com

Michael P Ridulfo
          on behalf of Other Prof. W. Marc Schwartz mridulfo@krcl.com  rcoles@krcl.com

Michael P Ridulfo
          on behalf of Other Prof. Schwartz Associates  LLC mridulfo@krcl.com, rcoles@krcl.com

Michael P Ridulfo
          on behalf of Other Prof. Schwartz and Associates  LLC mridulfo@krcl.com, rcoles@krcl.com

Michael P Ridulfo
          on behalf of Other Prof. Marc Schwartz mridulfo@krcl.com  rcoles@krcl.com

R. J. Shannon
          on behalf of Debtor Free Speech Systems LLC rshannon@shannonpllc.com
          rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon
          on behalf of Attorney Shannon & Lee LLP rshannon@shannonpllc.com
          rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Raymond William Battaglia
          on behalf of Interested Party Alex E Jones rbattaglialaw@outlook.com  rwbresolve@gmail.com

Raymond William Battaglia
          on behalf of Debtor Free Speech Systems LLC rbattaglialaw@outlook.com  rwbresolve@gmail.com

Richard A. Cochrane
          on behalf of Creditor Marcel Fontaine rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
          on behalf of Creditor Leonard Pozner rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
          on behalf of Creditor Veronique De La Rosa rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
          on behalf of Creditor Scarlett Lewis rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
          on behalf of Creditor David Wheeler  et al. rcochrane@akingump.com, jlangmack@akingump.com

Richard A. Cochrane
          on behalf of Creditor Neil Heslin rcochrane@akingump.com  jlangmack@akingump.com

Ryan E Chapple
          on behalf of Creditor David Wheeler  et al. rchapple@cstrial.com, aprentice@cstrial.com

Shelby A Jordan
          on behalf of Interested Party Shelby A Jordan cmadden@jhwclaw.com

Shelby A Jordan
          on behalf of Interested Party Alex E Jones cmadden@jhwclaw.com

Stephen A Roberts
          on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com  1222805420@filings.docketbird.com

Stephen Wayne Lemmon
          on behalf of Creditor PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
          on behalf of Defendant PLJR HOLDINGS LIMITED  LLC lemmon@slollp.com, mates@slollp.com

District/off: 0541-4 User: ADIuser Page 5 of 5
Date Rcvd: Dec 19, 2022 Form ID: pdf002 Total Noticed: 16

| | |
|---|---|
| Stephen Wayne Lemmon | on behalf of Defendant PLJR HOLDINGS LLC lemmon@slollp.com, mates@slollp.com |
| Stephen Wayne Lemmon | on behalf of Defendant PQPR HOLDINGS LIMITED LLC lemmon@slollp.com, mates@slollp.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vickie L Driver | on behalf of Interested Party Alex E Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |

TOTAL: 68