**EXHIBIT D**

**Debtor Certificate of Correction**

Form 403
(Revised 01/06)

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
**Filing Fee: $15**



**Certificate of Correction**

This space reserved for office use.

FILED
In the Office of the
Secretary of State of Texas
JAN 03 2008
Corporations Section

## Entity Information

The name of the filing entity is:

Free Speech Systems, LLC

State the name of the entity as currently shown in the records of the secretary of state. If the certificate of correction corrects the name of the entity, state the present name and not the name as it will be corrected.

The file number issued to the filing entity by the secretary of state is: 800898797

## Filing Instrument to be Corrected

The filing instrument to be corrected is : Certificate of Formation
The date the filing instrument was filed with the secretary of state: 11/16/2007
*mm/dd/yyyy*

## Identification of Errors and Corrections
(Indicate the errors that have been made by checking the appropriate box or boxes; then provide the corrected text.)

☐ The entity name is inaccurate or erroneously stated. The corrected entity name is:

_____

☐ The registered agent name is inaccurate or erroneously stated. The corrected registered agent name is:

Corrected Registered Agent
(Complete either A or B, but not both.)

A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

B. The registered agent is an individual resident of the state whose name is:

_____
*First*                    *Middle      Last Name*                                    *Suffix*

RECEIVED
JAN 0 3 2008
Secretary of State

Form 403                               3

☐ The registered office address is inaccurate or erroneously stated. The corrected registered office address is:

Corrected Registered Office Address

_____ TX _____
Street Address (No P.O. Box)                City                        State    Zip Code

☐ The purpose of the entity is inaccurate or erroneously stated. The purpose is corrected to read as follows:

_____

_____

☐ The period of duration of the entity is inaccurate or erroneously stated.
The period of duration is corrected to read as follows:

_____

### Identification of Other Errors and Corrections
(Indicate the other errors and corrections that have been made by checking and completing the appropriate box or boxes.)

☐ **Other errors and corrections.** The following inaccuracies and errors in the filing instrument are corrected as follows:

☐ **Add**   Each of the following provisions was omitted and should be added to the filing instrument. The identification or reference of each added provision and the full text of the provision is set forth below.



☑ **Alter**   The following identified provisions of the filing instrument contain inaccuracies or errors to be corrected. The full text of each corrected provision is set forth below:

Article 3 - Governing Authority
Alex Jones, Manager
910 West Mary Street, Austin, Texas 78704


☑ **Delete**   Each of the provisions identified below was included in error and should be deleted.

Article 3 - Governing Authority
Kelly Jones, Manager
6601 Dogwood Creek Drive, Austin, Texas 78746


Form 403                                      4

| ☐ **Defective Execution** | The filing instrument was defectively or erroneously signed, sealed, acknowledged or verified. Attached is a correctly signed, sealed, acknowledged or verified instrument. |
|---|---|

### Statement Regarding Correction

The filing instrument identified in this certificate was an inaccurate record of the event or transaction evidenced in the instrument, contained an inaccurate or erroneous statement, or was defectively or erroneously signed, sealed, acknowledged or verified. This certificate of correction is submitted for the purpose of correcting the filing instrument.

### Effectiveness of Filing

After the secretary of state files the certificate of correction, the filing instrument is considered to have been corrected on the date the filing instrument was originally filed except as to persons adversely affected. As to persons adversely affected by the correction, the filing instrument is considered to have been corrected on the date the certificate of correction is filed by the secretary of state.

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: _12/15/2007_

_____

Signature and title of authorized person (see instructions)

Form 403                                                                                          5