# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| FREE SPEECH SYSTEMS, LLC | ) Case No. 22-60043 |
| | ) |
| Debtor. | ) Chapter 11 (Subchapter V) |
| | ) |

## CERTIFICATE OF SERVICE OF NOTICE OF STATUS CONFERENCE

     I hereby certify that on December 30, 2022 a true and correct copy of the *Notice of Status Conference on January 6, 2023*, attached hereto as Exhibit A was served (a) via email on the parties indicated in Exhibit B hereto and (b) via U.S.P.S. first-class mail was initiated through a third-party vendor with an anticipated mailing date of January 2, 2023, to the parties indicated on Exhibit C hereto. Further, a copy of this Certificate of Service with the attached exhibits was served by the Court's CM/ECF system on all parties registered to receive such service on the date of filing.

Dated: December 30, 2022

                                                  /s/R. J. Shannon
                                                  R. J. Shannon
                                                  TX Bar No. 24108062
                                                  SHANNON & LEE LLP
                                                  Pennzoil Place
                                                  700 Milam Street, Suite 1300
                                                  Houston, TX 77002
                                                  Email: rshannon@shannonleellp.com
                                                  Phone: (713) 714-5770

## **EXHBIT A**

**NOTICE OF STATUS CONFERENCE ON JAUARY 6, 2022**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| FREE SPEECH SYSTEMS, LLC ) | Case No. 22-60043 |
| ) | |
| Debtor. ) | Chapter 11 (Subchapter V) |
| ) | |

### NOTICE OF STATUS CONFERENCE ON JANUARY 6, 2023

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. Judge Lopez of the U.S. Bankruptcy Court for the Southern District of Texas has set a status conference (the "Status Conference") in the above-captioned case on **January 6, 2023, at 9:00 a.m. (Central Time)** on the (a) Shannon & Lee LLP's Motion Pursuant to Rule 59 of the Federal Rules of Civil Procedure for Rehearing on the Issue of Disinterestedness with Respect to the Debtor's Application to Employ Shannon & Lee LLP [ECF No. 206], (b) Motion of W. Marc Schwartz and Schwartz Associates, LLC Pursuant to Rule 59 of the Federal Rules of Civil Procedure for Rehearing on the Issue of Disinterestedness with Respect to the Debtor's Application to Employ W. Marc Schwartz and Schwartz Associates, LLC [ECF No. 207], (c) Shannon & Lee LLP's Motion for Order Allowing Administrative Expense Claim and Granting Related Relief [ECF No. 251], and (d) Motion of W. Marc Schwartz and Schwartz Associates, LLC for Order Allowing Administrative Expense Claim and Granting Related Relief [ECF No. 252].

2. The Status Conference on these matters will be conducted in **Courtroom 401, 515 Rusk, Houston, TX 77002**. You may participate in the Status Conference either in person or by an audio and video connection.

3. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez). The meeting code is "**JudgeLopez**". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: December 30, 2022               **SHANNON & LEE LLP**

/s/*R. J. Shannon*
Kyung S. Lee
State Bar No. 12128400
klee@shannonleellp.com
R. J. Shannon
State Bar No. 24108062
rshannon@shannonleellp.com
700 Milam Street, STE 1300
Houston, Texas 77002
Tel. (713) 714-5770

# **EXHBIT B**

## **SERVICE BY EMAIL**

Patrick Magill
Chief Restructuring Officer
Free Speech Systems, LLC
3019 Alvin Devane Blvd. Ste 300
Austin, Texas 78741
patrick@magillpc.com

Raymond Battaglia
The Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218
rbattaglialaw@outlook.com

United States Trustee
c/o Ha Nguyen
Office of the U.S. Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
ha.nguyen@usdoj.com

Connecticut Plaintiffs
c/o Ryan Chapple
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701
rchapple@cstrial.com

Texas Plaintiffs
c/o Jarrod Martin
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002
jarrod.martin@chamberlainlaw.com

