IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FREE SPEECH SYSTEMS LLC | § | CHAPTER 11 |
| *Debtor* | § | CASE NO. 22-60043 |
| | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Sweetwater Holdings Group, Inc. ("Sweetwater"), and request that copies of all motions, pleadings, notices, orders, proposed orders, proposed disclosure statements and plans, and other filings be served on Walter J. Cicack electronically or at the address stated below:

> Walter J. Cicack
> HAWASH CICACK & GASTON LLP
> 3401 Allen Parkway, Suite 200
> Houston, Texas 77019
> (713) 658-9015 - tel/fax
> wcicack@hcgllp.com

Sweetwater further request that the Clerk of the above-named Court mail to Walter J. Cicack copies of all notices to parties-in-interest hereinafter given in the case in accordance with Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rule or local rule governing notices.

Respectfully submitted,

HAWASH CICACK & GASTON LLP

*/s/ Walter J. Cicack*
WALTER J. CICACK
State Bar No. 04250535
wcicack@hcgllp.com
3401 Allen Parkway, Suite 200
Houston, Texas 77019
(713) 658-9015 - tel/fax
***Attorneys for Sweetwater Holdings Group, Inc.***

2

**Certificate of Service**

    I hereby certify that a true and correct copy of the foregoing document has been served through the Court's ECF noticing system on this 4th day of January, 2023.

                                               /s/ Walter J. Cicack
                                               Walter J. Cicack