UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
TEXAS
HOUSTON DIVISION

Case number  22-60043

In re:  FREE SPEECH SYSTEMS LLC

Taxpayer number:  XXXXXXX6953

WITHDRAWAL OF
CLAIM # 6
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts
on behalf of the State of Texas
and local sales tax jurisdictions.

Send notices to:  Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1.  DATE OF CLAIM:  09/13/2022

2.  TOTAL AMOUNT OF CLAIM:  $ 93,593.90
SALES AND USE TAX CH. 151,(321,322,323)

3.  DATE DEBT WAS INCURRED:  04/01/2022 to 07/29/2022

4.  THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  01/06/2023

/S/ LIONEL CORDELE KIMBLE
LIONEL CORDELE KIMBLE
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)