UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
TEXAS
HOUSTON DIVISION

Case number  22-60043

In re:  FREE SPEECH SYSTEMS LLC

Taxpayer number:  XXXXXXX6953

WITHDRAWAL OF
CLAIM # 36
ADMINISTRATIVE EXPENSE CLAIM AND REQUEST FOR PAYMENT

Name of Creditor:  Texas Comptroller of Public Accounts
on behalf of the State of Texas
and local sales tax jurisdictions.

Send notices to:  Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1. DATE OF CLAIM AND REQUEST:  10/13/2022

2. TOTAL AMOUNT OF CLAIM AND REQUEST:  $ 27,882.13
   SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED:  07/30/2022 to 10/11/2022

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  01/06/2023                         /S/ LIONEL CORDELE KIMBLE
                                          LIONEL CORDELE KIMBLE
                                          Accounts Examiner
                                          Revenue Accounting Division
                                          Texas Comptroller of Public Accounts
                                          512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)