IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § § | Case No. 22-60043 (CML) |
| . | § § | |
| Debtor. | § | Jointly Administered |

**DEBTOR AND SUBCHAPTER V TRUSTEE'S JOINT LIMITED OBJECTION TO EMERGENCY MOTION OF ALEXANDER E. JONES TO FIX A DATE BY WHICH DEBTOR MUST ASSUME OR REJECT EXECUTORY CONTRACT**

Free Speech Systems, LLC (the "Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case") and Melissa Haselden, the subchapter v trustee (the "Subchapter V Trustee") file this limited objection (the "Objection") to *Emergency Motion of Alexander E. Jones to Fix a Date by which Debtor Must Assume or Reject Executory Contract* [Docket No. 349] (the "Motion") filed by Alexander E. Jones ("Mr. Jones") and state the following:

1. Mr. Jones seeks entry of an order fixing a date by which the Debtor must assume or reject an employment agreement between the Debtor and Jones (the "Contract"). The Debtor and Subchapter V Trustee object to the Motion at this time because the relief requested is premature.

2. Mr. Jones is without question central to the success of the FSS. However, the business operations of FSS continue to morph and improve through the effort of the CRO working with Mr. Jones and the Debtor's employees. Decisions with regards to Mr. Jones' employment agreement will certainly be informed by the developing business operations. Given the evolving landscape of the business and the case as well as the anticipated mediation, it is premature at this time to establish a date by which Mr. Jones' employment agreement must be assumed or rejected.

January 11, 2023

/s/ *Raymond W. Battaglia*

**LAW OFFICE OF RAYMOND W. BATTAGLIA**
Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Grandburg Circle
San Antonio, Texas 78218

*Counsel to Free Speech Systems, LLC, Debtor and Debtor-in-Possession*

*/s/ Elizabeth C. Freeman*

**LAW OFFICE OF LIZ FREEMAN**
Elizabeth C. Freeman (TX Bar No. 2400922)
PO Box 61209
Houston, TX 77208-1209
Telephone: (832) 779-3580
Email: liz@lizfreemanlaw.com

*Counsel for Melissa Haselden, Subchapter V Trustee*

**JACKSON WALKER LLP**
Sean Gallagher (TX Bar No. 24101781)
Emily Meraia (TX Bar No. 24129307)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: 512-236-2000
Email: sgallagher@jw.com
Email: emeraia@jw.com

*Counsel for Melissa Haselden, Subchapter V Trustee*

## **CERTIFICATE OF SERVICE**

I certify that on January 11, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Elizabeth Freeman*
Elizabeth Freeman