UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11, Subchapter V |
| | § | |
| **Free Speech Systems, LLC** | § | Case No. 22–60043 (CML) |
| | § | |
| Debtor | § | |

## NOTICE OF FINAL JUDGMENT

This notice seeks to notify the Court that on January 13, 2022, a final judgment was rendered in the state-court litigation between Texas Plaintiffs Neil Heslin and Scarlett Lewis and Defendants Free Speech Systems and Alex Jones. The final judgment is attached for the Court's convenience as Exhibit 1.

Dated: January 13, 2023            Respectfully submitted,

                                                        **MCDOWELL HETHERINGTON LLP**

                                                        By: */s/ Avi Moshenberg*
                                                        Avi Moshenberg
                                                        Texas Bar No. 24083532
                                                        1001 Fannin Street, Suite 2700
                                                        Houston, Texas 77002
                                                        D: 713-337-5580
                                                        F: 713-337-8850
                                                        E: Avi.Moshenberg@mhllp.com

                                                        &

                                                        **CHAMBERLAIN, HRDLICKA, WHITE,**
                                                        **WILLIAMS & AUGHTRY, PC**

                                                        By: */s/ Jarrod B. Martin*
                                                        Jarrod B. Martin
                                                        Texas Bar No. 24070221
                                                        Tyler W. Greenwood

        Texas Bar No. 24123219
        1200 Smith Street, Suite 1400
        Houston, Texas 77002
        D: 713.356.1280
        F: 713.658.2553
        E: jarrod.martin@chamberlainlaw.com
        E: tyler.greenwood@chamberlainlaw.com

***Counsel for Mr. Heslin and Ms. Lewis***

### CERTIFICATE OF SERVICE

The undersigned certifies that on January 13, 2023, a true and correct copy of the foregoing Motion was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Avi Moshenberg*
Avi Moshenberg