IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 22-60043 |
| --- | --- | --- |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | Chapter 11 |
| | § | |
| Debtor | § | |

**UNITED STATES TRUSTEE'S WITNESS/EXHIBIT LIST**

| Main Case No: 22-60043 | Name of Debtor:<br>Free Speech Systems, LLC |
| --- | --- |
| | |
| | |
| Witnesses: | |
| | Judge: **Christopher Lopez** |
| | |
| Any witness called by any other party | Hearing Date: January 20, 2023 |
| | Hearing Time: 10:00 am |
| | Party's Name: United States Trustee |
| | Attorney's Name: Jayson B. Ruff |
| | Attorney's Phone: 202-573-6960 |
| | |

NATURE OF PROCEEDINGS: The Court is considering two motions for reconsideration under Rule 59.

1

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Any exhibit introduced by any other party | | | | |
| 2 | Any exhibit identified or offered by any other party | | | | |
| | | | | | |

RESPECTFULLY SUBMITTED:
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

DATED: January 18, 2023

*/s/ Jayson B. Ruff*
Jayson B. Ruff, Trial Attorney
MI Bar #P69893
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: jayson.b.ruff@usdoj.gov
Cell: 202-575-6960