IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, § | |
| § | |
| § | |
| DEBTOR. § | Chapter 11 (Subchapter V) |
| § | |

## AMENDED WITNESS AND EXHIBIT LIST

| Judge: | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date: | Friday, January 20, 2023 |
| Hearing Time: | 10:00 a.m. (Central Standard Time) |
| Party's Name: | W. Marc Schwartz and Schwartz Associates, LLC |
| Attorney's Name: | Michael P. Ridulfo |
| Attorney's Phone: | (713) 714-5770 |
| Nature of Proceeding: | Hearing on:<br>• Motion of W. Marc Schwartz and Schwartz Associates, LLC Pursuant to Rule 59 of the Federal Rules of Civil Procedure for Rehearing on the Issue of Disinterestedness with Respect to the Debtor's Application to Employ W. Marc Schwartz and Schwartz Associates, LLC. |

W. Marc Schwartz and Schwartz Associates, LLC (collectively "Schwartz"), hereby submit this Amended Witness and Exhibit List in connection with the hearing to be held on Friday, January 20, 2022, at 10:00 a.m. (Central Standard Time) (the "Hearing") on Schwartz's Motion for Rehearing.

## WITNESSES

Schwartz may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. R. J. Shannon;
2. W. Marc Schwartz;

3. Any witness called or designated by any other party; and
4. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other party.

## EXHIBITS

Schwartz may offer for admission into evidence any of the following exhibits, and any exhibit designated by any other party, at the Hearing:

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Declaration of W. Marc Schwartz in Support of Voluntary Petition and First Day Motions [ECF No. 10] | | | | |
| 2 | Schwartz Employment Application [ECF Nos. 83] | | | | |
| 3 | U.S. Trustee's Amended Objection to Schwartz Employment Application [ECF No. 154] | | | | |
| 4 | Transcript of September 13, 2022, Hearing [ECF No. 179] | | | | |
| 5 | Joinder by the Sandy Hook Plaintiffs [ECF No. 159] | | | | |
| 6 | Transcript of September 20, 2022, Hearing [ECF No. 194] | | | | |
| 7 | Transcript of May 19, 2022, Hearing in IW Cases [ECF Nos. 163-22, 165-14] | | | | |
| 8 | Omnibus Response in IW Cases [ECF No. 165-7] | | | | |
| 9 | August 3, 2022, Hearing Transcript [ECF Nos. 63, 165-15] | | | | |
| 10 | Forbearance Agreement dated July 10, 2022 [ECF No. 26-8] | | | | |
| 11 | Debtor's Schedules [ECF Nos. 121, 165-1] | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 12. | August 16, 2022, Email from R. Shannon to S. Jordan responding to AEJ Request for FSS to Seek Stay of Remand Order and Extension of Automatic Stay to AEJ | | | | |
| 13. | August 16, 2022, Email from S. Jordan to R. Battaglia and K. Lee responding to FSS Response to AEJ Request for FSS to Seek Stay of Remand Order and Extension of Automatic Stay to AEJ | | | | |
| 14. | August 17, 2022, Email from S. Jordan to R. Shannon re FSS Plans if AEJ Unable to Conduct Show for FSS | | | | |
| 15. | August 19-22, 2022, Emails among K. Lee and S. Jordan re AEJ's Payment of Legal Expenses re Special Counsel | | | | |
| 16. | Schwartz Affidavit re Motion to Compel in Connecticut Litigation | | | | |
| 17. | Roddy Affidavit re Google Analytics Documents | | | | |
| 18. | Order of Travis County District Court finding Alter Ego with respect to the Heslin/Lewis Suit | | | | |
| 19. | Transcript of August 2, 2022, Hearing before Connecticut Superior Court | | | | |
| 20. | August 8, 2022, Email from R. Shannon to J. Martin re PQPR insider status and avoidance of PQPR lien | | | | |
| 21. | June 30, 2022, Email from R. Shannon re PQPR P&L Statements | | | | |
| 22. | May 11, 2022, Email from R. Shannon to M. Beatty and A. Moshenberg re Expediting Dismissal of Claims against IW Debtors and Attendant Remand of Removed Litigation | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 23. | May 11, 2022, Email from R. Shannon to R. Chapple and R. Williams re Expediting Dismissal of Claims against IW Debtors and Attendant Remand of Removed Litigation | | | | |
| 24. | Alex E. Jones Limited Objection to Motions Allowing Administrative Fee Expense Claim [ECF No. 268] | | | | |
| 25. | Declaration of W. Marc Schwartz | | | | |

Schwartz reserves the right to supplement, amend or delete any witness and exhibits prior to the Hearing. The S&L also reserves the right to ask the Court to take judicial notice of any document. S&L finally reserves the right to introduce exhibits previously admitted.

Dated: January 18, 2023

                        Respectfully submitted,

                        KANE RUSSELL COLEMAN & LOGAN PC

                        By: */s/ Michael P. Ridulfo*
                              Michael P. Ridulfo
                              State Bar No. 16902020
                              Federal Bar No. 27086
                              5151 San Felipe, Suite 800
                              Houston, Texas 77056
                              (713) 425-7400
                              (713) 425-7700 (fax)
                              E-mail: mridulfo@krcl.com
                              ***Counsel for W. Marc Schwartz and Schwartz Associates, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served (a) at the time of filing, by Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties registered to receive such service and (b) by email to those on the attached service list.

/s/ *Michael P. Ridulfo*
Michael P. Ridulfo

Attn: Mark Bankson, William Ogden
Kaster Lynch Farrar & Ball, LLP
1117 Herkimer Street
Houston, TX 77008
mark@fbtrial.com
bill@fbtrial.com

Attn: Alinor C. Sterlin, Christopher Mattei, Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: F. Andino Reynal
Fertitta & Reynal LLP
917 Franklin St., Suite 600
Houston, TX 77002
areynal@frlaw.us

Attn: Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com

Attn: Shelby Jordan
Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Avi Moshenberg
McDowell Heterhington LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002
avi.moshenberg@mhllp.com

Attn: Christopher J. Dylla
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548
christopher.dylla@oag.texas.gov

Attn: Cordt Akers
The Akers Law Firm PLLC
Cordt Akers
3401 Allen Parkway, Suite 101
Houston, TX 77019
cca@akersfirm.com

Attn: Daniel DeSouza
Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
dan@copycatlegal.com

Attn: Ryan E. Chapple
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
rchapple@cstrial.com

Attn: Randy W. Williams
Byman & Associates PLLC
7924 Broadway, Suite 104
Pearland, TX 77581
rww@bymanlaw.com

Attn: Jarrod B. Martin
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002
jarrod.martin@chamberlinlaw.com

Melissa Haselden
Subchapter V Trustee
700 Milam, Suite 1300
Houston, TX 77002
mhaselden@haseldenfarro.com

Attn: Ha M. Nguyen, Jayson B. Ruff
Office of U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002
ha.nguyen@usdoj.gov
jayson.b.ruff@usdoj.gov