Case 22-60043   Document 386-5   Filed in TXSB on 01/18/23   Page 1 of 4

# EXHIBIT 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

**SANDY HOOK FAMILIES' JOINDER TO UNITED STATES TRUSTEE'S AMENDED OBJECTION TO THE APPLICATION OF DEBTOR FOR AN ORDER (A) AUTHORIZING EMPLOYMENT OF SHANNON & LEE LLP AS BANKRUPTCY CO-COUNSEL FOR THE DEBTOR AND (B) GRANTING RELATED RELIEF**
[Related to ECF Nos. 85 and 154]

Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (collectively the Texas Plaintiffs) and David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (collectively the Connecticut Plaintiffs) (and together the Sandy Hook Families) hereby file this joinder (Joinder) to the *United States Trustee's Amended Objection to the Application of Debtor for an Order (A) Authorizing the Employment of Shannon & Lee LLP as Bankruptcy Co-Counsel for the Debtor and (B) Granting Related Relief* (the Objection) [Dkt. 154], filed in response to *Application of the Debtor for an Order (A) Authorizing the Employment of Shannon & Lee LLP as Bankruptcy Co-Counsel to the Debtor and (B) Granting Related Relief* (the Employment Application) [Dkt. 85]. In support of this Joinder, the Sandy Hook Families state as follows:

1. The Sandy Hook Families join in, and hereby incorporate by reference, the arguments made by the United States Trustee in the Objection.



JOINDER TO UST OBJECTION TO EMPLOYMENT APPLICATION—PAGE 1

2. The Debtor filed its Employment Application on August 20, 2022.

3. The United States Trustee filed the Objection on September 14, 2022.

4. For the reasons stated in the Objection and this Joinder, the Sandy Hook Families respectfully request that the Court deny the Employment Application and grant such other and further relief as it may deem just and proper.

Respectfully submitted this 15th day of September 2022.

        MCDOWELL HETHERINGTON LLP

        Avi Moshenberg
        Texas Bar No. 24083532
        1001 Fannin Street, Suite 2700
        Houston, Texas 77002
        D: 713-337-5580
        F: 713-337-8850
        E: Avi.Moshenberg@mhllp.com

        ***Counsel for the Texas Plaintiffs***

        and

        CHAMBERLAIN, HRDLICKA, WHITE,
           WILLIAMS & AUGHTRY, PC

        By: /s/Jarrod B. Martin
        Jarrod B. Martin
        Texas Bar No. 24070221
        1200 Smith Street, Suite 1400
        Houston, Texas 77002
        D: 713.356.1280
        F: 713.658.2553
        E: jarrod.martin@chamberlainlaw.com

        ***Bankruptcy Counsel for the Texas Plaintiffs***

By: /s/ Ryan Chapple
Ryan E. Chapple
State Bar No. 24036354
Email: rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

and

Randy W. Williams
State Bar No. 21566850
Email: rww@bymanlaw.com
**BYMAN & ASSOCIATES PLLC**
7924 Broadway, Suite 104
Pearland, Texas 77581
281-884-9262

***Bankruptcy Counsel for Connecticut Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joinder has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 15th day of September 2022.

/s/ Ryan E. Chapple
Ryan E. Chapple