# EXHIBIT 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22-60043 |
| | § | |
| DEBTOR. | § | Chapter 11 (Subchapter V) |
| | § | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Schedules and Statements") filed by Free Speech Systems, LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor") are unaudited and were prepared pursuant to section 521 of Title 11 of the United States Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtor's chief restructuring officer (the "CRO"). While the CRO has made reasonable efforts to file complete and accurate Schedules and Statements based upon information available at the time of preparation, the Schedules and Statements remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statements. The Debtor reserves the right to amend its Schedules and Statements from time to time as may be necessary or appropriate. The Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statements (the "Global Notes") is incorporated by reference in, and comprises an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.    Description of the Cases and "As Of" Information Date. On July 29, 2022 (the "Petition Date"), each Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor currently operates its business and possess its property as a debtor-in-possession under section 1184 of the Bankruptcy Code. Unless otherwise noted, all asset and liability information is as of the Petition Date.

2.    Basis of Presentation. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtor.

3.    Causes of Action. Despite its reasonable efforts, as described above, the Debtor may not have set forth all of its claims, causes of actions and potential recoveries in its Schedules and Statements. The Debtor reserves all rights with respect to any causes of action it may possess, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

EXHIBIT
11

4.      Insiders. The listing or failure to list a person or other entity as an "insider" in the Schedules and Statements is not intended to be nor should it be construed as a binding admission that such person or entity is or is not an insider. The Debtor reserves the right to dispute or challenge the designation of any individual or entity in connection with any other matter arising in the Debtor's chapter 11 case.

5.      Intellectual Property Rights. Any omission of intellectual property from the Schedules and Statements shall not be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. In accordance with the foregoing, the Debtor reserves all of its rights with respect to the legal status of any and all intellectual property rights, regardless of whether such intellectual property rights are or are not listed in the Schedules and Statements.

6.      Summary of Significant Reporting Policies. The Schedules and Statements have been signed by W. Marc Schwartz, the CRO to the Debtor. In reviewing and signing the Schedules and Statements, Mr. Schwartz has necessarily relied upon the efforts, statements, and representations of the Debtor's business records and personnel. Mr. Schwartz has not personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors. The Debtor made reasonable efforts to accurately report asset, liability, disbursement and other information on its Statements and Schedules, and the Debtor adopted the following conventions in the preparation of the Schedules and Statements.

a.      Fair Market Value; Book Value. Unless otherwise noted, the value of each asset and liability of the Debtor is shown on the basis of the book value of such asset or liability in the Debtor's accounting books and records. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value. As a result, the value of the Debtor's assets and liabilities set forth on the Schedules and Statements may not always reflect the current market values of such property and/or liabilities. The Debtor reserves its right to amend or adjust the value of each asset or liability set forth herein.

b.      Liabilities. The Debtor reserves the right to dispute any liability indicated in its Schedules notwithstanding the designation in the Schedules and Statements.

c.      Claims. The Debtor's Schedules and Statements list creditors and set forth the Debtor's estimate of the claims of creditors as of the Petition Date. The Bankruptcy Court has authorized the Debtor to, among other things make payments to certain critical vendors and utility providers. As a result, the actual unpaid claims of creditors that ultimately may be allowed in this case may differ from the amounts set forth in the Schedules and Statements. The inclusion of any such amounts in the Schedules and Statements shall not be deemed to obligate the Debtor to pay such amounts in and of themselves.

d.      Disputed, Contingent and/or Unliquidated Claims. Schedules D and E/F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated. A failure

to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules as to amount, liability, or status. Moreover, the Debtor reserves the right to amend its Schedules and Statements as necessary and appropriate.

