# EXHIBIT 15

**R. J. Shannon**

| | |
|---|---|
| **From:** | Shelby Jordan <sjordan@jhwclaw.com> |
| **Sent:** | Monday, August 22, 2022 2:32 PM |
| **To:** | Kyung S. Lee; R. J. Shannon |
| **Cc:** | Marc Schwartz; Ray Battaglia |
| **Subject:** | Re: Engagement Letter in word |

I'm checking with Alex but I suspect with the indemnity his answer is none if FSS has funds.  Let me talk to him.

---

**From:** "Kyung S. Lee" <klee@shannonleellp.com>
**Date:** Friday, August 19, 2022 at 3:28 PM
**To:** RJ Shannon <rshannon@shannonleellp.com>, Shelby Jordan <sjordan@jhwclaw.com>
**Cc:** Marc Schwartz <mschwartz@schwartzassociates.us>, Ray Battaglia <rbattaglialaw@outlook.com>
**Subject:** FW: Engagement Letter in word

1. Can you look at your Connecticut Removal file and send me a WORD document with the "captions" of the Sandy Hook Lawsuits? Is there just one, or several? I need this for the Engagement Letter for Norm to make sure it is right.
2. Marc, note Norm's request that the post-petition retainer be increased from $25,000 to $100,000.
3. Shelby, I am sure the Court and creditors are going to want to know what Alex will be funding of Norm's fees and retainers. I wanted to raise it now.
4. I am going to start working on the Application for Pattis & Smith so we don't have any estoppel arguments from the Plaintiffs' counsel.

Kyung S. Lee
Shannon & Lee LLP
Cell: 713-301-4751
klee@shannonleellp.com

---

**From:** Norm Pattis <NPattis@pattisandsmith.com>
**Date:** Friday, August 19, 2022 at 1:25 PM
**To:** Kyung S. Lee <klee@shannonleellp.com>
**Subject:** RE: Engagement Letter in word

Kyung

Sharon is out today.

If this covers the CT cases, too, can you make the retainer amount $100,000?

Otherwise, fine.

Norm

**From:** Kyung S. Lee <klee@shannonleellp.com>
**Sent:** Friday, August 19, 2022 2:07 PM

1



EXHIBIT
15
tabbies

**To:** Sharon Abramson <sabramson@pattisandsmith.com>
**Cc:** Norm Pattis <NPattis@pattisandsmith.com>; Shelby Jordan <sjordan@jhwclaw.com>; R. J. Shannon
<rshannon@shannonleellp.com>
**Subject:** Re: Engagement Letter in word

Sharon, here is a redline of the original Engagement Letter, marked with my changes. Please review and let me know if you have any questions. Once you tell me you are good with the changes, I can turn it into a final and circulate to Alex and Marc.

Kyung S. Lee
Shannon & Lee LLP
Cell: 713-301-4751
klee@shannonleellp.com

**From:** Sharon Abramson <sabramson@pattisandsmith.com>
**Date:** Thursday, August 18, 2022 at 3:45 PM
**To:** Kyung S. Lee <klee@shannonleellp.com>
**Cc:** Norm Pattis <NPattis@pattisandsmith.com>
**Subject:** Engagement Letter in word

Good afternoon:

Engagement letter in word is attached.

Kind regards,

Sharon Abramson
Office Manager

Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511
T: (203) 393-3017
F: (203) 393-9745
https://www.pattislawfirm.com/

Confidentiality Notice: This email message (including attachments) is from Pattis and Smith LLC and is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sec. 2510-2521. The information contained in this transmittal, including any attachment, is privileged and confidential information and is intended only for the person or entity to which it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in reliance on the contents of this transmittal is strictly prohibited. If you have received this transmittal in error, please contact the sender immediately and delete this transmittal from any computer or other data bank. Thank you.