# EXHIBIT 18

Filed in The District Court
of Travis County, Texas

JUN 2 7 2022 CJ

At  3:20  ᴀ.M.
Velva L. Price, District Clerk

D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS | § § | IN DISTRICT COURT OF |
| VS. | § § | TRAVIS COUNTY, TEXAS |
| ALEX E. JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, and OWEN SHROYER | § § § | 261st DISTRICT COURT |

D-1-GN-18-001842

| | | |
|---|---|---|
| LEONARD POZNER and VERONIQUE DE LA ROSA | § § § | IN DISTRICT COURT OF TRAVIS COUNTY, TEXAS |
| VS. | § § | 345th DISTRICT COURT |
| ALEX E. JONES, INFOWARS, LLC, and FREE SPEECH SYSTEMS, LLC | § § | |

### ORDER ON DEFENDANTS' MOTIONS TO MODIFY AND/OR CLARIFY

On this day, the Court considered Defendants' May 27, 2022 "Defendants' Partially Unopposed Motion to Correct/Modify 'Order on Attorney's Fees for Plaintiffs' Motion for Sanctions Regarding Corporate Deposition'" relating to a Sanctions Order issued on April 15, 2022. After considering the pleadings and evidence, and after holding a hearing on June 24, 2022, the Court makes the following findings:

1) The Court finds that Defendants failed to meet their burden to show the Court's April 15th sanctions have a preclusive effect under *Braden*.

3) The Court finds that pursuant to the default judgment, Alex Jones and Free Speech Systems, LLC are admitted to be alter egos. Even absent the default judgment, the Court notes that the record supports a finding that Alex Jones and Free Speech Systems, LLC

1



are alter egos. The Court further finds that both Mr. Jones and Free Speech Systems, LLC are both "a party...whose conduct necessitated the motion" under Rule 215.1(d).

4) Having considered Plaintiffs' evidence of attorney's fees, and having considered Defendants' April 15th objections to those fees, the Court continues to find that the fees are reasonable and the sanction is appropriate and just.

5) The Court GRANTS Defendants' Motion with regard to D-1-GN-18-001835 (the *Heslin* matter) as it concerns Owen Shroyer. Therefore, it is ORDERED that Mr. Shroyer has no obligation to satisfy the sanctions award of April 15, 2022. Defendants' Motions to Correct/Modify are in all other respects DENIED.

6) Defendants are ordered to pay the sanctions within 20 days of this order.

Dated June 24, 2022.

Hon. Maya Guerra Gamble