UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **FREE SPEECH SYSTEMS, LLC,** | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

**WITNESS AND EXHIBIT LIST
FOR HEARINGS ON JANUARY 20, 2023**

| Judge: | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date: | Friday January 20, 2023 |
| Hearing Time: | 11:00 a.m. (CT) |
| Party's Name: | Free Speech Systems, LLC |
| Attorney's Name: | Raymond W. Battaglia, |
| Attorney's Phone: | (210) 601-9405; |
| Nature of Proceeding: | Hearing on:<br>• Motion to Authorize the Use of Cash Collateral [Docket No. 6] |

The Law Offices of Raymond W. Battaglia (the "**Battaglia Firm**"), bankruptcy counsel for Free Speech Systems, LLC (the "**Debtor**") in the above-captioned chapter 11 case (the "**Chapter 11 Case**"), hereby submit this witness and exhibit list in connection with the hearings to be held on Friday January 20, 2023, at 11:00 A.M. (Central Time) (the "**Hearing**") on the

**WITNESSES**

The Debtor may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Patrick Magill, Chief Restructuring Officer of Free Speech Systems, LLC;

2. Any witnesses necessary to establish notice of the Hearing has been provided; and

3. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

**EXHIBITS**

The Debtor may offer for admission into evidence any of the following exhibits at the hearing:

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | 4-Week Cash Collateral Budget | | | | |

The Debtor reserves the right to supplement, amend or delete any witness and exhibits prior to the Hearing.  The Debtor also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.  The Debtor finally reserves the right to introduce exhibits previously admitted.

Respectfully submitted January 18, 2023.

LAW OFFICES OF RAY BATTAGLIA, PLLC

/S/ RAYMOND W. BATTAGLIA
Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, Texas 78218
Tel. (210) 601-9405

*Counsel to the Debtor and Debtor-In-Possession*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

/s/ Raymond W. Battaglia
Raymond W. Battaglia