## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, § | |
| § | |
| DEBTOR. § | Chapter 11 (Subchapter V) |
| § | |

## CORRECTED[1] WITNESS AND EXHIBIT LIST

| Judge: | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date: | Friday, January 20, 2023 |
| Hearing Time: | 10:00 a.m. (Central Standard Time) |
| Party's Name: | Shannon & Lee LLP |
| Attorney's Name: | R. J. Shannon; Kyung S. Lee |
| Attorney's Phone: | (713) 714-5770 |
| Nature of Proceeding: | Hearing on:<br>• Shannon & Lee LLP's Motion pursuant to Rule 59 of the Federal Rules of Civil Procedure for Rehearing on the Issue of Disinterestedness with Respect to the Debtor's Application to Employ Shannon & Lee LLP (the "S&L Motion for Rehearing"). |

Shannon & Lee LLP ("S&L"), the movant in the S&L Motion for Rehearing, hereby submits this supplemental exhibit list in connection with the hearing to be held on Wednesday, January 20, 2022, at 1:00 p.m. (Central Standard Time) (the "Hearing") on the S&L Motion for Rehearing.

## **WITNESSES**

S&L may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. R. J. Shannon;
2. Kyung S. Lee;

---

[1] S&L inadvertently did not attach Exhibit 18 indicated below in its filing with the Court. This Exhibit 18 was submitted by Schwartz Associates LLC as Exhibit 16 [ECF No. 386-16] prior to the time that such exhibits needed to be exchanged under Bankruptcy Local Rule 9013-2.

3. W. Marc Schwartz;
4. Any witness called or designated by any other party; and
5. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other party.

## EXHIBITS

S&L may offer for admission into evidence any of the following exhibits, and any exhibit designated by any other party, at the Hearing:

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | S&L Employment Application [ECF Nos. 85, 163-1, 163-2, 163-3, & 163-4] | | | | |
| 2 | U.S. Trustee's Amended Objection to S&L Employment Application [ECF No. 154] | | | | |
| 3 | Transcript of September 13, 2022, Hearing [ECF No. 179] | | | | |
| 4 | Joinder by the Sandy Hook Plaintiffs [ECF No. 159] | | | | |
| 5 | Reply to the U.S. Trustee's Objection to S&L Employment Application [ECF No. 166] | | | | |
| 6 | Transcript of September 20, 2022, Hearing [ECF No. 194] | | | | |
| 7 | Transcript of May 19, 2022, Hearing in IW Cases [ECF Nos. 163-22, 165-14] | | | | |
| 8 | Omnibus Response in IW Cases [ECF No. 165-7] | | | | |
| 9 | August 3, 2022, Hearing Transcript [ECF Nos. 63, 165-15] | | | | |
| 10 | S&L June 2022 Time Records re Prepetition Services to the Debtor [ECF No. 163-7] | | | | |

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 11 | Forbearance Agreement dated July 10, 2022 [ECF No. 26-8] | | | | |
| 12 | Debtor's Schedules [ECF Nos. 121, 165-1] | | | | |
| 13 | August 16, 2022, Email from R. Shannon to S. Jordan responding to AEJ Request for FSS to Seek Stay of Remand Order and Extension of Automatic Stay to AEJ | | | | |
| 14 | August 16, 2022, Email from S. Jordan to R. Battaglia and K. Lee responding to FSS Response to AEJ Request for FSS to Seek Stay of Remand Order and Extension of Automatic Stay to AEJ | | | | |
| 15 | August 17, 2022, Email from S. Jordan to R. Shannon re FSS Plans if AEJ Unable to Conduct Show for FSS | | | | |
| 16 | August 19-22, 2022, Emails among K. Lee and S. Jordan re AEJ's Payment of Legal Expenses re Special Counsel | | | | |
| 17 | S&L Fee Statement and Time Records re Services Provided to the Debtor from the Petition Date through September 20, 2022 | | | | |
| 18 | Schwartz Affidavit re Management Agreement in Connecticut Litigation | | | | |
| 19 | Roddy Affidavit re Google Analytics Documents re Management Agreement in Connecticut Litigation | | | | |
| 20 | Order of Travis County District Court finding Alter Ego with respect to the Heslin/Lewis Suit | | | | |
| 21 | Transcript of August 2, 2022, Hearing before Connecticut Superior Court | | | | |

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 22 | August 8, 2022, Email from R. Shannon to J. Martin re PQPR insider status and avoidance of PQPR lien | | | | |
| 23 | June 30, 2022, Email from R. Shannon re PQPR P&L Statements | | | | |
| 24 | May 11, 2022, Email from R. Shannon to M. Beatty and A. Moshenberg re Expediting Dismissal of Claims against IW Debtors and Attendant Remand of Removed Litigation | | | | |
| 25 | May 11, 2022, Email from R. Shannon to R. Chapple and R. Williams re Expediting Dismissal of Claims against IW Debtors and Attendant Remand of Removed Litigation | | | | |
| 26 | Declaration of R. Shannon re Testimony and Additional Documents S&L will seek to Introduce at Rehearing or in Connection with Administrative Expense Motion | | | | |
| 27 | Presentation for January 20, 2023, Hearing on Shannon & Lee LLP's Rule 59 Motion | | | | |

S&L reserves the right to supplement, amend or delete any witness and exhibits prior to the Hearing. The S&L also reserves the right to ask the Court to take judicial notice of any document. S&L finally reserves the right to introduce exhibits previously admitted.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 18, 2023                                   SHANNON & LEE LLP

/s/ *R. J. Shannon*
Kyung S. Lee
State Bar No. 12128400
klee@shannonleellp.com
R. J. Shannon
State Bar No. 24108062
rshannon@shannonleellp.com
700 Milam Street, STE 1300
Houston, Texas 77002
Tel. (713) 714-5770