| | |
|---|---|
| NO. X06-UWY-CV-18-6046436-S ) | SUPERIOR COURT |
| ) | COMPLEX LITIGATION |
| ERICA LAFFERTY, ET AL. ) | AT WATERBURY |
| ) | |
| v. ) | |
| ) | |
| ALEX EMRIC JONES, ET AL. ) | |
| NO. X06-UWY-CV-18-6046437-S ) | SUPERIOR COURT |
| ) | COMPLEX LITIGATION |
| WILLIAM SHERLACH ) | AT WATERBURY |
| ) | |
| v. ) | |
| ) | |
| ALEX EMRIC JONES, ET AL. ) | |
| NO. X06-UWY-CV-18-6046438-S ) | SUPERIOR COURT |
| ) | COMPLEX LITIGATION |
| WILLIAM SHERLAC, ET AL. ) | AT WATERBURY |
| ) | |
| v. ) | |
| ) | |
| ALEX EMRIC JONES, ET AL. ) | |

## AFFADAVIT OF BLAKE RODDY

I, Blake Roddy, aver the following statements under penalty of perjury:

1. My name is Blake Roddy. I am over the age of 18 years old and am competent to make this affidavit (the "Affidavit").

2. I am currently employed by Free Speech Systems, LLC ("FSS"). I have been employed by FSS since 2013. I work as an e-commerce manager for FSS.

3. I had a meeting with Attorney Brittany Paz the first quarter of 2022. I do not remember the exact date of this meeting, but my best recollection was that it was in or about March 2022. It is my understanding that this meeting was in connection with Attorney Paz's preparations to testify as a corporate representative of FSS in a deposition.

4. I was asked to create Google Analytics reports prior to my meeting with Attorney Paz. I do not use or maintain Google Analytics reports in the ordinary performance of my employment with FSS. To the best of my knowledge, such Google Analytics reports are not used or maintained by FSS in the ordinary course of its business.

5. I created the Google Analytics reports as requested prior to my meeting with Attorney Paz. Attorney Paz and I discussed such Google Analytics documents in connection with our meeting.

6. I did not maintain physical copies of the Google Analytics reports I prepared for my meeting with Attorney Paz. I do not believe that I ever created physical copies of the Google Analytics reports. Although I do not recall the exact details of my meeting with Attorney Paz, I believe the review of such Google Analytics reports with Attorney Paz was conducted on a computer monitor.

7. At the direction of FSS's Chief Restructuring Officer and at the request of FSS's attorneys in certain litigation, I have conducted a search of my computer files for the Google Analytics reports that I discussed with Attorney Paz. That search uncovered the Google Analytics reports from March 2022 attached to this Affidavit as Exhibit A (the "Attached Google Analytics Reports").

8. I believe that the Attached Google Analytics Reports are the Google Analytics reports that I reviewed and discussed with Attorney Paz in connection with her preparation to testify as a corporate representative of FSS. I have no reason to believe that I discussed any other Google Analytics reports with Attorney Paz. I am not aware of any reason that the Attached Google Analytics Reports would be reflected in my computer files other than because those are the Google Analytics reports that I discussed with Attorney Paz at our meeting.

[*Remainder of Page Intentionally Left Blank*]

Executed on: 09/09/2022

_____
Blake Roddy

THE STATE OF TEXAS

COUNTY OF TRAVIS

BEFORE ME, the affiant authority, this day appeared __Marion Michelle Fruge__ who after being duly sworn, stated upon oath that the foregoing was true and correct. Sworn to before me this __9__ day of __September__, 2022.

_____
NOTARY PUBLIC STATE OF TEXAS

MARION MICHELLE FRUGE
Notary Public, State of Texas
Comm. Expires 05-28-2023
Notary ID 132028704

3

# EXHIBIT A TO RODDY DECLARATION

Attached Google Analytics Reports