# EXHIBIT 2

**Representations of Debtor's Creditors in matters unrelated to the Debtor and his known affiliates:**

| Creditor Name | Client(s) Name | Similar Name or Exact Match | Former or Current Client | Related or Unrelated Matter to the Debtor and His Known Affiliates |
|---|---|---|---|---|
| Automatic Data Processing, Inc. | Automatic Data Processing Inc. | Exact Match | Former | Unrelated |
| AT&T Mobile | AT&T Mobility, LLC, AT&T Network Systems; AT&T Capital Corporation; AT&T Commercial Finance Corp.; AT&T Yellow Pages; AT&T Corporation; AT&T Universal Billing; AT&T Capital Services, Inc.; AT&T Technologies, Inc.; AT&T, Inc.; Southwestern Bell Telephone Company d/b/a AT&T Oklahoma; AT&T Mobility Disability Benefits Program for Southwest Bargained Employees; AT&T Integrated Disability Service Center; AT&T Umbrella Benefit Plan No. 1; AT&T Network Systems; AT&T Technologies, Inc.; AT&T Umbrella Benefit Plan No. 1 | Similar Name | Current | Unrelated |
| Airco Mechanical, LTD | Airco Enterprises, Inc; Airco, Inc. | Similar Name | Former | Unrelated |
| American Media/Reality Zone | American Media Systems, Inc | Similar Name | Former | Unrelated |
| David Wheeler | David A. Wheeler | Similar Name | Former | Unrelated |
| DirecTV, Inc. | DirecTV, Inc. | Exact Match | Former | Unrelated |
| Public Storage | Public Storage Management, Inc. | Similar Name | Former | Unrelated |
| Robert Parker | Robert L. Parker | Similar Name | Former | Unrelated |
| Simon & Schuster | Simon & Schuster, Inc. | Similar Name | Former | Unrelated |

| The Hartford | The Hartford Financial Services Group Inc. | Similar Name | Former | Unrelated |
|---|---|---|---|---|
| David Thomas | David Joe Thomas; David L. Thomas | Similar Name | Former | Unrelated |
| Travelers | Travelers Insurance Company; Travelers Indemnity Co of Rhode Island; Travelers Indemnity Company | Similar Name | Current | Unrelated |
| Verizon | Verizon Wireless; Verizon Capital Corporation; Verizon Communications, Inc. | Similar Name | Former | Unrelated |
| eBay | eBay, Inc. | Similar Name | Former | Unrelated |
| Amazon Marketplace/Amazon Web Services | Amazon.com Services, LLC; Amazon EU S.à r.l.; | Similar Name | Current | Unrelated |
| De Lage Landen Financial Services, Inc. | De Lage Landen Public Finance, LLC | Similar Name | Current | Unrelated |
| Iron Mountain | Iron Mountain Incorporated | Similar Name | Current | Unrelated |
| Waste Connections Lone Star, Inc. | Waste Connections, Inc.;  Waste Connections of Oklahoma, Inc. | Similar Name | Current | Unrelated |