# EXHIBIT 3

**Exhibit A**

**Utility Companies**

| BCA Property | | | |
|---|---|---|---|
| Serve Provided | Provider Name | Account Number (if applicable) | Average Monthly Cost |
| Electric | City of Austin | | $1,500.00 |
| Gas | Texas Gas Service | XXXXXXXXXXXX79 82 | $150.00 |
| Water | Travis County MUD 3 | XXXXXXXXXXX2003 | $300.00 |
| Trash | Texas Disposal Systems | XXXXXXXXXXXXXXXXXX5318 | $200.00 |
| WiFi, Cable, and Voice | Spectrum | XXXXXXXXXXXXXXX0374 | $385.00 |
| Streaming Platforms | Netflix, Hulu, HBOmax, Firestick | | $215.00 |
| | | **Total:** | **$2,750.00** |

| Condominiums Nos. 3, 5, 6 | | | |
|---|---|---|---|
| Serve Provided | Provider Name | Last Four Digits of Account Number(s) (if applicable) | Average Monthly Cost |
| Electric & Trash | City of Austin | | $200.00 |
| Gas | Texas Gas Service | Unit 3: Will Supplement<br>Unit 5: 5027<br>Unit 6: 5145 | $150.00 |
| Water | High Gabriel Water Treatment (d/b/a Texas Water) | Unit 3: 8003<br>Unit 5: 8005<br>Unit 6: 8006 | $400.00 |
| WiFi and Cable | Spectrum | | $600.00 |
| | | **Total:** | **$1,350.00** |

| Lake Property | | | |
|---|---|---|---|
| Serve Provided | Provider Name | Account Number (if applicable) | Average Monthly Cost |
| Water and Trash | Travis County WCID 17 | | $40.00 |
| WiFi and Cable | Spectrum | | $200.00 |
| | | Total: | $240.00 |

| Miscellaneous | | | |
|---|---|---|---|
| Serve Provided | Provider Name | Account Number (if applicable) | Average Monthly Cost |
| Cell Phone | AT&T | | $335.00 |
| Radio | Sirius | | $300.00 |
| | | Total: | $635.00 |

| Category | Total Monthly Cost |
|---|---|
| Barton Creek Property | $2,750.00 |
| Condominiums | $1,350.00 |
| Back of the Moon Property | $240.00 |
| Miscellaneous | $635.00 |
| **TOTAL** | **$4,975.00** |