IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 (Subchapter V) |
| | § | |
| **FREE SPEECH SYSTEMS, LLC,** | § | Case No. 22-60043 |
| | § | |
| Debtor. | § | |
| ------------------------------------------------- | § | |
| **In re:** | § | |
| | § | |
| **ALEXANDER E. JONES,** | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |

**AGENDA FOR HEARING
SCHEDULED FOR JANUARY 20, 2023, AT 11:00 A.M. (PREVAILING
CENTRAL TIME), BEFORE JUIDGE LOPEZ AT THE UNITED STATES
BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS,
AT COURTROOM 401, 515 RUSK STREET, HOUSTON, TEXAS 77002**

> **Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832)-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.**
>
> **Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

Alexander E. Jones ("Jones" or "Debtor"), debtor and debtor-in-possession in the above-referenced Chapter 11 case, hereby files this agenda for matters set for hearing on January 20, 2023, at 11:00 a.m. (prevailing Central Time).

**Employment of Bankruptcy Counsel**

1. Application for Entry of an Order Authorizing the Retention and Employment of Crowe & Dunlevy, P.C. as Debtor's Co-Counsel Effective as of the Petition Date [Dkt. No. 69].

Related documents:

a. Notice of Hearing [Dkt. No. 76]

b. Supplemental Declaration of Vickie L. Driver in Support of Application for Entry of an Order Authorizing the Retention and Employment of Crowe & Dunlevy, P.C. as Debtor's Co-Counsel [Dkt. No. 89].

Status:

Going forward. Comments from UST and UCC incorporated into revised proposed order filed at Docket No. 98.

2. Application for Entry of an Order Authorizing the Retention and Employment of Jordan & Ortiz, P.C. as Debtor Co-Counsel Effective as of the Petition Date [Dkt. No. 71].

Related documents:

a. Notice of Hearing [Dkt. No. 76]

b. Supplemental Declaration of Shelby A. Jordan in Support of the Application for Entry of an Order Authorizing the Retention and Employment of Jordan & Ortiz, P.C. as Debtor Co-Counsel Effective as of the Petition Date [Dkt. No. 90].

Status:

Going forward. Comments from UST and UCC incorporated into revised proposed order filed at Docket No. 99.

**Utility Companies**

3. Debtor's Emergency Motion for Order Under 11 U.S.C. §§ 105(A) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account as Adequate Assurance of Payment, and (iii) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment ("Utility Motion") [Dkt. No. 70].

Related documents:

a. Notice of Hearing [Dkt. No. 76]

b. Exhibit A to Utility Motion

Status:

Going forward. Comments from UCC incorporated into revised proposed order filed at Docket No. 100.  No comments from UST.

**Interim Compensation Procedures**

4. Debtor's Motion for entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Dkt. No. 74].

   Related documents:

   a. Notice of Hearing [Dkt. No. 76]

   Status:

   Going forward. Comments from UST and UCC incorporated into revised proposed order filed at Docket No. 101.

**FSS –Motion to Fix a Date by Which a Debtor Must Assume or Reject Executory Contract**

1. Alexander E. Jones' Motion to Fix a Date by Which a Debtor Must Assume or Reject Executory Contract [FSS Dkt. No. 349].

   Related documents:

   a. Debtor and Sub V Trustee's Joint Limited Objection to Emergency Motion of Alexander E. Jones to Fix a Date by Which a Debtor Must Assume or Reject Executory Contract [Dkt. No. 380 in FSS Case]

   Status:

   Going forward. Parties are negotiating proposed revised order setting deadline at 90 days with ability to extend.

**Additional Employment Applications Not Set for Hearing on January 20, 2023; filed on negative notice**:

1. *Application for Entry of an Order Authorizing the Retention and Employment of Blackbriar Advisors LLC as Financial Advisor to the Debtor Effective as of the Petition Date* [Dkt. 82]. Filed 12/29/22

2. *Application of Debtor in Possession for an Order Authorizing the Employment of Rachel Kennerly, LLC as Tax Accountant for Debtor Nunc Pro Tunc* [Dkt. No. 83]. Filed 12/30/22

Dated: January 19, 2023.

                    **CROWE & DUNLEVY, P.C.**

                    By: */s/ Christina W. Stephenson*
                    Vickie L. Driver
                    State Bar No. 24026886
                    Christina W. Stephenson
                    State Bar No. 24049535
                    2525 McKinnon St., Suite 425
                    Dallas, TX 75201
                    Telephone: 737.218.6187
                    Email: dallaseservice@crowedunlevy.com

                    -and-

                    Shelby A. Jordan
                    State Bar No. 11016700
                    S.D. No. 2195
                    Antonio Ortiz
                    State Bar No. 24074839
                    S.D. No. 1127322
                    **JORDAN & ORTIZ, P.C.**
                    500 North Shoreline Blvd., Suite 900
                    Corpus Christi, TX  78401
                    Telephone: (361) 884-5678
                    Facsimile:  (361) 888-5555
                    Email:  sjordan@jhwclaw.com
                           aortiz@jhwclaw.com
                    Copy to: cmadden@jhwclaw.com

                    **PROPOSED ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on this 19th day of January, 2023.

/s/ *Christina W. Stephenson*
Christina W. Stephenson