IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | (Chapter 11) Subchapter V |
|  | ) |  |
| FREE SPEECH SYSTEMS, LLC, | ) | Case No. 22-60043 (CML) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that on January 18, 2023, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case of Alexander E. Jones (the "Jones Case")[1] filed an application to retain Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") as counsel to the Committee.[2] As indicated in the Jones UCC Retention Application, Akin Gump previously represented Neil Heslin and Scarlett Lewis (the "Texas Plaintiffs") and David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach and Robert Parker (the "Connecticut Plaintiffs" and, together with the Texas Plaintiffs, the "Sandy Hook Families") in connection with the above captioned chapter 11 case (the "Chapter 11 Case"),[3] the Jones Case and certain of the Sandy Hook Families in other related cases, but had withdrawn from such representations.[4]

---

[1] *In re Alexander E. Jones*, No. 22-33553 (CML) (Bankr. S.D. Tex. Dec. 13, 2022), *Notice of Appointment of Official Committee of Unsecured Creditors* [ECF No. 42].

[2] *See In re Alexander E. Jones*, No. 22-33553 (CML) (Bankr. S.D. Tex. Jan. 18, 2023), *Application of the Official Committee of Unsecured Creditors of Alexander E. Jones to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective as of December 19, 2022* [ECF No. 96] (the "Jones UCC Retention Application").

[3] *See Notice of Appearance and Request for Service of Papers*, dated September 16, 2022 [ECF Nos. 167, 168]; *Order Granting Motion to Appear* Pro Hac Vice, dated September 16, 2022 [ECF Nos. 174, 175]; *Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure*, dated December 7, 2022 [ECF No. 302] ¶ 1 n.2; *Verified Rule 2019 Statement of Multiple Representation*, dated December 9, 2022 [ECF No. 306] ¶ 1 n.2.

[4] *See* Jones UCC Retention Application ¶ 12.

**PLEASE TAKE NOTICE** that in accordance with the foregoing, Akin Gump hereby withdraws its appearance in the Chapter 11 Case as counsel for the Sandy Hook Families.

[*The remainder of this page has been left blank intentionally.*]

Dated: January 19, 2023

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ *Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Fax: (214) 969-4343
Email: mbrimmage@akingump.com

*-and-*

Ira S. Dizengoff (*pro hac vice* pending)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

***Former Counsel to the Sandy Hook Families***

## CERTIFICATE OF SERVICE

I certify that on January 19, 2023, a true and correct copy of the foregoing and the attached exhibit were served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.