United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

### ORDER DENYING MOTION FOR REHEARING ON DEBTOR'S APPLICATION TO EMPLOY LAW FIRM
**(RE: Docket No. 206)**

This motion is denied for the reasons stated on the record at the January 20, 2023 hearing.

Signed: January 20, 2023

_____
Christopher Lopez
United States Bankruptcy Judge