**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22–60043 (CML)** |
| | § | |
| **Free Speech Systems, LLC,** | § | **Chapter 11** |
| | § | **Subchapter V** |
| **Debtor.** | § | |

---

**ORDER GRANTING LEONARD POZNER AND VERONIQUE DE LA ROSA'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AGAINST**
**FREE SPEECH SYSTEMS, LLC**

---

Before the Court is Leonard Pozner and Veronique De La Rosa's Motion.[1]  After considering the Motion and the relief requested therein, and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and appropriate notice having been provided under the circumstances of the Motion and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT**:

**ORDERED** that the Motion is **GRANTED** as set forth herein; it is further

**ORDERED** that the automatic stay pursuant to 11 U.S.C. § 362(a) be and hereby is immediately modified solely to: (i) allow Pozner and De La Rosa's suit to continue to proceed to entry of final judgment, and (ii) once judgment is entered, to allow an appeal, if any, to proceed

---

[1]  Capitalized words used herein but not defined shall have the same meanings ascribed to such terms as in Leonard Pozner and Veronique De La Rosa's *Motion for Relief from the Automatic Stay against Free Speech Systems, LLC*.

and Pozner and De La Rosa to respond and participate in any such appeal without further order of this Court; it is further

**ORDERED** that the 14 day stay requirement under Rule 4001(a)(3) is waived and this Order shall be effective immediately upon entry of it by the Court; it is further

**ORDERED** that the Court shall retain sole and exclusive jurisdiction with respect to the automatic stay and its application to any actions other than those expressly provided for in this Order.

**SIGNED THIS _____ DAY OF _____, 2023**

**CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**