UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 22–60043 (CML) |
| Free Speech Systems, LLC, | § § | Chapter 11 |
| Debtor. | § § | Subchapter V |

### ORDER GRANTING LEONARD POZNER AND VERONIQUE DE LA ROSA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AGAINST FREE SPEECH SYSTEMS, LLC

Before the Court is Leonard Pozner and Veronique De La Rosa's Motion.[1] After considering the Motion and the relief requested therein, and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and appropriate notice having been provided under the circumstances of the Motion and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT**:

**ORDERED** that the Motion is **GRANTED** as set forth herein; it is further

**ORDERED** that the automatic stay pursuant to 11 U.S.C. § 362(a) be and hereby is immediately modified solely to: (i) allow Pozner and De La Rosa's suit to continue to proceed to entry of final judgment, and (ii) once judgment is entered, to allow an appeal, if any, to proceed

---

[1] Capitalized words used herein but not defined shall have the same meanings ascribed to such terms as in Leonard Pozner and Veronique De La Rosa's *Motion for Relief from the Automatic Stay against Free Speech Systems, LLC*.

and Pozner and De La Rosa to respond and participate in any such appeal without further order of this Court; it is further

**ORDERED** that the 14 day stay requirement under Rule 4001(a)(3) is waived and this Order shall be effective immediately upon entry of it by the Court; it is further

**ORDERED** that the Court shall retain sole and exclusive jurisdiction with respect to the automatic stay and its application to any actions other than those expressly provided for in this Order.

**SIGNED THIS _____ DAY OF _____, 2023**

 

**CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**