**Fill in this information to identify the case:**

Debtor Name  Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number:  22-60043

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  December

Line of business:  Dietary Supplement Sales

Date report filed:  01/19/2022
MM / DD / YYYY

NAISC code:  325411

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  J Patrick Magill

Original signature of responsible party

Printed name of responsible party  J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐        ☐        ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐        ☐        ☐
        *** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                            $ _____

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections
    on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                              $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                         − $ _____

22. **Net cash flow**                                                               + $ _____

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**                                        = $ _____

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                   $ _____

       *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ _____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____

27. What is the number of employees as of the date of this monthly report?                 _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                  $ _____

31. How much have you paid in total other professional fees since filing the case?                 $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                      $ _____

36. Total projected cash disbursements for the next month:                              −  $ _____

37. Total projected net cash flow for the next month:                                   =  $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit E**
**Total Payables**

*For various reasons, Free Speech Systems LLC has not kept its books on the accrual basis of*
*accounting and as a result there is not a traditional accounts payable list available at this*
*time.  Free Speech Systems has kept books on the cash basis and virtually all bills are paid via*
*ACH.  We are including the invoices / bills paid / checks cleared from the 1st to the 15th of*
*the following month as a reasonable estimate of our payables at the date of the report.*

As of December 31, 2022

| From | Amount | Due Date | From | Amount | Due Date |
|------|-------:|----------|------|-------:|----------|
| Vultr Holdings | 149.47 | 1/3/2023 | Elevated Solutions Grp | 95,481.66 | 1/6/2023 |
| DirecTV | 208.43 | 1/3/2023 | PQPR | 50,000.00 | 1/6/2023 |
| ADT | 10.28 | 1/3/2023 | PQPR | 5,000.00 | 1/6/2023 |
| ADT | 20.45 | 1/3/2023 | PQPR | 68,411.83 | 1/6/2023 |
| ADT | 54.22 | 1/3/2023 | Amazon.com | 47.59 | 1/9/2023 |
| ADT | 69.18 | 1/3/2023 | Amazon.com | 181.64 | 1/9/2023 |
| ADT | 72.02 | 1/3/2023 | Waste Connections | 2,099.92 | 1/9/2023 |
| ADT | 102.06 | 1/3/2023 | Blue Cross Insurance | 25,566.19 | 1/9/2023 |
| ADT | 126.76 | 1/3/2023 | Go Daddy | 5.32 | 1/9/2023 |
| ADT | 558.08 | 1/3/2023 | Go Daddy | 180.96 | 1/9/2023 |
| ADT | 830.10 | 1/3/2023 | Astound Grande Comm | 1,300.00 | 1/10/2023 |
| ADT | 1,411.18 | 1/3/2023 | Principle Insurance | 3,236.14 | 1/10/2023 |
| Web Pay Lease | 1,847.87 | 1/3/2023 | EPIK LLC | 19.98 | 1/11/2023 |
| The Hartford | 2,363.10 | 1/3/2023 | Paddle.net | 322.92 | 1/11/2023 |
| Authnet Gateway | 6,137.60 | 1/3/2023 | Intuit | 213.20 | 1/11/2023 |
| Zoom | 107.25 | 1/3/2023 | Fast Spring | 152.56 | 1/12/2023 |
| Name.com | 379.77 | 1/3/2023 | Melissa Haseldon | 131,043.50 | 1/12/2023 |
| MongoDB | 3,432.18 | 1/3/2023 | EPIK LLC | 19.98 | 1/13/2023 |
| Lathem Time Corp | 138.64 | 1/4/2023 | EPIK LLC | 45.74 | 1/13/2023 |
| Intuit | 836.81 | 1/4/2023 | Amazon.com | 293.62 | 1/13/2023 |
| Complete | 1,872.50 | 1/4/2023 | Google | 280.00 | 1/13/2023 |
| FDC Server | 555.34 | 1/5/2023 | Rachael Kennerly | 2,250.00 | 1/13/2023 |
| Mid Journey | 31.92 | 1/5/2023 | Contract Production | 1,500.00 | 1/13/2023 |
| Zoom | 47.17 | 1/5/2023 | Ray Bataglia | 33,351.00 | 1/13/2023 |
| Amazon.com | 287.91 | 1/6/2023 | Contract Production | 3,500.00 | 1/13/2023 |
| AWIO Web Svcs | 449.00 | 1/6/2023 | Contract Production | 1,185.00 | 1/13/2023 |
| B&H Photo | 498.74 | 1/6/2023 | Stone Edge Tech | 970.00 | 1/13/2023 |
| Austin Security | 4,730.53 | 1/6/2023 | Edgecast Inc | 5,863.00 | 1/13/2023 |
| Contract Production | 3,200.00 | 1/6/2023 | Subscribe Pro | 7,999.00 | 1/13/2023 |
| Contract Production | 1,600.00 | 1/6/2023 | Haivision Networks | 49,865.00 | 1/13/2023 |
| Contract Janitorial | 3,000.00 | 1/6/2023 | Supply Acceleration | 68,770.50 | 1/13/2023 |
| Contract Production | 7,450.00 | 1/6/2023 | Elevated Solutions Grp | 83,606.82 | 1/13/2023 |
| Contract Production | 3,200.00 | 1/6/2023 | PQPR | 27,717.04 | 1/13/2023 |
| Contract Production | 1,301.64 | 1/6/2023 | PQPR | 5,000.00 | 1/13/2023 |
| Contract Production | 25,000.00 | 1/6/2023 | PQPR | 50,000.00 | 1/13/2023 |
| Nutrascience | 121,752.51 | 1/6/2023 | One Horn Transport | 464.33 | 1/14/2023 |
| Gracenote Media | 123.58 | 1/6/2023 | EPIK LLC | 9.99 | 1/15/2023 |
| WMQM | 2,708.33 | 1/6/2023 | Back Blaze | 149.61 | 1/15/2023 |
| Supply Acceleration | 112,186.59 | 1/6/2023 | New Relic | 266.50 | 1/15/2023 |
| Getty Images | 9,854.54 | 1/6/2023 | FDC Server.net | 571.19 | 1/15/2023 |
| | | | | 1,045,647.48 | |



