THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22-60043 |
| | § | |
| DEBTOR. | § | Chapter 11 (Subchapter V) |
| | § | |

## NOTICE OF APPEAL

Shannon & Lee LLP hereby submits this *Notice of Appeal* (the "Notice") of the *Order Denying Debtor's Application to Employ Bankruptcy Co-Counsel* [Docket No. 182] entered by the Bankruptcy Court on September 20, 2022.

### Part 1: Identify the appellant(s)

1. Name of appellant(s):

   Shannon & Lee LLP

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this Appeal:

   Applicant Professional

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

   *Order Denying Debtor's Application to Employ Bankruptcy-Counsel* [Docket No. 182] attached hereto as Exhibit A.

2. State the Date on which the judgement, order, or decree was entered:

   September 20, 2022[1]

---

[1] A motion for rehearing under Rule 7023 of the Federal Rules of Bankruptcy Procedure was filed on October 4, 2022 [Docket No. 206] and was denied on January 20, 2023 [Docket No. 401].

**Part 3: Identify the other parties to the appeal**

The names of all parties to the judgement, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys follows:

| **Appellant** | **Counsel** |
|---|---|
| Shannon & Lee LLP | R. J. Shannon<br>Shannon & Lee LLP<br>700 Milam Street, Suite 1300<br>Houston, TX 77002<br>Tel.: 713-714-5770<br>Email: rshannon@shannonleellp.com |
| **Appellee 1**<br><br>Kevin Epstein, U.S. Trustee for Region 7 | **Counsel**<br><br>Ha Nguyen<br>Office of the United States Trustee<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>Email: Ha.Nguyen@usdoj.gov |
| **Appellee 2**<br><br>Neil Heslin | **Counsel**<br><br>Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2700<br>Houston, Texas 77002<br>Tel: 713-337-5580<br>Email: avi.moshenberg@mhllp.com<br><br>Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams, & Aughtry, PC<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>Tel: 713-356-1280<br>Email: jarrod.martin@chamberlainlaw.com |

| **Appellee 3** | **Counsel** |
|---|---|
| Scarlett Lewis | Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2700<br>Houston, Texas 77002<br>Tel: 713-337-5580<br>Email: avi.moshenberg@mhllp.com<br><br>Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams, & Aughtry, PC<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>Tel: 713-356-1280<br>Email: Jarrod.martin@chamberlainlaw.com |
| **Appellee 4** | **Counsel** |
| Leonard Pozner | Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2700<br>Houston, Texas 77002<br>Tel: 713-337-5580<br>Email: avi.moshenberg@mhllp.com<br><br>Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams, & Aughtry, PC<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>Tel: 713-356-1280<br>Email: jarrod.martin@chamberlainlaw.com |
| **Appellee 5** | **Counsel** |
| Veronique De La Rosa | Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

| **Appellee 6**<br><br>Marcel Fontaine | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
|---|---|
| **Appellee 7**<br><br>David Wheeler | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 8**<br><br>Francine Wheeler | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 9**<br><br>Jacqueline Barden | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 10**<br><br>Mark Barden | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

| **Appellee 11**<br><br>Nicole Hockley | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
|---|---|
| **Appellee 12**<br><br>Ian Hockley | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 13**<br><br>Jennifer Hensel | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 14**<br><br>Donna Soto | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 15**<br><br>Carlee Soto Parisi | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

| **Appellee 16**<br><br>Carlos M. Soto | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
|---|---|
| **Appellee 17**<br><br>Jillian Soto-Marino | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 18**<br><br>William Aledenberg | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 19**<br><br>William Sherlach | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 20**<br><br>Robert Parker | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

| **Other Interested Party** | **Counsel** |
|---|---|
| Free Speech Systems, LLC | Raymond W. Battaglia<br>Law Office of Raymond W. Battaglia<br>66 Granburg Circle<br>San Antonio, Texas 78218<br>Tel: 210-601-9405<br>Email: rbattaglialaw@outlook.com |

Dated: February 3, 2023　　　　　　　　　　　　　**SHANNON & LEE LLP**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/*R. J. Shannon*
　　　　　　　　　　　　　　　　　　　　　　　　　Kyung S. Lee
　　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 12128400
　　　　　　　　　　　　　　　　　　　　　　　　　klee@shannonleellp.com
　　　　　　　　　　　　　　　　　　　　　　　　　R. J. Shannon
　　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24108062
　　　　　　　　　　　　　　　　　　　　　　　　　rshannon@shannonleellp.com
　　　　　　　　　　　　　　　　　　　　　　　　　700 Milam Street, STE 1300
　　　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　　　　　Tel. (713) 714-5770

## CERTIFICATE OF SERVICE

　　　I hereby certify that on February 3, 2023, a true and correct copy of the foregoing document was served on all parties registered to receive ECF notification in the above captioned case.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/*R. J. Shannon*

# **EXHIBIT A**

**APPEALED ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22—60043 |
| | § | |
| DEBTOR. | § | |
| | § | Chapter 11 (Subchapter V) |

### ORDER DENYING DEBTOR'S APPLICATION TO EMPLOY BANKRUPTCY CO-COUNSEL

The application to employ co-counsel at Docket 85 is denied for the reasons stated on the record at the September 20, 2022 hearing.

Signed: September 20, 2022

_____
Christopher Lopez
United States Bankruptcy Judge