UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| FREE SPEECH SYSTEMS, LLC, § | Case No. 22--60043 |
| § | |
| DEBTOR. § | (Subchapter V Debtor) |
| § | Chapter 11 |

**ORDER GRANTING EMERGENCY MOTION TO APPROVE SALE OF WAREHOUSE RACKS AND RELATED PROPERTY.**

Upon the *Debtor's Emergency Motion to Approve Sale of Warehouse Racks and Related Property* ("Motion")[1]; for authority to sell the Warehouse Racks, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish (i) the exercise of business judgment by the Debtor, and (ii) just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. The relief requested is granted and the Debtor is authorized to sell the Warehouse Racks for the highest price attainable not less than $20,000, as is, where is, without warranty, provided the buyer is not an insider of the Debtor or Alex Jones.

2. The sale shall be free and clear of all liens claims and interests.

---

[1] Capitalized terms used by not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

2

3. The Debtor shall file a notice of sale within seven days following the consummation of the sale.

4. The Debtor is authorized to take all steps necessary or appropriate to carry out the relief granted in this Order.

5. The Court retains exclusive jurisdiction with respect to all matters arising or related to the implementation, interpretation, and enforcement of this Order.

Dated this ___ day of February 2023.

_____
UNITED STATES BANKRUPTCY JUDGE