| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-60043 (CML) |
|---|---|---|---|
| Debtor | In Re: | Free Speech Systems LLC | |

This lawyer, who is admitted to the State Bar of ___New York___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Stuart R. Lombardi<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>212-728-8000<br>New York / 5103262 |
|---|---|

Seeks to appear as the attorney for this party:

| The Texas Plaintiffs |
|---|
| Dated: February 9, 2023    Signed: /s/ Stuart R. Lombardi |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                         Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                    United States Bankruptcy Judge