IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS, LLC, | ) Case No. 22-60043 (CML) |
| Debtor. | ) |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, in accordance with Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine (collectively, the "Texas Plaintiffs"), by and through their bankruptcy co-counsel, Willkie Farr & Gallagher LLP, hereby request that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following:

    Rachel C. Strickland, (*pro hac vice* motion pending)
    Stuart R. Lombardi, (*pro hac vice* motion pending)
    Ciara A. Sisco (*pro hac vice* motion pending)
    **WILLKIE FARR & GALLAGHER LLP**
    787 Seventh Avenue
    New York, New York 10019
    Telephone: 212-728-8000
    Facsimile: 212-728-8111
    Email: rstrickland@willkie.com
           slombardi@willkie.com
           csisco@willkie.com

    **AND**

    Jennifer J. Hardy (Texas Bar No. 24096068)
    **WILLKIE FARR & GALLAGHER LLP**
    600 Travis Street
    Houston, Texas 77002

Telephone: 713-510-1700
Facsimile: 713-510-1799
Email: jhardy2@willkie.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

Dated: Houston, Texas
February 9, 2023

Respectfully Submitted,

**WILLKIE FARR & GALLAGHER LLP**

By:   /s/ Jennifer J. Hardy
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone:  713-510-1700
Facsimile:  713-510-1799
Email:  jhardy2@willkie.com

**AND**

Rachel C. Strickland (*pro hac vice* motion pending)
Stuart R. Lombardi (*pro hac vice* motion pending)
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111
Email: rstrickland@willkie.com
            slombardi@willkie.com

*Bankruptcy Co-Counsel to the Texas Plaintiffs*

**Certificate of Service**

I certify that on February 9, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By: /s/ Jennifer J. Hardy
Jennifer J. Hardy