United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-60043 (CML) |
|---|---|---|---|
| Debtor | In Re: | Free Speech Systems LLC | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Rachel C. Strickland |
| Firm | Willkie Farr & Gallagher LLP |
| Street | 787 Seventh Avenue |
| City & Zip Code | New York, New York 10019 |
| Telephone | 212-728-8000 |
| Licensed: State & Number | New York / 2964294 |

Seeks to appear as the attorney for this party:

The Texas Plaintiffs

Dated: February 9, 2023     Signed: /s/ Rachel C. Strickland

COURT USE ONLY: The applicant's state bar reports their status as: __Currently Registered__.

Dated: 2/9/2023     Signed: /s/ R. Saldaña
                             Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: February 09, 2023

_____
Christopher Lopez
United States Bankruptcy Judge