United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 09, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT · · · · · · · · SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-60043 (CML) |
|---|---|---|---|
| Debtor | In Re: | Free Speech Systems LLC | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Stuart R. Lombardi<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>212-728-8000<br>New York / 5103262 |

Seeks to appear as the attorney for this party:

| The Texas Plaintiffs | |
|---|---|
| Dated: February 9, 2023 | Signed: /s/ Stuart R. Lombardi |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as:  Currently Registered  . |
| Dated:  2/9/2023 · · · · · · Signed:  /s/ R. Saldaña<br>· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed:  February 09, 2023

_____
Christopher Lopez
United States Bankruptcy Judge