## **EXHIBIT A**

**Proposed Declaration of Acknowledgement and Agreement to be Bound by Stipulated Confidentiality Agreement and Protective Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> ALEXANDER E. JONES <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-33553 (CML) |
| In re: <br><br> FREE SPEECH SYSTEMS, LLC, <br><br> Debtor. | (Chapter 11) Subchapter V <br><br> Case No. 22-60043 (CML) |

**DECLARATION OF ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND BY STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

I, _____, declare under penalty of perjury (this "Declaration") that:

1.   I hereby certify and agree that I have read and understand the terms of the Stipulated Confidentiality Agreement and Protective Order (the "Protective Order") in the above captioned cases.  All capitalized terms not otherwise defined in this Declaration have the meanings ascribed to such terms in the Protective Order.  I agree to be bound by the terms and conditions of the Protective Order.

2.   I understand that I am to retain in confidence all copies of any Discovery Material received under the Protective Order, and that I will carefully maintain such materials in a manner consistent with the Protective Order.

3.   I stipulate to the jurisdiction of this Court solely with respect to the provisions of the Protective Order.

Signature: _____

Date: _____