IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

**AGENDA FOR HEARING
SCHEDULED FOR FEBRUARY 14, 2023, AT 1:00 P.M. (PREVAILING
CENTRAL TIME), BEFORE JUIDGE LOPEZ AT THE UNITED STATES
BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS,
AT COURTROOM, 515 RUSK STREET, HOUSTON, TEXAS 77002**

Free Speech Systems, LLC (the "Debtor" or "FSS"), debtor and debtor-in-possession in the above-referenced Chapter 11 case, hereby files this agenda for matters set for hearing on February 14, 2023, at 1:00 p.m. (prevailing Central Time).

## Cash Collateral Motion

1. Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Section 105, 361, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) and (II) Granting Adequate Protection to the Pre-Petition Secured Lender. [Dkt. No. 6]

    Related documents:

    a. Proposed Order – Ninth Interim Order [Dkt. No. 456]

    Status:

    Going forward. No known outstanding comments or opposition to the proposed form of order.

## Motion to Assume Lease

1. Emergency Motion to Approve Assumption of Commercial Real Property Lease with BCC UBC LLC. [Dkt. 412]

    Related documents:

   a. Objection of Connecticut Plaintiffs to Emergency Motion to Assume Real Property Lease [Dkt. No. 452]

   b. Texas Plaintiffs' Joinder to the Objection of the Connecticut Plaintiffs to the Debtor's Emergency Motion to Approve Assumption of Commercial Real Property Lease with BCC UBC LLC [Dkt. No. 454]

Status:

Debtor requests entry of order extending time to assume or reject nonresidential real property lease for 90 days pursuant to § 365(d)(4)(B).

**Motion to Sell Personal Property**

1. Emergency Motion to Approve Sale of Warehouse Racks and Related Property [Dkt No. 429]

Status:

Going forward. No known outstanding comments or opposition to the Motion.

**Motion for Relief from Stay**

1. Amended Motion for Relief from Stay filed by Creditors Veronique De La Rosa, Leonard Pozner. [Dkt. No. 406]

Related documents:

   a. Objection of Free Speech Systems, LLC to the Amended Motion for Relief from Stay). [Dkt. No. 419]

Status:

The parties have agreed to conduct this as a preliminary hearing under § 362(e).

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on this 13th day of February, 2023.

                                            /s/ Ray Battaglia
                                            Raymond W. Battaglia