# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| . | § | Case No. 22-60043 (CML) |
| | § | |
| Debtor. | § | Jointly Administered |

## WITNESS AND EXHIBIT LIST FOR HEARING
## SCHEDULED FOR FEBRUARY 14, 2023 AT 1:00 P.M. (PREVAILING CENTRAL TIME)

The Subchapter V Trustee (the "Subchapter V Trustee") file this Witness and Exhibit List for the hearing to be held on February 14, 2023, at 1:00 p.m. (prevailing Central Time) (the "Hearing") as follows:

### WITNESSES

The Subchapter V Trustee may call the following witnesses at the Hearing:

1. Any witness listed by any other party;

2. Rebuttal witnesses as necessary; and

3. The Subchapter V Trustee reserve the right to cross-examine any witness called by any other party.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL | Docket No. |
|---|---|---|---|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned main cases | | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | | |

## RESERVATION OF RIGHTS

The Subchapter V Trustee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Houston, Texas
February 13, 2023

/s/ Elizabeth C. Freeman
**LAW OFFICE OF LIZ FREEMAN**
Elizabeth C. Freeman (TX Bar No. 2400922)
PO Box 61209
Houston, TX 77208-1209
Telephone: (832) 779-3580
Email: liz@lizfreemanlaw.com

*Counsel for Melissa Haselden,
Subchapter V Trustee*

**JACKSON WALKER LLP**
Sean Gallagher (TX Bar No. 24101781)
Emily Meraia (TX Bar No. 24129307)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: 512-236-2000
Email: sgallagher@jw.com
Email: emeraia@jw.com

*Counsel for Melissa Haselden,
Subchapter V Trustee*

## **CERTIFICATE OF SERVICE**

I certify that on February 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Elizabeth Freeman*
Elizabeth Freeman