United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 14, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

## ORDER EXTENDING TIME TO FILE A PLAN OF REORGANIZATION

Pursuant to 11 U.S.C. § 1189(b), the time to file a plan of reorganization is hereby extended until **March 27, 2023.** This extension is without prejudice to requests for additional extensions.

Signed: February 14, 2023

Christopher Lopez
United States Bankruptcy Judge