United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC | § | (Subchapter V Debtor) |
| | § | |
| Debtor. | § | Chapter 11 |

### ORDER EXTENDING DEADLINE TO ASSUME OR REJECT NONRESIDENTIAL REAL PROPERTY LEASE
(RE: Docket No. 412)

Pursuant to 11 U.S.C. §365(d)(4)(B) the deadline for the Debtor to assume or reject the nonresidential real property lease with BCC UBC LLC is extended to and including May 25, 2023.

Signed: February 14, 2023

_____
Christopher Lopez
United States Bankruptcy Judge