**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | ) Case No. 22-60043 (CML) |
| Debtor. | ) |

**ORDER (A) REVOKING THE DEBTOR'S SUBCHAPTER V DESIGNATION, (B) ALLOWING THIS CHAPTER 11 CASE TO PROCEED UNDER ALL APPLICABLE PROVISIONS OF CHAPTER 11, AND (C) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[1] by the Sandy Hook Families for entry of an order (this "Order"), pursuant to sections 105, 1104, and 1182 of the Bankruptcy Code, seeking: (a) entry of an order revoking the subchapter V designation of Free Speech Systems LLC (the "Debtor"), and (b) allowing this chapter 11 case to proceed under all applicable provisions of chapter 11 of the Bankruptcy Code, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1408; and due and proper notice of the Motion and the hearing thereon having been given as set forth in the Motion; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing (the "Hearing") to consider the relief requested in the Motion; and upon the record of the Hearing; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it

---

[1] Capitalized terms used but not otherwise defined herein shall share the meanings ascribed to them in the Motion.

appearing that the relief requested in the Motion is in the best interests of the Debtor, its estates, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The subchapter V designation of the above-captioned chapter 11 case and the Debtor's designation as a "debtor" for purposes of section 1182 of the Bankruptcy Code are revoked with immediate effect.

2. This chapter 11 case shall continue, subject to all applicable provisions of chapter 11 of the Bankruptcy Code.

3. Pursuant to section 1104 of the Bankruptcy Code, the subchapter V trustee shall, pending further order of this Court, be appointed as an examiner in this chapter 11 case to continue the investigation directed by the *Order Expanding the Subchapter V Trustee's Duties Pursuant to 11 U.S.C. § 1183(b)(2) of the Bankruptcy Code* [Docket No. 183] previously entered by this Court. In her capacity as examiner, the subchapter V trustee may take any action consistent with prior orders of this Court without need to seek further leave or relief.

4. The Debtor shall, as necessary, meet and confer with the Sandy Hook Families and other parties in interest to establish relevant deadlines for this chapter 11 case.

5. This Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation, and enforcement of this Order.

Signed: _____, 2023

_____
Christopher Lopez
United States Bankruptcy Judge