UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-60043 |
|---|---|---|---|
| Debtor | In Re: Free Speech Systems, LLC | | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Briana Sheridan |
| Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Street | 1285 Avenue of the Americas |
| City & Zip Code | New York, New York 10019-6064 |
| Telephone | (212) 373-3053 |
| Licensed: State & Number | NY 5772421 |

Seeks to appear as the attorney for this party:

| The Connecticut Plaintiffs,* creditors and parties-in-interest | |
|---|---|
| Dated: 02/28/2023 | Signed: */s/ Briana Sheridan* |

| COURT USE ONLY: The applicant's state bar reports their status as:_____ | |
|---|---|
| Dated: | Signed: _____ <br> Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                                  _____
                                                        United States Bankruptcy Judge

---

\*      Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the "Connecticut Plaintiffs").