UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-60043 |
| **FREE SPEECH SYSTEMS, LLC.,** | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

### DEBTOR'S SECOND NOTICE OF PQPR INVENTORY INSTALLMENT PAYMENT TO PQPR HOLDINGS LIMITED, LLC.

PLEASE TAKE NOTICE that on September 24, 2022, the Court entered its *Second Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection* [Dkt. No. 98] (the "Interim Order"). In part, the Interim Order authorized Free Speech Systems, LLC ("Debtor") to pay PQPR Holdings Limited, LLC ("PQPR") $750,000 to "Repay PQPR Inventory". The Interim Order required the Debtor to file notice on the Court's docket that the payment has been issued.

PLEASE TAKE FURTHER NOTICE that the Debtor filed its *Notice of PQPR Inventory Installment Payment to PQPR Holdings Limited, LLC* on August 23, 2023 [Dkt. No. 95] notifying the Court, creditors and parties in interest of the payment of the first installment of $250,000 to PQPR.

PLEASE TAKE FURTHER NOTICE that on February 2, 2023, the Debtor paid the final installment to PQPR to complete payment of the remaining $500,000 balance owed to PQPR for inventory purchases as provided for in the Interim Order.

Respectfully submitted.

                        LAW OFFICES OF RAY BATTAGLIA, PLLC

                        /S/ *RAYMOND W. BATTAGLIA*
                        Raymond W. Battaglia
                        State Bar No. 01918055
                        rbattaglialaw@outlook.com
                        66 Granburg Circle
                        San Antonio, Texas 78218
                        Tel. (210) 601-9405

                        *Counsel to the Debtor and Debtor-In-Possession*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service on the date of filing,

                        */s/Raymond W. Battaglia*
                        Raymond W. Battaglia