UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Free Speech Systems, LLC, | Case No. 22-60043 |
| Debtor. | |

### APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS FOR INCLUSION IN THE RECORD ON APPEAL

Appellants Shannon & Lee LLP, W. Marc Schwartz, and Schwartz Associates (collectively, the "Appellants") filed their designations of record and statement of issues on February 16, 2023. [docket nos. 471, 472, 473, and 474]. Accordingly, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee Kevin M. Epstein, United States Trustee for Region 7, designates the following additional items to be included in the record with respect to the following orders from the Bankruptcy Court:

1. *Order (A) Denying Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Denying Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief* [docket no. 181]

2. *Order Denying Debtor's Application to Employ Bankruptcy Counsel* [docket no. 182]

3. *Order Denying Motion for Rehearing on Debtor's Application to Employ Law Firm* [docket no. 401]

4. *Order Denying Motion for Rehearing on Debtor's Application to Employ Advisor* [docket no. 402]

1

| Docket Number | Date | Style or Description |
|---|---|---|
| N/A | N/A | Docket Sheet for *In re Free Speech Systems, LLC*, Case No. 20-60043 (Bankr. S.D. TX) |
| N/A | N/A | Docket Sheet for *In re IWHEALTH, LLC,* Case No. 22-60021 (Bankr. S.D. Tex.) |
| N/A | N/A | Docket Sheet for *In re Prison Planet TV, LLC,* Case No. 22-60022 (Bankr. S.D. Tex.) |

| Docket Number | Date | Style or Description *In re INFOW, LLC,* case no. No. 22-60020 |
|---|---|---|
| N/A | N/A | Docket Sheet for *In re INFOW, LLC,* Case No. 22-60020 (Bankr. S.D. Tex.) |
| 36 | 04/26/2022 | *Connecticut Plaintiffs' Emergency Motion to Dismiss Chapter 11 Cases and Objection to Debtors' Designation as Subchapter V Small Vendors* (including attachments at docket nos. 36-1 through 36-2) |
| 42 | 04/27/2022 | *The Texas Litigation Plaintiffs' Supplemental Motion to Dismiss Petition* (including attachments at docket nos. 42-1 through 42-7) |
| 50 | 04/29/2022 | *Motion of the United States Trustee to Dismiss Debtors' Chapter 11 Cases* (including attachments at docket nos. 50-1 through 50-2) |
| 112 | 06/02/2022 | *Debtors' Omnibus Response to Motions to Dismiss* (including attachments at docket nos. 112-1 through 112-2) |
| 114 | 06/10/2022 | *Stipulation and Agreed Order Dismissing Debtors' Chapter 11 Cases* |

Dated: March 2, 2023

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

*/s/ HA M NGUYEN*
Ha Nguyen, Trial Attorney
CA Bar #305411 | FED ID NO. 3623593
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: Ha.Nguyen@usdoj.gov
Telephone: 713-718-4655
Cell: 202-590-7962

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by electronic means on all PACER participants on March 2, 2023.

/s/ Ha M Nguyen
Ha M. Nguyen