UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC., | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

**ORDER DENYING JOINT MOTION OF THE CONNECTICUT PLAINTIFFS AND THE TEXAS PLAINTIFFS TO REVOKE THE DEBTOR'S SUBCHAPTER V ELECTION**

Before the Court for consideration is *Joint Motion of the Connecticut Plaintiffs and the Texas Plaintiffs to Revoke the Debtor's Subchapter V Election* (the "Motion"). After due deliberation and sufficient cause appearing therefor, and for the reasons set forth on the record, it is hereby **ORDERED THAT**:

1. The Motion is **DENIED** with prejudice.

Dated: March _____, 2023

_____
**UNITED STATES BANKRUPTCY JUDGE**