UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-60043 |
|---|---|---|---|
| | Debtor | In Re: | Free Speech Systems, LLC |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Eric Henzy<br>Zeisler & Ziesler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>203.368.5495; ehenzy@zeislaw.com<br>CT 412146 |
|---|---|

| Name of party applicant seeks to appear for: | Richard M. Coan, as Chapter 7 Trustee to the Estate of Erica Lafferty |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/10/23      Signed: /s/ Eric Henzy

The state bar reports that the applicant's status is:

Dated:          Clerk's signature:

**Order**          This lawyer is admitted *pro hac vice.*

Dated: _____        _____
                                 United States Bankruptcy Judge