# Exhibit 3

Filed in The District Court
of Travis County, Texas

AR   JAN 25 2022
At____3:00____P.M.
Velva L. Price, District Clerk

## D-1-GN-18-001605

| | | |
|---|---|---|
| MARCEL FONTAINE, | § | IN DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | 459th DISTRICT COURT |
| KIT DANIELS, | § | |
| *Defendants* | § | |

## ORDER ON PLAINTIFFS' MOTION TO COMPEL AND MOTION FOR SANCTIONS

On this day, the Court considered Plaintiffs' Motion to Compel and Motion for Sanctions concerning Plaintiffs' Requests for Production. The Court finds that Defendants' resistance to the discovery is unreasonable and that the Motion should be granted.

The Court therefore ORDERS that:

1.     Defendant shall produce all responsive documents to Plaintiffs' Request for Production No. 3 regarding 4chan from February 14, 2013 to February 14, 2018.

~~2.     Defendant shall produce all responsive documents to Plaintiffs' Request for Production No. 7 regarding Joel Vanghelawe~~

2.     Defendant shall produce all responsive documents to Plaintiffs' Request for Production No. 8 regarding Dave Hammond.

3.     Defendant shall produce an unredacted copy of DEFS-000333.

4.     Defendant shall comply with each of the above within 30 days of this Order.

5. Defendant shall pay reasonable attorney's fees. Plaintiff is ordered to provide, within 30 days, evidence setting forth the reasonable value of attorney's fees for the time spent on obtaining this Order.

Dated January 14 , 2021. 2022

Hon. Maya Guerra Gamble

2