UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| FREE SPEECH SYSTEMS, LLC, § | Case No. 22--60043 |
| § | |
| DEBTOR. § | (Subchapter V Debtor) |
| § | Chapter 11 |

## NOTICE OF CHANGE OF ADDRESS

Free Speech Systems, LLC (the "Debtor" or "FSS"), the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), respectfully files this *Notice of Change of Address* ("Notice") requesting an address change for an incorrect address in the Debtor's matrix.

1. The Debtor's creditor matrix filed in this case includes as a creditor Elevated Solutions Group and incorrectly lists an address of 28 Maplewood Drive, Cos Cob, CT 06807. Debtor has been contacted by Elevated Solutions, LLC whose mailing address is receiving notices at the above address advising that is has no connection to the case.

2. Elevated Solutions, LLC is not a creditor and has requested that it be removed from the creditor matrix.

3. Elevated Solutions Group, LLC's address is 706 W. Ben White Blvd, Austin, Texas 78704. Debtor requests that the address for Elevated Solutions Group, LLC be changed as follows:

**Old Address:**

28 Maplewood Drive,
Cos Cob, CT 06807

**New Address:**

706 W. Ben White Blvd,
Austin, Texas 78704

Dated: March 16, 2023

          **FREE SPEECH SYSTEMS, LLC**

          */s/ Ray Battaglia*
          Law Office of Raymond W. Battaglia
          Raymond W. Battaglia
          State Bar No. 01918055
          rbattaglialaw@outlook.com
          66 Granburg Circle
          San Antonio, Texas 78218

          Counsel to Free Speech Systems, LLC,
          Debtor and Debtor-in-Possession