**Fill in this information to identify the case:**

Debtor Name  Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number:  22-60043

☐ Check if this is an
   amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  February

Line of business:  Dietary Supplement Sales

Date report filed:  03/20/2023
MM / DD / YYYY

NAISC code:  325411

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  J Patrick Magill

Original signature of responsible party

Printed name of responsible party  J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Free Speech Systems LLC                                    Case number  22-60043

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

*** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 872,709.00

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ 2,173,043.0

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ 2,438,846.0

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ -265,803.0(

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 606,906.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 431,460.30

Debtor Name **Free Speech Systems LLC**

Case number 22-60043

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                              $ 180,752.11

     *(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?                                          54

27. What is the number of employees as of the date of this monthly report?                             47

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?             $ 88,838.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 477,606.00

30. How much have you paid this month in other professional fees?                                       $ 5,572.00

31. How much have you paid in total other professional fees since filing the case?                      $ 396,614.00

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,610,000.0 | − | $ 2,173,043.0 | = | $ -436,957.00 |
| 33. **Cash disbursements** | $ 1,671,310.0 | − | $ 2,438,846.0 | = | $ -767,536.00 |
| 34. **Net cash flow** | $ 938,690.00 | − | $ -265,803.00 | = | $ -1,204,493. |

35. Total projected cash receipts for the next month:                                                   $ 2,883,643.0

36. Total projected cash disbursements for the next month:                                              - $ 2,270,534.0

37. Total projected net cash flow for the next month:                                                   = $ 613,109.00

---

Debtor Name Free Speech Systems LLC

Case number 22-60043

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print        Save As...        Reset



**FORM 425C Exhibit E**
**Total Payables**

*As of February 28, 2023*

| From | Amount | Due Date |
|---|---:|---|
| Balcones Recycling | 386.99 | 01/30/2023 |
| One Horn Transportation | 3,925.00 | 02/09/2023 |
| Off the Wall Graphics | 49,700.00 | 02/16/2023 |
| Novasors (Centrinex LLC) | 5,519.62 | 02/16/2023 |
| Rumble | 100.00 | 02/16/2023 |
| Travelers | 5,176.00 | 02/22/2023 |
| ShipOffers | 625.00 | 02/22/2023 |
| Supply Acceleration | 97,633.37 | 02/26/2023 |
| Cloudflare Inc | 63,320.40 | 02/26/2023 |
| David Thomas | 1,600.00 | 02/27/2023 |
| Elevated Solutions Group - V | 97,633.37 | 02/28/2023 |
| Fertitta Reynal LLP | 11,640.00 | 02/28/2023 |
| Fertitta Reynal LLP | 9,680.00 | 03/01/2023 |
| Wes Perkins | 874.27 | 03/01/2023 |
| Getty Images Inc. | 9,854.54 | 03/02/2023 |
| Security Metrics | 650.00 | 03/02/2023 |
| Balcones Recycling | 386.99 | 03/02/2023 |
| Atomial LLC | 25,200.00 | 03/03/2023 |
| Austin Security and Investigations | 3,972.78 | 03/06/2023 |
| Kount | 14,061.75 | 03/08/2023 |
| SintecMedia NYC, Inc. | 25.27 | 03/14/2023 |
| Lease Direct | 1,761.27 | 03/15/2023 |
| Lumen | 10,992.15 | 03/26/2023 |
| Getty Images Inc. | 9,854.54 | 03/30/2023 |
| Security Metrics | 6,500.00 | 03/30/2023 |
| Balcones Recycling | 386.99 | 03/30/2023 |
| | **431,460.30** | |



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of February 28, 2023*

| From | Amount | Due Date |
|------|--------|----------|
| Processor S | 64,681.12 | 3/1/2023 |
| Processor S | 56,138.98 | 3/2/2023 |
| Processor S | 59,932.01 | 3/3/2023 |
| | **180,752.11** | |



| | AXOS Deposits #78877 | AXOS Operating #78919 | AXOS Donations #78885 | AXOS Payroll #78927 | AXOS Infowars #78893 | AXOS Legal #78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **February 1 to February 28** | | | | | | | | | | | | |
| **Opening Balance** | 452,490.96 | 164,321.51 | 134,441.10 | 15,318.25 | 6,125.44 | 100,000.00 | - | - | - | - | 11.77 | 872,709.03 |
| Cash Receipts | 2,080,022.01 | 18,703.70 | 74,317.06 | - | - | - | - | - | - | - | - | 2,173,042.77 |
| Cash Disbursements | - | (2,077,039.53) | - | (361,806.19) | - | - | - | - | - | - | - | (2,438,845.72) |
| **Net Cash Flow** | 2,080,022.01 | (2,058,335.83) | 74,317.06 | (361,806.19) | - | - | - | - | - | - | - | (265,802.95) |
| Transfers In | - | 1,979,000.00 | - | 370,000.00 | - | - | - | - | - | - | - | 2,349,000.00 |
| Transfers Out | (2,159,000.00) | - | (190,000.00) | - | - | - | - | - | - | - | - | (2,349,000.00) |
| Cash on Hand | 373,512.97 | 84,985.68 | 18,758.16 | 23,512.06 | 6,125.44 | 100,000.00 | - | - | - | - | 11.77 | 606,906.08 |



