# EXHIBIT B

| Date | Description | Billable ($) | Expense category |
|---|---|---|---|
| 10/27/2022 | Notice of Removal of TUFTA Lawsuit | $ 350.00 | Court Filing Fees |
| 8/5/2022 | Service of Utility Motion and Order:<br><br>Printing: $14.30<br>Postage: $5.46<br>Total:    $ 19.76 | $ 19.76 | Outside Copy Charge |
| 8/11/2022 | Service of Motion to Amend Interim Cash Collateral Order<br><br>Printing: $18.60<br>Postage: $19.33<br>Total:    $ 37.93 | $ 37.93 | Outside Copy Charge |
| 10/4/2022 | Service of Application to employ P. Magill:<br><br>Printing: $112.71<br>Postage: $37.77<br>= Total:    $ 150.48 | $ 150.48 | Outside Copy Charge |
| 10/6/2022 | Service of Notice of Hearing on Application to employ P. Magill:<br>Printing: $6.63<br>Postage: $23.89<br>Total:    $ 30.52 | $ 30.52 | Outside Copy Charge |
| 10/24/2022 | Service of Motion to Extend Time to File Plan<br><br>Printing: $13.26<br>Postage: $23.89<br>Total:    $ 37.15 | $ 37.15 | Outside Copy Charge |
| 10/28/2022 | Service of Notice of Removal - TUFTA Lawsuit<br>Printing: $3.50<br>Postage: $3.99<br>= Total:    $ 7.49 | $ 7.49 | Outside Copy Charge |
| 11/3/2022 | Service of Motion to Reject Auriam Agreement<br><br>Printing: $9.86<br>Postage: $18.19<br>= Total:    $ 28.05 | $ 28.05 | Outside Copy Charge |
| 11/16/2022 | Service of Motions to Approve Financial Services and Fulfillment Agreements<br><br>Printing: $34.51<br>Postage: $18.19 | $ 52.70 | Outside Copy Charge |
| 11/17/2022 | Service of Notice of Hearing:<br><br>Printing: $4.93<br>Postage: $18.19<br>Total:    $ 23.12 | $ 23.12 | Outside Copy Charge |
| 11/29/2022 | Service of Notice of Hearings:<br><br>Printing: $5.10<br>Postage: $18.76<br>Total:    $ 23.86 | $ 23.86 | Outside Copy Charge |

| Date | Description | Billable ($) | Expense category |
|---|---|---:|---|
| 12/7/2022 | Service of Motions to Reject Leases and Extend Plan filing Deadline<br><br>Printing: $46.92<br>Postage: $27.88<br>Service of Notice of 12/16 Hearing | $ 74.80 | Outside Copy Charge |
| 12/8/2022 | Printing: $7.82<br>Postage: $27.88<br>Total:    $ 35.70<br>Service of Motion to Assume Lease Agreement | $ 35.70 | Outside Copy Charge |
| 1/31/2023 | Printing: $176.80<br>Postage: $64.06<br>= Total:    $ 240.86<br>Service of Objection to Motion to Lift Stay | $ 240.86 | Outside Copy Charge |
| 2/8/2023 | Printing: $35.36<br>Postage: $32.80<br>Total:    $ 68.16<br>Service of Motion to Sell Warehouse Racks: | $ 68.16 | Outside Copy Charge |
| 2/8/2023 | Printing: $17.68<br>Postage: $32.80<br>Total:    $ 50.48 | $ 50.48 | Outside Copy Charge |
| 10/17/2022 | Certificate of Good Standing - Secretary of State Fee | $ 15.00 | Records Search |
| 8/3/2022 | Mileage - Travel to Houston and Back; | $ 250.00 | Travel - Mileage |
| 9/13/2022 | Travel to Austin Tx for plan meeting with client and co-counsel; | $ 93.75 | Travel - Mileage |
| 9/27/2022 | Travel to Austin Tx and back for meetings | $ 93.75 | Travel - Mileage |
| 10/6/2022 | Travel to Austin Texas and back; | $ 93.75 | Travel - Mileage |
| 10/12/2022 | Travel to Houston Texas and back; | $ 250.00 | Travel - Mileage |
| 11/21/2022 | Travel to Houston and back for hearings; | $ 250.00 | Travel - Mileage |
| 12/19/2022 | Travel to Houston and back (400 miles at $.625) | $ 250.00 | Travel - Mileage |
| 1/26/2023 | Travel to Austin Texas and back; | $ 98.25 | Travel - Mileage |
| 12/19/2022 | Courthouse parking | $ 18.00 | Travel - Parking |
| 9/20/2022 | Mileage - Travel to Houston and back to attend hearings; | $ 250.00 | Travel - Parking |
| 9/20/2022 | Courthouse parking; | $ 18.00 | Travel - Parking |
| 8/3/2022 | Courthouse parking; | $ 18.00 | Travel - Parking |
| 10/12/2022 | Travel to Houston Texas; | $ 18.00 | Travel - Parking |
| 11/21/2022 | Travel to Houston and back for hearings; | $ 18.00 | Travel - Parking |
| **TOTAL** | | **$ 2,965.56** | |