**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

**WITNESS AND EXHIBIT LIST**
**FOR HEARINGS ON MARCH 27, 2023**

| | |
|---|---|
| Judge: | Hon. Christopher M. Lopez |
| Hearing Date: | Monday March 27, 2023 |
| Hearing Time: | 1:00 p.m. (CT) |
| Party's Name: | Free Speech Systems, LLC |
| Attorney's Name: | Raymond W. Battaglia, |
| Attorney's Phone: | (210) 601-9405; |
| Nature of Proceeding: | Hearing on:<br><br>• Motion to Authorize the Use of Cash Collateral [Docket No. 6]<br><br>• Motion for Relief from the Automatic Stay against Free Speech Systems, LLC [Docket No. 406]<br><br>• Joint Motion to Revoke the Debtor's Subchapter V Election Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. [Docket No. 468] |

The Law Offices of Raymond W. Battaglia (the "**Battaglia Firm**"), bankruptcy counsel for Free Speech Systems, LLC (the "**Debtor**") in the above-captioned chapter 11 case (the "**Chapter 11 Case**"), hereby submit this witness and exhibit list in connection with the hearings to be held on Monday March 27, 2023, at 1:00 P.M. (Central Time) (the "**Hearing**") on the matters listed above.

**WITNESSES**

The Debtor may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Patrick Magill, Chief Restructuring Officer of Free Speech Systems, LLC;

2. Any witnesses necessary to establish notice of the Hearing has been provided; and

3. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

## EXHIBITS

The Debtor may offer for admission into evidence any of the following exhibits at the hearing:

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Cash Collateral Budget | | | | |

The Debtor reserves the right to supplement, amend or delete any witness and exhibits prior to the Hearing.  The Debtor also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.  The Debtor finally reserves the right to introduce exhibits previously admitted.

Respectfully submitted March 23, 2023.

LAW OFFICES OF RAY BATTAGLIA, PLLC

/S/ *RAYMOND W. BATTAGLIA*
Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, Texas 78218
Tel. (210) 601-9405

*Counsel to the Debtor and Debtor-In-Possession*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ Raymond W. Battaglia*
Raymond W. Battaglia