IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> **FREE SPEECH SYSTEMS, LLC** § <br> § **Case No. 22-60043-11** <br> **Debtor** § **(Subchapter V)** | |

### SUBCHAPTER V TRUSTEE'S REPORT REGARDING DEBTOR'S DISCLOSURE

TO THE HONORABLE CHRISTOPHER M. LOPEZ, U.S. BANKRUPTCY JUDGE:

NOW COMES, MELISSA A. HASELDEN, Subchapter V Trustee ("Trustee") in the above-referenced bankruptcy proceeding, and files this Subchapter V Trustee's Status Report regarding Debtor's Disclosure (Docket No. 534), and would respectfully show the Court as follows:

## I.
### BACKGROUND

1. Debtor commenced this bankruptcy case by filing a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and electing to proceed under subchapter V of chapter 11 on July 29, 2022 (the "Petition Date").

2. On August 2, 2022, the Office of the United States Trustee for Region 7 appointed Melissa A. Haselden as the Trustee in this case [Dkt. No. 22].

3. On September 20, 2022, the Court entered its Order Expanding Subchapter V Trustee's Duties under 11 U.S.C. §1183(b)(2) and requiring Trustee to file a report pursuant to 11 U.S.C. §1106(a)(3) & (4) ("Trustee Order") [Docket #183].

## II.

### STATUS REPORT REGARDING DEBTOR'S DISCLOSURES

4.  On or about March 2, 2023, the CRO of the Debtor informed the Trustee that he was investigating a rumor that ads on Alex Jones ("Jones") radio show were being sold by a third party and would keep the Trustee informed as to the progress of his investigation.

5.  Subsequently, the CRO determined that the advertising in question was not radio airtime, but rather revenue sharing ads on the InfoWars broadcast for which the Debtor was not receiving compensation. The CRO discovered that, in August 2022, an employee ("Employee") of the Debtor formed Mountain Way Marketing LLC ("Mountain Way"). Subsequently, Mountain Way began marketing ads for the InfoWars broadcast and invoicing the advertisers, including one business which advertised with the Debtor prior to the Petition Date. The CRO reported this information to the Trustee.

6.  The Trustee and her counsel interviewed relevant persons with knowledge about the information stated above, as well as reviewed documentation of the same which was provided. It was determined that Mountain Way received revenue of $243,742.09 from the referenced advertising. Mountain Way paid a total of $157,272.76 to Jones from these funds. Additional revenue from these ads is expected to be received. Mountain Way and Jones have committed to returning these funds to the Debtor and to cease these marketing activities.

7.  The Trustee also interviewed numerous other parties about this matter and, more broadly, about the existence of any similar arrangements affecting the Debtor. The Trustee further researched business dealings between the Debtor and other employees, affiliates, and consultants. The results of this investigation, among other information, will be more fully reported in the Trustee's report which is anticipated to be filed with the Court on or before March 31, 2023.

8. The Trustee would further note that during the course of the instant investigation, the CRO and the other parties involved have been cooperative in resolving this matter.

Respectfully Submitted,

**HASELDEN FARROW PLLC**

By: */s/ Melissa A. Haselden*
Melissa A. Haselden
State Bar No. 00794778
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
Email: mhaselden@haseldenfarrow.com
Subchapter V Trustee

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Subchapter V Status Report Regarding Debtor's Disclosures was served on the following parties in interest via ECF March 24, 2023:

Raymond William Battaglia on behalf of Debtor Free Speech Systems LLC
rbattaglialaw@outlook.com, rwbresolve@gmail.com

Raymond William Battaglia on behalf of Interested Party Alex E Jones
rbattaglialaw@outlook.com, rwbresolve@gmail.com

Joseph S.U. Bodoff on behalf of Creditor ADP TotalSource, Inc.
jbodoff@rubinrudman.com

Marty L Brimmage on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alexander E. Jones

mbrimmage@akingump.com,lmonreal@akingump.com;bkemp@akingump.com; apraestholm@akingump.com

Marty L Brimmage on behalf of Creditor David Wheeler, et al.
mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com; apraestholm@akingump.com

Marty L Brimmage on behalf of Creditor Leonard Pozner
mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com; apraestholm@akingump.com

