IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

AGENDA FOR HEARING
SCHEDULED FOR MARCH 27, 2023, AT 1:00 P.M. (PREVAILING
CENTRAL TIME), BEFORE JUIDGE LOPEZ AT THE UNITED STATES
BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS,
AT COURTROOM, 515 RUSK STREET, HOUSTON, TEXAS 77002

Free Speech Systems, LLC (the "Debtor" or "FSS"), debtor and debtor-in-possession in the above-referenced Chapter 11 case, hereby files this agenda for matters set for hearing on March 27, 2023, at 1:00 p.m. (prevailing Central Time).

## Cash Collateral Motion

1. Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Section 105, 361, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) and (II) Granting Adequate Protection to the Pre-Petition Secured Lender. [Dkt. No. 6]

    Related documents:

    a. Proposed Order – Tenth Interim Order [Dkt. No. 535]

    Status:

    Going forward. No known outstanding comments or opposition to the proposed form of order.

## Motion to Assume Lease

1. Joint Motion to Revoke the Debtor's Subchapter V Election. [Dkt. 468]

    Related documents:

    a. Response Filed by US Trustee in Support of Joint Motion of the Connecticut Plaintiffs and Texas Plaintiffs to Revoke the Debtor's Subchapter V Election [Dkt. No. 501]

    b. Debtor's Response to Joint Motion of The Connecticut Plaintiffs and The Texas Plaintiffs to Revoke The Debtor's Subchapter V Election [Dkt. No. 504]

    c. Subchapter V Trustee's Limited Response to the Joint Motion of the Connecticut Plaintiffs and the Texas Plaintiffs to Revoke the Debtor's Subchapter V Election [Dkt. No. 513]

    d. Joint Reply in Support of the Motion to Revoke the Debtor's Subchapter V Election [Dkt. No. 525]

Status:

Proceeding.

**Motion for Relief from Stay**

1. Amended Motion for Relief from Stay filed by Creditors Veronique De La Rosa, Leonard Pozner. [Dkt. No. 406]

Related documents:

    a. Objection of Free Speech Systems, LLC to the Amended Motion for Relief from Stay). [Dkt. No. 419]

Status:

The parties have agreed to reset the hearing to a later date to accommodate settlement negotiations regarding the motion.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on this 26th day of March, 2023.

                                        /s/ Ray Battaglia
                                        Raymond W. Battaglia