IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 (Subchapter V) |
| **FREE SPEECH SYSTEMS LLC,** | § § § | Case No. 22-60043 (CML) |
| Debtor. | § § § | |

### SUPPLEMENTAL DISCLOSURE TO THE COURT

Free Speech Systems, LLC ("FSS"), the debtor and debtor-in-possession in the above captioned chapter 11 case, files this supplemental disclosure to the Court supplementing the disclosures to the Court set forth in Docket No. 534 (the "Initial Disclosure") and would state the following:

1. FSS has received the following transfers of funds from the funds paid to Mountain Way:

    a. Wire transfer from Mountain Way dated March 24, 2023, in the amount of $86,469.33.

    b. Wire transfer from Alex Jones estate dated March 24, 2023, in the amount of $25,000.00.

    c. Cashier's Check from the Alex Jones estate dated March 30, 2023, in the amount of $132,272.76.

    d. Total Amount Received to date:         $243,742.09

2. FSS has continued to review Mountain Way records pertaining to its accounts and receipts and maintains an open dialogue with the principal of Mountain Way in order to ensure complete transparency and accountability for all receipts.

3. Mountain Way advises that an additional $22,000 was paid to this Mountain Way's principal as a bonus in 2022. This bonus was paid without the knowledge or involvement of Alex Jones and none of these funds were transferred to Alex Jones. FSS is in discussions regarding the return of the "bonus" to FSS.

4. FSS continues its review of the Mountain Way transactions to insure that FSS receives all past and future proceeds it is entitled to receive.

April 2, 2023,	LAW OFFICES OF RAY BATTAGLIA, PLLC

/s/ Raymond W. Battaglia
Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, Texas 78218
Tel. (210) 601-9405

*Counsel to the Free Speech Systems, LLC, Debtor and Debtor-In-Possession*

## CERTIFICATE OF SERVICE

I certify that on April 2, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Raymond W. Battaglia*
Raymond W. Battaglia