UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | Case No. 22-60043 |
| **FREE SPEECH SYSTEMS, LLC.,** | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO FIRST INTERIM APPLICATION OF LAW OFFICES OF RAY BATTAGLIA, PLLC, COUNSEL TO FREE SPEECH SYSTEMS, LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 29, 2022, THROUGH FEBRUARY 28, 2023**

Pursuant to the Local Bankruptcy Rules for the Southern District of Texas, the undersigned counsel for the above-captioned debtor and debtor in possession (the "Debtor") certifies as follows:

1. On March 20, 2023, the Debtor filed the *First Interim Application of the Law Offices of Ray Battaglia*, *PLLC*, *Counsel to Free Speech Systems, LLC, ("Debtor") for legal services rendered from July 29, 2022, through February 28, 2023* [Dkt. No. 523]. (the "Application").

2. The deadline for parties to file objections and responses to the Application was April 10, 2023 (the "Objection Deadline"). In accordance with paragraph 44 of the Complex Chapter 11 Case Procedures, the undersigned represents to the Court that counsel to the Debtor is unaware of any objection to the Application, and that he has reviewed the Court's docket and no objection/response appears thereon. Counsel to the Debtor did not receive any other informal responses to the Application on or before the Objection Deadline.

3. The proposed order filed with the Application (attached hereto) has not been modified or amended. The Debtor requests that the Court enter the attached proposed order at the earliest convenience of the Court.

Respectfully submitted this April 11, 2023.

                                        THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
                                        66 Granburg Circle
                                        San Antonio, Texas 78218
                                        Telephone (210) 601-9405
                                        Email: rbattaglialaw@outlook.com


By:  */s/ Raymond W. Battaglia*
       Raymond W. Battaglia
       Texas Bar No. 01918055

**ATTORNEYS FOR THE DEBTOR IN POSSESSION**


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on April 11, 2023.


                                        */s/ Raymond W. Battaglia*
                                        Raymond W. Battaglia