United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **FREE SPEECH SYSTEMS, LLC,** | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |
| | § | |

**ORDER GRANTING FIRST INTERIM APPLICATION OF LAW OFFICES OF RAY BATTAGLIA, PLLC, COUNSEL TO FREE SPEECH SYSTEMS, LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 29, 2022, THROUGH FEBRUARY 28, 2023.**

On this day came on for consideration the First Interim Application of the **LAW OFFICES OF RAY BATTAGLIA, PLLC,** Counsel to Free Speech Systems, LLC, ("Debtor") for legal services rendered from July 29, 2022, through February 28, 2023. (the "Application") seeking allowance of compensation incurred during such period of time, and it appearing that notice, and service of such Application have been made in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules promulgated thereunder, and after considering the pleadings of record and the arguments of counsel;

THE COURT FINDS that the legal services provided by Applicant were necessary and beneficial to the estate and that the fees and expenses sought are reasonable after considering the following factors: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the customary fee; (4) whether the fee is fixed or contingent; (5) the amount involved and the results obtained; (6) the experience, reputation and ability of the professionals; (7) the "undesirability" of the case; and (8) awards in similar cases.

IT APPEARING that to the extent herein provided, that interim compensation and reimbursement of out-of-pocket expenses should be authorized; it is, therefore,

ORDERED that the **LAW OFFICES OF RAY BATTAGLIA, PLLC** shall be, and hereby is awarded **INTERIM** compensation in the amount of **TWO HUNDRED SIXTY SIX THOUSAND NINE HUNDRED FIFTY TWO AND 17/100 DOLLARS ($266,952.17)** for services rendered and expenses incurred as legal counsel to the Debtor for the period from July 29, 2022, through February 28, 2023, it is further,

ORDERED that the Debtor is authorized to pay **LAW OFFICES OF RAY BATTAGLIA, PLLC** the balance of the allowed fees and expenses owed after crediting all payments pursuant to the Interim Compensation Order.

Signed: April 14, 2023

_____
Christopher Lopez
United States Bankruptcy Judge