# **EXHIBIT A**

**Email Dated November 6, 2022**

# R. J. Shannon

| | |
|---|---|
| **From:** | Martin, Jarrod B. <Jarrod.Martin@chamberlainlaw.com> |
| **Sent:** | Sunday, November 6, 2022 10:45 AM |
| **To:** | Kyung S. Lee; Michael P. Ridulfo |
| **Cc:** | R. J. Shannon; Ryan Chapple; Avi Moshenberg |
| **Subject:** | RE: Question |

Kyung,

I spoke with my team. Neither Texas nor CT are going to take a position on the Schwartz and S&L fee requests.

Jarrod B. Martin
Shareholder

Chamberlain Hrdlicka
Attorneys at Law

Direct: 713.356.1280
E-Mail: jarrod.martin@chamberlainlaw.com

---

**From:** Martin, Jarrod B. <Jarrod.Martin@chamberlainlaw.com>
**Sent:** Thursday, November 3, 2022 5:52 PM
**To:** Kyung S. Lee <klee@shannonleellp.com>
**Subject:** Re: Question

I will ping my folks

Get Outlook for iOS

---

**From:** Kyung S. Lee <klee@shannonleellp.com>
**Sent:** Thursday, November 3, 2022 3:32:57 PM
**To:** Martin, Jarrod B. <Jarrod.Martin@chamberlainlaw.com>
**Subject:** Question

**\*\*EXTERNAL EMAIL\*\***

Jarrod, are you going to propose a settlement number to us to get discussions going as to our and Marc's fees? I know you have bigger fish to fry. We would like to get resolved and out of the way.

Get Outlook for iOS