IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § | |
| | | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | | |
| | | |
| DEBTOR. | | Chapter 11 (Subchapter V) |

## WITNESS AND EXHIBIT LIST

| Judge: | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date: | April 28, 2023 |
| Hearing Time: | 1:00 p.m. prevailing Central Time |
| Party's Name: | Schwartz Associates, LLC |
| Attorney's Name: | Michael P. Ridulfo |
| Attorney's Phone: | (713425-7442 |
| Nature of Proceeding: | Hearing on:<br>• Debtor's Motion for Order Approving Settlement [ECF No. 515] |

Schwartz Associates, LLC ("SALLC"), hereby submits this Witness and Exhibit list in connection with the hearing to be held on Friday, April 28, 2023, at 1:00 p.m. (Central Standard Time) (the "Hearing") on the Debtor's Motion for Order Approving Settlement [ECF No. 515].

## WITNESSES

SALLC may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Any witness called or designated by any other party; and
2. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other party.

10052462 v1 (72053.00005.000)

## EXHIBITS

SALLC may offer for admission into evidence any of the following exhibits, and any exhibit designated by any other party, at the Hearing:

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Any exhibit designated or offered by any other party. | | | | |
| 2 | Any exhibits needed for rebuttal. | | | | |

SALLC reserves the right to supplement, amend or delete any witness and exhibits prior to the Hearing. SALLC also reserves the right to ask the Court to take judicial notice of any document. SALLC finally reserves the right to introduce exhibits previously admitted.

Dated: April 26, 2023

Respectfully submitted,

KANE RUSSELL COLEMAN & LOGAN PC

By: */s/ Michael P. Ridulfo*
Michael P. Ridulfo
State Bar No. 16902020
Federal Bar No. 27086
5151 San Felipe, Suite 800
Houston, Texas 77056
(713) 425-7400
(713) 425-7700 (fax)
E-mail: mridulfo@krcl.com
***Counsel for W. Marc Schwartz and Schwartz Associates, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served (a) at the time of filing, by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties registered to receive such service and (b) within 24 hours of the filing, on the parties on the attached service list by U.S.P.S. first class mail.

*/s/Michael P. Ridulfo*
Michael P. Ridulfo

10052462 v1 (72053.00005.000)

Attn: Mark Bankson, William Ogden
Kaster Lynch Farrar & Ball, LLP
1117 Herkimer Street
Houston, TX 77008
mark@fbtrial.com
bill@fbtrial.com

Attn: Alinor C. Sterlin, Christopher Mattei, Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: F. Andino Reynal
Fertitta & Reynal LLP
917 Franklin St., Suite 600
Houston, TX 77002
areynal@frlaw.us

Attn: Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com

Attn: Shelby Jordan
Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Avi Moshenberg
McDowell Heterhington LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002
avi.moshenberg@mhllp.com

Attn: Christopher J. Dylla
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548
christopher.dylla@oag.texas.gov

Attn: Cordt Akers
The Akers Law Firm PLLC
Cordt Akers
3401 Allen Parkway, Suite 101
Houston, TX 77019
cca@akersfirm.com

Attn: Daniel DeSouza
Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
dan@copycatlegal.com

Attn: Ryan E. Chapple
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
rchapple@cstrial.com

Attn: Randy W. Williams
Byman & Associates PLLC
7924 Broadway, Suite 104
Pearland, TX 77581
rww@bymanlaw.com

Attn: Jarrod B. Martin
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002
jarrod.martin@chamberlinlaw.com

Melissa Haselden
Subchapter V Trustee
700 Milam, Suite 1300
Houston, TX 77002
mhaselden@haseldenfarro.com

Attn: Ha M. Nguyen, Jayson B. Ruff
Office of U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002
ha.nguyen@usdoj.gov
jayson.b.ruff@usdoj.gov