**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | § | |
| | § | |
| DEBTOR. | § | Chapter 11 (Subchapter V) |
| | § | |

**WITNESS AND EXHIBIT LIST**

| Judge: | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date: | April 28, 2023 |
| Hearing Time: | 1:00 p.m. prevailing Central Time |
| Party's Name: | Shannon & Lee LLP |
| Attorney's Name: | R. J. Shannon; Kyung S. Lee |
| Attorney's Phone: | (713) 714-5770 |
| Nature of Proceeding: | Hearing on:<br>• Debtor's Motion for Order Approving Settlement [ECF No. 515] |

Shannon & Lee LLP ("S&L") hereby submits this witness and exhibit list in connection with the hearing to be held on Friday, April 28, 2023, at 1:00 p.m. (Central Standard Time) (the "Hearing").

**WITNESSES**

S&L may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Any witness called or designated by any other party; and
2. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other party.

## EXHIBITS

S&L may offer for admission into evidence any of the following exhibits, and any exhibit designated by any other party, at the Hearing:

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Debtor's Motion for Order Approving Settlement [ECF No. 515] | | | | |
| 2 | United States Trustee's Objection to Debtor's Motion for Order Approving Settlement [ECF No. 553] | | | | |
| 3 | Joinder of the Sandy Hook Families in Support of the United States Trustee's Objection to the Debtor's Motion for Order Approving Settlement [ECF No. 559] | | | | |
| 4 | Shannon & Lee LLP's Motion for Order Allowing Administrative Expense Claim and Granting Related Relief [ECF No. 251] | | | | |
| 5 | Motion of W. Marc Schwartz and Schwartz Associates LLC for Order Allowing Administrative Expense Claim and Granting Related Relief [ECF No. 252] | | | | |
| 6 | United States Trustee's Omnibus Objection to the Motions of Shannon & Lee LLP and W. Marc Schwartz for Orders Allowing Administrative Expense Claims [Dkt. Nos. 251 and 252] [ECF No. 267] | | | | |
| 7 | Alex E. Jones Limited Objection to Shannon & Lee LLP, Marc Schwartz and Schwartz Associates, LLC's Motions for Order Allowing Administrative Expense Claim and Granting Related Relief [Doc. #251 and #252] [ECF No. 268] | | | | |

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 8 | The Debtor and Subchapter V Trustee's Joint Objection to W. March Schwartz and Shannon & Lee LLP's Motions for Order Allowing Administrative Expense Claims [ECF No. 269] | | | | |
| 9 | Shannon & Lee LLP's Omnibus Reply to Objections to Administrative Expense Motion [ECF No. 362] | | | | |
| 10 | Joinder of W. Marc Schwartz and Schwartz Associates, LLC to Shannon & Lee LLP's Omnibus Reply to Objections to Administrative Expense Motion [ECF No. 371] | | | | |
| 11 | S&L's Notice of Appeal re Order Denying Debtor's Application to Employ Bankruptcy Co-Counsel [ECF No. 414] | | | | |
| 12 | Designation of Record on Appeal and Statement of Issues [ECF No. 471] | | | | |
| 13 | Order of District Court in Case No. 23-cv-00461 | | | | |
| 14 | SALLC's Notice of Appeal and Statement of Election re Order Denying Motion for Rehearing on Debtor's Application to Employ Advisor [ECF No. 415] | | | | |
| 15 | Designation of Record on Appeal and Statement of Issues on Appeal [ECF No. 474] | | | | |
| 16 | Order of District Court in Case No. 23-cv-00464 | | | | |
| 17 | S&L's Notice of Appeal re Order Denying Motion for Rehearing on Debtor's Application to Employ Law Firm [ECF No. 416] | | | | |

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 18 | Designation of Record on Appeal and Statement of Issues [ECF No. 472] | | | | |
| 19 | Order of District Court in Case No. 23-cv-00463 | | | | |
| 20 | SALLC's Notice of Appeal and Statement of Election re Order (a) Denying Employment of W. Marc Schwartz as Chief Restructuring Officer, (b) Denying Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (c) Granting Related Relief [ECF No. 418] | | | | |
| 21 | Designation of Record on Appeal and Statement of Issues on Appeal [ECF No. 473] | | | | |
| 22 | Order of District Court in Case No. 23-cv-00465 | | | | |
| 23 | Subchapter V Trustee's Initial Findings of Free Speech Systems, LLC Investigation [ECF No. 549] | | | | |
| 24 | November 6, 2022, email from J. Martin to K. Lee, M. Ridulfo, R. Shannon, R. Chapple, and Avi Moshenberg | | | | |

S&L reserves the right to supplement, amend or delete any witness and exhibits prior to the Hearing. The S&L also reserves the right to ask the Court to take judicial notice of any document. S&L finally reserves the right to introduce exhibits previously admitted.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 26, 2023　　　　　　　　SHANNON & LEE LLP

　　　　　　　　　　　　　　　　　　/s/ *R. J. Shannon*
　　　　　　　　　　　　　　　　　　Kyung S. Lee
　　　　　　　　　　　　　　　　　　State Bar No. 12128400
　　　　　　　　　　　　　　　　　　klee@shannonleellp.com
　　　　　　　　　　　　　　　　　　R. J. Shannon
　　　　　　　　　　　　　　　　　　State Bar No. 24108062
　　　　　　　　　　　　　　　　　　rshannon@shannonleellp.com
　　　　　　　　　　　　　　　　　　700 Milam Street, STE 1300
　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　Tel. (713) 714-5770