## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 22 - 60043 |
| FREE SPEECH SYSTEMS, LLC, | § § | |
| DEBTOR. | § § § | Chapter 11 (Subchapter V) |

### JOINDER OF W. MARC SCHWARTZ AND SCHWARTZ ASSOCIATES, LLC TO SHANNON & LEE, LLP'S OMNIBUS REPLY TO OBJECTIONS TO ADMINISTRATIVE EXPENSE MOTION

W. Marc Schwartz and Schwartz Associates, LLC (collectively "Schwartz") hereby submit this Joinder to Shannon & Lee, LLP's Omnibus Reply to Objections to Administrative Expense Motion [the "Reply", ECF No. 362] as follows:

1. Schwartz hereby joins in the Reply with respect to all statements and arguments made therein that are equally applicable to Schwartz.

WHEREFORE, Schwartz respectfully requests that the Court consider this Joinder and grant such other and further relief to which Schwartz may be entitled.

January 5, 2023

Respectfully submitted,

KANE RUSSELL COLEMAN & LOGAN PC

By: */s/ Michael P. Ridulfo*
Michael P. Ridulfo
State Bar No. 16902020
Federal Bar No. 27086
5151 San Felipe, Suite 800
Houston, Texas 77056
(713) 425-7400
(713) 425-7700 (fax)
E-mail: mridulfo@krcl.com
Attorney for W. Marc Schwartz and Schwartz Associates, LLC

9808914 v1 (72053.00005.000)

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2023, a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service on the date of filing.

                                               */s/ Michael P. Ridulfo*
                                                   Michael P. Ridulfo