# THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22-60043 |
| | § | |
| DEBTOR. | § | Chapter 11 (Subchapter V) |
| | § | |

## NOTICE OF APPEAL

Shannon & Lee LLP hereby submits this *Notice of Appeal* (the "Notice") of the *Order Denying Motion for Rehearing on Debtor's Application to Employ Law Firm* [Docket No. 401] entered by the Bankruptcy Court on January 20, 2023.

### Part 1: Identify the appellant(s)

1. Name of appellant(s):

   Shannon & Lee LLP

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this Appeal:

   Applicant Professional and Movant

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

   *Order Denying Motion for Rehearing on Debtor's Application to Employ Law Firm* [Docket No. 401] attached hereto as Exhibit A.

2. State the Date on which the judgement, order, or decree was entered:

   January 20, 2023

**Part 3: Identify the other parties to the appeal**

The names of all parties to the judgement, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys follows:

| **Appellant** | **Counsel** |
|---|---|
| Shannon & Lee LLP | R. J. Shannon<br>Shannon & Lee LLP<br>700 Milam Street, Suite 1300<br>Houston, TX 77002<br>Tel.: 713-714-5770<br>Email: rshannon@shannonleellp.com |
| **Appellee 1**<br><br>Kevin Epstein, U.S. Trustee for Region 7 | **Counsel**<br><br>Ha Nguyen<br>Office of the United States Trustee<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>Email: Ha.Nguyen@usdoj.gov |
| **Appellee 2**<br><br>Neil Heslin | **Counsel**<br><br>Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2700<br>Houston, Texas 77002<br>Tel: 713-337-5580<br>Email: avi.moshenberg@mhllp.com<br><br>Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams, & Aughtry, PC<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>Tel: 713-356-1280<br>Email: jarrod.martin@chamberlainlaw.com |

| **Appellee 3** | **Counsel** |
|---|---|
| Scarlett Lewis | Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2700<br>Houston, Texas 77002<br>Tel: 713-337-5580<br>Email: avi.moshenberg@mhllp.com<br><br>Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams, & Aughtry, PC<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>Tel: 713-356-1280<br>Email: Jarrod.martin@chamberlainlaw.com |
| **Appellee 4**<br><br>Leonard Pozner | **Counsel**<br><br>Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2700<br>Houston, Texas 77002<br>Tel: 713-337-5580<br>Email: avi.moshenberg@mhllp.com<br><br>Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams, & Aughtry, PC<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>Tel: 713-356-1280<br>Email: jarrod.martin@chamberlainlaw.com |
| **Appellee 5**<br><br>Veronique De La Rosa | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

3

| **Appellee 6**<br><br>Marcel Fontaine | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
|---|---|
| **Appellee 7**<br><br>David Wheeler | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 8**<br><br>Francine Wheeler | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 9**<br><br>Jacqueline Barden | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 10**<br><br>Mark Barden | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

| **Appellee 11**<br><br>Nicole Hockley | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
|---|---|
| **Appellee 12**<br><br>Ian Hockley | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 13**<br><br>Jennifer Hensel | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 14**<br><br>Donna Soto | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 15**<br><br>Carlee Soto Parisi | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

| **Appellee 16**<br><br>Carlos M. Soto | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
|---|---|
| **Appellee 17**<br><br>Jillian Soto-Marino | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 18**<br><br>William Aledenberg | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 19**<br><br>William Sherlach | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 20**<br><br>Robert Parker | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

| **Appellee 21** | **Counsel** |
|---|---|
| Alexander E. Jones | Vickie L. Driver<br>Christina W. Stephenson<br>Crowe & Dunlevy, P.C.<br>2525 McKinnon St., Suite 425<br>Dallas, TX 75201<br>Tel: 737-218-6187<br>Email: dallaseservice@crowedunlevy.com<br><br>Shelby A. Jordan<br>Antonio Ortiz<br>Jordan & Ortiz. P.C.<br>500 North Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78401<br>Tel: 361-884-5678<br>Email: sjordan@jhwclaw.com<br>        aortiz@jhwclaw.com |
| **Other Interested Party** | **Counsel** |
| Free Speech Systems, LLC | Raymond W. Battaglia<br>Law Office of Raymond W. Battaglia<br>66 Granburg Circle<br>San Antonio, Texas 78218<br>Tel: 210-601-9405<br>Email: rbattaglialaw@outlook.com |

Dated: February 3, 2023

                                          **SHANNON & LEE LLP**

                                          /s/*R. J. Shannon*
                                          Kyung S. Lee
                                          State Bar No. 12128400
                                          klee@shannonleellp.com
                                          R. J. Shannon
                                          State Bar No. 24108062
                                          rshannon@shannonleellp.com
                                          700 Milam Street, STE 1300
                                          Houston, Texas 77002
                                          Tel. (713) 714-5770

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, a true and correct copy of the foregoing document was served on all parties registered to receive ECF notification in the above captioned case.

                                                    */s/R. J. Shannon*

# EXHIBIT A

# APPEALED ORDER

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

**ORDER DENYING MOTION FOR REHEARING ON**
**DEBTOR'S APPLICATION TO EMPLOY LAW FIRM**
(RE: Docket No. 206)

This motion is denied for the reasons stated on the record at the January 20, 2023 hearing.

Signed: January 20, 2023

_____
Christopher Lopez
United States Bankruptcy Judge