IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | § | |
| | § | |
| DEBTOR. | § | Chapter 11 (Subchapter V) |
| | § | |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

   W. Marc Schwartz and Schwartz Associates, LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) Counter-Claimant

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☑ Other (describe) Applicant Professional on Motion to Employ

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: *Order (A) Denying Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Denying Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief* [Docket No. 181] attached hereto as **Exhibit A**.

2. State the date on which the judgment, order, or decree was entered: September 20, 2022.[1]

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

---

[1] A Motion for Rehearing was filed October 4, 2022 [Docket No. 207] and the Motion for Rehearing was denied January 20, 2023 [Docket No. 402].

9870143 v1 (72053.00005.000)

| **Appellant** | **Counsel** |
|---|---|
| W. March Schwartz and Schwartz Associates, LLC | Michael P. Ridulfo<br>Texas Bar No. 16902020<br>Federal Bar No. 27086<br>KANE RUSSELL COLEMAN LOGAN PC<br>5151 San Felipe, Suite 800<br>Houston, Texas 77056<br>Telephone: 713-425-7400<br>Fax: 713.425.7700<br>Email: mridulfo@krcl.com |
| **Appellee 1**<br><br>Kevin Epstein, U.S. Trustee for Region 7 | **Counsel**<br><br>Ha Nguyen<br>Office of the United States Trustee<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>Email: Ha.Nguyen@usdoj.gov |
| **Appellee 2**<br><br>Neil Heslin | **Counsel**<br><br>Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2700<br>Houston, Texas 77002<br>Tel: 713-337-5580<br>Email: avi.moshenberg@mhllp.com<br><br>Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams, & Aughtry, PC<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>Tel: 713-356-1280<br>Email: jarrod.martin@chamberlainlaw.com |

| **Appellee 3**  | **Counsel** |
|---|---|
| Scarlett Lewis | Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2700<br>Houston, Texas 77002<br>Tel: 713-337-5580<br>Email: avi.moshenberg@mhllp.com<br><br>Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams, & Aughtry, PC<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>Tel: 713-356-1280<br>Email: Jarrod.martin@chamberlainlaw.com |
| **Appellee 4**<br><br>Leonard Pozner | **Counsel**<br><br>Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street, Suite 2700<br>Houston, Texas 77002<br>Tel: 713-337-5580<br>Email: avi.moshenberg@mhllp.com<br><br>Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams, & Aughtry, PC<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>Tel: 713-356-1280<br>Email: jarrod.martin@chamberlainlaw.com |
| **Appellee 5**<br><br>Veronique De La Rosa | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

| **Appellee 6**<br><br>Marcel Fontaine | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
|---|---|
| **Appellee 7**<br><br>David Wheeler | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 8**<br><br>Francine Wheeler | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 9**<br><br>Jacqueline Barden | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 10**<br><br>Mark Barden | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

| **Appellee 11**<br><br>Nicole Hockley | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
|---|---|
| **Appellee 12**<br><br>Ian Hockley | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 13**<br><br>Jennifer Hensel | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 14**<br><br>Donna Soto | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 15**<br><br>Carlee Soto Parisi | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

| **Appellee 16** | **Counsel** |
|---|---|
| Carlos M. Soto | Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 17**<br><br>Jillian Soto-Marino | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 18**<br><br>William Aledenberg | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 19**<br><br>William Sherlach | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |
| **Appellee 20**<br><br>Robert Parker | **Counsel**<br><br>Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Tel: 512-477-5000<br>Email: rchapple@cstrial.com |

| **Appellee 21** | **Counsel** |
|---|---|
| Alexander E. Jones | Vickie L. Driver<br>Christina W. Stephenson<br>Crowe & Dunlevy, P.C.<br>2525 McKinnon St., Suite 425<br>Dallas, TX 75201<br>Tel: 737-218-6187<br>Email: dallaseservice@crowedunlevy.com<br><br>Shelby A. Jordan<br>Antonio Ortiz<br>Jordan & Ortiz. P.C.<br>500 North Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78401<br>Tel: 361-884-5678<br>Email: sjordan@jhwclaw.com<br>         aortiz@jhwclaw.com |
| **Other Interested Party** | **Counsel** |
| Free Speech Systems, LLC | Raymond W. Battaglia<br>Law Office of Raymond W. Battaglia<br>66 Granburg Circle<br>San Antonio, Texas 78218<br>Tel: 210-601-9405<br>Email: rbattaglialaw@outlook.com |

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

KANE RUSSELL COLEMAN LOGAN PC	Date:	February 3, 2022

By:     /s/ *Michael P. Ridulfo*
        Michael P. Ridulfo
        State Bar No. 16902020
        Federal Bar No. 27086
        5151 San Felipe Street, Suite 800
        Houston, Texas 77056
        Telephone: 713.425.7400
        Fax: 713.425.7700
        E-mail: mridulfo@krcl.com

COUNSEL TO W. MARC SCHWARTZ AND SCHWARTZ ASSOCIATES, LLC

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

## CERTIFICATE OF SERVICE

This is to certify that on the 3rd day of February, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF notification system, which will send notice of electronic filing to all counsel of record.

/s/ *Michael P. Ridulfo*
Michael P. Ridulfo

# EXHIBIT A

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 20, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

### ORDER (A) DENYING EMPLOYMENT OF W. MARC SCHWARTZ AS CHIEF RESTRUCTURING OFFICER, (B) DENYING EMPLOYMENT OF STAFF OF SCHWARTZ ASSOCIATES, LLC IN DISCHARGE OF DUTIES AS CHIEF RESTRUCTURING OFFICER, AND (C) GRANTING RELATED RELIEF

This application is denied for the reasons stated on the record at the September 20, 2022 hearing.

Signed: September 20, 2022

Christopher Lopez
United States Bankruptcy Judge