UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-60043 |
| **FREE SPEECH SYSTEMS, LLC.,** § | Chapter 11 (Subchapter V) |
| § | |
| Debtor. § | |

**DEBTOR'S NOTICE OF AGREEMENT ON ALLOCATION OF FUTURE
WEBSITE CRYPTO DONATIONS**

FREE SPEECH SYSTEMS, LLC. ("FSS") files this notice in an abundance of caution and for complete transparency regarding an agreement entered into in the ordinary course of FSS' business with the bankruptcy estate of Alex E. Jones. This notice is intended to notify the Court, creditors and parties in interest of the terms of the agreement between the parties regarding donations received through FSS' website.

1. On July 29, 2022 (the "Petition Date"), the Debtor commenced a case by filing a petition for relief under chapter 11, subchapter v, of the Bankruptcy Code with the Court. The Debtor continues to operate its businesses and manage its properties as a Debtor and a Debtor-in-Possession pursuant to Bankruptcy Code § 1182(2).

2. Alex Jones ("Jones") filed his voluntary petition initiating a chapter 11 case on December 5, 2022.

3. Jones broadcasts the Alex Jones show on FSS' network and is integral to FSS's business operations. Jones' loyal listeners regularly watch or listen to his broadcasts through the internet, terrestrial radio and other mediums. The website inforwars.com carries the Alex Jones Show. Infowars.com is also the access point for the InfoWars store where listeners can purchase supplements, shelf stable food products, gear, memorabilia and other items.

4. Both the InfoWars and the InfoWars Store websites have historically maintained a

link for parties who wish to make donations supporting Alex Jones, InfoWars and Free Speech Systems.  Access to this link, was available well prior to the filing of the FSS and Jones cases and generated significant donations.

5. The Subchapter V Trustee raised issues regarding the intended recipient of donations prior to the FSS Petition Date.  To avoid those same issues going forward, Jones and FSS have agreed to split donations of crypto currency equally.  FSS will maintain a crypto wallet for crypto donations.  Donations received in FSS' wallet will be used by Jones and FSS exclusively for the payment of professionals' fees approved by this Court, and to the extent those donations exceed allowed professional fees approved by this Court, the overage is to be retained by FSS and Mr. Jones equally.  FSS will include receipts and distributions of crypto donations on its weekly settlement statement and provide copies to the Subchapter V Trustee, counsel for Jones, counsel for the Jones Unsecured Creditor's Committee, the U.S. Trustee and counsel for PQPR.

6. The InfoWars websites will clearly advise donors of the recipient and the proposed use of their donations with the following legend:

## Help Keep Infowars on the Air!

### Sponsor us with Bitcoin!

**Patriots, we salute you for sponsoring our battle against the globalists with cryptocurrency. Your unwavering support keeps us on air, and rest assured, 100% of your Bitcoin sponsorship fuels Free Speech Systems in the relentless pursuit of freedom. Thank you for your support!**

Help keep InfoWars and Alex Jones on the Air!

**Patriots, we salute you for sponsoring our battle against the globalists with cryptocurrency. Your unwavering support keeps us on air, and rest assured, 100% of your Bitcoin sponsorship fuels Free Speech Systems and Alex Jones in the relentless pursuit of freedom by funding their legal fees. Thank you for your support!**

7. The solicitation and receipt of donations is in the ordinary course of business of

both the Jones and FSS estates prior to filing their respective bankruptcy cases. Any outreach for donations requires continued collaboration between Jones and FSS to be successful.

8. Both estates will benefit from the agreement to share crypto donations as will all creditors and parties in interest.

Respectfully submitted.

LAW OFFICES OF RAY BATTAGLIA, PLLC

/S/ *RAYMOND W. BATTAGLIA*
Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, Texas 78218
Tel. (210) 601-9405

*Counsel to the Debtor and Debtor-In-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service on the date of filing,

/s/Raymond W. Battaglia
Raymond W. Battaglia