IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

AGENDA FOR HEARINGS
SCHEDULED FOR APRIL 28, 2023, AT 1:00 P.M. (PREVAILING
CENTRAL TIME), BEFORE JUIDGE LOPEZ AT THE UNITED STATES
BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS,
AT COURTROOM, 515 RUSK STREET, HOUSTON, TEXAS 77002

Free Speech Systems, LLC (the "Debtor" or "FSS"), debtor and debtor-in-possession in the above-referenced Chapter 11 case, hereby files this agenda for matters set for hearing on April 28, 2023, at 1:00 p.m. (prevailing Central Time).

## Cash Collateral Motion

1. Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Section 105, 361, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) and (II) Granting Adequate Protection to the Pre-Petition Secured Lender. [Dkt. No. 6]

    Related documents:

    a. Proposed Order – Eleventh Interim Order [Dkt. No. 571]

    Status:

    Going forward. No known outstanding comments or opposition to the proposed form of order.

## Motion to Approve Compromise

1. Motion to Approve Compromise under Rule 9019 Filed by Debtor Free Speech Systems LLC [Dkt. 515]

    Related documents:

    a. Objection of the United States Trustee to Motion to Approve Compromise [Dkt. No. 553]

    b. Notice Joinder of the Sandy Hook Families to United States Trustee's Objection to 9019 Motion [Dkt. No. 559]

<u>Status</u>:

Proceeding.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on this 27th day of April 2023.

                                   <u>/s/ Ray Battaglia</u>
                                   Raymond W. Battaglia