Electronic Appearance Sheet

Marty Brimmage , Akin Gump
Client(s): UCC - Jones Case

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander Jones

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

David  Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Marty Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Marty  Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Anna Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Shelby Jordan, Jordan & Ortiz, P.C.
Client(s): Alex E. Jones

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Texas Plaintiffs