UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-60043** |
| **FREE SPEECH SYSTEMS, LLC.,** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| Debtor. | § | |
| **In re:** | § | |
| | § | |
| **ALEXANDER E. JONES,** | § | **Case No. 22-33553** |
| | § | **Chapter 11** |
| Debtor. | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. A hearing (the "Hearing") is set for May 19, 2023, at 10:00 a.m. (prevailing Central Time) before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk, Houston, TX  77002 (the "Court"), to consider the following matters in the above styled and numbered chapter11 cases:

   **STATUS CONFERENCE;**

   **and**

   **DEBTORS' NOTICE OF AGREEMENT ON ALLOCATION OF FUTURE WEBSITE CRYPTO DONATIONS**

2. Parties may attend the Hearing in person or electronically. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GOTOMEETING platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JUDGELOPEZ". Click the settings icon in the upper right corner and enter your name under the personal information setting.

3. Parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-christopher m lopez

4. The Court has invoked the protocol outlined in General Order 2020-4, as invoked by General Orders 2010 and 2020-10a and extended by General Order 2020-11. These orders may be found at: https://www.txs.uscourts.gov/bankruptcy/genord  Therefore, all persons may appear electronically via audio and video at the Hearing using the Court's electronic conference systems.

6. If any party wishes to offer exhibits, these exhibits should be filed with the Clerk

of the Court using the Court's CM/ECF system. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with Bankruptcy Local Rule 9013 and General Order 2020-04.

7. Witnesses presented by the Debtor may appear in person or via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the hearing via audio and/or video, subject to approval of the Court.

Respectfully submitted May 8, 2023.

**CROWE & DUNLEVY, P.C.**

By: */s/ Vickie Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
          aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

**LAW OFFICES OF RAY BATTAGLIA, PLLC**

*/s/  Raymond W. Battaglia*
Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, Texas 78218
Telephone: (210) 601-9405

**COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION, FREE SPEECH SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service on the date of filing.

*/s/Raymond W. Battaglia*
Raymond W. Battaglia