IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| . | § | Case No. 22-60043 (CML) |
| | § | |
| Debtor. | § | Jointly Administered |

### NOTICE OF RULE 2004 SUBPOENA TO TESTIFY AT A DEPOSITION

TO:   Charlie Cicack, by and through his attorney of record, Walter J. Cicack, Hawash Cicack & Gaston LLP, 3401 Allen Parkway, Suite 200, Houston, TX 77019.

Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Bankruptcy Local Rules of the Southern District of Texas, Melissa Haselden ("Subchapter V Trustee") hereby serves the attached Rule 2004 Notice upon Charlie Cicack ("Cicack") and demands his appearance to testify at a deposition at the following time and place:

**Date**: May 17, 2023 at 10:30 a.m. PST, continuing from day-to-day until complete.

**Place**: Akin Gump Strauss Hauer & Feld LLP, 1999 Avenue of the Stars, #600, Los Angeles, CA 90067

**Method of Recording**:  This deposition will be recorded stenographically by a certified reporter and by video.

Dated:  May 8, 2023.

Houston, TX
Dated: May 8, 2023

/s/ *Liz Freeman*
**LAW OFFICE OF LIZ FREEMAN**
Liz Freeman (TX Bar No. 2400922)
PO Box 61209
Houston, TX 77208-1209
Telephone: (832) 779-3580
Email: liz@lizfreemanlaw.com


**JACKSON WALKER LLP**
Sean Gallagher (TX Bar No. 24101781)
100 Congress Ave., Suite 1100
Austin, TX 78701
Telephone: (512) 236-2014
Facsimile: (713) 752-4221
Email: sgallagher@jw.com

*Counsel for Melissa Haselden, Subchapter V Trustee*

**CERTIFICATE OF CONFERENCE**

I certify that on May 4, 2023 I conferred with counsel for Cicack regarding this Notice of Rule 2004 Examination, and counsel was not opposed.

                                                */s/ Sean F. Gallagher*
                                                Sean F. Gallagher

**CERTIFICATE OF SERVICE**

I certify that on May 8, 2023 a true and correct copy of the above and foregoing was served via CM/ECF to all parties registered to receive electronic notice.

                                                */s/ Liz Freeman*
                                                Liz Freeman

## **EXHIBIT A**

The deposition examination will relate to the following topics:

1. The acts, conduct, property, transactions, liabilities, and financial condition of Free Speech Systems, LLC and Alex Jones.

2. Your business dealings, if any, with Free Speech Systems, LLC and Alex Jones.

3. Any matters in which you are involved affecting the administration of the Debtor's estate.

4. The operation of Free Speech Systems, LLC, including the source of any money or property acquired or to be acquired by Free Speech Systems, LLC and the consideration given or offered therefor.

5. Any other matter relevant to the case or the formation of a plan.