# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | Case No. 22-60043 (CML) |
| Debtor. | |
| In re: | Chapter 11 |
| ALEXANDER E. JONES, | Case No. 22-33553 (CML) |
| Debtor. | |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALEXANDER E. JONES TO THE NOTICE OF RULE 2004 SUBPOENA TO TESTIFY AT A DEPOSITION**

The Official Committee of Unsecured Creditors (the "Committee") of Alexander E. Jones (the "Jones Debtor"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") to the *Notice of Rule 2004 Subpoena to Testify at a Deposition* (the "Rule 2004 Notice") of Charlie Cicack filed in the case *In re Free Speech Systems LLC,* Case No. 22-60043 (CML) pending in the United Stated Bankruptcy Court for the Southern District of Texas (the "FSS Case") dated May 8, 2023. The deposition taken pursuant to the Rule 2004 Notice will commence on **May 17, 2023 at 10:30 a.m. Pacific Time**, at the law firm of Akin Gump Strauss Hauer & Feld LLP, 1999 Avenue of the Stars, #600, Los Angeles, CA 90067, and will continue from day-to-day until complete. In order to avoid duplicative Rule 2004 examinations, the Committee hereby joins the Rule 2004 Notice, and will examine Mr. Cicack on the topics in the attached Exhibit A.

Dated: May 10, 2023                                    Respectfully submitted,

By: */s/Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

*-and-*

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones*

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 2004-1, I certify that on May 10, 2023 counsel for the Committee conferred with counsel for Charlie Cicack regarding this Joinder, and counsel was not opposed.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

## **CERTIFICATE OF SERVICE**

I certify that on May 10, 2023, a true and correct copy of the above and foregoing was served on all parties registered to receive electronic notice of filings in these cases via this Court's ECF notification system.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

## **EXHIBIT A**

The deposition examination will relate to the following topics:

1. The acts, conduct, property, transactions, liabilities, and financial condition of Free Speech Systems, LLC and Alex Jones.

2. Your business dealings, if any, with Free Speech Systems, LLC, Alex Jones, and/or any associated persons or entities.

3. Any matters in which you are involved affecting the administration of either of the Debtors' estates.

4. The operation of Free Speech Systems, LLC, including the source of any money or property acquired or to be acquired by Free Speech Systems, LLC and the consideration given or offered therefor.

5. Alex Jones, including the source of any money or property acquired or to be acquired by Alex Jones and the consideration given or offered therefor.

6. Any other matter relevant to the case or the formation of a plan.