IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | § | |
| | § | |
| DEBTOR. | § | Chapter 11 (Subchapter V) |
| | § | |

**WITHDRAWAL OF MOTION FOR ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM AND GRANTING RELATED RELIEF [ECF NO. 251]**

Shannon & Lee LLP hereby withdraws Shannon & Lee LLP's Motion for Order Allowing Administrative Expense Claim and Granting Related Relief [ECF No. 251] in light of the Order Granting Debtor's Motion for Order Approving Settlement [ECF No. 579] becoming a final, non-appealable order.

Dated: May 15, 2023

    SHANNON & LEE LLP

    /s/ *R. J. Shannon*
    Kyung S. Lee
    State Bar No. 12128400
    klee@shannonleellp.com
    R. J. Shannon
    State Bar No. 24108062
    rshannon@shannonleellp.com
    700 Milam Street, STE 1300
    Houston, Texas 77002
    Tel. (713) 714-5770

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served at the time of filing by the Electronic Case Filing System for the U.S. Bankruptcy Court for the Southern District of Texas on all parties registered to receive such service.

    /s/ *R. J. Shannon*