United States District Court
Southern District of Texas
**ENTERED**
May 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re Free Speech Systems LLC, | § § § § § | BANKRUPTCY CASE NO. 22-60043 |
| Debtor, | | |
| Shannon & Lee LLP, Appellant, | § § § § § | CIVIL ACTION NO. 23-00461 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| U.S. Trustee, Appellee. | § § § | |

ORDER

Came for consideration the *Appellant's Unopposed Motion to Dismiss* [Dkt. No. 10] (the "Motion").

Based on the representations set forth in the Motion, the documents attachments thereto, and the absence of opposition to the Motion, the Court finds that there is sufficient case to GRANT the following relief:

1. The above-captioned proceeding is dismissed with prejudice.

2. The Appellant shall be responsible for costs of court.

SO ORDERED.

Signed on May 17, 2023, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge