**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 22-60043** |
| **FREE SPEECH SYSTEMS, LLC.,** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| Debtor. | § | |

**DEBTOR'S AMENDED NOTICE OF AGREEMENT ON ALLOCATION**
**OF FUTURE WEBSITE CRYPTO DONATIONS**

FREE SPEECH SYSTEMS, LLC. ("FSS") files this amended notice in an abundance of caution and for complete transparency regarding an agreement entered into in the ordinary course of FSS' business with the bankruptcy estate of Alex E. Jones. This notice is intended to notify the Court, creditors and parties in interest of the terms of the agreement between the parties regarding donations received through FSS' website.

1.      On July 29, 2022 (the "Petition Date"), the Debtor commenced a case by filing a petition for relief under chapter 11, subchapter v, of the Bankruptcy Code with the Court. The Debtor continues to operate its businesses and manage its properties as a Debtor and a Debtor-in-Possession pursuant to Bankruptcy Code § 1182(2).

2.      Alex Jones ("Jones") filed his voluntary petition initiating a chapter 11 case on December 5, 2022.

3.      Jones broadcasts the Alex Jones show on FSS' network and is integral to FSS's business operations. Jones' loyal listeners regularly watch or listen to his broadcasts through the internet, terrestrial radio and other mediums. The website inforwars.com carries the Alex Jones Show. Infowars.com is also the access point for the InfoWars store where listeners can purchase supplements, shelf stable food products, gear, memorabilia and other items.

4.      Both the InfoWars and the InfoWars Store websites have historically maintained a

link for parties who wish to make donations supporting Alex Jones, InfoWars and Free Speech Systems. Access to this link, was available well prior to the filing of the FSS and Jones cases and generated significant donations.

5.     The Subchapter V Trustee raised issues regarding the intended recipient of donations prior to the FSS Petition Date. While FSS has taken the position in this case that donations of cryptocurrency directed to a wallet in Alex Jones' name were Jones' property, no determination has been made on the question. The overwhelming majority of the donated crypto currency was reinvested by Jones into FSS. Of the remaining cryptocurrency donations, Jones applied $390,900 to purchase Platinum products inventory which was resold through FSS' sales channel under a contract between Elevated Solutions Group ("ESG") and FSS.

6.     Melissa Haselden, the subchapter V trustee (the "Trustee") in her *Supplement to Subchapter V Trustee's Initial Findings of Free Speech Systems, LLC Investigation*. framed the resulting issue as follows:

> The CRO maintains that if the Bitcoin Donations are property of FSS, then Mr. Jones is not entitled to any credit for the $390,900 inventory purchase because the funds used to purchase the product were property of FSS and FSS is entitled to the value of the inventory purchased with its funds. Conversely, if Mr. Jones personally owns the Bitcoin Donations, then no accounting is required to FSS for the use of these funds. The parties are in discussion about potential resolution of this matter.

7.     To avoid those same issues going forward and put to rest questions regarding the historical crypto donations, Jones and FSS have agreed to modify the allocation of crypto currency donations previously proposed as follows:

   a.   Donations of cryptocurrency will be allocated 60/40 in favor of FSS until the additional ten percent of allocations in favor of FSS totals $195,000, whereupon the allocation of cryptocurrency donations shall be split equally between FSS and Jones.

8.     FSS will maintain a crypto wallet for crypto donations. Donations received in FSS'

wallet will be used by Jones and FSS exclusively for the payment of professionals' fees approved by this Court, and to the extent those donations exceed allowed professional fees approved by this Court, the overage is to be retained by FSS and Mr. Jones equally.  FSS will include receipts and distributions of crypto donations on its weekly settlement statement and provide copies to the Subchapter V Trustee, counsel for Jones, counsel for the Jones Unsecured Creditor's Committee, the U.S. Trustee and counsel for PQPR.

9.      The InfoWars websites will clearly advise donors of the recipient and the proposed use of their donations with the following legend:

---

# Help Keep Infowars on the Air!

## Sponsor us with Bitcoin!

**Patriots, we salute you for sponsoring our battle against the globalists with cryptocurrency. Your unwavering support keeps us on air, and rest assured, 100% of your Bitcoin sponsorship fuels Free Speech Systems in the relentless pursuit of freedom. Thank you for your support!**

Help keep InfoWars and Alex Jones on the Air!

**Patriots, we salute you for sponsoring our battle against the globalists with cryptocurrency. Your unwavering support keeps us on air, and rest assured, 100% of your Bitcoin sponsorship fuels Free Speech Systems and Alex Jones in the relentless pursuit of freedom by funding their legal fees. Thank you for your support!**

---

10.      The solicitation and receipt of donations is in the ordinary course of business of both the Jones and FSS estates prior to filing their respective bankruptcy cases.  Any outreach for donations requires continued collaboration between Jones and FSS to be successful.

11.      Both estates will benefit from the agreement to share crypto donations as will all creditors and parties in interest.

Respectfully submitted.

                          LAW OFFICES OF RAY BATTAGLIA, PLLC


                          /S/ RAYMOND W. BATTAGLIA
                          Raymond W. Battaglia
                          State Bar No. 01918055
                          rbattaglialaw@outlook.com
                          66 Granburg Circle
                          San Antonio, Texas 78218
                          Tel. (210) 601-9405

                          *Counsel to the Debtor and Debtor-In-Possession*


## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service on the date of filing,

                          /s/Raymond W. Battaglia
                          Raymond W. Battaglia