Electronic Appearance Sheet

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Anna Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

James Salwen, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Stephen Roberts, Stephen A Roberts, PC
Client(s): David Ross Jones and Carol Jones