UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| Free Speech Systems LLC, § | |
| § | Case No. 22-60043 (CML) |
| Debtor. § | |

**PQPR HOLDINGS LIMITED, LLC'S WITNESS AND EXHIBIT LIST FOR
MAY 25, 2023 HEARING**

PQPR Holdings Limited, LLC ("PQPR"), the secured creditor of the Debtor and a party-in-interest, respectfully submits this Witness and Exhibit List for the hearing scheduled for May 25, 2023:

**WITNESS LIST**

1. Robert Roe
2. David Jones
3. Patrick Magill
4. Any witness identified by any other party

**EXHIBIT LIST**

| Exhibit No. | Description |
|---|---|
| PQPR-1 | PQPR August 13, 2020 Note, Exh 4 to Dkt. No. 26 |
| PQPR-2 | Security Agreement, Exh 5 to Dkt. No. 26 |
| PQPR-3 | PQPR November 10, 2021 Note, Exh 6 to Dkt. No. 26 |
| PQPR-4 | PQPR UCC-1 Financing Statement, Exh 7 to Dkt. No. 26 |
| PQPR-5 | PQPR Forbearance Term Sheet, Exh 8 to Dkt. No. 26 |
| PQPR-6 | 13 Week Budget, Exh 9 to Dkt. No. 26 |
| PQPR-7 | Interim Cash Collateral Budget, Exh 10 to Dkt. No. 26 |
| PQPR-8 | 2nd Interim Cash Collateral Order and Budget, Dkt. No. 98 |
| PQPR-9 | 3rd Interim Cash Collateral Order and Budget, Dkt. No. 151 |
| PQPR-10 | 4th Interim Cash Collateral Order and Budget, Dkt No. 238 |
| PQPR-11 | PQPR Proof of Claim, Claim No. 11 |
| PQPR-12 | 5th Interim Cash Collateral Order and Budget, Dkt No. 258 |
| PQPR-13 | 6th Interim Cash Collateral Order and Budget, Dkt No. 287 |
| PQPR-14 | 7th Interim Cash Collateral Order and Budget, Dkt No. 333 |
| PQPR-15 | 8th Interim Cash Collateral Order and Budget, Dkt No. 403 |
| PQPR-16 | 9th Interim Cash Collateral Order and Budget, Dkt No. 459 |
| PQPR-17 | 10th Interim Cash Collateral Order and Budget, Dkt No. 540 |
| PQPR-18 | 11th Interim Cash Collateral Order and Budget, Dkt No. 575 |
| | |
| | Any exhibits offered by any other party |

Dated: May 23, 2023               Respectfully submitted,

                                                 STREUSAND, LANDON & OZBURN, LLP

By:  */s/Stephen W. Lemmon*
      Stephen W. Lemmon
      Texas Bar. No. 12194500
      STREUSAND, LANDON, OZBURN & LEMMON, LLP
      1801 S. MoPac Expressway, Suite 320
      Austin, Texas 78746
      Telephone: (512) 236-9900
      Facsimile: (512) 236-9904
      lemmon@slollp.com
      **ATTORNEYS FOR**
      **PQPR HOLDINGS LIMITED, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 23rd day of May, 2023.

                                               */s/ Stephen W. Lemmon*
                                               Stephen W. Lemmon