IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-60043 |
| | ) | |
| FREE SPEECH SYSTEMS, LLC, | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**STIPULATION AND AGREED ORDER TO EXTEND TIME TO ASSUME COMMERCIAL REAL PROPERTY LEASE WITH BCC UBC LLC.**

WHEREAS, Free Speech Systems, LLC (the 'Debtor") and BCC UBC LLC. ("BBC") are parties to that certain Lease Agreement dated June 9, 2008, as amended (the "Lease"), pursuant to which BBC leases to the Debtor commercial real property located at 3019 Alvin Devane in Austin, Texas; and

WHEREAS 11 U.S.C. § 365(d)the Debtor required the Debtor to assume or reject the Lease with 120 days after the Petition Date.

WHEREAS the Debtor and BBC previously extended the time to assume or reject the Lease until May 25, 2023; and

WHEREAS, the Debtor and BBC have agreed to further extend the time to assume or reject the Lease until July 24, 2023.

NOW, THEREFORE, it is stipulated by the parties and upon approval by the Bankruptcy Court, ordered that:

1.      The time to assume or reject the Lease under 11 U.S.C. § 365(d) is extended until July 24, 2023, and the Debtor shall timely perform its financial obligations under the Lease through that date.

3215318_1

                                                Christopher J. Lopez
                                                United States Bankruptcy Judge

STIPULATED AND AGREED ON May 22, 2023, BY AND BETWEEN:

| **BCC UBC LLC.** | **FREE SPEECH SYSTEMS, LLC** |
|---|---|
| */s/ Lynn Butler* | */s/ Ray Battaglia* |
| Lynn Hamilton Butler | Raymond W. Battaglia |
| State Bar No. 03527350 | State Bar No. 01918055 |
| lynn.butler@huschblackwell.com | rbattaglia@outlook.com |
| **HUSCH BLACKWELL LLP** | **LAW OFFICES OF RAY BATTAGLIA, PLLC** |
| 111 Congress Avenue, Suite 1400 | 66 Granburg Circle |
| Austin, TX 78701 | San Antonio, Texas 78218 |
|  | Tel: (210) 601-9405 |

**STIPULATION AND AGREED ORDER**