IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br>Alexander E. Jones,<br>　　　　Debtor, | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| In re<br>Free Speech Systems LLC,<br>　　　　Debtor, | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11 |

**NOTICE OF HEARING ON**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on January 20, 2023, Leonard Pozner and Veronique De La Rosa filed the following pleadings: (i) *Motion for Relief from the Automatic Stay Against Alexander E. Jones* [Docket No. 113] and (ii) *Motion for Relief from the Automatic Stay Against Free Speech Systems, LLC* [Docket No. 405] in the respective above-captioned cases (collectively, the "Lift Stay Motions").  On February 7, 2023, Alex Jones filed an Objection to the Motion for Relief From Stay [Docket No. 137].  A hearing was scheduled for March 20, 2023, however, the Motion for Relief From Stay was reset to a date to be determined.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion for Relief From Stay will be held on **Wednesday, June 14, 2023 at 10:00 a.m. (CST)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted in person, by telephone, and by remote video conference.  Parties wishing to participate in the hearing

telephonically may do so by dialing **1-832-917-1510** and entering conference code **590153** when prompted. Parties may also participate via remote video conference by going to https://www.gotomeet.me/JudgeLopez and clicking the "join the meeting" button. Audio connects by phone are required for all video participants.

Dated: May 26, 2023

        **MCDOWELL HETHERINGTON LLP**
        By: */s/ Avi Moshenberg*
        Avi Moshenberg
        State Bar No. 24083532
        1001 Fannin Street, Suite 2700
        Houston, Texas 77002
        Telephone:  (713) 337-5580
        Fax:  (713) 337-8850
        E-mail:  Avi.Moshenberg@mhllp.com

        **CHAMBERLAIN, HRDLICKA,**
        **WHITE, WILLIAMS & AUGHTRY, PC**
        By: */s/ Jarrod B. Martin*
        Jarrod B. Martin
        State Bar No. 24070221
        1200 Smith Street, Suite 1400
        Houston, Texas 77002
        Telephone:  (713) 356-1280
        Fax:  (713) 658-2553
        E-mail:  jarrod.martin@chamberlainlaw.com

        **WILLKIE FARR & GALLAGHER LLP**
        By: */s/ Jennifer J. Hardy*
        Jennifer J. Hardy
        State Bar No. 24096068
        600 Travis Street
        Houston, Texas 77002
        Telephone:  (713) 510-1766
        Fax:  (713) 510-1799
        E-mail:  jhardy2@willkie.com

        **WILLKIE FARR & GALLAGHER LLP**
        Rachel C. Strickland (admitted *pro hac vice*)
        Stuart R. Lombardi (admitted *pro hac vice*)
        Ciara A. Sisco (admitted *pro hac vice*)
        787 Seventh Avenue
        New York, New York 10019
        Telephone:  (212) 728-8000
        Fax:  (212) 728-8111
        E-mail:  rstrickland@willkie.com
        E-mail:  slombardi@willkie.com
        E-mail:  csisco@willkie.com

        *Co-Counsel to the Texas Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Hearing has been served on counsel for the Debtor, the Debtor, and all parties receiving or entitled to notice through CM/ECF on this 26th day of May, 2023.

/s/ Jennifer J. Hardy
Jennifer J. Hardy