United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 26, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | Chapter 11 (Subchapter V) |
| Debtor. | |

### STIPULATION AND AGREED ORDER TO EXTEND TIME TO ASSUME COMMERCIAL REAL PROPERTY LEASE WITH BCC UBC LLC.

WHEREAS, Free Speech Systems, LLC (the 'Debtor") and BCC UBC LLC.  ("BBC") are parties to that certain Lease Agreement dated June 9, 2008, as amended (the "Lease"), pursuant to which BBC leases to the Debtor commercial real property located at 3019 Alvin Devane in Austin, Texas; and

WHEREAS 11 U.S.C. § 365(d)the Debtor required the Debtor to assume or reject the Lease with 120 days after the Petition Date.

WHEREAS the Debtor and BBC previously extended the time to assume or reject the Lease until May 25, 2023; and

WHEREAS, the Debtor and BBC have agreed to further extend the time to assume or reject the Lease until July 24, 2023.

NOW, THEREFORE, it is stipulated by the parties and upon approval by the Bankruptcy Court, ordered that:

1.      The time to assume or reject the Lease under 11 U.S.C. § 365(d) is extended until July 24, 2023, and the Debtor shall timely perform its financial obligations under the Lease through that date.

3215318_1

Signed:  May 26, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

STIPULATED AND AGREED ON May 22, 2023, BY AND BETWEEN:

**BCC UBC LLC.**                          **FREE SPEECH SYSTEMS, LLC**

 _/s/ Lynn Butler_                          _/s/ Ray Battaglia_
Lynn Hamilton Butler                    Raymond W. Battaglia
State Bar No. 03527350                  State Bar No. 01918055
lynn.butler@huschblackwell.com          rbattaglia@outlook.com
**HUSCH BLACKWELL LLP**                 **LAW OFFICES OF RAY BATTAGLIA, PLLC**
111 Congress Avenue, Suite 1400         66 Granburg Circle
Austin, TX 78701                        San Antonio, Texas 78218
                                        Tel: (210) 601-9405

**STIPULATION AND AGREED ORDER**