## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **FREE SPEECH SYSTEMS, LLC,** | § | **Case No. 22-60043** |
| | § | |
| **DEBTOR.** | § | **Chapter 11 (Subchapter V)** |
| | § | |

## WITHDRAWAL OF MOTION FOR ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM AND GRANTING RELATED RELIEF [ECF NO. 252]

W. Marc Schwartz and Schwartz Associates, LLC hereby withdraw their Motion for Order Allowing Administrative Expense Claim and Granting Related Relief [ECF No. 252] in light of the Order Granting Debtor's Motion for Order Approving Settlement [ECF No. 579] becoming final, a non-appealable order.

Dated:  June 2, 2023

Respectfully submitted,

KANE RUSSELL COLEMAN & LOGAN PC

By:  */s/ Michael P. Ridulfo*
Michael P. Ridulfo
State bar no. 16902020
Federal bar no. 27086
5151 San Felipe, Suite 800
Houston, Texas 77056
(713) 425-7400
(713) 425-7700 (fax)
E-mail: mridulfo@krcl.com
***Counsel for W. Marc Schwartz and Schwartz Associates, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served at the time of filing, by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties registered to receive such service.

*/s/Michael P. Ridulfo*
Michael P. Ridulfo
