IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| FREE SPEECH SYSTEMS, LLC | § | CASE NO. 22-60043 |
|     DEBTOR | § | CHAPTER 11, SUBCHAPTER V |
| | | |
| SECURITY BANK OF TEXAS | § | |
|     MOVANT | § | |
| | § | |
| v. | § | Hearing Date: JUNE 8, 2023 |
| | § | Hearing Time: 10:00 A.M. |
| FREE SPEECH SYSTEMS, LLC | § | |
|     DEBTOR | § | |

## AGREED ORDER MODIFYING AUTOMATIC STAY

Came on for consideration the Motion of Relief from Stay ("Motion") filed by Security Bank of Texas ("Movant") as Document No. 589. The Court having considered the Motion, any and all responses filed thereto, and the agreement of counsel, is of the opinion that the following Agreed Order Modifying Automatic Stay should be entered. It is therefore, ORDERED that:

1. <u>Automatic Stay</u>. The automatic stay provided by 11 U.S.C. §362 shall remain in effect as to the 2021 Winnebago Adventurer Motor Home ("Motor Home"), except as provided below.

2. <u>Adequate Protection Payments</u>. Beginning no later than June 30, 2023, and continuing each month thereafter, Debtor shall remit directly to Movant or cause to be remitted to Movant the regular post-petition monthly payment in the amount of $2,196.25 pursuant to the Note and Security Agreement referred to in the Motion. All payments shall be made directly to Movant at the following address:

Security Bank of Texas
P.O. Box 90
Crawford, Texas 76638

3. <u>Insurance</u>. Debtor shall maintain full coverage insurance on the Motor Home in amounts not less than the current minimum insurance requirements under the Texas Safety Responsibility Act showing Movant as loss payee and provide such proof of insurance to Movant. Such insurance coverage shall be for a term of not less than 180 days. Debtor shall also maintain the following insurance coverage on the Motor Home with deductibles of not less than $1,000.00:

    a) Collision; and
    b) Comprehensive.

    4. <u>Plan Payments</u>. Debtor shall timely make all Plan payments and/or direct payments to Movant according to the provisions of Debtor's Chapter 11 Plan once confirmed.

    5. <u>Default</u>. Should Debtor default on any terms of this Order, Movant shall mail notice of the default to Debtor and its attorney by U.S. First Class Mail, postage prepaid. Should Debtor not cure the default plus pay Movant's $50.00 default letter charge, within ten (10) days of the date Movant mails the notice, the Automatic Stay of 11 U.S.C. §362 shall be and is hereby ordered lifted with respect to Movant's collateral. Debtor's right to default and cure within the prescribed ten (10) day period is limited to two (2) such events, and nothing contained herein shall entitle Debtor to cure a third or subsequent default as to the terms of this Agreed Order. In the event of termination of the automatic stay for any reason whatsoever, the requirements of Rule 4001(a)(3) shall be waived and Movant, or its successor in interest, shall be authorized to enforce its lien rights and pursue its statutory and contractual remedies to gain possession of the Motor Home.

    6. Movant shall notify the Court, Debtor, Debtor's attorney, and the creditors in this case (a) if the automatic stay is terminated; and (b) in the event that it forecloses/repossesses its interest upon the Motor Home.

Signed: June 06, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

AGREED TO AND APPROVED BY:

_____
JOHN MALONE
SBOT No. 12874200
John Malone, PLLC
5400 Bosque Blvd., Ste. 308
Waco, Texas 76710
Email: john@johnmalonepc.com
ATTORNEY FOR MOVANT

Raymond William Battaglia (with permission)
RAYMOND WILLIAM BATTAGLIA
SBOT No. 01918055
66 Granburg Circle
San Antonio, Texas 78218
Email: rbattaglialaw@outlook.com
ATTORNEY FOR DEBTOR

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-60043-cml |
| Free Speech Systems LLC | Chapter 11 |
| Official Committee of Unsecured Creditor | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Jun 06, 2023 | Form ID: pdf002 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Free Speech Systems LLC, 3019 Alvin Devane Blvd. STE 300, Austin, TX 78741-7417 |
| aty | | Kyung Shik Lee, Shannon & Lee LLP, Pennzoil Place-Suite 1300, HOUSTON, TX 77027, UNITED STATES |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Shannon & Lee LLP, 700 Milam Street, STE 1300, Houston, TX 77002-2736 |
| intp | + | Alex E Jones, c/o Jordan & Ortiz PC, 500 N Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| crcm | + | Official Committee of Unsecured Creditors of Alexa, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Ste. 203, Austin, TX 78701-2720 |
| cr | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Security Bank of Crawford, P.O. BOx 90, Crawford, Tx 76638-0090 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2023 20:20:03 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: lemaster@slollp.com | Jun 06 2023 20:14:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | ^ | MEBN | Jun 06 2023 20:10:57 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Jun 06 2023 20:14:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jun 06, 2023 | Form ID: pdf002 | Total Noticed: 19 |

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | ADP TotalSource, Inc. |
| wit | | Charles "Charlie" Cicack |
| intp | | David Ross Jones |
| op | | Marc Schwartz |
| op | | Marc Schwartz |
| op | | Schwartz Associates, LLC |
| op | | Schwartz and Associates, LLC |
| intp | | Shelby A Jordan |
| intp | | Sweetwater Holdings Group, Inc. |
| op | | W. Marc Schwartz |

TOTAL: 11 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023         Signature:      /s/Gustava Winters