Electronic Appearance Sheet

Christina Stephenson, Crowe & Dunlevy
Client(s): Alex Jones

David Zensky, Akin Gump Strauss Hauer & Feld
Client(s): Official Committee of Unsecured Creditors

Marty Brimmage, Akin Gump Strauss Hauer & Feld
Client(s): Official Committee of Unsecured Creditors (In re Alex Jones)

Sara Brauner, Akin Gump Strauss Hauer & Feld
Client(s): Official Committee of Unsecured Creditors (In re Alex Jones)

Katherine Porter, Akin Gump Strauss Hauer & Feld
Client(s): Official Committee of Unsecured Creditors (In re Alex Jones)

Anna Kordas, Akin Gump Strauss Hauer & Feld
Client(s): Official Committee of Unsecured Creditors (In re Alex Jones)