## RETAINER AGREEMENT FOR APPEAL

     Free Speech Systems, LLC, hereby retains Norman A. Pattis of the firm Pattis & Smith, LLC, to perfect and argue the appeal in the case of Erica Lafferty, et al. v. Alex Jones, et al., now pending before the Connecticut Appellate Court. The appeal is from the judgment of approximately $1.5 billion after a hearing in damages involving the Sandy Hook school shootings in December 2012.

     Free Speech Systems, LLC, and Alex Jones are co-defendants in the suit, and each are to be represented by Mr. Pattis in the appeal. Mr. Pattis was trial counsel in the case, and has developed long-standing working relationships with the parties and their representatives. He is aware of no conflicts arising from joint representation.

     The fee for services here is $125,000 for legal fees and $10,000 for expenses. Mr. Jones has paid, or will pay, an identical sum. The total cost for the appellate work in this case is $250,000 for legal fees and $20,000 for expenses.

     It is expected that this appeal, currently pending before the Connecticut Appellate Court, will ultimately be heard by the Connecticut Supreme Court as it raises, in part, an issue of first impression under Connecticut law: to wit, whether non-commercial speech can support a claim under the Connecticut Unfair Trade Practices Act. This retainer covers any and all work up to and including briefing, argument, filings until either a decision is rendered by the Connecticut Supreme Court or a final decision is made by the Appellate Court and the Supreme Court declines to take certification of any issues decided by the Appellate Court.

_____
Norman A. Pattis


_____
Free Speech Systems, LLC

**EXHIBIT A**