UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC., § | Chapter 11 (Subchapter V) |
| § | |
| Debtor. § | |

### ORDER GRANTING DEBTOR'S MOTION TO AMEND SCOPE OF EMPLOYMENT OF PATTIS & SMITH, LLC

Upon the Motion (the "Motion")[1] filed by the Debtor to expand the scope of the Debtor's employment of Pattis & Smith, LLC. ("P&SLLC") pursuant to Bankruptcy Code §§ 327(e) and 330 and Bankruptcy Local Rule 2014-1, as more fully set forth in the Motion and all exhibits and attachments to the Motion; and upon the Court's finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the Motion and the Pattis Declaration are in full compliance with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Bankruptcy Local Rules, and Orders and procedures of this Court; (v) P&SLLC does not represent an interest adverse to the Debtor's estate with respect to the matters upon which it is to be engaged; (vi) the P&SLLC is qualified to represent the Debtor's estate under § 327(e) of the Bankruptcy Code; (vii) the terms of P&SLLC's employment have been disclosed and are reasonable under the circumstances; (viii) proper and adequate notice of the Motion, the deadline to file any objections to the Motion, and the hearing thereon was given, and no other or further notice is necessary; **(ix)** the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; (x) the relief sought in the Motion is in the best interest of the Debtor's estate; **(xi)** any timely objection to the Motion having been withdrawn or overruled for the reasons stated on the

---

[1] Capitalized terms not defined herein have the meaning set forth in the Motion.

record at the hearing on the Motion; **(xii)** and it further appearing that the Debtor and the bankruptcy estate of Alex Jones ("Jones") announced an agreement for the Debtor to pay only 50% of all the allowed fees and expenses to P&SLLC; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. In accordance with Bankruptcy Code§§ 327(e) and 330 and Bankruptcy Local Rule 2014-1, the scope of the Debtor's employment is hereby expanded to include post-trial and appellate representation of the Debtor as special counsel, under the terms and conditions set forth in the Motion, this Order and the Engagement Letter attached to the Motion as Exhibit A.

2. P&SLLC is authorized to perform Professional Services for the Debtor that are necessary or appropriate in connection with serving as special counsel in connection with the Sandy Hook Lawsuits.

3. The P&SLLC shall be compensated for its services and reimbursed for related expenses in accordance with the terms and conditions of the Engagement Agreement, as set forth in the Motion and subject to the procedures Bankruptcy Code§§ 330 and 331 of the Bankruptcy Code, and in accordance with applicable Federal Rules of Bankruptcy Procedure, Local Rules, and any orders of this Court.

4. Fifty percent of all compensation for services rendered and reimbursement for expenses incurred in connection with the above-captioned bankruptcy case shall be paid by the Debtor after further Motion to and order of this Court, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Guidelines, and any orders of this Court.

5. This Order shall be immediately effective and enforceable upon entry.

6. This Order, and all acts taken in furtherance or reliance thereon, shall be effective

notwithstanding any objection until further order of this Court.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

8. Except as expressly modified by the terms of this Order, the relief granted in this Motion is subject to the terms and conditions set forth in the *Order Approving Debtor's Application to Employ Pattis & Smith LLC Under 11 U.S.C. § 327(e) and 328(a), as Special Counsel, Effective as August 1, 2022* (the "Employment Order") [ECF # 120].

Dated: June____, 2023

_____
**UNITED STATES BANKRUPTCY JUDGE**