UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC., § | Chapter 11 (Subchapter V) |
| § | |
| Debtor. § | |

**ORDER GRANTING DEBTORS' MOTION FOR TURNOVER OF PROPERTY AND TO ENFORCE THE AUTOMATIC STAY**
(Relates Doc. No. 628)

The Debtor filed its motion (the "Motion") for entry of an order pursuant to sections 105(a), 362(a), and 542 of the Bankruptcy Code, (i) ordering the turnover of all proceeds Cicack Holdings, LLC. ("Cicack") is holding derived from or relating to marketing revenue generated from FSS' platform (ii) compelling Cicack to provide an accounting of those funds, and (iii) enforcing the automatic stay against Cicack by enjoining it from withholding future payments to which FSS is entitled. The Court has jurisdiction over the Motion and the relief requested in the Motion pursuant to 28 U.S.C. § 1334 and venue is proper in this District pursuant to 11 U.S.C. § 1408. The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court has authority to enter a final order on the Motion. Upon consideration of the Motion and after hearing statements and evidence presented in support of the Motion during proceedings before this Court, if any, the Court finds that good cause exists to grant the requested relief. The relief requested by the Motion is in the best interests of the Debtors, their estates, creditors, stakeholders, and other parties in interest, and the Debtors gave sufficient notice of the Motion and related hearings. Therefore, it is hereby:

**ORDERED THAT**

1. Pursuant to sections 105(a) and 542(a) of the Bankruptcy Code, Cicack is hereby ordered to turn over any and all proceeds Cicack is holding derived from or relating to marketing revenue generated from FSS' platform as of the date of this Order. Cicack shall provide FSS with an accounting of all such proceeds within seven (7) days of entry of this Order.

2. Pursuant to sections 105(a) and 362(a) of the Bankruptcy Code, Cicack is hereby

enjoined from withholding funds owed by Cicack to FSS.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SIGNED this _____ day of _____, 2023.

**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**