IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br>Alexander E. Jones,<br>   Debtor, | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| In re<br>Free Speech Systems LLC,<br>   Debtor, | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11 |

### ORDER

NOW BEFORE THE COURT is Alexander E. Jones ("Jones") and Free Speech Systems, LLC's ("FSS"), Motion to Seal (the "Motion") [Dkt. No. 622]. In this Motion, Jones and FSS request the Court seal Exhibit A to the *Agreed Order on Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure* (the "Agreed Order") [Dkt. No.621]. For good cause shown, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Court Clerk will seal Exhibit A to the Agreed Order until further notice.

Signed: June 27, 2023

              _____
              Christopher Lopez
              United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                      Case No. 22-60043-cml
Free Speech Systems LLC                          Chapter 11
Official Committee of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                          User: ADIuser                                Page 1 of 1
Date Rcvd: Jun 27, 2023                   Form ID: pdf003                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**         **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Free Speech Systems LLC, 3019 Alvin Devane Blvd. STE 300, Austin, TX 78741-7417 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2023                           Signature:          /s/Gustava Winters