## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO.  22-60043-CML |
| | § | |
| FREE SPEECH SYSTEMS LLC, | § | Chapter 11 |
| | § | |
| DEBTOR | § | |

## NOTICE OF CHANGE OF APPEARANCE IN LEAD COUNSEL
## FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AND
## REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO MAILING MATRIX

Please take notice that the Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller"), creditor and party-in-interest in the above referenced case, hereby gives Notice of Change in the Appearance of its Lead Counsel from Christopher J. Dylla to the undersigned:

Kimberly A. Walsh
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
bk-kwalsh@texasattorneygeneral.gov

Pursuant to Bankruptcy Rule 9010, the Texas Comptroller through its said counsel requests that it be served with copies of all notices, papers, and other documents issued by the Clerk of the Court and all other pleadings and notices to parties-in-interest filed by the Debtor, any Creditors' Committee, or any other interested parties in this case, including plans, disclosure statements, and/or schedules, notices or any application, complaint, demand, hearing, motion, petition, settlement, pleading or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex, or otherwise, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Acting Deputy Attorney General for Civil Litigation

RACHEL OBALDO
Chief for Bankruptcy & Collections Division

*/s/ Kimberly A. Walsh*
KIMBERLY A. WALSH
Texas State Bar No. 24039230
Southern District of Texas Bar No. 36315
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4863
Facsimile:  (512) 936-1409
bk-kwalsh@texasattorneygeneral.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on June 30, 2023, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

**Free Speech Systems LLC**
3019 Alvin Devane Blvd. STE 300
Austin, TX 78741

**Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Raymond W. Battaglia**
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

**Ryan Eric Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
jlangmack@akingump.com

**Stephen A. Roberts**
Stephen A Roberts, P.C.
1400 Marshall Ln
Austin, TX 78703

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Raymond William Battaglia**    rbattaglialaw@outlook.com, rwbresolve@gmail.com
- **Joseph S.U. Bodoff**    jbodoff@rubinrudman.com
- **Marty L Brimmage**    mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com
- **Ryan E Chapple**    rchapple@cstrial.com, aprentice@cstrial.com
- **Walter J Cicack**    wcicack@hcgllp.com, mallen@hcgllp.com
- **Vickie L Driver**    Vickie.Driver@crowedunlevy.com, elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com
- **Christopher Dylla**    bk-cdylla@oag.texas.gov, Sherri.Simpson@oag.texas.gov
- **Elyse M Farrow**    EFarrow@HaseldenFarrow.com, elysefarrow@gmail.com
- **Elizabeth Carol Freeman**    liz@lizfreemanlaw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net
- **Jennifer Jaye Hardy**    jhardy2@willkie.com, mao@willkie.com
- **Melissa A Haselden**    mhaselden@haseldenfarrow.com, haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com
- **Melissa Anne Haselden**    mhaselden@haseldenfarrow.com, haseldenbankruptcy@gmail.com;haselden.melissaa.r104367@notify.bestcase.com
- **Shelby A Jordan**    cmadden@jhwclaw.com
- **Kyung Shik Lee**    kslee50@gmail.com, Courtnotices@kasowitz.com
- **Stephen Wayne Lemmon**    lemmon@slollp.com, mates@slollp.com

- **John D Malone**    myra@johnmalonepc.com, myra@johnmalonepc.com
- **Jarrod B. Martin**    jarrod.martin@chamberlainlaw.com,
  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com
- **Avi Moshenberg**    avi.moshenberg@mhllp.com, patricia.flores@mhllp.com
- **Ha Minh Nguyen**    ha.nguyen@usdoj.gov
- **Bradley J. Reeves**    bradley.reeves@pillsburylaw.com
- **Federico Andino Reynal**    areynal@frlaw.us
- **Michael P Ridulfo**    mridulfo@krcl.com, rcoles@krcl.com
- **Stephen A Roberts**    sroberts@srobertslawfirm.com, 1222805420@filings.docketbird.com
- **Jayson B. Ruff**    jayson.b.ruff@usdoj.gov
- **R. J. Shannon**    rshannon@shannonpllc.com,
  rshannon@shannonleellp.com;7044075420@filings.docketbird.com
- **Jason Starks**    bkecf@traviscountytx.gov
- **Christina Walton Stephenson**    Crissie.Stephenson@crowedunlevy.com,
  elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com
- **US Trustee**    USTPRegion07.HU.ECF@USDOJ.GOV

*/s/ Kimberly A. Walsh*
KIMBERLY A. WALSH