**Fill in this information to identify the case:**

Debtor Name  Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-60043

XⱮ Check if this is an
amended filing **

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  May

Date report filed: 06/19/2023
MM / DD / YYYY

Line of business:  Dietary Supplement Sales

NAISC code: 325411

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  J Patrick Magill

Original signature of responsible party

Printed name of responsible party  J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

** **Amended to more securely redact attachments.  No substantive changes were made.**

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?     ☐ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐ ☐ ☐

    *** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## ◼ 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     – $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## ◼ 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                                    $ _____

      *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                    _____

27.  What is the number of employees as of the date of this monthly report?                       _____

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30.  How much have you paid this month in other professional fees?                                  $ _____

31.  How much have you paid in total other professional fees since filing the case?                 $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33.  **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34.  **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35.  Total projected cash receipts for the next month:                                                  $ _____

36.  Total projected cash disbursements for the next month:                                          **-** $ _____

37.  Total projected net cash flow for the next month:                                                **=** $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit E**
**Total Payables**

*As of May 31, 2023*

| From | Amount | Due Date |
|---|---|---|
| ***Inventory Orders / Deposits*** | | |
| Minutemen Coffee Company | 100,000.00 | 04/30/2023 |
| Ready Alliance | 58,893.46 | 05/31/2023 |
| Ready Alliance | 16,185.12 | 05/31/2023 |
| | **175,078.58** | |
| | | |
| ***Legal / Consulting Fees*** | | |
| Accounting with Amber LLC | 1,425.00 | 05/08/2023 |
| Accounting with Amber LLC | 862.50 | 05/30/2023 |
| Accounting with Amber LLC | 825.00 | 05/30/2023 |
| | **3,112.50** | |
| | | |
| ***Trade AP*** | | |
| Government COA/Alarm Admin | 50.00 | 04/03/2023 |
| UPS | 2.20 | 04/05/2023 |
| UPS | 27.55 | 04/06/2023 |
| SintecMedia NYC, Inc. | 21.90 | 04/09/2023 |
| TX Tag | 11.77 | 04/14/2023 |
| SintecMedia NYC, Inc. | 19.34 | 05/11/2023 |
| ATX HD | 20,671.00 | 05/19/2023 |
| City of Austin | 3,300.02 | 05/19/2023 |
| City of Austin | 1,115.56 | 05/19/2023 |
| City of Austin | 686.74 | 05/19/2023 |
| City of Austin | 324.16 | 05/19/2023 |
| Sparkletts & Sierra Springs | 388.26 | 05/24/2023 |
| J.S. Electric | 5,446.18 | 05/25/2023 |
| Leslie Muniz - V | 362.43 | 05/26/2023 |
| Valdemar Rodriguez | 3,000.00 | 05/30/2023 |
| David Thomas | 1,600.00 | 05/30/2023 |
| Alfonso Carrillo | 947.58 | 05/30/2023 |
| Iron Mountain | 429.40 | 05/31/2023 |
| Cloudflare Inc | 63,320.40 | 06/06/2023 |
| Austin Security and Investigations | 8,366.75 | 06/06/2023 |
| Specialized A C Mechanical Svcs | 593.73 | 06/14/2023 |
| Wes Perkins | 1,440.00 | 06/14/2023 |
| | **112,124.97** | |
| | | |
| **Total Accounts Payable** | **290,316.05** | |



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of May 31, 2023*

| From | Amount | Due Date |
|------|--------|----------|
| Processor S | 64,046.81 | 6/1/2023 |
| Processor S | 65,847.28 | 6/2/2023 |
| Processor S | 65,847.28 | 6/5/2023 |
| Processor S | 81,068.02 | 6/5/2023 |
| | **276,809.39** | |



| | AXOS Deposits #78877 | AXOS Operating #78919 | AXOS Donations #78885 | AXOS Payroll #78927 | AXOS Infowars #78893 | AXOS Legal #78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **May 1 to May 31** | | | | | | | | | | | | |
| **Opening Balance** | 804,185.72 | 33,746.19 | 30,134.08 | 57,593.39 | 385,107.83 | 100,000.00 | - | - | - | - | 11.77 | **1,410,778.98** |
| Cash Receipts | 2,677,040.92 | 22,751.05 | 6,024.20 | - | 8,428.66 | - | - | - | - | - | - | **2,714,244.83** |
| Cash Disbursements | - | (2,286,424.32) | - | (550,505.12) | - | - | - | - | - | - | - | **(2,836,929.44)** |
| **Net Cash Flow** | 2,677,040.92 | (2,263,673.27) | 6,024.20 | (550,505.12) | 8,428.66 | - | - | - | - | - | - | **(122,684.61)** |
| Transfers In | - | 2,668,934.95 | - | 505,000.00 | 249,232.61 | - | - | - | - | - | - | *3,423,167.56* |
| Transfers Out | (3,105,000.00) | (249,232.61) | - | - | (68,934.95) | - | - | - | - | - | - | *(3,423,167.56)* |
| **Cash on Hand** | 376,226.64 | 189,775.26 | 36,158.28 | 12,088.27 | 573,834.15 | 100,000.00 | - | - | - | - | 11.77 | **1,288,094.37** |



Date  5/31/23          Page      1
Primary Account   ▰▰▰▰▰▰

INFOW, LLC
DEBTOR IN POSSESSION,
CASE 22-60020
5606 N. NAVARRO STE 300-W
VICTORIA TX 77904

Account Title:          INFOW, LLC
                        DEBTOR IN POSSESSION,
                        CASE 22-60020

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | ▰▰▰▰ | Statement Dates   5/01/23 thru  5/31/23 | |
| Previous Balance | 50.00 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | 50.00 |
| Checks/Debits | .00 | Avg Daily Collected | 50.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 50.00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 5/01 | 50.00 |

*** END OF STATEMENT ***



Date  5/31/23
Primary Account 

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:              FREE SPEECH SYSTEMS, LLC
                            Case 22-60043, Deposit

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates   5/01/23 thru  5/31/23 | |
| Previous Balance | 804,185.72 | Days in the statement period | 31 |
| 22 Deposits/Credits | 2,677,040.92 | Avg Daily Ledger | 411,476.57 |
| 9 Checks/Debits | 3,105,000.00 | Avg Daily Collected | 411,473.34 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 376,226.64 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | Wire Transfer Credit | 99,440.56 |
| | SSB BANK | |
| | 8700 PERRY HIGHWAY | |
| | PITTSBURGH, PA  15237 | |
| | MAY 1 | |
| | 20230501QMGFT007000532 | |
| | 20230501MMQFMP9N000229 | |
| | 05011143FT01 | |
| 5/02 | Wire Transfer Credit | 193,438.29 |



Date  5/31/23          Page    2
Primary Account

Commercial Checking                     ███████████    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH, PA  15237<br>MAY 2████████████<br>20230502QMGFT003000875<br>20230502MMQFMP9N000231<br>05021331FT01 | |
| 5/03 | Wire Transfer Credit | 79,035.65 |
| | SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH, PA  15237<br>MAY 3 █████████████<br>20230503QMGFT002000404<br>20230503MMQFMP9N000165<br>05031146FT01 | |
| 5/04 | Wire Transfer Credit | 84,548.22 |
| | SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH, PA  15237<br>MAY 4█████████<br>20230504QMGFT011000270<br>20230504MMQFMP9N000103<br>05041032FT01 | |
| 5/05 | Wire Transfer Credit | 84,068.11 |
| | SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH, PA  15237<br>MAY 5█████████ | |



