**Fill in this information to identify the case:**

Debtor Name Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22 -60043

☒ Check if this is an amended filing **

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

| | | | |
|---|---|---|---|
| Month: | April | Date report filed: | 05/19/2023 MM / DD / YYYY |
| Line of business: | Dietary Supplement Sales | NAISC code: | 325411 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: J Patrick Magill

Original signature of responsible party

Printed name of responsible party   J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

** Amended to more securely redact attachments. No substantive changes were made.

Debtor Name  Free Speech Systems LLC                          Case number  22-60043

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |
| *** NOTE 1 *** We provide consignment sales services to PQPR and ESG | | | |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 1,256,973.0

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 2,385,535.0

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 2,231,729.0

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 153,806.00

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 1,410,779.0

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

*(Exhibit E)*

$ 1,153,949.9

Debtor Name  Free Speech Systems LLC                                    Case number  22-60043

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                      $ 540,530.83

 *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                   54
27. What is the number of employees as of the date of this monthly report?                       47

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ 50,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 654,872.00
30. How much have you paid this month in other professional fees?                                 $ 6,214.00
31. How much have you paid in total other professional fees since filing the case?               $ 409,016.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,699,000.0 | − | $ 2,385,535.0 | = | $ -313,465.00 |
| 33. **Cash disbursements** | $ 1,974,406.0 | − | $ 2,231,729.0 | = | $ -257,323.00 |
| 34. **Net cash flow** | $ 724,594.00 | − | $ 153,806.00 | = | $ -570,788.00 |

35. Total projected cash receipts for the next month:                                           $ 2,484,500.0
36. Total projected cash disbursements for the next month:                                     − $ 2,398,080.0
37. Total projected net cash flow for the next month:                                         = $ 86,420.00

Debtor Name __Free Speech Systems LLC__

Case number __22-60043__

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Print     Save As...     Reset



**FORM 425C Exhibit E**
**Total Payables**

*As of April 30, 2023*

| From | Amount | Due Date |
|---|---|---|
| **Inventory Orders / Deposits** | | |
| Hi Tech Pharm | 210,746.64 | 03/01/2023 |
| Hi Tech Pharm | 201,689.00 | 03/01/2023 |
| Joe W Fly Co. | 373.46 | 04/01/2023 |
| Minutemen Coffee Company | 50,000.00 | 04/30/2023 |
| Yellow Emperor | 183,616.00 | 04/30/2023 |
| | **646,425.10** | |
| | | |
| **Legal / Consulting Fees** | | |
| Accounting with Amber LLC | 2,475.00 | 04/27/2023 |
| Jackson/Walker | 82,087.23 | 04/30/2023 |
| M3 Partners | 144,662.42 | 04/30/2023 |
| Martin Disiere Jefferson & Wisdom | 78,215.81 | 04/30/2023 |
| | **307,440.46** | |
| | | |
| **Trade AP** | | |
| Government COA/Alarm Admin | 50.00 | 04/03/2023 |
| UPS | 29.75 | 04/06/2023 |
| Waste Connection | 8,241.15 | 04/06/2023 |
| TX Tag | 11.77 | 04/14/2023 |
| Addshoppers Inc. | 5,978.00 | 04/16/2023 |
| Novasors (Centrinex LLC) | 2,885.93 | 04/30/2023 |
| Supply Acceleration | 95,714.18 | 04/30/2023 |
| PQPR David Jones | 68,934.95 | 05/04/2023 |
| Austin Security and Investigations | 8,342.83 | 05/07/2023 |
| SintecMedia NYC, Inc. | 41.24 | 05/11/2023 |
| Getty Images Inc. | 9,854.54 | 05/30/2023 |
| | **200,084.34** | |
| | | |
| **Total Accounts Payable** | **1,153,949.90** | |



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of April 30, 2023*

| From | Amount | Due Date |
|------|--------|----------|
| Processor S | 99,440.56 | 5/1/2023 |
| Processor S | 193,438.29 | 5/2/2023 |
| Processor S | 79,035.65 | 5/3/2023 |
| Processor S | 84,548.22 | 5/4/2023 |
| Processor S | 84,068.11 | 5/5/2023 |
| | **540,530.83** | |


**FREE SPEECH SYSTEMS**

| | AXOS Deposits #78877 | AXOS Operating #78919 | AXOS Donations #78885 | AXOS Payroll #78927 | AXOS Infowars #78893 | AXOS Legal #78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **April 1 to April 30** | | | | | | | | | | | | |
| **Opening Balance** | 675,949.88 | 384,258.64 | 27,180.08 | 39,731.13 | 29,841.67 | 100,000.00 | - | - | - | - | 11.77 | 1,256,973.17 |
| Cash Receipts | 2,205,064.68 | 14,242.87 | 3,004.00 | - | 163,223.23 | - | - | - | - | - | - | 2,385,534.78 |
| Cash Disbursements | - | (2,049,541.23) | (50.00) | (182,137.74) | - | - | - | - | - | - | - | (2,231,728.97) |
| **Net Cash Flow** | 2,205,064.68 | (2,035,298.36) | 2,954.00 | (182,137.74) | 163,223.23 | - | - | - | - | - | - | 153,805.81 |
| Transfers In | - | 1,850,000.00 | - | 200,000.00 | 192,042.93 | - | - | - | - | - | - | 2,242,042.93 |
| Transfers Out | (2,076,828.84) | (165,214.09) | - | - | - | - | - | - | - | - | - | (2,242,042.93) |
| **Cash on Hand** | 804,185.72 | 33,746.19 | 30,134.08 | 57,593.39 | 385,107.83 | 100,000.00 | - | - | - | - | 11.77 | 1,410,778.98 |



Date  4/28/23          Page    1
Primary Account      ◀

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:        FREE SPEECH SYSTEMS, LLC
                      Case 22-60043, Deposit

