**Fill in this information to identify the case:**

Debtor Name  Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number:  22-60043

☒ Check if this is an
amended filing  **

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                    12/17

| | | |
|---|---|---|
| Month: **January** | Date report filed: | **02/16/2023** MM / DD / YYYY |
| Line of business: **Dietary Supplement Sales** | NAISC code: | **325411** |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                      Patrick Magill

Original signature of responsible party

Printed name of responsible party      Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

** Amended to more securely redact attachments.  No substantive changes were made.

Debtor Name  Free Speech Systems LLC                                    Case number  22-60043

|  | | ☐ | ☑ | ☐ |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

*** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 346,881.00

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ 3,036,812.0

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   − $ 2,510,984.0

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ 525,828.00

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ 872,709.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   $ 549,302.87

   *(Exhibit E)*

Debtor Name __Free Speech Systems LLC__    Case number __22-60043__

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 242,170.60

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    54
27. What is the number of employees as of the date of this monthly report?    44

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 83,351.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 388,768.00
30. How much have you paid this month in other professional fees?    $ 8,555.00
31. How much have you paid in total other professional fees since filing the case?    $ 391,042.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,455,250.0 | − | $ 3,036,812.0 | = | $ -581,562.00 |
| 33. **Cash disbursements** | $ 2,434,741.0 | − | $ 2,510,984.0 | = | $ -76,243.00 |
| 34. **Net cash flow** | $ 20,509.00 | − | $ 525,828.00 | = | $ -505,319.00 |

35. Total projected cash receipts for the next month:    $ 2,610,000.0
36. Total projected cash disbursements for the next month:    − $ 1,671,310.0
37. Total projected net cash flow for the next month:    = $ 938,690.00

Debtor Name  Free Speech Systems LLC

Case number 22-60043

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset



**FORM 425C Exhibit E**
**Total Payables**

*As of January 31, 2023*

| From | Amount | Due Date |
|------|-------:|----------|
| Hi Tech Pharm | 368,056.60 | 01/11/2023 |
| TX Tag | 31.27 | 01/26/2023 |
| Balcones Recycling | 386.99 | 01/30/2023 |
| PQPR David Jones | 5,000.00 | 01/30/2023 |
| Wes Perkins | 952.50 | 01/30/2023 |
| BCC UF LLC (Stream Realty) | 57,440.44 | 01/31/2023 |
| Valdemar Rodriguez | 6,000.00 | 01/31/2023 |
| Cloudflare Inc | 63,320.40 | 02/03/2023 |
| Security Metrics | 10,725.00 | 02/04/2023 |
| Austin Security | 3,972.78 | 02/06/2023 |
| SintecMedia NYC, Inc. | 22.52 | 02/09/2023 |
| Novasors (Centrinex LLC) | 5,982.80 | 02/10/2023 |
| Lease Direct | 3,622.30 | 02/15/2023 |
| Addshoppers Inc. | 2,989.00 | 02/15/2023 |
| Lumen | 10,295.73 | 02/23/2023 |
| Getty Images Inc. | 9,854.54 | 03/02/2023 |
| Security Metrics | 650.00 | 03/02/2023 |
| | **549,302.87** | |



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of January 31, 2023*

| From | Amount | Due Date |
|------|--------|----------|
| Processor S | 70,065.74 | 2/1/2023 |
| Processor S | 81,703.43 | 2/2/2023 |
| Processor S | 90,401.43 | 2/3/2023 |
|  | **242,170.60** |  |

# FREE SPEECH SYSTEMS

## January 1 to January 31

| | AXOS Deposits #78877 | AXOS Operating #78919 | AXOS Donations #78885 | AXOS Payroll #78927 | AXOS InfoWars #78893 | AXOS Legal #78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | 70,625.79 | 120,321.47 | 129,398.59 | 20,397.80 | 6,125.44 | - | - | - | - | - | 11.77 | 346,880.86 |
| Cash Receipts | 2,995,280.02 | 36,539.46 | 5,042.51 | - | - | - | - | - | - | - | - | 3,036,811.99 |
| Cash Disbursements | (183,364.85) | (2,142,539.42) | - | (185,079.55) | - | - | - | - | - | - | - | (2,510,983.82) |
| Net Cash Flow | 2,811,865.17 | (2,105,999.96) | 5,042.51 | (185,079.55) | - | - | - | - | - | - | - | 525,828.17 |
| Transfers In | - | 2,150,000.00 | - | 180,000.00 | - | 100,000.00 | - | - | - | - | - | 2,430,000.00 |
| Transfers Out | (2,430,000.00) | - | - | - | - | - | - | - | - | - | - | (2,430,000.00) |
| Cash on Hand | 452,490.96 | 164,321.51 | 134,441.10 | 15,318.25 | 6,125.44 | 100,000.00 | - | - | - | - | 11.77 | 872,709.03 |



