**Fill in this information to identify the case:**

Debtor Name Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-60043

☒ Check if this is an amended filing **

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: October 2022

Date report filed: 12/16/2022
MM / DD / YYYY

Line of business: Dietary Supplement Sales

NAISC code: 325411

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: J. Patrick Magill

Original signature of responsible party

Printed name of responsible party: J. Patrick Magill

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☒ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? *** NOTE 1 *** | ☒ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

** Amended to more securely redact attachments. No substantive changes were made.

Debtor Name  Free Speech Systems LLC                                    Case number 22-60043

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

*** NOTE 1 *** We provide consignment sales services to PQPR

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 722,545.00

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 2,648,712.0

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 1,353,745.0

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 1,294,967.0

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 2,017,513.0

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ 1,232,371.0

*(Exhibit E)*

Debtor Name  Free Speech Systems LLC                              Case number  22-60043

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                              $ 585,430.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                54

27. What is the number of employees as of the date of this monthly report?   44

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                          $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?            $ 0.00

30. How much have you paid this month in other professional fees?                                                    $ 80,000.00

31. How much have you paid in total other professional fees since filing the case?                                   $ 230,000.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,648,712.0 | − | $ 2,648,712.0 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 1,353,745.0 | − | $ 1,353,745.0 | = | $ 0.00 |
| 34. **Net cash flow** | $ 1,294,967.0 | − | $ 1,294,967.0 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                $ 2,482,520.0

36. Total projected cash disbursements for the next month:         − $ 2,691,237.0

37. Total projected net cash flow for the next month:              = $ -208,717.00

Debtor Name **Free Speech Systems LLC**

Case number 22-60043

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print     Save As...     Reset



| | AXOS Deposits #78877 | AXOS Operating #78919 | AXOS Donations #78885 | AXOS Payroll #78927 | AXOS Infowars #78893 | AXOS Legal #78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **October 1 to October 31** | | | | | | | | | | | | |
| **Opening Balance** | **293,073.70** | **83,956.67** | **328,635.26** | **10,742.56** | **6,125.44** | **-** | **-** | **-** | **-** | **-** | **11.77** | **722,545.40** |
| Cash Receipts | 1,760,718.92 | 859,055.31 | 22,594.61 | 6,343.62 | - | - | - | - | - | - | - | 2,648,712.46 |
| Cash Disbursements | - | (1,228,275.69) | - | (125,469.40) | - | - | - | - | - | - | - | (1,353,745.09) |
| **Net Cash Flow** | **1,760,718.92** | **(369,220.38)** | **22,594.61** | **(119,125.78)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **1,294,967.37** |
| Transfers In | - | 1,087,877.00 | - | 125,000.00 | - | - | - | - | - | - | - | 1,212,877.00 |
| Transfers Out | (1,212,877.00) | - | - | - | - | - | - | - | - | - | - | (1,212,877.00) |
| **Cash on Hand** | **840,915.62** | **802,613.29** | **351,229.87** | **16,616.78** | **6,125.44** | **-** | **-** | **-** | **-** | **-** | **11.77** | **2,017,512.77** |



**FORM 425C Exhibit E**
**Total Payables**

*For various reasons, Free Speech Systems LLC has not kept its books on the accrual basis of*
*accounting and as a result there is not a traditional accounts payable list available at this*
*time.  Free Speech Systems has kept books on the cash basis and virtually all bills are paid via*
*ACH.  We are including the invoices / bills paid / checks cleared from the 1st to the 15th of*
*the following month as a reasonable estimate of our payables at the date of the report.*

