**Fill in this information to identify the case:**

Debtor Name  Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-60043

XⅩ Check if this is an amended filing  **

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  September 2022

Date report filed:  12/16/2022
MM / DD / YYYY

Line of business:  Dietary Supplement Sales

NAISC code:  325411

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  J. Patrick Magill

Original signature of responsible party

Printed name of responsible party  J. Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? *** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

** **Amended to more securely redact attachments.  No substantive changes were made.**

Debtor Name  Free Speech Systems LLC                                    Case number  22-60043

---

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

*** NOTE 1 *** We provide consignment sales services to PQPR

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 1,964,252.0

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 1,051,830.0

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 2,293,537.0

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -1,241,707.

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 722,545.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ 557,506.00

*(Exhibit E)*

---

Debtor Name  Free Speech Systems LLC                                    Case number  22-60043

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                $ 178,995.00

   *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?            54
27. What is the number of employees as of the date of this monthly report?   49

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0.00
30. How much have you paid this month in other professional fees?   $ 150,000.00
31. How much have you paid in total other professional fees since filing the case?   $ 150,000.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 1,051,830.0 | − | $ 1,051,830.0 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 2,293,537.0 | − | $ 2,293,537.0 | = | $ 0.00 |
| 34. **Net cash flow** | $ -1,241,707. | − | $ -1,241,537. | = | $ 0.00 |

35. Total projected cash receipts for the next month:                    $ 2,648,712.0
36. Total projected cash disbursements for the next month:             − $ 1,353,745.0
37. Total projected net cash flow for the next month:                  = $ 1,294,967.0

---

Debtor Name **Free Speech Systems LLC**

Case number 22-60043

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print     Save As...     Reset



| | AXOS Deposits #78877 | AXOS Operating #78919 | AXOS Donations #78885 | AXOS Payroll #78927 | AXOS Infowars #78893 | AXOS Legal #78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **September 1 to September 30** | | | | | | | | | | | | |
| **Opening Balance** | 66,713.60 | 1,381,667.57 | 501,229.62 | 8,504.27 | 6,125.44 | - | - | - | - | - | 11.77 | 1,964,252.27 |
| Cash Receipts | 825,360.10 | 20,579.60  (t | 107,393.20 | 98,497.49 | - | - | - | - | - | - | - | 1,051,830.39 |
| Cash Disbursements | - | (2,012,290.50) | (279,987.56) | (1,259.20) | - | - | - | - | - | - | - | (2,293,537.26) |
| **Net Cash Flow** | 825,360.10 | (1,991,710.90) | (172,594.36) | 97,238.29 | - | - | - | - | - | - | - | (1,241,706.87) |
| Transfers In | - | 706,000.00 | - | - | - | - | - | - | - | - | - | 706,000.00 |
| Transfers Out | (599,000.00) | (12,000.00) | - | (95,000.00) | - | - | - | - | - | - | - | (706,000.00) |
| Cash on Hand | 293,073.70 | 83,956.67 | 328,635.26 | 10,742.56 | 6,125.44 | - | - | - | - | - | 11.77 | 722,545.40 |



**FORM 425C Exhibit E**
**Total Payables**

*For various reasons, Free Speech Systems LLC has not kept its books on the accrual basis of accounting and as a result there is not a traditional accounts payable list available at this time. Free Speech Systems has kept books on the cash basis and virtually all bills are paid via ACH. We are including the invoices / bills paid / checks cleared from the 1st to the 15th of the following month as a reasonable estimate of our payables at the date of the report.*

*As of September 30, 2022*

| From | Amount | Due Date |
|------|-------:|----------|
| Lathem Time Corp | 134.32 | 10/4/2022 |
| AuthNet Gateway | 4,698.40 | 10/4/2022 |
| Quickbooks Online | 173.23 | 10/4/2022 |
| Hasting Humans | 169.95 | 10/5/2022 |
| Spectrum | 180.14 | 10/5/2022 |
| ACH Batch Ops Exp | 1,200.00 | 10/5/2022 |
| ACH Batch Ops Exp | 2,032.50 | 10/5/2022 |
| Hastings Humans | 5,245.80 | 10/5/2022 |
| Atomial | 25,200.00 | 10/5/2022 |
| Cloudflare | 63,320.40 | 10/5/2022 |
| Haivision | 107,532.76 | 10/5/2022 |
| ATX HD | 20,671.00 | 10/5/2022 |
| Stream Realty | 34,858.32 | 10/5/2022 |
| Security Metrics | 12,000.00 | 10/5/2022 |
| ADP - Payroll | 185,264.31 | 10/5/2022 |
| Austion Security | 4,162.21 | 10/6/2022 |
| Contract Production | 3,425.00 | 10/7/2022 |
| Contract Production | 2,450.00 | 10/7/2022 |
| Quickbooks Online | 213.20 | 10/11/2022 |
| Champion AC | 494.70 | 10/12/2022 |
| Austin Security | 8,248.66 | 10/12/2022 |
| Edgecast Inc | 5,860.00 | 10/12/2022 |
| Getty Images | 9,854.54 | 10/12/2022 |
| TrustArc Inc | 16,789.50 | 10/12/2022 |
| Skyhorse Publishing | 43,327.50 | 10/12/2022 |
| | **557,506.44** | |



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of September 30, 2022*

| From | Amount | Due Date |
|------|--------|----------|
| Processor A | 94,220.05 | 10/3/2022 |
| Processor A | 50,583.51 | 10/4/2022 |
| Processor A | 34,191.56 | 10/5/2022 |
| | **178,995.12** | |



