**Fill in this information to identify the case:**

Debtor Name Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-60043

☒ Check if this is an amended filing **

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  August 2022

Line of business:  Dietary Supplement Sales

Date report filed:  12/16/2022
MM / DD / YYYY

NAISC code:  325411

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  J. Patrick Magill

Original signature of responsible party  _[signature]_

Printed name of responsible party  J. Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☒ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☒ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? *** NOTE 1 *** | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☒ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

** Amended to more securely redact attachments.  No substantive changes were made.

Debtor Name  Free Speech Systems LLC                                Case number  22-60043

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

*** NOTE 1 *** We provide consignment sales services to PQPR

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 1,288,380.0

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 2,449,289.0

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 1,773,415.0

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 675,874.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 1,964,254.0

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 1,477,810.0

Debtor Name Free Speech Systems LLC

Case number 22-60043

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 46,259.00

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?

54

27. What is the number of employees as of the date of this monthly report?

48

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? — $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? — $ 0.00

30. How much have you paid this month in other professional fees? — $ 0.00

31. How much have you paid in total other professional fees since filing the case? — $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,449,289.0 | − | $ 2,449,289.0 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 1,773,415.0 | − | $ 1,773,415.0 | = | $ 0.00 |
| 34. **Net cash flow** | $ 675,874.00 | − | $ 675,874.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month: $ 1,051,830.0

36. Total projected cash disbursements for the next month: − $ 2,293,537.0

37. Total projected net cash flow for the next month: = $ -1,241,707.0

Debtor Name  Free Speech Systems LLC

Case number  22-60043

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print     Save As...     Reset



| | AXOS Deposits #78877 | AXOS Operating #78919 | AXOS Donations #78885 | AXOS Payroll #78927 | AXOS Infowars #78893 | AXOS Legal #78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **August 1 to August 31** | | | | | | | | | | | | |
| **Opening Balance** | - | - | - | - | - | - | 1,168,379.86 | - | 1,000.00 | - | 118,999.04 | 1,288,378.90 |
| Cash Receipts | 1,930,248.15 | 93,752.46  (c | 1,450.00 | 7,519.27 | 6,125.44 | - | | 620.00 | - | - | 409,573.18 | 2,449,288.50 |
| Cash Disbursements | (15.00) | (1,257,182.04) | (100,015.00) | (15.00) | - | - | (416,108.09) | - | - | - | (80.00) | (1,773,415.13) |
| **Net Cash Flow** | 1,930,233.15 | (1,163,429.58) | (98,565.00) | 7,504.27 | 6,125.44 | - | (416,108.09) | 620.00 | - | - | 409,493.18 | 675,873.37 |
| Transfers In | 528,480.45 | 3,144,271.77 | 599,794.62 | 1,000.00 | - | - | - | - | - | - | - | 4,273,546.84 |
| Transfers Out | (2,392,000.00) | (599,174.62) | - | - | - | - | (752,271.77) | (620.00) | (1,000.00) | - | (528,480.45) | (4,273,546.84) |
| **Cash on Hand** | 66,713.60 | 1,381,667.57 | 501,229.62 | 8,504.27 | 6,125.44 | - | - | - | - | - | 11.77 | 1,964,252.27 |



**FORM 425C Exhibit E**
**Total Payables**

*For various reasons, Free Speech Systems LLC has not kept its books on the accrual basis of accounting and as a result there is not a traditional accounts payable list available at this time. Free Speech Systems has kept books on the cash basis and virtually all bills are paid via ACH. We are including the invoices / bills paid / checks cleared from the 1st to the 15th of the following month as a reasonable estimate of our payables at the date of the report.*

