IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 22-60043 |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | (Chapter 11, Subchapter V) |
| | § | |
| Debtor. | § | JUDGE CHRISTOPHER M. LOPEZ |
| | § | |

**ORDER GRANTING MOTION OF ALEXANDER E. JONES FOR ENTRY OF AN ORDER AUTHORIZING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(B)(1)**

ON THIS DATE this Court considered the *Motion of Alexander E. Jones for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. § 503(B)(1)* (the "Motion") in the above-captioned case.

The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The court has considered the Motion and lack of objections prior to the signing of this order.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** to the extent set forth herein.

2. Alexander E. Jones ("Jones") shall be allowed $680,000.00 as an administrative expense claim (the "Admin Claim") through May 31, 2023 for contract salary due under his Employment Agreement with Free Speech Systems LLC ("FSS"), and any additional amounts accrued under the Employment Agreement as set forth in the Motion.

3. Having allowed the Admin Claim, and no good cause appearing as to why the Admin Claim should not now be paid in full, it is now ordered that FSS shall pay the amount of

the Admin Claim in at least $680,000.00 (plus any such other amounts as are determined to have been accrued under the Employment Agreement) to Jones within 5 days of entry of this Order.

4. Notice of the Motion provided by Jones is deemed to be good and sufficient notice of the Motion, and the requirements of the Local Rules are satisfied by the contents of the Motion.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS FURTHER ORDERED** that, notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2023      _____
**CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**