IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| FREE SPEECH SYSTEMS LLC | § | CASE NO. 22-60043 |
| *Debtor* | § | |

**ORDER DISMISSING DEBTOR'S MOTION FOR TURNOVER OF PROPERTY**
[Relates to Dkt. 628)

After considering Debtor's Motion for Turnover of Property, the response, and the arguments of counsel, the Court finds that the motion should be DISMISSED. It is therefore

ORDERED that Debtor's Motion for Turnover of Property is DISMISSED.


Signed _____, 2023, at Houston, Texas.


_____
Hon. Christopher Lopez
United States Bankruptcy Judge