**Fill in this information to identify the case:**

Debtor Name  Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-60043

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          June

Line of business:  Dietary Supplement Sales

Date report filed:  07/19/2023
MM / DD / YYYY

NAISC code:  325411

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          J Patrick Magill

Original signature of responsible party

Printed name of responsible party     J Patrick Magill

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____      Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?          ☐     ☐     ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐     ☐     ☐

   *** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.     - $ _____

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.     + $ _____

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

   *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                          $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    _____

27. What is the number of employees as of the date of this monthly report?                     _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____

30. How much have you paid this month in other professional fees?          $ _____

31. How much have you paid in total other professional fees since filing the case?          $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                          $ _____

36. Total projected cash disbursements for the next month:                                − $ _____

37. Total projected net cash flow for the next month:                                        = $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit E**
**Total Payables**

*As of June 30, 2023*

| From | Amount | Due Date |
|---|---|---|
| *Inventory Orders / Deposits* | | |
| Hi Tech Pharm | 375,500.00 | 06/30/2023 |
| | **375,500.00** | |
| | | |
| *Legal / Consulting Fees* | | |
| Accounting with Amber LLC | 3,300.00 | 06/28/2023 |
| Law Office of Ray Battaglia | 58,790.14 | 06/30/2023 |
| Melissa Haselden | 28,680.10 | 06/30/2023 |
| | **90,770.24** | |
| | | |
| *Trade AP* | | |
| Addshoppers Inc. | 2,989.00 | 06/23/2023 |
| Austin Security and Investigations | 9,025.34 | 07/04/2023 |
| Balcones Recycling | 386.99 | 07/30/2023 |
| BCC UF LLC (Stream Realty) | 128,175.49 | 06/21/2023 |
| City of Austin | 5,792.48 | 06/27/2023 |
| David Thomas | 1,600.00 | 06/27/2023 |
| Frost Insurance | 3,839.20 | 06/14/2023 |
| Iron Mountain | 429.40 | 05/31/2023 |
| Joe W Fly Co. | 373.46 | 07/27/2023 |
| Paul Joseph Watson | 2,415.75 | 06/30/2023 |
| Ready Alliance | 29,846.17 | 06/27/2023 |
| Sparkletts & Sierra Springs | 1,271.51 | 05/24/2023 |
| TX Tag | 11.77 | 04/14/2023 |
| UPS | 29.75 | 04/06/2023 |
| Wes Perkins | 17,977.50 | 06/30/2023 |
| WMQM-AM 1600 | 5,000.00 | 06/12/2023 |
| | **209,163.81** | |
| | | |
| **Total Accounts Payable** | **675,434.05** | |



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of June 30, 2023*

| From | Amount | Due Date |
|------|--------|----------|
| Processor S | 117,245.02 | 7/3/2023 |
| Processor S | 275,244.23 | 7/5/2023 |
|  | **392,489.25** |  |



| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 | AXOS Legal # 78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **June 1 to June 30** | | | | | | | | | | | | |
| **Opening Balance** | 376,226.64 | 189,775.26 | 36,158.28 | 12,088.27 | 573,834.15 | 100,000.00 | - | - | - | - | 11.77 | 1,288,094.37 |
| Cash Receipts | 2,446,063.42 | 20,875.90 | 5,563.23 | - | 4,128.25 | - | - | - | - | - | - | 2,476,630.80 |
| Cash Disbursements | - | (1,931,695.80) | - | (374,072.41) | - | - | - | - | - | - | - | (2,305,768.21) |
| **Net Cash Flow** | 2,446,063.42 | (1,910,819.90) | 5,563.23 | (374,072.41) | 4,128.25 | - | - | - | - | - | - | 170,862.59 |
| Transfers In | - | 2,000,000.00 | - | 365,000.00 | 113,048.35 | - | - | - | - | - | - | 2,478,048.35 |
| Transfers Out | (2,439,468.02) | (38,580.33) | - | - | - | - | - | - | - | - | - | (2,478,048.35) |
| **Cash on Hand** | 382,822.04 | 240,375.03 | 41,721.51 | 3,015.86 | 691,010.75 | 100,000.00 | - | - | - | - | 11.77 | 1,458,956.96 |



Date  6/30/23          Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Deposit

| Commercial Checking | | | |
|---|---|---|---|
| Account Number | | Number of Enclosures | 0 |
| Previous Balance | 375,226.64 | Statement Dates   6/01/23 thru   7/02/23 | |
| 21 Deposits/Credits | 2,446,063.42 | Days in the statement period | 32 |
| 11 Checks/Debits | 2,439,468.02 | Avg Daily Ledger | 296,286.03 |
| Maintenance Fee | .00 | Avg Daily Collected | 296,286.03 |
| Interest Paid | .00 | | |
| Ending Balance | 382,822.04 | | |

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|---|---|---|
| 6/01 | Wire Transfer Credit | 64,046.81 |
| | 20230601MMQFMP9N000200 06011153FT01 | |
| 6/02 | Wire Transfer Credit | 65,847.28 |



Date  6/30/23         Page   2
Primary Account

Commercial Checking

## DEPOSITS AND OTHER CREDITS                    (Continued)

| Date | Description | Amount |
|------|-------------|--------|
| 6/05 | JUNE 2<br>20230602QMGFT004000292<br>20230602MMQFMP9N000157<br>06021058FT01<br>Wire Transfer Credit | 65,847.28 |
| 6/05 | REIMBURSEMENT FOR<br>RETURNED WIRE 6/2<br>20230605QMGFT007001583<br>20230605MMQFMP9N000373<br>06051608FT03<br>Wire Transfer Credit | 81,068.02 |
| 6/06 | JUNE 5<br>20230605QMGFT005000317<br>20230605MMQFMP9N000153<br>06051052FT03<br>Wire Transfer Credit | 231,476.01 |
| 6/07 | 20230606QMGFT009000094<br>20230606MMQFMP9N000097<br>06060948FT03<br>Wire Transfer Credit | 88,152.56 |



