UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

**ORDER GRANTING EMERGENCY MOTION TO APPROVE ASSUMPTION OF COMMERCIAL REAL PROPERTY LEASE WITH BCC UBC LLC.**

Upon the *Debtor's Emergency Motion to Approve Assumption of Commercial Real Property Lease with BCC UBC LLC* ("Motion")[1]; for authority to assume the Lease Agreement, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish (i) the exercise of business judgment by the Debtor, (ii) demonstration of adequate assurance of future performance under the Lease Agreement; and (iii) just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1.   Pursuant to sections 365(a) and 105(a) of the Bankruptcy Code, the Lease Agreement, as modified and amended, is deemed to be assumed in its entirety.

---

[1] Capitalized terms used by not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

2

2. The Debtor is authorized to take all steps necessary or appropriate to carry out the relief granted in this Order.

3. The Debtor is current on its obligations under the Lease Agreement and no cure is required pursuant to Section 365(b)(1).

4. The Court retains exclusive jurisdiction with respect to all matters arising or related to the implementation, interpretation, and enforcement of this Order.

Dated this __ day of July 2023.

_____
UNITED STATES BANKRUPTCY JUDGE