*Form O-100*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Case No. 22-60043 (Chapter 11) |
| FREE SPEECH SYSTEMS LLC | | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY [AND CO-DEBTOR STAY, IF APPLICABLE] AFTER HEARING**
(This Order Resolves Docket #_____)

Ally Bank ("Movant") filed a motion for relief from the automatic stay against <u>2020 Chevrolet Tahoe Utility 4D LT 4WD 5.3L V8, VIN # 1GNSKBKCXLR288493.</u> (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

| | |
|---|---|
| _____ | Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted. |
| _____ | The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief. |
| _____ | The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief. |
| _____ | After hearing, and for the reasons stated on the record, relief from the stay is granted. |
| _____ | No timely response was filed. Accordingly, the motion is granted by default. |
| _____ | As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. |

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the co-debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

| | |
|---|---|
| _____ | Movant is awarded attorney's fees in the amount of $_____. |
| _____ | The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record. |