IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

**AGENDA FOR HEARINGS SCHEDULED FOR JULY 27, 2023, AT 9:00 A.M. (PREVAILING CENTRAL TIME), BEFORE JUIDGE LOPEZ AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM, 515 RUSK STREET, HOUSTON, TEXAS 77002**

Free Speech Systems, LLC (the "Debtor" or "FSS"), debtor and debtor-in-possession in the above-referenced Chapter 11 case, hereby files this agenda for matters set for hearing on July 27, 2023, at 9:00 a.m. (prevailing Central Time).

## Cash Collateral Motion

1. Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Section 105, 361, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) and (II) Granting Adequate Protection to the Pre-Petition Secured Lender. [Dkt. No. 6]

    Related documents:

    a. Proposed Order – Fourteenth Interim Order [Dkt. No. 739]

    Status:

    Going forward. No known outstanding comments or opposition to the proposed form of order.

## Motion to Approve Assumption of Commercial Real Property Lease

1. Motion to Approve Assumption of Commercial Real Property Lease with BCC UBC LLC Filed by Debtor Free Speech Systems LLC [Dkt. 675]

    Status:

    Going forward. No known outstanding comments or opposition.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on this 26th day of July 2023.

                                      /s/ Ray Battaglia
                                      Raymond W. Battaglia