Electronic Appearance Sheet

Sara Brauner, Akin Gump Strauss Hauer & Feld
Client(s): Official Committee of Unsecured Creditors

Marty Brimmage, Akin Gump Strauss Hauer & Feld
Client(s): Official Committee of Unsecured Creditors

Katherine Porter, Akin Gump Strauss Hauer & Feld
Client(s): Official Committee of Unsecured Creditors

David Zensky, Akin Gump Strauss Hauer & Feld
Client(s): Official Committee of Unsecured Creditors

Anna Kordas, Akin Gump Strauss Hauer & Feld
Client(s): Official Committee of Unsecured Creditors