IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| | § | |
| FREE SPEECH SYSTEMS LLC, | § | Case No. 22-60043 |
| | § | |
| Debtor | § | |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that Martin J. Salvucci, having previously filed a *Notice of Appearance and Request for Service of Papers* [Docket No. 341], hereby withdraws his appearance on behalf of Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the Connecticut Plaintiffs), in the above-captioned matter, and requests that he be removed from all service lists in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and its attorneys of record, other than Martin J. Salvucci, continue to represent the Connecticut Plaintiffs and hereby request that all notices required in the above-referenced case continue to be served to such attorneys of record.

Respectfully submitted this 17th day of August 2023.

      */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011 (fax)

-and-

Kyle J. Kimpler (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (fax)
kkimpler@paulweiss.com
chopkins@paulweiss.com

**ATTORNEYS FOR CONNECTICUT PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 17th day of August 2023.

      */s/ Ryan E. Chapple*
Ryan E. Chapple