United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: FREE SPEECH SYSTEMS LLC | § <br> § | Case No. 22-60043 <br> (Chapter 11 ) |

### AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
(This Order Resolves Docket # 677)

Ally Bank ("Movant") filed a motion for relief from the automatic stay [and co-debtor stay] against 2020 Chevrolet Tahoe Utility 4D LT 4WD 5.3L V8, VIN # 1GNSKBKCXLR288493 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply.

Signed: August 23, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

**Form O-200**

Agreed:

AGREED AND ENTRY REQUESTED:

/s/ Ray Battaglia
_____
Signature-Debtor(s)' counsel (or debtor, if pro se)

Name: Raymond W. Battaglia
State Bar No.:   019108055


Address: 66 Granburg Circle, San Antonio, TX 78218

Telephone: 210 601-9405
Fax:
E-mail: rbattaglialaw@outllok.com

/s/ Patrick M. Lynch

Signature-Movant's counsel

Name: Patrick M. Lynch
State Bar No.:#24065655
S.D. Tex. Bar No.:_____
Address: 2001 Bryan St., Suite 1800, Dallas,
   TX 75201

Telephone: (214) 880-1864
Fax: (214) 871- 2111
E-mail: plynch@qslwm.com

[Document must be signed by Debtor(s) or by Debtor(s)' counsel or both.  Electronic signatures may be submitted.  Movant must retain copies of the original signatures.]

By submitting this Agreed Order, Movant 's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no co-debtor has filed any opposition to the requested relief.