**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| Free Speech Systems LLC, | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

**PQPR HOLDINGS LIMITED, LLC'S WITNESS AND EXHIBIT LIST FOR**
**AUGUST 29, 2023 HEARING**

PQPR Holdings Limited, LLC ("PQPR"), the secured creditor of the Debtor and a party-in-interest, respectfully submits this Witness and Exhibit List for the hearing scheduled for August 29, 2023:

**WITNESS LIST**

1. Patrick Magill;
2. Any witness identified by any other party.

**EXHIBIT LIST**

| Exhibit No. | Description |
|---|---|
| PQPR-1 | PQPR August 13, 2020 Note, Exh 4 to Dkt. No. 26 |
| PQPR-2 | Security Agreement, Exh 5 to Dkt. No. 26 |
| PQPR-3 | PQPR November 10, 2021 Note, Exh 6 to Dkt. No. 26 |
| PQPR-4 | PQPR UCC-1 Financing Statement, Exh 7 to Dkt. No. 26 |
| PQPR-5 | PQPR Forbearance Term Sheet, Exh 8 to Dkt. No. 26 |
| PQPR-6 | 13 Week Budget, Exh 9 to Dkt. No. 26 |
| PQPR-7 | Interim Cash Collateral Budget, Exh 10 to Dkt. No. 26 |
| PQPR-8 | 2nd Interim Cash Collateral Order and Budget, Dkt. No. 98 |
| PQPR-9 | 3rd Interim Cash Collateral Order and Budget, Dkt. No. 151 |
| PQPR-10 | 4th Interim Cash Collateral Order and Budget, Dkt No. 238 |
| PQPR-11 | PQPR Proof of Claim, Claim No. 11 |
| PQPR-12 | 5th Interim Cash Collateral Order and Budget, Dkt No. 258 |
| PQPR-13 | 6th Interim Cash Collateral Order and Budget, Dkt No. 287 |
| PQPR-14 | 7th Interim Cash Collateral Order and Budget, Dkt No. 333 |
| PQPR-15 | 8th Interim Cash Collateral Order and Budget, Dkt No. 403 |
| PQPR-16 | 9th Interim Cash Collateral Order and Budget, Dkt No. 459 |
| PQPR-17 | 10th Interim Cash Collateral Order and Budget, Dkt No. 540 |
| PQPR-18 | 11th Interim Cash Collateral Order and Budget, Dkt No. 575 |
| PQPR-19 | 12th Interim Cash Collateral Order and Budget, Dkt No. 607 |
| PQPR-20 | 13th Interim Cash Collateral Order and Budget, Dkt No. 643 |
| PQPR-21 | 14th Interim Cash Collateral Order and Budget, Dkt No. 682 |
| | |
| | Any exhibits offered by any other party |

Dated: August 25, 2023

Respectfully submitted,

STREUSAND, LANDON & OZBURN, LLP

By: _/s/Stephen W. Lemmon_
  Stephen W. Lemmon
  Texas Bar. No. 12194500
  STREUSAND, LANDON, OZBURN &
  LEMMON, LLP
  1801 S. MoPac Expressway, Suite 320
  Austin, Texas 78746
  Telephone: (512) 236-9900
  Facsimile: (512) 236-9904
  lemmon@slollp.com
  **ATTORNEYS FOR**
  **PQPR HOLDINGS LIMITED, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 25th day of August, 2023.

_/s/ Stephen W. Lemmon_
Stephen W. Lemmon