IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| | § | |
| **FREE SPEECH SYSTEMS, LLC,** | § | Case No. 22-60043 |
| | § | |
| Debtor. | § | |
| ------------------------------------------------- | § | |
| In re: | § | |
| | § | |
| **ALEXANDER E. JONES,** | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |

**AGENDA FOR HEARINGS SCHEDULED FOR AUGUST 29, 2023, AT 3:15 P.M. (PREVAILING CENTRAL TIME), BEFORE JUDGE LOPEZ AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM, 515 RUSK STREET, HOUSTON, TEXAS 77002**

Free Speech Systems, LLC (the "Debtor" or "FSS"), debtor and debtor-in-possession in the above-referenced Chapter 11 cases, hereby files this agenda for matters set for hearing on August 29, 2023, at 3:15 p.m. (prevailing Central Time).

**FREE SPEECH SYSTEMS. LLC – CASE NO. 22-60043**

**Cash Collateral Motion**

1. Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Section 105, 361, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) and (II) Granting Adequate Protection to the Pre-Petition Secured Lender. [Dkt. No. 6]

   Related documents:

   a. Proposed Order – Fifteenth Interim Order [Dkt. No. 705]

   Status:

   Going forward. No known outstanding comments or opposition to the proposed form of order.

**ALEXANDER E. JONES – CASE NO. 22-33553**

**Motion to Quash**

1. Motion to Quash the Notice of the Official Committee of Unsecured Creditors Bankruptcy Rule 2004 Examination of Free Speech Systems, LLC [Dkt. 383]

   Status:

   Status conference only – report to court.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on this 29th day of August 2023.

    /s/ Ray Battaglia
    Raymond W. Battaglia