**Fill in this information to identify the case:**

Debtor Name  Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-60043

❑ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  August

Date report filed: 09/19/2023
MM / DD / YYYY

Line of business: Dietary Supplement Sales

NAISC code: 325411

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Respons ble party:  J Patrick Magill

Original signature of responsible party

Printed name of responsible party   J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name  Free Speech Systems LLC

Case number  22-60043

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

*** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 1,536,602.0

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 3,118,909.0

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 2,082,412.0

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 1,036,497.0

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 2,573,099.0

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 689,841.57

*(Exhibit E)*

Debtor Name __Free Speech Systems LLC__                    Case number __22-60043__

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ 374,289.85

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                               54
27. What is the number of employees as of the date of this monthly report?                  45

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 75,682.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 1,457,522.0
30. How much have you paid this month in other professional fees?                                    $ 7,965.04
31. How much have you paid in total other professional fees since filing the case?                   $ 600,209.48

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,783,055.0 | − | $ 3,118,909.0 | = | $ 335,854.00 |
| 33. **Cash disbursements** | $ 2,541,716.0 | − | $ 2,082,412.0 | = | $ 459,304.00 |
| 34. **Net cash flow** | $ 241,339.00 | − | $ 1,036,497.0 | = | $ 795,158.00 |

35. Total projected cash receipts for the next month:                               $ 2,680,151.0
36. Total projected cash disbursements for the next month:                        − $ 2,464,636.0
37. Total projected net cash flow for the next month:                             = $ 215,515.00

Debtor Name  Free Speech Systems LLC

Case number  22-60043

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Print     Save As...     Reset



**FORM 425C Exhibit E**
**Total Payables**

*As of August 31, 2023*

| From | Amount | Due Date | |
|---|---|---|---|
| **Legal / Consulting Fees** | | | |
| Melissa Haselden | 5,322.00 | 06/30/2023 | |
| | **5,322.00** | | |
| **Trade AP** | | | |
| Frost Insurance | 3,839.20 | 06/14/2023 | *(a)* |
| Sparkletts & Sierra Springs | 485.65 | 07/17/2023 | |
| Bactolac Pharmaceutical, Inc. | 50.07 | 08/01/2023 | |
| BCC UF LLC (Stream Realty) | 57,440.41 | 8/31/2023 | |
| GS1 US Inc. | 550.00 | 08/01/2023 | |
| Subscribe Pro Inc | 962.50 | 08/04/2023 | |
| Ronald H. Gibson | 1,500.00 | 08/05/2023 | |
| ATX HD | 28,707.84 | 08/20/2023 | |
| Gracenote Media Services | 123.58 | 08/22/2023 | |
| PQPR David Jones | 63,872.56 | 08/31/2023 | |
| City of Austin | 4,317.26 | 09/01/2023 | |
| City of Austin | 1,552.41 | 09/01/2023 | |
| City of Austin | 1,027.65 | 09/01/2023 | |
| City of Austin | 464.87 | 09/01/2023 | |
| Cloudflare Inc | 63,320.40 | 09/03/2023 | |
| Austin Security and Investigations | 8,830.87 | 09/04/2023 | |
| Austin Security and Investigations | 2,814.50 | 09/04/2023 | |
| Cloudflare Inc | 12,743.49 | 09/07/2023 | |
| Willow Grove Productions | 2,950.00 | 09/07/2023 | |
| Novasors (Centrinex LLC) | 7,252.89 | 09/10/2023 | |
| Lumen | 11,008.81 | 09/23/2023 | |
| Specialized A C Mechanical | 6,846.81 | 09/29/2023 | |
| Specialized A C Mechanical | 248.98 | 09/29/2023 | |
| Balcones Recycling | 386.99 | 09/30/2023 | |
| Joe W Fly Co. | 429.48 | 09/30/2023 | |
| | **281,727.22** | | |
| **Inventory** | | | |
| Ready Alliance | 43,751.75 | 08/20/2023 | |
| Ready Alliance | 117,113.42 | 08/30/2023 | |
| Off the Wall Graphics | 43,200.00 | 08/31/2023 | |
| Ready Alliance | 23,977.18 | 08/31/2023 | |
| Yellow Emperor | 174,750.00 | 08/31/2023 | |
| | **402,792.35** | | |
| **Total Accounts Payable** | **689,841.57** | | |

(a)   *This is not current Insurance premium due, it is the result of the workmans comp audit*
      *and includes pre-petition time periods, working with company on how to resolve*



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of August 31, 2023*

| From | Amount | Due Date |
|------|--------|----------|
| Processor S | 127,057.42 | 9/1/2023 |
| Processor S | 146,066.86 | 9/2/2023 |
| Processor S | 101,165.57 | 9/5/2023 |
| | **374,289.85** | |



| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 | AXOS Legal # 78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **August 1 to August 31** | | | | | | | | | | | | |
| **Opening Balance** | 251,761.22 | 434,378.93 | 47,764.18 | 6,470.97 | 696,214.65 | 100,000.00 | - | - | - | - | 11.77 | 1,536,601.72 |
| Cash Receipts | 3,033,449.54 | 24,123.12 | 9,234.60 | - | 52,102.17 | - | - | - | - | - | - | 3,118,909.43 |
| Cash Disbursements | (144.00) | (1,699,019.57) | - | (383,248.75) | - | - | - | - | - | - | - | (2,082,412.32) |
| **Net Cash Flow** | 3,033,305.54 | (1,674,896.45) | 9,234.60 | (383,248.75) | 52,102.17 | - | - | - | - | - | - | 1,036,497.11 |
| Transfers In | - | 1,850,000.00 | - | 385,010.00 | - | - | - | - | - | - | - | 2,235,010.00 |
| Transfers Out | (2,045,010.00) | (190,000.00) | - | - | - | - | - | - | - | - | - | (2,235,010.00) |
| **Cash on Hand** | 1,240,056.76 | 419,482.48 | 56,998.78 | 8,232.22 | 748,316.82 | 100,000.00 | - | - | - | - | 11.77 | 2,573,098.83 |



Date  8/31/23          Page     1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Deposit

