UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-60043** |
| **FREE SPEECH SYSTEMS, LLC.,** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **Debtor.** | § | |

**NOTICE OF WITHDRAWAL OF DOCUMENT**
**[Relates to ECF No. 719]**

**PLEASE TAKE NOTICE** Free Speech Systems, LLC. hereby withdraws Debtor-In-Possession Monthly Operating Report for Filing Period ending 6/30/2023 [Dkt. 719] filed on September 19, 2023, as errantly filed in this case.,

Respectfully submitted this September 19, 2023.

THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
66 Granburg Circle
San Antonio, Texas 78218
Telephone (210) 601-9405
Email: rbattaglialaw@outlook.com

By:  */s/ Raymond W. Battaglia*
  Raymond W. Battaglia
  Texas Bar No. 01918055

**ATTORNEYS FOR THE DEBTOR IN POSSESSION**