Electronic Appearance Sheet

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Anna Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors -- Alex Jones

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Anna Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Commitee of Unsecured Creditors - Alex Jones

Anna Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Electronic Appearance Sheet

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Anna Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors - Alex Jones

Stephen Lemmon, Streusand, Landon, Ozburn, Lemmon
Client(s): PQPR

steve lemmon, streusand, landon, ozburn, lemmon
Client(s): PQPR

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Anna Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Jayson Ruff, US DOJ
Client(s): US Trustee

Robert Schleizer, BlackBriar Advisors
Client(s): Alex E Jones