IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

**SUBCHAPTER V TRUSTEE'S JOINDER TO DEBTOR'S
RESPONSE ALEXANDER JONES' MOTION FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(B)(1)**

Melissa Haselden ("Subchapter V Trustee"), files this joinder ("Joinder") to the *Debtor's Response Alexander Jones' Motion for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)* [Docket No. 732] (the "Response"), filed in response to *Alexander Jones' Motion for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)* [Docket No. 659] (the "Motion"). In support of this Joinder, the Subchapter V Trustee states as follows:

1. The Subchapter V Trustee joins in, and hereby incorporates by reference, the arguments made by the Debtor in the Response.

2. Alexander Jones filed the Motion on July 6, 2023.

3. The Debtor filed the Objection on October 2, 2023.

4. The Subchapter V Trustee does not believe this case meets any of the factors that would require immediate payment of administrative claims and further disputes the amount of the administrative claim.

5. For the reasons stated in the Objection and this Joinder, the Subchapter V Trustee respectfully requests that the Court deny the Motion and grant such other and further relief as it may deem just and proper.

Dated: October 3, 2023

/s/ *Elizabeth Freeman*

**LAW OFFICE OF LIZ FREEMAN**
Elizabeth C. Freeman (TX Bar No. 2400922)
PO Box 61209
Houston, TX 77208-1209
Telephone: (832) 779-3580
Email: liz@lizfreemanlaw.com

*Counsel for Melissa Haselden,*
*Subchapter V Trustee*

**JACKSON WALKER LLP**
Sean Gallagher (TX Bar No. 24101781)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: 512-236-2000
Email: sgallagher@jw.com

*Counsel for Melissa Haselden,*
*Subchapter V Trustee*

**CERTIFICATE OF SERVICE**

  I certify that on October 3, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                /s/ *Elizabeth Freeman*
                Elizabeth Freeman