UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-60043** |
| **FREE SPEECH SYSTEMS, LLC.,** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **Debtor.** | § | |

## ORDER APPROVING EMPLOYMENT OF RED BALLOON LLC AS EXECUTIVE RECRUITER FOR THE DEBTOR

Come on for consideration the application of the Debtor for entry of an order (this "Order") authorizing the employment of Red Balloon LLC ("RED BALLOON") as Executive Recruiter for the Debtor (the "Application"). The Court having reviewed the Application, finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application is in the best interests of the Debtor, its estate and its creditors and relief under Rule 6003 of the Federal Rules of Bankruptcy Procedure approving employment of RED BALLOON is necessary to avoid immediate and irreparable harm; (iv) RED BALLOON is a "disinterested person" as that term is defined under Bankruptcy Code section 101(14) as modified by Bankruptcy Code section 1107(b); (v) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (vi) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein; it is hereby,

ORDERED, ADJUDGED AND DECREED THAT:

1. The Application is GRANTED as set forth herein.

2. Pursuant to sections 327(a) and 328 of the Bankruptcy Code, the Debtor, as debtor and debtor in possession, is authorized to employ and retain the RED BALLOON as its executive recruiter, in accordance with the Application, the Youngren Declaration, and this Order, to perform the services described therein.

3. In connection with the Chapter 11 Case, the RED BALLOON shall be compensated for professional services rendered, and reimbursed for expenses incurred, in accordance with Bankruptcy Code sections 330 and 331, the applicable provisions of the Bankruptcy Rules and Local Bankruptcy Rules, and with any other applicable procedures and orders of this Court.

4. The Debtor is hereby authorized to pay Red Balloon a non-refundable service fee of $4,500 for each of the two positions for which it is engaged to identify qualified candidates.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:     October ____, 2023
           Houston, Texas

_____
CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE