IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60043 |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | |
| | § | Chapter 11 (Subchapter V) |
| Debtor. | § | |

### ALEXANDER E. JONES'S NOTICE OF WITHDRAWAL OF MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(B)(1)

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

PLEASE BE ADVISED on July 6, 2023, creditor and interested party Alexander E. Jones ("Jones"), in the above-captioned case, filed a *Motion for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(B)(1)* [Dkt. No. 659] (the "Motion"). Jones hereby withdraws the Motion without prejudice to refiling.

Dated:  October 18, 2023              Respectfully submitted,

                                                          **CROWE & DUNLEVY, P.C.**

                                                          By:  */s/ Vickie L. Driver*
                                                          Vickie L. Driver
                                                          State Bar No. 24026886
                                                          Christina W. Stephenson
                                                          State Bar No. 24049535
                                                          2525 McKinnon St., Suite 425
                                                          Dallas, TX 75201
                                                          Telephone: 737.218.6187
                                                          Email: dallaseservice@crowedunlevy.com

                                                          -and-

        Shelby A. Jordan
        State Bar No. 11016700
        S.D. No. 2195
        Antonio Ortiz
        State Bar No. 24074839
        S.D. No. 1127322
        **JORDAN & ORTIZ, P.C.**
        500 North Shoreline Blvd., Suite 900
        Corpus Christi, TX  78401
        Telephone: (361) 884-5678
        Facsimile:  (361) 888-5555
        Email:  sjordan@jhwclaw.com
             aortiz@jhwclaw.com
        Copy to: cmadden@jhwclaw.com

        **ATTORNEYS FOR DEBTOR, ALEXANDER E. JONES**

### CERTIFICATE OF SERVICE

    I hereby certify that on October 18, 2023, a true and correct copy of the foregoing document was served on all parties entitled to notice through this Court's CM/ECF System, including, but not limited to, Debtor, Debtor's Counsel, Trustee and U.S. Trustee.

        */s/ Vickie L. Driver*
        Vickie L. Driver