Melissa Haselden, Subchapter V Trustee
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 7002
mhaselden@haseldenfarrow.com

Elizabeth Freeman
The Law Office of Liz Freeman, PLLC
PO Box 61209
Houston, TX 77208-1209
liz@lizfreemanlaw.com

Alexander E. Jones
c/o Shelby Jordan
Jordan & Ortiz, P.C.
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401
sjordan@jhwclaw.com

Alexander E. Jones
c/o Vickie Driver
Crowe & Dunlevy, P.C.
2525 McKinnon St. Suite 425
Dallas, TX 75201
vickie.driver@crowedunlevy.com

W. Marc Schwartz
c/o Michael Ridulfo
Kane Russell Coleman Logan
5151 San Felipe, Suite 800
Houston, Texas 77056
mridulfo@krcl.com

# **EXHBIT C**

## **SERVICE BY U.S.P.S. FIRST CLASS MAIL**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 22-60043<br>Southern District of Texas<br>Houston<br>Fri Dec 30 18:21:26 CST 2022 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Free Speech Systems LLC<br>3019 Alvin Devane Blvd. STE 300<br>Austin, TX 78741-7417 |
| PQPR Holdings Limited, LLC<br>c/o Streusand Landon Ozburn & Lemmon LLP<br>attn: Stephen Lemmon<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746-9817 | Reeves Law, PLLC<br>702 Rio Grande St., Ste. 203<br>Austin, TX 78701-2720 | Security Bank of Crawford<br>P.O. BOx 90<br>Crawford, Tx 76638-0090 |
| Shannon & Lee LLP<br>700 Milam Street, STE 1300<br>Houston, TX 77002-2736 | Texas Comptroller of Public Accounts, Revenu<br>Christopher J. Dylla<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Travis County<br>c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, TX 78767-1748 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | ADP Total Source Insurance<br>10200 Sunset Drive<br>Miami, FL 33173-3033 |
| ADP TotalSource Payroll<br>10200 Sunset Drive<br>Miami, FL 33173-3033 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197-5001 | AWIO Web Services LLC<br>6608 Truxton Ln<br>Raleigh, NC 27616-6694 |
| Addshoppers, Inc<br>222 S. Church Street , #410M<br>Charlotte, NC 28202-3213 | Airco Mechanical, LTD<br>PO Box 1598<br>Round Rock, TX 78680-1598 | Alex E. Jones<br>c/o Jordan & Ortiz, P.C.<br>Attn: Shelby Jordan<br>500 North Shoreline Blvd, STE 900<br>Corpus Christi, TX 78401-0658 |
| Alex Emeric Jones<br>c/o Jordan & Ortiz, P.C.<br>Attention: Shelby Jordan<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78401-0658 | Ally Auto<br>PO Box 9001948<br>Louisville, KY 40290-1948 | Amazon Marketplace<br>Amazon Payments, Inc.<br>410 Terry Ave N.<br>Seattle, WA 98109-5210 |
| Amazon Web Services<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| American Media/Reality Zone<br>PO Box 4646<br>Thousand Oaks, CA 91359-1646 | Andrews, Christopher<br>210 N. Beyer Stree<br>Marion, TX 78124-4014 | Atomial, LLC<br>1920 E. Riverside Drive<br>Suite A-120 #124<br>Austin, TX 78741-1350 |
| Balcones Recycling Inc.<br>PO Box 679912<br>Dallas, TX 75267-9916 | Biodec, LLC<br>901 S. Mopac Expressway, Building 4, Ste<br>Austin, TX 78746-5776 | Blott, Jacquelyn<br>200 University Boulevard<br>Suite 225 #251<br>Round Rock TX 78665-1096 |