7.      General Conventions Relating to the Schedules of Assets and Liabilities. The

Debtor adopted the following conventions in connection with the preparation of the Schedules:

      a.      Schedule D. Except as otherwise agreed pursuant to a stipulation or agreed order entered by the Bankruptcy Court, the Debtor reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of the Debtor. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided on Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

      b.      Schedule G. While reasonable efforts have been made to ensure the accuracy of the Schedule of Executory Contracts, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contract, agreement or lease set forth on Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Additionally, the Debtor may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth on Schedule G. Certain of the agreements listed on

Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtor reserves all rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules and Statements, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

c.    Schedule H. Codefendants in litigation matters involving the Debtor are not listed in Schedule H unless the trial court has made a ruling that results in an identity of interest between the Debtor and such co-defendant.

[*Remainder of Page Intentionally Left Blank*]

4

| Fill in this information to identify the case: |
|---|
| Debtor name __Free Speech Systems, LLC__ |
| United States Bankruptcy Court for the: __Southern__  District of __Texas__ |
|                                                                    (State) |
| Case number (If known): __22-60043__ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................... | $ 1,335,971.23 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................... | $ 13,327,463.23 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................. | $ 14,663,434.46 |

---

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......... | $ 53,646,687.84 |

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................. | $ |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................ | + $ 995,824.64 |

4.  **Total liabilities**........................................................................ | $ 54,642,512.48 |
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name   Free Speech Systems, LLC

United States Bankruptcy Court for the: Southern         District of Texas
                                                                    (State)

Case number (if known):   22-60043

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**                                                                            $ 951.31

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Please see attached schedule for additional Bank accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1. ▮▮▮▮▮ | Checking | 8 5 6 3 | $ 118,999.04 |
| 3.2. ▮▮▮▮▮ | Checking | 8 5 1 4 | $ 1,163,808.79 |

   *See continuation sheet*

4. **Other cash equivalents** *(Identify all)*

   4.1.  __                                                                                  $_____
   4.2. _____                $_____

5. **Total of Part 1**                                                                         $1,284,759.14_____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

**Part 2:   Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. ▮▮▮▮▮▮▮▮▮▮ (Credit card processing)                              $ 500,000.00
   7.2. UT Industrial (Security Deposit)                                           $ 33,360.00

---

Debtor    Free Speech Systems, LLC                                          Case number (if known)  22-60043
          _____
          Name

| 8 | Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent | Please see attached schedule for additional prepayments |

Description, including name of holder of prepayment

8.1. The Travelers Companies (Prepaid Insurance) _____  $ 1,224.50

8.2. The Hartford (Prepaid Insurance) _____  $ 1,444.31

\* See continuation sheet\*

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                    $ 687,969.95

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                         **Current value of debtor's interest**

11  Accounts receivable

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 0.00 | – | 0.00 | = ➔ | $ 0.00 |
| 11b. Over 90 days old: | 9,788,413.22 | – | 0.00 | = ➔ | $ 9,788,413.22 |

12  **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.             $ 9,788,413.22

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                              **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of ownership:

    15.1._____    _____%    _____    $ _____

    15.2._____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $ _____

    16.2._____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                  $ 0.00

---

Official Form 206A/B                  Schedule A/B: Assets — Real and Personal Property                  page 2

| Debtor | Free Speech Systems, LLC | | Case number (if known) 22-60043 |
|---|---|---|---|
| | Name | | |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| Merchandise | 07/29/2022 MM / DD / YYYY | $ 1,327,107.43 | Net Book Value | $ 1,327,107.43 |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,327,107.43

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value 89,882.37      Valuation method Net Book Value      Current value 89,882.37

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ __ | _____ | $ _____ |

Debtor   <u>Free Speech Systems, LLC</u>        Case number (if known) <u>22-60043</u>
     Name

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Rugs, Chairs, Lamps and other Office Furnitures | $ 3,285.92 | Net Book Value | $ 3,285.92 |
| **40. Office fixtures** | | | |
| _____ | $ _____ | | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer Equipments and Software | $ 44,180.49 | Net Book Value | $ 44,180.49 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Artwork | $ 73.00 | Net Book Value | $ 73.00 |
| 42.2 _____ | $ _____ | | $ _____ |
| 42.3 _____ | $ _____ | | $ _____ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 47,539.41

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 10 of 37

Debtor  Free Speech Systems, LLC                                          Case number (if known)  22-60043
        _____
        Name