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of December 31, 2022*

| From | Amount | Due Date |
|------|--------|----------|
| Processor S | 92,556.08 | 1/4/2023 |
| Processor S | 583,317.30 | 1/4/2023 |
| | **675,873.38** | |

**FREE SPEECH SYSTEMS**

| | AXOS Deposits #78877 | AXOS Operating #78919 | AXOS Donations #78885 | AXOS Payroll #78927 | AXOS Infowars #78893 | AXOS Legal #78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **December 1 to December 31** | | | | | | | | | | | | |
| **Opening Balance** | 1,105,187.17 | 239,662.95 | 355,971.51 | 101,836.61 | 6,125.44 | - | - | - | - | - | 11.77 | 1,808,795.45 |
| Cash Receipts | 1,935,438.62 | 19,611.00 | 23,427.08 | - | - | - | - | - | - | - | - | 1,978,476.70 |
| Cash Disbursements | - | (3,038,952.48) | - | (401,438.81) | - | - | - | - | - | - | - | (3,440,391.29) |
| **Net Cash Flow** | 1,935,438.62 | (3,019,341.48) | 23,427.08 | (401,438.81) | - | - | - | - | - | - | - | (1,461,914.59) |
| Transfers In | - | 2,900,000.00 | - | 320,000.00 | - | - | - | - | - | - | - | 3,220,000.00 |
| Transfers Out | (2,970,000.00) | - | (250,000.00) | - | - | - | - | - | - | - | - | (3,220,000.00) |
| **Cash on Hand** | 70,625.79 | 120,321.47 | 129,398.59 | 20,397.80 | 6,125.44 | - | - | - | - | - | 11.77 | 346,880.86 |



Date 12/30/22
Primary Account                    

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Deposit

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates  12/01/22 thru 12/31/22 | |
| Previous Balance | 1,105,187.17 | Days in the statement period | 31 |
| 19 Deposits/Credits | 1,935,438.62 | Avg Daily Ledger | 611,284.60 |
| 9 Checks/Debits | 2,970,000.00 | Avg Daily Collected | 611,284.60 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 70,625.79 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/01 | Wire Transfer Credit | 160,455.75 |
| | 91362-4344 US CA | |
| | 20221201B6B7HU1R017408 | |
| | 20221201MMQFMP9N000296 | |
| | 12011508FT03 | |
| 12/06 | Wire Transfer Credit | 109,485.05 |
| | HOUSTON TX 77006-4407 US | |
| | 20221206B1QGC08C010080 | |



Date 12/30/22
Primary Account    

Commercial Checking          ████████    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|       | 20221206MMQFMP9N000081 12061054FT01 | |
| 12/06 | Wire Transfer Credit | 109,521.49 |
|       | 20221206B1QGC07C033485 20221206MMQFMP9N000337 12061708FT01 | |
| 12/06 | Wire Transfer Credit | 119,453.32 |
|       | HOUSTON TX 77006-4407 US 20221206B1QGC08C010091 20221206MMQFMP9N000082 12061054FT01 | |
| 12/07 | Wire Transfer Credit | 78,164.43 |
|       | HOUSTON TX 77006-4407 US 20221207B1QGC08C025688 20221207MMQFMP9N000223 12071506FT01 | |
| 12/08 | Wire Transfer Credit | 50,287.76 |
|       | HOUSTON TX 77006-4407 US 20221208B1QGC03C013998 20221208MMQFMP9N000209 12081445FT01 | |
| 12/09 | Wire Transfer Credit | 48,798.87 |
|       | HOUSTON TX 77006-4407 US 20221209B1QGC08C032550 | |