Date  2/28/23        Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Deposit

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates  2/01/23 thru  2/28/23 | |
| Previous Balance | 452,490.96 | Days in the statement period | 28 |
| 19 Deposits/Credits | 2,080,022.01 | Avg Daily Ledger | 157,793.37 |
| 8 Checks/Debits | 2,159,000.00 | Avg Daily Collected | 157,793.37 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 373,512.97 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/01 | Wire Transfer Credit | 70,065.74 |
| | 20230201QMGFT006000342 | |
| | 20230201MMQFMP9N000157 | |
| | 02011101FT01 | |
| 2/03 | Wire Transfer Credit | 81,703.43 |



Date  2/28/23          Page    2
Primary Account

Commercial Checking                              (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 2/03 | 20230203QMGFT009000193<br>20230203MMQFMP9N000090<br>02031013FT01<br>Wire Transfer Credit | 90,401.43 |
| 2/06 | 20230203QMGFT006000768<br>20230203MMQFMP9N000210<br>02031318FT01<br>Wire Transfer Credit | 69,875.60 |
| 2/07 | 20230206QMGFT010000355<br>20230206MMQFMP9N000132<br>02061107FT01<br>Wire Transfer Credit | 212,170.90 |
| 2/08 | 20230207QMGFT001000678<br>20230207MMQFMP9N000183<br>02071318FT01<br>Wire Transfer Credit | 108,729.79 |



Date  2/28/23          Page    2
Primary Account        '

Commercial Checking                              (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20230208QMGFT005000855 | |
| | 20230208MMQFMP9N000240 | |
| | 02081415FT01 | |
| 2/09 | Wire Transfer Credit | 89,211.41 |
| | 20230209QMGFT006000310 | |
| | 20230209MMQFMP9N000115 | |
| | 02091115FT01 | |
| 2/10 | Wire Transfer Credit | 97,516.60 |
| | 20230210QMGFT014000862 | |
| | 20230210MMQFMP9N000214 | |
| | 02101348FT01 | |
| 2/13 | Wire Transfer Credit | 77,052.65 |
| | 20230213QMGFT014000641 | |
| | 20230213MMQFMP9N000172 | |
| | 02131245FT01 | |



Date  2/28/23          Page      4
Primary Account      ◄

Commercial Checking                    (Continued)

| DEPOSITS AND OTHER CREDITS | | |
|---|---|---|
| Date | Description | Amount |
| 2/14 | Wire Transfer Credit | 190,773.57 |
| | 20230214QMGFT006000329 20230214MMQFMP9N000117 02141119FT01 | |
| 2/15 | Wire Transfer Credit | 91,058.61 |
| | 20230215QMGFT010000891 20230215MMQFMP9N000227 02151412FT01 | |
| 2/16 | Wire Transfer Credit | 73,700.06 |
| | 20230216QMGFT011001076 20230216MMQFMP9N000241 02161447FT01 | |
| 2/17 | Wire Transfer Credit | 73,004.02 |



Date  2/28/23          Page      5
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20230217QMGFT007000489 |  |
|      | 20230217MMQFMP9N000122 |  |
|      | 02171205FT01 |  |
| 2/21 | Wire Transfer Credit | 75,345.93 |
|      | 20230221QMGFT014000177 |  |
|      | 20230221MMQFMP9N000118 |  |
|      | 02210954FT01 |  |
| 2/22 | Wire Transfer Credit | 239,239.45 |
|      | 20230222QMGFT001000438 |  |
|      | 20230222MMQFMP9N000130 |  |
|      | 02221142FT01 |  |
| 2/23 | Wire Transfer Credit | 74,155.07 |
|      | 20230223QMGFT009000205 |  |
|      | 20230223MMQFMP9N000070 |  |
|      | 02231020FT01 |  |
| 2/24 | Wire Transfer Credit | 75,675.22 |
|      | 20230224QMGFT002000360 |  |
|      | 20230224MMQFMP9N000118 |  |



Date 2/28/23
Primary Account

Commercial Checking                              (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 2/27 | 02241106FT01<br>Wire Transfer Credit | 77,124.61 |
| | 20230227QMGFT002000580<br>20230227MMQFMP9N000154<br>02271130FT01 | |
| 2/28 | Wire Transfer Credit | 213,217.92 |
| | 20230228QMGFT007000366<br>20230228MMQFMP9N000123<br>02281056FT01 | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 2/02 | From DDA *8877,To DDA *8919 | 500,000.00- |
| 2/07 | From DDA *8877,To DDA *8927 | 180,000.00- |
| 2/09 | From DDA *8877,To DDA *8919 | 280,000.00- |
| 2/10 | From DDA *8877,To DDA *8919 | 300,000.00- |
| 2/14 | From DDA *8877,To DDA *8919 | 89,000.00- |
| 2/16 | From DDA *8877,To DDA *8919 | 350,000.00- |
| 2/22 | From DDA *8877,To DDA *8927 | 150,000.00- |
| 2/23 | From DDA *8877,To DDA *8919 | 310,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 522,556.70 | 2/03 | 194,661.56 | 2/07 | 296,708.06 |
| 2/02 | 22,556.70 | 2/06 | 264,537.16 | 2/08 | 405,437.85 |



Date  2/28/23
Primary Account

Commercial Checking                                          (Continued)