Marty L Brimmage on behalf of Creditor Marcel Fontaine
mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com; apraestholm@akingump.com

Marty L Brimmage on behalf of Creditor Neil Heslin
mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com; apraestholm@akingump.com

Marty L Brimmage on behalf of Creditor Scarlett Lewis
mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com; apraestholm@akingump.com

Marty L Brimmage on behalf of Creditor Veronique De La Rosa
mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com; apraestholm@akingump.com

Ryan E Chapple on behalf of Creditor David Wheeler, et al.
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor Richard M. Coan
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Carlee Soto-Parisi
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Carlos M. Soto
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff David Wheeler
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Donna Soto
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Francine Wheeler
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Ian Hockley
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Jacqueline Barden
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Jennifer Hensel
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Jillian Soto Marino
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Mark Barden
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Nicole Hockley
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Richard M. Coan
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Robert Parker
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff William Sherlach
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Plaintiff Wlliam Aldenberg
rchapple@cstrial.com, aprentice@cstrial.com

Walter J Cicack on behalf of Interested Party Sweetwater Holdings Group, Inc.
wcicack@hcgllp.com, mallen@hcgllp.com

Richard A. Cochrane on behalf of Creditor David Wheeler, et al.
rcochrane@akingump.com, jlangmack@akingump.com

Richard A. Cochrane on behalf of Creditor Leonard Pozner
rcochrane@akingump.com, jlangmack@akingump.com

Richard A. Cochrane on behalf of Creditor Marcel Fontaine
rcochrane@akingump.com, jlangmack@akingump.com

Richard A. Cochrane on behalf of Creditor Neil Heslin
rcochrane@akingump.com, jlangmack@akingump.com

Richard A. Cochrane on behalf of Creditor Scarlett Lewis
rcochrane@akingump.com, jlangmack@akingump.com

Richard A. Cochrane on behalf of Creditor Veronique De La Rosa
rcochrane@akingump.com, jlangmack@akingump.com

Vickie L Driver on behalf of Interested Party Alex E Jones
Vickie.Driver@crowedunlevy.com,elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Christopher Dylla on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-cdylla@oag.texas.gov, Sherri.Simpson@oag.texas.gov

Elizabeth Carol Freeman on behalf of Trustee Melissa A Haselden
liz@lizfreemanlaw.com,kgradney@jw.com;dtrevino@jw.com;
jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Jennifer Jaye Hardy on behalf of Creditor Leonard Pozner
jhardy2@willkie.com, mao@willkie.com

Jennifer Jaye Hardy on behalf of Creditor Marcel Fontaine
jhardy2@willkie.com, mao@willkie.com

Jennifer Jaye Hardy on behalf of Creditor Neil Heslin
jhardy2@willkie.com, mao@willkie.com

Jennifer Jaye Hardy on behalf of Creditor Scarlett Lewis
jhardy2@willkie.com, mao@willkie.com

Jennifer Jaye Hardy on behalf of Creditor Veronique De La Rosa
jhardy2@willkie.com, mao@willkie.com

Jennifer Jaye Hardy on behalf of Plaintiff Estate of Marcel Fontaine
jhardy2@willkie.com, mao@willkie.com

Jennifer Jaye Hardy on behalf of Plaintiff Leonard Pozner
jhardy2@willkie.com, mao@willkie.com

Jennifer Jaye Hardy on behalf of Plaintiff Neil Heslin
jhardy2@willkie.com, mao@willkie.com

Jennifer Jaye Hardy on behalf of Plaintiff Scarlett Lewis
jhardy2@willkie.com, mao@willkie.com

Jennifer Jaye Hardy on behalf of Plaintiff Veronique De La Rosa
jhardy2@willkie.com, mao@willkie.com

Melissa A Haselden
mhaselden@haseldenfarrow.com,
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;
haselden.melissaa.r104367@notify.bestcase.com

Melissa Anne Haselden on behalf of Trustee Melissa A Haselden
mhaselden@haseldenfarrow.com, haseldenbankruptcy@gmail.com,
haselden.melissaa.r104367@notify.bestcase.com