Date  5/31/23          Page     3
Primary Account     ~~━━━~~

Commercial Checking        ~~━━━~~    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20230505QMGFT008000348 20230505MMQFMP9N000129 05051103FT01 | |
| 5/08 | Wire Transfer Credit ~~━━━~~ | 151,452.34 |
| | SSB BANK 8700 PERRY HIGHWAY PITTSBURGH, PA  15237 MAY 8 ~~━━━~~ 20230508QMGFT004000750 20230508MMQFMP9N000236 05081307FT01 | |
| 5/09 | Wire Transfer Credit ~~━━━~~ | 333,380.55 |
| | SSB BANK 8700 PERRY HIGHWAY PITTSBURGH, PA  15237 MAY 9 ~~━━━~~ 20230509QMGFT009001036 20230509MMQFMP9N000291 05091503FT01 | |
| 5/10 | Wire Transfer Credit ~~━━━~~ | 110,251.05 |
| | SSB BANK ~~━━━~~ MAY 10 20230510QMGFT003001352 20230510MMQFMP9N000395 05101635FT01 | |
| 5/11 | Wire Transfer Credit ~~━━━~~ | 111,298.29 |
| | SSB BANK 8700 PERRY HIGHWAY | |



Date  5/31/23
Primary Account

Page    4

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | PITTSBURGH, PA  15237 | |
| | MAY 11 | |
| | 20230511QMGFT010001224 | |
| | 20230511MMQFMP9N000307 | |
| | 05111536FT01 | |
| 5/12 | Wire Transfer Credit | 109,261.50 |
| | SSB BANK | |
| | 8700 PERRY HIGHWAY | |
| | PITTSBURGH, PA  15237 | |
| | MAY 12 | |
| | 20230512QMGFT012000734 | |
| | 20230512MMQFMP9N000210 | |
| | 05121246FT01 | |
| 5/15 | Wire Transfer Credit | 120,154.83 |
| | SSB BANK | |
| | 20230515QMGFT004001434 | |
| | 20230515MMQFMP9N000391 | |
| | 05151602FT01 | |
| 5/15 | MyDeposit | 100.00 |
| 5/16 | Wire Transfer Credit | 286,756.19 |
| | SSB BANK | |
| | 8700 PERRY HIGHWAY | |
| | PITTSBURGH, PA  15237 | |
| | MAY | |
| | 20230516QMGFT015000482 | |
| | 20230516MMQFMP9N000132 | |
| | 05161158FT01 | |
| 5/17 | Wire Transfer Credit | 91,909.16 |
| | SSB BANK | |
| | 8700 PERRY HIGHWAY | |



Date  5/31/23          Page    5
Primary Account    ▓▓▓▓▓▓▓

Commercial Checking          ▓▓▓▓▓▓▓  (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | PITTSBURGH, PA 15237 | |
| | MAY ▓▓▓▓▓▓▓ | |
| | 20230517QMGFT002000470 | |
| | 20230517MMQFMP9N000138 | |
| | 05171201FT01 | |
| 5/18 | Wire Transfer Credit | 72,643.61 |
| | ▓▓▓▓▓▓▓ | |
| | SSB BANK | |
| | 8700 PERRY HIGHWAY | |
| | PITTSBURGH, PA 15237 | |
| | MAY 18▓▓▓▓▓▓ | |
| | 20230518QMGFT014001310 | |
| | 20230518MMQFMP9N000343 | |
| | 05181613FT01 | |
| 5/19 | Wire Transfer Credit | 73,040.86 |
| | ▓▓▓▓▓▓▓ | |
| | SSB BANK | |
| | 8700 PERRY HIGHWAY | |
| | PITTSBURGH, PA 15237 | |
| | MAY 19▓▓▓▓▓▓ | |
| | 20230519QMGFT010000440 | |
| | 20230519MMQFMP9N000123 | |
| | 05191138FT01 | |
| 5/22 | Wire Transfer Credit | 82,087.21 |
| | ▓▓▓▓▓▓▓ | |
| | SSB BANK | |
| | 8700 PERRY HIGHWAY | |
| | PITTSBURGH, PA 15237 | |
| | MAY 22 VENDOR PAYMENT | |
| | 20230522QMGFT014000836 | |
| | 20230522MMQFMP9N000222 | |
| | 05221350FT01 | |
| 5/23 | Wire Transfer Credit | 178,835.42 |
| | ▓▓▓▓▓▓▓ | |
| | SSB BANK | |
| | 8700 PERRY HIGHWAY | |
| | PITTSBURGH, PA 15237 | |
| | 20230523QMGFT011000269 | |
| | 20230523MMQFMP9N000108 | |



Date  5/31/23
Primary Account

Page      6

Commercial Checking                               (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 05231103FT01 | |
| 5/24 | Wire Transfer Credit | 55,832.07 |
| | SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH, PA  15237<br>MAY 24<br>20230524QMGFT004000646<br>20230524MMQFMP9N000166<br>05241248FT01 | |
| 5/26 | Wire Transfer Credit | 67,091.38 |
| | SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH, PA  15237<br>MAY 26<br>20230526QMGFT006000736<br>20230526MMQFMP9N000169<br>05261215FT01 | |
| 5/30 | Wire Transfer Credit | 70,739.78 |
| | SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH, PA  15237<br>MAY 30<br>20230530QMGFT004000807<br>20230530MMQFMP9N000227<br>05301209FT01 | |
| 5/31 | Wire Transfer Credit | 221,675.85 |
| | SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH, PA  15237<br>MAY 31<br>20230531QMGFT012000239<br>20230531MMQFMP9N000128<br>05311030FT01 | |



Date  5/31/23
Primary Account    Page    7

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 5/02 | From DDA *8877,To DDA *8927 | 180,000.00- |
| 5/02 | From DDA *8877,To DDA *8919 | 200,000.00- |
| 5/04 | From DDA *8877,To DDA *8919 | 600,000.00- |
| 5/11 | From DDA *8877,To DDA *8919 | 200,000.00- |
| 5/11 | From DDA *8877,To DDA *8919 | 750,000.00- |
| 5/16 | From DDA *8877,To DDA *8927 | 140,000.00- |
| 5/18 | From DDA *8877,To DDA *8919 | 450,000.00- |
| 5/25 | From DDA *8877,To DDA *8919 | 400,000.00- |
| 5/30 | From DDA *8877,To DDA *8927,payroll | 185,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 903,626.28 | 5/11 | 121,098.78 | 5/23 | 545,887.56 |
| 5/02 | 717,064.57 | 5/12 | 230,360.28 | 5/24 | 601,719.63 |
| 5/03 | 796,100.22 | 5/15 | 350,615.11 | 5/25 | 201,719.63 |
| 5/04 | 280,648.44 | 5/16 | 497,371.30 | 5/26 | 268,811.01 |
| 5/05 | 364,716.55 | 5/17 | 589,280.46 | 5/30 | 154,550.79 |
| 5/08 | 516,168.89 | 5/18 | 211,924.07 | 5/31 | 376,226.64 |
| 5/09 | 849,549.44 | 5/19 | 284,964.93 | | |
| 5/10 | 959,800.49 | 5/22 | 367,052.14 | | |

*** END OF STATEMENT ***



Date   5/31/23
Primary Account                Page      1

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:              FREE SPEECH SYSTEMS, LLC
                           Case 22-60043, Operations

| Commercial Checking | | Number of Enclosures | 2 |
|---|---|---|---|
| Account Number | | Statement Dates   5/01/23 thru  5/31/23 | |
| Previous Balance | 33,746.19 | Days in the statement period | 31 |
| 56 Deposits/Credits | 2,691,686.00 | Avg Daily Ledger | 330,100.05 |
| 179 Checks/Debits | 2,535,633.53 | Avg Daily Collected | 329,597.02 |
| Maintenance Fee | 23.40 | | |
| Interest Paid | .00 | | |
| Ending Balance | 189,775.26 | | |