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates   4/03/23 thru  4/30/23 | |
| Previous Balance | 675,949.88 | Days in the statement period | 28 |
| 19 Deposits/Credits | 2,205,064.68 | Avg Daily Ledger | 535,001.53 |
| 7 Checks/Debits | 2,076,828.84 | Avg Daily Collected | 535,001.53 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 804,185.72 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/03 | Wire Transfer Credit | 79,159.19 |
| | 4548 VALLEY SPRING DR. | |
| | WESTLAKE VLG, CA 91362 | |
| | SSB BANK | |
| | 8700 PERRY HIGHWAY | |
| | PITTSBURGH, PA  15237 | |
| | APRIL 3 | |
| | 20230403QMGFT014000591 | |
| | 20230403MMQFMP9N000204 | |
| | 04031135FT01 | |
| 4/04 | Wire Transfer Credit | 183,109.17 |



Date  4/28/23                     Page        2
Primary Account

Commercial Checking                              (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|  | 4548 VALLEY SPRING DR. | |
|  | WESTLAKE VLG, CA 91362 | |
|  | SSB BANK | |
|  | 8700 PERRY HIGHWAY | |
|  | PITTSBURGH. PA  15237 | |
|  | APRIL 4 | |
|  | 20230404QMGFT009000294 | |
|  | 20230404MMQFMP9N000148 | |
|  | 04041054FT01 | |
| 4/05 | Wire Transfer Credit | 52,985.98 |
|  | 4548 VALLEY SPRING DR. | |
|  | WESTLAKE VLG, CA 91362 | |
|  | SSB BANK | |
|  | 8700 PERRY HIGHWAY | |
|  | PITTSBURGH. PA  15237 | |
|  | APRIL 5 | |
|  | 20230405QMGFT007000873 | |
|  | 20230405MMQFMP9N000267 | |
|  | 04051402FT01 | |
| 4/06 | Wire Transfer Credit | 79,524.63 |
|  | 4548 VALLEY SPRING DR. | |
|  | WESTLAKE VLG, CA 91362 | |
|  | SSB BANK | |
|  | 8700 PERRY HIGHWAY | |
|  | PITTSBURGH. PA  15237 | |
|  | APRIL 6 | |
|  | 20230406QMGFT001000310 | |
|  | 20230406MMQFMP9N000099 | |
|  | 04061056FT01 | |
| 4/07 | Wire Transfer Credit | 79,524.63 |
|  | 4548 VALLEY SPRING DR. | |
|  | WESTLAKE VLG, CA 91362 | |
|  | SSB BANK | |
|  | 8700 PERRY HIGHWAY | |
|  | PITTSBURGH, PA  15237 | |
|  | APRIL 7 | |



Date  4/28/23
Primary Account

Commercial Checking                                    Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20230407QMGFT014000564 | |
|      | 20230407MMQFMP9N000168 | |
|      | 04071238FT01 | |
| 4/10 | Wire Transfer Credit | 93,187.60 |
|      | 4548 VALLEY SPRING DR. | |
|      | WESTLAKE VLG, CA 91362 | |
|      | SSB BANK | |
|      | 8700 PERRY HIGHWAY | |
|      | PITTSBURGH, PA 15237 | |
|      | APRIL 10 | |
|      | 20230410QMGFT012000198 | |
|      | 20230410MMQFMP9N000102 | |
|      | 04101003FT01 | |
| 4/12 | Wire Transfer Credit | 98,075.32 |
|      | 4548 VALLEY SPRING DR. | |
|      | WESTLAKE VLG, CA 91362 | |
|      | SSB BANK | |
|      | 8700 PERRY HIGHWAY | |
|      | PITTSBURGH, PA 15237 | |
|      | APRIL 12 | |
|      | 20230412QMGFT002000857 | |
|      | 20230412MMQFMP9N000259 | |
|      | 04121351FT01 | |
| 4/13 | Wire Transfer Credit | 164,451.97 |
|      | 4548 VALLEY SPRING DR. | |
|      | WESTLAKE VLG, CA 91362 | |
|      | SSB BANK | |
|      | 8700 PERRY HIGHWAY | |
|      | PITTSBURGH, PA 15237 | |
|      | APRIL 13 | |
|      | 20230413QMGFT006001098 | |
|      | 20230413MMQFMP9N000315 | |
|      | 04131438FT01 | |
| 4/14 | Wire Transfer Credit | 133,542.37 |
|      | 4548 VALLEY SPRING DR. | |
|      | WESTLAKE VLG, CA 91362 | |



Date  4/28/23
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH. PA  15237<br>APRIL 14<br>20230414QMGFT013000848<br>20230414MMQFMP9N000246<br>04141317FT01 | |
| 4/17 | Wire Transfer Credit | 115,526.90 |
|      | 4548 VALLEY SPRING DR.<br>WESTLAKE VLG, CA 91362<br>SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH. PA  15237<br>APRIL 17 :<br>20230417QNGFT007000859<br>20230417MMQFMP9N000236<br>04171319FT01 | |
| 4/18 | Wire Transfer Credit | 253,210.51 |
|      | SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH. PA  15237<br>APRIL 18<br>20230418QMGFT001001109<br>20230418MMQFMP9N000316<br>04181508FT01 | |
| 4/19 | Wire Transfer Credit | 100,225.77 |
|      | 4548 VALLEY SPRING DR.<br>WESTLAKE VLG, CA 91362<br>SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURG" PA  15237<br>APRIL 19<br>20230419QMGFT008000203<br>20230419MMQFMP9N000114<br>04191031FT01 | |
| 4/20 | Wire Transfer Credit | 93,542.41 |



Date  4/28/23
Primary Account

Commercial Checking                                (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 4548 VALLEY SPRING DR.<br>WESTLAKE VLG, CA 91362<br>SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH  PA  15237<br>APRIL 20<br>20230420QMGFT008000342<br>20230420MMQFMP9N000110<br>04201112FT01 | |
| 4/21 | Wire Transfer Credit | 93,630.93 |
| | 4548 VALLEY SPRING DR.<br>WESTLAKE VLG, CA 91362<br>SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH, PA  15237<br>APRIL 21<br>20230421QMGFT014000293<br>20230421MMQFMP9N000108<br>04211105FT01 | |
| 4/24 | Wire Transfer Credit | 86,308.62 |
| | 4548 VALLEY SPRING DR.<br>WESTLAKE VLG, CA 91362<br>SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH. PA  15237<br>APRIL 24<br>20230424QMGFT011000311<br>20230424MMQFMP9N000120<br>04241052FT01 | |
| 4/25 | Wire Transfer Credit | 204,303.52 |
| | 4548 VALLEY SPRING DR.<br>WESTLAKE VLG, CA 91362<br>SSB BANK<br>8700 PERRY HIGHWAY<br>PITTSBURGH  PA  15237<br>APRIL 25 | |