Date  1/31/23
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Legal

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates   1/01/23 thru  1/31/23 | |
| Previous Balance | .UU | Days in the statement period | 31 |
| 1 Deposits/Credits | 100,000.00 | Avg Daily Ledger | 45,161.29 |
| Checks/Debits | .00 | Avg Daily Collected | 45,161.29 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 100,000.00 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/18 | From DDA *8877,To DDA *8901 | 100,000.00 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 1/01 | .00 | 1/18 | 100,000.00 |

*** END OF STATEMENT ***



Date  1/31/23
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| | | |
|---|---|---|
| Commercial Checking | | Number of Enclosures                      0 |
| Account Number | | Statement Dates   1/01/23 thru  1/31/23 |
| Previous Balance | 6,125.44 | Days in the statement period          31 |
|    Deposits/Credits | .00 | Avg Daily Ledger              6,125.44 |
|    Checks/Debits | .00 | Avg Daily Collected           6,125.44 |
| Maintenance Fee | .00 | |
| Interest Paid | .00 | |
| Ending Balance | 6,125.44 | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 1/01 | 6,125.44 |

*** END OF STATEMENT ***



Date 1/31/23        Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:        FREE SPEECH SYSTEMS, LLC
                      Case 22-60043, Payroll

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates    1/01/23 thru    1/31/23 | |
| Previous Balance | 20,397.80 | Days in the statement period | 31 |
| 1 Deposits/Credits | 180,000.00 | Avg Daily Ledger | 16,956.81 |
| 1 Checks/Debits | 185,079.55 | Avg Daily Collected | 16,956.81 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 15,318.25 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/11 | From DDA *8877,To DDA *8927 | 180,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 1/11 | Domestic Wire Transfer-DL<br>HR&P<br>084201278<br>4975902<br>UNITED STATES<br>Cadence Bank<br>payroll number 04784600013<br>customer number 04-7846 | 185,079.55- |



Date  1/31/23        Page    2
Primary Account

Commercial Checking                              (Continued)

**CHECKS AND WITHDRAWALS**

| Date | Description | Amount |
|------|-------------|--------|
|      | 20230111MMQFMP9N000145 |  |
|      | 20230111MMQFMPF1000734 |  |
|      | 01111327FT01 |  |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 1/01 | 20,397.80 | 1/11 | 15,318.25 |

*** END OF STATEMENT ***



Date  1/31/23        Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:        FREE SPEECH SYSTEMS, LLC
                      Case 22-60043, Donations

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates   1/01/23 thru  1/31/23 | |
| Previous Balance | 129,398.59 | Days in the statement period | 31 |
| 38 Deposits/Credits | 5,042.51 | Avg Daily Ledger | 131,838.51 |
| Checks/Debits | .00 | Avg Daily Collected | 131,675.85 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 134,441.10 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/17 | MyDeposit | 5.13 |
| 1/17 | MyDeposit | 10.00 |
| 1/17 | MyDeposit | 10.00 |
| 1/17 | MyDeposit | 10.00 |
| 1/17 | MyDeposit | 10.00 |
| 1/17 | MyDeposit | 10.00 |
| 1/17 | MyDeposit | 10.00 |
| 1/17 | MyDeposit | 20.00 |
| 1/17 | MyDeposit | 25.00 |
| 1/17 | MyDeposit | 25.00 |
| 1/17 | MyDeposit | 25.00 |
| 1/17 | MyDeposit | 40.00 |
| 1/17 | MyDeposit | 40.00 |
| 1/17 | MyDeposit | 40.00 |
| 1/17 | MyDeposit | 50.00 |



Date   1/31/23          Page   2
Primary Account

Commercial Checking                                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/17 | MyDeposit | 50.00 |
| 1/17 | MyDeposit | 50.00 |
| 1/17 | MyDeposit | 50.00 |
| 1/17 | MyDeposit | 50.00 |
| 1/17 | MyDeposit | 50.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/17 | MyDeposit | 150.00 |
| 1/17 | MyDeposit | 177.60 |
| 1/17 | MyDeposit | 180.00 |
| 1/17 | MyDeposit | 300.00 |
| 1/17 | MyDeposit | 300.00 |
| 1/17 | MyDeposit | 354.78 |
| 1/17 | MyDeposit | 500.00 |
| 1/17 | MyDeposit | 500.00 |
| 1/17 | MyDeposit | 600.00 |
| 1/17 | MyDeposit | 600.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 1/01 | 129,398.59 | 1/17 | 134,441.10 |

*** END OF STATEMENT ***



Date  1/31/23        Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Deposit