*As of October 31, 2022*

| From | Amount | Due Date | From | Amount | Due Date |
|---|---|---|---|---|---|
| Blue Ascension | 49,999.99 | 11/1/2022 | Waste Connections | 2,099.92 | 11/7/2022 |
| ACH Ops Expense | 13.12 | 11/1/2022 | Travelers | 2,275.06 | 11/8/2022 |
| Complete Controller | 150.00 | 11/1/2022 | Spectrum | 180.14 | 11/9/2022 |
| ACH Ops Expense | 363.54 | 11/1/2022 | ACH Ops Expense | 3,500.00 | 11/9/2022 |
| ACH Ops Expense | 373.46 | 11/1/2022 | ACH Ops Expense | 5,863.00 | 11/9/2022 |
| ACH Ops Expense | 738.80 | 11/1/2022 | ACH Ops Expense | 7,000.00 | 11/9/2022 |
| Orkin Pest Control | 785.91 | 11/1/2022 | Blue Ascension | 11,960.01 | 11/9/2022 |
| ACH Ops Expense | 970.00 | 11/1/2022 | Blue Ascension | 49,999.99 | 11/9/2022 |
| ACH Ops Expense | 5,504.47 | 11/1/2022 | ADT Security | 9.44 | 11/10/2022 |
| Austin Security | 5,791.38 | 11/1/2022 | ADT Security | 10.28 | 11/10/2022 |
| Add Shoppers Inc | 5,978.00 | 11/1/2022 | ADT Security | 20.45 | 11/10/2022 |
| City of Austin | 6,413.00 | 11/1/2022 | ADT Security | 20.45 | 11/10/2022 |
| The Hartford | 7,093.30 | 11/1/2022 | ADT Security | 58.94 | 11/10/2022 |
| ACH Ops Expense | 9,367.26 | 11/1/2022 | ADT Security | 64.22 | 11/10/2022 |
| ACH Ops Expense | 16,378.64 | 11/1/2022 | ADT Security | 66.08 | 11/10/2022 |
| ACH Ops Expense | 27,000.00 | 11/1/2022 | ADT Security | 69.18 | 11/10/2022 |
| E Commerce CDN | 27,270.00 | 11/1/2022 | ADT Security | 69.18 | 11/10/2022 |
| ACH Ops Expense | 82,501.19 | 11/1/2022 | ADT Security | 72.02 | 11/10/2022 |
| ACH Ops Expense | 33.88 | 11/2/2022 | ADT Security | 102.06 | 11/10/2022 |
| DS Waters of America | 278.41 | 11/2/2022 | ADT Security | 102.06 | 11/10/2022 |
| Verizon | 438.24 | 11/2/2022 | ADT Security | 126.76 | 11/10/2022 |
| Waste Connections | 4,199.84 | 11/2/2022 | ADT Security | 126.76 | 11/10/2022 |
| Authnet Gateway | 8,285.20 | 11/2/2022 | ADT Security | 830.10 | 11/10/2022 |
| ACH Ops Expense | 50,000.00 | 11/2/2022 | ADT Security | 830.10 | 11/10/2022 |
| ACH Ops Expense | 52,907.19 | 11/2/2022 | ADT Security | 1,411.18 | 11/10/2022 |
| Lathem Time Corp | 138.64 | 11/3/2022 | ADT Security | 1,411.18 | 11/10/2022 |
| Complete Controller | 1,835.00 | 11/3/2022 | Complete Controller | 93.75 | 11/14/2022 |
| Norm Pattis | 80,000.00 | 11/3/2022 | Quickbooks Online | 213.20 | 11/14/2022 |
| Quickbooks Online | 684.91 | 11/4/2022 | Google | 280.00 | 11/14/2022 |
| AT&T | 2,567.49 | 11/4/2022 | Austin Security | 1,353.13 | 11/14/2022 |
| ACH Ops Expense | 3,000.00 | 11/4/2022 | AXOS Bank | 5,344.17 | 11/14/2022 |
| ACH Ops Expense | 3,200.00 | 11/4/2022 | Austin Security | 5,829.26 | 11/14/2022 |
| ACH Ops Expense | 7,500.00 | 11/4/2022 | Contract Production | 3,200.00 | 11/14/2022 |
| ACH Ops Expense | 15,998.00 | 11/4/2022 | Contract Production | 20,000.00 | 11/14/2022 |
| Haivision | 49,865.00 | 11/4/2022 | Contract Production | 1,500.00 | 11/14/2022 |
| Gracenote Media | 123.58 | 11/4/2022 | Employee Exp Reports | 2,192.33 | 11/15/2022 |
| ACH Ops Expense | 50,000.00 | 11/4/2022 | Add Shoppers Inc | 2,989.00 | 11/15/2022 |
| ACH Ops Expense | 55,000.00 | 11/4/2022 | PQPR | 50,000.00 | 11/15/2022 |
| ACH Ops Expense | 109,300.00 | 11/4/2022 | ACH Ops Expense | 55,000.00 | 11/15/2022 |
|  |  |  | ACH Ops Expense | 254,050.00 | 11/15/2022 |
|  |  |  |  | **1,232,370.84** |  |



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of October 31, 2022*

| From | Amount | Due Date |
|------|--------|----------|
| Processor C | 296,501.49 | 11/1/2022 |
| Processor S | 52,787.32 | 11/2/2022 |
| Processor C | 103,967.42 | 11/3/2022 |
| Processor C | 132,173.49 | 11/4/2022 |
| | **585,429.72** | |