Date  9/30/22        Page        1
Primary Account     ███████████

FREE SPEECH SYSTEMS, LLC
Debtor in Possesion,
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Debtor in Possesion,
                        Case 22-60043, Operations

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 3 |
| Account Number | ███████ | Statement Dates  9/01/22 thru 10/02/22 | |
| Previous Balance | 1,381,667.57 | Days in the statement period | 32 |
| 87 Deposits/Credits | 726,579.60 | Avg Daily Ledger | 444,820.74 |
| 105 Checks/Debits | 2,024,272.50 | Avg Daily Collected | 444,294.02 |
| Maintenance Fee | 18.00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 83,956.67 | | |

## SERVICE CHARGE ITEMIZATION

| Description | Amount |
|---|---|
| Item Fee in Service Charge | 18.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/01 | From DDA *8877,To DDA *8919 | 60,000.00 |
| 9/02 | PAYMENT    GOOGLE | .19 |
| | CCD 091000011398133 | |
| | Free Speech Systems, L | |
| 9/07 | From DDA *8877,To DDA *8919 | 180,000.00 |
| 9/07 | MyDeposit | 24.95 |
| 9/07 | MyDeposit | 30.00 |
| 9/07 | MyDeposit | 35.00 |



Date  9/30/22
Primary Account

Page 2

Commercial Checking                         (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 9/07 | MyDeposit | 36.99 |
| 9/07 | MyDeposit | 70.00 |
| 9/07 | MyDeposit | 74.97 |
| 9/07 | MyDeposit | 80.90 |
| 9/07 | MyDeposit | 86.98 |
| 9/07 | MyDeposit | 88.89 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 108.80 |
| 9/07 | MyDeposit | 110.99 |
| 9/07 | MyDeposit | 115.92 |
| 9/07 | MyDeposit | 116.89 |
| 9/07 | MyDeposit | 120.00 |
| 9/07 | MyDeposit | 120.82 |
| 9/07 | MyDeposit | 124.94 |
| 9/07 | MyDeposit | 125.00 |
| 9/07 | MyDeposit | 135.00 |
| 9/07 | MyDeposit | 135.00 |
| 9/07 | MyDeposit | 137.98 |
| 9/07 | MyDeposit | 140.99 |
| 9/07 | MyDeposit | 150.00 |
| 9/07 | MyDeposit | 150.00 |
| 9/07 | MyDeposit | 151.80 |
| 9/07 | MyDeposit | 183.55 |
| 9/07 | MyDeposit | 200.00 |
| 9/07 | MyDeposit | 200.00 |
| 9/07 | MyDeposit | 227.00 |
| 9/07 | MyDeposit | 250.00 |
| 9/07 | MyDeposit | 274.95 |
| 9/07 | MyDeposit | 295.00 |
| 9/07 | MyDeposit | 303.44 |
| 9/07 | MyDeposit | 321.36 |
| 9/07 | MyDeposit | 463.82 |
| 9/07 | MyDeposit | 500.00 |
| 9/07 | MyDeposit | 1,968.53 |
| 9/08 | REVERSAL    FREESPEECHOP | 3,000.00 |
|      | PPD 122287250000637 | |



Date  9/30/22            Page     3
Primary Account

Commercial Checking                     (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | FREESPEECHOP | |
| 9/12 | ACH Credit Back Item | 3,000.00 |
| 9/12 | From DDA *8877,To DDA *8919 | 120,000.00 |
| 9/13 | From DDA *8877,To DDA *8919 | 55,000.00 |
| 9/14 | ACH Credit Back Item | 3,724.24 |
| 9/14 | Wire Transfer Credit | 3,000.00 |
|      | ECD UNPOST SUSP | |
|      | 20220914B1QGCO5C006277 | |
|      | 20220914MMQFMP9N000109 | |
|      | 09141120FT03 | |
| 9/15 | ACH Credit Back Item | 3,000.00 |
| 9/19 | From DDA *8877,To DDA *8919 | 90,000.00 |
| 9/19 | From DDA *8877,To DDA *8919 | 94,000.00 |
| 9/19 | From DDA *8927,To DDA *8919 | 95,000.00 |
| 9/20 | MyDeposit | 79.35 |
| 9/20 | MyDeposit | 85.97 |
| 9/20 | MyDeposit | 111.99 |
| 9/20 | MyDeposit | 118.00 |
| 9/20 | MyDeposit | 149.55 |
| 9/20 | MyDeposit | 149.95 |
| 9/20 | MyDeposit | 203.21 |
| 9/20 | MyDeposit | 225.00 |
| 9/20 | MyDeposit | 248.79 |
| 9/20 | MyDeposit | 328.81 |
| 9/20 | MyDeposit | 345.06 |
| 9/20 | MyDeposit | 388.85 |
| 9/20 | MyDeposit | 390.34 |
| 9/20 | MyDeposit | 848.43 |
| 9/20 | MyDeposit | 2,013.57 |
| 9/27 | MyDeposit | 24.95 |
| 9/27 | MyDeposit | 29.00 |
| 9/27 | MyDeposit | 30.00 |
| 9/27 | MyDeposit | 77.90 |
| 9/27 | MyDeposit | 82.90 |
| 9/27 | MyDeposit | 100.00 |
| 9/27 | MyDeposit | 110.99 |
| 9/27 | MyDeposit | 111.76 |
| 9/27 | MyDeposit | 137.91 |
| 9/27 | MyDeposit | 144.65 |
| 9/27 | MyDeposit | 171.22 |
| 9/27 | MyDeposit | 174.96 |