*As of August 31, 2022*

| From | Amount | Due Date | From | Amount | Due Date |
|------|--------|----------|------|--------|----------|
| Amazon - Supplies | 103.26 | 9/1/2022 | Blue Ascencion | 50,000.00 | 9/7/2022 |
| Bank Charge AXOS | 50.00 | 9/2/2022 | Cloudflare | 124,162.64 | 9/7/2022 |
| Hastings Humans | 169.95 | 9/2/2022 | Cloudflare | 164,922.52 | 9/7/2022 |
| Epik | 636.05 | 9/2/2022 | Epik | 566.04 | 9/8/2022 |
| Frost Insurance | 2,704.02 | 9/2/2022 | Epik | 699.60 | 9/8/2022 |
| Hastings Humans | 5,245.80 | 9/2/2022 | X-3 Product | 147,823.61 | 9/8/2022 |
| FDC Serversn | 555.34 | 9/6/2022 | ADP - Payroll | 177,767.36 | 9/8/2022 |
| TrustArc | 1,221.46 | 9/6/2022 | 1 Password | 0.31 | 9/9/2022 |
| Hastings Humans | 2,018.58 | 9/6/2022 | Spectrum | 180.14 | 9/9/2022 |
| Austin Security | 5,412.50 | 9/6/2022 | DS Waters of America | 932.37 | 9/9/2022 |
| Authnet Gateway | 8,198.60 | 9/6/2022 | 1 Password | 31.42 | 9/9/2022 |
| Hastings Humans | 9,499.99 | 9/6/2022 | Texas Gas Svc | 85.82 | 9/12/2022 |
| Hastings Humans | 9,500.00 | 9/6/2022 | AWIO Web Services | 209.00 | 9/12/2022 |
| Atomial LLC | 25,200.00 | 9/6/2022 | QuickBooks | 213.20 | 9/12/2022 |
| Skyhorse Publishing | 100,000.00 | 9/6/2022 | Iron Mountain | 276.40 | 9/12/2022 |
| CloudFlare | 63,320.40 | 9/6/2022 | ACH - Var Operations | 1,094.00 | 9/12/2022 |
| CloudFlare | 511.68 | 9/6/2022 | Austin Security | 3,821.23 | 9/12/2022 |
| ATX HD | 20,671.00 | 9/6/2022 | Level 3 Communications | 8,437.40 | 9/12/2022 |
| Stream Realty | 52,631.26 | 9/6/2022 | Level 3 Communications | 10,569.51 | 9/12/2022 |
| Zoom | 159.48 | 9/6/2022 | E Commerce CDN | 27,270.00 | 9/12/2022 |
| Skyhorse Publishing | 80,000.00 | 9/6/2022 | Blue Ascension | 100,000.00 | 9/12/2022 |
| Skyhorse Publishing | 80,000.00 | 9/6/2022 | GITHub | 24.00 | 9/12/2022 |
| ADT Security | 9.44 | 9/6/2022 | MongoDB | 3,409.78 | 9/12/2022 |
| ADT Security | 20.45 | 9/7/2022 | Adobe Stock | 4,884.60 | 9/12/2022 |
| ADT Security | 58.94 | 9/7/2022 | Lathem Time Corp | 138.64 | 9/13/2022 |
| ADT Security | 69.18 | 9/7/2022 | Iron Mountain | 321.93 | 9/13/2022 |
| ADT Security | 102.06 | 9/7/2022 | Haivision | 111,202.72 | 9/13/2022 |
| ADT Security | 126.76 | 9/7/2022 | Equifax | 3,724.24 | 9/13/2022 |
| ADT Security | 270.63 | 9/7/2022 | Sintec Media | 54.34 | 9/13/2022 |
| ADT Security | 830.10 | 9/7/2022 | Vultr | 302.50 | 9/13/2022 |
| ADT Security | 1,411.18 | 9/7/2022 | Blue Ascenscion | 50,000.00 | 9/13/2022 |
| Add Shoppers Inc | 2,989.00 | 9/7/2022 | FDC Serversn | 571.19 | 9/14/2022 |
| Contract Janitorial | 3,000.00 | 9/7/2022 | Backblaze | 149.60 | 9/15/2022 |
| Contract Production | 7,000.00 | 9/7/2022 | New Relic | 266.50 | 9/15/2022 |
| | | | | **1,477,809.72** | |



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of August 31, 2022*

| From | Amount | Due Date |
| --- | --- | --- |
| Processor A | 46,259.48 | 9/1/2022 |



Date  8/31/22          Page     1
Primary Account       ███████████

FREE SPEECH SYSTEMS, LLC
Debtor in Possesion,
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 300
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Debtor in Possesion,
                        Case 22-60043, Operations

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | ████████ | Statement Dates   8/02/22 thru  8/31/22 | |
| Previous Balance | .00 | Days in the statement period | 30 |
| 65 Deposits/Credits | 3,238,009.23 | Avg Daily Ledger | 823,973.54 |
| 25 Checks/Debits | 1,856,341.66 | Avg Daily Collected | 823,710.56 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,381,667.57 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | Wire Transfer Credit | 752,256.77 |
| | FREE SPEECH SYSTEMS LLC | |
| | 3019 ALVIN DEVANE STE 210 | |
| | AUSTIN TX 78760 | |
| | CRAWFORD- SECURITY BANK OF CRA | |
| | 20220805k1QJ1N3C000391 | |
| | 20220805MMQFMP9N000126 | |
| | 08051151FT03 | |
| 8/08 | From DDA *8877,To DDA *8919 | 550,000.00 |
| 8/12 | From DDA *8877,To DDA *8919 | 650,000.00 |
| 8/16 | MyDeposit | 10.00 |
| 8/16 | MyDeposit | 10.00 |
| 8/16 | MyDeposit | 25.00 |
| 8/16 | MyDeposit | 25.00 |