Date  6/30/23
Primary Account

Page    3

## Commercial Checking                            (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|  | 20230607QMGFT008000077 20230607MMQFMP9N000088 06070929FT03 |  |
| 6/08 | Wire Transfer Credit | 134,256.72 |
|  | JUNE 8 2023060sQMGFT010000128 20230608MMQFMP9N000074 06080937FT03 |  |
| 6/12 | Wire Transfer Credit | 110,459.31 |
|  | JUNE 12 20230612QMGFT013000818 20230612MMQFMP9N000239 06121330FT03 |  |
| 6/13 | Wire Transfer Credit | 257,900.35 |
|  | JUNE 13 20230613QMGFT004000411 20230613MMQFMP9N000159 06131131FT03 |  |
| 6/14 | Wire Transfer Credit | 115,687.13 |
|  | JUNE 14 20230614QMGFT004000410 20230614MMQFMP9N000124 06141130FT03 |  |



Date  6/30/23
Primary Account

Commercial Checking                                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 6/15 | Wire Transfer Credit | 87,884.14 |
| | JUNE 151<br>20230615QMGFT001000391<br>20230615MMQFMP9N000160<br>06151124FT03 | |
| 6/16 | Wire Transfer Credit | 100,924.48 |
| | JUNE 16<br>20230616QMGFT011001996<br>20230616MMQFMP9N000332<br>06161531FT03 | |
| 6/20 | Wire Transfer Credit | 91,790.40 |
| | JUNE 20<br>20230620QMGFT008001012<br>20230620MMQFMP9N000299<br>06201306FT03 | |
| 6/21 | Wire Transfer Credit | 260,787.96 |
| | 20230621QMGFT010000390<br>20230621MMQFMP9N000140<br>06211128FT03 | |
| 6/22 | Wire Transfer Credit | 83,723.68 |



Date  6/30/23             Page      5
Primary Account

Commercial Checking                        (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 6/23 | 20230622QMGFT006000286<br>20230622MMQFMP9N000110<br>06221109FT03<br>Wire Transfer Credit | 67,484.51 |
| 6/26 | 20230623QMGFT011000211<br>20230623MMQFMP9N000104<br>06231031FT03<br>Wire Transfer Credit | 68,598.16 |
| 6/27 | 20230626QMGFT001000585<br>20230626MMQFMP9N000143<br>06261055FT03<br>Wire Transfer Credit | 168,332.66 |
| 6/28 | 20230627QMGFT003000755<br>20230627MMQFMP9N000219<br>06271330FT03<br>Wire Transfer Credit | 82,466.53 |



Date  6/30/23          Page    6
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20230628QMGFT012000379 | |
|      | 20230628MMQFMP9N000136 | |
|      | 06281100FT03 | |
| 6/29 | Wire Transfer Credit | 103,169.10 |
|      | | |
|      | 20230629QMGFT002000452 | |
|      | 20230629MMQFMP9N000124 | |
|      | 06291104FT03 | |
| 6/30 | Wire Transfer Credit | 116,160.33 |
|      | | |
|      | 20230630QMGFT006000811 | |
|      | 20230630MMQFMP9N000257 | |
|      | 06301155FT03 | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 6/01 | From DDA *8877,To DDA *8919 | 400,000.00- |
| 6/09 | From DDA *8877,To DDA *8919 | 500,000.00- |
| 6/14 | From DDA *8877,To DDA *8919 | 100,000.00- |
| 6/14 | From DDA *8877,To DDA *8927,pa yroll | 185,000.00- |
| 6/15 | From DDA *8877,To DDA *8919 | 400,000.00- |
| 6/22 | From DDA *8877,To DDA *8919 | 400,000.00- |
| 6/26 | From DDA *8877,To DDA *8893,PL TM 061623 | 22,022.31- |
| 6/26 | From DDA *8877,To DDA *8893,PL TM 060223 | 23,551.96- |
| 6/26 | From DDA *8877,To DDA *8893,PL TM 060923 | 28,893.75- |



Date  6/30/23          Page    7
Primary Account

Commercial Checking                          Continued)

| CHECKS AND WITHDRAWALS | | |
|---|---|---|
| Date | Description | Amount |
| 6/27 | From DDA *8877,To DDA *8927,payroll | 180,000.00- |
| 6/29 | From DDA *8877,To DDA *8919 | 200,000.00- |

| DAILY BALANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 6/01 | 40,273.45 | 6/12 | 317,380.63 | 6/22 | 231,078.77 |
| 6/02 | 106,120.73 | 6/13 | 575,280.98 | 6/23 | 298,563.28 |
| 6/05 | 253,036.03 | 6/14 | 405,968.11 | 6/26 | 292,693.42 |
| 6/06 | 484,512.04 | 6/15 | 93,852.25 | 6/27 | 281,026.08 |
| 6/07 | 572,664.60 | 6/16 | 194,776.73 | 6/28 | 363,492.61 |
| 6/08 | 706,921.32 | 6/20 | 286,567.13 | 6/29 | 266,661.71 |
| 6/09 | 206,921.32 | 6/21 | 547,355.09 | 6/30 | 382,822.04 |

*** END OF STATEMENT ***



Date  6/30/23
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:        FREE SPEECH SYSTEMS, LLC
                      Case 22-60043, Operations

| Commercial Checking | | Number of Enclosures | 2 |
|---|---|---|---|
| Account Number | | Statement Dates    6/01/23 thru 7/02/23 | |
| Previous Balance | 189,775.26 | Days in the statement period | 32 |
| 34 Deposits/Credits | 2,079,299.56 | Avg Daily Ledger | 249,632.92 |
| 150 Checks/Debits | 2,028,698.59 | Avg Daily Collected | 249,156.12 |
| Maintenance Fee | 1.20 | | |
| Interest Paid | .00 | | |
| Ending Balance | 240,375.03 | | |