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates   8/01/23 thru  8/31/23 | |
| Previous Balance | 231,701.22 | Days in the statement period | 31 |
| 22 Deposits/Credits | 3,033,449.54 | Avg Daily Ledger | 687,900.47 |
| 8 Checks/Debits | 2,045,154.00 | Avg Daily Collected | 687,900.47 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,240,056.76 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/01 | Wire Transfer Credit | 217,776.17 |
| | 20230801QMGFT005000132 | |
| | 20230801MMQFMP9N000094 | |
| | 08010948FT03 | |
| 8/02 | Wire Transfer Credit | 93,951.87 |



Date  8/31/23 — Page 2
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20230802QMGFT008000074 | |
| | 20230802MMQFMP9N000055 | |
| | 08020907FT03 | |
| 8/03 | Wire Transfer Credit | 159,915.29 |
| | 20230803QMGFT004000567 | |
| | 20230803MMQFMP9N000137 | |
| | 08031206FT03 | |
| 8/04 | Wire Transfer Credit | 134,309.53 |
| | 20230804QMGFT001000629 | |
| | 20230804MMQFMP9N000161 | |
| | 08041213FT03 | |
| 8/07 | Wire Transfer Credit | 152,106.96 |
| | 20230807QMGFT014000877 | |
| | 20230807MMQFMP9N000228 | |
| | 08071339FT03 | |
| 8/08 | Wire Transfer Credit | 241,234.50 |



Date  8/31/23          Page     3
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20230808QMGFT007000703 | |
|      | 20230808MMQFMP9N000206 | |
|      | 08081311FT03 | |
| 8/09 | Wire Transfer Credit | 83,369.76 |
|      | 20230809QMGFT008000558 | |
|      | 20230809MMQFMP9N000107 | |
|      | 08091130FT03 | |
| 8/10 | Wire Transfer Credit | 84,073.61 |
|      | 20230810QMGFT004001074 | |
|      | 20230810MMQFMP9N000253 | |
|      | 08101506FT03 | |
| 8/11 | Wire Transfer Credit | 76,027.46 |
|      | 20230811QMGFT011000791 | |
|      | 20230811MMQFMP9N000228 | |
|      | 08111319FT03 | |



Date  8/31/23          Page      4
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/14 | Wire Transfer Credit | 79,163.94 |
|      | AUGUST 1<br>DEPOSIT<br>20230814QMGFT012000844<br>20230814MMQFMP9N000233<br>08141313FT03 | |
| 8/15 | Wire Transfer Credit | 190,369.18 |
|      | DEPOSIT<br>20230815QMGFT003000141<br>20230815MMQFMP9N000119<br>08151006FT03 | |
| 8/16 | Wire Transfer Credit | 79,282.00 |
|      | 20230816QMGFT007000294<br>20230816MMQFMP9N000121<br>08161104FT03 | |
| 8/17 | Wire Transfer Credit | 100,548.04 |



Date  8/31/23          Page     5
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/18 | DEPOSIT<br>20230817QMGFT009000486<br>20230817MMQFMP9N000130<br>08171153FT03<br>Wire Transfer Credit | 89,070.81 |
| 8/21 | DEPOSIT<br>20230818QMGFT010000405<br>20230818MMQFMP9N000107<br>08181129FT03<br>Wire Transfer Credit | 85,924.91 |
| 8/22 | 20230821QMGFT004000240<br>20230821MMQFMP9N000109<br>08211032FT03<br>Wire Transfer Credit | 235,312.42 |



Date  8/31/23          Page      6
Primary Account

Commercial Checking                    │ (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20230822QMGFT014000400 | |
|      | 20230822MMQFMP9N000119 | |
|      | 08221141FT03 | |
| 8/23 | Wire Transfer Credit | 111,954.78 |
|      | DEPOSIT | |
|      | 20230823QMGFT013000532 | |
|      | 20230823MMQFMP9N000106 | |
|      | 08231222FT03 | |
| 8/24 | Wire Transfer Credit | 112,534.98 |
|      | 20230824QMGFT008000982 | |
|      | 20230824MMQFMP9N000177 | |
|      | 08241433FT03 | |
| 8/25 | Wire Transfer Credit | 114,992.00 |
|      | 20230825QMGFT010000313 | |
|      | 20230825MMQFMP9N000118 | |
|      | 08251048FT03 | |
| 8/29 | Wire Transfer Credit | 124,218.30 |



Date   8/31/23          Page      7
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | DEPOSIT 20230829QMGFT010000554 20230829MMQFMP9N000158 08291208FT03 | |
| 8/29 | Wire Transfer Credit | 327,753.68 |
| | DEPOSIT 20230829QMGFT010000555 20230829MMQFMP9N000159 08291209FT03 | |
| 8/30 | Wire Transfer Credit | 139,559.35 |
| | 20230830QMGFT005000507 20230830MMQFMP9N000137 08301137FT03 | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | MERCH FEES LUQRA CCD 084106760023812 | 129.00- |



Date  8/31/23        Page      8
Primary Account

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | INFOWARS | |
| 8/03 | From DDA *8877,To DDA *8919 | 450,000.00- |
| 8/07 | WEBPAYMENT GATEWAY SERVICES<br>WEB 091000018322559<br>FREE SPEECH SYSTEMS, L | 15.00- |
| 8/08 | From DDA *8877,To DDA *8927,te<br>st | 10.00- |
| 8/08 | From DDA *8877,To DDA *8927,pa<br>yroll | 195,000.00- |
| 8/11 | From DDA *8877,To DDA *8919 | 500,000.00- |
| 8/17 | From DDA *8877,To DDA *8919 | 400,000.00- |
| 8/29 | From DDA *8877,To DDA *8919 | 500,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 469,408.39 | 8/10 | 773,344.91 | 8/21 | 573,731.25 |
| 8/02 | 563,360.26 | 8/11 | 349,372.37 | 8/22 | 809,043.67 |
| 8/03 | 273,275.55 | 8/14 | 428,536.31 | 8/23 | 920,998.45 |
| 8/04 | 407,585.08 | 8/15 | 618,905.49 | 8/24 | 1,033,533.43 |
| 8/07 | 559,677.04 | 8/16 | 698,187.49 | 8/25 | 1,148,525.43 |
| 8/08 | 605,901.54 | 8/17 | 398,735.53 | 8/29 | 1,100,497.41 |
| 8/09 | 689,271.30 | 8/18 | 487,806.34 | 8/30 | 1,240,056.76 |