| | | |
|---|---|---|
| Brennan Gilmore<br>c/o Civil Rights Clinic<br>ATTN: Andrew Mendrala<br>600 New Jersey Avenue, NW<br>Washington, DC 20001-2022 | Campco<br>4625 W. Jefferson Blvd<br>Los Angeles, CA 90016-4006 | Carlee Soto Parisi<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-4653 |
| Carlos Soto<br>c/o Ryan Chapple<br>303 Colorado Street, Ste. 2850<br>Austin, TX 78701-4653 | Chelsea Green Publishing<br>85 North Main Street Ste 120<br>White River Junction, VT 05001-7135 | Christopher Sadowski<br>c/o Copycat Legal PLLC<br>3111 N. University Drive Ste. 301<br>Coral Springs, FL 33065-5058 |
| City of Austin<br>c/o Austin Energy<br>4815 Mueller Blvd.<br>Austin, TX 78723-3573 | Cloudflare, Inc<br>Dept LA 24609<br>Pasadena, CA 91185-4609 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 |
| Constant Contact, Inc.<br>1601 Trapelo Road<br>Watham, MA 02451-7357 | CustomTattoNow.com<br>16107 Kensington Dr #172<br>Sugar Land, TX 77479-4224 | David Icke Books Limited<br>c/o Ickonic Enterprises Limited<br>St. Helen's House King Street<br>Derby DE1 3EE<br>United Kingdom |
| David Wheeler<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-4653 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Deese, Stetson<br>328 Greenland Blvd. #81<br>Death Valley, CA 92328-9600 |
| DirectTV<br>PO Box 5006<br>Carol Stream, IL 60197-5006 | Dona Soto<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-4653 | EPS, LLC<br>17350 State Hwy 249, Ste 220, #4331<br>Houston, TX 77064-1132 |
| ERM Protect<br>800 South Douglas Road, Suite 940N<br>Coral Gables, FL 33134-3125 | Edgecast, Inc.<br>Dept CH 18120<br>Palatine, IL 60055-0001 | Elevated Solutions Group<br>28 Maplewood Drive<br>Cos Cob, CT 06807-2601 |
| Erica Lafferty<br>c/o Joseph Mirrione<br>27 Elm Street<br>New Haven, CT 06510-2087 | Estate of Marcel Fontaine<br>Chamberlain Hrdlicka<br>attn?  Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 | FW Robert Broadcasting Co<br>2730 Loumor Ave<br>Metairie, LA 70001-5425 |
| Francine Wheeler<br>c/o Ryan Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-4653 | Frost Insurance Agency<br>401 Congress Avenue, 14th Floor<br>Austin ,TX 78701-3793 | Gabriela Tolentino<br>5701 S Mopac Expy<br>Austin, TX 78749-1464 |
| Getty Images, Inc<br>PO Box 953604<br>St. Louis, MO 63195-3604 | Gracenote<br>29421 Network Place<br>Chicago, IL 60673-1294 | Greenair, Inc<br>23569 Center Ridge Road<br>Westlake, OH 44145-3642 |