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e , VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2021 Winnebago Adventurer Model 35F (VIN:1F66F5DN1LOA03038) | $ 0.00 | Net Book Value | $ 0.00 |
| 47.2 2015 Ford F-450 Model F45 (VIN: 1FDUF4HT0FEC06013) | $ 148,890.74 | Net Book Value | $ 148,890.74 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Production and Other Equipments | $ 40,262.53 | Net Book Value | $ 40,262.53 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 189,153.27

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor   Free Speech Systems, LLC                                          Case number *(if known)*   22-60043
         Name

| Part 9: | **Real property** |
|---------|-------------------|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Warehouse Improvement (3019 Alvin Devane Blvd Austin, TX 78741) | Leasehold Improvement | $ 1,335,971.23 | Net Book Value | $ 1,335,971.23 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,335,971.23

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|----------|-------------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** Domain Names, Websites and Website Developments | $ 2,520.81 | Net Book Value | $ 2,520.81 |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 2,520.81

Debtor  Free Speech Systems, LLC _____    Case number (if known) 22-60043 _____
        Name

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☑ No
   ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
   ☐ No
   ☑ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

## Part 11:   All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

71. Notes receivable
   Description (include name of obligor)

   _____    _____ − _____ = → $ _____
                               Total face amount   doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)

   Description (for example, federal, state, local)

   _____    Tax year _____    $ _____
   _____    Tax year _____    $ _____
   _____    Tax year _____    $ _____

73. Interests in insurance policies or annuities

   _____    $ _____

74. Causes of action against third parties (whether or not a lawsuit has been filed)

   _____    $

   Nature of claim    _____
   Amount requested    $ _____

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

   _____    $ _____

   Nature of claim    _____
   Amount requested    $__    ____

76. Trusts, equitable or future interests in property

   _____    $ _____

77. Other property of any kind not already listed    Examples: Season tickets, country club membership

   _____    $ _____
   _____    $ _____

78. Total of Part 11.
   Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
   ☐ No
   ☐ Yes

Debtor   Free Speech Systems, LLC
_____
Name                                                    Case number (if known) 22-60043 _____

---

**Part 12:   Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,284,759.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 687,969.95 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 9,788,413.22 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,327,107.43 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 47,539.41 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 189,153.27 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ 1,335,971.23 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 2,520.81 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 13,327,463.23 | + 91b. $ 1,335,971.23 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ......................................................................   $ 14,663,434.46

---

Debtor: Free Speech Systems, LLC                                        Case Number: 22 - 60043

Part 1.
3. Additional checking, savings, money market, or financial brokerage accounts

| Name of Institution | Account Type | Last 4 digits of Account Number | Current value of debtor's Interest |
|---|---|---|---|
| ███████████████ | Checking | 8522 | $1,000.00 |
| ███████████████ | Checking | 8621 | $0.00 |
| ███████████████ | Checking | 5675 | $0.00 |
| ███████████████ | Checking | 8746 | $0.00 |

Part 2.
8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current value of debtor's Interest |
|---|---|
| Frost Insurance Agency | $4,899.14 |
| Stratus | $2,124.27 |
| Shannon & Lee LLP | $100,000.00 |
| ATXHD, Inc | $41,342.00 |
| Protection 1 Alarm | $2,559.73 |
| CubeSmart | $1,016.00 |

[To Supplement: Retainer of The Law ●ffices of Ray Battaglia, PLLC on the Petition Date - Est. $77,235.00]

**Fill in this information to identify the case:**

Debtor name _Free Speech Systems, LLC_

United States Bankruptcy Court for the: _Southern_ District of _Texas_
(State)

Case number (If known): _22-60043_

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
PQPR Holdings Limited LLC

Creditor's mailing address
3005 S Lamar Blvd Ste D109-317
Austin TX 78704-8864

Creditor's email address, if known

Date debt was incurred    2020/08/13
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
Please see attached

Describe the lien
Uniform Commercial Code Lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53,646,687.84    $ 14,663,434.46