Date 12/30/22
Primary Account 

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20221209MMQFMP9N000281 | |
| | 12091624FT01 | |
| 12/12 | Wire Transfer Credit | 51,336.59 |
| | HOUSTON TX 77006-4407 US | |
| | 20221212B1QGC07C013174 | |
| | 20221212MMQFMP9N000190 | |
| | 12121426FT01 | |
| 12/14 | Wire Transfer Credit | 127,010.23 |
| | HOUSTON TX 77006-4407 US | |
| | 20221214B1QGC07C018129 | |
| | 20221214MMQFMP9N000296 | |
| | 12141522FT01 | |
| 12/14 | Wire Transfer Credit | 191,305.87 |
| | HOUSTON TX 77006-4407 US | |
| | 20221214B1QGC08C037812 | |
| | 20221214MMQFMP9N000301 | |
| | 12141527FT01 | |
| 12/15 | Wire Transfer Credit | 75,701.65 |
| | HOUSTON TX 77006-4407 US | |
| | 20221215B1QGC08C042074 | |
| | 20221215MMQFMP9N000321 | |
| | 12151524FT01 | |
| 12/16 | Wire Transfer Credit | 60,451.29 |
| | HOUSTON TX 77006-4407 US | |
| | 20221216B1QGC06C017922 | |



Date 12/30/22
Primary Account 

Commercial Checking  (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20221216MMQFMP9N000294 | |
| | 12161513FT01 | |
| 12/19 | Wire Transfer Credit | 60,004.77 |
| | HOUSTON TX 77006-4407 US | |
| | 20221219B1QGC08C037838 | |
| | 20221219MMQFMP9N000306 | |
| | 12191604FT01 | |
| 12/20 | Wire Transfer Credit | 196,255.41 |
| | HOUSTON TX 77006-4407 US | |
| | 20221220B1QGC06C012664 | |
| | 20221220MMQFMP9N000304 | |
| | 12201652FT01 | |
| 12/21 | Wire Transfer Credit | 104,176.22 |
| | HOUSTON TX 77006-4407 US | |
| | 20221221B1QGC07C023307 | |
| | 20221221MMQFMP9N000357 | |
| | 12211637FT01 | |
| 12/22 | Wire Transfer Credit | 97,209.00 |
| | HOUSTON TX 77006-4407 US | |
| | 20221222B1QGC05C014722 | |
| | 20221222MMQFMP9N000359 | |
| | 12221638FT01 | |
| 12/23 | Wire Transfer Credit | 139,917.41 |
| | HOUSTON TX 77006-4407 US | |
| | 20221223B1QGC06C014226 | |





Date 12/30/22
Primary Account

Commercial Checking  (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20221223MMQFMP9N000176 | |
| | 12231227FT01 | |
| 12/29 | Wire Transfer Credit | 96,755.58 |
| | WESTLAKE VILLAGE, CA  91362 | |
| | PITTSBURGH, PA 15237 | |
| | 20221229QMGFT014000598 | |
| | 20221229MMQFMP9N000157 | |
| | 12291202FT01 | |
| 12/30 | Wire Transfer Credit | 59,147.93 |
| | WESTLAKE VILLAGE, CA  91362 | |
| | PITTSBURGH, PA 15237 | |
| | 20221230QMGFT001000467 | |
| | 20221230MMQFMP9N000176 | |
| | 12301124FT01 | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 12/01 | From DDA *8877,To DDA *8927 | 30,000.00- |
| 12/01 | From DDA *8877,To DDA *8919 | 600,000.00- |
| 12/08 | From DDA *8877,To DDA *8919 | 400,000.00- |
| 12/12 | From DDA *8877,To DDA *8919 | 100,000.00- |
| 12/14 | From DDA *8877,To DDA *8919 | 500,000.00- |
| 12/15 | From DDA *8877,To DDA *8927 | 120,000.00- |
| 12/23 | From DDA *8877,To DDA *8919 | 550,000.00- |
| 12/28 | From DDA *8877,To DDA *8927 | 170,000.00- |
| 12/29 | From DDA *8877,To DDA *8919 | 500,000.00- |



Payroll ∓ 320,000
Operating



Date 12/30/22
Primary Account 

Commercial Checking　　　　　　　　(Continued)

| DAILY BALANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 12/01 | 635,642.92 | 12/14 | 521,006.53 | 12/22 | 994,804.87 |
| 12/06 | 974,102.78 | 12/15 | 476,708.18 | 12/23 | 584,722.28 |
| 12/07 | 1,052,267.21 | 12/16 | 537,159.47 | 12/28 | 414,722.28 |
| 12/08 | 702,554.97 | 12/19 | 597,164.24 | 12/29 | 11,477.86 |
| 12/09 | 751,353.84 | 12/20 | 793,419.65 | 12/30 | 70,625.79 |
| 12/12 | 702,690.43 | 12/21 | 897,595.87 | | |

*** END OF STATEMENT ***



Date 12/30/22
Primary Account  Page 1

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:      FREE SPEECH SYSTEMS, LLC
                    Case 22-60043, Operations

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 17 |
| Account Number | | Statement Dates  12/01/22 thru 12/31/22 | |
| Previous Balance | 239,662.95 | Days in the statement period | 31 |
| 50 Deposits/Credits | 2,919,611.00 | Avg Daily Ledger | 235,684.12 |
| 112 Checks/Debits | 3,038,952.18 | Avg Daily Collected | 235,356.35 |
| Maintenance Fee | .30 | | |
| Interest Paid | .00 | | |
| Ending Balance | 120,321.47 | | |