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/09 | 214,649.26 | 2/16 | 5,750.75 | 2/24 | 83,170.44 |
| 2/10 | 12,165.86 | 2/17 | 78,754.77 | 2/27 | 160,295.05 |
| 2/13 | 89,218.51 | 2/21 | 154,100.70 | 2/28 | 373,512.97 |
| 2/14 | 190,992.08 | 2/22 | 243,340.15 | | |
| 2/15 | 282,050.69 | 2/23 | 7,495.22 | | |

*** END OF STATEMENT ***



Date  2/28/23
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Operations

| Commercial Checking | | Number of Enclosures | 2 |
|---|---|---|---|
| Account Number | | Statement Dates  2/01/23 thru  2/28/23 | |
| Previous Balance | 164,321.51 | Days in the statement period | 28 |
| 72 Deposits/Credits | 1,997,703.70 | Avg Daily Ledger | 131,456.14 |
| 93 Checks/Debits | 2,077,032.33 | Avg Daily Collected | 130,994.94 |
| Maintenance Fee | 7.20 | | |
| Interest Paid | .00 | | |
| Ending Balance | 84,985.68 | | |

## SERVICE CHARGE ITEMIZATION

| Description | Amount |
|---|---|
| Item Fee in Service Charge | 7.20 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/02 | From DDA *8885,To DDA *8919 | 100,000.00 |
| 2/02 | From DDA *8877,To DDA *8919 | 500,000.00 |
| 2/07 | MyDeposit | 10.00 |
| 2/07 | MyDeposit | 19.95 |
| 2/07 | MyDeposit | 25.00 |
| 2/07 | MyDeposit | 35.00 |
| 2/07 | MyDeposit | 35.90 |
| 2/07 | MyDeposit | 45.95 |
| 2/07 | MyDeposit | 49.00 |



Date  2/28/23        Page    2
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 2/07 | MyDeposit | 50.00 |
| 2/07 | MyDeposit | 51.99 |
| 2/07 | MyDeposit | 57.50 |
| 2/07 | MyDeposit | 58.00 |
| 2/07 | MyDeposit | 70.00 |
| 2/07 | MyDeposit | 75.00 |
| 2/07 | MyDeposit | 77.70 |
| 2/07 | MyDeposit | 89.85 |
| 2/07 | MyDeposit | 90.00 |
| 2/07 | MyDeposit | 99.49 |
| 2/07 | MyDeposit | 123.24 |
| 2/07 | MyDeposit | 147.75 |
| 2/07 | MyDeposit | 150.00 |
| 2/07 | MyDeposit | 163.90 |
| 2/07 | MyDeposit | 174.85 |
| 2/07 | MyDeposit | 240.00 |
| 2/07 | MyDeposit | 296.50 |
| 2/07 | MyDeposit | 300.00 |
| 2/07 | MyDeposit | 303.75 |
| 2/07 | MyDeposit | 319.70 |
| 2/07 | MyDeposit | 337.98 |
| 2/07 | MyDeposit | 345.65 |
| 2/07 | MyDeposit | 380.00 |
| 2/07 | MyDeposit | 500.00 |
| 2/07 | MyDeposit | 550.00 |
| 2/07 | MyDeposit | 1,843.01 |
| 2/08 | Wire Transfer Credit | 5,124.03 |
|      | ELEVATED SOLUTIONS GROUP LLC | |
|      | 706 BEN WHITE BLVD | |
|      | AUSTIN TX 78704 | |
|      | CRAWFORD- SECURITY BANK OF CRA | |
|      | 20230208K1QJ1N3C000581 | |
|      | 20230208MMQFMP9N000238 | |
|      | 02081412FT01 | |
| 2/09 | From DDA *8877,To DDA *8919 | 280,000.00 |
| 2/09 | CLEAN COLLECTION FUNDS | 166.32 |
| 2/10 | From DDA *8877,To DDA *8919 | 300,000.00 |
| 2/14 | From DDA *8877,To DDA *8919 | 89,000.00 |
| 2/16 | From DDA *8877,To DDA *8919 | 350,000.00 |
| 2/16 | MyDeposit | 87.90 |
| 2/16 | MyDeposit | 150.00 |



Date  2/28/23          Page      3
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 2/16 | MyDeposit | 187.30 |
| 2/16 | MyDeposit | 230.00 |
| 2/16 | MyDeposit | 246.35 |
| 2/16 | MyDeposit | 851.36 |
| 2/22 | CLEAN COLLECTION FUNDS | 216.87 |
| 2/22 | CLEAN COLLECTION FUNDS | 282.90 |
| 2/23 | From DDA *8885,To DDA *8919 | 50,000.00 |
| 2/23 | From DDA *8877,To DDA *8919 | 310,000.00 |
| 2/28 | MyDeposit | 30.00 |
| 2/28 | MyDeposit | 52.40 |
| 2/28 | MyDeposit | 55.00 |
| 2/28 | MyDeposit | 59.85 |
| 2/28 | MyDeposit | 59.95 |
| 2/28 | MyDeposit | 61.95 |
| 2/28 | MyDeposit | 99.90 |
| 2/28 | MyDeposit | 130.00 |
| 2/28 | MyDeposit | 150.00 |
| 2/28 | MyDeposit | 166.76 |
| 2/28 | MyDeposit | 194.90 |
| 2/28 | MyDeposit | 209.70 |
| 2/28 | MyDeposit | 214.70 |
| 2/28 | MyDeposit | 225.00 |
| 2/28 | MyDeposit | 250.00 |
| 2/28 | MyDeposit | 300.00 |
| 2/28 | MyDeposit | 300.00 |
| 2/28 | MyDeposit | 326.00 |
| 2/28 | MyDeposit | 331.30 |
| 2/28 | MyDeposit | 382.96 |
| 2/28 | MyDeposit | 443.64 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | NWTBCLSCIC THE HARTFORD CCD 051000010081918 FREE SPEECH SYSTEMS | 2,363.10- |
| 2/02 | DBT CRD 0753 02/01/23 00341635 VULTRHOLDINGSLLC VULTR.COM    NJ C#5784 | 255.84- |