Shelby A Jordan on behalf of Defendant Alexander E. Jones
cmadden@jhwclaw.com

Shelby A Jordan on behalf of Interested Party Alex E Jones
cmadden@jhwclaw.com

Shelby A Jordan on behalf of Interested Party Shelby A Jordan
cmadden@jhwclaw.com

Kyung Shik Lee on behalf of Attorney Kyung Shik Lee
kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee on behalf of Debtor Free Speech Systems LLC
kslee50@gmail.com, Courtnotices@kasowitz.com

Stephen Wayne Lemmon on behalf of Creditor PQPR Holdings Limited, LLC
lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon on behalf of Defendant PLJR HOLDINGS LIMITED, LLC
lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon on behalf of Defendant PLJR HOLDINGS, LLC
lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon on behalf of Defendant PQPR HOLDINGS LIMITED, LLC
lemmon@slollp.com, mates@slollp.com

John D Malone on behalf of Creditor Security Bank of Crawford
myra@johnmalonepc.com, myra@johnmalonepc.com

Jarrod B. Martin on behalf of Creditor Leonard Pozner
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Creditor Marcel Fontaine
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Creditor Neil Heslin
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Creditor Scarlett Lewis
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Creditor Veronique De La Rosa
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Plaintiff Estate of Marcel Fontaine
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Plaintiff Leonard Pozner
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Plaintiff Marcel Fontaine
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Plaintiff Neil Heslin
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Plaintiff Scarlett Lewis
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Plaintiff Veronique De La Rosa
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Avi Moshenberg on behalf of Creditor Leonard Pozner
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Creditor Marcel Fontaine
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Creditor Neil Heslin
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Creditor Scarlett Lewis
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Creditor Veronique De La Rosa
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Plaintiff Estate of Marcel Fontaine
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Plaintiff Leonard Pozner
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Plaintiff Leonard Pozner
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Plaintiff Marcel Fontaine
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Plaintiff Neil Heslin
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Plaintiff Neil Heslin
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Plaintiff Scarlett Lewis
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Plaintiff Scarlett Lewis
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Plaintiff Veronique De La Rosa
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Avi Moshenberg on behalf of Plaintiff Veronique De La Rosa
avi.moshenberg@mhllp.com, patricia.flores@mhllp.com

Ha Minh Nguyen on behalf of U.S. Trustee US Trustee
ha.nguyen@usdoj.gov

Bradley J. Reeves on behalf of Creditor Reeves Law, PLLC
bradley.reeves@pillsburylaw.com

Federico Andino Reynal on behalf of Defendant AEJ HOLDINGS, LLC
areynal@frlaw.us

Federico Andino Reynal on behalf of Defendant AEJ TRUST 2018
areynal@frlaw.us

Federico Andino Reynal on behalf of Defendant Free Speech Systems, LLC
areynal@frlaw.us

Federico Andino Reynal on behalf of Defendant Alex E. Jones
areynal@frlaw.us

Michael P Ridulfo on behalf of Other Prof. Schwartz Associates, LLC
mridulfo@krcl.com, rcoles@krcl.com

Michael P Ridulfo on behalf of Other Prof. Schwartz and Associates, LLC
mridulfo@krcl.com, rcoles@krcl.com

Michael P Ridulfo on behalf of Other Prof. Marc Schwartz
mridulfo@krcl.com, rcoles@krcl.com

Michael P Ridulfo on behalf of Other Prof. W. Marc Schwartz
mridulfo@krcl.com, rcoles@krcl.com

Stephen A Roberts on behalf of Interested Party David Ross Jones
sroberts@srobertslawfirm.com, 1222805420@filings.docketbird.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

R. J. Shannon on behalf of Attorney Shannon & Lee LLP
rshannon@shannonpllc.com,
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon on behalf of Debtor Free Speech Systems LLC
rshannon@shannonpllc.com,
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Jason Starks on behalf of Creditor Travis County
bkecf@traviscountytx.gov

Christina Walton Stephenson on behalf of Debtor Free Speech Systems LLC
Crissie.Stephenson@crowedunlevy.com,
elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Christina Walton Stephenson on behalf of Interested Party Alex E Jones
Crissie.Stephenson@crowedunlevy.com,
elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

                                                  */s/ Melissa A. Haselden*
                                                  Melissa A. Haselden

032423 Status Report