### SERVICE CHARGE ITEMIZATION

| Description | Amount |
|---|---|
| Item Fee in Service Charge | 23.40 |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | MyDeposit | 35.00 |
| 5/01 | MyDeposit | 60.00 |
| 5/01 | MyDeposit | 247.90 |
| 5/01 | MyDeposit | 250.00 |
| 5/01 | MyDeposit | 324.29 |
| 5/02 | From DDA *8877,To DDA *8919 | 200,000.00 |
| 5/03 | Bill.com   TWC 2022 INC. | 7,470.56 |
| | CCD 121140390843997 | |



Date  5/31/23        Page    2
Primary Account ▬▬▬▬▬

Commercial Checking ▬▬▬▬▬  (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|  | Free Speech Systems, L | |
| 5/04 | From DDA *8893,To DDA *8919 | 68,934.95 |
| 5/04 | From DDA *8877,To DDA *8919 | 600,000.00 |
| 5/05 | Wire Transfer Credit | 1,436.54 |
|  | ZELENKO LABS LLC | |
|  | 9045 LA FONTANA BLVD STE 105 | |
|  | BOCA RATON FL 33434-5640 US | |
|  | ZELENKO APRIL 2023 AFFILIATE C | |
|  | SIONS | |
|  | 20230505B1QGC06C017375 | |
|  | 20230505MMQFMP9N000165 | |
|  | 05051151FT01 | |
| 5/05 | Wire Transfer Credit | 4,170.74 |
|  | TWC 2022 INC. | |
|  | 2960 NE 207TH ST | |
|  | 608 | |
|  | AVENTURA, FL  33180 | |
|  | 20230505L1B77D1C001241 | |
|  | 20230505MMQFMP9N000033 | |
|  | 05050742FT01 | |
| 5/05 | ACCTVERIFY TWC 2022 INC. | .01 |
|  | CCD 121140393300553 | |
|  | Free Speech Systems, L | |
| 5/05 | MyDeposit | 30.00 |
| 5/05 | MyDeposit | 72.35 |
| 5/05 | MyDeposit | 100.00 |
| 5/05 | MyDeposit | 187.50 |
| 5/05 | MyDeposit | 225.00 |
| 5/05 | MyDeposit | 265.95 |
| 5/05 | MyDeposit | 500.00 |
| 5/09 | MyDeposit | 50.00 |
| 5/09 | MyDeposit | 59.90 |
| 5/09 | MyDeposit | 80.00 |
| 5/09 | MyDeposit | 187.30 |
| 5/09 | MyDeposit | 300.00 |
| 5/09 | MyDeposit | 303.45 |
| 5/09 | MyDeposit | 400.00 |
| 5/11 | From DDA *8877,To DDA *8919 | 200,000.00 |
| 5/11 | From DDA *8877,To DDA *8919 | 750,000.00 |
| 5/12 | MyDeposit | 89.85 |
| 5/12 | MyDeposit | 257.67 |



Date  5/31/23          Page      3
Primary Account  ▓▓▓▓▓▓▓

Commercial Checking          ▓▓▓▓▓▓▓   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|-------:|
| 5/12 | MyDeposit | 569.80 |
| 5/12 | MyDeposit | 662.30 |
| 5/16 | MyDeposit | 50.00 |
| 5/16 | MyDeposit | 74.85 |
| 5/16 | MyDeposit | 168.31 |
| 5/16 | MyDeposit | 230.00 |
| 5/16 | MyDeposit | 249.80 |
| 5/16 | MyDeposit | 300.00 |
| 5/16 | MyDeposit | 359.55 |
| 5/16 | MyDeposit | 379.94 |
| 5/16 | MyDeposit | 443.51 |
| 5/18 | From DDA *8877,To DDA *8919 | 450,000.00 |
| 5/18 | MyDeposit | 50.40 |
| 5/18 | MyDeposit | 100.00 |
| 5/18 | MyDeposit | 200.00 |
| 5/18 | MyDeposit | 300.00 |
| 5/25 | From DDA *8877,To DDA *8919 | 400,000.00 |
| 5/30 | MyDeposit | 35.25 |
| 5/30 | MyDeposit | 59.90 |
| 5/30 | MyDeposit | 67.50 |
| 5/30 | MyDeposit | 100.00 |
| 5/30 | MyDeposit | 157.49 |
| 5/30 | MyDeposit | 182.15 |
| 5/30 | MyDeposit | 241.39 |
| 5/30 | MyDeposit | 249.60 |
| 5/30 | MyDeposit | 415.30 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|-------:|
| 5/01 | DBT CRD 0000 04/29/23 80081635<br>NRI*NEW RELIC<br>888-643-8776   CA C#5784 | 266.50- |
| 5/01 | POS DEB 0859 05/01/23 00GPA6S1<br>AMAZON.COM*HM40411L1<br>AMAZON.COM<br>SEATTLE          WA C#5784 | 149.39- |
| 5/01 | DBT CRD 1015 05/01/23 49472619<br>AMZN Mktp US*HM8K16AJ1 | 163.10- |



Date  5/31/23          Page     4
Primary Account  ⎯⎯⎯⎯⎯⎯

Commercial Checking          ⎯⎯⎯⎯⎯  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | Amzn.com/bill WA C#5784 | |
| 5/01 | DBT CRD 1620 05/01/23 68085759 | 185.32- |
| | AMZN Mktp US*HM6NA3TU2 | |
| | Amzn.com/bill WA C#5784 | |
| 5/01 | NWTBCLSCIC THE HARTFORD | 2,363.10- |
| | CCD 051000010615470 | |
| | FREE SPEECH SYSTEMS | |
| 5/02 | DBT CRD 1355 05/01/23 81218362 | 159.48- |
| | ZOOM.US 888-799-9666 | |
| | WWW.ZOOM.US   CA C#5784 | |
| 5/02 | POS DEB 1304 05/01/23 00GPEZOW | 28.13- |
| | AMAZON.COM*CK5SU1WG3 | |
| | AMAZON.COM | |
| | SEATTLE      WA C#5784 | |
| 5/02 | POS DEB 1228 05/02/23 00206220 | 153.25- |
| | DNH*GODADDY.COM | |
| | DNH*GODADDY.COM | |
| | TEMPE        AZ C#5784 | |
| 5/02 | DBT CRD 0824 05/01/23 82763266 | 255.84- |
| | VULTR BY CONSTANT | |
| | VULTR.COM    NJ C#5784 | |
| 5/02 | PAYMENT    LATHEM TIME CORP | 134.32- |
| | PPD 062000014818713 | |
| | FREE SPEECH SYSTEMS LL | |
| 5/02 | PAYMENT    City of Austin T | 346.83- |
| | PPD 021000028902776 | |
| | Melinda Flores | |
| 5/02 | PAYMENT    City of Austin T | 752.17- |
| | PPD 021000028905156 | |
| | Melinda Flores | |
| 5/02 | PAYMENT    City of Austin T | 1,118.83- |
| | PPD 021000028905151 | |
| | Melinda Flores | |
| 5/02 | PAYMENT    City of Austin T | 3,083.85- |
| | PPD 021000028905092 | |
| | Melinda Flores | |
| 5/02 | BILLING    AUTHNET GATEWAY | 4,940.00- |
| | CCD 104000012969091 | |
| | FREE SPEECH SYSTEMS, L | |
| 5/03 | DBT CRD 1150 05/02/23 06117457 | 24.00- |
| | GITHUB, INC. | |