Date  4/28/23          Page      6
Primary Account

Commercial Checking                        ontinued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|  | 20230425QMGFT011000801 |  |
|  | 20230425MMQFMP9N000206 |  |
|  | 04251331FT01 |  |
| 4/26 | Wire Transfer Credit | 97,457.96 |
|  |  |  |
|  | 4548 VALLEY SPRING DR. |  |
|  | WESTLAKE VLG, CA 91362 |  |
|  | SSB BANK |  |
|  | 8700 PERRY HIGHWAY |  |
|  | PITTSBURGH, PA  15237 |  |
|  | APRIL 26 |  |
|  | 20230426QMGFT006000270 |  |
|  | 20230426MMQFMP9N000125 |  |
|  | 04261050FT01 |  |
| 4/28 | Wire Transfer Credit | 95,683.86 |
|  |  |  |
|  | 4548 VALLEY SPRING DR. |  |
|  | WESTLAKE VLG, CA 91362 |  |
|  | SSB BANK |  |
|  | 8700 PERRY HIGHWAY |  |
|  | PITTSBURGH. PA  15237 |  |
|  | APRIL 27 |  |
|  | 20230428QMGFT011000428 |  |
|  | 20230428MMQFMP9N000146 |  |
|  | 04281046FT01 |  |
| 4/28 | Wire Transfer Credit | 101,613.34 |
|  |  |  |
|  | 4548 VALLEY SPRING DR. |  |
|  | WESTLAKE VLG, CA 91362 |  |
|  | SSB BANK |  |
|  | 8700 PERRY HIGHWAY |  |
|  | PITTSBURGH  PA  15237 |  |
|  | APRIL 28 |  |
|  | 20230428QMGFT013001214 |  |
|  | 20230428MMQFMP9N000301 |  |
|  | 04281348FT01 |  |



Date  4/28/23          Page    7
Primary Account

Commercial Checking                    (Continued)

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 4/03 | From DDA *8877,To DDA *8927 | 200,000.00- |
| 4/03 | From DDA *8877,To DDA *8919 | 250,000.00- |
| 4/06 | From DDA *8877,To DDA *8919 | 350,000.00- |
| 4/13 | From DDA *8877,To DDA *8919 | 500,000.00- |
| 4/20 | From DDA *8877,To DDA *8919 | 400,000.00- |
| 4/21 | From DDA *8877,To DDA *8893 | 26,828.84- |
| 4/27 | From DDA *8877,To DDA *8919 | 350,000.00- |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/03 | 305,109.07 | 4/13 | 205,968.37 | 4/24 | 655,127.04 |
| 4/04 | 488,218.24 | 4/14 | 339,510.74 | 4/25 | 859,430.56 |
| 4/05 | 541,204.22 | 4/17 | 455,037.64 | 4/26 | 956,888.52 |
| 4/06 | 270,728.85 | 4/18 | 708,248.15 | 4/27 | 606,888.52 |
| 4/07 | 350,253.48 | 4/19 | 808,473.92 | 4/28 | 804,185.72 |
| 4/10 | 443,441.08 | 4/20 | 502,016.33 | | |
| 4/12 | 541,516.40 | 4/21 | 568,818.42 | | |

*** END OF STATEMENT ***



Date  4/28/23          Page     1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Operations

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates   4/03/23 thru  4/30/23 | |
| Previous Balance | 384,258.64 | Days in the statement period | 28 |
| 47 Deposits/Credits | 1,864,242.87 | Avg Daily Ledger | 249,742.97 |
| 122 Checks/Debits | 2,214,755.02 | Avg Daily Collected | 249,366.65 |
| Maintenance Fee | .30 | | |
| Interest Paid | .00 | | |
| Ending Balance | 33,746.19 | | |

## SERVICE CHARGE ITEMIZATION

| Description | Amount |
|---|---|
| Item Fee in Service Charge | .30 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/03 | From DDA *8877,To DDA *8919 | ʹ 250,000.00 |
| 4/04 | ACCTVERIFY VENMO | .05 |
| | PPD 091000017028048 | |
| | LLC DEPOSITORY JONES | |
| 4/04 | ACCTVERIFY VENMO | .34 |
| | PPD 091000017028049 | |
| | LLC DEPOSITORY JONES | |
| 4/06 | From DDA *8877,To DDA *8919 | ʹ 350,000.00 |
| 4/11 | MyDeposit | 22.45 |



Date  4/28/23          Page     2
Primary Account

Commercial Checking          890000078919   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 4/11 | MyDeposit | 23.95 |
| 4/11 | MyDeposit | 35.00 |
| 4/11 | MyDeposit | 50.00 |
| 4/11 | MyDeposit | 60.00 |
| 4/11 | MyDeposit | 67.50 |
| 4/11 | MyDeposit | 70.00 |
| 4/11 | MyDeposit | 71.20 |
| 4/11 | MyDeposit | 90.00 |
| 4/11 | MyDeposit | 100.00 |
| 4/11 | MyDeposit | 100.00 |
| 4/11 | MyDeposit | 110.40 |
| 4/11 | MyDeposit | 112.50 |
| 4/11 | MyDeposit | 131.83 |
| 4/11 | MyDeposit | 170.44 |
| 4/11 | MyDeposit | 267.05 |
| 4/11 | MyDeposit | 300.00 |
| 4/11 | MyDeposit | 442.20 |
| 4/11 | MyDeposit | 752.90 |
| 4/11 | MyDeposit | 1,260.00 |
| 4/13 | From DDA *8877,To DDA *8919 | 500,000.00 |
| 4/17 | POS CRE 2017 04/15/23 00GK07NV<br>AMAZON.COM<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 60.62 |
| 4/17 | MyDeposit | 60.00 |
| 4/17 | MyDeposit | 100.00 |
| 4/17 | MyDeposit | 125.89 |
| 4/17 | MyDeposit | 240.45 |
| 4/17 | MyDeposit | 600.00 |
| 4/18 | ACH Pmt    STARCLING, LLC<br>CCD 021000027576793<br>Free Speech Systems LL | 1,920.00 |
| 4/20 | From DDA *8877,To DDA *8919 | 400,000.00 |
| 4/20 | MyDeposit | 113.95 |
| 4/20 | MyDeposit | 175.00 |
| 4/20 | MyDeposit | 200.00 |
| 4/20 | MyDeposit | 350.00 |
| 4/24 | MyDeposit | 2,151.78 |
| 4/25 | Wire Transfer Credit<br>ZELENKO LABS LLC | 1,724.84 |