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates   1/01/23 thru  1/31/23 | |
| Previous Balance | | Days in the statement period | 31 |
| 26 Deposits/Credits | 2,995,230.02 | Avg Daily Ledger | 299,650.57 |
| 8 Checks/Debits | 2,613,364.85 | Avg Daily Collected | 299,635.09 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 452,490.96 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/04 | Wire Transfer Credit | 92,556.08 |
| | 20230104MMQFMP9N000101 | |
| | 01041148FT01 | |
| 1/04 | Wire Transfer Credit | 583,317.30 |



Date  1/31/23        ~~Page     2~~
Primary Account

Commercial Checking                    (Continued)

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|------|-------------|--------|
| | 20230104QMGFT009001002 | |
| | 20230104MMQFMP9N000226 | |
| | 01041447FT01 | |
| 1/06 | Wire Transfer Credit | 57,297.85 |
| | 20230106QMGFT006000033 | |
| | 20230106MMQFMP9N000050 | |
| | 01060827FT01 | |
| 1/06 | Wire Transfer Credit | 98,527.85 |
| | 20230106QMGFT010001056 | |
| | 20230106MMQFMP9N000268 | |
| | 01061456FT01 | |
| 1/09 | Wire Transfer Credit | 112,527.81 |
| | JAN 9 DEPOSIT | |



Date   1/31/23
Primary Account

Commercial Checking                              (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20230109QMGFT003000489 | |
|      | 20230109MMQFMP9N000127 | |
|      | 01091153FT01 | |
| 1/10 | Wire Transfer Credit | 72,221.02 |
|      | 20230110QMGFT003000583 | |
|      | 20230110MMQFMP9N000126 | |
|      | 01101224FT01 | |
| 1/11 | Wire Transfer Credit | 115,841.19 |
|      | 20230111QMGFT014000894 | |
|      | 20230111MMQFMP9N000225 | |
|      | 01111431FT01 | |
| 1/12 | Wire Transfer Credit | 140,829.95 |
|      | 20230112QMGFT007000772 | |
|      | 20230112MMQFMP9N000186 | |
|      | 01121322FT01 | |
| 1/13 | Wire Transfer Credit | 115,872.86 |



Date  1/31/23      Page   4
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|-------:|
|      | JAN 13 VENDOR PAYMENT | |
|      | 20230113QMGFT007000891 | |
|      | 20230113MMQFMP9N000188 | |
|      | 01131331FT01 | |
| 1/17 | Wire Transfer Credit | 71,277.47 |
|      | 20230117QMGFT012000422 | |
|      | 20230117MMQFMP9N000162 | |
|      | 01171109FT01 | |
| 1/17 | MyDeposit | 30.00 |
| 1/17 | MyDeposit | 50.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/17 | MyDeposit | 100.00 |
| 1/18 | Wire Transfer Credit | 228,465.54 |
|      | 20230118QMGFT001000881 | |
|      | 20230118MMQFMP9N000209 | |
|      | 01181357FT01 | |
| 1/19 | Wire Transfer Credit | 126,196.54 |

$ 480.⁰⁰



Date   1/31/23          Page   5
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/20 | 20230119QMGFT006001183<br>20230119MMQFMP9N000299<br>01191535FT01<br>Wire Transfer Credit | 194,947.75 |
| 1/23 | 20230120QMGFT014000313<br>20230120MMQFMP9N000099<br>01201111FT01<br>Wire Transfer Credit | 127,153.40 |
| 1/24 | 20230123QMGFT009000757<br>20230123MMQFMP9N000175<br>01231326FT01<br>Wire Transfer Credit | 266,061.32 |
| 1/25 | 20230124QMGFT006000752<br>20230124MMQFMP9N000182<br>01241329FT01<br>Wire Transfer Credit | 80,158.10 |



Date   1/31/23        Page ___6
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20230125QMGFT001000272 | |
| | 20230125MMQFMP9N000108 | |
| | 01251056FT01 | |
| 1/26 | Wire Transfer Credit | 88,907.75 |
| | 20230126QMGFT002000314 | |
| | 20230126MMQFMP9N000089 | |
| | 01261059FT01 | |
| 1/27 | Wire Transfer Credit | 102,689.96 |
| | 20230127QMGFT011000942 | |
| | 20230127MMQFMP9N000227 | |
| | 01271347FT01 | |
| 1/30 | Wire Transfer Credit | 103,967.01 |
| | 20230130QMGFT002000171 | |
| | 20230130MMQFMP9N000297 | |
| | 01301417FT01 | |