Date 10/31/22
Primary Account  ████████████

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:        FREE SPEECH SYSTEMS, LLC
                      Case 22-60043, Operations

| | | |
|---|---|---|
| Commercial Checking | | Number of Enclosures                        10 |
| Account Number | ████████ | Statement Dates   10/03/22 thru 10/31/22 |
| Previous Balance | 83,956.67 | Days in the statement period            29 |
| 64 Deposits/Credits | ✓1,946,932.31 | Avg Daily Ledger            213,779.31 |
| 61 Checks/Debits | 1,228,275.69 | Avg Daily Collected         213,291.41 |
| Maintenance Fee | .00 | |
| Interest Paid | .00 | |
| Ending Balance | 802,613.29 | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/04 | From DDA *8877,To DDA *8919 | 437,877.00 |
| 10/07 | Wire Transfer Credit | 226,454.26 |
| | ELEVATED SOLUTIONS GROUP LLC | |
| | 3402 CLAWSON RD | |
| | AUSTIN TX 78704 | |
| | CRAWFORD- SECURITY BANK OF CRA | |
| | 20221007K1QJ1N3C000392 | |
| | 20221007MMQFMP9N000135 | |
| | 10071201FT03 | |
| 10/11 | MyDeposit | 24.95 |
| 10/11 | MyDeposit | 26.95 |
| 10/11 | MyDeposit | 39.95 |
| 10/11 | MyDeposit | 40.00 |
| 10/11 | MyDeposit | 50.00 |
| 10/11 | MyDeposit | 50.00 |



Date 10/31/22
Primary Account

Page    2

Commercial Checking                                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/11 | MyDeposit | 59.85 |
| 10/11 | MyDeposit | 60.00 |
| 10/11 | MyDeposit | 100.00 |
| 10/11 | MyDeposit | 104.85 |
| 10/11 | MyDeposit | 118.95 |
| 10/11 | MyDeposit | 120.00 |
| 10/11 | MyDeposit | 130.00 |
| 10/11 | MyDeposit | 144.00 |
| 10/11 | MyDeposit | 150.00 |
| 10/11 | MyDeposit | 161.80 |
| 10/11 | MyDeposit | 175.75 |
| 10/11 | MyDeposit | 177.70 |
| 10/11 | MyDeposit | 194.76 |
| 10/11 | MyDeposit | 260.00 |
| 10/11 | MyDeposit | 278.65 |
| 10/11 | MyDeposit | 370.00 |
| 10/11 | MyDeposit | 400.00 |
| 10/11 | MyDeposit | 440.00 |
| 10/11 | MyDeposit | 490.60 |
| 10/11 | MyDeposit | 499.50 |
| 10/11 | MyDeposit | 500.00 |
| 10/11 | MyDeposit | 522.70 |
| 10/11 | MyDeposit | 542.00 |
| 10/11 | MyDeposit | 602.99 |
| 10/11 | MyDeposit | 621.00 |
| 10/11 | MyDeposit | 803.19 |
| 10/14 | From DDA *8877,To DDA *8919 | 150,000.00 |
| 10/17 | From DDA *8877,To DDA *8919 | 100,000.00 |
| 10/26 | ACCTVERIFY ZOOM.US 888-799- CCD 091000016064485 FREE SPEECH SYSTEMS LL | .09 |
| 10/26 | ACCTVERIFY ZOOM.US 888-799- CCD 091000016772320 FREE SPEECH SYSTEMS LL | .13 |
| 10/27 | MyDeposit | 31.00 |
| 10/27 | MyDeposit | 50.00 |
| 10/27 | MyDeposit | 50.78 |
| 10/27 | MyDeposit | 56.90 |
| 10/27 | MyDeposit | 70.00 |
| 10/27 | MyDeposit | 80.00 |
| 10/27 | MyDeposit | 80.00 |



Date 10/31/22
Primary Account

Page    2

Commercial Checking          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/27 | MyDeposit | 100.00 |
| 10/27 | MyDeposit | 110.00 |
| 10/27 | MyDeposit | 110.99 |
| 10/27 | MyDeposit | 125.00 |
| 10/27 | MyDeposit | 131.42 |
| 10/27 | MyDeposit | 169.92 |
| 10/27 | MyDeposit | 184.35 |
| 10/27 | MyDeposit | 189.69 |
| 10/27 | MyDeposit | 210.75 |
| 10/27 | MyDeposit | 222.65 |
| 10/27 | MyDeposit | 260.70 |
| 10/27 | MyDeposit | 285.00 |
| 10/27 | MyDeposit | 417.82 |
| 10/27 | MyDeposit | 420.00 |
| 10/27 | MyDeposit | 455.12 |
| 10/27 | MyDeposit | 2,076.80 |
| 10/28 | From DDA *8877,To DDA *8919 | 100,000.00 |
| 10/28 | From DDA *8877,To DDA *8919 | 300,000.00 |
| 10/31 | TP RES REL M MERCHANT | 618,451.80 |
|  | CCD 08410676Ø114619 |  |
|  | (INFOWARS/ALEX JONES |  |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/04 | PAYMENTS    LATHEM TIME CORP | 134.32- |
|  | CCD 062000014230228 |  |
|  | FREE SPEECH SYSTEMS LL |  |
| 10/04 | BILLING    AUTHNET GATEWAY | 4,698.40- |
|  | CCD 104000017372795 |  |
|  | FREE SPEECH SYSTEMS, L |  |
| 10/04 | DBT CRD 1120 10/03/22 88242770 | 173.23- |
|  | INTUIT *QBooks Online |  |
|  | CL.INTUIT.COM CA C#2172 |  |
| 10/05 | PHONECHECK HASTINGSHUMANS | 169.95- |
|  | TEL 091000010758436 |  |
| 10/05 | SPECTRUM    SPECTRUM | 180.14- |
|  | WEB 021000022691930 |  |