Date  9/30/22
Primary Account

Commercial Checking █████████ (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 9/27 | MyDeposit | 178.27 |
| 9/27 | MyDeposit | 193.84 |
| 9/27 | MyDeposit | 286.70 |
| 9/27 | MyDeposit | 339.78 |
| 9/27 | MyDeposit | 400.00 |
| 9/27 | MyDeposit | 413.01 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/01 | DBT CRD 1623 08/31/22 69850016 AMZN Mktp US*144NN5VE3 Amzn.com/bill WA C#2164 | 103.26- |
| 9/02 | Debit Card Rush Order | 50.00- |
| 9/02 | PHONECHECK HASTINGSHUMANS TEL 091000011175151 | 169.95- |
| 9/02 | Epik        FREESPEECHOP CCD 122287250000344 FREESPEECHOP | 636.05- |
| 9/02 | PAYMENTS   FROST INSURANCE CCD 104000019653615 FREE SPEECH SYSTEMS, L | 2,704.02- |
| 9/02 | PHONECHECK HASTINGSHUMANS TEL 091000011175150 | 5,245.80- |
| 9/06 | DBT CRD 0331 09/04/22 06775433 FDCSERVERSN 312-423-6675  FL C#2164 | 555.34- |
| 9/06 | 4155203439 TrustArc WEB 242071756045820 Free Speech Systems | 1,221.46- |
| 9/06 | PHONECHECK HASTINGSHUMANS TEL 091000011948441 | 2,018.58- |
| 9/06 | SALE        AUSTIN SECURITY WEB 021000028716398 WENDELL M SCHWARTZ | 5,412.50- |
| 9/06 | BILLING    AUTHNET GATEWAY CCD 104000012912118 FREE SPEECH SYSTEMS, L | 8,198.60- |
| 9/06 | PHONECHECK HASTINGSHUMANS TEL 091000011948440 | 9,499.99- |



Date  9/30/22
Primary Account 

| Commercial Checking | | (Continued) |
|---|---|---|

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 9/06 | PHONECHECK HASTINGSHUMANS<br>TEL 091000011948439 | 9,500.00- |
| 9/06 | SALE      ATOMIAL LLC<br>WEB 021000028716319<br>LLC FREE SPEECH SYSTEM | 25,200.00- |
| 9/06 | Skyhorse3  FREESPEECHOP<br>CCD 122287250000048<br>FREESPEECHOP | 100,000.00- |
| 9/06 | Bill Pay   FREESPEECHOP<br>CCD 122287250000022<br>FREESPEECHOP | 137,134.34- |
| 9/06 | DBT CRD 1328 09/02/22 65045325<br>ZOOM.US 888-799-9666<br>WWW.ZOOM.US   CA C#2164 | 159.48- |
| 9/06 | Domestic Wire Transfer-DL<br>Skyhorse Publishing, Inc.<br>021000021<br>716503237765<br>307 W 36th Street, 11th Floor<br>New York, NY 10018 UNITED STAT<br>JPMORGAN CHASE BAN<br>2nd payment on books<br>20220906MMQFMP9N000008<br>20220906B1QGC01R017622<br>09060800FT03 | 80,000.00- |
| 9/06 | Domestic Wire Transfer-DL<br>Skyhorse Publishing, Inc.<br>021000021<br>716503237765<br>307 W 36th Street, 11th Floor<br>New York, NY 10018 UNITED STAT<br>JPMORGAN CHASE BAN<br>Retry rejected payment<br>on book order<br>20220906MMQFMP9N000010<br>20220906B1QGC01R017638<br>09060800FT03 | 80,000.00- |
| 9/07 | PAYMENT    ADT<br>PPD 101000691278790<br>FREE SPEECH SYSTEMS | 9.44- |



Date  9/30/22
Primary Account 

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/07 | PAYMENT     ADT<br>PPD 101000691278796<br>FREE SPEECH SYSTEMS | 20.45– |
| 9/07 | PAYMENT     ADT<br>PPD 101000691278789<br>FREE SPEECH SYSTEMS | 58.94– |
| 9/07 | PAYMENT     ADT<br>PPD 101000691278788<br>FREE SPEECH SYSTEMS | 66.08– |
| 9/07 | PAYMENT     ADT<br>PPD 101000691278794<br>FREE SPEECH SYSTEMS | 69.18– |
| 9/07 | PAYMENT     ADT<br>PPD 101000691278793<br>FREE SPEECH SYSTEMS | 102.06– |
| 9/07 | PAYMENT     ADT<br>PPD 101000691278791<br>FREE SPEECH SYSTEMS | 126.76– |
| 9/07 | PAYMENT     ADT<br>PPD 101000691278787<br>FREE SPEECH SYSTEMS | 270.63– |
| 9/07 | PAYMENT     ADT<br>PPD 101000691278795<br>FREE SPEECH SYSTEMS | 830.10– |
| 9/07 | PAYMENT     ADT<br>PPD 101000691278792<br>FREE SPEECH SYSTEMS | 1,411.18– |
| 9/07 | WEBPAYMENT ADDSHOPPERSINC<br>WEB 091000017804646<br>WENDELL M SCHWARTZ | 2,989.00– |
| 9/07 | Bill Pay   FREESPEECHOP<br>PPD 122287250000085<br>FREESPEECHOP | 10,000.00– |
| 9/07 | BAL         FREESPEECHOP<br>CCD 122287250001069<br>FREESPEECHOP | 50,000.00– |
| 9/07 | Domestic Wire Transfer-DL<br>Cloudflare, Inc.<br>031100209<br>31460181 | 124,162.64– |