Date   8/31/22
Primary Account

Page   2

Commercial Checking                        (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/16 | MyDeposit | 28.45 |
| 8/16 | MyDeposit | 30.00 |
| 8/16 | MyDeposit | 30.00 |
| 8/16 | MyDeposit | 37.99 |
| 8/16 | MyDeposit | 40.00 |
| 8/16 | MyDeposit | 40.00 |
| 8/16 | MyDeposit | 44.95 |
| 8/16 | MyDeposit | 45.00 |
| 8/16 | MyDeposit | 46.00 |
| 8/16 | MyDeposit | 49.99 |
| 8/16 | MyDeposit | 50.00 |
| 8/16 | MyDeposit | 50.00 |
| 8/16 | MyDeposit | 55.00 |
| 8/16 | MyDeposit | 56.00 |
| 8/16 | MyDeposit | 60.99 |
| 8/16 | MyDeposit | 60.99 |
| 8/16 | MyDeposit | 71.90 |
| 8/16 | MyDeposit | 80.00 |
| 8/16 | MyDeposit | 90.00 |
| 8/16 | MyDeposit | 91.90 |
| 8/16 | MyDeposit | 98.60 |
| 8/16 | MyDeposit | 100.00 |
| 8/16 | MyDeposit | 100.00 |
| 8/16 | MyDeposit | 100.00 |
| 8/16 | MyDeposit | 100.00 |
| 8/16 | MyDeposit | 100.00 |
| 8/16 | MyDeposit | 101.80 |
| 8/16 | MyDeposit | 102.00 |
| 8/16 | MyDeposit | 107.85 |
| 8/16 | MyDeposit | 110.00 |
| 8/16 | MyDeposit | 119.85 |
| 8/16 | MyDeposit | 136.95 |
| 8/16 | MyDeposit | 144.00 |
| 8/16 | MyDeposit | 150.00 |
| 8/16 | MyDeposit | 160.00 |
| 8/16 | MyDeposit | 160.00 |
| 8/16 | MyDeposit | 175.00 |
| 8/16 | MyDeposit | 179.85 |
| 8/16 | MyDeposit | 200.00 |
| 8/16 | MyDeposit | 200.00 |
| 8/16 | MyDeposit | 200.00 |



Date   8/31/22
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/16 | MyDeposit | 200.00 |
| 8/16 | MyDeposit | 213.70 |
| 8/16 | MyDeposit | 216.70 |
| 8/16 | MyDeposit | 250.00 |
| 8/16 | MyDeposit | 285.00 |
| 8/16 | MyDeposit | 350.00 |
| 8/16 | MyDeposit | 400.00 |
| 8/16 | MyDeposit | 500.00 |
| 8/16 | MyDeposit | 675.00 |
| 8/16 | MyDeposit | 824.00 |
| 8/18 | ACH Credit Back Item | 5,863.00 |
| 8/19 | From DDA *8877,To DDA *8919,From Deposits | 250,000.00 |
| 8/22 | From DDA *8877,To DDA *8919 | 430,000.00 |
| 8/24 | From DDA *8877,To DDA *8919 | 240,000.00 |
| 8/26 | From DDA *8877,To DDA *8919 | 92,000.00 |
| 8/29 | From DDA *8877,To DDA *8919 | 180,000.00 |
| 8/30 | Wire Transfer Credit FREE SPEECH SYSTEMS, LLC 3019 ALVIN DEVANE BLVD, SUITE AUSTIN TX 78741-0000 20220830B1QGC02C001361 20220830MMQFMP9N000031 08300800FT03 | 80,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 8/05 | From DDA *8919,To DDA *8885,Crypto donation fumds | 599,174.62- |
| 8/09 | Blue Ascen FREESPEECHOP CCD 122287250000062 FREESPEECHOP | 100,000.00- |
| 8/09 | Domestic Wire Transfer-DL ADP Total Source 021000021 304238112 10200 Sunset Drive Miami | 132,940.39- |



Date  8/31/22          Page      4
Primary Account

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | FL 33173 UNITED STATES | |
|      | JP Morgan Chase | |
|      | 20220809MMQFMP9N000558 | |
|      | 20220809B1QGC01R077302 | |
|      | 08091810FT03 | |
| 8/10 | Blue Ascen FREESPEECHOP | 114,418.19- |
|      | CCD 122287250000810 | |
|      | FREESPEECHOP | |
| 8/12 | Bills 8 15 FREESPEECHOP | 88,758.84- |
|      | CCD 122287250000043 | |
|      | FREESPEECHOP | |
| 8/16 | WEBPAYMENT ADDSHOPPERSINC | 2,989.00- |
|      | WEB 091000014627751 | |
|      | FREE SPEECH  SYSTEMS | |
| 8/16 | Blue Asent FREESPEECHOP | 5,695.00- |
|      | CCD 122287250000457 | |
|      | FREESPEECHOP | |
| 8/16 | blue asens FREESPEECHOP | 108,205.00- |
|      | CCD 122287250000156 | |
|      | FREESPEECHOP | |
| 8/19 | DBT CRD 1050 08/18/22 70470199 | 49.13- |
|      | ALLIANZ TRAVEL INS | |
|      | ALLIANZINS.US VA C#2164 | |
| 8/19 | DBT CRD 1111 08/18/22 82651765 | 61.30- |
|      | ALLIANZ INSURANCE | |
|      | ALLIANZINS.US VA C#2164 | |
| 8/19 | DBT CRD 1050 08/18/22 70363720 | 685.21- |
|      | AMERICAN AIR0012450837 | |
|      | FORT WORTH    TX C#2164 | |
| 8/19 | Bill Pays  FREESPEECHOP | 22,002.33- |
|      | CCD 122287250000259 | |
|      | FREESPEECHOP | |
| 8/22 | DBT CRD 1328 08/19/22 65257747 | 1,079.77- |
|      | TEXASGASSERVICE | |
|      | 800-700-2443  OK C#2164 | |
| 8/22 | Domestic Wire Transfer-DL | 12,000.00- |
|      | Solomon Bruce Consulting | |
|      | 111915327 | |
|      | 13185169 | |