### SERVICE CHARGE ITEMIZATION

| Description | Amount |
|---|---|
| Item Fee in Service Charge | 1.20 |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 6/01 | From DDA *8877,To DDA *8919 | 400,000.00 |
| 6/06 | Wire Transfer Credit | 1,670.90 |
| | ZELENKO LABS LLC | |
| | 9045 LA FONTANA BLVD STE 105 | |
| | BOCA RATON FL 33434-5640 US | |
| | ZELENKO LABS LLC | |
| | 20230606B1QGC03C001510 | |



Date  6/30/23
Primary Account

Commercial Checking                                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20230606MMQFMP9N000042 | |
|      | 06060800FT03 | |
| 6/08 | POS CRE 0940 06/08/23 00H2II3H | 58.99 |
|      | AMAZON.COM | |
|      | AMAZON.COM | |
|      | SEATTLE          WA C#5784 | |
| 6/09 | From DDA *8877,To DDA *8919 | 500,000.00 |
| 6/12 | MyDeposit | 10.00 |
| 6/12 | MyDeposit | 29.79 |
| 6/12 | MyDeposit | 32.55 |
| 6/12 | MyDeposit | 50.00 |
| 6/12 | MyDeposit | 84.90 |
| 6/12 | MyDeposit | 100.00 |
| 6/12 | MyDeposit | 106.70 |
| 6/12 | MyDeposit | 163.34 |
| 6/12 | MyDeposit | 175.39 |
| 6/12 | MyDeposit | 200.00 |
| 6/12 | MyDeposit | 200.00 |
| 6/12 | MyDeposit | 300.00 |
| 6/12 | MyDeposit | 365.00 |
| 6/12 | MyDeposit | 379.90 |
| 6/12 | MyDeposit | 1,879.50 |
| 6/12 | MyDeposit | 5,520.00 |
| 6/14 | From DDA *8877,To DDA *8919 | 100,000.00 |
| 6/14 | Wire Transfer Credit | 3,872.61 |
|      | TWC 2022 INC. | |
|      | 2960 NE 207TH ST | |
|      | 608 | |
|      | AVENTURA, FL  33180 | |
|      | 20230614L1B77D1C002198 | |
|      | 20230614MMQFMP9N000114 | |
|      | 06141113FT03 | |
| 6/15 | From DDA *8877,To DDA *8919 | 400,000.00 |
| 6/21 | MyDeposit | 85.00 |
| 6/21 | MyDeposit | 100.00 |
| 6/21 | MyDeposit | 106.95 |
| 6/21 | MyDeposit | 499.93 |
| 6/21 | MyDeposit | 975.44 |
| 6/21 | MyDeposit | 1,567.21 |
| 6/21 | MyDeposit | 2,326.14 |
| 6/22 | From DDA *8877,To DDA *8919 | 400,000.00 |



Date  6/30/23
Primary Account

Commercial Checking                              '(Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 6/22 | POS CRE 0000 06/21/23 26855168<br>AMZN Mktp US<br>Amzn.com/bill WA C#5784 | 15.66 |
| 6/26 | MNL RTN CK #99581350-REFER TO<br>MAKER-LRG ITM RVW-89/78919 | 58,423.66 |
| 6/29 | From DDA *8877,TO DDA *8919 | 200,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/01 | DBT CRD 1117 05/31/23 86431925<br>DNH*GODADDY.COM<br>480-5058855    AZ C#5784 | 60.32- |
| 6/01 | POS DEB 1345 05/31/23 00GZSBGZ<br>AMAZON.COM*0H5PI0373<br>AMAZON.COM<br>SEATTLE      WA C#5784 | 61.16- |
| 6/01 | POS DEB 1210 05/31/23 00GZR6M4<br>AMAZON.COM*YD0D07G43<br>AMAZON.COM<br>SEATTLE      WA C#5784 | 117.98- |
| 6/01 | DBT CRD 1033 05/31/23 60214086<br>AMZN Mktp US*M35UA95V3<br>Amzn.com/bill WA C#5784 | 175.67- |
| 6/01 | NWTBCLSCIC THE HARTFORD<br>CCD 051000013356476<br>FREE SPEECH SYSTEMS | 2,363.10- |
| 6/01 | 0530AP      FREESPEECHOP<br>CCD 122287250000463<br>FREESPEECHOP | 160,303.04- |
| 6/02 | POS DEB 0629 06/01/23 00H0024x<br>AMAZON.CON*GR8KS8ST3<br>AMAZON.COM<br>SEATTLE      WA C#5784 | 291.10- |
| 6/02 | DBT CRD 0954 06/01/23 36403317<br>AMASTY-SFTNMK<br>NICOSIA      CY C#5784 | 169.00- |
| 6/02 | DBT CRD 1613 06/01/23 64361102<br>AMZN Mktp US*6N1355P83 | 180.06- |



Date  6/30/23
Primary Account

Commercial Checking                                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 6/02 | Amzn.com/bill WA C#5784<br>DBT CRD 0833 06/01/23 87883129<br>VULTR BY CONSTANT | 255.84- |
| 6/02 | VULTR.COM    NJ C#5784<br>Int Fee 1223 06/02/23 36403317<br>AMASTY-SFTNMK | 1.69- |
| 6/02 | NICOSIA      00 C# 5784<br>PAYMENT     LATHEM TIME CORP<br>PPD 062000017538586 | 134.32- |
| 6/02 | FREE SPEECH SYSTEMS LL<br>PAYMENT     City of Austin T<br>PPD 021000027019944 | 324.16- |
| 6/02 | Melinda Flores<br>PAYMENT     City of Austin T<br>PPD 021000027020905 | 686.74- |
| 6/02 | Melinda Flores<br>WEB_PAY     WASTE CONNECTION<br>WEB 021000029967699 | 1,034.40- |
| 6/02 | WENDELL M SCHWARTZ<br>71648318060123<br>PAYMENT     City of Austin T<br>PPD 021000027020902 | 1,115.56- |
| 6/02 | Melinda Flores<br>PAYMENT     City of Austin T<br>PPD 021000027020874 | 3,300.02- |
| 6/02 | Melinda Flores<br>BILLING     AUTHNET GATEWAY<br>CCD 104000014978205 | 5,386.40- |
| 6/02 | FREE SPEECH SYSTEMS, L<br>0601AP     FREESPEECHOP<br>PPD 122287250000641 | 7,350.01- |
| 6/02 | FREESPEECHOP<br>0601AP     FREESPEECHOP<br>CCD 122287250000635 | 242,232.69- |
| 6/05 | FREESPEECHOP<br>DBT CRD 1212 06/02/23 19432966<br>GITHUB, INC. | 24.00- |
| 6/05 | HTTPSGITHUB.C CA C#5784<br>DBT CRD 1804 06/04/23 30528690<br>MIDJOURNEY INC. | 31.92- |