*** END OF STATEMENT ***



Date  8/31/23        Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Operations

| | |
|---|---|
| Commercial Checking | Number of Enclosures                11 |
| Account Number | Statement Dates    8/01/23 thru  8/31/23 |
| Previous Balance                   434,378.93 | Days in the statement period         31 |
| 54 Deposits/Credits              1,874,123.12 | Avg Daily Ledger              472,190.84 |
| 154 Checks/Debits                1,889,003.97 | Avg Daily Collected           471,590.59 |
| Maintenance Fee                        15.60 | |
| Interest Paid                            .00 | |
| Ending Balance                    419,482.48 | |

### SERVICE CHARGE ITEMIZATION

| Description | Amount |
|---|---|
| Item Fee in Service Charge | 15.60 |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/03 | From DDA *8877,To DDA *8919 | 450,000.00 |
| 8/04 | DDA Regular Deposit | 3,406.49 |
| 8/08 | Wire Transfer Credit | 6,689.62 |
| | TWC 2022 INC. | |
| | 2960 NE 207TH ST | |
| | 608 | |
| | AVENTURA, FL  33180 | |
| | JULY AFFILIATE PAYOUT | |



Date  8/31/23          Page     2
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20230808L1B77D1C001421 | |
|      | 20230808MMQFMP9N000088 | |
|      | 08081025FT03 | |
| 8/08 | POS CRE 0000 08/07/23 93896372 | 83.00 |
|      | Amazon.com | |
|      | Amzn.com/bill WA C#0837 | |
| 8/10 | MyDeposit | 37.45 |
| 8/10 | MyDeposit | 50.00 |
| 8/10 | MyDeposit | 59.90 |
| 8/10 | MyDeposit | 65.00 |
| 8/10 | MyDeposit | 79.80 |
| 8/10 | MyDeposit | 81.25 |
| 8/10 | MyDeposit | 100.70 |
| 8/10 | MyDeposit | 109.80 |
| 8/10 | MyDeposit | 127.05 |
| 8/10 | MyDeposit | 180.53 |
| 8/10 | MyDeposit | 224.80 |
| 8/10 | MyDeposit | 272.65 |
| 8/10 | MyDeposit | 275.19 |
| 8/10 | MyDeposit | 346.00 |
| 8/10 | MyDeposit | 370.55 |
| 8/10 | MyDeposit | 494.70 |
| 8/10 | MyDeposit | 546.45 |
| 8/10 | MyDeposit | 592.24 |
| 8/10 | MyDeposit | 1,282.83 |
| 8/11 | From DDA *8877,To DDA *8919 | 500,000.00 |
| 8/14 | POS CRE 0000 08/11/23 56495091 | 99.00 |
|      | AT&T COR DF | |
|      | 8003310500    TX C#0837 | |
| 8/14 | CASH LETTER COLLECTION FUNDS | 243.57 |
| 8/17 | From DDA *8877,To DDA *8919 | 400,000.00 |
| 8/18 | MyDeposit | 35.79 |
| 8/18 | MyDeposit | 50.00 |
| 8/18 | MyDeposit | 89.90 |
| 8/18 | MyDeposit | 100.00 |
| 8/18 | MyDeposit | 115.80 |
| 8/18 | MyDeposit | 137.89 |
| 8/18 | MyDeposit | 179.08 |
| 8/18 | MyDeposit | 200.00 |
| 8/18 | MyDeposit | 242.86 |
| 8/18 | MyDeposit | 251.96 |



Date  8/31/23        Page    3
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/18 | MyDeposit | 1,100.00 |
| 8/28 | MyDeposit | 46.00 |
| 8/28 | MyDeposit | 66.55 |
| 8/28 | MyDeposit | 100.00 |
| 8/28 | MyDeposit | 100.00 |
| 8/28 | MyDeposit | 101.80 |
| 8/28 | MyDeposit | 112.18 |
| 8/28 | MyDeposit | 114.90 |
| 8/28 | MyDeposit | 191.00 |
| 8/28 | MyDeposit | 206.20 |
| 8/28 | MyDeposit | 260.00 |
| 8/28 | MyDeposit | 355.65 |
| 8/28 | MyDeposit | 425.00 |
| 8/28 | MyDeposit | 468.30 |
| 8/28 | MyDeposit | 1,000.00 |
| 8/28 | MyDeposit | 2,253.69 |
| 8/29 | From DDA *8877,To DDA *8919 | 500,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | DBT CRD 1207 07/31/23 16664495<br>Name.com, Inc<br>720-2492374    CO C#0837 | 17.17- |
| 8/01 | DBT CRD 0920 07/31/23 16043521<br>Name.com, Inc<br>720-2492374    CO C#0837 | 860.14- |
| 8/01 | DBT CRD 1506 07/31/23 24002169<br>THE UPS STORE 2416<br>254-3795164    TX C#0837 | 13.22- |
| 8/01 | DBT CRD 1111 08/01/23 83137267<br>AMZN Mktp US*TH1IW2MO0<br>Amzn.com/bill WA C#0837 | 43.08- |
| 8/01 | DBT CRD 0838 07/31/23 91208118<br>Upwork -606314611REF<br>650-8534100    CA C#0837 | 873.43- |
| 8/02 | POS DEB 0904 08/01/23 00HKVEBG<br>AMAZON.COM*TH3XJ4MU1 | 129.89- |