| | | |
|---|---|---|
| Haivision Network Video<br>Deot CH 19848<br>Palatine, IL 60055-9848 | Ian Hockley<br>Ryan Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-4653 | Impact Fire Services, LLC<br>PO Box 735063<br>Dallas, TX 75373-5063 |
| Independent Publishers Group<br>PO Box 2154<br>Bedford Park, IL 60499-2154 | Iron Mountain, Inc<br>PO Box 915004<br>Dallas, TX 75391-5004 | JCE SEO<br>6101 Broadway<br>San Antonio, TX 78209-4561 |
| JW JIB Productions, LLC<br>2921 Carvelle Drive<br>Riviera Beach, FL 33404-1855 | Jacqueline Barden<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-4653 | Jennifer Hensel<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-4653 |
| Jeremy Richman<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 | Jillian Soto-Marino<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-4653 | Justin Lair<br>1313 Lookout Ave<br>Klamath Falls, OR 97601-6533 |
| KI4U.com<br>212 Oil Patch Lane<br>Gonzales, TX 78629-8028 | LIT Industrial<br>1717 McKinney Ave #1900<br>Dallas, TX 75202-1253 | Larry Klayman, Esq.<br>7050 W. Palmetto Park Rd<br>Boca Raton, FL 33433-3426 |
| Leonard Pozner<br>c/o Chamberlain Hrdlicka<br>attn:  Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 | Lincoln-Remi Group, LLC<br>1200 Benstein Rd.<br>Commerce Twp., MI 48390-2200 | Logo It, LLC<br>820 Tivy Street<br>Kerrville, TX 78028-3654 |
| Lumen/Level 3 Communications<br>PO Box 910182<br>Denver, CO 80291-0182 | MRJR Holdings, LLC<br>PO Box 27740<br>Las Vegas, NV 89126-7740 | MVD Entertainment Group<br>203 Windsor Rd<br>Pottstown, PA 19464-3405 |
| Magento<br>PO Box 204125<br>Dallas, TX 75320-4105 | Mark Barden<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin Tx 78701-4653 | Microsoft Bing Ads<br>c/o Microsoft Online, Inc.<br>P.O. Box 847543<br>1950 N Stemmons Fwy, Ste 5010<br>Dallas, TX 75207-3199 |
| Miller, Sean<br>PO Box 763<br>Wyalusing, PA 18853-0763 | Music Videos Distributors<br>203 Windsor Rd<br>Pottstown, PA 19464-3405 | Neil Heslin<br>c/o Chamberlain Hrdlicka<br>Attn: Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 |
| NetSuite Inc<br>Bank of America Lockbox Services<br>Chicago, IL 60693-0001 | New Relic<br>188 Spear Street, Suite 1200<br>San Francisco, CA 94105-1752 | Newegg.com<br>9997E. Rose Hills Road<br>Whittier, CA 90601 |

| | | |
|---|---|---|
| Nicole Hockley<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-4653 | One Party America, LLC<br>6700 Woodlands Parkway, Suite 230-309<br>The Woodlands, TX 77382-2575 | Orkin, Inc.<br>5810 Trade Center Drive, Suite 300<br>Austin, TX 78744-1365 |
| PQPR Holdings Limited, LLC<br>c/o Stephen Lemmon<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746-9817 | Pattison Law Firm, P.C.<br>501 IH-35<br>Austin, TX 78702-3229 | Payarc<br>411 West Putnam Avenue, Ste 340<br>Greenwich, CT 06830-6291 |
| Paymentus<br>18390 NE 68th St<br>Redmond, WA 98052-5057 | Paz Law, LLC<br>1021 Orange Center Road<br>Orange, CT 06477-1216 | Percision Oxygen<br>13807 Thermal Dr<br>Austin, TX 78728-7735 |
| Perfect Imprints.com<br>709 Eglin Pkwy NE<br>Fort Walton Beach, FL 32547-2527 | Perkins, Wes<br>General Delivery<br>Lockhart, TX 78644-9999 | Pipe Hitters Union, LLC<br>PO Box 341194<br>Austin, TX 78734-0020 |
| Post Hill Press, LLC<br>8115 Isabella Lane, Ste. 4<br>Brentwood, TN 37027-9110 | Poulsen, Debra<br>112 Eames St.<br>Elkhorn, WI 53121-1228 | Power Reviews, Inc.<br>1 N. Dearborn Street<br>Chicago, IL 60602-4331 |
| Precision Camera<br>2438 W Anderson Ln<br>Austin, TX 78757-1149 | Private Jets, LLC<br>1250 E. Hallandale Beach Blvd, Suite 505<br>Hallandale, FL 33009-4635 | Protection 1 Alarm<br>PO Box 219044<br>Kansas City, MO 64121-9044 |
| Public Storage<br>2301 E. Ben White Blvd<br>Austin, TX 78741-7110 | Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT 06604-4988 | Randazza Legal Group, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br>702-420-2001<br>ecf@randazza.com 89117-3400 |
| RatsMedical.com<br>c/o Rapid Medical<br>120 N Redwood Rd<br>North Salt Lake, UT 84054-2792 | Ready Alliance Group, Inc<br>PO Box 1709<br>Sandpoint, ID 83864-0901 | Reeves Law, PLLC<br>Attn: Bradley Reeves<br>702 Rio Grande St., Suite 203<br>Austin, TX 78701-2720 |
| Renaissance<br>PO Box 8036<br>Wisconsin Rapids, WI 54495-8036 | Restore America<br>PO Box 147<br>Grimsley, TN 38565-0147 | Richard Coan,<br>Chapter 7 Trustee for Debtor, Erica Laff<br>c/o Eric Henzy<br>10 Middle Street<br>Bridgeport, CT 06604-4257 |
| Robert Parker<br>c/o  Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-4653 | SLNT<br>30 N Gould St, Ste 20647<br>Sheridan, WY 82801-6317 | Scarlett Lewis<br>c/o Chamberlain Hrdlicka<br>Attn:  Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 |