**2.2** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

| Debtor | Free Speech Systems, LLC | Case number (if known) | 22-60043 |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Free Speech Systems, LLC

### 2.1    Describe debtor's property that is subject to a lien

(1) All fixtures and personal property of every kind and nature, including all
accounts, goods (including inventory and equipment), documents (including, if
applicable, electronic documents), instruments, promissory notes, chattel paper
(whether tangible or electronic), letters of credit, letter of credit rights (whether
or not the letter of credit is evidenced by a writing), securities and all other
investment property, general intangibles (including all payment intangibles),
intellectual property, domain names, trademarks (including but not limited to
the nutritional supplement marks Living Cleanse, Honor Roll, ExtendaWise,
Haappease, Gut Fution, Vasobeet, Ultimate Female Force, The Real Red Pill,
Bodease, Incuren, Flora Life, Immune Wall, Pollen Block, Alpha Power, DNA
Force, Survival Shield, and Survivial Shield X-2, and the brand Infowars Life),
trade names, money, deposit accounts, and any other contract rights or rights to
the payment of money; and all gross revenue, receivables and proceeds and
products of each of the foregoing in subparagraph (1), all books and records
relating to the foregoing, all supporting obligations related thereto, and all
accessions to, substitutions and replacements for, and rents, profits and products
of, each of the foregoing, and any and all proceeds of any insurance, indemnity,
warranty or guaranty payable to the Debtor from time to time with repect to any
of the foregoing

**Fill in this information to identify the case:**

Debtor    Free Speech Systems LLC

United States Bankruptcy Court for the:   Southern    District of   Texas
                                                   (State)

Case number   22-60043
(If known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:   $ _____       $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_\_)

**2.2**   Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:   $ _____       $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_\_)

**2.3**   Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:   $ _____       $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_\_)

Case 22-60043    Document 121    Filed in TXSB on 08/29/22    Page 19 of 37

| Debtor | Free Speech Systems LLC | Case number *(if known)* | 22-60043 |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Addshoppers, Inc

15806 Brookway Dr Ste 200
Huntersville, NC 28078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,989.00

---

**3.2** | **Nonpriority creditor's name and mailing address**
Air Supply of North Texas aka Precision Oxygen

2829 Fort Worth Avenue
Dallas, TX 75211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 105.48

---

**3.3** | **Nonpriority creditor's name and mailing address**
Airco Mechanical, LTD

PO Box 1598
Round Rock, TX 78680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 17,268.71

---

**3.4** | **Nonpriority creditor's name and mailing address**
AT&T Mobile

PO Box 5001
Carol Stream, IL 60197-5001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 5,167.41

---

**3.5** | **Nonpriority creditor's name and mailing address**
Atomial, LLC

1920 E. Riverside Drive Suite A-120 #124
Austin, TX 78741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 50,400.00

---

**3.6** | **Nonpriority creditor's name and mailing address**
Austin Security & Investigation Solutions

PO Box 2904
Pflugerville, TX 78691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 5,961.87

---

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 20 of 37

Debtor  Free Speech Systems LLC                                    Case number (if known)  22-60043
        Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 58,280.00 |
|---|---|---|---|