## SERVICE CHARGE ITEMIZATION

| Description | Amount |
|---|---|
| Item Fee in Service Charge | .30 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/01 | From DDA *8877,To DDA *8919 | 600,000.00 |
| 12/05 | MyDeposit | 30.95 |
| 12/05 | MyDeposit | 38.00 |
| 12/05 | MyDeposit | 50.00 |
| 12/05 | MyDeposit | 118.80 |
| 12/05 | MyDeposit | 127.80 |
| 12/05 | MyDeposit | 137.80 |
| 12/05 | MyDeposit | 147.23 |
| 12/05 | MyDeposit | 150.00 |



BANK

Date 12/30/22
Primary Account        

Commercial Checking        (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|-------:|
| 12/05 | MyDeposit | 152.85 |
| 12/05 | MyDeposit | 160.00 |
| 12/05 | MyDeposit | 176.00 |
| 12/05 | MyDeposit | 179.70 |
| 12/05 | MyDeposit | 200.00 |
| 12/05 | MyDeposit | 334.35 |
| 12/05 | MyDeposit | 494.70 |
| 12/05 | MyDeposit | 1,886.89 |
| 12/06 | Refund Debit Card Rush Order | 50.00 |
| 12/08 | From DDA *8877,To DDA *8919 | 400,000.00 |
| 12/12 | From DDA *8877,To DDA *8919 | 100,000.00 |
| 12/12 | DEPOSIT     STARCLING, LLC | 9,400.00 |
|  | CCD 091000012366951 |  |
|  | FREE SPEECH SYSTEMS LL |  |
| 12/14 | From DDA *8877,To DDA *8919 | 500,000.00 |
| 12/20 | MyDeposit | 10.00 |
| 12/20 | MyDeposit | 30.00 |
| 12/20 | MyDeposit | 38.00 |
| 12/20 | MyDeposit | 39.99 |
| 12/20 | MyDeposit | 55.00 |
| 12/20 | MyDeposit | 65.00 |
| 12/20 | MyDeposit | 100.00 |
| 12/20 | MyDeposit | 119.07 |
| 12/20 | MyDeposit | 125.00 |
| 12/20 | MyDeposit | 139.95 |
| 12/20 | MyDeposit | 148.25 |
| 12/20 | MyDeposit | 150.00 |
| 12/20 | MyDeposit | 161.86 |
| 12/20 | MyDeposit | 169.65 |
| 12/20 | MyDeposit | 195.00 |
| 12/20 | MyDeposit | 199.60 |
| 12/20 | MyDeposit | 200.00 |
| 12/20 | MyDeposit | 201.00 |
| 12/20 | MyDeposit | 208.35 |
| 12/20 | MyDeposit | 235.79 |
| 12/20 | MyDeposit | 343.55 |
| 12/20 | MyDeposit | 360.00 |
| 12/20 | MyDeposit | 400.00 |
| 12/20 | MyDeposit | 2,080.87 |
| 12/23 | From DDA *8877,To DDA *8919 | 550,000.00 |
| 12/29 | From DDA *8885,To DDA *8919 | 100,000.00 |



Date 12/30/22
Primary Account 

Commercial Checking  (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/29 | From DDA *8885,To DDA *8919 | 150,000.00 |
| 12/29 | From DDA *8877,To DDA *8919 | 500,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 12/01 | DBT CRD 1557 11/30/22 90663680<br>SURF THRU MONTOPOLIS<br>AUSTIN        TX C#0837 | 20.00- |
| 12/01 | NWTBCLSCIC THE HARTFORD<br>CCD 051000014465594<br>FREE SPEECH SYSTEMS | 2,363.10- |
| 12/01 | SALE       BLUE ASENSION LO<br>CCD 021000023085216<br>FREE SPEECH SYSTEMS | 46,960.01- |
| 12/01 | SALE       BLUE ASENSION LO<br>CCD 021000023085214<br>FREE SPEECH SYSTEMS | 49,999.99- |
| 12/02 | PAYMENTS   LATHEM TIME CORP<br>CCD 062000013383301<br>FREE SPEECH SYSTEMS LL | 138.64- |
| 12/02 | monthly    FREESPEECHOP<br>PPD 122287250000378<br>FREESPEECHOP | 1,600.00- |
| 12/02 | monthly    FREESPEECHOP<br>PPD 122287250000394<br>FREESPEECHOP | 2,700.00- |
| 12/02 | monthly    FREESPEECHOP<br>PPD 122287250000390<br>FREESPEECHOP | 2,837.50- |
| 12/02 | ,onthly    FREESPEECHOP<br>PPD 122287250000412<br>FREESPEECHOP | 3,000.00- |
| 12/02 | SALE       AUSTIN SECURITY<br>CCD 021000021768657<br>FREE SPEECH SYSTEMS | 4,692.64- |
| 12/02 | SALE       AUSTIN SECURITY<br>CCD 021000021768659<br>FREE SPEECH SYSTEMS | 4,919.96- |