Date  2/28/23          Page    4
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 2/02 | PAYMENTS    LATHEM TIME CORP<br>CCD 062000011208285<br>FREE SPEECH SYSTEMS LL | 134.32- |
| 2/02 | INSUR CLM  PLIC-SBD<br>CCD 091000014722782<br>Axos Operations | 2,880.02- |
| 2/02 | BILLING    AUTHNET GATEWAY<br>CCD 104000018596151<br>FREE SPEECH SYSTEMS, L | 7,407.00- |
| 2/03 | DBT CRD 1315 02/02/23 93362992<br>GITHUB<br>HTTPSGITHUB.C CA C#5784 | 24.00- |
| 2/03 | DBT CRD 0204 02/02/23 90427180<br>ZOOM.US 888-799-9666<br>WWW.ZOOM.US   CA C#5784 | 159.48- |
| 2/03 | DBT CRD 1626 02/02/23 07760820<br>TXTAG 888 468 9824<br>888-468-9824  TX C#5784 | 2.43- |
| 2/03 | DBT CRD 1206 02/02/23 52198452<br>TXTAG 888 468 9824<br>888-468-9824  TX C#5784 | 31.27- |
| 2/03 | Expenses    FREESPEECHOP<br>PPD 122287250000016<br>FREESPEECHOP | 35.00- |
| 2/03 | WEB_PAY     WASTE CONNECTION<br>WEB 021000021649923<br>WENDELL M SCHWARTZ<br>68056824020223 | 2,747.05- |
| 2/03 | SALE     AUSTIN SECURITY<br>CCD 021000027462310<br>FREE SPEECH SYSTEMS | 3,972.78- |
| 2/03 | Monthly    FREESPEECHOP<br>PPD 122287250001433<br>FREESPEECHOP | 14,902.50- |
| 2/03 | Monthly    FREESPEECHOP<br>CCD 122287250001429<br>FREESPEECHOP | 667,128.39- |
| 2/06 | DBT CRD 1702 02/04/23 29360810<br>MIDJOURNEY INC.<br>HTTPSWWW.MIDJ CA C#5784 | 31.92- |



Date  2/28/23       _Page     5
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 2/06 | DBT CRD 1256 02/04/23 81622649<br>DNH*GODADDY.COM<br>480-5058855    AZ C#5784 | 38.12- |
| 2/06 | DBT CRD 1319 02/05/23 95733133<br>DNH*GODADDY.COM<br>480-5058855    AZ C#5784 | 99.99- |
| 2/06 | DBT CRD 1007 02/05/23 80718818<br>MONGODBCLOUD ITS OR...<br>MONGODB.COM   CA C#5784 | 3,421.34- |
| 2/06 | DBT CRD 0640 02/03/23 56324669<br>HOVER<br>866-731-6556  MS C#5784 | 16.92- |
| 2/06 | DBT CRD 1213 02/03/23 56278593<br>CRAIGSLIST.ORG<br>415-399-5200  CA C#5784 | 35.00- |
| 2/06 | DBT CRD 0330 02/04/23 42514194<br>FDCSERVERSN<br>312-423-6675  FL C#5784 | 555.34- |
| 2/06 | PAYMENT     ADT<br>PPD 101000694388236<br>FREE SPEECH SYSTEMS | 10.28- |
| 2/06 | PAYMENT     ADT<br>PPD 101000694388242<br>FREE SPEECH SYSTEMS | 20.45- |
| 2/06 | PAYMENT     ADT<br>PPD 101000694388235<br>FREE SPEECH SYSTEMS | 64.22- |
| 2/06 | PAYMENT     ADT<br>PPD 101000694388240<br>FREE SPEECH SYSTEMS | 69.18- |
| 2/06 | PAYMENT     ADT<br>PPD 101000694388234<br>FREE SPEECH SYSTEMS | 72.02- |
| 2/06 | PAYMENT     ADT<br>PPD 101000694388239<br>FREE SPEECH SYSTEMS | 102.06- |
| 2/06 | PAYMENT     ADT<br>PPD 101000694388237<br>FREE SPEECH SYSTEMS | 126.76- |
| 2/06 | PAYMENT    City of Austin T<br>PPD 021000023880644 | 675.83- |