**BANK**

Date  5/31/23
Primary Account                       Page        5

Commercial Checking                     ████████ (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | HTTPSGITHUB.C CA C#5784 | |
| 5/03 | DBT CRD 0740 05/02/23 56212150 | 30.92- |
| | HOVER | |
| | 866-731-6556  MS C#5784 | |
| 5/03 | DBT CRD 1506 05/02/23 24050269 | 37.72- |
| | AMZN Mktp US*HM2702V32 | |
| | Amzn.com/bill WA C#5784 | |
| 5/03 | DBT CRD 1615 05/02/23 65595295 | 85.44- |
| | AMZN Mktp US*HM3D06MK2 | |
| | Amzn.com/bill WA C#5784 | |
| 5/04 | DBT CRD 0551 05/03/23 90703814 | 3,290.73- |
| | MONGODBCLOUD ITS OR... | |
| | MONGODB.COM   CA C#5784 | |
| 5/04 | POS DEB 0430 05/04/23 04314754 | 555.34- |
| | FDCSERVERSN | |
| | 2211 North First S | |
| | San Jose      CA C#5784 | |
| 5/04 | DBT CRD 1737 05/03/23 14225440 | 100.52- |
| | AMZN Mktp US*XL6UC6GR3 | |
| | Amzn.com/bill WA C#5784 | |
| 5/04 | UTIL PAYMT ONE GAS TEXAS PR | 88.33- |
| | PPD 101000699075603 | |
| | FREE SPEECH SYSTEM LLC | |
| 5/04 | QBooks Onl INTUIT * | 836.81- |
| | CCD 021000022778872 | |
| | FREE SPEECH SYSTEMS | |
| 5/04 | ap          FREESPEECHOP | 2,475.00- |
| | PPD 122287250000258 | |
| | FREESPEECHOP | |
| 5/04 | ACH050323  FREESPEECHOP | 10,000.00- |
| | PPD 122287250000659 | |
| | FREESPEECHOP | |
| 5/04 | From DDA *8919,To DDA *8893,PQ | 5,000.00- |
| | PR Adeq Protection | |
| 5/04 | From DDA *8919,To DDA *8893,ES | 54,000.73- |
| | G Settlement 042823 | |
| 5/04 | From DDA *8919,To DDA *8893,ES | 68,934.95- |
| | G 042823 | |
| 5/05 | DBT CRD 1803 05/04/23 29966334 | 31.92- |
| | MIDJOURNEY INC. | |



Date   5/31/23          Page      6
Primary Account

Commercial Checking          ▬▬▬▬▬   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 5/05 | HTTPSWWW.MIDJ CA C#5784<br>DBT CRD 1333 05/04/23 67951580<br>ACADEMY SPORTS #25 | 75.75- |
| 5/05 | AUSTIN        TX C#5784<br>DBT CRD 1555 05/03/23 53348620<br>THE HOME DEPOT 6542 | 94.00- |
| 5/05 | AUSTIN        TX C#5784<br>DBT CRD 1416 05/05/23 93953697<br>AMZN Mktp US*LX40G2LL3<br>Amzn.com/bill WA C#5784 | 117.47- |
| 5/05 | 050423      FREESPEECHOP<br>PPD 122287250000497<br>FREESPEECHOP | 4,469.42- |
| 5/05 | 050423C     FREESPEECHOP<br>CCD 122287250000501<br>FREESPEECHOP | 95,714.18- |
| 5/05 | 050423      FREESPEECHOP<br>CCD 122287250000494<br>FREESPEECHOP | 278,901.96- |
| 5/08 | DBT CRD 1150 05/06/23 06058994<br>GROKABILITY: SNIPE-IT<br>HTTPSSNIPEITA CA C#5784 | 39.99- |
| 5/08 | DBT CRD 1207 05/05/23 16451347<br>Name.com, Inc<br>720-2492374   CO C#5784 | 111.92- |
| 5/08 | POS DEB 1236 05/05/23 00GQZ5P7<br>AMAZON.COM*FM37Q57W3<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 110.00- |
| 5/08 | POS DEB 1235 05/05/23 00GQZ3KI<br>AMAZON.COM*TX96N5KI3<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 111.98- |
| 5/08 | POS DEB 1337 05/05/23 00GQZRPO<br>AMAZON.COM*7S60A9SB3<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 121.24- |
| 5/08 | DBT CRD 2024 05/08/23 50987326<br>AMZN Mktp US*TK7A57BQ3<br>Amzn.com/bill WA C#5784 | 283.55- |



Date  5/31/23
Primary Account

Page      7

Commercial Checking                                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 5/08 | DBT CRD 1630 05/05/23 74108488<br>AWIO WEB SERVICES, LLC<br>267-2803589   NC C#5784 | 449.00- |
| 5/09 | POS DEB 1232 05/05/23 00GQZ2YB<br>AMAZON.COM*8R0A747I3<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 192.32- |
| 5/09 | DBT CRD 1243 05/08/23 38249498<br>SENDY.CO<br>SINGAPORE     SG C#5784 | 69.00- |
| 5/09 | DBT CRD 0854 05/08/23 00523604<br>Amazon.com*9O3HO2L93<br>Amzn.com/bill WA C#5784 | 128.56- |
| 5/09 | DBT CRD 1143 05/08/23 02037554<br>AMZN Mktp US*H905W74D3<br>Amzn.com/bill WA C#5784 | 196.67- |
| 5/09 | DBT CRD 2053 05/09/23 67902020<br>HOTELSCOM7255263804101<br>HOTELS.COM     WA C#0837 | 834.96- |
| 5/09 | DBT CRD 2034 05/09/23 56467508<br>HOTELSCOM7255262604708<br>HOTELS.COM     WA C#0837 | 2,867.84- |
| 5/09 | Int Fee 1124 05/09/23 38249498<br>SENDY.CO<br>SINGAPORE     00 C# 5784 | .69- |
| 5/10 | DBT CRD 1134 05/09/23 96475208<br>EPIK, LLC<br>425-3668810    WA C#5784 | 34.95- |
| 5/10 | DBT CRD 1806 05/10/23 31622225<br>AMZN Mktp US*CG2T745R3<br>Amzn.com/bill WA C#5784 | 233.69- |
| 5/10 | DBT CRD 1052 05/09/23 71696711<br>EXPEDIA 72553096371641<br>EXPEDIA.COM    WA C#0837 | 265.44- |
| 5/10 | DBT CRD 1054 05/09/23 72723695<br>EXPEDIA 725553097928498<br>EXPEDIA.COM    WA C#0837 | 265.44- |
| 5/10 | DBT CRD 1355 05/10/23 81178733<br>AMZN Mktp US*184356DI3 | 480.35- |