Date  4/28/23
Primary Account

Commercial Checking                              (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 9045 LA FONTANA BLVD STE 105 | |
|      | BOCA RATON FL 33434-5640 US | |
|      | MARCH AFFILIATE COMMISSIONS | |
|      | 20230425B1QGC05C010365 | |
|      | 20230425MMQFMP9N000180 | |
|      | 04251251FT01 | |
| 4/26 | MyDeposit | 37.99 |
| 4/26 | MyDeposit | 133.35 |
| 4/26 | MyDeposit | 262.25 |
| 4/26 | MyDeposit | 500.00 |
| 4/26 | MyDeposit | 600.00 |
| 4/26 | MyDeposit | 648.93 |
| 4/27 | From DDA *8877,To DDA *8919 | 350,000.00 |
| 4/27 | ACCTVERIFY TWC 2022 INC. | .01 |
|      | CCD 121140395884429 | |
|      | Free Speech Systems, L | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 4/03 | DBT CRD 1140 04/02/23 00480317 | 24.00- |
|      | GITHUB, INC. | |
|      | HTTPSGITHUB.C CA C#5784 | |
| 4/03 | DBT CRD 1345 04/01/23 75380635 | 527.19- |
|      | ZOOM.US 888-799-9666 | |
|      | WWW.ZOOM.US    CA C#5784 | |
| 4/03 | DBT CRD 1803 04/01/23 30185668 | 45.43- |
|      | AMZN Mktp US*HY42Y3641 | |
|      | Amzn.com/bill WA C#5784 | |
| 4/03 | DBT CRD 1515 04/03/23 29481357 | 61.47- |
|      | AMZN Mktp US*HY19T2WR1 | |
|      | Amzn.com/bill WA C#5784 | |
| 4/03 | DBT CRD 0814 04/01/23 76665967 | 255.84- |
|      | VULTR BY CONSTANT | |
|      | VULTR.COM    NJ C#5784 | |
| 4/03 | DBT CRD 0414 04/02/23 32983263 | 264.71- |
|      | AMZN Mktp US*HY15F2QF2 | |
|      | Amzn.com/bill WA C#5784 | |
| 4/03 | DBT CRD 0956 03/31/23 37689751 | 1,062.50- |
|      | VIDEOTEX SYSTEMS INC | |



Date  4/28/23        Page     4
Primary Account

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | 972-231-9200  TX C#5784 | |
| 4/03 | NWTBCLSCIC THE HARTFORD | 2,363.10- |
|      | CCD 051000012992282 | |
|      | FREE SPEECH SYSTEMS | |
| 4/03 | 0331        FREESPEECHOP | 7,267.34- |
|      | PPD 122287250000428 | |
|      | FREESPEECHOP | |
| 4/03 | 0331        FREESPEECHOP | 102,037.53- |
|      | CCD 122287250000423 | |
|      | FREESPEECHOP | |
| 4/04 | DBT CRD 0749 04/03/23 61949043 | 3,400.92- |
|      | MONGODBCLOUD ITS OR... | |
|      | MONGODB.COM    CA C#5784 | |
| 4/04 | DBT CRD 0733 04/03/23 52300137 | 71.68- |
|      | HOVER | |
|      | 866-731-6556  MS C#5784 | |
| 4/04 | DBT CRD 1121 04/03/23 88996162 | 169.33- |
|      | AMZN Mktp US*HS8E15PQO | |
|      | Amzn.com/bill WA C#5784 | |
| 4/04 | ACCTVERIFY VENMO | .05- |
|      | WEB 091000013744422 | |
|      | LLC DEPOSITORY JONES | |
|      | 1026200421147 | |
| 4/04 | ACCTVERIFY VENMO | .34- |
|      | WEB 091000013744421 | |
|      | LLC DEPOSITORY JONES | |
|      | 1026200421175 | |
| 4/04 | PAYMENT    City of Austin T | 373.96- |
|      | PPD 021000024466282 | |
|      | Melinda Flores | |
| 4/04 | PAYMENT    City of Austin T | 752.20- |
|      | PPD 021000024468834 | |
|      | Melinda Flores | |
| 4/04 | QBooks Onl INTUIT * | 836.81- |
|      | CCD 02100022288184 | |
|      | FREE SPEECH SYSTEMS | |
| 4/04 | PAYMENT    City of Austin T | 1,250.61- |
|      | PPD 021000024468828 | |
|      | Melinda Flores | |
| 4/04 | 0403        FREESPEECHOP | 3,000.00- |
|      | PPD 122287250000246 | |



Date  4/28/23          Page    5
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FREESPEECHOP | |
| 4/04 | PAYMENT      City of Austin T | 3,027.33- |
| | PPD 021000024468767 | |
| | Melinda Flores | |
| 4/04 | BILLING      AUTHNET GATEWAY | 5,948.20- |
| | CCD 104000013945193 | |
| | FREE SPEECH SYSTEMS, L | |
| 4/04 | 040323      FREESPEECHOP | 20,671.00- |
| | CCD 122287250000079 | |
| | FREESPEECHOP | |
| 4/04 | CF0403      FREESPEECHOP | 66,366.20- |
| | CCD 122287250000287 | |
| | FREESPEECHOP | |
| 4/04 | Domestic Wire Transfer-DL | 182,547.84- |
| | HR&P | |
| | 084201278 | |
| | 4975902 | |
| | UNITED STATES | |
| | Cadence Bank | |
| | 20230404MMQFMP9N000616 | |
| | 20230404MMQFMPF1001056 | |
| | 04041643FT01 | |
| 4/05 | DBT CRD 1803 04/04/23 29831449 | 31.92- |
| | MIDJOURNEY INC. | |
| | HTTPSWWW.MIDJ CA C#5784 | |
| 4/05 | DBT CRD 0330 04/04/23 06381129 | 555.34- |
| | FDCSERVERSN | |
| | 312-423-6675  FL C#5784 | |
| 4/05 | UTIL PAYMT ONE GAS TEXAS PR | 51.43- |
| | PPD 101000697173555 | |
| | FREE SPEECH SYSTEM LLC | |
| 4/05 | PAYMENT      LATHEM TIME CORP | 138.64- |
| | PPD 062000017536088 | |
| | FREE SPEECH SYSTEMS LL | |
| 4/06 | DBT CRD 1515 04/06/23 29089984 | 71.44- |
| | AMZN Mktp US*HS9C72GX1 | |
| | Amzn.com/bill WA C#5784 | |
| 4/07 | DBT CRD 1150 04/06/23 06569927 | 39.99- |
| | GROKABILITY: SNIPE-IT | |
| | HTTPSSNIPEITA CA C#5784 | |