Date  1/31/23
Primary Account

Commercial Checking                                     (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/31 | Wire Transfer Credit | 215,933.27 |
| | 20230131QMGFT008000541 | |
| | 20230131MMQFMP9N000122 | |
| | 01311112FT01 | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 1/05 | From DDA *8877,To DDA *8919 | 600,000.00- |
| 1/11 | From DDA *8877,To DDA *8927 | 180,000.00- |
| 1/12 | From DDA *8877,To DDA *8919 | 400,000.00- |
| 1/18 | From DDA *8877,To DDA *8901 | 100,000.00- |
| 1/19 | From DDA *8877,To DDA *8919 | 500,000.00- |
| 1/25 | Domestic Wire Transfer-DL | 183,364.85- |
| | HR&P | |
| | 084201278 | |
| | 4975902 | |
| | UNITED STATES | |
| | Cadence Bank | |
| | 20230125MMQFMP9N000024 | |
| | 20230125MMQFMPF1000378 | |
| | 01251024FT01 | |
| 1/26 | From DDA *8877,To DDA *8919 | 100,000.00- |
| 1/26 | From DDA *8877,To DDA *8919 | 550,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 70,625.79 | 1/11 | 422,914.89 | 1/20 | 300,985.00 |
| 1/04 | 746,499.17 | 1/12 | 163,744.84 | 1/23 | 428,138.40 |
| 1/05 | 146,499.17 | 1/13 | 279,617.70 | 1/24 | 694,199.72 |
| 1/06 | 302,324.87 | 1/17 | 351,375.17 | 1/25 | 590,992.97 |
| 1/09 | 414,852.68 | 1/18 | 479,840.71 | 1/26 | 29,900.72 |
| 1/10 | 487,073.70 | 1/19 | 106,037.25 | 1/27 | 132,590.68 |



Date  1/31/23          Page    8
Primary Account

Commercial Checking                          (Continued)

| DAILY BALANCE INFORMATION | | | |
|------|----------------|------|----------------|
| Date | Balance | Date | Balance |
| 1/30 | 236,557.69 | 1/31 | 452,490.96 |

*** END OF STATEMENT ***



Date  1/31/23          Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Operations

| | | | | |
|---|---|---|---|---|
| Commercial Checking | | | Number of Enclosures | 4 |
| Account Number | | | Statement Dates  1/01/23 thru  1/31/23 | |
| Previous Balance | | | Days in the statement period | 31 |
| 43 Deposits/Credits | 2,409,235.86 | | Avg Daily Ledger | 189,355.71 |
| 105 Checks/Debits | 2,365,235.82 | | Avg Daily Collected | 189,210.92 |
| Maintenance Fee | .00 | | | |
| Interest Paid | .00 | | | |
| Ending Balance | 164,321.51 | | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/03 | Wire Transfer Credit | 23,591.14 ✓ |
| | ELEVATED SOLUTIONS GROUP LLC | |
| | 706 W BEN WHITE BLVD BLDG B ST | |
| | AUSTIN TX 78704 | |
| | CRAWFORD- SECURITY BANK OF CRA | |
| | 20230103K1QJ1N3C000223 | |
| | 20230103MMQFMP9N000164 | |
| | 01031142FT01 | |
| 1/05 | From DDA *8877,To DDA *8919 | 600,000.00 ✓ |
| 1/11 | ACH Credit Back Item | 131,043.50 |
| 1/12 | From DDA *8877,To DDA *8919 | 400,000.00 ✓ |
| 1/12 | Wire Transfer Credit | 5,166.25 ✓ |
| | ELEVATED SOLUTIONS GROUP LLC | |



Date  1/31/23        Page    2
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|  | 706 W BEN WHITE BLVD BLDG B ST | |
|  | AUSTIN TX 78704 | |
|  | CRAWFORD- SECURITY BANK OF CRA | |
|  | 20230112K1QJ1N3C000396 | |
|  | 20230112MMQFMP9N000167 | |
|  | 01121250FT01 | |
| 1/17 | Returned NSF Item Credit | 91,652.90 |
| 1/19 | From DDA *8877,To DDA *8919 | 500,000.00 |
| 1/26 | From DDA *8877,To DDA *8919 | 100,000.00 |
| 1/26 | From DDA *8877,To DDA *8919 | 550,000.00 |
| 1/26 | MyDeposit | 5.00 |
| 1/26 | MyDeposit | 10.00 |
| 1/26 | MyDeposit | 20.00 |
| 1/26 | MyDeposit | 25.00 |
| 1/26 | MyDeposit | 28.00 |
| 1/26 | MyDeposit | 30.00 |
| 1/26 | MyDeposit | 36.00 |
| 1/26 | MyDeposit | 40.00 |
| 1/26 | MyDeposit | 56.90 |
| 1/26 | MyDeposit | 70.00 |
| 1/26 | MyDeposit | 77.50 |
| 1/26 | MyDeposit | 78.70 |
| 1/26 | MyDeposit | 79.90 |
| 1/26 | MyDeposit | 79.90 |
| 1/26 | MyDeposit | 100.00 |
| 1/26 | MyDeposit | 100.00 |
| 1/26 | MyDeposit | 100.00 |
| 1/26 | MyDeposit | 112.50 |
| 1/26 | MyDeposit | 113.00 |
| 1/26 | MyDeposit | 119.80 |
| 1/26 | MyDeposit | 137.30 |
| 1/26 | MyDeposit | 144.00 |
| 1/26 | MyDeposit | 193.30 |
| 1/26 | MyDeposit | 200.00 |
| 1/26 | MyDeposit | 200.00 |
| 1/26 | MyDeposit | 220.15 |
| 1/26 | MyDeposit | 230.00 |
| 1/26 | MyDeposit | 240.35 |
| 1/26 | MyDeposit | 284.55 |
| 1/26 | MyDeposit | 420.00 |
| 1/26 | MyDeposit | 436.65 |