Date 10/31/22
Primary Account    Page     4

Commercial Checking                              (Continued)

| Date | Description | Amount |
|------|-------------|--------|
| | FREE SPEECH SYSTEMS LL 9535445 | |
| 10/05 | Monthly    FREESPEECHOP PPD 122287250000153 | 1,200.00- |
| | FREESPEECHOP | |
| 10/05 | Monthly    FREESPEECHOP CCD 122287250000095 | 2,032.50- |
| | FREESPEECHOP | |
| 10/05 | PHONECHECK HASTINGSHUMANS TEL 091000010758435 | 5,245.80- |
| 10/05 | SALE       ATOMIAL LLC CCD 021000023817157 | 25,200.00- |
| | FREE SPEECH SYSTEMS | |
| 10/05 | Monthly    FREESPEECHOP CCD 122287250000839 | 238,382.48- |
| | FREESPEECHOP | |
| 10/05 | Domestic Wire Transfer-DL ADP Total Source 021000021 304238112 10200 Sunset Drive Miami FL 33173 UNITED STATES JP Morgan Chase 9I-191403 20221005MMQFMP9N000136 20221005B1QGC01R051183 10051345FT03 | 185,264.31- |
| 10/06 | SALE       AUSTIN SECURITY CCD 021000022812131 | 4,162.21- |
| | FREE SPEECH SYSTEMS | |
| 10/07 | Monthly    FREESPEECHOP PPD 122287250000894 | 5,875.00- |
| | FREESPEECHOP | |
| 10/11 | QBooks Onl 18004INTUIT CCD 021000020774609 | 213.20- |
| | FREE SPEECH SYSTEMS LL | |
| 10/12 | Monthly    FREESPEECHOP CCD 122287250000224 | 8,743.36- |
| | FREESPEECHOP | |



Date 10/31/22          Page      5
Primary Account     ████████████

Commercial Checking          ████████████  ontinued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/14 | Monthly    FREESPEECHOP<br>CCD 122287250000258<br>FREESPEECHOP | 75,834.54- |
| 10/17 | Monthly    FREESPEECHOP<br>PPD 122287250000397<br>FREESPEECHOP | 1,600.00- |
| 10/17 | SALE     ECOMMERCE CDN LL<br>CCD 021000023086900<br>NULL IWHEALTH | 27,270.00- |
| 10/17 | Monthly    FREESPEECHOP<br>PPD 122287250000379<br>FREESPEECHOP | 50,000.00- |
| 10/17 | Monthly    FREESPEECHOP<br>CCD 122287250000351<br>FREESPEECHOP | 75,834.54- |
| 10/18 | Monthly    FREESPEECHOP<br>PPD 122287250000122<br>FREESPEECHOP | 1,450.00- |
| 10/18 | Monthly    FREESPEECHOP<br>PPD 122287250000168<br>FREESPEECHOP | 8,000.00- |
| 10/18 | PHONECHECK HASTINGSHUMANS<br>TEL 091000018607228 | 8,610.81- |
| 10/18 | Domestic Wire Transfer-DL<br>Norman A Pattix<br>011103093<br>4392610957<br>383 Orange Street, First Floor<br>New Haven, CT 06511 UNITED STA<br>TD Bank<br>20221018MMQFMP9N000003<br>20221018MMQFMPYQ002995<br>10181114FT03 | 80,000.00- |
| 10/20 | Monthly    FREESPEECHOP<br>CCD 122287250000412<br>FREESPEECHOP | 49,865.00- |
| 10/21 | Monthli    FREESPEECHOP<br>PPD 122287250000348<br>FREESPEECHOP | 1,200.00- |
| 10/24 | DBT CRD 1238 10/22/22 31137199<br>SHELL SERVICE STATION | 76.18- |