Date  9/30/22      Page      7
Primary Account ███████████

Commercial Checking      ██████████   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|  | 101 Townsend St | |
|  | San Francisco, CA 94107 UNITED | |
|  | CITIBANK, N.A. | |
|  | 20220907MMQFMP9N000065 | |
|  | 20220907B1Q8021R019558 | |
|  | 09071146FT03 | |
| 9/07 | Domestic Wire Transfer-DL | 164,922.52- |
|  | Cloudflare, Inc. | |
|  | 031100209 | |
|  | 31460181 | |
|  | 101 Townsend St | |
|  | San Francisco, CA 94107 UNITED | |
|  | CITIBANK, N.A. | |
|  | 20220907MMQFMP9N000067 | |
|  | 20220907B1Q8021R019564 | |
|  | 09071146FT03 | |
| 9/08 | DBT CRD 1259 09/07/22 47587713 | 566.04- |
|  | EPIK | |
|  | 425-3668810   WA C#2164 | |
| 9/08 | DBT CRD 1300 09/07/22 48590300 | 699.60- |
|  | EPIK | |
|  | 425-3668810   WA C#2164 | |
| 9/08 | Surv X-3   FREESPEECHOP | 147,823.61- |
|  | CCD 122287250000388 | |
|  | FREESPEECHOP | |
| 9/08 | Domestic Wire Transfer-DL | 177,767.36- |
|  | ADP Total Source | |
|  | 021000021 | |
|  | 304238112 | |
|  | 10200 Sunset Drive | |
|  | Miami | |
|  | FL 33173 UNITED STATES | |
|  | JP Morgan Chase | |
|  | 20220908MMQFMP9N000023 | |
|  | 20220908B1QGC01R030299 | |
|  | 09081010FT03 | |
| 9/09 | Int Fee 1205 09/09/22 99277906 | .31- |
|  | 1PASSWORD | |
|  | TORONTO      00 C# 2164 | |



Date 9/30/22
Primary Account

Page 8

Commercial Checking ▮▮▮▮▮▮ (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/09 | SPECTRUM    SPECTRUM<br>PPD 021000021931034<br>FREE SPEECH SYSTEMS LL | 180.14- |
| 9/09 | MSInvoice  DS WATERS OF AME<br>WEB 042000015812643<br>Wendell M Schwartz<br>937914222078336 | 932.37- |
| 9/09 | DBT CRD 1138 09/08/22 99277906<br>1PASSWORD<br>TORONTO     CD C#2164 | 31.42- |
| 9/12 | DBT CRD 1454 09/09/22 16485483<br>TEXASGASSERVICE<br>800-700-2443  OK C#2164 | 85.82- |
| 9/12 | DBT CRD 1448 09/08/22 12852223<br>AWIO WEB SERVICES, LLC<br>267-2803589   PA C#2164 | 209.00- |
| 9/12 | QBooks Onl 18004INTUIT<br>CCD 021000021623759<br>FREE SPEECH SYSTEMS LL | 213.20- |
| 9/12 | RECRD MGMT IRON MOUNTAIN<br>CCD 021000025981777<br>WENDELL *M SCHWARTZ | 276.40- |
| 9/12 | ACH       FREESPEECHOP<br>PPD 122287250000306<br>FREESPEECHOP | 1,094.00- |
| 9/12 | ACH       FREESPEECHOP<br>PPD 122287250000611<br>FREESPEECHOP | 3,000.00- |
| 9/12 | SALE     AUSTIN SECURITY<br>WEB 021000020762817<br>WENDELL M SCHWARTZ | 3,821.23- |
| 9/12 | AUTO PAY  Level 3 Communic<br>CCD 091000012703405<br>FRESPESYS | 8,437.40- |
| 9/12 | AUTO PAY  Level 3 Communic<br>CCD 091000012703404<br>FRESPESYS | 10,569.51- |
| 9/12 | SALE     ECOMMERCE CDN LL<br>WEB 021000020798551<br>WENDELL M SCHWARTZ | 27,270.00- |



Date  9/30/22      Page   9
Primary Account  ███████████

Commercial Checking      ███████    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/12 | BAL Fulfil FREESPEECHOP<br>CCD 122287250000317<br>FREESPEECHOP | 100,000.00- |
| 9/12 | DBT CRD 1204 09/09/22 14829924<br>GITHUB<br>HTTPSGITHUB.C CA C#2164 | 24.00- |
| 9/12 | DBT CRD 1101 09/10/22 76667489<br>MONGODBCLOUD ITS OR...<br>MONGODB.COM   CA C#2164 | 3,409.78- |
| 9/12 | DBT CRD 1357 09/10/22 82703366<br>ADOBE STOCK<br>800-443-8158  CA C#2164 | 4,884.60- |
| 9/12 | Domestic Wire Transfer-DL<br>Valdemar Rodriguez<br>111000614<br>635027722<br>145 Quali Ridge<br>Kyle Tx, 78640 UNITED STATES<br>Chase Bank<br>20220912MMQFMP9N000315<br>20220912B1QGC01R060880<br>09121438FT03 | 3,000.00- |
| 9/13 | ACH Chargeback | 3,000.00- |
| 9/13 | PAYMENTS   LATHEM TIME CORP<br>CCD 062000017294816<br>FREE SPEECH SYSTEMS LL | 138.64- |
| 9/13 | RECRD MGMT IRON MOUNTAIN<br>CCD 021000020522724<br>WENDELL *M SCHWARTZ | 321.93- |
| 9/13 | ACH     FREESPEECHOP<br>CCD 122287250000081<br>FREESPEECHOP | 115,283.80- |
| 9/13 | Domestic Wire Transfer-DL<br>Blue Ascension Logistics<br>121000248<br>8621401499<br>6231 E. Stassney Lane<br>Bldng. 13, Ste. 200<br>Austin, Tx 78744 UNITED STATES<br>Wells Fargo | 50,000.00- |