Date  8/31/22
Primary Account            ███████████

Commercial Checking            ███████████  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | 3310 W 6th | |
|      | Ft. Worth, TX 76107 UNITED STA | |
|      | Guaranty Bank and | |
|      | 20220822MMQFMP9N000189 | |
|      | 20220822GMQFMP01023364 | |
|      | 08221445FT03 | |
| 8/23 | WEB PAY      LEASE DIRECT | 1,847.87- |
|      | CCD 043000092836744 | |
|      | Free Speech Systems | |
| 8/23 | Domestic Wire Transfer-DL | 213,836.97- |
|      | ADP Total Source | |
|      | 021000021 | |
|      | 304238112 | |
|      | 10200 Sunset Drive | |
|      | Miami | |
|      | FL 33173 UNITED STATES | |
|      | JP Morgan Chase | |
|      | 20220823MMQFMP9N000446 | |
|      | 20220823B1QGC01R073979 | |
|      | 08231723FT03 | |
| 8/23 | Domestic Wire Transfer-DL | 250,000.00- |
|      | Security Bank of Crawford | |
|      | 111010170 | |
|      | 1020536 | |
|      | 6688 North Lonestar Pkwy. | |
|      | Crawford, Tx 76638 UNITED STAT | |
|      | TIB Dallas | |
|      | PQPR Holdings Limited, LLC | |
|      | Acct. 3338555 | |
|      | 20220823MMQFMP9N000451 | |
|      | 20220823k1Q31N3C001096 | |
|      | 08231730FT03 | |
| 8/29 | Bill Pay    FREESPEECHOP | 21,308.42- |
|      | CCD 122287250000369 | |
|      | FREESPEECHOP | |
| 8/29 | Domestic Wire Transfer-DL | 80,000.00- |
|      | Skyhorse Publishing, Inc. | |
|      | 021000021 | |
|      | 713503237765 | |



Date  8/31/22          Page       6
Primary Account        ██████████

Commercial Checking        ████████████ ontinued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 307 West 36th Street, 11th Flo<br>New York, NY 10018 UNITED STAT<br>JP Morgan Chase Ba<br>20220829MMQFMP9N000423<br>20220829B1QGC01R085641<br>08291657FT03 | |
| 8/30 | DBT CRD 1535 08/29/22 41402172<br>FDCSERVERSN<br>312-423-6675  FL C#2164 | 545.34- |
| 8/31 | DBT CRD 1625 08/31/22 71023165<br>AMZN Mktp US*473LFSXW3<br>Amzn.com/bill WA C#2164 | 100.63- |
| 8/31 | DBT CRD 1623 08/31/22 70328555<br>AMZN Mktp US*R05I13033<br>Amzn.com/bill WA C#2164 | 210.54- |
| 8/31 | DBT CRD 1517 08/30/22 30646728<br>DTV*DIRECTV SERVICE<br>800-347-3288  CA C#2164 | 423.11- |
| 8/31 | BAL        FREESPEECHOP<br>CCD 122287250000571<br>FREESPEECHOP | 100,000.00- |
| 8/31 | DBT CRD 1201 08/30/22 13171014<br>PRITUNL PREMIUM<br>HTTPSPRITUNL. WA C#2164 | 10.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/02 | .00 | 8/16 | 807,965.19 | 8/26 | 1,324,265.61 |
| 8/05 | 153,082.15 | 8/18 | 813,828.19 | 8/29 | 1,402,957.19 |
| 8/08 | 703,082.15 | 8/19 | 1,041,030.22 | 8/30 | 1,482,411.85 |
| 8/09 | 470,141.76 | 8/22 | 1,457,950.45 | 8/31 | 1,381,667.57 |
| 8/10 | 355,723.57 | 8/23 | 992,265.61 | | |
| 8/12 | 916,964.73 | 8/24 | 1,232,265.61 | | |

*** END OF STATEMENT ***



Date  8/31/22          Page      1
Primary Account          ████████

FREE SPEECH SYSTEMS, LLC
Debtor in Possesion, Case 22-60043,
Deposit
3019 ALVIN DEVANE BLVD, SUITE 300
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Debtor in Possesion, Case 22-60043,
                        Deposit