Date  6/30/23  
Primary Account

Commercial Checking                                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 6/05 | HTTPSWWW.MIDJ CA C#5784<br>DBT CRD 0151 06/02/23 46834189<br>ZOOM.US 888-799-9666 | 159.48- |
| 6/05 | WWW.ZOOM.US    CA C#5784<br>DBT CRD 0044 06/03/23 06523959<br>MONGODBCLOUD ITS OR... | 3,394.99- |
| 6/05 | MONGODB.COM    CA C#5784<br>POS DEB 1354 06/05/23 00269680<br>AUTOZONE  3069 | 152.37- |
| | 2205 E  RIVERSIDE<br>AUSTIN        TX C#0837 | |
| 6/05 | POS DEB 0431 06/04/23 04436549<br>FDCSERVERSN | 555.34- |
| | 2211 North First S<br>San Jose      CA C#5784 | |
| 6/05 | DBT CRD 1356 06/02/23 81991865<br>AMZN Mktp US*R74AB8AM3 | 36.52- |
| | Amzn.com/bill WA C#5784 | |
| 6/05 | DBT CRD 0316 06/02/23 97775901<br>AMZN Mktp US*YW9Qc72A3 | 47.13- |
| | Amzn.com/bill WA C#5784 | |
| 6/05 | DBT CRD 1149 06/05/23 05852834<br>Amazon.com*5B0E425I3 | 95.87- |
| | Amzn.com/bill WA C#5784 | |
| 6/05 | UTIL PAYMT ONE GAS TEXAS PR<br>PPD 101000690723428 | 86.53- |
| | FREE SPEECH SYSTEM LLC | |
| 6/05 | QBooks Onl INTUIT *<br>CCD 021000024462482 | 213.20- |
| | FREE SPEECH SYSTEMS | |
| 6/05 | ATX        FREESPEECHOP<br>CCD 122287250000680 | 20,671.00- |
| | FREESPEECHOP | |
| 6/06 | DBT CRD 0632 06/05/23 15660319<br>DNH*GODADDY.COM | 10.64- |
| | https://www.g AZ C#5784 | |
| 6/06 | POS DEB 1407 06/05/23 00637100<br>AUTOZONE  1320 | 457.12- |
| | 2602 S CONGRESS AV<br>AUSTIN        TX C#0837 | |



Date  6/30/23
Primary Account

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 6/06 | DBT CRD 1225 06/05/23 27552296<br>Google Domains<br>650-2530000   CA C#5784 | 12.00- |
| 6/06 | DBT CRD 1138 06/05/23 98977027<br>THE UPS STORE 2416<br>254-3795164   TX C#5784 | 464.43- |
| 6/06 | DBT CRD 1331 06/05/23 66965890<br>GOOGLE *Domains<br>g.co/helppay  CA C#5784 | 540.00- |
| 6/06 | DBT CRD 1213 06/05/23 20113264<br>EPIK, LLC<br>425-3668810   WA C#5784 | 590.00- |
| 6/06 | DBT CRD 1327 06/05/23 64519215<br>GOOGLE *Domains<br>g.co/helppay  CA C#5784 | 2,700.00- |
| 6/07 | DBT CRD 1152 06/06/23 07263134<br>GROKABILITY: SNIPE-IT<br>HTTPSSNIPEITA CA C#5784 | 39.99- |
| 6/07 | DBT CRD 1100 06/06/23 76501029<br>DNH*GODADDY.COM<br>480-5058855   AZ C#5784 | 103.99- |
| 6/07 | POS DEB 1328 06/06/23 00H1WBJM<br>AMAZON.COM*5L2B061P3<br>AMAZON.COM<br>SEATTLE   WA C#5784 | 12.98- |
| 6/07 | POS DEB 1423 06/06/23 00H1WXRC<br>AMAZON.COM*689260GS3<br>AMAZON.COM<br>SEATTLE   WA C#5784 | 64.94- |
| 6/07 | POS DEB 1423 06/06/23 00H1WYDK<br>AMAZON.COM*311Z81R83<br>AMAZON.COM<br>SEATTLE   WA C#5784 | 96.34- |
| 6/07 | DBT CRD 1653 06/07/23 88315890<br>AMZN Mktp US*SB0LB8103<br>Amzn.com/bill WA C#5784 | 48.86- |
| 6/07 | DBT CRD 1630 06/05/23 74126033<br>AWIO WEB SERVICES, LLC<br>267-2803589   NC C#5784 | 449.00- |
| 6/08 | DBT CRD 1409 06/07/23 89850322<br>CLOUDFLARE | 16.18- |