Date  8/31/23        Page    4
Primary Account

Commercial Checking                     (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | AMAZON.COM | |
|      | SEATTLE        WA C#0837 | |
| 8/02 | DBT CRD 1524 08/01/23 34417313 | 32.05– |
|      | TXTAG 888 468 9824 | |
|      | 888–468–9824   TX C#0837 | |
| 8/02 | DBT CRD 1520 08/01/23 32508135 | 40.08– |
|      | DSI NTTA WEB | |
|      | HORSEHEADS     NY C#0837 | |
| 8/02 | DBT CRD 1321 08/01/23 61196700 | 83.00– |
|      | Amazon.com*TH89F2HIO | |
|      | Amzn.com/bill WA C#0837 | |
| 8/02 | PAYMENT    LATHEM TIME CORP | 138.64– |
|      | PPD 062000010710643 | |
|      | FREE SPEECH SYSTEMS LL | |
| 8/02 | WEB_PAY    WASTE CONNECTION | 1,500.35– |
|      | WEB 021000028529901 | |
|      | WENDELL M SCHWARTZ | |
|      | 73486662080123 | |
| 8/02 | WEBPAYMENT ADDSHOPPERSINC | 2,989.00– |
|      | WEB 091000014555365 | |
|      | DANI WHITEHAIR | |
| 8/02 | BILLING    AUTHNET GATEWAY | 4,977.20– |
|      | CCD 104000015405557 | |
|      | FREE SPEECH SYSTEMS, L | |
| 8/03 | DBT CRD 1204 08/02/23 14455882 | 24.00– |
|      | GITHUB, INC. | |
|      | HTTPSGITHUB.C CA C#0837 | |
| 8/03 | DBT CRD 1335 08/02/23 69133960 | 159.48– |
|      | ZOOM.US 888-799-9666 | |
|      | WWW.ZOOM.US   CA C#0837 | |
| 8/03 | DBT CRD 0952 08/02/23 35646684 | 3,434.24– |
|      | MONGODBCLOUD ITS OR... | |
|      | MONGODB.COM   CA C#0837 | |
| 8/03 | POS DEB 1047 08/03/23 00HLQTH1 | 158.03– |
|      | AMAZON.COM*TH43B7W8O | |
|      | AMAZON.COM | |
|      | SEATTLE        WA C#0837 | |
| 8/03 | POS DEB 0744 08/02/23 00HL9H56 | 182.94– |
|      | AMAZON.COM*TH5SZ8RY2 | |



Date  8/31/23        Page    5
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | AMAZON.COM | |
| | SEATTLE        WA C#0837 | |
| 8/03 | DBT CRD 0824 08/01/23 82644058 | 30.66– |
| | OFFICE DEPOT #304 | |
| | AUSTIN         TX C#0837 | |
| 8/03 | UTIL PAYMT ONE GAS TEXAS PR | 98.36– |
| | PPD 101000694749406 | |
| | FREE SPEECH SYSTEM LLC | |
| 8/03 | WEBPAYMENT ADDSHOPPERSINC | 2,989.00– |
| | WEB 091000018115797 | |
| | DANI WHITEHAIR | |
| 8/04 | DBT CRD 1254 08/04/23 44948793 | 68.97– |
| | AMZN Mktp US*TA4PQ7CU0 | |
| | Amzn.com/bill WA C#0837 | |
| 8/04 | DBT CRD 1308 08/04/23 53270673 | 215.43– |
| | ONLINE STORE SALES | |
| | 361-816-4113  TX C#0837 | |
| 8/04 | QBooks Onl INTUIT * | 213.20– |
| | CCD 021000023879305 | |
| | FREE SPEECH SYSTEMS | |
| 8/04 | PAYMENT    City of Austin T | 404.55– |
| | PPD 021000021236743 | |
| | Melinda Flores | |
| 8/04 | PAYMENT    City of Austin T | 888.43– |
| | PPD 021000021237714 | |
| | Melinda Flores | |
| 8/04 | PAYMENT    City of Austin T | 1,411.39– |
| | PPD 021000021237711 | |
| | Melinda Flores | |
| 8/04 | PAYMENT    City of Austin T | 4,010.41– |
| | PPD 021000021237683 | |
| | Melinda Flores | |
| 8/04 | sales      FREESPEECHOP | 157,767.00– |
| | CCD 122287250000923 | |
| | FREESPEECHOP | |
| 8/07 | DBT CRD 1201 08/04/23 13025790 | 2.00– |
| | TX.GOV*SERVICEFEE-DIR | |
| | EGOV.COM      TX C#0837 | |
| 8/07 | DBT CRD 1132 08/04/23 95588137 | 18.50– |
| | LEIF JOHNSON BEN WHITE | |



Date  8/31/23        Page    6
Primary Account

Commercial Checking                        (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | AUSTIN      TX C#0837 | |
| 8/07 | DBT CRD 1758 08/07/23 27141415 | 40.03- |
| | AMZN Mktp US*TA7KZ4120 | |
| | Amzn.com/bill WA C#0837 | |
| 8/07 | DBT CRD 1201 08/04/23 13010432 | 73.25- |
| | TRAVIS VEHREG | |
| | EGOV.COM       TX C#0837 | |
| 8/07 | DBT CRD 0655 08/04/23 29470198 | 138.38- |
| | AMZN Mktp US*TA42N93E2 | |
| | Amzn.com/bill WA C#0837 | |
| 8/07 | DBT CRD 1501 08/04/23 21112322 | 185.57- |
| | COTTONWOOD ECOM | |
| | 6782924962     NE C#0837 | |
| 8/07 | DBT CRD 1237 08/04/23 34465472 | 555.34- |
| | FDCSERVERSN | |
| | 312-423-6675  FL C#0837 | |
| 8/07 | Deposit Correction | 3,406.49- |
| 8/08 | DBT CRD 1041 08/07/23 64888835 | 158.98- |
| | H-E-B  #091 | |
| | AUSTIN      TX C#0837 | |
| 8/08 | DBT CRD 1238 08/07/23 34872805 | 299.99- |
| | AT&T PAYMENT | |
| | 800-331-0500  TX C#0837 | |
| 8/09 | DBT CRD 1344 08/08/23 74994119 | 99.00- |
| | AT&T COR DF | |
| | 800-331-0500  TX C#0837 | |
| 8/09 | BILL PYMNT ACHMA VISB | 459.78- |
| | WEB 021000022299538 | |
| | FREE SPEECH SYSTEMS LL | |
| | 3676526 | |
| 8/09 | MSInvoice  DS WATERS OF AME | 485.65- |
| | PPD 042000016169840 | |
| | Wendell M Schwartz | |
| 8/09 | BILL PYMNT ACHMA VISB | 513.56- |
| | WEB 021000022299539 | |
| | ALEXANDER *JONES | |
| | 3676526 | |
| 8/09 | TELECOMM    GRANDE COMMUNICA | 1,300.00- |
| | WEB 021000022572964 | |