| | | |
|---|---|---|
| Security Bank of Crawford<br>6688 North Lone Star Parkway<br>PO Box 90<br>Crawford, TX 76638-0090 | Simon & Schuster<br>PO Box 70660<br>Chicago, IL 60673-0660 | SintecMedia NYC, Inc. DBA Operative<br>PO Box 200663<br>Pittsburgh, PA 15251-2662 |
| Skousen, Joel<br>PO Box 565<br>Spring City, UT 84662-0565 | Skyhorse Publishing<br>307 West 36th Street, 11th Floor<br>New York, NY 10018-6592 | Sparkletts & Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 |
| Spectrum Enterprise aka Time Warner Cable<br>1600 Dublin Road<br>Columbus, OH 43215-2098 | Stamps.com<br>1990 E Grand Ave.<br>El Segundo, CA 90245-5013 | Stone Edge Technologies, Inc<br>660 American Avenue, Suite 204<br>King of Prussia, PA 19406-4032 |
| Stratus Technologies<br>5 Mill & Main Place, Suite 500<br>Maynard, MA 01754-2660 | Studio 2426, LLC<br>1920 E. Riverside Drive, Suite A120, ï¿½<br>Austin, TX 78741-1350 | Synergy North America, Inc<br>11001 W. 120th Avenue, Suite 400<br>Broomfield, CO 80021-3493 |
| TD Canada Trust<br>421 7th Avenue SW<br>Calgary, AB T2P 4K9, Canada | Texas Comptroller<br>PO Box 13003<br>Austin, TX 78711-3003 | Texas Disposal Systems, Inc<br>PO Box 674090<br>Dallas, TX 75267-4090 |
| Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 | Textedly<br>133 N. Citrus Ave., Suite 202<br>Los Angeles, CA 90036 | The Creative Group<br>c/o Robert Half<br>2884 Sand Hill Road, Ste 200<br>Menlo Park, CA 94025-7072 |
| The Hartford<br>PO Box 14219<br>Lexington, KY 40512-4219 | The Steam Team, Inc<br>1904 W. Koeing Lane<br>Austin, TX 78756-1211 | Third Coast Graphics, Inc<br>110 Del Monte Dr.<br>Friendswood, TX 77546-4487 |
| Thomas, David<br>79 Malone Hill Road<br>Elma, WA 98541-9206 | Travelers<br>PO Box 660317<br>Dallas, TX 75266-0317 | Travis County<br>PO Box 149328<br>Austin, TX 78714-9328 |
| Travis County c/o Jason A. Starks<br>PO Box 1748<br>Austin, Texas 78767-1748 | U.S. Legal Support<br>PO Box 4772<br>Houston, TX 77210-4772 | Uline Shipping Supply<br>12575 Uline Drive<br>Pleasant Prarie, WI 53158-3686 |
| Vazquez, Valdemar Rodriguez<br>145 Quail Ridge Drive<br>Kyle TX 78640-9788 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Verizon Edgecast<br>13031 West Jefferson Blvd, Building 900<br>Los Angeles, CA 90094-7002 |