**3.7** Nonpriority creditor's name and mailing address
Blott, Jacquelyn, Attorney at Law

200 University Boulevard Suite 225 #251

Round Rock, TX 78665

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 58,280.00

---

**3.8** Nonpriority creditor's name and mailing address
City of Austin

PO Box 2267

Austin, TX 78783

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,532.68

---

**3.9** Nonpriority creditor's name and mailing address
CTRMA Processing

PO Box 734182

Dallas, TX 75373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 24.23

---

**3.10** Nonpriority creditor's name and mailing address
eCommerce CDN, LLC

221 E 63rd Street

Savannah, GA 31405

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 27,270.00

---

**3.11** Nonpriority creditor's name and mailing address
Elevated Solutions Group

706 W Ben White Blvd, Bldg B, Ste 188

Austin, TX 78740

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 319,148.16

---

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 21 of 37

| | |
|---|---|
| Debtor | Free Speech Systems LLC |
| | Name |

Case number (if known) 22-60043

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address
Getty Images, Inc

PO Box 953604
St. Louis, MO 63195-3604

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 9,201.25

---

**3.13** Nonpriority creditor's name and mailing address
Gibson, Ronald

4012 Pleasant Grove Church Rd
Shelby NC, 28150-2842

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,000.00

---

**3.14** Nonpriority creditor's name and mailing address
Gracenote Media Services, LLC

29421 Network Place
Chicago, IL 60673-1294

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 119.98

---

**3.15** Nonpriority creditor's name and mailing address
Greenair, Inc

23569 Center Ridge Road
Westlake, OH 44145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 12,240.00

---

**3.16** Nonpriority creditor's name and mailing address
Impact Fire Services LLC

PO Box 735063
Dallas, TX 75373-5063

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 165.00

Case 22-60043    Document 121    Filed in TXSB on 08/29/22    Page 22 of 37

| Debtor | Free Speech Systems LLC | Case number (if known) 22-60043 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** Nonpriority creditor's name and mailing address
JCE SEO

6101 Broadway
San Antonio, TX 78209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,000.00

**3.18** Nonpriority creditor's name and mailing address
JW JIB Productions, LLC

2921 Carvelle Drive
Riviera Beach, FL 33404

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,000.00

**3.19** Nonpriority creditor's name and mailing address
Konica Minolta Premier Finance

PO Box 41602
Philadelphia, PA 19101-1602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,847.87

**3.20** Nonpriority creditor's name and mailing address
Kount An Equifax Company

PO Box 740253
Atlanta, GA 30374

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 11,172.00

**3.21** Nonpriority creditor's name and mailing address
Lumen/Level 3 Communications

PO Box 910182
Denver, CO 80291-0182

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,906.43

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 23 of 37

| Debtor | Free Speech Systems LLC | Case number *(if known)* 22-60043 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address
Lyman, Daniel

5832 Elton Road

Venice, FL 34293

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 3,500.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
PQPR Holdings

3005 S Lamar Blvd Ste D109-317

Austin TX 78704-8864

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
MRJR Holdings, LLC

PO Box 27740

Las Vegas, NV 89426

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
Sparkletts & Sierra Springs

PO Box 660579

Dallas, TX 75266-0579

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,084.14

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
Texas Gas Service

PO Box 219913

Kansas City, MO 64121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,078.28

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 24 of 37

| Debtor | Free Speech Systems LLC | Case number *(if known)* | 22-60043 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.27** Nonpriority creditor's name and mailing address
Willow Grove Productions

1810 Rockcliff Road

Austin, TX 78746

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,700.00

---

**3.28** Nonpriority creditor's name and mailing address
WMQM-AM 1600

21 Stephen Hill Road

Atoka, TN 38004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,500.00

---

**3.29** Nonpriority creditor's name and mailing address
American Express

200 Vesey Street

New York, NY 10285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 54,279.78

---

**3.30** Nonpriority creditor's name and mailing address
David Jones

3005 S Lamar Blvd Ste D109-317

Austin TX 78704-8864

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.31** Nonpriority creditor's name and mailing address
Campco

4625 W. Jefferson Blvd

Los Angeles, CA 90016

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

---

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 25 of 37

| Debtor | Free Speech Systems LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32** Nonpriority creditor's name and mailing address

CustomTattoNow.com

16107 Kensington Dr #172

Sugar Land, TX 77479

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

David Icke Books Limited

1a Babbington Lane

Derby, England DE11SU

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

American Media/Reality Zone

PO Box 4646

Thousand Oaks, CA 91359

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

Justin Lair

1313 Lookout Ave

Klamath Falls, OR 97601

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

RatsMedical.com

1211 E Bridle Trail Rd

Draper, UT 84020

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 26 of 37

| Debtor | Free Speech Systems LLC | | | Case number (if known) | 22-60043 |
|---|---|---|---|---|---|
| | Name | | | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.37** Nonpriority creditor's name and mailing address