Date 12/30/22
Primary Account 

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 12/02 | BILLING     AUTHNET GATEWAY<br>CCD 104000015919795<br>FREE SPEECH SYSTEMS, L | 6,096.00- |
| 12/02 | monthly     FREESPEECHOP<br>CCD 122287250000386<br>FREESPEECHOP | 8,194.05- |
| 12/02 | monthly     FREESPEECHOP<br>CCD 122287250000351<br>FREESPEECHOP | 20,909.91- |
| 12/02 | SALE        ATOMIAL LLC<br>CCD 021000021768441<br>FREE SPEECH SYSTEMS | 25,200.00- |
| 12/02 | SALE        ECOMMERCE CDN LL<br>CCD 021000022452289<br>FREE SPEECH SYSTEMS | 27,270.00- |
| 12/02 | monthly     FREESPEECHOP<br>CCD 122287250000498<br>FREESPEECHOP | 50,798.26- |
| 12/02 | monthly     FREESPEECHOP<br>CCD 122287250000406<br>FREESPEECHOP | 421,726.92- |
| 12/05 | DBT CRD 1409 12/02/22 25732369<br>HERTZ #0767737<br>AUSTIN       TX C#0837 | 873.50- |
| 12/05 | PAYMENT     ADT<br>PPD 101000691173124<br>FREE SPEECH SYSTEMS | 10.28- |
| 12/05 | PAYMENT     ADT<br>PPD 101000691173130<br>FREE SPEECH SYSTEMS | 20.45- |
| 12/05 | PAYMENT     ADT<br>PPD 101000691173123<br>FREE SPEECH SYSTEMS | 64.22- |
| 12/05 | PAYMENT     ADT<br>PPD 101000691173128<br>FREE SPEECH SYSTEMS | 69.18- |
| 12/05 | PAYMENT     ADT<br>PPD 101000691173122<br>FREE SPEECH SYSTEMS | 72.02- |
| 12/05 | PAYMENT     ADT<br>PPD 101000691173131 | 81.19- |



Date 12/30/22
Primary Account 

Commercial Checking                    ████████ (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 12/05 | FREE SPEECH SYSTEMS<br>PAYMENT    ADT<br>PPD 101000691173132 | 81.19- |
| 12/05 | FREE SPEECH SYSTEMS<br>PAYMENT    ADT<br>PPD 101000691173127 | 102.06- |
| 12/05 | FREE SPEECH SYSTEMS<br>PAYMENT    ADT<br>PPD 101000691173125 | 126.76- |
| 12/05 | FREE SPEECH SYSTEMS<br>DIRECTV    DIRECTV<br>TEL 021000021722984 | 208.43- |
| 12/05 | SERVICES    GOOGLE<br>CCD 091000013692881<br>Free Speech Systems, L | 280.00- |
| 12/05 | PAYMENT    ADT<br>PPD 101000691173121 | 532.93- |
| 12/05 | FREE SPEECH SYSTEMS<br>QBooks Onl 18004INTUIT<br>CCD 021000024309220 | 642.27- |
| 12/05 | FREE SPEECH SYSTEMS<br>PAYMENT    ADT<br>PPD 101000691173129 | 830.10- |
| 12/05 | FREE SPEECH SYSTEMS<br>PAYMENT    ADT<br>PPD 101000691173126 | 1,411.18- |
| 12/05 | FREE SPEECH SYSTEMS<br>PURCHASE    COMPLETECONTROLR<br>PPD 091000017196243 | 1,835.00- |
| 12/07 | FREE SPEECH SYSTEMS<br>DBT CRD 1341 12/06/22 08801373<br>RMA TOLL<br>833-762-8655  CA C#0837 | 475.76- |
| 12/09 | SPECTRUM    SPECTRUM<br>PPD 021000027685324 | 180.14- |
| 12/09 | FREE SPEECH SYSTEMS LL<br>WEB_PAY    WASTE CONNECTION<br>WEB 021000023010887<br>WENDELL M SCHWARTZ<br>68392722120822 | 2,099.92- |



Date 12/30/22
Primary Account 

Commercial Checking ▓▓▓▓▓ (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 12/09 | SALE      AUSTIN SECURITY<br>CCD 021000026665809<br>FREE SPEECH SYSTEMS | 4,237.99- |
| 12/09 | SALE      BLUE ASENSION LO<br>CCD 021000026669027<br>FREE SPEECH SYSTEMS | 4,900.00- |
| 12/09 | Monthly    FREESPEECHOP<br>PPD 122287250000357<br>FREESPEECHOP | 8,950.00- |
| 12/09 | Expenses   FREESPEECHOP<br>PPD 122287250000311<br>FREESPEECHOP | 22,340.93- |
| 12/09 | monthly    FREESPEECHOP<br>PPD 122287250000379<br>FREESPEECHOP | 50,000.00- |
| 12/09 | Monthly    FREESPEECHOP<br>CCD 122287250000333<br>FREESPEECHOP | 56,909.31- |
| 12/09 | monthly    FREESPEECHOP<br>CCD 122287250000373<br>FREESPEECHOP | 364,734.58- |
| 12/12 | DBT CRD 0236 12/11/22 09998579<br>HERTZ TOLL 105211341<br>877-411-4300  TX C#0837 | 24.45- |
| 12/12 | QBooks Onl INTUIT *<br>CCD 021000028063870<br>FREE SPEECH SYSTEMS LL | 213.20- |
| 12/12 | BILL PYMNT ACHIVR VISB<br>TEL 021000025349244 | 535.06- |
| 12/12 | TELECOMM   GRANDE COMMUNICA<br>WEB 021000022422845<br>WENDELL M *SCHWARTZ<br>4907310 | 1,300.00- |
| 12/12 | INSUR CLM  PLIC-SBD<br>CCD 091000013097278<br>Axos Operations | 3,394.69- |
| 12/13 | DD      WEBFILE TAX PYMT<br>CCD 021000023181561<br>33311/12345/EDI/XML - | 3,817.56- |
| 12/13 | DD      WEBFILE TAX PYMT<br>CCD 021000023181852 | 4,915.54- |