Date  2/28/23      Page    6
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 2/06 | Melinda Flores<br>PAYMENT    ADT<br>PPD 101000694388241 | 830.10- |
| 2/06 | FREE SPEECH SYSTEMS<br>QBooks Onl INTUIT *<br>CCD 021000029640795 | 836.81- |
| 2/06 | FREE SPEECH SYSTEMS<br>PAYMENT    City of Austin T<br>PPD 021000023881604 | 929.95- |
| 2/06 | Melinda Flores<br>BUS INSUR  TRAVELERS<br>PPD 021000027440064 | 1,039.94- |
| 2/06 | FREE SPEECH SYSTEMS, L<br>BILL PYMNT ACHIVR VISB<br>TEL 021000022736272 | 1,086.07- |
| 2/06 | PAYMENT    City of Austin T<br>PPD 021000023881602 | 1,296.62- |
| 2/06 | Melinda Flores<br>PAYMENT    ADT<br>PPD 101000694388238 | 1,411.18- |
| 2/06 | FREE SPEECH SYSTEMS<br>BILL PYMNT ACHIVR VISB<br>TEL 021000022736273 | 1,440.15- |
| 2/06 | PAYMENT    City of Austin T<br>PPD 021000023881577 | 3,144.90- |
| 2/07 | Melinda Flores<br>DBT CRD 1630 02/05/23 10116308<br>AWIO WEB SERVICES, LLC<br>267-2803589    PA C#5784 | 449.00- |
| 2/08 | DBT CRD 1135 02/07/23 33575328<br>ABLETON<br>BERLIN        DF C#5784 | 810.79- |
| 2/08 | DBT CRD 1052 02/07/23 07607429<br>SP NZXT, INC.<br>HTTPSLETSBLDC CA C#5784 | 2,001.55- |
| 2/08 | Int Fee 1124 02/08/23 33575328<br>ABLETON<br><br>BERLIN        00 C# 5784 | 8.11- |
| 2/09 | DBT CRD 1225 02/08/23 63153921<br>Name.com, Inc | 240.74- |



Date  2/28/23          Page    7
Primary Account

Commercial Checking                           (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 720-2492374        CO C#5784 | |
| 2/09 | DBT CRD 1314 02/09/23 92976552 | 51.07- |
| | AMZN MKTP US*LK9SW0QJ3 | |
| | AMZN.COM/BILL WA C#5784 | |
| 2/09 | DBT CRD 1210 02/08/23 54443925 | 627.76- |
| | AMZN Mktp US*RT9J32RS3 | |
| | Amzn.com/bill WA C#5784 | |
| 2/09 | TELECOMM    GRANDE COMMUNICA | 1,300.00- |
| | WEB 021000022624514 | |
| | WENDELL M *SCHWARTZ | |
| | 3927707 | |
| 2/10 | DBT CRD 1218 02/09/23 59281752 | 37.86- |
| | FS *freescout | |
| | 877-3278914    CA C#5784 | |
| 2/10 | DBT CRD 1943 02/09/23 62053321 | 786.95- |
| | AMZN MKTP US*494AA91U3 | |
| | AMZN.COM/BILL WA C#5784 | |
| 2/10 | SALE       AUSTIN SECURITY | 3,972.78- |
| | CCD 021000025010401 | |
| | FREE SPEECH SYSTEMS | |
| 2/10 | Bill Pay    FREESPEECHOP | 32,482.50- |
| | PPD 122287250000258 | |
| | FREESPEECHOP | |
| 2/10 | Bill Pay    FREESPEECHOP | 238,326.85- |
| | CCD 122287250000270 | |
| | FREESPEECHOP | |
| 2/10 | Domestic Wire Transfer-DL | 228,872.44- |
| | HR&P | |
| | 084201278 | |
| | 4975902 | |
| | UNITED STATES | |
| | Cadence Bank | |
| | 20230210MMQFMP9N000427 | |
| | 20230210MMQFMPF1001159 | |
| | 02101639FT01 | |
| 2/13 | POS DEB 0430 02/13/23 04172105 | 571.19- |
| | FDCSERVERSN | |
| | 2211 North First S | |
| | San Jose      CA C#5784 | |
| 2/13 | QBooks Onl INTUIT * | 213.20- |
| | CCD 021000029088181 | |



Date  2/28/23          Page    8
Primary Account

Commercial Checking                              (continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 2/13 | FREE SPEECH SYSTEMS LL<br>SERVICES   GOOGLE<br>CCD 091000011557799 | 280.00- |
| 2/13 | Free Speech Systems, L<br>WEB PAY    LEASE DIRECT<br>CCD 043000096517380 | 1,774.43- |
| 2/13 | Free Speech Systems<br>WEBPAYMENT ADDSHOPPERSINC<br>WEB 091000013632395 | 2,989.00- |
| 2/13 | FREE SPEECH SYSTEMS<br>INS PREM   PROG COUNTY MUT<br>TEL 021000024201281 | 4,445.00- |
| 2/14 | DBT CRD 0235 02/13/23 09279227<br>AMZN Mktp US*HE1LE0KD0<br>Amzn.com/bill WA C#5784 | 256.57- |
| 2/14 | Domestic Wire Transfer-DL<br>Melissa Haselden<br>043000096<br>4956785955<br>UNITED STATES<br>PNC<br>Jan fees and expenses<br>20230214MMQFMP9N000124<br>20230214MMQFMPNB003424<br>02141045FT01 | 11,199.00- |
| 2/15 | DBT CRD 1016 02/14/23 85691657<br>BACKBLAZE.COM<br>HTTPSWWW.BACK CA C#5784 | 144.75- |
| 2/15 | DBT CRD 0902 02/14/23 41320796<br>NRI*NEW RELIC<br>888-643-8776   CA C#5784 | 266.50- |
| 2/16 | ORKIN PEST ORKIN<br>WEB 021000024631914<br>FREE SPEECH SYSTEMS *O<br>8800929 | 261.97- |
| 2/17 | DBT CRD 1126 02/16/23 27813821<br>CHATGPT SUBSCRIPTION<br>OPENAI.COM   CA C#5784 | 21.28- |
| 2/17 | DBT CRD 1145 02/16/23 39455917<br>AMZN Mktp US*HE9C565W2 | 45.45- |