Date  5/31/23
Primary Account    Page     8

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | Amzn.com/bill WA C#5784 | |
| 5/10 | DBT CRD 1209 05/09/23 17602397 | 594.26- |
|      | AMZN Mktp US*JO31S7OK3 | |
|      | Amzn.com/bill WA C#5784 | |
| 5/10 | DBT CRD 0000 05/08/23 17966235 | 659.97- |
|      | SOUTHWES    5262451874 | |
|      | 800-435-9792  TX C#5784 | |
| 5/10 | DBT CRD 0000 05/08/23 17966235 | 659.97- |
|      | SOUTHWES    5262451874 | |
|      | 800-435-9792  TX C#5784 | |
| 5/10 | DBT CRD 0000 05/08/23 17966235 | 659.97- |
|      | SOUTHWES    5262451874 | |
|      | 800-435-9792  TX C#5784 | |
| 5/10 | DBT CRD 0000 05/08/23 17966235 | 659.97- |
|      | SOUTHWES    5262451874 | |
|      | 800-435-9792  TX C#5784 | |
| 5/10 | DBT CRD 0000 05/08/23 17966235 | 659.97- |
|      | SOUTHWES    5262451874 | |
|      | 800-435-9792  TX C#5784 | |
| 5/10 | DBT CRD 1456 05/08/23 17966235 | 659.97- |
|      | SOUTHWES    5262451874 | |
|      | 800-435-9792  TX C#5784 | |
| 5/10 | TELECOMM    GRANDE COMMUNICA | 1,300.00- |
|      | WEB 021000021775895 | |
|      | WENDELL M *SCHWARTZ | |
|      | 9285958 | |
| 5/10 | 0509023    FREESPEECHOP | 50,000.00- |
|      | CCD 122287250000250 | |
|      | FREESPEECHOP | |
| 5/11 | DBT CRD 1120 05/09/23 88282367 | 78.99- |
|      | SOUTHWES    5262452180 | |
|      | 800-435-9792  TX C#5784 | |
| 5/11 | DBT CRD 1841 05/10/23 52722182 | 96.49- |
|      | ALON DK #59328 | |
|      | EL PASO      TX C#0837 | |
| 5/11 | DBT CRD 1554 05/10/23 52777669 | 141.79- |
|      | TST* The State Line | |
|      | El Paso      TX C#5784 | |
| 5/11 | QBooks Onl INTUIT * | 213.20- |
|      | CCD 021000021977259 | |



Date  5/31/23
Primary Account                Page    9

Commercial Checking                        (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 5/11 | FREE SPEECH SYSTEMS LL<br>pqpr        FREESPEECHOP<br>CCD 122287250000334<br>FREESPEECHOP | 68,934.95- |
| 5/11 | From DDA *8919,To DDA *8893,PQ<br>PR | 5,000.00- |
| 5/11 | From DDA *8919,To DDA *8893,ES<br>G | 42,197.87- |
| 5/12 | DBT CRD 0008 05/11/23 85093864<br>CIRCLE K 06024<br>EL PASO       TX C#0837 | 12.70- |
| 5/12 | DBT CRD 0943 05/11/23 29910375<br>DESERT PASS<br>EL PASO       TX C#5784 | 30.98- |
| 5/12 | DBT CRD 1415 05/11/23 93096870<br>EL ROBLE MEXICAN RESTA<br>EL PASO       TX C#0837 | 65.60- |
| 5/12 | DBT CRD 0947 05/10/23 32344508<br>AUSTIN AIRPORT-F&B<br>AUSTIN        TX C#5784 | 96.19- |
| 5/12 | DBT CRD 1439 05/11/23 07710947<br>Amazon.com*AV9XL2IX3<br>Amzn.com/bill WA C#5784 | 145.91- |
| 5/12 | DBT CRD 1304 05/11/23 50465019<br>THE RANGE AT AUSTIN<br>512-6502734   TX C#5784 | 1,190.75- |
| 5/12 | ap 2051123 FREESPEECHOP<br>PPD 122287250000872<br>FREESPEECHOP | 14,467.50- |
| 5/12 | ap051023    FREESPEECHOP<br>CCD 122287250000866<br>FREESPEECHOP | 912,352.98- |
| 5/15 | DBT CRD 1008 05/14/23 45280973<br>BACKBLAZE.COM<br>HTTPSWWW.BACK CA C#5784 | 132.53- |
| 5/15 | DBT CRD 0902 05/14/23 05279829<br>NRI*NEW RELIC<br>888-643-8776   CA C#5784 | 266.50- |
| 5/15 | POS DEB 1510 05/12/23 00GTJL0T<br>AMAZON.COM*2T7X057P3 | 192.68- |



Date  5/31/23
Primary Account

Page    10

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | AMAZON.COM | |
| | SEATTLE      WA C#5784 | |
| 5/15 | POS DEB 0431 05/13/23 04355363 | 571.19- |
| | FDCSERVERSN | |
| | 2211 North First S | |
| | San Jose     CA C#5784 | |
| 5/15 | DBT CRD 1206 05/13/23 15837778 | 15.65- |
| | SLICE - EL PASO | |
| | E P          TX C#5784 | |
| 5/15 | DBT CRD 1705 05/11/23 95060398 | 38.54- |
| | EMPIRE 8172 | |
| | EL PASO      TX C#0837 | |
| 5/15 | DBT CRD 2003 05/11/23 38231921 | 40.79- |
| | ALON DK #51643 | |
| | EL PASO      TX C#5784 | |
| 5/15 | DBT CRD 1116 05/12/23 86044945 | 78.47- |
| | DESERT PASS | |
| | EL PASO      TX C#5784 | |
| 5/15 | DBT CRD 1159 05/12/23 11761575 | 79.26- |
| | ALON DK #51643 | |
| | EL PASO      TX C#5784 | |
| 5/15 | DBT CRD 1650 05/12/23 86172380 | 110.16- |
| | PIZZA HUT 039185 | |
| | EL PASO      TX C#5784 | |
| 5/15 | DBT CRD 1511 05/13/23 26906026 | 116.00- |
| | 91280 - AUSTIN-BERGSTR | |
| | AUSTIN       TX C#5784 | |
| 5/15 | DBT CRD 2213 05/10/23 16023885 | 220.65- |
| | OJOS LOCOS SPORTS CANT | |
| | EL PASO      TX C#0837 | |
| 5/15 | DBT CRD 1938 05/11/23 23375584 | 450.00- |
| | WEST TEXAS CHOP HOUSE | |
| | EL PASO      TX C#5784 | |
| 5/15 | SERVICES   GOOGLE | 280.00- |
| | CCD 091000017214871 | |
| | Free Speech Systems, L | |
| 5/16 | DBT CRD 1111 05/15/23 83112665 | 61.93- |
| | IC* INSTACART | |
| | 888-2467822  CA C#5784 | |
| 5/16 | DBT CRD 1418 05/15/23 94893267 | 107.43- |
| | Amazon.com*II3EA7JL3 | |



Date  5/31/23          Page    11
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | Amzn.com/bill WA C#5784 | |
| 5/16 | DBT CRD 1845 05/14/23 55478301 | 152.43- |
| | COURTYARD BY MARRIOTT | |
| | ADDISON        TX C#0837 | |
| 5/16 | DBT CRD 1846 05/14/23 55704769 | 152.43- |
| | COURTYARD BY MARRIOTT | |
| | ADDISON        TX C#0837 | |
| 5/16 | WEB_PAY    WASTE CONNECTION | 8,241.15- |
| | WEB 021000027816459 | |
| | WENDELL M SCHWARTZ | |
| | 71249944051523 | |
| 5/17 | DBT CRD 1330 05/16/23 66135183 | 21.28- |
| | CHATGPT SUBSCRIPTION | |
| | OPENAI.COM      CA C#5784 | |
| 5/17 | POS DEB 1510 05/12/23 00GTJI7O | 110.40- |
| | AMAZON.COM*SF8OS3HQ3 | |
| | AMAZON.COM | |
| | SEATTLE        WA C#5784 | |
| 5/17 | DBT CRD 1318 05/16/23 58991427 | 95.38- |
| | AMZN Mktp US*NZ8HT8OF3 | |
| | Amzn.com/bill WA C#5784 | |
| 5/17 | DBT CRD 1243 05/16/23 37975036 | 126.78- |
| | AMZN Mktp US*DT0WA4SN3 | |
| | Amzn.com/bill WA C#5784 | |
| 5/18 | POS DEB 1326 05/17/23 00GV8CHW | 163.85- |
| | AMAZON.COM*XI6IO9823 | |
| | AMAZON.COM | |
| | SEATTLE        WA C#5784 | |
| 5/18 | ORKIN PEST ORKIN | 280.36- |
| | WEB 021000022078484 | |
| | FREE SPEECH SYSTEMS *O | |
| | 1564629 | |
| 5/18 | DD        CPA TAX PAYMENTS | 10,000.00- |
| | CCD 021000028355134 | |
| | EDI/XML - Pass-thru Ac | |
| 5/18 | DD        WEBFILE TAX PYMT | 10,993.72- |
| | CCD 021000028546176 | |
| | 33311/12345/EDI/XML - | |
| 5/18 | From DDA *8919,To DDA *8893 | 5,000.00- |
| 5/19 | DBT CRD 0944 05/18/23 30856352 | 219.07- |
| | DTV*DIRECTV SERVICE | |