**BANK**

Date  4/28/23          Page    6
Primary Account

Commercial Checking                    Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 4/07 | POS DEB 1207 04/06/23 00GH1J61<br>AMAZON.COM*HS32N51O2<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 68.54- |
| 4/07 | DBT CRD 1520 04/07/23 32012793<br>GIH*GLOBALINDUSTRIALEQ<br>800-645-2986  FL C#5784 | 45.45- |
| 4/07 | DBT CRD 1652 04/06/23 87653467<br>AMZN Mktp US*HS2QO07N0<br>Amzn.com/bill WA C#5784 | 88.74- |
| 4/07 | DBT CRD 1633 04/06/23 76219182<br>AMZN Mktp US*HS2X62XP1<br>Amzn.com/bill WA C#5784 | 146.39- |
| 4/07 | DBT CRD 1630 04/05/23 74170183<br>AWIO WEB SERVICES, LLC<br>267-2803589    PA C#5784 | 449.00- |
| 4/07 | AP2 0406    FREESPEECHOP<br>PPD 122287250000523<br>FREESPEECHOP | 29,655.00- |
| 4/07 | AP040623    FREESPEECHOP<br>CCD 122287250000519<br>FREESPEECHOP | 408,343.81- |
| 4/10 | DBT CRD 1707 04/08/23 96353769<br>RUMBLEVIDEO<br>TORONTO        CD C#5784 | 100.00- |
| 4/10 | DBT CRD 0750 04/09/23 62157347<br>DNH*GODADDY.COM<br>480-505-8855  AZ C#5784 | 127.79- |
| 4/10 | DBT CRD 1136 04/08/23 97863510<br>DROPBOX*B9LR2QLBG8LC<br>DROPBOX.COM    CA C#5784 | 212.13- |
| 4/10 | POS DEB 1207 04/06/23 00GH1MI6<br>AMAZON.COM*HS7QV37X1<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 177.24- |
| 4/10 | POS DEB 1211 04/06/23 00GH1KUB<br>AMAZON.COM*HJ7M19LJ0<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 249.92- |
| 4/10 | Int Fee 1316 04/09/23 96353769<br>RUMBLEVIDEO | 1.00- |



Date  4/28/23          Page     7
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 4/10 | TORONTO        00 C# 5784<br>TELECOMM   GRANDE COMMUNICA<br>WEB 021000023678691<br>WENDELL M *SCHWARTZ<br>1520360 | 1,300.00- |
| 4/11 | DBT CRD 1115 04/10/23 85574323<br>DNH*GODADDY.COM<br>480-5058855    AZ C#5784 | 60.32- |
| 4/11 | DBT CRD 1228 04/10/23 29002077<br>Name.com, Inc<br>720-2492374    CO C#5784 | 79.95- |
| 4/11 | POS DEB 0924 04/11/23 5UT10BR8<br>IC* INSTACART<br>WWW.INSTACART.COM/<br>SAN FRANCISCO CA C#5784 | 58.43- |
| 4/11 | DBT CRD 0743 04/10/23 58054812<br>HOVER<br>866-731-6556   MS C#5784 | 18.92- |
| 4/11 | QBooks Onl INTUIT *<br>CCD 021000020526267<br>FREE SPEECH SYSTEMS LL | 213.20- |
| 4/12 | DBT CRD 1603 04/12/23 58180056<br>AMZN Mktp US*HJ3LF5E91<br>Amzn.com/bill WA C#5784 | 120.41- |
| 4/12 | DBT CRD 1612 04/12/23 63319905<br>AMZN Mktp US*HJ9U91ET1<br>Amzn.com/bill WA C#5784 | 347.19- |
| 4/13 | BILLPAY     PAYMENTUS<br>TEL 091000010401410 | 1.49- |
| 4/13 | SERVICES    GOOGLE<br>CCD 091000014406735<br>Free Speech Systems, L | 280.00- |
| 4/13 | ORKIN PEST ORKIN<br>WEB 021000020489047<br>FREE SPEECH SYSTEMS *O<br>2456528 | 280.36- |
| 4/13 | BILLPAY     TEXASGASSERVICE<br>TEL 091000010482102 | 1,386.49- |
| 4/13 | INTERNET    AMAZON WEB SERVI<br>WEB 043305137418830 | 18,954.72- |