4,488.50



Date  1/31/23          Page      3
Primary Account

Commercial Checking _____ (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/26 | MyDeposit | 500.00 |
| 1/30 | Wire Transfer Credit<br>ELEVATED SOLUTIONS GROUP LLC<br>706 W BEN WHITE BLVD BLDG B ST<br>AUSTIN TX 78704<br>CRAWFORD- SECURITY BANK OF CRA<br>20230130K1QJ1N3C000723<br>20230130MMQFMP9N000322<br>01301452FT01 | 3,290.38 |
| 1/30 | POS CRE 0000 01/27/23 77692042<br>SW INFWRS<br>888-2533139    TX C#5784 | 3.19 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 1/03 | DBT CRD 0740 01/01/23 92275478<br>VULTRHOLDINGSLLC<br>VULTR.COM     NJ C#5784 | 149.47- |
| 1/03 | DBT CRD 1345 12/30/22 11421036<br>DTV*DIRECTV SERVICE<br>800-347-3288   CA C#5784 | 208.43- |
| 1/03 | PAYMENT    ADT<br>PPD 101000699689845<br>FREE SPEECH SYSTEMS | 10.28- |
| 1/03 | PAYMENT    ADT<br>PPD 101000699689851<br>FREE SPEECH SYSTEMS | 20.45- |
| 1/03 | PAYMENT    ADT<br>PPD 101000699689844<br>FREE SPEECH SYSTEMS | 64.22- |
| 1/03 | PAYMENT    ADT<br>PPD 101000699689849<br>FREE SPEECH SYSTEMS | 69.18- |
| 1/03 | PAYMENT    ADT<br>PPD 101000699689843<br>FREE SPEECH SYSTEMS | 72.02- |
| 1/03 | PAYMENT    ADT<br>PPD 101000699689848 | 102.06- |



Date  1/31/23        Page    4
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 1/03 | FREE SPEECH SYSTEMS<br>PAYMENT      ADT<br>PPD 101000699689846 | 126.76- |
| 1/03 | FREE SPEECH SYSTEMS<br>PAYMENT      ADT<br>PPD 101000699689842 | 558.08- |
| 1/03 | FREE SPEECH SYSTEMS<br>PAYMENT      ADT<br>PPD 101000699689850 | 830.10- |
| 1/03 | FREE SPEECH SYSTEMS<br>PAYMENT      ADT<br>PPD 101000699689847 | 1,411.18- |
| 1/03 | FREE SPEECH SYSTEMS<br>WEB PAY    LEASE DIRECT<br>CCD 043000098530548 | 1,847.87- |
| 1/03 | Free Speech Systems Op<br>NWTBCLSCIC THE HARTFORD<br>CCD 051000016754203 | 2,363.10- |
| 1/03 | FREE SPEECH SYSTEMS<br>BILLING    AUTHNET GATEWAY<br>CCD 104000016936393 | 6,137.60- |
| 1/03 | FREE SPEECH SYSTEMS, L<br>DBT CRD 1307 01/02/23 88791265<br>GITHUB<br>HTTPSGITHUB.C CA C#5784 | 24.00- |
| 1/03 | DBT CRD 1408 01/01/23 25013799<br>ZOOM.US 888-799-9666<br>WWW.ZOOM.US    CA C#5784 | 107.25- |
| 1/03 | DBT CRD 1216 12/30/22 57934400<br>Name.com, Inc<br>720-2492374    CO C#5784 | 379.77- |
| 1/03 | DBT CRD 1248 01/02/23 77035395<br>MONGODBCLOUD ITS OR...<br>MONGODB.COM    CA C#5784 | 3,432.18- |
| 1/04 | PAYMENTS    LATHEM TIME CORP<br>CCD 062000018724215<br>FREE SPEECH SYSTEMS LL | 138.64- |
| 1/04 | QBooks Onl INTUIT *<br>CCD 021000022419265<br>FREE SPEECH SYSTEMS | 836.81- |