Date 10/31/22          
Primary Account

Commercial Checking          ███████████          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | AUSTIN          TX C#0837 | |
| 10/24 | RECRD MGMT IRON MOUNTAIN | 459.71- |
| | CCD 021000028081707 | |
| | WENDELL °M SCHWARTZ | |
| 10/24 | BILL PYMNT ACHMA VISB | 1,622.16- |
| | WEB 021000029697845 | |
| | ALEXANDER °JONES | |
| | 3277956 | |
| 10/24 | BILL PYMNT ACIMA VISB | 1,637.72- |
| | WEB 021000029697844 | |
| | FREE SPEECH SYSTEMS LL | |
| | 3277955 | |
| 10/24 | PURCHASE    COMPLETECONTROLR | 2,372.83- |
| | PPD 091000011515185 | |
| | JOHN HAARMANN | |
| 10/25 | PHONECHECK HASTINGSHUMANS | 169.95- |
| | TEL 091000017191848 | |
| 10/25 | PHONECHECK HASTINGSHUMANS | 2,337.74- |
| | TEL 091000017191841 | |
| 10/25 | PHONECHECK HASTINGSHUMANS | 9,000.00- |
| | TEL 091000017191840 | |
| 10/26 | ACCTVERIFY ZOOM.US 888-799- | .22- |
| | CCD 091000016303400 | |
| | FREE SPEECH SYSTEMS LL | |
| 10/27 | Monthly    FREESPEECHOP | 1,600.00- |
| | PPD 122287250000087 | |
| | FREESPEECHOP | |
| 10/28 | SALE      AUSTIN SECURITY | 4,578.98- |
| | CCD 021000026893424 | |
| | LLC FREE SPEECH SYSTEM | |
| 10/28 | SALE      AUSTIN SECURITY | 4,768.41- |
| | CCD 021000026893426 | |
| | LLC FREE SPEECH SYSTEM | |
| 10/28 | Monthly    FREESPEECHOP | 6,000.00- |
| | PPD 122287250000569 | |
| | FREESPEECHOP | |
| 10/31 | Monthly    FREESPEECHOP | 255.95- |
| | CCD 122287250000301 | |
| | FREESPEECHOP | |
| 10/31 | DIRECTV    DIRECTV | 423.11- |
| | TEL 021000027496444 | |



Date 10/31/22
Primary Account 

Commercial Checking ████████ (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/31 | Monthly    FREESPEECHOP<br>CCD 122287250000270<br>FREESPEECHOP | 874.66- |
| 10/31 | TELECOMM    GRANDE COMMUNICA<br>WEB 021000027491727<br>WENDELL M *SCHWARTZ<br>5029630 | 1,300.00- |
| 10/31 | SALE       AUSTIN SECURITY<br>CCD 021000027261933<br>FREE SPEECH SYSTEMS | 1,353.13- |
| 10/31 | Monthly    FREESPEECHOP<br>PPD 122287250000700<br>FREESPEECHOP | 1,600.00- |
| 10/31 | Monthly    FREESPEECHOP<br>PPD 122287250000546<br>FREESPEECHOP | 3,500.00- |
| 10/31 | SALE       AUSTIN SECURITY<br>CCD 021000027261935<br>FREE SPEECH SYSTEMS | 4,957.85- |
| 10/31 | SALE       BLUE ASENSION LO<br>CCD 021000027264710<br>FREE SPEECH SYSTEMS | 6,200.01- |
| 10/31 | Monthly    FREESPEECHOP<br>CCD 122287250000243<br>FREESPEECHOP | 24,201.00- |
| 10/31 | Monthly    FREESPEECHOP<br>CCD 122287250000241<br>FREESPEECHOP | 56,637.50- |
| 10/31 | Monthly    FREESPEECHOP<br>CCD 122287250000708<br>FREESPEECHOP | 138,608.76- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 10/31 | 99483893 | 25.00 | 10/24 | 99959368* | 140.26 |
| 10/20 | 99667998* | 2,000.00 | 10/24 | 99960321* | 68.52 |
| 10/13 | 99739887* | 71,286.94 | 10/21 | 99961868* | 41.12 |
| 10/21 | 99947945* | 62.77 | 10/21 | 99962642* | 28.15 |

* Indicates Skip In Check Number Sequence



Date 10/31/22
Primary Account ████████████

Commercial Checking          ████████████ (Continued)

### CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 10/21 | 99968676* | 55.16 | 10/13 | 99999624* | 18,692.11 |

\* Indicates Skip In Check Number Sequence

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/03 | 83,956.67 | 10/13 | 184,894.12 | 10/25 | 35,156.96 |
| 10/04 | 516,827.72 | 10/14 | 259,059.58 | 10/26 | 35,156.96 |
| 10/05 | 59,152.54 | 10/17 | 204,355.04 | 10/27 | 39,445.85 |
| 10/06 | 54,990.33 | 10/18 | 106,294.23 | 10/28 | 424,098.46 |
| 10/07 | 275,569.59 | 10/20 | 54,429.23 | 10/31 | 802,613.29 |
| 10/11 | 283,616.53 | 10/21 | 53,042.03 | | |
| 10/12 | 274,873.17 | 10/24 | 46,664.65 | | |