Date  9/30/22
Primary Account
Page    10

Commercial Checking                                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20220913MMQFMP9N000244 | |
|      | 20220913TIB7032R014595 | |
|      | 09131416FT03 | |
| 9/14 | DBT CRD 0330 09/13/22 06548441 | 571.19- |
|      | FDCSERVERSN | |
|      | 312-423-6675  FL C#2164 | |
| 9/15 | DBT CRD 1020 09/14/22 52328193 | 149.60- |
|      | BACKBLAZE | |
|      | HTTPSWWW.BACK CA C#2164 | |
| 9/15 | DBT CRD 0902 09/14/22 05335713 | 266.50- |
|      | NRI*NEW RELIC | |
|      | 888-643-8776  CA C#2164 | |
| 9/16 | DBT CRD 1223 09/15/22 26062173 | 285.83- |
|      | Name.com, Inc | |
|      | 720-2492374   CO C#2164 | |
| 9/19 | DBT CRD 1508 09/16/22 25211222 | 179.70- |
|      | ORKIN  LLC 002 | |
|      | 877-620-8282  GA C#2164 | |
| 9/19 | DBT CRD 1427 09/16/22 00780236 | 398.00- |
|      | USPS PO BOXES ONLINE | |
|      | 800-344-7779  DC C#2164 | |
| 9/19 | DBT CRD 2155 09/18/22 05150907 | 573.71- |
|      | BESTBUYCOM806678757840 | |
|      | 888BESTBUY    MN C#2164 | |
| 9/19 | GOVERNMENT COA/ALARM ADMIN | 110.00- |
|      | WEB 021000027666118 | |
|      | WENDELL M *SCHWARTZ | |
|      | 5633463 | |
| 9/19 | Bill Pay    FREESPEECHOP | 1,193.54- |
|      | CCD 122287250000076 | |
|      | FREESPEECHOP | |
| 9/19 | ACH       FREESPEECHOP | 1,442.50- |
|      | PPD 122287250000134 | |
|      | FREESPEECHOP | |
| 9/19 | Payment    ATT | 2,593.64- |
|      | WEB 031100202271927 | |
|      | Wendell M Schwartz | |
|      | 154973003GLB2F | |
| 9/19 | TELECOMM   GRANDE COMMUNICA | 2,619.50- |
|      | WEB 021000026582495 | |



Date  9/30/22
Primary Account  ██████████████

| Commercial Checking | ████████████ | (Continued) |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | WENDELL M *SCHWARTZ<br>5885783 | |
| 9/19 | SALE       AUSTIN SECURITY<br>WEB 021000024611072 | 3,972.78- |
| | WENDELL M SCHWARTZ | |
| 9/19 | SALE      JCE SEO, LLC<br>WEB 021000024625137 | 5,000.00- |
| | WNDELL M SCHWARTZ | |
| 9/19 | ACH       FREESPEECHOP<br>CCD 122287250000088 | 27,852.19- |
| | FREESPEECHOP | |
| 9/19 | Bill Pay   FREESPEECHOP<br>PPD 122287250000126 | 40,000.00- |
| | FREESPEECHOP | |
| 9/19 | Bill Pay   FREESPEECHOP<br>PPD 122287250000246 | 43,000.00- |
| | FREESPEECHOP | |
| 9/19 | Bill Pay   FREESPEECHOP<br>CCD 122287250000101 | 56,355.50- |
| | FREESPEECHOP | |
| 9/20 | DBT CRD 1408 09/20/22 89257704<br>AMZN Mktp US*1M20V4MH2<br>Amzn.com/bill WA C#2164 | 84.65- |
| 9/20 | DBT CRD 1412 09/19/22 91447781<br>AMZN Mktp US*1M9EK4DV0<br>Amzn.com/bill WA C#2164 | 140.71- |
| 9/20 | DBT CRD 0331 09/19/22 06678185<br>FDCSERVERSN<br>312-423-6675  FL C#2164 | 545.34- |
| 9/20 | DBT CRD 0153 09/19/22 47955707<br>Microsoft*Advertising<br>800-6427676   NV C#2164 | 2,500.32- |
| 9/20 | 4155203439 TrustArc<br>WEB 242071759674631<br>Wendell M Schwartz | 1,121.46- |
| 9/20 | PAYMENT    City of Austin T<br>WEB 021000029130607<br>FREE SPEECH SYSTEMS LL<br>4722133167 | 4,127.65- |
| 9/20 | DBT CRD 1053 09/19/22 71890054<br>VERCEL PRO | 20.00- |