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number ████ | Statement Dates   8/02/22 thru  8/31/22 | |
| Previous Balance           .00 | Days in the statement period | 30 |
| 18 Deposits/Credits   2,458,713.60 | Avg Daily Ledger | 238,016.17 |
| 7 Checks/Debits   2,392,000.00 | Avg Daily Collected | 238,016.17 |
| Maintenance Fee           .00 | | |
| Interest Paid             .00 | | |
| Ending Balance      66,713.60 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220805K1QJ1N3C001100<br>20220805MMQFMP9N000302<br>08051556FT03 | 59,763.17 |
| 8/05 | Wire Transfer Credit<br>FREE SPEECH SYSTEMS LLC<br>3019 ALVIN DEVANE STE 210<br>AUSTIN TX 78760 | 528,465.45 |



Date  8/31/22
Primary Account ███████████

Page    2

Commercial Checking            ████████        (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | CRAWFORD- SECURITY BANK OF CRA<br>20220805K1QJ1N3C000390<br>20220805MMQFMP9N000125<br>08051151FT03 | |
| 8/08 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>CASE 22-60043<br>20220808K1QJ1N3C000837<br>20220808MMQFMP9N000255<br>08081529FT03 | 354,889.64 |
| 8/09 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>CASE 22-60043<br>20220809K1QJ1N3C000816<br>20220809MMQFMP9N000234<br>08091543FT03 | 150,994.62 |
| 8/10 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>CASE 22-60043<br>20220810K1QJ1N3C000763<br>20220810MMQFMP9N000207<br>08101505FT03 | 127,952.62 |
| 8/15 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220815K1QJ1N3C001010<br>20220815MMQFMP9N000274<br>08151541FT03 | 160,158.84 |
| 8/16 | Wire Transfer Credit<br>AURIAM SERVICES LLC | 43,485.40 |



Date  8/31/22          Page      3
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20220816k1QJ1N3C000908 20220816MMQFMP9N000294 08161550FT03 | |
| 8/17 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20220817k1QJ1N3C000663 20220817MMQFMP9N000206 08171447FT03 | 25,232.87 |
| 8/19 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20220819k1QJ1N3C000495 20220819MMQFMP9N000128 08191250FT03 | 101,360.00 |
| 8/19 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD. STE #1 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20220819k1QJ1N3C001213 20220819MMQFMP9N000299 08191628FT03 | 330,570.48 |
| 8/22 | Wire Transfer Credit AURIAM SERVICES LLC 14425 FALCON HEAD BLVD STE #15 AUSTIN TX 78738 CRAWFORD- SECURITY BANK OF CRA 20220822k1QJ1N3C000851 20220822MMQFMP9N000234 08221533FT03 | 166,446.47 |
| 8/23 | Wire Transfer Credit AURIAM SERVICES LLC | 76,449.58 |



Date  8/31/22          Page      4
Primary Account    

Commercial Checking          ████████████ ontinued)

<table>
| **DEPOSITS AND OTHER CREDITS** | | |
|---|---|---|
| Date | Description | Amount |
|  | 14425 FALCON HEAD BLVD STE #15 |  |
|  | AUSTIN TX 78738 |  |
|  | CRAWFORD- SECURITY BANK OF CRA |  |
|  | 20220823K1QJ1N3C000858 |  |
|  | 20220823MMQFMP9N000245 |  |
|  | 08231559FT03 |  |
| 8/25 | Wire Transfer Credit | 44,340.25 |
|  | AURIAM SERVICES LLC |  |
|  | 14425 FALCON HEAD BLVD STE #15 |  |
|  | AUSTIN TX 78738 |  |
|  | CRAWFORD- SECURITY BANK OF CRA |  |
|  | 20220825K1QJ1N3C000731 |  |
|  | 20220825MMQFMP9N000275 |  |
|  | 08251443FT03 |  |
| 8/25 | Wire Transfer Credit | 47,897.14 |
|  | AURIAM SERVICES LLC |  |
|  | 14425 FALCON HEAD BLVD STE #15 |  |
|  | AUSTIN TX 78738 |  |
|  | CRAWFORD- SECURITY BANK OF CRA |  |
|  | 20220825K1QJ1N3C000203 |  |
|  | 20220825MMQFMP9N000083 |  |
|  | 08251056FT03 |  |
| 8/26 | Wire Transfer Credit | 58,883.27 |
|  | AURIAM SERVICES LLC |  |
|  | 14425 FALCON HEAD BLVD STE #15 |  |
|  | AUSTIN TX 78738 |  |
|  | CRAWFORD- SECURITY BANK OF CRA |  |
|  | 20220826K1QJ1N3C000751 |  |
|  | 20220826MMQFMP9N000225 |  |
|  | 08261358FT03 |  |
| 8/29 | Wire Transfer Credit | 121,490.02 |
|  | AURIAM SERVICES LLC |  |
|  | 14425 FALCON HEAD BLVD STE #15 |  |
|  | AUSTIN TX 78738 |  |
|  | CRAWFORD- SECURITY BANK OF CRA |  |
|  | 20220829K1QJ1N3C000744 |  |
|  | 20220829MMQFMP9N000282 |  |
|  | 08291444FT03 |  |
| 8/30 | Wire Transfer Credit | 26,795.13 |
|  | AURIAM SERVICES LLC |  |
</table>