Date  6/30/23
Primary Account

Commercial Checking

(Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 6/08 | HTTPSWWW.CLOU CA C#5784<br>DBT CRD 1123 06/07/23 89853049<br>CLOUDFLARE | 25.00- |
| 6/08 | HTTPSWWW.CLOU CA C#5784<br>DBT CRD 1240 06/07/23 36415859<br>CLOUDFLARE | 25.00- |
| 6/08 | HTTPSWWW.CLOU CA C#5784<br>DBT CRD 1339 06/07/23 71964706<br>CLOUDFLARE | 25.00- |
| 6/08 | HTTPSWWW.CLOU CA C#5784<br>DBT CRD 1409 06/07/23 89912278<br>CLOUDFLARE | 25.00- |
| 6/08 | HTTPSWWW.CLOU CA C#5784<br>POS DEB 1419 06/06/23 00H1WXJF<br>AMAZON.COM*6046R3F73<br>AMAZON.COM | 68.54- |
| 6/08 | SEATTLE        WA C#5784<br>DBT CRD 1144 06/07/23 02787018<br>Google Domains | 12.00- |
| 6/08 | 650-2530000    CA C#5784<br>DBT CRD 1226 06/07/23 27949625<br>Google Domains | 12.00- |
| 6/08 | 650-2530000    CA C#5784<br>DBT CRD 1319 06/07/23 59486234<br>Google Domains | 12.00- |
| 6/08 | 650-2530000    CA C#5784<br>DBT CRD 1538 06/08/23 43202980<br>Google Domains | 12.00- |
| 6/08 | 650-2530000    CA C#5784<br>DBT CRD 1335 06/07/23 69218378<br>Google Domains | 42.00- |
| 6/08 | 650-2530000    CA C#5784<br>DBT CRD 1146 06/07/23 03739924<br>Google Domains | 60.00- |
| 6/08 | 650-2530000    CA C#5784<br>DBT CRD 1415 06/07/23 93059272<br>Google Domains | 72.00- |
| 6/08 | 650-2530000    CA C#5784<br>DBT CRD 1236 06/07/23 34000508<br>Google Domains | 96.00- |



Date  6/30/23
Primary Account

Commercial Checking                                (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | 650-2530000      CA C#5784 | |
| 6/08 | DBT CRD 1813 06/08/23 36367381 | 150.04- |
| | AMZN Mktp US*6A57G6Q73 | |
| | Amzn.com/bill WA C#5784 | |
| 6/08 | DBT CRD 1256 06/07/23 46031679 | 230.00- |
| | GOOGLE *Domains | |
| | g.co/helppay   CA C#5784 | |
| 6/09 | POS DEB 0959 06/09/23 00H2V5UM | 54.10- |
| | AMAZON.COM*DB5PH4PL3 | |
| | AMAZON.COM | |
| | SEATTLE        WA C#5784 | |
| 6/09 | DBT CRD 2206 06/09/23 12037839 | 38.91- |
| | AMZN Mktp US*7T9S55BY3 | |
| | Amzn.com/bill WA C#5784 | |
| 6/09 | DBT CRD 1759 06/08/23 27961841 | 244.60- |
| | AMZN Mktp US*807AQ9AL3 | |
| | Amzn.com/bill WA C#5784 | |
| 6/09 | DBT CRD 1503 06/08/23 22278859 | 290.83- |
| | AMZN Mktp US*GX6I58303 | |
| | Amzn.com/bill WA C#5784 | |
| 6/09 | TELECOMM   GRANDE COMMUNICA | 1,300.00- |
| | WEB 021000029291324 | |
| | WENDELL M *SCHWARTZ | |
| | 7281248 | |
| 6/09 | AP0608      FREESPEECHOP | 131,961.33- |
| | CCD 122287250000284 | |
| | FREESPEECHOP | |
| 6/12 | DBT CRD 0743 06/09/23 58084311 | 9.15- |
| | CLOUDFLARE | |
| | HTTPSWWW.CLOU CA C#5784 | |
| 6/12 | POS DEB 1115 06/10/23 00H35S90 | 159.56- |
| | AMAZON.COM*EX2R75RU3 | |
| | AMAZON.COM | |
| | SEATTLE        WA C#5784 | |
| 6/12 | DBT CRD 1129 06/10/23 93556282 | 110.06- |
| | Amazon.com*S64UV1B23 | |
| | Amzn.com/bill WA C#5784 | |
| 6/12 | DBT CRD 1045 06/10/23 67491517 | 1,190.75- |
| | THE RANGE AT AUSTIN | |
| | 512-6502734   TX C#5784 | |



Date  6/30/23
Primary Account

Page    9

Commercial Checking

## CHECKS AND WITHDRAWALS                                    (Continued)

| Date | Description | Amount |
|------|-------------|--------|
| 6/12 | QBooks Onl INTUIT *<br>CCD 021000023062098<br>FREE SPEECH SYSTEMS LL | 213.20- |
| 6/12 | AP0609      FREESPEECHOP<br>PPD 122287250000941<br>FREESPEECHOP | 10,445.00- |
| 6/12 | AP0609      FREESPEECHOP<br>CCD 122287250000936<br>FREESPEECHOP | 309,948.23- |
| 6/13 | POS DEB 0820 06/13/23 00792297<br>Instacart<br>50 Beal St Suite 6<br>San Francisco CA C#5784 | 119.18- |
| 6/13 | POS DEB 0935 06/12/23 00H3R4TC<br>AMAZON.COM*6H5GR8RX3<br>AMAZON.COM<br>SEATTLE      WA C#5784 | 430.84- |
| 6/13 | DBT CRD 1925 06/12/23 15580361<br>AMZN Mktp US*VT3QT5WR3<br>Amzn.com/bill WA C#5784 | 17.28- |
| 6/13 | DBT CRD 1316 06/13/23 58003627<br>AMZN Mktp US*0V7T44JK3<br>Amzn.com/bill WA C#5784 | 30.28- |
| 6/13 | DBT CRD 1205 06/13/23 15182861<br>ONLINE STORE SALES<br>361-816-4113  TX C#5784 | 215.43- |
| 6/13 | DBT CRD 1206 06/13/23 15875790<br>ONLINE STORE SALES<br>361-816-4113  TX C#5784 | 215.43- |
| 6/13 | SERVICES   GOOGLE<br>CCD 091000015576044<br>Free Speech Systems, L | 280.00- |
| 6/14 | DBT CRD 1439 06/13/23 07747307<br>Spectrum<br>855-707-7328  MO C#5784 | 1,097.06- |
| 6/14 | DBT CRD 1255 06/13/23 45483649<br>AMZN Mktp US*3Y8NI8JB3<br>Amzn.com/bill WA C#5784 | 354.14- |
| 6/14 | DBT CRD 0331 06/13/23 06786503<br>FDCSERVERSN | 571.19- |