Date  8/31/23          Page     7
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | WENDELL M *SCHWARTZ 3727808 | |
| 8/10 | DBT CRD 1042 08/09/23 65251250 MIDJOURNEY INC. HTTPSWWW.MIDJ CA C#0837 | 31.92- |
| 8/10 | DBT CRD 1044 08/09/23 66641433 VULTR BY CONSTANT VULTR.COM     NJ C#0837 | 255.84- |
| 8/10 | ORKIN PEST ORKIN WEB 021000027528657 FREE SPEECH SYSTEMS *O 4121770 | 280.36- |
| 8/10 | AP0803     FREESPEECHOP CCD 122287250000478 FREESPEECHOP | 324,943.79- |
| 8/11 | QBooks Onl INTUIT * CCD 021000026512413 FREE SPEECH SYSTEMS LL | 213.20- |
| 8/11 | Domestic Wire Transfer-DL Bactolac 021000089 9935649412 UNITED STATES CitibankNA 20230811MMQFMP9N000170 20230811B1Q8021R024166 08111216FTO3 | 139,088.11- |
| 8/14 | POS DEB 1023 08/14/23 10381653 FDCSERVERSN 2211 North First S San Jose      CA C#0837 | 571.19- |
| 8/14 | DBT CRD 1653 08/11/23 88234700 Amazon.com*TA0BY9IC1 Amzn.com/bill WA C#0837 | 47.90- |
| 8/14 | DBT CRD 1150 08/12/23 06320746 AT&T 7JDG 176556 AUSTIN      TX C#0837 | 70.36- |
| 8/14 | DBT CRD 1502 08/10/23 21600044 SOUTHWES    5262488907 800-435-9792  TX C#0837 | 751.96- |



Date  8/31/23          Page    8
Primary Account

Commercial Checking                         (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 8/14 | SERVICES    GOOGLE<br>CCD 091000011976989<br>Free Speech Systems, L | 280.00- |
| 8/14 | AP0811      FREESPEECHOP<br>PPD 122287250000316<br>FREESPEECHOP | 55,532.13- |
| 8/14 | AP0811      FREESPEECHOP<br>CCD 122287250000308<br>FREESPEECHOP | 334,648.85- |
| 8/15 | DBT CRD 1053 08/14/23 72010413<br>BACKBLAZE.COM<br>HTTPSWWW.BACK CA C#0837 | 137.07- |
| 8/15 | DBT CRD 0903 08/14/23 06089795<br>NRI*NEW RELIC<br>888-643-8776   CA C#0837 | 266.50- |
| 8/15 | DBT CRD 1228 08/14/23 29201531<br>Upwork -610610542REF<br>650-8534100   CA C#0837 | 67.59- |
| 8/16 | DBT CRD 1036 08/16/23 62158096<br>AMZN Mktp US*TO60H9650<br>Amzn.com/bill WA C#0837 | 154.87- |
| 8/16 | DBT CRD 1044 08/15/23 66627733<br>AMZN Mktp US*TOOK64IQ2<br>Amzn.com/bill WA C#0837 | 192.05- |
| 8/16 | PAYMENT    ADT<br>PPD 101000693347588<br>FREE SPEECH SYSTEMS | 22.29- |
| 8/16 | PAYMENT    ADT<br>PPD 101000693347586<br>FREE SPEECH SYSTEMS | 75.42- |
| 8/16 | PAYMENT    ADT<br>PPD 101000693347585<br>FREE SPEECH SYSTEMS | 111.24- |
| 8/16 | PAYMENT    ADT<br>PPD 101000693347583<br>FREE SPEECH SYSTEMS | 138.15- |
| 8/16 | PAYMENT    ADT<br>PPD 101000693347587<br>FREE SPEECH SYSTEMS | 904.81- |
| 8/16 | PAYMENT    ADT<br>PPD 101000693347584 | 1,538.22- |



Date  8/31/23        Page      9
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FREE SPEECH SYSTEMS | |
| 8/17 | DBT CRD 1202 08/16/23 13407282 | 206.52- |
| | Name.com, Inc | |
| | 720-2492374    CO C#0837 | |
| 8/18 | POS DEB 1116 08/17/23 00HR5S7A | 68.79- |
| | AMAZON.COM*TO1WH2IG1 | |
| | AMAZON.COM | |
| | SEATTLE      WA C#0837 | |
| 8/18 | DBT CRD 1049 08/18/23 69451091 | 638.48- |
| | TURO INC.* TRIP AUG 24 | |
| | HTTPSTURO.COM CA C#0837 | |
| 8/18 | WEB_PAY    WASTE CONNECTION | 1,500.35- |
| | WEB 021000027039205 | |
| | WENDELL M SCHWARTZ | |
| | 74087632081723 | |
| 8/18 | AP17       FREESPEECHOP | 9,298.71- |
| | PPD 122287250000179 | |
| | FREESPEECHOP | |
| 8/18 | AP0817     FREESPEECHOP | 175,590.10- |
| | CCD 122287250000173 | |
| | FREESPEECHOP | |
| 8/21 | DBT CRD 2136 08/20/23 93613741 | 50.78- |
| | AMZN Mktp US*TQ74V0HZ2 | |
| | Amzn.com/bill WA C#0837 | |
| 8/21 | DBT CRD 0655 08/20/23 29359321 | 57.74- |
| | AMZN Mktp US*TQ17Q43Y1 | |
| | Amzn.com/bill WA C#0837 | |
| 8/21 | DBT CRD 1153 08/17/23 07820613 | 64.95- |
| | PERSONNEL CONCEPTS | |
| | 800-333-3795   CA C#0837 | |
| 8/21 | DBT CRD 1652 08/18/23 87763709 | 187.15- |
| | AMZN Mktp US*TQ7WN9A32 | |
| | Amzn.com/bill WA C#0837 | |
| 8/21 | DBT CRD 1219 08/17/23 23926598 | 232.57- |
| | PERSONNEL CONCEPTS | |
| | 800-333-3795   CA C#0837 | |
| 8/21 | DBT CRD 1133 08/19/23 96315187 | 4,289.35- |
| | ADOBE  *STOCK | |
| | 408-536-6000   CA C#0837 | |
| 8/22 | DBT CRD 1852 08/21/23 59633112 | 20.00- |
| | VERCEL PRO | |