| | | |
|---|---|---|
| Veronique De La Rosa<br>c/o Chamberlain Hrdlicka<br>attn: Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 | Vultr<br>14 Cliffwood Avenue, Suite 300<br>Matawan, NJ 07747-3931 | WMQM-AM 1600<br>21 Stephen Hill Road<br>Atoka, TN 38004-7183 |
| WWCR<br>1300 WWCR Avenue<br>Nashville, TN 37218-3800 | Waste Connections Lone Star, Inc.<br>PO Box 17608<br>Austin, TX 78760-7608 | Water Event - Pure Water Solutions<br>1310 Missouri St<br>South Houston, TX 77587-4537 |
| Watson, Paul<br>9 Riverdale Road<br>Ranmoor Sheffield<br>South Yorkshire S10 3FA<br>United Kingdom | Westwood One, LLC<br>3542 Momentum Place<br>Chicago, IL 60689-5335 | William Aldenberg<br>c/o Ryan Chapple<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-4653 |
| William Sherlach<br>c/o Ryan Chapple<br>303 Colorado Stret, Suite 2850<br>Austin TX 78701-4653 | Willow Grove Productions<br>1810 Rockcliff Road<br>Austin, TX 78746-1215 | Wisconsin Dept of Revenue<br>Special Procedures Unit<br>POB 8901<br>Madison, WI 53708-8901 |
| Wisconsin Dept. of Revenue<br>PO Box 3028<br>Milwaukee, WI 53201-3028 | Your Promtional Products, LLC<br>133 North Friendswood STE 186<br>Friendswood, TX 77546-3746 | Zendesk, Inc<br>989 Market Street<br>San Francisco, CA 94103-1708 |
| Zoom US<br>55 Almaden Blvd, 6th Floor<br>San Jose, CA 95113-1608 | eBay<br>2025 Hamilton Avenue<br>San Jose, CA 95125-5904 | eCommerce CDN, LLC<br>221 E 63rd Street<br>Savannah, GA 31405-4226 |
| mongoDB Cloud<br>1633 Broadway<br>39th Floor<br>New York, NY 10019-6757 | Alex E Jones<br>c/o Jordan & Ortiz PC<br>500 N Shoreline Blvd<br>Ste 900<br>Corpus Christi, TX 78401-0658 | Christina Walton Stephenson<br>Crowe & Dunlevy<br>2525 McKinnon St.<br>Ste 425<br>Dallas, TX 75201-1543 |
| David Wheeler, et al.<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-4653 | Kyung Shik Lee<br>Kyung S. Lee PLLC<br>4723 Oakshire Drive<br>Apt. B<br>Houston, TX 77027-5499 | Kyung Shik Lee<br>Shannon & Lee LLP<br>Pennzoil Place-Suite 1300<br>HOUSTON, TX 77027 United States |
| Leonard Pozner<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin<br>Suite 2700<br>Houston, TX 77002-6774 | Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 |
| Neil Heslin<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | R. J. Shannon<br>Shannon & Lee LLP<br>700 Milam St., STE 1300<br>Houston, TX 77002-2736 | Raymond William Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 |

| | | |
|---|---|---|
| Scarlett Lewis<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Shelby A Jordan | Veronique De La Rosa<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA  190087 | (d)Konica Minolta Premier Finance<br>PO Box 41602<br>Philadelphia, PA 19101-1602 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ADP TotalSource, Inc. | (u)Schwartz Associates, LLC | (u)Schwartz and Associates, LLC |

| | | |
|---|---|---|
| (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)Resistance Manifesto | (u)David Ross Jones |

| | | |
|---|---|---|
| (u)Marc Schwartz | (u)W. Marc Schwartz | End of Label Matrix<br>Mailable recipients   182<br>Bypassed recipients     8<br>Total                 190 |