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed
☐ Liquidated and neither contingent nor disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.38** Nonpriority creditor's name and mailing address

Skousen, Joel

PO Box 565

Spring City, UT 84662

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.39** Nonpriority creditor's name and mailing address

Wisconsin Dept. of Revenue

PO Box 3028

Milwaukee, WI 53201-3028

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.40** Nonpriority creditor's name and mailing address

Watson, Paul

9 Riverdale Road Ranmoor Sheffield

South Yorkshire, United Kingdom S10 3FA

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.41** Nonpriority creditor's name and mailing address

Verizon Wireless

PO Box 660108

Dallas, TX 75266

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 27 of 37

Debtor  Free Speech Systems LLC _____  Case number (if known) _____
         Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address
Miller, Sean

PO Box 763

Wyalusing, PA 18853

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 0.00

---

**3.43** Nonpriority creditor's name and mailing address
Spectrum Enterprise aka Time Warner Cable

PO Box 60074

City of Industry, CA 91716

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 0.00

---

**3.44** Nonpriority creditor's name and mailing address
Ready Alliance Group, Inc

PO Box 1709

Sandpoint, ID 83864

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 0.00

---

**3.45** Nonpriority creditor's name and mailing address
One Party America, LLC

6700 Woodlands Parkway Suite 230-309

The Woodlands, TX 77382

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 0.00

---

**3.46** Nonpriority creditor's name and mailing address
LCJ Pictures LLC

PO Box 19549

Austin, TX 78760

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 89,882.37

---

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 28 of 37

| Debtor | Free Speech Systems LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.47** Nonpriority creditor's name and mailing address

Brennan Gilmore

c/o Civil Rights Clinic, 600 New Jersey Ave NW

Washington, DC 20001

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Litigation Settlement

$ $50,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Christopher Sadowski

c/o Copy Cat Legal PLLC, 3111 N. University Drive,

Coral Springs, FL 33065

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Asserted copyright

$ $90,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

Neil Heslin

c/o Jarrod B. Martin, Chamberlain Hrdlicka

1200 Smith Street, Suite 1400, Houston TX 77002

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Litigation claim

$ 0.00

Date or dates debt was incurred  2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Scarlett Lewis

c/o Jarrod B. Martin, Chamberlain Hrdlicka

1200 Smith Street, Suite 1400, Houston TX 77002

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Litigation Claim

$ 0.00

Date or dates debt was incurred  2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

Leonard Pozner

c/o Jarrod B. Martin, Chamberlain Hrdlicka

1200 Smith Street, Suite 1400, Houston TX 77002

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Litigation Claim

$ 0.00

Date or dates debt was incurred  2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 29 of 37

Debtor   Free Speech Systems LLC                                          Case number (if known) _____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.52** Nonpriority creditor's name and mailing address
Veronique De La Rosa

c/o Jarrod B. Martin, Chamberlain Hrdlicka

1200 Smith Street, Suite 1400, Houston, TX 77002

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Litigation Claim

$ 0.00

Date or dates debt was incurred        2018
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.53** Nonpriority creditor's name and mailing address
Marcel Fontaine

c/o Jarrod B. Martin, Chamberlain Hrdlicka

1200 Smith Street, Suite 1400, Houston, TX 77002

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Litigation Claim

$ 0.00

Date or dates debt was incurred        2018
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.54** Nonpriority creditor's name and mailing address
David Wheeler

c/o Ryan Chapple, Cain & Skarnulis PLLC

303 Colorado St, STE 2850, Austin, TX 78701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Litigation Claim

$ 0.00

Date or dates debt was incurred        2018
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.55** Nonpriority creditor's name and mailing address
Francine Wheeler

c/o Ryan Chapple, Cain & Skarnulis PLLC

303 Colorado St, STE 2850, Austin, TX 78701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Litigation Claim

$ 0.00

Date or dates debt was incurred        2018
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.56** Nonpriority creditor's name and mailing address
Jacqueline Barden

c/o Ryan Chapple, Cain & Skarnulis PLLC

303 Colorado St, STE 2850, Austin, TX 78701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Litigation Claim

$ 0.00

Date or dates debt was incurred        2018
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Free Speech Systems LLC | Case number (if known) | 22-60043 |
| | Name | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57** Nonpriority creditor's name and mailing address
Mark Barden

c/o Ryan Chapple, Cain & Skarnulis PLLC
303 Colorado St, STE 2850, Austin, TX 78701