Date 12/30/22
Primary Account 

Commercial Checking �e████████ (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 33311/12345/EDI/XML - | |
| 12/13 | DD        WEBFILE TAX PYMT | 10,857.23- |
| | CCD 021000023181315 | |
| | 33311/12345/EDI/XML - | |
| 12/13 | DD        WEBFILE TAX PYMT | 12,081.77- |
| | CCD 021000023181322 | |
| | 33311/12345/EDI/XML - | |
| 12/13 | DBT CRD 1249 12/12/22 77587696 | 151.90- |
| | Name.com, Inc | |
| | 720-2492374   CO C#5784 | |
| 12/14 | DD        WEBFILE TAX PYMT | 2,875.94- |
| | CCD 021000024482567 | |
| | 33311/12345/EDI/XML - | |
| 12/14 | DD        WEBFILE TAX PYMT | 6,392.62- |
| | CCD 021000024482557 | |
| | 33311/12345/EDI/XML - | |
| 12/14 | DD        WEBFILE TAX PYMT | 7,225.91- |
| | CCD 021000024482562 | |
| | 33311/12345/EDI/XML - | |
| 12/14 | DD        WEBFILE TAX PYMT | 12,042.22- |
| | CCD 021000024482554 | |
| | 33311/12345/EDI/XML - | |
| 12/15 | ORKIN PEST ORKIN | 261.97- |
| | WEB 021000029449609 | |
| | FREE SPEECH SYSTEMS *O | |
| | 6144719 | |
| 12/16 | DBT CRD 1518 12/15/22 67268639 | 267.78- |
| | AMZN Mktp US*VM45G1YA3 | |
| | Amzn.com/bill WA C#5784 | |
| 12/16 | Expenses   FREESPEECHOP | 714.08- |
| | PPD 122287250000521 | |
| | FREESPEECHOP | |
| 12/16 | SALE      AUSTIN SECURITY | 5,260.95- |
| | CCD 021000020393527 | |
| | FREE SPEECH SYSTEMS | |
| 12/16 | Bill Pay   FREESPEECHOP | 5,800.00- |
| | CCD 122287250000063 | |
| | FREESPEECHOP | |
| 12/16 | SPECTRUM   SPECTRUM | 10,457.22- |
| | WEB 021000024183377 | |



BANK

Date 12/30/22
Primary Account 

Commercial Checking   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FREE SPEECH SYSTEMS 6316287 | |
| 12/16 | Bill Pay    FREESPEECHOP PPD 122287250000961 | 53,660.00- |
| | FREESPEECHOP | |
| 12/16 | monthly    FREESPEECHOP CCD 122287250000065 | 121,752.51- |
| | FREESPEECHOP | |
| 12/16 | Bill Pay    FREESPEECHOP CCD 122287250000061 | 234,663.34- |
| | FREESPEECHOP | |
| 12/19 | DBT CRD 2350 12/18/22 10271656 HOVER | 17.42- |
| | 866-731-6556  MS C#5784 | |
| 12/19 | DBT CRD 1126 12/16/22 27633105 AMZN Mktp US*7S5RW3T03 | 54.55- |
| | Amzn.com/bill WA C#5784 | |
| 12/19 | DBT CRD 1018 12/16/22 87078516 AMZN Mktp US*1Q6R189F3 | 170.70- |
| | Amzn.com/bill WA C#5784 | |
| 12/19 | DBT CRD 1051 12/16/22 07169394 AMZN Mktp US*DM8LE3UX3 | 186.97- |
| | Amzn.com/bill WA C#5784 | |
| 12/19 | DBT CRD 1052 12/18/22 07786395 AMZN Mktp US*KI12P0TA3 | 405.50- |
| | Amzn.com/bill WA C#5784 | |
| 12/19 | WEBPAYMENT ADDSHOPPERSINC WEB 091000012905563 | 2,989.00- |
| | FREE SPEECH SYSTEMS | |
| 12/19 | WEB PAY    LEASE DIRECT CCD 043000092320489 | 5,457.01- |
| | Free Speech Systems Op | |
| 12/21 | monthly    FREESPEECHOP CCD 122287250000330 | 3,000.00- |
| | FREESPEECHOP | |
| 12/21 | monthly    FREESPEECHOP CCD 122287250000343 | 25,566.19- |
| | FREESPEECHOP | |
| 12/22 | RECRD MGMT IRON MOUNTAIN CCD 021000025625004 | 429.40- |