Date  2/28/23          Page    9
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 2/17 | Amzn.com/bill WA C#5784<br>DBT CRD 1540 02/16/23 80278119<br>WWW.1AND1.COM<br>877-461-2631   PA C#5784 | 211.51- |
| 2/17 | SALE        AUSTIN SECURITY<br>CCD 021000028745686<br>FREE SPEECH SYSTEMS | 3,972.78- |
| 2/17 | BillPay    FREESPEECHOP<br>PPD 122287250000815<br>FREESPEECHOP | 31,062.50- |
| 2/17 | BillPay    FREESPEECHOP<br>CCD 122287250000830<br>FREESPEECHOP | 389,459.31- |
| 2/21 | DBT CRD 1042 02/18/23 01453155<br>DNH*GODADDY.COM<br>480-5058855   AZ C#5784 | 10.64- |
| 2/21 | DBT CRD 1258 02/19/23 82845881<br>DNH*GODADDY.COM<br>480-5058855   AZ C#5784 | 99.99- |
| 2/21 | DBT CRD 1241 02/20/23 72968911<br>Name.com, Inc<br>720-2492374   CO C#5784 | 198.88- |
| 2/21 | DBT CRD 0948 02/18/23 69104543<br>DTV*DIRECTV SERVICE<br>800-347-3288   CA C#5784 | 219.07- |
| 2/21 | DBT CRD 0928 02/20/23 57202305<br>CLOUDFLARE<br>HTTPSWWW.CLOU CA C#5784 | 511.68- |
| 2/21 | POS DEB 0431 02/19/23 04197694<br>FDCSERVERSN<br>2211 North First S<br>San Jose       CA C#5784 | 545.34- |
| 2/21 | DBT CRD 0016 02/17/23 25630103<br>AMAZON.COM*HE4L9OQV2 A<br>AMZN.COM/BILL WA C#5784 | 229.43- |
| 2/21 | DBT CRD 0924 02/19/23 54696586<br>ADOBE  *STOCK<br>408-536-6000   CA C#5784 | 4,289.35- |
| 2/22 | DBT CRD 1737 02/21/23 50295930<br>VERCEL PRO | 20.00- |



Date  2/28/23          Page   10
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 2/22 | HTTPSVERCEL.C CA C#5784 DBT CRD 1111 02/21/23 18857078 | 330.17- |
| 2/22 | DNH*GODADDY.COM 480-5058855    AZ C#5784 RECRD MGMT IRON MOUNTAIN CCD 021000028245227 | 345.88- |
| 2/22 | WENDELL *M SCHWARTZ MSInvoice  DS WATERS OF AME PPD 042000016417993 | 667.14- |
| 2/22 | Wendell M Schwartz DD       WEBFILE TAX PYMT CCD 021000027941608 | 1,013.29- |
| 2/23 | 33311/12345/EDI/XML - DBT CRD 1306 02/22/23 87639536 | 10.00- |
| 2/23 | PRITUNL PREMIUM HTTPSPRITUNL. WA C#5784 Payment   ATT PPD 031100204389197 | 2,611.12- |
| 2/24 | Free speech systems DBT CRD 1449 02/23/23 49654310 TXTAG 888 468 9824 | 22.73- |
| 2/24 | 888-468-9824  TX C#5784 DBT CRD 0232 02/23/23 07686324 AMZN Mktp US*HP9LN98G1 | 199.31- |
| 2/24 | Amzn.com/bill WA C#5784 SALE      AUSTIN SECURITY CCD 021000027913199 | 3,915.94- |
| 2/24 | FREE SPEECH SYSTEMS SALE      ECOMMERCE CDN LL CCD 021000028264005 | 27,270.00- |
| 2/24 | FREE SPEECH SYSTEMS Bill Pay   FREESPEECHOP PPD 122287250000556 | 83,983.11- |
| 2/24 | FREESPEECHOP Bill Pay   FREESPEECHOP CCD 122287250000565 | 181,321.91- |
| 2/27 | FREESPEECHOP DBT CRD 1235 02/25/23 69427960 DNH*GODADDY.COM | 60.32- |
| 2/28 | https://www.g AZ C#5784 Service Charge | 7.20-SC |



Date  2/28/23          ~~Page   11~~
Primary Account

Commercial Checking                          (Continued)

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 2/14 | 99399720 | 73,715.30 | 2/14 | 99797886* | 18,900.56 |

\* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 161,958.41 | 2/10 | 127,361.79 | 2/22 | 20,343.31 |
| 2/02 | 751,281.23 | 2/13 | 117,088.97 | 2/23 | 377,722.19 |
| 2/03 | 62,278.33 | 2/14 | 102,017.54 | 2/24 | 81,009.19 |
| 2/06 | 44,923.18 | 2/15 | 101,606.29 | 2/27 | 80,948.87 |
| 2/07 | 51,590.84 | 2/16 | 453,097.23 | 2/28 | 84,985.68 |
| 2/08 | 53,894.42 | 2/17 | 28,324.40 | | |
| 2/09 | 331,841.17 | 2/21 | 22,220.02 | | |

*** END OF STATEMENT ***

99399720

Charge To: Schwartz Wendell     87IWCZ0FN7Y6ZS     02/12/23
02125004924

Pay to the order of: AMAZON WEB SERVI     $73,715.30

SEVENTY-THREE THOUSAND SEVEN HUNDRED FIFTEEN AND 36/100

DOLLARS

ABA 122287251   Account 890000078919     Pre-Authorized Payment

⑈99399720⑈ ⑆122287251⑈ ⑈890000078919⑈ ⑇00073715302

Check  99399720   Date: 02/14   Amount: $73,715.30

99797886

Charge To: Systems Free     87IWCZ0FN8S5TQ     02/13/23
02139001513

Pay to the order of: AMAZON WEB SERVI     $18,900.56

EIGHTEEN THOUSAND NINE HUNDRED AND 56/100

DOLLARS

ABA 122287251   Account 890000078919     Pre-Authorized Payment

⑈99797886⑈ ⑆122287251⑈ ⑈890000078919⑈ ⑇000189005⑆

Check  99797886   Date: 02/14   Amount: $18,900.56



Date  2/28/23          Page     1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Donations

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates  2/01/23 thru  2/28/23 | |
| Previous Balance | 134,441.10 | Days in the statement period | 28 |
| 90 Deposits/Credits | 74,317.06 | Avg Daily Ledger | 67,125.55 |
| 3 Checks/Debits | 190,000.00 | Avg Daily Collected | 64,471.37 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 18,758.16 | | |

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|---|---|---|
| 2/07 | MyDeposit | 10.00 |
| 2/07 | MyDeposit | 15.00 |
| 2/07 | MyDeposit | 20.00 |
| 2/07 | MyDeposit | 20.00 |
| 2/07 | MyDeposit | 20.00 |
| 2/07 | MyDeposit | 25.00 |
| 2/07 | MyDeposit | 25.00 |
| 2/07 | MyDeposit | 25.00 |
| 2/07 | MyDeposit | 25.00 |
| 2/07 | MyDeposit | 25.00 |
| 2/07 | MyDeposit | 30.00 |
| 2/07 | MyDeposit | 30.00 |
| 2/07 | MyDeposit | 40.00 |
| 2/07 | MyDeposit | 50.00 |
| 2/07 | MyDeposit | 50.00 |



Date  2/28/23          Page      2
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 2/07 | MyDeposit | 70.00 |
| 2/07 | MyDeposit | 70.00 |
| 2/07 | MyDeposit | 100.00 |
| 2/07 | MyDeposit | 100.00 |
| 2/07 | MyDeposit | 100.00 |
| 2/07 | MyDeposit | 100.00 |
| 2/07 | MyDeposit | 100.00 |
| 2/07 | MyDeposit | 100.00 |
| 2/07 | MyDeposit | 100.00 |
| 2/07 | MyDeposit | 100.00 |
| 2/07 | MyDeposit | 100.00 |
| 2/07 | MyDeposit | 137.40 |
| 2/07 | MyDeposit | 200.00 |
| 2/07 | MyDeposit | 200.00 |
| 2/07 | MyDeposit | 400.00 |
| 2/07 | MyDeposit | 400.00 |
| 2/07 | MyDeposit | 444.00 |
| 2/07 | MyDeposit | 500.00 |
| 2/07 | MyDeposit | 500.00 |
| 2/07 | MyDeposit | 1,000.00 |
| 2/07 | MyDeposit | 10,000.00 |
| 2/09 | MyDeposit | 20,000.00 |
| 2/09 | MyDeposit | 30,000.00 |
| 2/16 | MyDeposit | 10.00 |
| 2/16 | MyDeposit | 10.00 |
| 2/16 | MyDeposit | 20.00 |
| 2/16 | MyDeposit | 20.00 |
| 2/16 | MyDeposit | 20.00 |
| 2/16 | MyDeposit | 25.00 |
| 2/16 | MyDeposit | 25.00 |
| 2/16 | MyDeposit | 45.00 |
| 2/16 | MyDeposit | 50.00 |
| 2/16 | MyDeposit | 50.00 |
| 2/16 | MyDeposit | 50.00 |
| 2/16 | MyDeposit | 100.00 |
| 2/16 | MyDeposit | 100.00 |
| 2/16 | MyDeposit | 100.00 |
| 2/16 | MyDeposit | 177.60 |
| 2/16 | MyDeposit | 200.00 |
| 2/16 | MyDeposit | 500.00 |