Date  5/31/23
Primary Account                                Page    12

Commercial Checking                            (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 800-347-3288   CA  C#5784 | |
| 5/19 | POS DEB 0723 05/19/23 00GVT0UH | 121.24- |
| | AMAZON.COM*HV7PJ3I33 | |
| | AMAZON.COM | |
| | SEATTLE      WA  C#5784 | |
| 5/19 | DBT CRD 1418 05/19/23 95271205 | 14.02- |
| | AMZN Mktp US*U43MQ0AS3 | |
| | Amzn.com/bill WA  C#5784 | |
| 5/19 | DBT CRD 1014 05/17/23 48764734 | 149.77- |
| | THE HOME DEPOT #6542 | |
| | AUSTIN       TX  C#5784 | |
| 5/19 | DBT CRD 1525 05/18/23 35434601 | 1,327.67- |
| | AMZN Mktp US*1Q0677I73 | |
| | Amzn.com/bill WA  C#5784 | |
| 5/19 | APB0518     FREESPEECHOP | 4,947.50- |
| | PPD 122287250000232 | |
| | FREESPEECHOP | |
| 5/19 | AP3        FREESPEECHOP | 25,000.00- |
| | PPD 122287250000241 | |
| | FREESPEECHOP | |
| 5/19 | AP0518     FREESPEECHOP | 164,797.65- |
| | CCD 122287250000226 | |
| | FREESPEECHOP | |
| 5/22 | DBT CRD 1839 05/21/23 51825450 | 20.00- |
| | VERCEL PRO | |
| | HTTPSVERCEL.C CA  C#5784 | |
| 5/22 | DBT CRD 1119 05/21/23 87776089 | 245.86- |
| | Name.com, Inc | |
| | 720-2492374    CO  C#5784 | |
| 5/22 | DBT CRD 0901 05/20/23 04979009 | 639.60- |
| | CLOUDFLARE | |
| | HTTPSWWW.CLOU CA  C#5784 | |
| 5/22 | POS DEB 0723 05/19/23 00GVSYBD | 186.40- |
| | AMAZON.COM*GM9926BN3 | |
| | AMAZON.COM | |
| | SEATTLE      WA  C#5784 | |
| 5/22 | DBT CRD 1014 05/21/23 48586732 | 53.03- |
| | Amazon.com*JF7ZW1B83 | |
| | Amzn.com/bill WA  C#5784 | |
| 5/22 | DBT CRD 1014 05/22/23 48581251 | 185.40- |
| | AMZN Mktp US*A280G9LN3 | |



Date  5/31/23
Primary Account          ▬▬▬▬▬          Page    13

Commercial Checking          ▬▬▬▬▬    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 5/22 | Amzn.com/bill WA C#5784<br>DBT CRD 0330 05/19/23 06546003<br>FDCSERVERSN<br>312-423-6675  FL C#5784 | 545.34- |
| 5/23 | DBT CRD 1402 05/22/23 85459403<br>PRITUNL PREMIUM<br>HTTPSPRITUNL. WA C#5784 | 10.00- |
| 5/23 | POS DEB 0538 05/22/23 00GWN5VD<br>AMAZON.COM*GI00Q3113<br>AMAZON.COM<br>SEATTLE      WA C#5784 | 735.02- |
| 5/23 | DBT CRD 0903 05/22/23 06018384<br>AMZN Mktp US*L40GD4D33<br>Amzn.com/bill WA C#5784 | 14.05- |
| 5/23 | DBT CRD 1113 05/23/23 84048915<br>AMZN Mktp US*FW2M54IL3<br>Amzn.com/bill WA C#5784 | 474.66- |
| 5/23 | DBT CRD 1643 05/22/23 82326388<br>Amazon.com*N956H3SZ3<br>Amzn.com/bill WA C#5784 | 844.63- |
| 5/23 | PAYMENT     ADT<br>PPD 101000691134750<br>FREE SPEECH SYSTEMS | 10.28- |
| 5/23 | PAYMENT     ADT<br>PPD 101000691134747<br>FREE SPEECH SYSTEMS | 20.45- |
| 5/23 | PAYMENT     ADT<br>PPD 101000691134756<br>FREE SPEECH SYSTEMS | 20.45- |
| 5/23 | PAYMENT     ADT<br>PPD 101000691134762<br>FREE SPEECH SYSTEMS | 20.45- |
| 5/23 | PAYMENT     ADT<br>PPD 101000691134745<br>FREE SPEECH SYSTEMS | 60.64- |
| 5/23 | PAYMENT     ADT<br>PPD 101000691134749<br>FREE SPEECH SYSTEMS | 64.22- |
| 5/23 | PAYMENT     ADT<br>PPD 101000691134754 | 69.18- |



Date  5/31/23          Page   14
Primary Account  ███████████

Commercial Checking          ███████████  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 5/23 | FREE SPEECH SYSTEMS<br>PAYMENT     ADT<br>PPD 101000691134760 | 69.18- |
| 5/23 | FREE SPEECH SYSTEMS<br>PAYMENT     ADT<br>PPD 101000691134748 | 72.02- |
| 5/23 | FREE SPEECH SYSTEMS<br>PAYMENT     ADT<br>PPD 101000691134753 | 102.06- |
| 5/23 | FREE SPEECH SYSTEMS<br>PAYMENT     ADT<br>PPD 101000691134759 | 102.06- |
| 5/23 | FREE SPEECH SYSTEMS<br>PAYMENT     ADT<br>PPD 101000691134751 | 138.15- |
| 5/23 | FREE SPEECH SYSTEMS<br>PAYMENT     ADT<br>PPD 101000691134757 | 138.15- |
| 5/23 | FREE SPEECH SYSTEMS<br>PAYMENT     ADT<br>PPD 101000691134746 | 830.10- |
| 5/23 | FREE SPEECH SYSTEMS<br>PAYMENT     ADT<br>PPD 101000691134755 | 830.10- |
| 5/23 | FREE SPEECH SYSTEMS<br>PAYMENT     ADT<br>PPD 101000691134761 | 830.10- |
| 5/23 | FREE SPEECH SYSTEMS<br>PAYMENT     ADT<br>PPD 101000691134752 | 1,411.18- |
| 5/23 | FREE SPEECH SYSTEMS<br>PAYMENT     ADT<br>PPD 101000691134758 | 1,411.18- |
| 5/23 | FREE SPEECH SYSTEMS<br>Payment     ATT<br>PPD 031100206500112 | 2,556.57- |
| 5/23 | Free speech systems<br>WEBPAYMENT ADDSHOPPERSINC<br>WEB 091000014169047<br>DANI WHITEHAIR | 8,967.00- |