Date  4/28/23          ~~Page~~  ~~8~~
Primary Account

Commercial Checking                          ntinued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | Systems Free<br>043000097634146 | |
| 4/13 | INTERNET    AMAZON WEB SERVI<br>WEB 043305137165460<br>Schwartz Wendell<br>043000097604170 | 59,901.18- |
| 4/13 | Domestic Wire Transfer-DL<br>Omega Broadcast<br>114000093<br>FRSTUS44<br>UNITED STATES<br>Frost National Ban<br>20230413MMQFMP9N000351<br>20230413K4QLA01C001598<br>04131447FT01 | 31,990.00- |
| 4/14 | DBT CRD 0728 04/13/23 49081137<br>HOVER<br>866-731-6556  MS C#5784 | 20.74- |
| 4/14 | DBT CRD 0330 04/13/23 06539785<br>FDCSERVERSN<br>312-423-6675  FL C#5784 | 571.19- |
| 4/14 | 0412 B    FREESPEECHOP<br>PPD 122287250000603<br>FREESPEECHOP | 2,550.00- |
| 4/14 | BUS INSUR  TRAVELERS<br>CCD 021000028032994<br>FREE SPEECH SYSTEMS, L | 5,192.00- |
| 4/14 | 0412 AP    FREESPEECHOP<br>PPD 122287250000601<br>FREESPEECHOP | 91,330.16- |
| 4/14 | AL AP 0413 FREESPEECHOP<br>CCD 122287250000596<br>FREESPEECHOP | 179,038.72- |
| 4/17 | DBT CRD 1327 04/16/23 64624544<br>CHATGPT SUBSCRIPTION<br>OPENAI.COM    CA C#5784 | 21.28- |
| 4/17 | DBT CRD 1436 04/14/23 06044768<br>BACKBLAZE.COM<br>HTTPSWWW.BACK CA C#5784 | 136.94- |
| 4/17 | DBT CRD 1457 04/15/23 18652123<br>AMZN Mktp US*HJ4RB6QN2 | 32.46- |



Date  4/28/23          Page _____9
Primary Account

Commercial Checking                    ▶ (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | Amzn.com/bill WA C#5784 | |
| 4/18 | POS DEB 1524 04/17/23 00GKNOL1 | 59.97- |
| | AMAZON.COM*HV3M70ZB2 | |
| | AMAZON.COM | |
| | SEATTLE        WA C#5784 | |
| 4/18 | POS DEB 1524 04/17/23 00GKNOL7 | 60.62- |
| | AMAZON.COM*HV4US8HP0 | |
| | AMAZON.COM | |
| | SEATTLE        WA C#5784 | |
| 4/18 | DBT CRD 0945 04/17/23 31455465 | 31.31- |
| | AMZN Mktp US*HV0XB2CQ2 | |
| | Amzn.com/bill WA C#5784 | |
| 4/18 | DBT CRD 0830 04/17/23 86433587 | 1,080.39- |
| | ONE HORN TRANSPORTATIO | |
| | clover.com     FL C#5784 | |
| 4/18 | DBT CRD 0833 04/17/23 88007441 | 1,691.37- |
| | ONE HORN TRANSPORTATIO | |
| | clover.com     FL C#5784 | |
| 4/18 | DBT CRD 0835 04/17/23 89079569 | 1,760.25- |
| | ONE HORN TRANSPORTATIO | |
| | clover.com     FL C#5784 | |
| 4/19 | DBT CRD 0945 04/18/23 31513457 | 219.07- |
| | DTV*DIRECTV SERVICE | |
| | 800-347-3288  CA C#5784 | |
| 4/19 | POS DEB 1533 04/17/23 00GKNR7Z | 20.98- |
| | AMAZON.COM*HV8Q45SS0 | |
| | AMAZON.COM | |
| | SEATTLE        WA C#5784 | |
| 4/19 | DBT CRD 2003 04/18/23 38238604 | 5.12- |
| | AMZN Mktp US*HV8WX6lY1 | |
| | Amzn.com/bill WA C#5784 | |
| 4/19 | DBT CRD 1402 04/18/23 85517253 | 12.00- |
| | Google Domains | |
| | 650-2530000   CA C#5784 | |
| 4/19 | DBT CRD 2356 04/18/23 77986575 | 18.38- |
| | AMZN Mktp US*HV5YF9H00 | |
| | Amzn.com/bill WA C#5784 | |
| 4/19 | DBT CRD 1735 04/18/23 13413508 | 31.99- |
| | WWW.1AND1.COM | |
| | CHESTERBROOK  PA C#5784 | |



Date  4/28/23
Primary Account

Page  10

Commercial Checking                          ontinued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 4/19 | DBT CRD 1126 04/18/23 91784871<br>AMZN Mktp US*HV7674TC2<br>Amzn.com/bill WA C#5784 | 32.72- |
| 4/19 | DBT CRD 0946 04/18/23 31946750<br>AMZN Mktp US*HV5UN01H1<br>Amzn.com/bill WA C#5784 | 54.31- |
| 4/19 | DBT CRD 1451 04/19/23 14734921<br>Google Domains<br>650-2530000   CA C#5784 | 60.00- |
| 4/19 | DBT CRD 0223 04/19/23 66342266<br>AMZN Mktp US*HV55N06QO<br>Amzn.com/bill WA C#5784 | 182.42- |
| 4/20 | DBT CRD 0330 04/19/23 06556599<br>FDCSERVERSN<br>312-423-6675  FL C#5784 | 545.34- |
| 4/20 | DBT CRD 1126 04/19/23 91916676<br>ADOBE  *STOCK<br>408-536-6000  CA C#5784 | 4,289.35- |
| 4/20 | 041923      FREESPEECHOP<br>CCD 122287250000281<br>FREESPEECHOP | 16,039.15- |
| 4/21 | DBT CRD 0933 04/20/23 24347102<br>1PASSWORD<br>TORONTO       CD C#5784 | 408.32- |
| 4/21 | DBT CRD 2114 04/21/23 80613809<br>CLOUDFLARE<br>HTTPSWWW.CLOU CA C#5784 | 511.68- |
| 4/21 | DBT CRD 1234 04/21/23 32986370<br>AMZN Mktp US*HF3T62CWO<br>Amzn.com/bill WA C#5784 | 81.19- |
| 4/21 | Int Fee 1125 04/21/23 24347102<br>1PASSWORD<br>TORONTO      00 C# 5784 | 4.08- |
| 4/21 | BILL PYMNT ACHMA VISB<br>WEB 021000026771030<br>FREE SPEECH SYSTEMS LL<br>4223944 | 1,094.97- |
| 4/21 | BILL PYMNT ACHMA VISB<br>WEB 021000026771031 | 2,086.98- |