Date  1/31/23      Page    5
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 1/04 | PURCHASE    COMPLETECONTROLR<br>PPD 091000013111469<br>FREE SPEECH SYSTEMS | 1,872.50- |
| 1/05 | DBT CRD 0330 01/04/23 42528897<br>FDCSERVERSN<br>312-423-6675  FL C#5784 | 555.34- |
| 1/05 | DBT CRD 1559 01/04/23 91760549<br>MIDJOURNEY INC.<br>HTTPSWWW.MIDJ CA C#5784 | 31.92- |
| 1/05 | DBT CRD 1322 01/04/23 97553579<br>ZOOM.US 888-799-9666<br>WWW.ZOOM.US   CA C#5784 | 47.17- |
| 1/06 | DBT CRD 1139 01/05/23 35785981<br>UBER   EATS<br>HELP.UBER.COM CA C#0837 | 149.78- |
| 1/06 | DBT CRD 1935 01/05/23 57193498<br>AMAZON.COM*958Y10QL3 A<br>AMZN.COM/BILL WA C#5784 | 287.91- |
| 1/06 | DBT CRD 1134 01/04/23 32895812<br>AWIO WEB SERVICES, LLC<br>267-2803589   PA C#5784 | 449.00- |
| 1/06 | DBT CRD 1311 01/05/23 91013191<br>B&H PHOTO 800-606-6969<br>800-2215743  NY C#5784 | 498.74- |
| 1/06 | SALE    AUSTIN SECURITY<br>CCD 021000024945880<br>FREE SPEECH SYSTEMS | 4,730.53- |
| 1/06 | Monthly    FREESPEECHOP<br>PPD 122287250000684<br>FREESPEECHOP | 175,795.14- |
| 1/06 | monthly    FREESPEECHOP<br>CCD 122287250001213<br>FREESPEECHOP | 465,519.04- |
| 1/09 | DBT CRD 1335 01/08/23 05533551<br>AMZN MKTP US*G57YO8OH3<br>AMZN.COM/BILL WA C#5784 | 47.59- |
| 1/09 | DBT CRD 1435 01/08/23 41001303<br>AMZN Mktp US*T95I25Z23<br>Amzn.com/bill WA C#5784 | 181.64- |
| 1/09 | WEB_PAY    WASTE CONNECTION<br>WEB 021000025979714 | 2,099.92- |



Date  1/31/23     Page   6
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | WENDELL M SCHWARTZ 69201917010523 | |
| 1/09 | monthly    FREESPEECHOP CCD 122287250000785 FREESPEECHOP | 25,566.19- |
| 1/09 | DBT CRD 1017 01/06/23 86686912 DNH*GODADDY.COM https://www.g AZ C#5784 | 5.32- |
| 1/09 | DBT CRD 1034 01/07/23 96629478 DNH*GODADDY.COM 480-505-8855  AZ C#5784 | 180.96- |
| 1/10 | TELECOMM   GRANDE COMMUNICA WEB 021000027778177 WENDELL M *SCHWARTZ 2013555 | 1,300.00- |
| 1/10 | INSUR CLM  PLIC-SBD CCD 091000013919716 Axos Operations | 3,236.14- |
| 1/11 | DBT CRD 1602 01/10/23 93765092 EPIK, LLC 425-3668810   WA C#5784 | 19.98- |
| 1/11 | DBT CRD 1048 01/10/23 04989958 PADDLE.NET* TAILWINDUI PADDLE.COM   NY C#5784 | 322.92- |
| 1/11 | QBooks Onl INTUIT * CCD 021000027378085 FREE SPEECH SYSTEMS LL | 213.20- |
| 1/12 | POS DEB 0902 01/12/23 00915172 FS *FSPRG.COM WWW.FASTSPRING.COM SANTA BARBAR  CA C#5784 | 152.56- |
| 1/12 | Domestic Wire Transfer-DL Melissa Haselden 043000096 4956785955 UNITED STATES PNC Aug-Dec Billed Hours & Expense 20230112MMQFMP9N000263 | 131,043.50- |



Date  1/31/23        Page    7
Primary Account

Commercial Checking                          (Continued)