\*\*\* END OF STATEMENT \*\*\*



Date 10/31/22
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:        FREE SPEECH SYSTEMS, LLC
                      Case 22-60043, Deposit

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates   10/03/22 thru 10/31/22 | |
| Previous Balance | 293,073.70 | Days in the statement period | 29 |
| 16 Deposits/Credits | 1,760,718.92 | Avg Daily Ledger | 603,405.72 |
| 6 Checks/Debits | 1,212,877.00 | Avg Daily Collected | 603,405.72 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 840,915.62 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/03 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20221003K1QJ1N3C001311<br>20221003MMQFMP9N000436<br>10031633FT03 | 94,220.05 |
| 10/04 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20221004K1QJ1N3C000648 | 50,583.51 |



Date 10/31/22
Primary Account ████████

Commercial Checking   ████████   (continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|  | 20221004MMQFMP9N000219 | |
|  | 10041404FT03 | |
| 10/05 | Wire Transfer Credit | 34,191.56 |
|  | AURIAM SERVICES LLC | |
|  | 14425 FALCON HEAD BLVD STE #15 | |
|  | AUSTIN TX 78738 | |
|  | CRAWFORD- SECURITY BANK OF CRA | |
|  | 20221005k1QJ1N3C000824 | |
|  | 20221005MMQFMP9N000203 | |
|  | 10051505FT03 | |
| 10/06 | Wire Transfer Credit | 29,962.91 |
|  | AURIAM SERVICES LLC | |
|  | 14425 FALCON HEAD BLVD STE #15 | |
|  | AUSTIN TX 78738 | |
|  | CRAWFORD- SECURITY BANK OF CRA | |
|  | 20221006k1QJ1N3C000611 | |
|  | 20221006MMQFMP9N000182 | |
|  | 10061359FT03 | |
| 10/07 | Wire Transfer Credit | 47,926.39 |
|  | AURIAM SERVICES LLC | |
|  | 14425 FALCON HEAD BLVD STE #15 | |
|  | AUSTIN TX 78738 | |
|  | CRAWFORD- SECURITY BANK OF CRA | |
|  | 20221007k1QJ1N3C000356 | |
|  | 20221007MMQFMP9N000131 | |
|  | 10071149FT03 | |
| 10/11 | Wire Transfer Credit | 145,358.21 |
|  | AURIAM SERVICES LLC | |
|  | 14425 FALCON HEAD BLVD STE #15 | |
|  | AUSTIN TX 78738 | |
|  | CRAWFORD- SECURITY BANK OF CRA | |
|  | 20221011k1QJ1N3C001156 | |
|  | 20221011MMQFMP9N000344 | |
|  | 10111526FT03 | |
| 10/12 | Wire Transfer Credit | 224,986.97 |
|  | AURIAM SERVICES LLC | |
|  | 14425 FALCON HEAD BLVD STE #15 | |
|  | AUSTIN TX 78738 | |
|  | CRAWFORD- SECURITY BANK OF CRA | |
|  | 20221012k1QJ1N3C000849 | |



Date 10/31/22
Primary Account

Commercial Checking                                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20221012MMQFMP9N000275 10121516FT03 | |
| 10/13 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20221013k1QJ1N3C000991 20221013MMQFMP9N000249 10131542FT03 | 133,947.72 |
| 10/14 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20221014k1QJ1N3C001134 20221014MMQFMP9N000340 10141554FT03 | 252,768.04 |
| 10/17 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20221017K1QJ1N3C000813 20221017MMQFMP9N000266 10171532FT03 | 220,477.99 |
| 10/21 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20221021k1QJ1N3C000536 20221021MMQFMP9N000165 10211310FT03 | 193,592.09 |
| 10/24 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20221024k1QJ1N3C000706 | 37,567.75 |



Date 10/31/22
Primary Account ████████████

Commercial Checking ████████████ (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20221024MMQFMP9N000189 10241451FT03 | |
| 10/26 | Wire Transfer Credit | 65,626.14 |
| | VENDOR PAYMENT 20221026B6B7HU4R006437 20221026MMQFMP9N000067 10261037FT03 | |
| 10/28 | | 66,773.74 |
| | DEBTOR IN POSSESSION; CASE 22- 20221028B6B7HU2R016174 20221028MMQFMP9N000338 10281530FT03 | |
| 10/28 | Wire Transfer Credit | 101,063.91 |
| | VENDOR PAYMENT 20221028B6B7HU3R004382 20221028MMQFMP9N000007 10280447FT03 | |
| 10/31 | Wire Transfer Credit | 61,671.94 |
| | VENDOR PAYMENT 20221031B6B7HU3R033037 20221031MMQFMP9N000486 10311816FT03 | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/04 | From DDA *8877,To DDA *8919 | 437,877.00- |