Date  9/30/22
Primary Account

Page  ██

| Commercial Checking | ██████████ | (Continued) |
| --- | --- | --- |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
| --- | --- | --- |
| 9/20 | HTTPSVERCEL.C CA C#2164<br>DBT CRD 1455 09/19/22 17119533<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#2164 | 173.23– |
| 9/21 | POS DEB 0828 09/21/22 00950864<br>CUMBERLAND<br>CUMBERLAND FARMS<br>MIDDLEBURY    CT C#0837 | 52.90– |
| 9/21 | DBT CRD 0108 09/20/22 20817569<br>Amazon.com*1M5DD8H52<br>Amzn.com/bill WA C#2164 | 249.62– |
| 9/21 | ACH         FREESPEECHOP<br>CCD 122287250000237<br>FREESPEECHOP | 50,000.00– |
| 9/21 | Domestic Wire Transfer-DL<br>ADP Total Source<br>021000021<br>304238112<br>10200 Sunset Drive<br>Miami<br>FL 33173 UNITED STATES<br>JP Morgan Chase<br>20220921MMQFMP9N000052<br>20220921B1QGC01R038110<br>09211151FT03 | 178,945.90– |
| 9/22 | DBT CRD 0147 09/21/22 44362094<br>Amazon.com*1U9QZ3CA0<br>Amzn.com/bill WA C#2164 | 344.69– |
| 9/22 | From DDA *8919,To DDA *7846 | 2,733.33– |
| 9/23 | DBT CRD 1702 09/22/22 90698155<br>SHELL SERVICE STATION<br>WOODBURY    CT C#0837 | 54.00– |
| 9/23 | DBT CRD 0754 09/22/22 64759968<br>Amazon.com*1U8PN4AR1<br>Amzn.com/bill WA C#2164 | 299.75– |
| 9/23 | DBT CRD 1403 09/22/22 86063851<br>PRITUNL PREMIUM<br>HTTPSPRITUNL. WA C#2164 | 10.00– |
| 9/23 | DBT CRD 1834 09/21/22 48953614<br>VERCEL PRO | 20.00– |



Date   9/30/22     Page   12
Primary Account   ███████████

Commercial Checking            ███████████   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/23 | HTTPSVERCEL.C CA C#2164<br>DBT CRD 1100 09/22/22 76285535<br>Name.com, Inc<br>720-2492374    CO C#2164 | 31.98- |
| 9/26 | DBT CRD 1101 09/23/22 76794503<br>SAN REMO RESTAURANT<br>203-2634442    CT C#0837 | 111.64- |
| 9/26 | DBT CRD 1617 09/22/22 66254213<br>SAN REMO RESTAURANT<br>203-2634442    CT C#0837 | 156.98- |
| 9/26 | DBT CRD 1629 09/23/22 73691541<br>FREEBIRD KITCHEN AND B<br>914-6072476    NY C#0837 | 460.43- |
| 9/30 | Service Charge | 18.00-SC |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 9/22 | 10010 | 3,000.00 | 9/13 | 99996727* | 87,861.63 |
| 9/09 | 99913403* | 18,773.60 | | | |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 1,441,564.31 | 9/13 | 218,304.48 | 9/22 | 82,111.61 |
| 9/02 | 1,432,758.68 | 9/14 | 224,457.53 | 9/23 | 81,695.88 |
| 9/06 | 973,858.39 | 9/15 | 227,041.43 | 9/26 | 80,966.83 |
| 9/07 | 806,979.87 | 9/16 | 226,755.60 | 9/27 | 83,974.67 |
| 9/08 | 483,123.26 | 9/19 | 320,464.54 | 9/30 | 83,956.67 |
| 9/09 | 463,205.42 | 9/20 | 317,438.05 | | |
| 9/12 | 419,910.48 | 9/21 | 88,189.63 | | |

*** END OF STATEMENT ***



Date  9/30/22
Primary Account     

FREE SPEECH SYSTEMS, LLC
Debtor in Possesion, Case 22-60043,
Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:              FREE SPEECH SYSTEMS, LLC
                            Debtor in Possesion, Case 22-60043,
                            Deposit

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number | Statement Dates  9/01/22 thru 10/02/22 | |
| Previous Balance                     66,713.60 | Days in the statement period | 32 |
| 17 Deposits/Credits              825,360.10 | Avg Daily Ledger | 94,311.14 |
| 6 Checks/Debits                  599,000.00 | Avg Daily Collected | 94,311.14 |
| Maintenance Fee                        .00 | | |
| Interest Paid                          .00 | | |
| Ending Balance                   293,073.70 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/01 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220901K1QJ1N3C000956<br>20220901MMQFMP9N000308<br>09011504FT03 | 46,259.48 |
| 9/06 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738 | 19,412.13 |



Date  9/30/22
Primary Account ▓▓▓▓▓▓
Page    2

Commercial Checking    ▓▓▓▓▓▓    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|  | CRAWFORD- SECURITY BANK OF CRA 20220906K1QJ1N3C001230 20220906MMQFMP9N000338 09061703FT03 | |
| 9/06 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20220906K1QJ1N3C001235 20220906MMQFMP9N000339 09061703FT03 | 111,285.93 |
| 9/07 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20220907K1QJ1N3C001189 20220907MMQFMP9N000350 09071659FT03 | 36,074.37 |
| 9/09 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20220909K1QJ1N3C001109 20220909MMQFMP9N000287 09091536FT03 | 84,342.98 |
| 9/13 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20220913K1QJ1N3C000150 20220913MMQFMP9N000084 09131043FT03 | 53,858.50 |
| 9/19 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 | 92,024.02 |