Date  8/31/22        Page    5
Primary Account    ██████████

Commercial Checking         ██████████     (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| | 14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220830K1QJ1N3C000890<br>20220830MMQFMP9N000270<br>08301504FT03 | |
| 8/31 | Wire Transfer Credit<br>AURIAM SERVICES LLC<br>14425 FALCON HEAD BLVD STE #15<br>AUSTIN TX 78738<br>CRAWFORD- SECURITY BANK OF CRA<br>20220831K1QJ1N3C001005<br>20220831MMQFMP9N000291<br>08311509FT03 | 33,538.65 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 8/08 | From DDA *8877,To DDA *8919 | 550,000.00- |
| 8/12 | From DDA *8877,To DDA *8919 | 650,000.00- |
| 8/19 | From DDA *8877,To DDA *8919,Fr<br>om Deposits | 250,000.00- |
| 8/22 | From DDA *8877,To DDA *8919 | 430,000.00- |
| 8/24 | From DDA *8877,To DDA *8919 | 240,000.00- |
| 8/26 | From DDA *8877,To DDA *8919 | 92,000.00- |
| 8/29 | From DDA *8877,To DDA *8919 | 180,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/02 | .00 | 8/15 | 182,224.34 | 8/24 | 5,769.14 |
| 8/05 | 588,228.62 | 8/16 | 225,709.74 | 8/25 | 98,006.53 |
| 8/08 | 393,118.26 | 8/17 | 250,942.61 | 8/26 | 64,889.80 |
| 8/09 | 544,112.88 | 8/19 | 432,873.09 | 8/29 | 6,379.82 |
| 8/10 | 672,065.50 | 8/22 | 169,319.56 | 8/30 | 33,174.95 |
| 8/12 | 22,065.50 | 8/23 | 245,769.14 | 8/31 | 66,713.60 |



Date  8/31/22          Page      1
Primary Account          ███████████

FREE SPEECH SYSTEMS, LLC
Debtor in Possesion,
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 300
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Debtor in Possesion,
                        Case 22-60043, Donations

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number          ███████████ | Statement Dates   8/02/22 thru 8/31/22 | |
| Previous Balance                    .00 | Days in the statement period | 30 |
| 24 Deposits/Credits        601,229.62 | Avg Daily Ledger | 460,623.32 |
| 1 Checks/Debits            100,000.00 | Avg Daily Collected | 460,574.99 |
| Maintenance Fee                     .00 | | |
| Interest Paid                       .00 | | |
| Ending Balance             501,229.62 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | From DDA *8919,To DDA *8885,Crypto donation fumds | 599,174.62 ✓ |
| 8/05 | Wire Transfer Credit<br>FREE SPEECH SYSTEMS LLC<br>3019 ALVIN DEVANE STE 210<br>AUSTIN TX 78760<br>CRAWFORD- SECURITY BANK OF CRA<br>20220805k1qJ1N3C000370<br>20220805MMQFMP9N000117<br>08051143FT03 | 605.00 ✓ |
| 8/15 | MyDeposit | 20.00 |
| 8/15 | MyDeposit | 20.00 |
| 8/15 | MyDeposit | 20.00 |
| 8/15 | MyDeposit | 20.00 |



Date  8/31/22
Primary Account 

Commercial Checking                          Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/15 | MyDeposit | 25.00 |
| 8/15 | MyDeposit | 25.00 |
| 8/15 | MyDeposit | 30.00 |
| 8/15 | MyDeposit | 50.00 |
| 8/15 | MyDeposit | 50.00 |
| 8/15 | MyDeposit | 50.00 |
| 8/15 | MyDeposit | 50.00 |
| 8/15 | MyDeposit | 50.00 |
| 8/15 | MyDeposit | 50.00 |
| 8/15 | MyDeposit | 50.00 |
| 8/15 | MyDeposit | 60.00 |
| 8/15 | MyDeposit | 80.00 |
| 8/15 | MyDeposit | 100.00 |
| 8/15 | MyDeposit | 100.00 |
| 8/15 | MyDeposit | 100.00 |
| 8/15 | MyDeposit | 100.00 |
| 8/15 | MyDeposit | 200.00 |
| 8/15 | MyDeposit | 200.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 8/08 | Credit    FREESPEECHDON<br>CCD 122287250000415<br>FREESPEECHDON | 100,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 8/02 | .00 | 8/08 | 499,779.62 |
| 8/05 | 599,779.62 | 8/15 | 501,229.62 |