Date  6/30/23
Primary Account

Page   10

Commercial Checking                                   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | 312-423-6675   FL C#5784 | |
| 6/14 | MSInvoice  DS WATERS OF AME<br>PPD 042000019215383 | 369.90- |
| | Wendell M Schwartz | |
| 6/15 | DBT CRD 1035 06/14/23 61256265<br>BACKBLAZE.COM | 137.06- |
| | HTTPSWWW.BACK CA C#5784 | |
| 6/15 | DBT CRD 0902 06/14/23 05322244<br>NRI*NEW RELIC | 266.50- |
| | 888-643-8776  CA C#5784 | |
| 6/15 | POS DEB 1114 06/14/23 00H4JKRS<br>AMAZON.COM*KR5D43EZ3<br>AMAZON.COM | 14.19- |
| | SEATTLE       WA C#5784 | |
| 6/15 | DBT CRD 1254 06/14/23 44523170<br>PARTSWH COM | 67.81- |
| | 402-935-7733  TX C#5784 | |
| 6/15 | ORKIN PEST ORKIN<br>WEB 021000029493024 | 280.36- |
| | FREE SPEECH SYSTEMS *0<br>8923940 | |
| 6/16 | POS DEB 0550 06/15/23 00H4S81T<br>AMAZON.COM*EV7E38Y63<br>AMAZON.COM | 123.81- |
| | SEATTLE       WA C#5784 | |
| 6/16 | DBT CRD 0942 06/15/23 29247975<br>SW INFWRS | 6.82- |
| | 888-2533139   TX C#5784 | |
| 6/16 | DBT CRD 0948 06/15/23 33059298<br>SW INFWRS | 35.69- |
| | 888-2533139   TX C#5784 | |
| 6/16 | DBT CRD 0053 06/15/23 11870286<br>AMZN Mktp US*0A8FL99J3 | 75.61- |
| | Amzn.com/bill WA C#5784 | |
| 6/16 | 0615AP      FREESPEECHOP<br>PPD 122287250001357 | 10,737.39- |
| | FREESPEECHOP | |
| 6/16 | AP0615      FREESPEECHOP<br>CCD 122287250001369<br>FREESPEECHOP | 412,276.05- |



## Commercial Checking                                    (Continued)

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 6/20 | DBT CRD 1346 06/16/23 75824041<br>CHATGPT SUBSCRIPTION<br>OPENAI.COM   CA C#5784 | 21.28- |
| 6/20 | DBT CRD 1212 06/16/23 19455195<br>Name.com, Inc<br>720-2492374   CO C#5784 | 34.34- |
| 6/20 | DBT CRD 0942 06/18/23 29796934<br>DTV*DIRECTV SERVICE<br>800-347-3288  CA C#5784 | 218.72- |
| 6/20 | POS DEB 1448 06/19/23 00H64W8C<br>AMAZON.COM*WL76X4DC3<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 86.58- |
| 6/20 | DBT CRD 0153 06/16/23 48363301<br>SW INFWRS<br>888-2533139   TX C#5784 | 22.57- |
| 6/20 | DBT CRD 1403 06/16/23 86280469<br>AGASERVICECO MAR   TT<br>ALLIANZINS.US VA C#0837 | 30.97- |
| 6/20 | DBT CRD 2325 06/16/23 59122675<br>Amazon.com*B14RC2PO3<br>Amzn.com/bill WA C#5784 | 62.76- |
| 6/20 | DBT CRD 0853 06/19/23 00304201<br>AMZN Mktp US*NR9U3O8G3<br>Amzn.com/bill WA C#5784 | 311.81- |
| 6/20 | DBT CRD 0330 06/19/23 06560169<br>FDCSERVERSN<br>312-423-6675  FL C#5784 | 545.34- |
| 6/20 | DBT CRD 1243 06/19/23 38172589<br>ADOBE  *STOCK<br>408-536-6000  CA C#5784 | 4,289.35- |
| 6/21 | DBT CRD 1012 06/20/23 47257449<br>WEB*Hostgator.com<br>713-5745287   MA C#5784 | 67.89- |
| 6/21 | DBT CRD 0909 06/20/23 09714255<br>CLOUDFLARE<br>HTTPSWWW.CLOU CA C#5784 | 639.60- |
| 6/22 | DBT CRD 1835 06/21/23 49552874<br>VERCEL PRO<br>HTTPSVERCEL.C CA C#5784 | 20.00- |



Date  6/30/23 ___ Page 12
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 6/22 | DBT CRD 1015 06/22/23 49073212<br>AMZN Mktp US*EE3LW7I63<br>Amzn.com/bill WA C#5784 | 59.65- |
| 6/22 | DBT CRD 0952 06/21/23 35761647<br>AMZN Mktp US*PC8AH5QZ3<br>Amzn.com/bill WA C#5784 | 63.13- |
| 6/22 | DBT CRD 1556 06/22/23 53923906<br>AMZN Mktp US*II4U21TM3<br>Amzn.com/bill WA C#5784 | 72.45- |
| 6/22 | RECRD MGMT IRON MOUNTAIN<br>CCD 021000029336458 | 484.29- |
| 6/22 | WENDELL *M SCHWARTZ<br>MINUTE       FREESPEECHOP<br>CCD 12287250000510<br>FREESPEECHOP | 25,000.00- |
| 6/23 | DBT CRD 1416 06/22/23 93983658<br>PRITUNL PREMIUM<br>HTTPSPRITUNL. WA C#5784 | 10.00- |
| 6/23 | DBT CRD 1302 06/22/23 49714041<br>CPR SAVERS 1ST AID<br>800-480-1277  AZ C#5784 | 350.00- |
| 6/23 | AP0622       FREESPEECHOP<br>PPD 12287250000080<br>FREESPEECHOP | 157,847.53- |
| 6/23 | AP0622       FREESPEECHOP<br>CCD 12287250000067<br>FREESPEECHOP | 220,265.14- |
| 6/26 | DBT CRD 1501 06/23/23 20815599<br>RUMBLEVIDEO<br>TORONTO       CD C#5784 | 100.00- |
| 6/26 | DBT CRD 1625 06/26/23 71512737<br>AMZN Mktp US*V83WX7UZ3<br>Amzn.com/bill WA C#5784 | 41.66- |
| 6/26 | Int Fee 1323 06/25/23 20815599<br>RUMBLEVIDEO<br>TORONTO       OO C# 5784 | 1.00- |
| 6/26 | Payment    ATT<br>PPD 031100200160627<br>Free speech systems | 2,628.76- |