Date  8/31/23          Page    10
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | HTTPSVERCEL.C CA C#0837 | |
| 8/22 | POS DEB 1242 08/21/23 00HSNW55 | 20.46- |
|      | AMAZON.COM*TQ7HP8792 | |
|      | AMAZON.COM | |
|      | SEATTLE        WA C#0837 | |
| 8/22 | POS DEB 1242 08/21/23 00HSNWJ4 | 53.70- |
|      | AMAZON.COM*TQ7KV89G2 | |
|      | AMAZON.COM | |
|      | SEATTLE        WA C#0837 | |
| 8/22 | DBT CRD 1221 08/21/23 24604124 | 4.87- |
|      | TXTAG 888 468 9824 | |
|      | 888-468-9824  TX C#0837 | |
| 8/22 | DBT CRD 0812 08/21/23 75700857 | 545.34- |
|      | FDCSERVERSN | |
|      | 312-423-6675  FL C#0837 | |
| 8/22 | RECRD MGMT IRON MOUNTAIN | 246.61- |
|      | CCD 021000024944121 | |
|      | WENDELL *M SCHWARTZ | |
| 8/22 | From DDA *8919,To DDA *8927 | 190,000.00- |
| 8/23 | DBT CRD 1413 08/22/23 92306332 | 10.00- |
|      | PRITUNL PREMIUM | |
|      | HTTPSPRITUNL. WA C#0837 | |
| 8/23 | DBT CRD 1326 08/22/23 63657801 | 218.04- |
|      | Name.com, Inc | |
|      | 720-2492374   CO C#0837 | |
| 8/23 | DBT CRD 1215 08/22/23 21443938 | 280.72- |
|      | Name.com, Inc | |
|      | 720-2492374   CO C#0837 | |
| 8/23 | POS DEB 1248 08/21/23 00HSO0A3 | 42.34- |
|      | AMAZON.COM*TQ8FR0S00 | |
|      | AMAZON.COM | |
|      | SEATTLE        WA C#0837 | |
| 8/23 | POS DEB 1033 08/21/23 00HSLEDQ | 43.08- |
|      | AMAZON.COM*TQ1F872E0 | |
|      | AMAZON.COM | |
|      | SEATTLE        WA C#0837 | |
| 8/23 | POS DEB 1245 08/21/23 00HSNYZJ | 46.54- |
|      | AMAZON.COM*TQ0D24HD1 | |
|      | AMAZON.COM | |
|      | SEATTLE        WA C#0837 | |



Date  8/31/23         Page    11
Primary Account

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 8/23 | POS DEB 1520 08/22/23 00199641<br>DNH*GODADDY.COM<br>www.godaddy.com<br>TEMPE          AZ C#0837 | 831.95- |
| 8/23 | DBT CRD 1014 08/22/23 48834715<br>LOWES #00907*<br>866-483-7521  NC C#0837 | 18.38- |
| 8/23 | DBT CRD 0325 08/22/23 03184272<br>AMZN Mktp US*TQ7OM6QO0<br>Amzn.com/bill WA C#0837 | 39.31- |
| 8/23 | DBT CRD 1215 08/22/23 21205535<br>COA/ALARM ADMIN<br>512-974-7874  TX C#0837 | 110.00- |
| 8/23 | Payment    ATT<br>PPD 031100206477517<br>Free speech systems | 479.37- |
| 8/24 | POS DEB 1249 08/21/23 00HSO0EL<br>AMAZON.COM*TQ6I77SR1<br>AMAZON.COM<br>SEATTLE        WA C#0837 | 56.37- |
| 8/24 | DBT CRD 0708 08/24/23 36894720<br>AMZN Mktp US*TQ3HS2SM1<br>Amzn.com/bill WA C#0837 | 257.60- |
| 8/24 | DBT CRD 1843 08/23/23 53889375<br>AMZN Mktp US*TQ2VZ4671<br>Amzn.com/bill WA C#0837 | 259.78- |
| 8/24 | DBT CRD 1730 08/23/23 10031410<br>DOMAIN LISTINGS LLC<br>702-9980222   NV C#0837 | 288.00- |
| 8/24 | DBT CRD 1355 08/24/23 81404247<br>AMZN Mktp US*TQ8QS1S51<br>Amzn.com/bill WA C#0837 | 367.48- |
| 8/24 | DD       WEBFILE TAX PYMT<br>CCD 021000024339667<br>33311/12345/EDI/XML - | 5,361.42- |
| 8/25 | POS DEB 1537 08/23/23 00HTJY18<br>AMAZON.COM*TQ3V419R1<br>AMAZON.COM<br>SEATTLE        WA C#0837 | 42.36- |
| 8/25 | POS DEB 1526 08/23/23 00HTJSXM<br>AMAZON.COM*T38A96TZ2 | 55.16- |



Date  8/31/23          Page   12
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | AMAZON.COM | |
|      | SEATTLE          WA C#0837 | |
| 8/25 | POS DEB 1550 08/23/23 00HTK2GD | 149.38– |
|      | AMAZON.COM*TQ4X28WV0 | |
|      | AMAZON.COM | |
|      | SEATTLE          WA C#0837 | |
| 8/25 | DBT CRD 2113 08/24/23 79924410 | 87.56– |
|      | Amazon.com*TQ6RK89A1 | |
|      | Amzn.com/bill WA C#0837 | |
| 8/25 | PAYMENT     ADT | 22.29– |
|      | PPD 101000699955830 | |
|      | FREE SPEECH SYSTEMS | |
| 8/25 | PAYMENT     ADT | 75.42– |
|      | PPD 101000699955828 | |
|      | FREE SPEECH SYSTEMS | |
| 8/25 | PAYMENT     ADT | 111.24– |
|      | PPD 101000699955827 | |
|      | FREE SPEECH SYSTEMS | |
| 8/25 | PAYMENT     ADT | 138.15– |
|      | PPD 101000699955825 | |
|      | FREE SPEECH SYSTEMS | |
| 8/25 | PAYMENT     ADT | 904.81– |
|      | PPD 101000699955829 | |
|      | FREE SPEECH SYSTEMS | |
| 8/25 | PAYMENT     ADT | 1,538.22– |
|      | PPD 101000699955826 | |
|      | FREE SPEECH SYSTEMS | |
| 8/25 | AP0824     FREESPEECHOP | 80,780.30– |
|      | PPD 122287250000201 | |
|      | FREESPEECHOP | |
| 8/25 | AP0824     FREESPEECHOP | 99,604.77– |
|      | CCD 122287250000193 | |
|      | FREESPEECHOP | |
| 8/28 | POS DEB 0609 08/28/23 00568127 | 64.32– |
|      | DNH*GODADDY.COM | |
|      | DNH*GODADDY.COM | |
|      | TEMPE          AZ C#0837 | |
| 8/28 | DBT CRD 0238 08/26/23 75350797 | 13.91– |
|      | CURB LV TAXI YCS | |
|      | QUEENS          NY C#0837 | |