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Litigation Claim

$ 0.00

Date or dates debt was incurred  2018
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address
Nicole Hockley

c/o Ryan Chapple, Cain & Skarnulis PLLC
303 Colorado St. STE 2850, Austin, TX 78701

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Litigation Claim

$ 0.00

Date or dates debt was incurred  2018
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address
Ian Hockley

c/o Ryan Chapple, Cain & Skarnulis PLLC
303 Colorado St, STE 2850, Austin, TX 78701

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Litigation Claim

$ 0.00

Date or dates debt was incurred  2018
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address
Jennifer Hensel

c/o Ryan Chapple, Cain & Skarnulis PLLC
303 Colorado St, STE 2850, Austin, TX 78701

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Litigation Claim

$ 0.00

Date or dates debt was incurred  2018
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address
Donna Soto

c/o Ryan Chapple, Cain & Skarnulis PLLC
303 Colorado St, STE 2850, Austin, TX 78701

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Litigation Claim

$ 0.00

Date or dates debt was incurred  2018
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 31 of 37

| Debtor | Free Speech Systems LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|
| | Carlee Soto Parisi | Check all that apply. | |
| | | ■ Contingent | |
| | c/o Ryan Chapple, Cain & Skarnulis PLLC | ■ Unliquidated | |
| | | ■ Disputed | |
| | 303 Colorado St, STE 2850, Austin, TX 78701 | ☐ Liquidated and neither contingent nor disputed | |
| | | Basis for the claim: Litigation Claim | |
| | Date or dates debt was incurred  2018 | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☐ No  ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|
| | Carlos M. Soto | Check all that apply. | |
| | | ■ Contingent | |
| | c/o Ryan Chapple, Cain & Skarnulis PLLC | ■ Unliquidated | |
| | | ■ Disputed | |
| | 303 Colorado St. STE 2850, Austin, TX 78701 | Basis for the claim: Litigation Claim | |
| | Date or dates debt was incurred  2018 | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☐ No  ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|
| | Jillian Soto-Marino | Check all that apply. | |
| | | ■ Contingent | |
| | c/o Ryan Chapple, Cain & Skarnulis PLLC | ■ Unliquidated | |
| | | ■ Disputed | |
| | 303 Colorado St, STE 2850, Austin, TX 78701 | Basis for the claim: Litigation Claim | |
| | Date or dates debt was incurred  2018 | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☐ No  ☐ Yes | |

| 3. 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|
| | William Aldenberg | Check all that apply. | |
| | | ■ Contingent | |
| | c/o Ryan Chapple, Cain & Skarnulis PLLC | ■ Unliquidated | |
| | | ■ Disputed | |
| | 303 Colorado St, STE 2850, Austin, TX 78701 | Basis for the claim: Litigation Claim | |
| | Date or dates debt was incurred  2018 | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☐ No  ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|
| | William Sherlach | Check all that apply. | |
| | | ■ Contingent | |
| | c/o Ryan Chapple, Cain & Skarnulis PLLC | ■ Unliquidated | |
| | | ■ Disputed | |
| | 303 Colorado St, STE 2850, Austin, TX 78701 | Basis for the claim: Litigation Claim | |
| | Date or dates debt was incurred  2018 | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☐ No  ☐ Yes | |