Date 12/30/22
Primary Account      

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 12/23 | WENDELL *M SCHWARTZ<br>Payment   ATT<br>PPD 031100208760045 | 2,605.34- |
| 12/27 | Free speech systems<br>Monthly   FREESPEECHOP<br>PPD 122287250000234 | 44,718.08- |
| 12/27 | FREESPEECHOP<br>monthly   FREESPEECHOP<br>CCD 122287250000228 | 480,639.32- |
| 12/28 | FREESPEECHOP<br>PHONECHECK HASTINGSHUMANS<br>TEL 091000016999792 | 182.94- |
| 12/28 | MSInvoice  DS WATERS OF AME<br>PPD 042000019678668 | 190.82- |
| 12/28 | Wendell M Schwartz<br>PHONECHECK HASTINGSHUMANS<br>TEL 091000016999786 | 767.66- |
| 12/28 | PHONECHECK HASTINGSHUMANS<br>TEL 091000016999785 | 9,999.00- |
| 12/28 | DBT CRD 1201 12/27/22 48837261<br>ZOOM.US 888-799-9666<br>WWW.ZOOM.US   CA C#5784 | 399.75- |
| 12/30 | DBT CRD 1339 12/29/22 07927938<br>TXTAG 888 468 9824<br>888-468-9824  TX C#5784 | 36.51- |
| 12/30 | SALE      AUSTIN SECURITY<br>CCD 021000024297046<br>FREE SPEECH SYSTEMS | 4,389.54- |
| 12/30 | SALE      AUSTIN SECURITY<br>CCD 021000024297048<br>FREE SPEECH SYSTEMS | 5,185.18- |
| 12/30 | Expenses   FREESPEECHOP<br>PPD 122287250000557<br>FREESPEECHOP | 10,907.89- |
| 12/30 | SALE      ATOMIAL LLC<br>CCD 021000024296965<br>FREE SPEECH SYSTEMS | 25,200.00- |
| 12/30 | SALE      ECOMMERCE CDN LL<br>CCD 021000024545216<br>FREE SPEECH SYSTEMS | 27,270.00- |



Date 12/30/22
Primary Account 

Commercial Checking  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 12/30 | monthly   FREESPEECHOP<br>PPD 122287250000477<br>FREESPEECHOP | 54,607.50- |
| 12/30 | monthly   FREESPEECHOP<br>CCD 122287250000790<br>FREESPEECHOP | 179,814.19- |
| 12/30 | monthly   FREESPEECHOP<br>CCD 122287250000497<br>FREESPEECHOP | 361,910.63- |
| 12/30 | Service Charge | .30-SC |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 12/02 | 1001 | 10.00 | 12/06 | 99234248* | 92.96 |
| 12/12 | 1002 | 718.75 | 12/08 | 99266774* | 425.66 |
| 12/15 | 1003 | 712.50 | 12/05 | 99393588* | 56.00 |
| 12/12 | 1004 | 706.25 | 12/05 | 99415135* | 570.00 |
| 12/12 | 1005 | 1,512.50 | 12/28 | 99429668* | 41.11 |
| 12/12 | 1006 | 475.00 | 12/13 | 99512212* | 18,269.20 |
| 12/12 | 1007 | 225.00 | 12/27 | 99541473* | 32.01 |
| 12/09 | 99093634* | 216.44 | 12/02 | 99708973* | 103.96 |
| 12/13 | 99136700* | 67,521.44 | | | |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | 740,319.85 | 12/12 | 141,421.73 | 12/21 | 29,648.64 |
| 12/02 | 160,122.01 | 12/13 | 23,807.09 | 12/22 | 29,219.24 |
| 12/05 | 156,640.32 | 12/14 | 495,270.40 | 12/23 | 576,613.90 |
| 12/06 | 156,597.36 | 12/15 | 494,295.93 | 12/27 | 51,224.49 |
| 12/07 | 156,121.60 | 12/16 | 61,720.05 | 12/28 | 39,643.21 |
| 12/08 | 555,695.94 | 12/19 | 52,438.90 | 12/29 | 789,643.21 |
| 12/09 | 41,126.63 | 12/20 | 58,214.83 | 12/30 | 120,321.47 |

*** END OF STATEMENT ***



Date 12/30/22
Primary Account 

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Donations

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates  12/01/22 thru 12/31/22 | |
| Previous Balance | 355,971.51 | Days in the statement period | 31 |
| 53 Deposits/Credits | 23,427.08 | Avg Daily Ledger | 348,609.02 |
| 2 Checks/Debits | ✔250,000.00 | Avg Daily Collected | 348,354.38 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 129,398.59 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/05 | MyDeposit | 5.00 |
| 12/05 | MyDeposit | 10.00 |
| 12/05 | MyDeposit | 10.00 |
| 12/05 | MyDeposit | 20.00 |
| 12/05 | MyDeposit | 50.00 |
| 12/05 | MyDeposit | 50.00 |
| 12/05 | MyDeposit | 100.00 |
| 12/05 | MyDeposit | 100.00 |
| 12/05 | MyDeposit | 100.00 |
| 12/05 | MyDeposit | 100.00 |
| 12/05 | MyDeposit | 100.00 |
| 12/05 | MyDeposit | 100.00 |
| 12/05 | MyDeposit | 200.00 |
| 12/05 | MyDeposit | 600.00 |



Date 12/30/22
Primary Account 

Commercial Checking (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/06 | Owen Shroy Owen Shroyer<br>CCD 111000027193733<br>INFOWARS DONATIONS | 15,533.08 |
| 12/20 | MyDeposit | 5.00 |
| 12/20 | MyDeposit | 9.00 |
| 12/20 | MyDeposit | 10.00 |
| 12/20 | MyDeposit | 10.00 |
| 12/20 | MyDeposit | 10.00 |
| 12/20 | MyDeposit | 20.00 |
| 12/20 | MyDeposit | 25.00 |
| 12/20 | MyDeposit | 25.00 |
| 12/20 | MyDeposit | 25.00 |
| 12/20 | MyDeposit | 25.00 |
| 12/20 | MyDeposit | 40.00 |
| 12/20 | MyDeposit | 40.00 |
| 12/20 | MyDeposit | 50.00 |
| 12/20 | MyDeposit | 50.00 |
| 12/20 | MyDeposit | 50.00 |
| 12/20 | MyDeposit | 50.00 |
| 12/20 | MyDeposit | 50.00 |
| 12/20 | MyDeposit | 65.00 |
| 12/20 | MyDeposit | 65.00 |
| 12/20 | MyDeposit | 75.00 |
| 12/20 | MyDeposit | 100.00 |
| 12/20 | MyDeposit | 100.00 |
| 12/20 | MyDeposit | 100.00 |
| 12/20 | MyDeposit | 100.00 |
| 12/20 | MyDeposit | 100.00 |
| 12/20 | MyDeposit | 100.00 |
| 12/20 | MyDeposit | 100.00 |
| 12/20 | MyDeposit | 100.00 |
| 12/20 | MyDeposit | 200.00 |
| 12/20 | MyDeposit | 200.00 |
| 12/20 | MyDeposit | 200.00 |
| 12/20 | MyDeposit | 250.00 |
| 12/20 | MyDeposit | 300.00 |
| 12/20 | MyDeposit | 300.00 |
| 12/20 | MyDeposit | 400.00 |
| 12/20 | MyDeposit | 400.00 |
| 12/20 | MyDeposit | 600.00 |
| 12/20 | MyDeposit | 2,000.00 |



Date 12/30/22
Primary Account 

Commercial Checking  (Continued)

| CHECKS AND WITHDRAWALS | | |
|---|---|---|
| Date | Description | Amount |
| 12/29 | From DDA *8885,To DDA *8919 | 100,000.00- |
| 12/29 | From DDA *8885,To DDA *8919 | 150,000.00- |

| DAILY BALANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 12/01 | 355,971.51 | 12/06 | 373,049.59 | 12/29 | 129,398.59 |
| 12/05 | 357,516.51 | 12/20 | 379,398.59 | | |

*** END OF STATEMENT ***



Date 12/30/22
Primary Account 

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Payroll

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates  12/01/22 thru 12/31/22 | |
| Previous Balance | 101,836.61 | Days in the statement period | 31 |
| 3 Deposits/Credits | 320,000.00 | Avg Daily Ledger | 26,433.81 |
| 6 Checks/Debits | 401,438.81 | Avg Daily Collected | 26,433.81 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 20,397.80 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/01 | From DDA *8877,To DDA *8927 | 30,000.00 |
| 12/15 | From DDA *8877,To DDA *8927 | 120,000.00 |
| 12/28 | From DDA *8877,To DDA *8927 | 170,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 12/01 | Payroll    FREESPEECHPAYR<br>PPD 122287250000563<br>FREESPEECHPAYR | 199.99- |
| 12/02 | Payroll    FREESPEECHPAYR<br>PPD 122287250000336<br>FREESPEECHPAYR | 2,651.73- |



Date 12/30/22
Primary Account 

Commercial Checking  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 12/02 | Payroll    FREESPEECHPAYR<br>PPD 122287250000333<br>FREESPEECHPAYR | 111,519.79- |
| 12/16 | Payroll    FREESPEECHPAYR<br>PPD 122287250000458<br>FREESPEECHPAYR | 2,651.73- |
| 12/16 | Payroll    FREESPEECHPAYR<br>PPD 122287250000455<br>FREESPEECHPAYR | 114,670.95- |
| 12/28 | Domestic Wire Transfer-DL<br>HR&P<br>084201278<br>4975902<br>UNITED STATES<br>Cadence Bank<br>payroll # ▓▓▓▓▓▓▓<br>20221228MMQFMP9N000071<br>20221228MMQFMPF1000462<br>12281102FT01 | 169,744.62- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 131,636.62 | 12/15 | 137,465.10 | 12/28 | 20,397.80 |
| 12/02 | 17,465.10 | 12/16 | 20,142.42 | | |

*** END OF STATEMENT ***



Date 12/30/22
Primary Account 

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates 12/01/22 thru 12/31/22 | |
| Previous Balance | 6,125.44 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | 6,125.44 |
| Checks/Debits | .00 | Avg Daily Collected | 6,125.44 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 6,125.44 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 12/01 | 6,125.44 |

*** END OF STATEMENT ***



Date 12/30/22
Primary Account 

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Legal

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates  12/01/22 thru 12/31/22 | |
| Previous Balance | .00 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | .00 |
| Checks/Debits | .00 | Avg Daily Collected | .00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 12/01 | .00 |

\*\*\* END OF STATEMENT \*\*\*