Date  2/28/23          Page      3
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 2/16 | MyDeposit | 600.00 |
| 2/16 | MyDeposit | 971.43 |
| 2/16 | MyDeposit | 1,000.00 |
| 2/28 | MyDeposit | 10.00 |
| 2/28 | MyDeposit | 10.00 |
| 2/28 | MyDeposit | 10.00 |
| 2/28 | MyDeposit | 10.00 |
| 2/28 | MyDeposit | 10.00 |
| 2/28 | MyDeposit | 10.00 |
| 2/28 | MyDeposit | 25.00 |
| 2/28 | MyDeposit | 25.00 |
| 2/28 | MyDeposit | 25.00 |
| 2/28 | MyDeposit | 35.00 |
| 2/28 | MyDeposit | 50.00 |
| 2/28 | MyDeposit | 50.00 |
| 2/28 | MyDeposit | 51.00 |
| 2/28 | MyDeposit | 55.00 |
| 2/28 | MyDeposit | 60.00 |
| 2/28 | MyDeposit | 60.00 |
| 2/28 | MyDeposit | 70.00 |
| 2/28 | MyDeposit | 100.00 |
| 2/28 | MyDeposit | 100.00 |
| 2/28 | MyDeposit | 100.00 |
| 2/28 | MyDeposit | 100.00 |
| 2/28 | MyDeposit | 100.00 |
| 2/28 | MyDeposit | 100.00 |
| 2/28 | MyDeposit | 100.00 |
| 2/28 | MyDeposit | 100.00 |
| 2/28 | MyDeposit | 111.10 |
| 2/28 | MyDeposit | 299.00 |
| 2/28 | MyDeposit | 300.00 |
| 2/28 | MyDeposit | 500.00 |
| 2/28 | MyDeposit | 2,235.53 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 2/02 | From DDA *8885,To DDA *8919 | 100,000.00– |
| 2/22 | From DDA *8885,To DDA *8927 | 40,000.00– |



Date  2/28/23          Page     4
Primary Account      ◀

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 2/23 | From DDA *8885,To DDA *8919 | 50,000.00– |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 134,441.10 | 2/09 | 99,772.50 | 2/23 | 13,846.53 |
| 2/02 | 34,441.10 | 2/16 | 103,846.53 | 2/28 | 18,758.16 |
| 2/07 | 49,772.50 | 2/22 | 63,846.53 | | |

*** END OF STATEMENT ***



Date  2/28/23          Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Payroll

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates  2/01/23 thru  2/28/23 | |
| Previous Balance | 15,318.25 | Days in the statement period | 28 |
| 3 Deposits/Credits | 370,000.00 | Avg Daily Ledger | 18,099.42 |
| 2 Checks/Debits | 361,806.19 | Avg Daily Collected | 18,099.42 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 23,512.06 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/07 | From DDA *8877,To DDA *8927 | 180,000.00 |
| 2/22 | From DDA *8885,To DDA *8927 | 40,000.00 |
| 2/22 | From DDA *8877,To DDA *8927 | 150,000.00 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 2/07 | Domestic Wire Transfer-DL | 178,632.26- |
| | HR&P | |
| | 084201278 | |
| | 4975902 | |
| | UNITED STATES | |
| | Cadence Bank | |



Date  2/28/23                Page    2
Primary Account

Commercial Checking                        (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 20230207MMQFMP9N000430 | |
| | 20230207MMQFMPF1000969 | |
| | 02071636FT01 | |
| 2/22 | Domestic Wire Transfer-DL | 183,173.93- |
| | HR&P | |
| | 084201278 | |
| | 4975902 | |
| | UNITED STATES | |
| | Cadence Bank | |
| | 20230222MMQFMP9N000067 | |
| | 20230222MMQFMPF1000474 | |
| | 02221050FT01 | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 15,318.25 | 2/07 | 16,685.99 | 2/22 | 23,512.06 |

*** END OF STATEMENT ***



Date  2/28/23          Page    1
Primary Account      (

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates  2/01/23 thru  2/28/23 | |
| Previous Balance | 6,125.44 | Days in the statement period | 28 |
| Deposits/Credits | .00 | Avg Daily Ledger | 6,125.44 |
| Checks/Debits | .00 | Avg Daily Collected | 6,125.44 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 6,125.44 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 2/01 | 6,125.44 |

*** END OF STATEMENT ***



Date  2/28/23          Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Legal

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | ████ | Statement Dates  2/01/23 thru  2/28/23 | |
| Previous Balance | 100,000.00 | Days in the statement period | 28 |
| Deposits/Credits | .00 | Avg Daily Ledger | 100,000.00 |
| Checks/Debits | .00 | Avg Daily Collected | 100,000.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 100,000.00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 2/01 | 100,000.00 |

*** END OF STATEMENT ***



Date  2/28/23
Primary Account

IWHEALTH, LLC
DEBTOR IN POSSESSION,
CASE 22-60021
5606 N. NAVARRO STE 300-W
VICTORIA TX 77904

Account Title:          IWHEALTH, LLC
                        DEBTOR IN POSSESSION,
                        CASE 22-60021

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates    2/01/23 thru  2/28/23 | |
| Previous Balance | .00 | Days in the statement period | 28 |
| Deposits/Credits | .00 | Avg Daily Ledger | .00 |
| Checks/Debits | .00 | Avg Daily Collected | .00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 2/01 | .00 |

*** END OF STATEMENT ***