Date  5/31/23
Primary Account

Page    15

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 5/23 | DD      WEBFILE TAX PYMT<br>CCD 021000024595485<br>33311/12345/EDI/XML - | 9,117.54- |
| 5/24 | DBT CRD 1501 05/23/23 21037313<br>RUMBLEVIDEO<br>TORONTO        CD C#5784 | 100.00- |
| 5/24 | DBT CRD 1216 05/23/23 21956710<br>Amazon.com*ER6ZH5863<br>Amzn.com/bill WA C#5784 | 118.88- |
| 5/24 | Int Fee 1132 05/24/23 21037313<br>RUMBLEVIDEO<br><br>TORONTO       00 C# 5784 | 1.00- |
| 5/24 | RECRD MGMT IRON MOUNTAIN<br>CCD 021000029240159<br>WENDELL *M SCHWARTZ | 421.95- |
| 5/25 | DBT CRD 1002 05/24/23 41761970<br>FSP*ABC HOME & COMMERC<br>512-837-9500  TX C#5784 | 423.43- |
| 5/25 | POS DEB 0622 05/25/23 00GXSJTD<br>AMAZON.COM*QF7BK3WT3<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 41.67- |
| 5/25 | POS DEB 0838 05/24/23 00GXI640<br>AMAZON.COM*NU9L642E3<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 1,189.67- |
| 5/25 | DBT CRD 0729 05/25/23 49458668<br>AMZN Mktp US*FW9TF9YF3<br>Amzn.com/bill WA C#5784 | 40.75- |
| 5/25 | DBT CRD 1508 05/24/23 24975690<br>GRAINGER<br>877-2022594   IL C#5784 | 114.87- |
| 5/25 | From DDA *8919,To DDA *8893,PQ<br>PR Adequate Protection | 5,000.00- |
| 5/25 | From DDA *8919,To DDA *8893,PL<br>TM Sales | 27,657.19- |
| 5/25 | From DDA *8919,To DDA *8893,PL<br>TM week delayed | 36,441.87- |
| 5/26 | POS DEB 0622 05/25/23 00GXSLZZ<br>AMAZON.COM*LY3WL3JA3 | 53.46- |



Date  5/31/23          Page     16
Primary Account

Commercial Checking                        (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | AMAZON.COM | |
| | SEATTLE        WA C#5784 | |
| 5/26 | DBT CRD 1316 05/25/23 57629286 | 719.40- |
| | Amazon.com*LU65U4W13 | |
| | Amzn.com/bill WA C#5784 | |
| 5/26 | AP0525       FREESPEECHOP | 74,752.62- |
| | PPD 122287250000171 | |
| | FREESPEECHOP | |
| 5/26 | AP0525       FREESPEECHOP | 393,546.26- |
| | CCD 122287250000166 | |
| | FREESPEECHOP | |
| 5/30 | DBT CRD 1046 05/27/23 67728994 | 295.82- |
| | Name.com, Inc | |
| | 720-2492374    CO C#5784 | |
| 5/30 | DBT CRD 0830 05/26/23 86327948 | 12.92- |
| | TXTAG 888 468 9824 | |
| | 888-468-9824  TX C#5784 | |
| 5/30 | DBT CRD 0836 05/26/23 89886713 | 16.20- |
| | TXTAG 888 468 9824 | |
| | 888-468-9824  TX C#5784 | |
| 5/30 | DBT CRD 0816 05/27/23 77689673 | 55.00- |
| | COA/ALARM ADMIN | |
| | 512-974-7874  TX C#5784 | |
| 5/30 | DBT CRD 0842 05/27/23 93562439 | 56.52- |
| | UPS*000000Y9953E183 | |
| | 800-500-2224  GA C#5784 | |
| 5/30 | DBT CRD 1023 05/30/23 54013886 | 189.81- |
| | AMZN Mktp US*LG28Y7BJ3 | |
| | Amzn.com/bill WA C#5784 | |
| 5/30 | DBT CRD 0642 05/29/23 21787477 | 190.25- |
| | AMZN Mktp US*U29U61JB3 | |
| | Amzn.com/bill WA C#5784 | |
| 5/30 | DBT CRD 0746 05/29/23 59635504 | 198.70- |
| | AMZN Mktp US*PG0V12QV3 | |
| | Amzn.com/bill WA C#5784 | |
| 5/30 | DBT CRD 1154 05/28/23 08401297 | 215.43- |
| | ONLINE STORE SALES | |
| | 361-816-4113  TX C#5784 | |
| 5/30 | DBT CRD 0352 05/26/23 19257564 | 4,289.35- |
| | ADOBE  *STOCK | |



Date  5/31/23          Page     17
Primary Account

Commercial Checking                    (Continued)

**CHECKS AND WITHDRAWALS**

| Date | Description | Amount |
|------|-------------|--------|
|      | 408-536-6000  CA C#5784 | |
| 5/31 | DBT CRD 0909 05/30/23 09984024 | 53.55- |
|      | RMA TOLL | |
|      | 833-762-8655  CA C#5784 | |
| 5/31 | DBT CRD 0847 05/30/23 96467715 | 1,095.60- |
|      | VZWRLSS*IVR VB | |
|      | 800-9220204  GA C#5784 | |
| 5/31 | DBT CRD 0844 05/30/23 94534602 | 1,520.41- |
|      | VZWRLSS*IVR VB | |
|      | 800-9220204  GA C#5784 | |
| 5/31 | Service Charge | 23.40-SC |

**CHECKS IN SERIAL NUMBER ORDER**

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 5/15 | 99363560 | 18,422.54 | 5/15 | 99834893* | 56,284.01 |

* Indicates Skip In Check Number Sequence

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 31,535.97 | 5/11 | 1,151,157.37 | 5/23 | 337,102.66 |
| 5/02 | 220,563.27 | 5/12 | 224,374.38 | 5/24 | 336,460.83 |
| 5/03 | 227,855.75 | 5/15 | 147,075.41 | 5/25 | 665,551.38 |
| 5/04 | 751,508.29 | 5/16 | 140,616.00 | 5/26 | 196,479.64 |
| 5/05 | 379,091.68 | 5/17 | 140,262.16 | 5/30 | 192,468.22 |
| 5/08 | 377,864.00 | 5/18 | 564,474.63 | 5/31 | 189,775.26 |
| 5/09 | 374,954.61 | 5/19 | 367,897.71 | | |
| 5/10 | 317,820.66 | 5/22 | 366,022.08 | | |

*** END OF STATEMENT ***



**BANK**

Date   5/31/23          Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:        FREE SPEECH SYSTEMS, LLC
                      Case 22-60043, Donations

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number | Statement Dates   5/01/23 thru  5/31/23 | |
| Previous Balance | 30,134.08 | Days in the statement period | 31 |
| 37 Deposits/Credits | 6,024.20 | Avg Daily Ledger | 33,930.58 |
| Checks/Debits | .00 | Avg Daily Collected | 33,723.68 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 36,158.28 | | |

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|---|---|---|
| 5/01 | MyDeposit | 10.00 |
| 5/01 | MyDeposit | 50.00 |
| 5/01 | MyDeposit | 70.00 |
| 5/01 | MyDeposit | 100.00 |
| 5/01 | MyDeposit | 100.00 |
| 5/01 | MyDeposit | 130.00 |
| 5/01 | MyDeposit | 177.60 |
| 5/01 | MyDeposit | 400.00 |
| 5/01 | MyDeposit | 400.00 |
| 5/01 | MyDeposit | 1,000.00 |
| 5/05 | MyDeposit | 5.00 |
| 5/05 | MyDeposit | 20.00 |
| 5/05 | MyDeposit | 100.00 |
| 5/09 | MyDeposit | 20.00 |
| 5/09 | MyDeposit | 25.00 |



Date  5/31/23                    Page      2
Primary Account

Commercial Checking                           (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 5/09 | MyDeposit | 25.00 |
| 5/09 | MyDeposit | 50.00 |
| 5/09 | MyDeposit | 100.00 |
| 5/09 | MyDeposit | 600.00 |
| 5/12 | MyDeposit | 70.00 |
| 5/16 | MyDeposit | 10.00 |
| 5/16 | MyDeposit | 50.00 |
| 5/16 | MyDeposit | 500.00 |
| 5/18 | MyDeposit | 5.00 |
| 5/18 | MyDeposit | 25.00 |
| 5/18 | MyDeposit | 79.00 |
| 5/18 | MyDeposit | 100.00 |
| 5/18 | MyDeposit | 100.00 |
| 5/18 | MyDeposit | 150.00 |
| 5/30 | MyDeposit | 5.00 |
| 5/30 | MyDeposit | 70.00 |
| 5/30 | MyDeposit | 100.00 |
| 5/30 | MyDeposit | 100.00 |
| 5/30 | MyDeposit | 177.60 |
| 5/30 | MyDeposit | 200.00 |
| 5/30 | MyDeposit | 300.00 |
| 5/30 | MyDeposit | 600.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 32,571.68 | 5/12 | 33,586.68 | 5/30 | 36,158.28 |
| 5/05 | 32,696.68 | 5/16 | 34,146.68 | | |
| 5/09 | 33,516.68 | 5/18 | 34,605.68 | | |

*** END OF STATEMENT ***



Date  5/31/23          Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:           FREE SPEECH SYSTEMS, LLC
                         Case 22-60043, Payroll

| | | | | |
|---|---|---|---|---|
| Commercial Checking | | | Number of Enclosures | 0 |
| Account Number | | | Statement Dates   5/01/23 thru  5/31/23 | |
| Previous Balance | | 57,593.39 | Days in the statement period | 31 |
| 3 Deposits/Credits | | 505,000.00 | Avg Daily Ledger | 33,769.21 |
| 4 Checks/Debits | | 550,505.12 | Avg Daily Collected | 33,769.21 |
| Maintenance Fee | | .00 | | |
| Interest Paid | | .00 | | |
| Ending Balance | | 12,088.27 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/02 | From DDA *8877,To DDA *8927 | 180,000.00 |
| 5/16 | From DDA *8877,To DDA *8927 | 140,000.00 |
| 5/30 | From DDA *8877,To DDA *8927,pa yroll | 185,000.00 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 5/02 | Domestic Wire Transfer-DL HR&P 084201278 4975902 | 180,573.94- |



Date   5/31/23
Primary Account

Page   2

Commercial Checking                                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | UNITED STATES | |
| | Cadence Bank | |
| | 20230502MMQFMP9N000630 | |
| | 20230502MMQFMPF1000960 | |
| | 05021556FT01 | |
| 5/16 | Domestic Wire Transfer-DL | 185,104.92- |
| | HR&P | |
| | 084201278 | |
| | 4975902 | |
| | UNITED STATES | |
| | Cadence Bank | |
| | 20230516MMQFMP9N000312 | |
| | 20230516MMQFMPF1000607 | |
| | 05161324FT01 | |
| 5/30 | Domestic Wire Transfer-DL | 633.54- |
| | HR&P | |
| | 084201278 | |
| | 4975902 | |
| | UNITED STATES | |
| | Cadence Bank | |
| | 20230530MMQFMP9N000537 | |
| | 20230530MMQFMPF1001270 | |
| | 05301559FT01 | |
| 5/30 | Domestic Wire Transfer-DL | 184,192.72- |
| | HR&P | |
| | 084201278 | |
| | 4975902 | |
| | UNITED STATES | |
| | Cadence Bank | |
| | 20230530MMQFMP9N000539 | |
| | 20230530MMQFMPF1001271 | |
| | 05301559FT01 | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 5/01 | 57,593.39 | 5/16 | 11,914.53 |
| 5/02 | 57,019.45 | 5/30 | 12,088.27 |



Date  5/31/23
Primary Account                    Page      3

Commercial Checking                    ████████  (Continued)

*** END OF STATEMENT ***



   Page      1

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:        FREE SPEECH SYSTEMS, LLC
                      Case 22-60043, Infowars

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates   5/01/23 thru  5/31/23 | |
| Previous Balance | 385,107.83 | Days in the statement period | 31 |
| 15 Deposits/Credits | 257,661.27 | Avg Daily Ledger | 492,821.98 |
| 1 Checks/Debits | 68,934.95 | Avg Daily Collected | 492,821.98 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 573,834.15 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/03 | A/P         MY PILLOW<br>CCD 091901890000003<br>Free Speech Systems, L | 2,407.96 |
| 5/04 | From DDA *8919,To DDA *8893,PQ<br>PR Adeq Protection | 5,000.00 |
| 5/04 | From DDA *8919,To DDA *8893,ES<br>G Settlement 042823 | 54,000.73 |
| 5/04 | From DDA *8919,To DDA *8893,ES<br>G 042823 | 68,934.95 |
| 5/11 | From DDA *8919,To DDA *8893,PQ<br>PR | 5,000.00 |
| 5/11 | From DDA *8919,To DDA *8893,ES<br>G | 42,197.87 |
| 5/11 | A/P         MY PILLOW<br>CCD 091901890000003 | 997.34 |



Date  5/31/23
Primary Account

Page      2

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | Free Speech Systems, L | |
| 5/17 | A/P      MY PILLOW | 1,852.23 |
| | CCD 091901890000004 | |
| | Free Speech Systems, L | |
| 5/18 | From DDA *8919,To DDA *8893 | 5,000.00 |
| 5/23 | A/P      MY PILLOW | 1,513.29 |
| | CCD 091901890000026 | |
| | Free Speech Systems, L | |
| 5/25 | From DDA *8919,To DDA *8893,PQ | 5,000.00 |
| | PR Adequate Protection | |
| 5/25 | From DDA *8919,To DDA *8893,PL | 27,657.19 |
| | TM Sales | |
| 5/25 | From DDA *8919,To DDA *8893,PL | 36,441.87 |
| | TM week delayed | |
| 5/25 | PAYMENTS   My Store | 144.55 |
| | CCD 056009470000196 | |
| | Free Speech Systems, L | |
| 5/26 | A/P      MY PILLOW | 1,513.29 |
| | CCD 091901890000002 | |
| | Free Speech Systems, L | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 5/04 | From DDA *8893,To DDA *8919 | 68,934.95- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 385,107.83 | 5/11 | 494,711.73 | 5/23 | 503,077.25 |
| 5/03 | 387,515.79 | 5/17 | 496,563.96 | 5/25 | 572,320.86 |
| 5/04 | 446,516.52 | 5/18 | 501,563.96 | 5/26 | 573,834.15 |

*** END OF STATEMENT ***



Date  5/31/23          Page     1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:           FREE SPEECH SYSTEMS, LLC
                         Case 22-60043, Legal

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates  5/01/23 thru  5/31/23 | |
| Previous Balance | 100,000.00 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | 100,000.00 |
| Checks/Debits | .00 | Avg Daily Collected | 100,000.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 100,000.00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 5/01 | 100,000.00 |

*** END OF STATEMENT ***