Date  4/28/23
Primary Account  ███████████

Commercial Checking   ██████████   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | ALEXANDER *JONES 4223944 | |
| 4/21 | DD      WEBFILE TAX PYMT CCD 021000026980211 33311/12345/EDI/XML – | 3,760.11- |
| 4/21 | 042023B    FREESPEECHOP PPD 122287250000763 FREESPEECHOP | 107,821.53- |
| 4/21 | 042023    FREESPEECHOP CCD 122287250000759 FREESPEECHOP | 244,600.68- |
| 4/24 | DBT CRD 1404 04/22/23 86632949 PRITUNL PREMIUM HTTPSPRITUNL. WA C#5784 | 10.00- |
| 4/24 | DBT CRD 1834 04/21/23 48943089 VERCEL PRO HTTPSVERCEL.C CA C#5784 | 20.00- |
| 4/24 | DBT CRD 1508 04/23/23 25042494 RUMBLEVIDEO TORONTO     CD C#5784 | 100.00- |
| 4/24 | DBT CRD 1203 04/23/23 14316595 Name.com, Inc 720-2492374   CO C#5784 | 177.89- |
| 4/24 | DBT CRD 0332 04/21/23 07637083 AMZN Mktp US*HV6J41SS2 Amzn.com/bill WA C#5784 | 54.31- |
| 4/24 | DBT CRD 2003 04/21/23 38233470 AMZN Mktp US*HV7RW2SX2 Amzn.com/bill WA C#5784 | 131.36- |
| 4/24 | Int Fee 1126 04/24/23 25042494 RUMBLEVIDEO TORONTO     00 C# 5784 | 1.00- |
| 4/24 | RECRD MGMT IRON MOUNTAIN CCD 021000026485425 WENDELL *M SCHWARTZ | 226.89- |
| 4/24 | Payment    ATT PPD 031100207457106 Free speech systems | 2,555.42- |
| 4/24 | 042123    FREESPEECHOP CCD 122287250000227 | 66,366.20- |



Date  4/28/23          Page   12
Primary Account      ███████████████

Commercial Checking    █████████    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FREESPEECHOP | |
| 4/25 | DBT CRD 0952 04/24/23 35208115 | 34.60- |
| | AMZN Mktp US*HF77X7LQ2 | |
| | Amzn.com/bill WA C#5784 | |
| 4/26 | DBT CRD 1302 04/25/23 49438713 | 30.69- |
| | WEB*Hostgator.com | |
| | 713-5745287   MA C#5784 | |
| 4/26 | DBT CRD 1216 04/25/23 21611681 | 120.64- |
| | DNH*GODADDY.COM | |
| | 480-505-8855  AZ C#5784 | |
| 4/26 | DBT CRD 1232 04/26/23 31692126 | 215.43- |
| | ONLINE STORE SALES | |
| | 361-816-4113  TX C#5784 | |
| 4/26 | DBT CRD 1235 04/26/23 33113980 | 215.43- |
| | ONLINE STORE SALES | |
| | 361-816-4113  TX C#5784 | |
| 4/26 | DBT CRD 1233 04/26/23 32220556 | 367.98- |
| | AMZN Mktp US*HF3GN4G22 | |
| | Amzn.com/bill WA C#5784 | |
| 4/26 | DBT CRD 1446 04/25/23 12131813 | 799.61- |
| | WWW.XTENTO.COM MAGENTO | |
| | BAIERSDORF   DF C#5784 | |
| 4/26 | Int Fee 1124 04/26/23 12131813 | 8.00- |
| | WWW.XTENTO.COM MAGENTO | |
| | BAIERSDORF   00 C# 5784 | |
| 4/27 | DBT CRD 1403 04/26/23 86184718 | 60.32- |
| | DNH*GODADDY.COM | |
| | 480-5058855   AZ C#5784 | |
| 4/27 | DBT CRD 1620 04/27/23 68027227 | 16.97- |
| | AMZN Mktp US*HF1YH4B72 | |
| | Amzn.com/bill WA C#5784 | |
| 4/27 | From DDA *8919,To DDA *8893,Al | • 25,000.00- |
| | ex Jones Hold in Escrow | |
| 4/27 | From DDA *8919,To DDA *8893,Es | • 53,953.56- |
| | crow ESG | |
| 4/27 | From DDA *8919,To DDA *8893,Jo | • 86,260.53- |
| | hn Haarman Escrow | |
| 4/28 | DBT CRD 1153 04/28/23 08226294 | 215.43- |
| | ONLINE STORE SALES | |



Date  4/28/23          Page    13
Primary Account        ████████████

Commercial Checking    ████████████    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 361-816-4113   TX C#5784 | |
| 4/28 | 042723      FREESPEECHOP | 92,697.19- |
| | PPD 122287250000835 | |
| | FREESPEECHOP | |
| 4/28 | 0427B      FREESPEECHOP | 261,785.79- |
| | CCD 122287250000845 | |
| | FREESPEECHOP | |
| 4/28 | Service Charge | .30-SC |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/03 | 520,349.53 | 4/12 | 143,418.68 | 4/21 | 269,112.58 |
| 4/04 | 231,933.45 | 4/13 | 530,624.44 | 4/24 | 201,621.29 |
| 4/05 | 231,156.12 | 4/14 | 251,921.63 | 4/25 | 203,311.53 |
| 4/06 | 581,084.68 | 4/17 | 252,917.91 | 4/26 | 203,736.27 |
| 4/07 | 142,247.76 | 4/18 | 250,154.00 | 4/27 | 388,444.90 |
| 4/10 | 140,079.68 | 4/19 | 249,517.01 | 4/28 | 33,746.19 |
| 4/11 | 143,886.28 | 4/20 | 629,482.12 | | |

*** END OF STATEMENT ***



Date  4/28/23
Primary Account        ███████████

Page      1

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:         FREE SPEECH SYSTEMS, LLC
                       Case 22-60043, Donations

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | ███████ | Statement Dates   4/03/23 thru  4/30/23 | |
| Previous Balance | 27,180.08 | Days in the statement period | 28 |
| 31 Deposits/Credits | 3,004.00 | Avg Daily Ledger | 28,807.22 |
| 1 Checks/Debits | 50.00 | Avg Daily Collected | 28,699.93 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 30,134.08 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/11 | MyDeposit | 9.00 |
| 4/11 | MyDeposit | 10.00 |
| 4/11 | MyDeposit | 10.00 |
| 4/11 | MyDeposit | 20.00 |
| 4/11 | MyDeposit | 35.00 |
| 4/11 | MyDeposit | 50.00 |
| 4/11 | MyDeposit | 50.00 |
| 4/11 | MyDeposit | 50.00 |
| 4/11 | MyDeposit | 70.00 |
| 4/11 | MyDeposit | 75.00 |
| 4/11 | MyDeposit | 100.00 |
| 4/11 | MyDeposit | 100.00 |
| 4/11 | MyDeposit | 100.00 |
| 4/11 | MyDeposit | 100.00 |
| 4/11 | MyDeposit | 100.00 |



Date  4/28/23                Page      2
Primary Account       ████████████████

Commercial Checking            ██████████    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 4/11 | MyDeposit | 200.00 |
| 4/11 | MyDeposit | 300.00 |
| 4/12 | MyDeposit | 10.00 |
| 4/12 | MyDeposit | 25.00 |
| 4/12 | MyDeposit | 300.00 |
| 4/17 | MyDeposit | 5.00 |
| 4/17 | MyDeposit | 10.00 |
| 4/17 | MyDeposit | 100.00 |
| 4/20 | MyDeposit | 10.00 |
| 4/20 | MyDeposit | 70.00 |
| 4/20 | MyDeposit | 300.00 |
| 4/20 | MyDeposit | 500.00 |
| 4/24 | MyDeposit | 100.00 |
| 4/26 | MyDeposit | 20.00 |
| 4/26 | MyDeposit | 75.00 |
| 4/26 | MyDeposit | 100.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 4/04 | Chargeback  90 | 50.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/03 | 27,180.08 | 4/12 | 28,844.08 | 4/24 | 29,939.08 |
| 4/04 | 27,130.08 | 4/17 | 28,959.08 | 4/26 | 30,134.08 |
| 4/11 | 28,509.08 | 4/20 | 29,839.08 | | |

*** END OF STATEMENT ***



Date  4/28/23          Page     1
Primary Account      ███████████

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Payroll

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number ████████ | Statement Dates    4/03/23 thru  4/30/23 | |
| Previous Balance           39,731.13 | Days in the statement period         28 | |
| 1 Deposits/Credits        200,000.00 | Avg Daily Ledger          161,672.09 | |
| 1 Checks/Debits           182,137.74 | Avg Daily Collected       161,672.09 | |
| Maintenance Fee                  .00 | | |
| Interest Paid                    .00 | | |
| Ending Balance            57,593.39 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/03 | From DDA *8877,To DDA *8927 | 200,000.00 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 4/19 | Domestic Wire Transfer-DL HR&P 084201278 4975902 UNITED STATES Cadence Bank 20230419MMQFMP9N000127 20230419MMQFMPF1000479 | 182,137.74- |



Date  4/28/23
Primary Account  ███████████████

Commercial Checking     ████████████(Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | 04191124FT01 |       |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 4/03 | 239,731.13 | 4/19 | 57,593.39 |

*** END OF STATEMENT ***



Date  4/28/23          Page      1
Primary Account    ██████████████

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | ██████████ | Statement Dates   4/03/23 thru  4/30/23 | |
| Previous Balance | 29,841.67 | Days in the statement period | 28 |
| 12 Deposits/Credits | 355,266.16 | Avg Daily Ledger | 167,647.80 |
| Checks/Debits | .00 | Avg Daily Collected | 162,068.38 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 385,107.83 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/04 | A/P        MY PILLOW<br>CCD 091901890000009<br>Free Speech Systems, L | 2,317.95 |
| 4/12 | A/P        MY PILLOW<br>CCD 091901890000004<br>Free Speech Systems, L | 1,604.81 |
| 4/13 | MyDeposit | 23,951.00 |
| 4/13 | MyDeposit | 132,272.76 |
| 4/17 | PAYMENTS   My Store<br>CCD 056009470000132<br>Free Speech Systems, L | 118.69 |
| 4/20 | A/P        MY PILLOW<br>CCD 091901890000003<br>Free Speech Systems, L | 1,348.30 |
| 4/21 | From DDA *8877,To DDA *8893 | 26,828.84 |



Date  4/28/23
Primary Account

Page    2

Commercial Checking            (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 4/26 | A/P      MY PILLOW<br>CCD 091901890000003<br>Free Speech Systems, L | 1,391.52 |
| 4/27 | From DDA *8919,To DDA *8893,Al<br>ex Jones Hold in Escrow | 25,000.00 |
| 4/27 | From DDA *8919,To DDA *8893,Es<br>crow ESG | 53,953.56 |
| 4/27 | From DDA *8919,To DDA *8893,Jo<br>hn Haarman Escrow | 86,260.53 |
| 4/27 | PAYMENTS   My Store<br>CCD 056009470000126<br>Free Speech Systems, L | 218.20 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/03 | 29,841.67 | 4/13 | 189,988.19 | 4/21 | 218,284.02 |
| 4/04 | 32,159.62 | 4/17 | 190,106.88 | 4/26 | 219,675.54 |
| 4/12 | 33,764.43 | 4/20 | 191,455.18 | 4/27 | 385,107.83 |

*** END OF STATEMENT ***



Date  4/28/23          Page     1
Primary Account        ███████████

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Legal

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number ████ | Statement Dates   4/03/23 thru  4/30/23 | |
| Previous Balance          100,000.00 | Days in the statement period          28 | |
| Deposits/Credits          .00 | Avg Daily Ledger          100,000.00 | |
| Checks/Debits          .00 | Avg Daily Collected          100,000.00 | |
| Maintenance Fee          .00 | | |
| Interest Paid          .00 | | |
| Ending Balance          100,000.00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 4/03 | 100,000.00 |

*** END OF STATEMENT ***



Date  4/28/23        Page    1
Primary Account



INFOW, LLC
DEBTOR IN POSSESSION,
CASE 22-60020
5606 N. NAVARRO STE 300-W
VICTORIA TX 77904

Account Title:        INFOW, LLC
                      DEBTOR IN POSSESSION,
                      CASE 22-60020

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates    4/03/23 thru  4/30/23 | |
| Previous Balance | 50.00 | Days in the statement period | 28 |
| Deposits/Credits | .00 | Avg Daily Ledger | 50.00 |
| Checks/Debits | .00 | Avg Daily Collected | 50.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 50.00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 4/03 | 50.00 |

*** END OF STATEMENT ***