| CHECKS AND WITHDRAWALS | | |
|---|---|---|
| Date | Description | Amount |
| | 20230112MMQFMPNBOO8269 | |
| | 01121519FTO1 | |
| 1/13 | DBT CRD 1559 01/12/23 91500781 | 19.98- |
| | EPIK, LLC | |
| | 425-3668810   WA C#5784 | |
| 1/13 | DBT CRD 1518 01/12/23 67287560 | 45.74- |
| | EPIK, LLC | |
| | 425-3668810   WA C#5784 | |
| 1/13 | DBT CRD 1416 01/12/23 29925107 | 293.62- |
| | AMAZON.COM*ML2F95PG3 A | |
| | AMZN.COM/BILL WA C#5784 | |
| 1/13 | SERVICES   GOOGLE | 280.00- |
| | CCD 091000014147588 | |
| | Free Speech Systems, L | |
| 1/13 | Bill Pay   FREESPEECHOP | 2,250.00- |
| | CCD 122287250000548 | |
| | FREESPEECHOP | |
| 1/13 | Bill Pay   FREESPEECHOP | 39,536.00- |
| | PPD 122287250000525 | |
| | FREESPEECHOP | |
| 1/13 | Bill Pay   FREESPEECHOP | 299,791.36- |
| | CCD 122287250000382 | |
| | FREESPEECHOP | |
| 1/17 | DBT CRD 1441 01/13/23 44743452 | 9.99- |
| | EPIK, LLC | |
| | 425-3668810   WA C#5784 | |
| 1/17 | DBT CRD 1324 01/16/23 98910869 | 28.41- |
| | UBER   EATS | |
| | HELP.UBER.COM CA C#0837 | |
| 1/17 | DBT CRD 1321 01/15/23 96869057 | 174.28- |
| | AMZN Mktp US*YP9EL4LS3 | |
| | Amzn.com/bill WA C#5784 | |
| 1/17 | DBT CRD 0936 01/15/23 62000220 | 187.11- |
| | AMZN Mktp US*DQ3Q7O2L3 | |
| | Amzn.com/bill WA C#5784 | |
| 1/17 | DBT CRD 1601 01/13/23 21551616 | 464.33- |
| | ONE HORN TRANSPORTATION | |
| | 8374 MARKET ST SUI | |
| | 9735957700   FL C#5784 | |
| 1/17 | DBT CRD 0330 01/13/23 42490767 | 571.19- |
| | FDCSERVERSN | |



Date  1/31/23        Page    8
Primary Account

Commercial Checking                        (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 312-423-6675   FL C#5784 | |
| 1/17 | WEBPAYMENT ADDSHOPPERSINC | 2,989.00- |
| | WEB 091000014155479 | |
| | FREE SPEECH SYSTEMS | |
| 1/17 | PAYMENT    City of Austin T | 5,593.75- |
| | WEB 021000021868839 | |
| | FREE SPEECH SYSTEMS LL | |
| | 5376658312 | |
| 1/17 | DBT CRD 0906 01/14/23 43670381 | 149.61- |
| | BACKBLAZE | |
| | HTTPSWWW.BACK CA C#5784 | |
| 1/17 | DBT CRD 0902 01/14/23 41273003 | 266.50- |
| | NRI*NEW RELIC | |
| | 888-643-8776   CA C#5784 | |
| 1/18 | DBT CRD 1135 01/17/23 33555383 | 62.94- |
| | RMA TOLL | |
| | 833-762-8655   CA C#5784 | |
| 1/18 | DBT CRD 1138 01/17/23 34954439 | 86.91- |
| | RMA TOLL | |
| | 833-762-8655   CA C#5784 | |
| 1/18 | DBT CRD 1332 01/17/23 03266893 | 304.55- |
| | TST* SOUTHSIDE FLYING | |
| | AUSTIN        TX C#5784 | |
| 1/18 | DBT CRD 1207 01/17/23 52546429 | 128.92- |
| | Name.com, Inc | |
| | 720-2492374   CO C#5784 | |
| 1/20 | DBT CRD 0246 01/20/23 16194148 | 26.91- |
| | HERTZ TOLL 105211341 | |
| | 877-411-4300   TX C#0837 | |
| 1/20 | DBT CRD 0330 01/19/23 42522658 | 545.34- |
| | FDCSERVERSN | |
| | 312-423-6675   FL C#5784 | |
| 1/20 | DBT CRD 1700 01/20/23 28429721 | 4,289.35- |
| | ADOBE  *STOCK | |
| | 408-536-6000   CA C#5784 | |
| 1/20 | SALE        AUSTIN SECURITY | 3,972.78- |
| | CCD 021000020887988 | |
| | FREE SPEECH SYSTEMS | |
| 1/20 | SALE        AUSTIN SECURITY | 4,001.19- |
| | CCD 021000020887986 | |



Date  1/31/23          Page    9
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FREE SPEECH SYSTEMS | |
| 1/20 | weekly1/19 FREESPEECHOP | 26,110.00- |
| | PPD 122287250000889 | |
| | FREESPEECHOP | |
| 1/20 | weekly1/19 FREESPEECHOP | 401,764.92- |
| | CCD 122287250000884 | |
| | FREESPEECHOP | |
| 1/23 | DBT CRD 1723 01/22/23 41862041 | 147.42- |
| | AMZN Mktp US*S446H6NQ3 | |
| | Amzn.com/bill WA C#5784 | |
| 1/23 | RECRD MGMT IRON MOUNTAIN | 343.44- |
| | CCD 021000023429394 | |
| | WENDELL *M SCHWARTZ | |
| 1/23 | DBT CRD 1306 01/22/23 88010943 | 10.00- |
| | PRITUNL PREMIUM | |
| | HTTPSPRITUNL. WA C#5784 | |
| 1/23 | DBT CRD 1737 01/21/23 50350308 | 20.00- |
| | VERCEL PRO | |
| | HTTPSVERCEL.C CA C#5784 | |
| 1/23 | DBT CRD 0826 01/20/23 19997632 | 511.68- |
| | CLOUDFLARE | |
| | HTTPSWWW.CLOU CA C#5784 | |
| 1/24 | DBT CRD 1227 01/23/23 64407517 | 9.99- |
| | EPIK, LLC | |
| | 425-3668810   WA C#5784 | |
| 1/24 | DBT CRD 1238 01/24/23 71249760 | 46.67- |
| | Amazon.com*5V94D7DO3 | |
| | Amzn.com/bill WA C#5784 | |
| 1/24 | DBT CRD 1228 01/23/23 65238805 | 292.98- |
| | EPIK, LLC | |
| | 425-3668810   WA C#5784 | |
| 1/24 | Payment    ATT | 2,630.97- |
| | PPD 031100200040231 | |
| | Free speech systems | |
| 1/25 | MSInvoice  DS WATERS OF AME | 1,186.82- |
| | PPD 042000010563255 | |
| | Wendell M Schwartz | |
| 1/25 | PHONECHECK HASTINGSHUMANS | 8,007.11- |
| | TEL 091000016069314 | |
| 1/26 | PURCHASE    COMPLETECONTROLR | 131.25- |
| | PPD 091000013776648 | |



Date  1/31/23
Primary Account

Page   10

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FREE SPEECH SYSTEMS | |
| 1/26 | ORKIN PEST ORKIN<br>WEB 021000027434419<br>FREE SPEECH SYSTEMS *O<br>5817699 | 261.97- |
| 1/26 | DBT CRD 0945 01/25/23 67231925<br>DTV*DIRECTV SERVICE<br>800-347-3288  CA C#5784 | 208.43- |
| 1/27 | DBT CRD 0955 01/26/23 73314778<br>SW INFWRS<br>888-2533139   TX C#5784 | 3.19- |
| 1/27 | DBT CRD 1111 01/26/23 18635718<br>UBER    EATS<br>HELP.UBER.COM CA C#0837 | 180.55- |
| 1/27 | Expenses   FREESPEECHOP<br>PPD 122287250000312<br>FREESPEECHOP | 562.00- |
| 1/27 | SALE       AUSTIN SECURITY<br>CCD 021000022221067<br>FREE SPEECH SYSTEMS | 4,067.49- |
| 1/27 | SALE       ATOMIAL LLC<br>CCD 021000022220958<br>FREE SPEECH SYSTEMS | 25,200.00- |
| 1/27 | SALE     ECOMMERCE CDN LL<br>CCD 021000022567074<br>FREE SPEECH SYSTEMS | 27,270.00- |
| 1/27 | BilPay1-26 FREESPEECHOP<br>PPD 122287250000310<br>FREESPEECHOP | 55,257.50- |
| 1/27 | WeekSales  FREESPEECHOP<br>CCD 122287250000601<br>FREESPEECHOP | 62,896.54- |
| 1/27 | BilPay1-26 FREESPEECHOP<br>CCD 122287250000305<br>FREESPEECHOP | 245,400.86- |
| 1/30 | DBT CRD 0244 01/30/23 14852394<br>HERTZ TOLL 105211341<br>877-411-4300  TX C#0837 | 7.28- |
| 1/30 | BillPay    FREESPEECHOP<br>CCD 122287250000261 | 99,730.00- |



Date  1/31/23
Primary Account

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 1/30 | FREESPEECHOP<br>DBT CRD 1236 01/28/23 70037232<br>Name.com, Inc<br>720-2492374    CO C#5784 | 176.89- |
| 1/31 | DD        WEBFILE TAX PYMT<br>CCD 021000025964659<br>33311/12345/EDI/XML - | 990.58- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 1/10 | 1008 | 350.00 | 1/26 | 99207949* | 91,652.90 |
| 1/20 | 1009 | 119.70 | 1/17 | 99494765* | 18,767.59 |
| 1/17 | 99207949* | 91,652.90 | | | |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 120,321.47 | 1/11 | 172,605.73 | 1/23 | 132,711.41 |
| 1/03 | 125,998.61 | 1/12 | 446,575.92 | 1/24 | 129,730.80 |
| 1/04 | 123,150.66 | 1/13 | 104,359.22 | 1/25 | 120,536.87 |
| 1/05 | 722,516.23 | 1/17 | 75,157.46 | 1/26 | 682,770.82 |
| 1/06 | 75,086.09 | 1/18 | 74,574.14 | 1/27 | 261,932.69 |
| 1/09 | 47,004.47 | 1/19 | 574,574.14 | 1/30 | 165,312.09 |
| 1/10 | 42,118.33 | 1/20 | 133,743.95 | 1/31 | 164,321.51 |

*** END OF STATEMENT ***