Date 10/31/22
Primary Account ████████████

Commercial Checking ████████████ tinued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/14 | From DDA *8877,To DDA *8919 | 150,000.00- |
| 10/17 | From DDA *8877,To DDA *8919 | 100,000.00- |
| 10/20 | From DDA *8877,To DDA *8927,Payroll 10/20 | 125,000.00- |
| 10/28 | From DDA *8877,To DDA *8919 | 100,000.00- |
| 10/28 | From DDA *8877,To DDA *8919 | 300,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/03 | 387,293.75 | 10/12 | 482,426.30 | 10/24 | 945,779.89 |
| 10/04 | .26 | 10/13 | 616,374.02 | 10/26 | 1,011,406.03 |
| 10/05 | 34,191.82 | 10/14 | 719,142.06 | 10/28 | 779,243.68 |
| 10/06 | 64,154.73 | 10/17 | 839,620.05 | 10/31 | 840,915.62 |
| 10/07 | 112,081.12 | 10/20 | 714,620.05 | | |
| 10/11 | 257,439.33 | 10/21 | 908,212.14 | | |

*** END OF STATEMENT ***



Date 10/31/22          Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Donations

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates   10/03/22 thru 10/31/22 | |
| Previous Balance | 328,635.26 | Days in the statement period | 29 |
| 69 Deposits/Credits | 22,594.61 | Avg Daily Ledger | 336,230.28 |
| Checks/Debits | .00 | Avg Daily Collected | 335,451.16 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 351,229.87 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/11 | MyDeposit | 11.11 |
| 10/11 | MyDeposit | 20.00 |
| 10/11 | MyDeposit | 50.00 |
| 10/11 | MyDeposit | 50.00 |
| 10/11 | MyDeposit | 300.00 |
| 10/11 | MyDeposit | 300.00 |
| 10/11 | MyDeposit | 500.00 |
| 10/11 | MyDeposit | 500.00 |
| 10/11 | MyDeposit | 500.00 |
| 10/11 | MyDeposit | 1,000.00 |
| 10/17 | MyDeposit | 5.00 |
| 10/17 | MyDeposit | 10.00 |
| 10/17 | MyDeposit | 10.00 |
| 10/17 | MyDeposit | 10.00 |
| 10/17 | MyDeposit | 10.00 |



Date 10/31/22
Primary Account

Page ▓▓▓▓ 2

Commercial Checking ▓▓▓▓▓▓ (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/17 | MyDeposit | 10.00 |
| 10/17 | MyDeposit | 20.00 |
| 10/17 | MyDeposit | 20.00 |
| 10/17 | MyDeposit | 20.00 |
| 10/17 | MyDeposit | 25.00 |
| 10/17 | MyDeposit | 30.00 |
| 10/17 | MyDeposit | 44.67 |
| 10/17 | MyDeposit | 50.00 |
| 10/17 | MyDeposit | 50.00 |
| 10/17 | MyDeposit | 50.00 |
| 10/17 | MyDeposit | 50.00 |
| 10/17 | MyDeposit | 60.00 |
| 10/17 | MyDeposit | 75.00 |
| 10/17 | MyDeposit | 100.00 |
| 10/17 | MyDeposit | 100.00 |
| 10/17 | MyDeposit | 100.00 |
| 10/17 | MyDeposit | 100.00 |
| 10/17 | MyDeposit | 100.00 |
| 10/17 | MyDeposit | 100.00 |
| 10/17 | MyDeposit | 100.00 |
| 10/17 | MyDeposit | 100.00 |
| 10/17 | MyDeposit | 100.00 |
| 10/17 | MyDeposit | 200.00 |
| 10/17 | MyDeposit | 200.00 |
| 10/17 | MyDeposit | 280.00 |
| 10/17 | MyDeposit | 428.83 |
| 10/17 | MyDeposit | 500.00 |
| 10/17 | MyDeposit | 500.00 |
| 10/17 | MyDeposit | 2,000.00 |
| 10/27 | MyDeposit | 10.00 |
| 10/27 | MyDeposit | 10.00 |
| 10/27 | MyDeposit | 10.00 |
| 10/27 | MyDeposit | 15.00 |
| 10/27 | MyDeposit | 20.00 |
| 10/27 | MyDeposit | 20.00 |
| 10/27 | MyDeposit | 20.00 |
| 10/27 | MyDeposit | 20.00 |
| 10/27 | MyDeposit | 25.00 |
| 10/27 | MyDeposit | 30.00 |
| 10/27 | MyDeposit | 50.00 |
| 10/27 | MyDeposit | 50.00 |



Date 10/31/22
Primary Account 

Commercial Checking                          ███████        (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/27 | MyDeposit | 50.00 |
| 10/27 | MyDeposit | 60.00 |
| 10/27 | MyDeposit | 65.00 |
| 10/27 | MyDeposit | 100.00 |
| 10/27 | MyDeposit | 100.00 |
| 10/27 | MyDeposit | 100.00 |
| 10/27 | MyDeposit | 100.00 |
| 10/27 | MyDeposit | 200.00 |
| 10/27 | MyDeposit | 250.00 |
| 10/27 | MyDeposit | 500.00 |
| 10/27 | MyDeposit | 1,000.00 |
| 10/27 | MyDeposit | 1,000.00 |
| 10/27 | MyDeposit | 10,000.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 10/03 | 328,635.26 | 10/17 | 337,424.87 |
| 10/11 | 331,866.37 | 10/27 | 351,229.87 |

*** END OF STATEMENT ***



Date 10/31/22          Page     1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Payroll

| | | |
|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates  10/03/22 thru 10/31/22 |
| Previous Balance | 10,742.56 | Days in the statement period | 29 |
| 9 Deposits/Credits | 151,260.62 | Avg Daily Ledger | 19,194.78 |
| 9 Checks/Debits | 145,386.40 | Avg Daily Collected | 19,194.78 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 16,616.78 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/12 | VERIFYQBW   INTUIT<br>PPD 021000025434587<br>IWHEALTH, LLC | .18 |
| 10/12 | VERIFYQBW   INTUIT<br>PPD 021000025434588<br>IWHEALTH, LLC | .18 |
| 10/13 | ACH        ADP TOTALSOURCE<br>CCD 021000020536728<br>EV4-511830278-Free Spe | 4,153.41 |
| 10/17 | ACH        ADP TOTALSOURCE<br>CCD 021000028163795<br>921438-Free Speech Sys | 2,190.21 |
| 10/20 | From DDA *8877,To DDA *8927,Pa<br>yroll 10/20 | 125,000.00 |
| 10/25 | ACH Credit Back Item | 4,979.16 |



Date 10/31/22
Primary Account



Commercial Checking     ▇▇▇▇▇▇▇     (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/25 | REVERSAL    FREESPEECHPAYR<br>PPD 122287250000431<br>FREESPEECHPAYR | 4,979.16 |
| 10/25 | REVERSAL    FREESPEECHPAYR<br>PPD 122287250000433<br>FREESPEECHPAYR | 4,979.16 |
| 10/26 | ACH Credit Back Item | 4,979.16 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/12 | VERIFYQBW   INTUIT<br>PPD 021000025435108<br>IWHEALTH, LLC | .36- |
| 10/18 | ACH        ADP TOTALSOURCE<br>CCD 021000022800645<br>929225-Free Speech Sys | 475.86- |
| 10/21 | Payroll    FREESPEECHPAYR<br>PPD 122287250000599<br>FREESPEECHPAYR | 92.25- |
| 10/21 | Payroll    FREESPEECHPAYR<br>PPD 122287250000290<br>FREESPEECHPAYR | 2,651.73- |
| 10/21 | Payroll    FREESPEECHPAYR<br>PPD 122287250000251<br>FREESPEECHPAYR | 122,249.56- |
| 10/24 | Payroll    FREESPEECHPAYR<br>PPD 122287250000453<br>FREESPEECHPAYR | 4,979.16- |
| 10/26 | Payroll    FREESPEECHPAYR<br>PPD 122287250000435<br>FREESPEECHPAYR | 4,979.16- |
| 10/27 | ACH Chargeback | 4,979.16- |
| 10/27 | ACH Chargeback | 4,979.16- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/03 | 10,742.56 | 10/12 | 10,742.56 | 10/13 | 14,895.97 |



Date 10/31/22          Page      2
Primary Account

Commercial Checking                          (Continued)

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/17 | 17,086.18 | 10/21 | 16,616.78 | 10/26 | 26,575.10 |
| 10/18 | 16,610.32 | 10/24 | 11,637.62 | 10/27 | 16,616.78 |
| 10/20 | 141,610.32 | 10/25 | 26,575.10 | | |

*** END OF STATEMENT ***



Date 10/31/22         Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates  10/03/22 thru 10/31/22 | |
| Previous Balance | 6,125.44 | Days in the statement period | 29 |
| Deposits/Credits | .00 | Avg Daily Ledger | 6,125.44 |
| Checks/Debits | .00 | Avg Daily Collected | 6,125.44 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 6,125.44 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 10/03 | 6,125.44 |

*** END OF STATEMENT ***



Date 10/31/22
Primary Account 

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Legal

| Commercial Checking | | umber of Enclosures | 0 |
|---|---|---|---|
| Account Number | | tatement Dates  10/03/22 thru 10/31/22 | |
| Previous Balance | | ays in the statement period | 29 |
| Deposits/Credits | .00 | Avg Daily Ledger | .00 |
| Checks/Debits | .00 | Avg Daily Collected | .00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 10/03 | .00 |

\*\*\* END OF STATEMENT \*\*\*