Date  9/30/22
Primary Account 

Commercial Checking                    ███████████ (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | CRAWFORD- SECURITY BANK OF CRA<br>20220919K1QJ1N3C000315<br>20220919MMQFMP9N000125<br>09191201FT03 | |
| 9/19 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220919K1QJ1N3C000903<br>20220919MMQFMP9N000273<br>09191553FT03 | 93,265.35 |
| 9/20 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220920K1QJ1N3C000609<br>20220920MMQFMP9N000196<br>09201337FT03 | 35,329.29 |
| 9/21 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220921K1QJ1N3C000909<br>20220921MMQFMP9N000232<br>09211532FT03 | 14,351.91 |
| 9/22 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220922K1QJ1N3C000587<br>20220922MMQFMP9N000179<br>09221357FT03 | 16,804.53 |
| 9/23 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738 | 19,356.47 |



Date  9/30/22        Page    4
Primary Account     ██████████

Commercial Checking     ███████████  ontinued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | CRAWFORD- SECURITY BANK OF CRA<br>20220923K1QJ1N3C000776<br>20220923MMQFMP9N000200<br>09231421FT03 | |
| 9/26 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220926K1QJ1N3C000792<br>20220926MMQFMP9N000216<br>09261459FT03 | 68,865.33 |
| 9/28 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220928K1QJ1N3C001047<br>20220928MMQFMP9N000327<br>09281555FT03 | 21,443.44 |
| 9/28 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220928K1QJ1N3C000252<br>20220928MMQFMP9N000104<br>09281113FT03 | 24,852.60 |
| 9/29 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220929K1QJ1N3C000905<br>20220929MMQFMP9N000268<br>09291508FT03 | 49,627.00 |
| 9/30 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738 | 38,206.77 |



Date  9/30/22            Page     5
Primary Account  █████████

Commercial Checking         █████████       (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | CRAWFORD- SECURITY BANK OF CRA<br>20220930K1QJ1N3C000883<br>20220930MMQFMP9N000271<br>09301336FT03 | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/01 | From DDA *8877,To DDA *8919 | 60,000.00- |
| 9/07 | From DDA *8877,To DDA *8919 | 180,000.00- |
| 9/12 | From DDA *8877,To DDA *8919 | 120,000.00- |
| 9/13 | From DDA *8877,To DDA *8919 | 55,000.00- |
| 9/19 | From DDA *8877,To DDA *8919 | 90,000.00- |
| 9/19 | From DDA *8877,To DDA *8919 | 94,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 52,973.08 | 9/13 | 2,946.99 | 9/23 | 90,078.56 |
| 9/06 | 183,671.14 | 9/19 | 4,236.36 | 9/26 | 158,943.89 |
| 9/07 | 39,745.51 | 9/20 | 39,565.65 | 9/28 | 205,239.93 |
| 9/09 | 124,088.49 | 9/21 | 53,917.56 | 9/29 | 254,866.93 |
| 9/12 | 4,088.49 | 9/22 | 70,722.09 | 9/30 | 293,073.70 |

*** END OF STATEMENT ***



Date  9/30/22
Primary Account



FREE SPEECH SYSTEMS, LLC
Debtor in Possesion,
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:         FREE SPEECH SYSTEMS, LLC
                       Debtor in Possesion,
                       Case 22-60043, Donations

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates   9/01/22 thru 10/02/22 | |
| Previous Balance | 501,229.62 | Days in the statement period | 32 |
| 64 Deposits/Credits | 107,393.20 | Avg Daily Ledger | 378,318.50 |
| 5 Checks/Debits | 279,987.56 | Avg Daily Collected | 378,086.21 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 328,635.26 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/07 | Wire Transfer Credit<br>FEDERAL RESERVE BANK<br>151 CORLEY MILL ROAD<br>LEXINGTON, SC 29073-<br>REV YOUR PD REF DWR00774691<br>20220907MMQFMPYQ000047<br>20220907MMQFMP9N000024<br>09070621FT03 | 99,960.00 |
| 9/07 | MyDeposit | 5.00 |
| 9/07 | MyDeposit | 8.00 |
| 9/07 | MyDeposit | 10.00 |
| 9/07 | MyDeposit | 10.00 |
| 9/07 | MyDeposit | 11.11 |
| 9/07 | MyDeposit | 11.11 |



Date   9/30/22
Primary Account   

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 9/07 | MyDeposit | 25.00 |
| 9/07 | MyDeposit | 25.00 |
| 9/07 | MyDeposit | 25.00 |
| 9/07 | MyDeposit | 25.00 |
| 9/07 | MyDeposit | 30.00 |
| 9/07 | MyDeposit | 40.00 |
| 9/07 | MyDeposit | 50.00 |
| 9/07 | MyDeposit | 50.00 |
| 9/07 | MyDeposit | 60.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 100.00 |
| 9/07 | MyDeposit | 125.00 |
| 9/07 | MyDeposit | 200.00 |
| 9/07 | MyDeposit | 200.00 |
| 9/07 | MyDeposit | 200.00 |
| 9/07 | MyDeposit | 444.00 |
| 9/20 | MyDeposit | 10.00 |
| 9/20 | MyDeposit | 10.00 |
| 9/20 | MyDeposit | 17.00 |
| 9/20 | MyDeposit | 20.00 |
| 9/20 | MyDeposit | 25.00 |
| 9/20 | MyDeposit | 35.00 |
| 9/20 | MyDeposit | 50.00 |
| 9/20 | MyDeposit | 50.00 |
| 9/20 | MyDeposit | 50.00 |
| 9/20 | MyDeposit | 60.00 |
| 9/20 | MyDeposit | 100.00 |
| 9/20 | MyDeposit | 100.00 |
| 9/20 | MyDeposit | 100.00 |
| 9/20 | MyDeposit | 100.00 |
| 9/20 | MyDeposit | 200.00 |
| 9/20 | MyDeposit | 250.00 |
| 9/20 | MyDeposit | 400.00 |
| 9/27 | MyDeposit | 5.00 |
| 9/27 | MyDeposit | 10.00 |



Date  9/30/22         Page    3
Primary Account     ██████████

Commercial Checking        ██████████    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 9/27 | MyDeposit | 10.00 |
| 9/27 | MyDeposit | 18.00 |
| 9/27 | MyDeposit | 20.00 |
| 9/27 | MyDeposit | 50.00 |
| 9/27 | MyDeposit | 50.00 |
| 9/27 | MyDeposit | 53.98 |
| 9/27 | MyDeposit | 60.00 |
| 9/27 | MyDeposit | 100.00 |
| 9/27 | MyDeposit | 100.00 |
| 9/27 | MyDeposit | 100.00 |
| 9/27 | MyDeposit | 125.00 |
| 9/27 | MyDeposit | 150.00 |
| 9/27 | MyDeposit | 150.00 |
| 9/27 | MyDeposit | 500.00 |
| 9/27 | MyDeposit | 1,000.00 |
| 9/27 | MyDeposit | 1,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/06 | Domestic Wire Transfer-DL<br>Pattis & Smith, LLC<br>011103093<br>4392610957<br>383 Orange Street, First Floor<br>New Haven, CT 06511 UNITED STA<br>TD Bank<br>20220906MMQFMP9N000436<br>20220906MMQFMPYQ010416<br>09061611FT03 | 100,000.00- |
| 9/08 | Domestic Wire Transfer-DL<br>Norman A Pattix<br>011103093<br>4392610957<br>383 Orange Street, First Floor<br>New Haven, CT 06511 UNITED STA<br>TD Bank<br>20220908MMQFMP9N000016 | 100,000.00- |



Date  9/30/22
Primary Account ███████████

Page    4

Commercial Checking       ███████████       (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20220908MMQFMPYQ002661<br>09080942FT03 | |
| 9/13 | Domestic Wire Transfer-DL<br>Reynal Law Firm<br>113025723<br>1002335768<br>917 Franklin St., 6th Floor<br>Houston, Tx UNITED STATES<br>Allegiance Bank<br>20220913MMQFMP9N000270<br>20220913MMQFMPPM000215<br>09131435FT03 | 50,000.00- |
| 9/14 | PAZ      FREESPEECHDON<br>PPD 122287250000300<br>FREESPEECHDON | 7,500.00- |
| 9/20 | Domestic Wire Transfer-DL<br>Solomon Bruce Consulting<br>111915327<br>13185169<br>3310 W 6th<br>Ft. Worth, TX 76107 UNITED STA<br>Guaranty Bank and<br>20220920MMQFMP9N000345<br>20220920GMQFMP01021819<br>09201450FT03 | 22,487.56- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 501,229.62 | 9/08 | 403,543.84 | 9/20 | 325,133.28 |
| 9/06 | 401,229.62 | 9/13 | 353,543.84 | 9/27 | 328,635.26 |
| 9/07 | 503,543.84 | 9/14 | 346,043.84 | | |

*** END OF STATEMENT ***



Date  9/30/22          Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
  Debtor in Possesion,
  Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Debtor in Possesion,
                        Case 22-60043, Payroll

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates   9/01/22 thru 10/02/22 | |
| Previous Balance | 8,504.27 | Days in the statement period | 32 |
| 3 Deposits/Credits | 98,497.49 | Avg Daily Ledger | 15,623.94 |
| 2 Checks/Debits | 96,259.20 | Avg Daily Collected | 15,623.94 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 10,742.56 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/16 | Wire Transfer Credit<br>ELEVATED SOLUTIONS GROUP LLC<br>3402 CLAWSON RD<br>AUSTIN TX 78704<br>CRAWFORD- SECURITY BANK OF CRA<br>20220916K1QJ1N3C001252<br>20220916MMQFMP9N000336<br>09161626FT03 | 86,870.26 |
| 9/16 | ACH        ADP TOTALSOURCE<br>CCD 021000028957812<br>EV4-302990251-Free Spe | 4,001.00 |
| 9/27 | ACH        ADP TOTALSOURCE<br>CCD 021000026194680 | 7,626.23 |



Date  9/30/22
Primary Account



Commercial Checking                    ███████        (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | EV4-381100264-Free Spe | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/07 | PAYMENTS    FROST INSURANCE CCD 104000016313736 AXOS | 1,259.20- |
| 9/19 | From DDA *8927,To DDA *8919 | 95,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 8,504.27 | 9/16 | 98,116.33 | 9/27 | 10,742.56 |
| 9/07 | 7,245.07 | 9/19 | 3,116.33 | | |

*** END OF STATEMENT ***



Date  9/30/22          Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
 Debtor in Possession
 Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Debtor in Possesion
                        Case 22-60043, Infowars

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates | 9/01/22 thru 10/02/22 |
| Previous Balance | 6,125.44 | Days in the statement period | 32 |
| Deposits/Credits | .00 | Avg Daily Ledger | 6,125.44 |
| Checks/Debits | .00 | Avg Daily Collected | 6,125.44 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 6,125.44 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 9/01 | 6,125.44 |

*** END OF STATEMENT ***