*** END OF STATEMENT ***



Date  8/31/22
Primary Account

FREE SPEECH SYSTEMS, LLC
Debtor in Possesion,
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 300
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Debtor in Possesion,
                        Case 22-60043, Payroll

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates    8/02/22 thru   8/31/22 | |
| Previous Balance | .00 | Days in the statement period | 30 |
| 3 Deposits/Credits | 8,504.27 | Avg Daily Ledger | 2,949.41 |
| Checks/Debits | .00 | Avg Daily Collected | 2,949.41 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 8,504.27 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | Wire Transfer Credit<br>FREE SPEECH SYSTEMS LLC<br>3019 ALVIN DEVANE STE 210<br>AUSTIN TX 78760<br>CRAWFORD- SECURITY BANK OF CRA<br>20220805K1QJ1N3C000369<br>20220805MMQFMP9N000116<br>08051143FT03 | 985.00 |
| 8/16 | ACH        ADP TOTALSOURCE<br>CCD 021000026556514<br>EV4-773020221.-Free Spe | 3,624.54 |
| 8/31 | ACH        ADP TOTALSOURCE<br>CCD 021000026824084 | 3,894.73 |



Date  8/31/22          Page    2
Primary Account        ██████████

Commercial Checking          ███████████   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | EV4-7397902335-Free Spe | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 8/02 | .00 | 8/16 | 4,609.54 |
| 8/05 | 985.00 | 8/31 | 8,504.27 |

*** END OF STATEMENT ***



Date  8/31/22
Primary Account



FREE SPEECH SYSTEMS, LLC
 Debtor in Possesion
 Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 300
AUSTIN TX 78741

Account Title:         FREE SPEECH SYSTEMS, LLC
                       Debtor in Possesion
                       Case 22-60043, Infowars

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates    8/02/22 thru  8/31/22 | |
| Previous Balance | .00 | Days in the statement period | 30 |
| 1 Deposits/Credits | 6,125.44 | Avg Daily Ledger | 5,512.89 |
| Checks/Debits | .00 | Avg Daily Collected | 5,512.89 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 6,125.44 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | Wire Transfer Credit | 6,125.44 |
| | FREE SPEECH SYSTEMS LLC | |
| | 3019 ALVIN DEVANE STE 210 | |
| | AUSTIN TX 78760 | |
| | CRAWFORD- SECURITY BANK OF CRA | |
| | 20220805K1QJ1N3C000361 | |
| | 20220805MMQFMP9N000111 | |
| | 08051138FT03 | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 8/02 | .00 | 8/05 | 6,125.44 |



‏Security
Bank

```
                                    7  -  20              PAGE   1
FREE SPEECH SYSTEMS LLC                       ACCOUNT      ████████
OPERATING
PO BOX 19549                                  STATEMENT PERIOD
AUSTIN  TX 78704                              07/29/2022 TO 08/31/2022
```

```
---------------------- C H E C K I N G   S U M M A R Y ----------------------
            COMMERCIAL                -       ████████
    CHECKING BALANCE LAST STATEMENT.......        1,168,379.86
                        DEPOSITS..............            .00
                        OTHER CREDITS.........            .00
                   7    CHECKS...............        819,765.28
                   7    OTHER DEBITS.........        348,614.58
    CHECKING BALANCE THIS STATEMENT.......                .00
------------------------------ F E E   S U M M A R Y ------------------------
                        TOTAL FEES IMPOSED               .00
---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- O T H E R   D E B I T   T R A N S A C T I O N S --------------
DATE.....AMOUNT....DESCRIPTION
08/01   50,000.00 PATTIS, NORMAN A   Bill Pay         6340000007
08/01  264,811.90 AMEX EPAYMENT      ACH PMT          0017664946
08/02      541.06 City of Austin T   PAYMENT          0022102996
08/02      905.02 City of Austin T   PAYMENT          0022099809
08/02    1,400.53 City of Austin T   PAYMENT          0022104767
08/02    3,686.07 City of Austin T   PAYMENT          0022103818
08/02   27,270.00 ECOMMERCE CDN LL   SALE             0026044581
```

```
------------------------------- C H E C K S --------------------------------
DATE.........CHECK NO.......AMOUNT  DATE.........CHECK NO......AMOUNT
08/03        011701       1,500.00  08/01        •011833       1,685.00
08/03       •011730       1,500.00  08/02        *           59,822.44
08/03       •011779       1,500.00  08/05        *          752,271.77
08/01       •011822       1,386.07
```



**Security**
Bank

FREE SPEECH SYSTEMS LLC
OPERATING
PO BOX 19549
AUSTIN  TX 78704

PAGE  2
ACCOUNT            

STATEMENT PERIOD
07/29/2022 TO 08/31/2022

--------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ---------------

| DATE.......BALANCE | DATE.......BALANCE | DATE.......BALANCE |
|---|---|---|
| 08/01    850,496.89 | 08/03    752,271.77 | |
| 08/02    756,771.77 | 08/05         .00 | |

-------------------------------------------------------------------------------

Thank you for banking with us!
If you have any questions please call
our Crawford Branch at (254) 486-0003 or
our Temple Branch at (254) 249-2265.

SECURITY BANK OF CRAWFORD • PO BOX 90 • 6688 NORTH LONESTAR PARKWAY • CRAWFORD, TEXAS 76638 • 254-486-0003



FREE SPEECH SYSTEMS LLC
DONATIONS
PO BOX 19549
AUSTIN TX 78704

7 - 20                PAGE  1
ACCOUNT        

STATEMENT PERIOD
07/29/2022 TO 08/31/2022

```
----------------------- C H E C K I N G   S U M M A R Y -----------------------
              COMMERCIAL          -
    CHECKING BALANCE LAST STATEMENT.......               .00
                     6  DEPOSITS.............          620.00
                        OTHER CREDITS........               .00
                     1  CHECKS...............          620.00
                        OTHER DEBITS.........               .00
    CHECKING BALANCE THIS STATEMENT.......                  .00
------------------------------ F E E   S U M M A R Y --------------------------
                        TOTAL FEES IMPOSED                  .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------
```

|                        | TOTAL FOR | TOTAL |
|                        | THIS PERIOD | YEAR-TO-DATE |
|------------------------|-----------|--------|
| TOTAL OVERDRAFT FEES   | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -----------

DATE.....AMOUNT....DESCRIPTION
08/01    10.00 DEPOSIT
08/01    50.00 DEPOSIT
08/01    60.00 DEPOSIT
08/01   100.00 DEPOSIT
08/01   150.00 DEPOSIT
08/01   250.00 DEPOSIT

-------------------------------- C H E C K S ----------------------------------

DATE.........CHECK NO......AMOUNT   DATE.........CHECK NO......AMOUNT
08/05                      620.00

----------------- D A I L Y   B A L A N C E   I N F O R M A T I O N -----------

DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
08/01       620.00      08/05          .00
```

SECURITY BANK OF CRAWFORD • PO BOX 90 •6588 NORTH LONESTAR PARKWAY • CRAWFORD, TEXAS 76638 • 254-486-0003

# Security Bank of Crawford

Free Speech Systems LLC Payroll
  *8522

**Current Balance:**
  -$0.00

**Available Balance:**
  -$0.00

| Date | Description | Category | Amount | Balance |
|------|-------------|----------|--------|---------|
| Friday, August 05, 2022 | Priority Pay | | -$1,000.00 | -$0.00 |

Transaction Range: August 01, 2022 - Pending                    Printed: August 08, 2022 9:32AM

# Security Bank of Crawford

Free Speech Systems LLC Depository
*8563

**Current Balance:** -$0.00  
**Available Balance:** $11.77

| Date | Description | Category | Amount | Balance |
|------|-------------|----------|--------|---------|
| Pending | eBay PAYOUT 0012487826 | | $31.77 | $11.77 |
| | USAePay 0722 BILLI 6935907159 | | -$20.00 | -$20.00 |
| Friday, August 05, 2022 | Priority Pay | | -$528,480.45 | -$0.00 |
| Thursday, August 04, 2022 | INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7490626 | | $68,128.75 | $528,480.45 |
| | INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2113640 | | $59.44 | $460,351.70 |
| Wednesday, August 03, 2022 | INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4966746 | | $65,799.59 | $460,292.26 |
| | INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4501110 | | $191.08 | $394,492.67 |
| | INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9317053 | | $70.97 | $394,301.59 |
| | eBay PAYOUT 0013503170 | | $22.73 | $394,230.62 |
| Tuesday, August 02, 2022 | PAYARC MERCH FEES 6760185713 | | -$40.00 | $394,207.89 |
| | AUTHNET GATEWAY BILLING 0017472752 | | -$20.00 | $394,247.89 |
| | INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1384226 | | $60,090.48 | $394,267.89 |
| | eBay PAYOUT 0013042956 | | $291.45 | $334,177.41 |
| | eBay PAYOUT 0012625089 | | $235.63 | $333,885.96 |
| | INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2428026 | | $56.10 | $333,650.33 |
| | INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5896245 | | $42.74 | $333,594.23 |
| | eBay PAYOUT 0013370965 | | $14.99 | $333,551.49 |
| Monday, August 01, 2022 | INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1927326 | | $213,890.47 | $333,536.50 |
| | INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9176841 | | $362.19 | $119,646.03 |
| | eBay PAYOUT 0014868342 | | $172.20 | $119,283.84 |
| | INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9129924 | | $112.60 | $119,111.64 |

Transaction Range: August 01, 2022 - Pending

Printed: August 08, 2022 9:30AM