Date  6/30/23
Primary Account

Commercial Checking                                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 6/26 | From DDA *8919,To DDA *8893,05 2623 ESV transfer | 18,580.33- |
| 6/26 | From DDA *8919,To DDA *8893,Ad eq Prot June | 20,000.00- |
| 6/27 | DBT CRD 1058 06/26/23 74817230 Name.com, Inc 720-2492374     CO C#5784 | 503.05- |
| 6/27 | PAYMENT    ADT PPD 101000695865914 FREE SPEECH SYSTEMS | 20.45- |
| 6/27 | PAYMENT    ADT PPD 101000695865912 FREE SPEECH SYSTEMS | 69.18- |
| 6/27 | PAYMENT    ADT PPD 101000695865911 FREE SPEECH SYSTEMS | 102.06- |
| 6/27 | PAYMENT    ADT PPD 101000695865909 FREE SPEECH SYSTEMS | 138.15- |
| 6/27 | PAYMENT    ADT PPD 101000695865913 FREE SPEECH SYSTEMS | 830.10- |
| 6/27 | PAYMENT    ADT PPD 101000695865910 FREE SPEECH SYSTEMS | 1,411.18- |
| 6/27 | Int'l Wire Transfer (USD) -DL Klevu 121042484 F17481469710036046 FI PCBB 20230627MMQFMP9N000532 20230627L1B7832F000591 06271330FT03 | 5,928.12- |
| 6/28 | POS DEB 0607 06/27/23 00H8JB00 AMAZON.COM*7J6PU8AB3 AMAZON.COM SEATTLE      WA C#5784 | 120.15- |
| 6/28 | DBT CRD 0811 06/27/23 74760568 Amazon.com*AD2E89H53 | 53.98- |



Date  6/30/23
Primary Account
Page    14

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 6/28 | Amzn.com/bill WA C#5784<br>DBT CRD 0107 06/27/23 20317101<br>Amazon.com*4L9UD0SB3 | 80.74– |
| 6/28 | Amzn.com/bill WA C#5784<br>DBT CRD 1156 06/28/23 09776401<br>ONLINE STORE SALES<br>361-816-4113  TX C#5784 | 215.43– |
| 6/29 | DBT CRD 1717 06/28/23 02683626<br>FAMILY FARE 3795<br>OMAHA         NE C#0837 | 27.84– |
| 6/29 | DBT CRD 1103 06/28/23 77881743<br>Amazon.com*V96GN4U13<br>Amzn.com/bill WA C#5784 | 29.96– |
| 6/29 | DBT CRD 1121 06/28/23 88889908<br>COTTONWOOD ECOM<br>6782924962    NE C#0837 | 687.33– |
| 6/30 | POS DEB 0926 06/30/23 38583500<br>WAL-MART #3151<br>5018 AMES AVE<br>OMAHA        NE C#0837 | 67.25– |
| 6/30 | POS DEB 0836 06/29/23 00H989HM<br>AMAZON.COM*LE66U4W33<br>AMAZON.COM<br>SEATTLE        WA C#5784 | 86.58– |
| 6/30 | DBT CRD 1358 06/29/23 82888319<br>VALET TIPS<br>HTTPSPARKINGM TN C#0837 | 6.65– |
| 6/30 | DBT CRD 1053 06/28/23 72159712<br>AUSTIN AIRPORT-F&B<br>AUSTIN        TX C#0837 | 26.78– |
| 6/30 | DBT CRD 1129 06/28/23 93883514<br>ROSSMANN REPAIR GROUP<br>AUSTIN        TX C#5784 | 541.25– |
| 6/30 | DBT CRD 1303 06/27/23 50337774<br>CRESTVIEW RV CENTER<br>BUDA          TX C#5784 | 3,416.32– |
| 6/30 | Sales0628   FREESPEECHOP<br>PPD 122287250000888<br>FREESPEECHOP | 2,415.75– |
| 6/30 | Sales0629   FREESPEECHOP<br>CCD 122287250000886 | 141,762.53– |



Date 6/30/23  Page 15
Primary Account

Commercial Checking    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 6/30 | FREESPEECHOP<br>Service Charge | 1.20-SC |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 6/13 | 99581350 | 58,423.66 | 6/13 | 99884034* | 18,706.55 |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 426,693.99 | 6/12 | 187,651.84 | 6/22 | 560,317.82 |
| 6/02 | 164,232.00 | 6/13 | 109,213.19 | 6/23 | 181,845.15 |
| 6/05 | 138,763.65 | 6/14 | 210,693.51 | 6/26 | 198,917.06 |
| 6/06 | 135,660.36 | 6/15 | 609,927.59 | 6/27 | 189,914.77 |
| 6/07 | 134,844.26 | 6/16 | 186,672.22 | 6/28 | 189,444.47 |
| 6/08 | 134,020.49 | 6/20 | 181,048.50 | 6/29 | 388,699.34 |
| 6/09 | 500,130.72 | 6/21 | 186,001.68 | 6/30 | 240,375.03 |

\*\*\* END OF STATEMENT \*\*\*



Date   6/30/23
Primary Account                    Page    1

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:        FREE SPEECH SYSTEMS, LLC
                      Case 22-60043, Donations

| Commercial Checking | | |
|---|---|---|
| Account Number | Number of Enclosures | 0 |
| Previous Balance | Statement Dates  6/01/23 thru  7/02/23 | |
| 33 Deposits/Credits | 5,563.23 | Days in the statement period | 32 |
| Checks/Debits | .00 | Avg Daily Ledger | 38,970.20 |
| Maintenance Fee | .00 | Avg Daily Collected | 38,796.34 |
| Interest Paid | .00 | | |
| Ending Balance | 41,721.51 | | |

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|---|---|---|
| 6/12 | MyDeposit | 5.00 |
| 6/12 | MyDeposit | 10.00 |
| 6/12 | MyDeposit | 10.00 |
| 6/12 | MyDeposit | 20.00 |
| 6/12 | MyDeposit | 40.00 |
| 6/12 | MyDeposit | 45.00 |
| 6/12 | MyDeposit | 50.00 |
| 6/12 | MyDeposit | 50.00 |
| 6/12 | MyDeposit | 50.00 |
| 6/12 | MyDeposit | 75.00 |
| 6/12 | MyDeposit | 100.00 |
| 6/12 | MyDeposit | 100.00 |
| 6/12 | MyDeposit | 100.00 |
| 6/12 | MyDeposit | 100.00 |
| 6/12 | MyDeposit | 100.00 |



Date   6/30/23          Page   2
Primary Account

Commercial Checking                                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 6/12 | MyDeposit | 110.00 |
| 6/12 | MyDeposit | 115.30 |
| 6/12 | MyDeposit | 400.00 |
| 6/12 | MyDeposit | 400.00 |
| 6/12 | MyDeposit | 700.00 |
| 6/21 | MyDeposit | 5.00 |
| 6/21 | MyDeposit | 5.00 |
| 6/21 | MyDeposit | 10.00 |
| 6/21 | MyDeposit | 25.00 |
| 6/21 | MyDeposit | 45.93 |
| 6/21 | MyDeposit | 50.00 |
| 6/21 | MyDeposit | 100.00 |
| 6/21 | MyDeposit | 100.00 |
| 6/21 | MyDeposit | 100.00 |
| 6/21 | MyDeposit | 100.00 |
| 6/21 | MyDeposit | 200.00 |
| 6/21 | MyDeposit | 242.00 |
| 6/21 | MyDeposit | 2,000.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 36,158.28 | 6/12 | 38,738.58 | 6/21 | 41,721.51 |

*** END OF STATEMENT ***



Date   6/30/23         Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:         FREE SPEECH SYSTEMS, LLC
                       Case 22-60043, Payroll

| Commercial Checking | | |
|---|---|---|
| Account Number | | |
| Previous Balance | 12,088.27 | |
| 2 Deposits/Credits | 365,000.00 | |
| 2 Checks/Debits | 374,072.41 | |
| Maintenance Fee | .00 | |
| Interest Paid | .00 | |
| Ending Balance | 3,015.86 | |

| Number of Enclosures | 0 |
|---|---|
| Statement Dates   6/01/23 thru 7/02/23 | |
| Days in the statement period | 32 |
| Avg Daily Ledger | 10,368.59 |
| Avg Daily Collected | 10,368.59 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 6/14 | From DDA *8877,To DDA *8927,payroll | 185,000.00 |
| 6/27 | From DDA *8877,To DDA *8927,payroll | 180,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/14 | Domestic Wire Transfer-DL HR&P 084201278 4975902 | 185,045.78- |



Date  6/30/23
Primary Account

Commercial Checking                                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | UNITED STATES Cadence Bank 20230614MMQFMP9N000096 20230614MMQFMPF1000311 06140951FT03 | |
| 6/27 | Domestic Wire Transfer-DL HR&P 084201278 4975902 | 189,026.63- |
|      | UNITED STATES Cadence Bank 20230627MMQFMP9N000633 20230627MMQFMPF1000763 06271435FT03 | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 12,088.27 | 6/14 | 12,042.49 | 6/27 | 3,015.86 |

*** END OF STATEMENT ***



Date  6/30/23          Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | — | Statement Dates  6/01/23 thru  7/02/23 | |
| Previous Balance | 573,834.15 | Days in the statement period | 32 |
| 9 Deposits/Credits | 117,176.60 | Avg Daily Ledger | 600,869.12 |
| Checks/Debits | .00 | Avg Daily Collected | 600,869.12 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 691,010.75 | | |

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|---|---|---|
| 6/06 | A/P        MY PILLOW<br>CCD 091901890000020 | 2,255.68 |
| 6/14 | Free Speech Systems, L<br>PAYMENTS   My Store<br>CCD 056009470000057 | 126.52 |
| 6/21 | Free Speech Systems, L<br>A/P        MY PILLOW<br>CCD 091901890000017 | 249.02 |
| 6/26 | Free Speech Systems, L<br>From DDA *8919,To DDA *8893,05<br>2623 ESV transfer | 18,580.33 |
| 6/26 | From DDA *8919,To DDA *8893,Ad<br>eq Prot June | 20,000.00 |
| 6/26 | From DDA *8877,To DDA *8893,PL<br>TM 061623 | 22,022.31 |



Date  6/30/23
Primary Account                        Page      2

Commercial Checking                              (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 6/26 | From DDA *8877,To DDA *8893,PL TM 060223 | 23,551.96 |
| 6/26 | From DDA *8877,To DDA *8893,PL TM 060923 | 28,893.75 |
| 6/28 | A/P          MY PILLOW CCD 091901890000011 Free Speech Systems, L | 1,497.03 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 573,834.15 | 6/14 | 576,216.35 | 6/26 | 689,513.72 |
| 6/06 | 576,089.83 | 6/21 | 576,465.37 | 6/28 | 691,010.75 |

*** END OF STATEMENT ***



Date  6/30/23          Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:        FREE SPEECH SYSTEMS, LLC
                      Case 22-60043, Legal

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates  6/01/23 thru  7/02/23 | |
| Previous Balance | 100,000.00 | Days in the statement period | 32 |
| Deposits/Credits | .00 | Avg Daily Ledger | 100,000.00 |
| Checks/Debits | .00 | Avg Daily Collected | 100,000.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 100,000.00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 6/01 | 100,000.00 |

*** END OF STATEMENT ***