Commercial Checking                              (Continued)

| CHECKS AND WITHDRAWALS | | |
|---|---|---|
| Date | Description | Amount |
| 8/28 | DBT CRD 0629 08/26/23 13700256<br>CURB LV TAXI DELUXE<br>QUEENS       NY C#0837 | 23.07– |
| 8/28 | DBT CRD 0901 08/27/23 05039065<br>WALGREENS #7499<br>LAS VEGAS    NV C#0837 | 28.24– |
| 8/28 | DBT CRD 2001 08/26/23 36801088<br>WHITTLESEABLUE<br>LAS VEGAS    NV C#0837 | 41.62– |
| 8/28 | DBT CRD 1416 08/26/23 94072649<br>AMZN Mktp US*T39FF0GQ2<br>Amzn.com/bill WA C#0837 | 54.11– |
| 8/28 | DBT CRD 1310 08/25/23 54413615<br>76 – MLK FOOD MART<br>LAS VEGAS    NV C#0837 | 62.39– |
| 8/28 | DBT CRD 0243 08/26/23 78364576<br>THE LOBBY BAR<br>LAS VEGAS    NV C#0837 | 68.36– |
| 8/28 | DBT CRD 1803 08/24/23 30288590<br>AUSTIN AIRPORT-F&B<br>AUSTIN       TX C#0837 | 71.66– |
| 8/28 | DBT CRD 2120 08/26/23 84330454<br>CARMINES LAS VEGAS<br>212-6759790   NV C#0837 | 300.00– |
| 8/28 | DBT CRD 2319 08/26/23 55511919<br>TRUMP HTL LAS VEGAS<br>LAS VEGAS    NV C#0837 | 337.37– |
| 8/28 | DBT CRD 0058 08/24/23 15027424<br>BARRYS DOWNTOWN PRIME<br>LAS VEGAS    NV C#0837 | 700.00– |
| 8/28 | DBT CRD 2217 08/27/23 18270026<br>HOTELTONIGHTPLAZA HOT<br>8002082949    CA C#0837 | 704.00– |
| 8/29 | DBT CRD 1348 08/27/23 77319208<br>COFFEE BAR<br>LAS VEGAS    NV C#0837 | 6.50– |
| 8/29 | DBT CRD 1841 08/27/23 52616071<br>GROVE LAS FRESH MARKET<br>LAS VEGAS    NV C#0837 | 18.82– |
| 8/29 | DBT CRD 1521 08/27/23 31889576<br>CITY EXPRESS LLC | 35.00– |



Date  8/31/23        Page   14
Primary Account

Commercial Checking                (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | LAS VEGAS      NV C#0837 | |
| 8/29 | DBT CRD 2359 08/28/23 79612625 | 76.00– |
|      | 91280 - AUSTIN-BERGSTR | |
|      | AUSTIN        TX C#0837 | |
| 8/29 | DBT CRD 1510 08/27/23 26453050 | 83.00– |
|      | TST* Smoke and Fire- R | |
|      | Las Vegas      NV C#0837 | |
| 8/29 | DBT CRD 1018 08/28/23 50993126 | 203.40– |
|      | HEB ONLINE #108 | |
|      | 855-803-0611  TX C#0837 | |
| 8/29 | DBT CRD 0956 08/28/23 38116752 | 340.08– |
|      | AMZN Mktp US*T33LH6QS2 | |
|      | Amzn.com/bill WA C#0837 | |
| 8/29 | 0828      FREESPEECHOP | 37,757.31– |
|      | PPD 122287250000596 | |
|      | FREESPEECHOP | |
| 8/29 | AP0825      FREESPEECHOP | 80,674.45– |
|      | CCD 122287250000603 | |
|      | FREESPEECHOP | |
| 8/30 | POS DEB 1154 08/29/23 00HVMQK5 | 45.47– |
|      | AMAZON.COM*T338M0GF1 | |
|      | AMAZON.COM | |
|      | SEATTLE       WA C#0837 | |
| 8/30 | DBT CRD 1332 08/29/23 67495030 | 675.48– |
|      | B&H PHOTO 800-606-6969 | |
|      | 800-2215743   NY C#0837 | |
| 8/30 | DBT CRD 0944 08/28/23 30903382 | 899.00– |
|      | AWIO WEB SERVICES, LLC | |
|      | 267-2803589   NC C#0837 | |
| 8/31 | DBT CRD 1255 08/30/23 45436840 | 195.15– |
|      | AMZN Mktp US*T34ZY5WO2 | |
|      | Amzn.com/bill WA C#0837 | |
| 8/31 | nonAP      FREESPEECHOP | 57,440.41– |
|      | CCD 122287250000447 | |
|      | FREESPEECHOP | |
| 8/31 | Service Charge | 15.60–SC |



Date  8/31/23          Page    15
Primary Account

Commercial Checking                          (Continued)

### CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 8/02 | 99039899 | 169.97 | 8/15 | 99757563* | 18.38 |
| 8/15 | 99401040* | 31.70 | 8/15 | 99796629* | 18,710.79 |
| 8/11 | 99416653* | 381.88 | 8/15 | 99868342* | 61,093.82 |
| 8/15 | 99447230* | 316.92 | 8/02 | 99942219* | 33.30 |
| 8/03 | 99608106* | 68.59 | 8/01 | 99942264* | 121.24 |
| 8/14 | 99610009* | 28.07 | | | |

* Indicates Skip In Check Number Sequence

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 432,450.65 | 8/11 | 742,776.87 | 8/23 | 284,716.24 |
| 8/02 | 422,357.17 | 8/14 | 351,188.98 | 8/24 | 278,125.59 |
| 8/03 | 865,211.87 | 8/15 | 270,546.21 | 8/25 | 94,615.93 |
| 8/04 | 703,638.98 | 8/16 | 267,409.16 | 8/28 | 97,948.15 |
| 8/07 | 699,219.42 | 8/17 | 667,202.64 | 8/29 | 478,753.59 |
| 8/08 | 705,533.07 | 8/18 | 482,609.49 | 8/30 | 477,133.64 |
| 8/09 | 702,675.08 | 8/21 | 477,726.95 | 8/31 | 419,482.48 |
| 8/10 | 382,460.06 | 8/22 | 286,835.97 | | |

*** END OF STATEMENT ***



Date  8/31/23          Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Donations

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number | Statement Dates   8/01/23 thru  8/31/23 | |
| Previous Balance                   47,764.18 | Days in the statement period          31 | |
| 37 Deposits/Credits            9,234.60 | Avg Daily Ledger               51,266.90 | |
| Checks/Debits                 .00 | Avg Daily Collected            50,506.78 | |
| Maintenance Fee                    .00 | | |
| Interest Paid                      .00 | | |
| Ending Balance                56,998.78 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/18 | MyDeposit | 5.00 |
| 8/18 | MyDeposit | 10.00 |
| 8/18 | MyDeposit | 10.00 |
| 8/18 | MyDeposit | 12.00 |
| 8/18 | MyDeposit | 15.00 |
| 8/18 | MyDeposit | 20.00 |
| 8/18 | MyDeposit | 25.00 |
| 8/18 | MyDeposit | 25.00 |
| 8/18 | MyDeposit | 25.00 |
| 8/18 | MyDeposit | 25.00 |
| 8/18 | MyDeposit | 35.00 |
| 8/18 | MyDeposit | 50.00 |
| 8/18 | MyDeposit | 50.00 |
| 8/18 | MyDeposit | 75.00 |
| 8/18 | MyDeposit | 75.00 |



Date  8/31/23          Page     2
Primary Account

Commercial Checking                           (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/18 | MyDeposit | 100.00 |
| 8/18 | MyDeposit | 100.00 |
| 8/18 | MyDeposit | 100.00 |
| 8/18 | MyDeposit | 110.00 |
| 8/18 | MyDeposit | 177.60 |
| 8/18 | MyDeposit | 200.00 |
| 8/18 | MyDeposit | 600.00 |
| 8/18 | MyDeposit | 1,000.00 |
| 8/18 | MyDeposit | 1,320.00 |
| 8/18 | MyDeposit | 3,000.00 |
| 8/28 | MyDeposit | 10.00 |
| 8/28 | MyDeposit | 20.00 |
| 8/28 | MyDeposit | 20.00 |
| 8/28 | MyDeposit | 30.00 |
| 8/28 | MyDeposit | 50.00 |
| 8/28 | MyDeposit | 100.00 |
| 8/28 | MyDeposit | 100.00 |
| 8/28 | MyDeposit | 100.00 |
| 8/28 | MyDeposit | 140.00 |
| 8/28 | MyDeposit | 300.00 |
| 8/28 | MyDeposit | 400.00 |
| 8/28 | MyDeposit | 800.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 47,764.18 | 8/18 | 54,928.78 | 8/28 | 56,998.78 |

*** END OF STATEMENT ***



Date  8/31/23        Page        1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Payroll

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates   8/01/23 thru 8/31/23 | |
| Previous Balance | 6,470.97 | Days in the statement period | 31 |
| 3 Deposits/Credits | 385,010.00 | Avg Daily Ledger | 14,149.08 |
| 2 Checks/Debits | 383,248.75 | Avg Daily Collected | 14,149.08 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 8,232.22 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/08 | From DDA *8877,To DDA *8927,test | 10.00 |
| 8/08 | From DDA *8877,To DDA *8927,payroll | 195,000.00 |
| 8/22 | From DDA *8919,To DDA *8927 | 190,000.00 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 8/09 | Domestic Wire Transfer-DL HR&P 084201278 4975902 | 193,056.23- |



Date  8/31/23        Page    2
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | UNITED STATES<br>Cadence Bank<br>20230809MMQFMP9N000041<br>20230809MMQFMPF1000123<br>08090801FT03 | |
| 8/22 | Domestic Wire Transfer-DL<br>HR&P<br>084201278<br>4975902 | 190,192.52- |
| | UNITED STATES<br>Cadence Bank<br>20230822MMQFMP9N000301<br>20230822MMQFMPF1000679<br>08221443FT03 | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 8/01 | 6,470.97 | 8/09 | 8,424.74 |
| 8/08 | 201,480.97 | 8/22 | 8,232.22 |

*** END OF STATEMENT ***



Date  8/31/23        Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number | Statement Dates   8/01/23 thru  8/31/23 | |
| Previous Balance | 696,214.65 | Days in the statement period | 31 |
| 8 Deposits/Credits | 52,102.17 | Avg Daily Ledger | 734,886.85 |
| Checks/Debits | .00 | Avg Daily Collected | 734,886.85 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 748,316.82 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/03 | A/P      MY PILLOW<br>CCD 091901890000011<br>Free Speech Systems, L | 30,394.00 |
| 8/04 | PAYMENTS   My Store<br>CCD 056009470000061<br>Free Speech Systems, L | 737.89 |
| 8/11 | A/P      MY PILLOW<br>CCD 091901890000011<br>Free Speech Systems, L | 7,330.55 |
| 8/14 | PAYMENTS   My Store<br>CCD 056009470000068<br>Free Speech Systems, L | 148.62 |
| 8/18 | A/P      MY PILLOW<br>CCD 091901890000005 | 8,535.51 |



Date  8/31/23      Page     2
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | Free Speech Systems, L | |
| 8/21 | PAYMENTS   My Store | 148.62 |
|      | CCD 056009470000131 | |
|      | Free Speech Systems, L | |
| 8/28 | A/P       MY PILLOW | 4,581.78 |
|      | CCD 091901890000010 | |
|      | Free Speech Systems, L | |
| 8/29 | PAYMENTS   My Store | 225.20 |
|      | CCD 056009470000075 | |
|      | Free Speech Systems, L | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 696,214.65 | 8/11 | 734,677.09 | 8/21 | 743,509.84 |
| 8/03 | 726,608.65 | 8/14 | 734,825.71 | 8/28 | 748,091.62 |
| 8/04 | 727,346.54 | 8/18 | 743,361.22 | 8/29 | 748,316.82 |

*** END OF STATEMENT ***



Date  8/31/23
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:            FREE SPEECH SYSTEMS, LLC
                         Case 22-60043, Legal

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates  8/01/23 thru  8/31/23 | |
| Previous Balance | 100,000.00 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | 100,000.00 |
| Checks/Debits | .00 | Avg Daily Collected | 100,000.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 100,000.00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 8/01 | 100,000.00 |

*** END OF STATEMENT ***