Case 22-60043   Document 121   Filed in TXSB on 08/29/22   Page 32 of 37

| Debtor | Free Speech Systems LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.67** Nonpriority creditor's name and mailing address
Robert Parker

c/o Ryan Chapple, Cain & Skarnulis PLLC

303 Colorado St, STE 2850, Austin, TX 78701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Litigation Claim

$ 0.00

Date or dates debt was incurred    2018
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.68** Nonpriority creditor's name and mailing address
Yan Luis

c/o Noor A. Sabb, 280 North Broadway, STE 300

Jericho, New York 11753

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: ADA Claim

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.__** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.__** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.__** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Free Speech Systems LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.2. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.3. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.4. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.1. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.5. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.6. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.7. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.8. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.9. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.10. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.11. | | Line ____ <br> ☐ Not listed. Explain _____ | ― ― ― ― |

Debtor   Free Speech Systems LLC
Name                                                                    Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. **Total claims from Part 1**                                    5a.   $ 0.00

5b. **Total claims from Part 2**                                    5b. + $ 995,824.64

5c. **Total of Parts 1 and 2**                                      5c.   $ 995,824.64
    Lines 5a + 5b = 5c.

| Fill in this information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor name | Free Speech Systems, LLC | | | |
| United States Bankruptcy Court for the: | Southern | District of | Texas | |
| | | | (State) | |
| Case number (If known): | 22-60043 | Chapter | 11 | |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Financial services Agreement | | |
| | | For Credit Card Processing and Other Financial Service | PQPR Holdings Limited LLC: PO Box 19549 Austin TX 78760 - 9549 | |
| | State the term remaining | 9 years and 2 months | | |
| | List the contract number of any government contract | | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | Alex Jones: 3019 Alvin Devane Blvd Austin TX 78741 | |
| | | For Employment of Alex Jones | | |
| | State the term remaining | "At will" Basis | | |
| | List the contract number of any government contract | | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | BCC UBC LLC: 901 S. Mopac Expressway Plaza I, Suite 60, Austin , TX 78746 | |
| | | Studio Lease | | |
| | State the term remaining | 2 years and 5 Months | | |
| | List the contract number of any government contract | | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Austin Security and Investigation Solutions LLC: PO Box 2904 Pflugerville, TX 78691 | |
| | | For Back Ground Checks and Investigative Services | | |
| | State the term remaining | 9 Months, Renews Automatically | | |
| | List the contract number of any government contract | | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Building and Land Lease Agreement | Expo Glo, LLC: 1717 McKinney Ave, Suite 1900 Dallas, TX 75202-1236 | |
| | | Warehouse Lease | | |
| | State the term remaining | Renews Monthly | | |
| | List the contract number of any government contract | | | |

**Fill in this information to identify the case:**

Debtor name   Free Speech Systems, LLC

United States Bankruptcy Court for the: Southern          District of Texas
                                                                   (State)

Case number (If known):   22-60043

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 | Alex E. Jones | 3019 Alvin Devane Blvd. <br> *Street* <br> Austin, TX 78741 <br> *City / State / ZIP Code* | Niel Heslin | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | Alex E. Jones | 3019 Alvin Devane Blvd. <br> *Street* <br> Austin, TX 78741 <br> *City / State / ZIP Code* | Scarlett Lewis | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 | Alex E. Jones | 3019 Alvin Devane Blvd. <br> *Street* <br> Austin, TX 78741 <br> *City / State / ZIP Code* | Leonard Pozner | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 | Alex E. Jones | 3019 Alvin Devane Blvd. <br> *Street* <br> Austin, TX 78741 <br> *City / State / ZIP Code* | Veronique De La Rosa | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.5 | Alex E. Jones | 3019 Alvin Devane Blvd. <br> *Street* <br> Austin, TX 78741 <br> *City / State / ZIP Code* | Marcel Fontaine | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.6 | | *Street* <br><br> *City / State / ZIP Code* | | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                              Schedule H: Codebtors                              page 1 of 1

Fill in this information to identify the case and this filing:

Debtor Name __Free Speech Systems, LLC__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (if known): __22-60043__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒ Schedule H: Codebtors (Official Form 206H)

☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration __Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statements.__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/29/2022__
MM / DD / YYYY

✗ _W. Marc Schwartz_
Signature of individual signing on behalf of debtor

_W. Marc Schwartz_
Printed name

_Chief Restructuring Officer_
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors