Fill in this information to identify the case:

Debtor Name **Free Speech Systems LLC**

United States Bankruptcy Court for the: Southern District of Texas

Case number: **22-60043**

❑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __September__

Line of business: __Dietary Supplement Sales__

Date report filed: __10/20/2023__
MM / DD / YYYY

NAISC code: __325411__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: J Patrick Magill

Original signature of responsible party *(signature)*

Printed name of responsible party J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?     ☐     ☐     ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐     ☐     ☐

   *** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous
   month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
   cash received even if you have not deposited it at the bank, collections
   on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
   payments made by other parties on your behalf. Do not attach bank statements in
   lieu of *Exhibit C.*

   Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
   date paid, payee, purpose, and amount. Include all cash payments, debit card
   transactions, checks issued even if they have not cleared the bank, outstanding
   checks issued before the bankruptcy was filed that were allowed to clear this month,
   and payments made by other parties on your behalf. Do not attach bank statements
   in lieu of *Exhibit D.*

   Report the total from *Exhibit D* here.     − $ _____

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit.*     + $ _____

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____

   This amount may not match your bank account balance because you may have outstanding checks that
   have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
   have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
   purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

   *(Exhibit E)*

Debtor Name _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                     $ _____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    _____

27. What is the number of employees as of the date of this monthly report?      _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____

30. How much have you paid this month in other professional fees?                                              $ _____

31. How much have you paid in total other professional fees since filing the case?                             $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                        $ _____

36. Total projected cash disbursements for the next month:            − $ _____

37. Total projected net cash flow for the next month:                     = $ _____

Debtor Name _____          Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.



| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 | AXOS Legal # 78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **September 1 to September 30** | | | | | | | | | | | | |
| **Opening Balance** | 1,240,056.76 | 419,482.48 | 56,998.78 | 8,232.22 | 748,316.82 | 100,000.00 | - | - | - | - | 11.77 | **2,573,098.83** |
| Cash Receipts | 2,543,120.72 | 26,784.32 | 6,693.83 | - | 16,429.30 | - | - | - | - | - | - | **2,593,028.17** |
| Cash Disbursements | (15.00) | (2,441,981.84) | - | (367,865.73) | (437,981.08) | - | - | - | - | - | - | **(3,247,843.65)** |
| **Net Cash Flow** | 2,543,105.72 | (2,415,197.52) | 6,693.83 | (367,865.73) | (421,551.78) | - | - | - | - | - | - | **(654,815.48)** |
| Transfers In | - | 3,085,112.49 | - | 364,633.51 | 159,027.24 | - | - | - | - | - | - | *3,608,773.24* |
| Transfers Out | (3,154,685.82) | (364,633.51) | - | - | (89,453.91) | - | - | - | - | - | - | *(3,608,773.24)* |
| **Cash on Hand** | 628,476.66 | 724,763.94 | 63,692.61 | 5,000.00 | 396,338.37 | 100,000.00 | - | - | - | - | 11.77 | **1,918,283.35** |



**FORM 425C Exhibit E**
**Total Payables**

*As of September 30, 2023*

| From | Amount | Due Date | |
|------|--------|----------|---|
| **Trade AP** | | | |
| Frost Insurance | 3,839.20 | 06/14/2023 | *(a)* |
| Melissa Haselden | 5,322.00 | 06/30/2023 | |
| Paul Joseph Watson | 3,294.60 | 06/30/2023 | |
| City of Austin | 4,260.54 | 09/18/2023 | |
| City of Austin | 1,487.85 | 09/18/2023 | |
| City of Austin | 1,039.00 | 09/18/2023 | |
| City of Austin | 421.98 | 09/18/2023 | |
| Travelers | 8,885.00 | 09/19/2023 | |
| Chart Capital Management LLC | 23.04 | 09/19/2023 | |
| Austin Security and Investigations | 2,814.50 | 09/25/2023 | |
| Leslie Muniz - V | 397.39 | 09/28/2023 | |
| The Hartford | 3,085.00 | 09/29/2023 | |
| Willow Grove Productions | 3,450.00 | 10/08/2023 | |
| Novasors (Centrinex LLC) | 7,380.60 | 10/10/2023 | |
| Addshoppers Inc. | 2,989.00 | 10/15/2023 | |
| Sardius Media LLC | 49,865.00 | 10/30/2023 | |
| | **98,554.70** | | |
| **Inventory** | | | |
| Hi Tech Pharm | 63,863.85 | 09/14/2023 | |
| Ready Alliance | 28,386.63 | 09/24/2023 | |
| Ready Alliance | 46,668.21 | 09/30/2023 | |
| | **138,918.69** | | |
| **Total Accounts Payable** | **237,473.39** | | |

*(a)   This is not current Insurance premium due, it is the result of the workmans comp audit*
*and includes pre-petition time periods, working with company on how to resolve*



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of September 30, 2023*

| From | Amount | Due Date |
|------|--------|----------|
| Processor S | 123,820.43 | 10/2/2023 |
| Processor S | 227,860.52 | 10/3/2023 |
| Processor S | 93,206.45 | 10/4/2023 |
| Processor S | 106,293.17 | 10/5/2023 |
| | **551,180.57** | |



Date  9/29/23
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Deposit

| | |
|---|---|
| Commercial Checking | Number of Enclosures                0 |
| Account Number | Statement Dates    9/01/23 thru 10/01/23 |
| Previous Balance              1,240,056.76 | Days in the statement period        31 |
| 22 Deposits/Credits       3,240,664.96 | Avg Daily Ledger            683,010.64 |
| 15 Checks/Debits          3,852,245.06 | Avg Daily Collected         683,010.64 |
| Maintenance Fee                     .00 | |
| Interest Paid                       .00 | |
| Ending Balance              628,476.66 | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/01 | Wire Transfer Credit | 127,057.42 |
| | SSB BANK | |
| | 20230901QMGFT010000630 | |
| | 20230901MMQFMP9N000233 | |
| | 09011210FT03 | |
| 9/01 | Wire Transfer Credit | 146,066.86 |



Date  9/29/23
Primary Account                    Page      2

Commercial Checking                                    (Continued)

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|------|-------------|--------|
| | SSB BANK | |
| 9/05 | 20230901QMGFT013000698<br>20230901MMQFMP9N000234<br>09011210FT03<br>Wire Transfer Credit | 101,165.57 |
| | SSB BANK | |
| 9/06 | 20230905QMGFT007000466<br>20230905MMQFMP9N000195<br>09051123FT03<br>Wire Transfer Credit | 291,023.53 |
| | SSB BANK | |
| 9/07 | 20230906QMGFT004000417<br>20230906MMQFMP9N000128<br>09061127FT03<br>Wire Transfer Credit | 70,014.70 |
| | SSB BANK | |



Date  9/29/23          Page    3
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/08 | 20230907QMGFT014000300<br>20230907MMQFMP9N000094<br>09071050FT03<br>Wire Transfer Credit<br><br>SSB BANK | 70,966.76 |
| 9/11 | 20230908QMGFT015000608<br>20230908MMQFMP9N000149<br>09081224FT03<br>Wire Transfer Credit<br><br>SSB BANK | 111,740.06 |
| 9/12 | 20230911QMGFT008000694<br>20230911MMQFMP9N000186<br>09111240FT03<br>Wire Transfer Credit<br><br>SSB BANK | 237,703.39 |
| 9/13 | 20230912QMGFT013000734<br>20230912MMQFMP9N000185<br>09121329FT03<br>Wire Transfer Credit | 86,391.24 |



Date  9/29/23          Page    4
Primary Account

Commercial Checking                              (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | SSB BANK | |
| | 20230913QMGFT002000293 | |
| | 20230913MMQFMP9N000092 | |
| | 09131110FT03 | |
| 9/14 | Wire Transfer Credit | 89,993.99 |
| | SSB BANK | |
| | 20230914QMGFT013000317 | |
| | 20230914MMQFMP9N000124 | |
| | 09141106FT03 | |
| 9/15 | Wire Transfer Credit | 75,975.96 |
| | SSB BANK | |
| | 20230915QMGFT006000650 | |
| | 20230915MMQFMP9N000207 | |
| | 09151235FT03 | |
| 9/18 | Wire Transfer Credit | 85,185.04 |
| | SSB BANK | |
| | 20230918QMGFT012000547 | |
| | 20230918MMQFMP9N000167 | |
| | 09181217FT03 | |



Date  9/29/23          Page    5
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 9/19 | Wire Transfer Credit | 227,345.14 |
|      | SSB BANK | |
|      | 20230919QMGFT007000883 | |
|      | 20230919MMQFMP9N000211 | |
|      | 09191441FT03 | |
| 9/20 | Wire Transfer Credit | 95,900.06 |
|      | SSB BANK | |
|      | 20230920QMGFT007000835 | |
|      | 20230920MMQFMP9N000230 | |
|      | 09201408FT03 | |
| 9/21 | Wire Transfer Credit | 92,831.86 |
|      | SSB BANK | |
|      | 20230921QMGFT010000422 | |
|      | 20230921MMQFMP9N000123 | |
|      | 09211136FT03 | |
| 9/21 | REFUND OFFICIAL CHECK #001122 09/20/2023 | 697,544.24 |
| 9/22 | Wire Transfer Credit | 90,262.16 |



Date  9/29/23          Page      6
Primary Account

Commercial Checking _____          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | SSB BANK | |
| | 20230922QMGFT002000427 20230922MMQFMP9N000128 09221130FT03 | |
| 9/25 | Wire Transfer Credit | 90,514.96 |
| | SSB BANK | |
| | 20230925QMGFT011000745 20230925MMQFMP9N000211 09251312FT03 | |
| 9/26 | Wire Transfer Credit | 198,931.00 |
| | SSB BANK | |
| | 20230926QMGFT011000669 20230926MMQFMP9N000181 09261255FT03 | |
| 9/27 | Wire Transfer Credit | 70,142.35 |
| | SSB BANK | |
| | 20230927QMGFT003000473 20230927MMQFMP9N000133 09271155FT03 | |



Date  9/29/23          Page     7
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 9/28 | Wire Transfer Credit | 77,488.80 |
|      | SSB BANK | |
|      | 20230928QMGFT010000682 | |
|      | 20230928MMQFMP9N000168 | |
|      | 09281229FT03 | |
| 9/29 | Wire Transfer Credit | 106,419.87 |
|      | SSB BANK | |
|      | 20230929QMGFT014000696 | |
|      | 20230929MMQFMP9N000256 | |
|      | 09291203FT03 | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/05 | From DDA *8877,To DDA *8919 | 700,000.00- |
| 9/06 | WEBPAYMENT GATEWAY SERVICES WEB 091000017321500 FREE SPEECH SYSTEMS, L | 15.00- |
| 9/07 | From DDA *8877,To DDA *8893,ES G escrow thru 073123 | 159,027.24- |
| 9/07 | From DDA *8877,To DDA *8919 | 800,000.00- |
| 9/14 | From DDA *8877,To DDA *8919 | 700,000.00- |
| 9/20 | Closing entry - zero balance | 697,544.24- |
| 9/21 | From DDA *8877,To DDA *8919,I - AP0921 | 14,220.44- |
| 9/22 | From DDA *8877,To DDA *8919 | 236,089.50- |
| 9/26 | From DDA *8877,To DDA *8919 | 50.07- |
| 9/26 | From DDA *8877,To DDA *8919 | 25,551.62- |



Date   9/29/23
Primary Account

Commercial Checking                                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/26 | From DDA *8877,To DDA *8919 | 50,000.00– |
| 9/26 | From DDA *8877,To DDA *8919 | 69,790.30– |
| 9/27 | From DDA *8877,To DDA *8919 | 7,113.60– |
| 9/28 | From DDA *8877,To DDA *8919,PQ PRO928 | 26,223.03– |
| 9/28 | From DDA *8877,To DDA *8919 | 366,620.02– |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 1,513,181.04 | 9/13 | 823,144.05 | 9/22 | 630,328.32 |
| 9/05 | 914,346.61 | 9/14 | 213,138.04 | 9/25 | 720,843.28 |
| 9/06 | 1,205,355.14 | 9/15 | 289,114.00 | 9/26 | 774,382.29 |
| 9/07 | 316,342.60 | 9/18 | 374,299.04 | 9/27 | 837,411.04 |
| 9/08 | 387,309.36 | 9/19 | 601,644.18 | 9/28 | 522,056.79 |
| 9/11 | 499,049.42 | 9/20 | .00 | 9/29 | 628,476.66 |
| 9/12 | 736,752.81 | 9/21 | 776,155.66 | | |

*** END OF STATEMENT ***



Date  9/29/23          Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Operations

| Commercial Checking | | Number of Enclosures | 5 |
|---|---|---|---|
| Account Number | | Statement Dates  9/01/23 thru 10/01/23 | |
| Previous Balance | 419,482.48 | Days in the statement period | 31 |
| 44 Deposits/Credits | 3,725,972.56 | Avg Daily Ledger | 631,810.45 |
| 153 Checks/Debits | 3,420,686.00 | Avg Daily Collected | 631,581.72 |
| Maintenance Fee | 5.10 | | |
| Interest Paid | .00 | | |
| Ending Balance | 724,763.94 | | |

## SERVICE CHARGE ITEMIZATION

| Description | Amount |
|---|---|
| Item Fee in Service Charge | 5.10 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/05 | From DDA *8877,To DDA *8919 | 700,000.00 |
| 9/07 | From DDA *8877,To DDA *8919 | 800,000.00 |
| 9/08 | Wire Transfer Credit | 1,693.99 |
| | ZELENKO LABS LLC | |
| | 9045 LA FONTANA BLVD STE 105 | |
| | BOCA RATON FL 33434-5640 US | |
| | ZELENKO AFFILIATE COMMISSIONS | |
| | 20230908B1QGC07C020611 | |



Date  9/29/23          Page    2
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20230908MMQFMP9N000143 | |
|      | 09081214FT03 | |
| 9/13 | Wire Transfer Credit | 13,364.36 |
|      | TWC 2022 INC. | |
|      | 433 PLAZA REAL | |
|      | SUITE 275 | |
|      | BOCA RATON, FL 33432 | |
|      | AUGUST AFFILIATE PAYOUT | |
|      | 20230913L1B77D1C004107 | |
|      | 20230913MMQFMP9N000313 | |
|      | 09131601FT03 | |
| 9/14 | From DDA *8877,To DDA *8919 | 700,000.00 |
| 9/18 | CLEAN COLLECTION FUNDS | 231.65 |
| 9/18 | CLEAN COLLECTION FUNDS | 1,154.18 |
| 9/19 | CLEAN COLLECTION FUNDS | 440.14 |
| 9/19 | CLEAN COLLECTION FUNDS | 1,088.95 |
| 9/20 | MyDeposit | 22.00 |
| 9/20 | MyDeposit | 30.00 |
| 9/20 | MyDeposit | 40.00 |
| 9/20 | MyDeposit | 44.95 |
| 9/20 | MyDeposit | 50.00 |
| 9/20 | MyDeposit | 53.90 |
| 9/20 | MyDeposit | 54.60 |
| 9/20 | MyDeposit | 105.00 |
| 9/20 | MyDeposit | 120.00 |
| 9/20 | MyDeposit | 150.00 |
| 9/20 | MyDeposit | 155.00 |
| 9/20 | MyDeposit | 200.00 |
| 9/20 | MyDeposit | 227.00 |
| 9/20 | MyDeposit | 234.60 |
| 9/20 | MyDeposit | 249.75 |
| 9/20 | MyDeposit | 300.00 |
| 9/20 | MyDeposit | 457.10 |
| 9/20 | MyDeposit | 473.73 |
| 9/20 | MyDeposit | 500.00 |
| 9/20 | MyDeposit | 775.56 |
| 9/20 | MyDeposit | 864.73 |
| 9/20 | MyDeposit | 1,869.39 |
| 9/21 | From DDA *8877,To DDA *8919,I | 14,220.44 |
|      | - AP0921 | |



Date  9/29/23        Page    3
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 9/21 | REFUND     PROG COUNTY MUT<br>PPD 021000024799962<br>FREE SPEECH  SYSTEMS L | 1,796.00 |
| 9/21 | REFUND OFFICIAL CHECK #001120<br>09/20/2023 | 614,075.75 |
| 9/22 | From DDA *8877,To DDA *8919 | 236,089.50 |
| 9/22 | MyDeposit | 37.74 |
| 9/26 | From DDA *8877,To DDA *8919 | 50.07 |
| 9/26 | From DDA *8877,To DDA *8919 | 25,551.62 |
| 9/26 | From DDA *8877,To DDA *8919 | 50,000.00 |
| 9/26 | From DDA *8877,To DDA *8919 | 69,790.30 |
| 9/27 | From DDA *8877,To DDA *8919 | 7,113.60 |
| 9/28 | From DDA *8877,To DDA *8919,PQ<br>PR0928 | 26,223.03 |
| 9/28 | From DDA *8893,To DDA *8919 | 89,453.91 |
| 9/28 | From DDA *8877,To DDA *8919 | 366,620.02 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/01 | DBT CRD 1002 08/31/23 41534687<br>PAYPAL *MIRASVITECO<br>402-935-7733  CA C#0837 | 246.20- |
| 9/01 | POS DEB 1502 08/31/23 00HWF31J<br>AMAZON.COM*T35EG7S51<br>AMAZON.COM<br>SEATTLE     WA C#0837 | 70.36- |
| 9/01 | POS DEB 1502 08/31/23 00HWF2MB<br>AMAZON.COM*T30DI27P1<br>AMAZON.COM<br>SEATTLE     WA C#0837 | 191.61- |
| 9/01 | AP0831     FREESPEECHOP<br>PPD 122287250000472<br>FREESPEECHOP | 67,486.25- |
| 9/05 | DBT CRD 1144 09/02/23 02631897<br>GITHUB, INC.<br>HTTPSGITHUB.C CA C#0837 | 24.00- |
| 9/05 | DBT CRD 1812 09/04/23 35208139<br>MIDJOURNEY INC. | 31.92- |



Date  9/29/23          Page    4
Primary Account        ‹

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | HTTPSWWW.MIDJ CA C#0837 | |
| 9/05 | DBT CRD 1403 09/01/23 86314772 | 159.48- |
| | ZOOM.US 888-799-9666 | |
| | WWW.ZOOM.US   CA C#0837 | |
| 9/05 | DBT CRD 0648 09/02/23 25156527 | 3,427.17- |
| | MONGODBCLOUD ITS OR... | |
| | MONGODB.COM   CA C#0837 | |
| 9/05 | POS DEB 1544 09/01/23 34527400 | 79.13- |
| | WAL-MART #1253 | |
| | 710 E BEN WHITE BL | |
| | AUSTIN      TX C#0837 | |
| 9/05 | DBT CRD 2059 09/02/23 71599357 | 32.16- |
| | H-E-B  #373 | |
| | ROUND ROCK   TX C#0837 | |
| 9/05 | DBT CRD 1301 09/01/23 48891835 | 42.49- |
| | H-E-B  #373 | |
| | ROUND ROCK   TX C#0837 | |
| 9/05 | DBT CRD 1647 09/01/23 84600272 | 175.83- |
| | AMZN Mktp US*TL94H3ZE0 | |
| | Amzn.com/bill WA C#0837 | |
| 9/05 | DBT CRD 1228 09/03/23 28968950 | 190.33- |
| | HEB ONLINE #108 | |
| | 855-803-0611 TX C#0837 | |
| 9/05 | DBT CRD 1310 09/04/23 54372010 | 215.43- |
| | ONLINE STORE SALES | |
| | 361-816-4113  TX C#0837 | |
| 9/05 | DBT CRD 1704 09/01/23 94837997 | 255.84- |
| | VULTR BY CONSTANT | |
| | VULTR.COM    NJ C#0837 | |
| 9/05 | DBT CRD 1711 09/02/23 99125753 | 306.54- |
| | LOWES #00778* | |
| | ROUND ROCK   TX C#0837 | |
| 9/05 | PAYMENT    LATHEM TIME CORP | 134.32- |
| | PPD 062000016397863 | |
| | FREE SPEECH SYSTEMS LL | |
| 9/05 | QBooks Onl INTUIT * | 213.20- |
| | CCD 021000020202787 | |
| | FREE SPEECH SYSTEMS | |
| 9/05 | PAYMENT   City of Austin T | 464.87- |
| | PPD 021000028094476 | |



Date  9/29/23          Page    5
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | Melinda Flores | |
| 9/05 | PAYMENT     City of Austin T<br>PPD 021000028095472 | 1,027.65- |
| | Melinda Flores | |
| 9/05 | PAYMENT     City of Austin T<br>PPD 021000028095469 | 1,552.41- |
| | Melinda Flores | |
| 9/05 | WEBPAYMENT ADDSHOPPERSINC<br>WEB 091000016619093 | 2,989.00- |
| | DANI WHITEHAIR | |
| 9/05 | PAYMENT     City of Austin T<br>PPD 021000028095438 | 4,317.26- |
| | Melinda Flores | |
| 9/05 | BILLING     AUTHNET GATEWAY<br>CCD 104000018028691 | 5,933.60- |
| | FREE SPEECH SYSTEMS, L | |
| 9/05 | extra       FREESPEECHOP<br>CCD 122287250000804 | 112,431.51- |
| | FREESPEECHOP | |
| 9/05 | AP0831      FREESPEECHOP<br>CCD 122287250000506 | 521,047.14- |
| | FREESPEECHOP | |
| 9/05 | From DDA *8919,To DDA *8927,pa<br>yroll | 200,000.00- |
| 9/06 | POS DEB 1525 09/05/23 00HY55VL<br>AMAZON.COM*TL8AL9R52<br>AMAZON.COM | 41.39- |
| | SEATTLE        WA C#0837 | |
| 9/06 | POS DEB 0811 09/06/23 00HYE4VG<br>AMAZON.COM*TL21N65I1<br>AMAZON.COM | 226.95- |
| | SEATTLE        WA C#0837 | |
| 9/06 | DBT CRD 1123 09/05/23 90243061<br>H-E-B  #091 | 117.34- |
| | AUSTIN         TX C#0837 | |
| 9/06 | DBT CRD 0926 09/05/23 20170234<br>PAYPAL *2CHECKOUTCO | 499.00- |
| | 880000008      OH C#0837 | |
| 9/06 | UTIL PAYMT ONE GAS TEXAS PR<br>PPD 101000697931022 | 97.68- |



Date  9/29/23        Page    6
Primary Account

Commercial Checking                              ontinued)

| CHECKS AND WITHDRAWALS | | |
|---|---|---|
| Date | Description | Amount |
| 9/06 | FREE SPEECH SYSTEM LLC<br>MSInvoice  DS WATERS OF AME<br>PPD 042000013340544<br>Wendell M Schwartz | 971.47- |
| 9/07 | POS DEB 1525 09/05/23 00HY580K<br>AMAZON.COM*TL0OY8YB2<br>AMAZON.COM<br>SEATTLE      WA C#0837 | 65.50- |
| 9/07 | POS DEB 0811 09/06/23 00HYE4VC<br>AMAZON.COM*TL8HI6501<br>AMAZON.COM<br>SEATTLE      WA C#0837 | 269.54- |
| 9/07 | DBT CRD 1001 09/06/23 41053669<br>H-E-B  #091<br>AUSTIN       TX C#0837 | 77.20- |
| 9/07 | DBT CRD 1740 09/06/23 16055561<br>H-E-B  #091<br>AUSTIN       TX C#0837 | 109.80- |
| 9/07 | DBT CRD 0959 09/06/23 39889400<br>PAYPAL *NIRASVITECO<br>4029357733    CA C#0837 | 129.00- |
| 9/07 | DBT CRD 0845 09/06/23 95549167<br>FDCSERVERSN<br>312-423-6675  FL C#0837 | 555.34- |
| 9/07 | Domestic Wire Transfer-DL<br>Liz Freeman Law<br>026009593<br>0180472852<br>UNITED STATES<br>BK AMER NYC<br>20230907MMQFMP9N000415<br>20230907B6B7HU2R014497<br>09071545FT03 | 100,000.00- |
| 9/08 | POS DEB 1651 09/06/23 00HYKDRK<br>AMAZON.COM*TL9609SE1<br>AMAZON.COM<br>SEATTLE      WA C#0837 | 24.85- |
| 9/08 | DBT CRD 1533 09/08/23 39832874<br>AMZN Mktp US*TL0WD82Q1<br>Amzn.com/bill WA C#0837 | 21.62- |



Date  9/29/23
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/08 | AP 0907B    FREESPEECHOP<br>PPD 122287250001175<br>FREESPEECHOP | 7,095.79- |
| 9/08 | AP0907      FREESPEECHOP<br>PPD 122287250001157<br>FREESPEECHOP | 10,713.15- |
| 9/08 | AP 090823   FREESPEECHOP<br>CCD 122287250001228<br>FREESPEECHOP | 37,038.30- |
| 9/08 | AP0907      FREESPEECHOP<br>CCD 122287250001173<br>FREESPEECHOP | 244,914.37- |
| 9/11 | DBT CRD 0651 09/10/23 26656735<br>DNH*GODADDY.COM<br>480-5058855    AZ C#0837 | 63.83- |
| 9/11 | POS DEB 0550 09/08/23 00HZ3V6T<br>AMAZON.COM*TL9NX6981<br>AMAZON.COM<br>SEATTLE        WA C#0837 | 121.86- |
| 9/11 | DBT CRD 0704 09/10/23 34540234<br>AMZN Mktp US*TR4RDOM92<br>Amzn.com/bill WA C#0837 | 9.73- |
| 9/11 | DBT CRD 1845 09/10/23 55408474<br>AMZN Mktp US*TR4TZ8MD2<br>Amzn.com/bill WA C#0837 | 72.81- |
| 9/11 | DBT CRD 1824 09/10/23 42769786<br>AMZN Mktp US*TR2R87NT2<br>Amzn.com/bill WA C#0837 | 94.93- |
| 9/11 | DBT CRD 0825 09/08/23 83040745<br>H-E-B  #091<br>AUSTIN         TX C#0837 | 138.09- |
| 9/11 | DBT CRD 1150 09/11/23 54832601<br>TARGET.COM  *<br>7000 TARGET PARKWA<br>WWW.TARGET.CO MN C#0837 | 162.35- |
| 9/11 | DBT CRD 2022 09/08/23 49256282<br>AMZN Mktp US*TR1OU8FOO<br>Amzn.com/bill WA C#0837 | 292.62- |
| 9/11 | QBooks Onl INTUIT *<br>CCD 021000024059425 | 213.20- |



Date  9/29/23        Page    8
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FREE SPEECH SYSTEMS LL | |
| 9/11 | TELECOMM    GRANDE COMMUNICA | 1,300.00- |
| | WEB 021000025451007 | |
| | WENDELL M *SCHWARTZ | |
| | 2207252 | |
| 9/12 | DBT CRD 0600 09/11/23 96244901 | 103.99- |
| | DNH*GODADDY.COM | |
| | 480-505-8855  AZ C#0837 | |
| 9/12 | DBT CRD 1150 09/11/23 54832602 | 9.74- |
| | TARGET.COM  * | |
| | 7000 TARGET PARKWA | |
| | WWW.TARGET.CO MN C#0837 | |
| 9/12 | DBT CRD 1150 09/11/23 54832603 | 9.74- |
| | TARGET.COM  * | |
| | 7000 TARGET PARKWA | |
| | WWW.TARGET.CO MN C#0837 | |
| 9/12 | DBT CRD 1332 09/11/23 67586390 | 84.34- |
| | H-E-B  #091 | |
| | AUSTIN        TX C#0837 | |
| 9/12 | DBT CRD 1402 09/11/23 85693620 | 294.05- |
| | AMZN Mktp US*TR6UM1HVO | |
| | Amzn.com/bill WA C#0837 | |
| 9/12 | DBT CRD 1021 09/11/23 52686869 | 405.00- |
| | HEB ONLINE #108 | |
| | 855-803-0611  TX C#0837 | |
| 9/12 | PAYMENTS    VERIZON WIRELESS | 496.66- |
| | CCD 021000022140631 | |
| | 0000000072148064500001 | |
| 9/12 | PAYMENTS    VERIZON WIRELESS | 570.41- |
| | CCD 021000022140632 | |
| | 0000000072148064500003 | |
| 9/13 | POS DEB 0959 09/12/23 00IOMCWO | 101.01- |
| | AMAZON.COM*TR7BG4ED1 | |
| | AMAZON.COM | |
| | SEATTLE      WA C#0837 | |
| 9/13 | POS DEB 0949 09/12/23 00IOM5IE | 184.00- |
| | AMAZON.COM*TR4TROA51 | |
| | AMAZON.COM | |
| | SEATTLE      WA C#0837 | |
| 9/13 | SERVICES    GOOGLE | 280.00- |
| | CCD 091000012475136 | |



Date  9/29/23           Page    9
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | Free Speech Systems, L | |
| 9/14 | DBT CRD 1116 09/14/23 85747872 | 49.49- |
| | AMZN Mktp US*TR1691Y00 | |
| | Amzn.com/bill WA C#0837 | |
| 9/14 | DBT CRD 1203 09/13/23 13803075 | 86.37- |
| | CENTRAL MARKET #420 | |
| | AUSTIN        TX C#0837 | |
| 9/14 | DBT CRD 1415 09/12/23 93521493 | 105.00- |
| | PAYPAL *DREAMAJAX | |
| | 4029357733    CA C#0837 | |
| 9/14 | DBT CRD 1332 09/13/23 67302870 | 108.13- |
| | AMZN Mktp US*TR6A01PW1 | |
| | Amzn.com/bill WA C#0837 | |
| 9/14 | DBT CRD 1244 09/13/23 38635389 | 182.76- |
| | H-E-B  #091 | |
| | AUSTIN        TX C#0837 | |
| 9/14 | DBT CRD 1433 09/13/23 03804104 | 188.24- |
| | AMZN Mktp US*TR39E3W50 | |
| | Amzn.com/bill WA C#0837 | |
| 9/14 | DBT CRD 1319 09/13/23 59412192 | 349.91- |
| | SPI*DIRECT SERVICE | |
| | 888-388-4249  CA C#0837 | |
| 9/14 | DBT CRD 0902 09/13/23 05486738 | 571.19- |
| | FDCSERVERSN | |
| | 312-423-6675  FL C#0837 | |
| 9/14 | ORKIN PEST ORKIN | 280.36- |
| | WEB 021000024747809 | |
| | FREE SPEECH SYSTEMS *O | |
| | 3651377 | |
| 9/14 | Domestic Wire Transfer-DL | 65,000.00- |
| | Pattis&Smith | |
| | 211170101 | |
| | 9476066 | |
| | UNITED STATES | |
| | WEBSTER BANK, N.A. | |
| | 20230914MMQFMP9N000337 | |
| | 20230914GMQFMPO1026760 | |
| | 09141451FT03 | |
| 9/14 | Int'l Wire Transfer (USD) -DL | 50,000.00- |
| | Hap May | |



Date  9/29/23
Primary Account

Commercial Checking                                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 121042484 | |
| | 777230777 | |
| | US | |
| | PCBB | |
| | 20230914MMQFMP9N000390 | |
| | 20230914L1B7832F000794 | |
| | 09141525FT03 | |
| 9/15 | DBT CRD 0947 09/14/23 32304917 | 137.07- |
| | BACKBLAZE.COM | |
| | HTTPSWWW.BACK CA C#0837 | |
| 9/15 | DBT CRD 0903 09/14/23 05828829 | 266.50- |
| | NRI*NEW RELIC | |
| | 888-643-8776   CA C#0837 | |
| 9/15 | DBT CRD 0845 09/14/23 95396921 | 370.21- |
| | Spectrum | |
| | 855-707-7328   MO C#0837 | |
| 9/15 | DBT CRD 1226 09/13/23 27746247 | 416.76- |
| | PAYPAL *XTENTO MAGE | |
| | 0913191885829 DF C#0837 | |
| 9/15 | DBT CRD 1259 09/14/23 47435976 | 595.38- |
| | THE RANGE AT AUSTIN | |
| | 512-6502734   TX C#0837 | |
| 9/15 | Int Fee 1144 09/15/23 27746247 | 4.17- |
| | PAYPAL *XTENTO MAGE | |
| | 091319188582900 C# 0837 | |
| 9/15 | AP0914    FREESPEECHOP | 5,617.50- |
| | PPD 122287250000537 | |
| | FREESPEECHOP | |
| 9/15 | AP0914    FREESPEECHOP | 305,825.77- |
| | CCD 122287250000532 | |
| | FREESPEECHOP | |
| 9/18 | DBT CRD 1211 09/15/23 19081011 | 17.17- |
| | Name.com, Inc | |
| | 720-2492374   CO C#0837 | |
| 9/18 | POS DEB 1924 09/15/23 00r1xATR | 72.84- |
| | AMAZON.COM*TX33696X2 | |
| | AMAZON.COM | |
| | SEATTLE   WA C#0837 | |
| 9/18 | POS DEB 1532 09/14/23 00r1GUK5 | 212.05- |
| | AMAZON.COM*TR1WC0S01 | |



Date  9/29/23        Page    11
Primary Account

Commercial Checking                        (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | AMAZON.COM | |
| | SEATTLE          WA C#0837 | |
| 9/18 | DBT CRD 1929 09/15/23 17901488 | 164.28- |
| | H-E-B  #091 | |
| | AUSTIN           TX C#0837 | |
| 9/18 | DBT CRD 1709 09/15/23 97424761 | 206.53- |
| | AMZN Mktp US*TR2UV6DR1 | |
| | Amzn.com/bill WA C#0837 | |
| 9/18 | DBT CRD 1132 09/15/23 95472482 | 595.38- |
| | THE RANGE AT AUSTIN | |
| | 512-6502734     TX C#0837 | |
| 9/19 | DBT CRD 0939 09/18/23 27441656 | 261.04- |
| | DTV*DIRECTV SERVICE | |
| | 800-347-3288    CA C#0837 | |
| 9/19 | DBT CRD 0356 09/18/23 22013590 | 47.57- |
| | AMZN Mktp US*TX7940Q82 | |
| | Amzn.com/bill WA C#0837 | |
| 9/19 | DBT CRD 1216 09/18/23 21979096 | 68.06- |
| | H-E-B  #091 | |
| | AUSTIN           TX C#0837 | |
| 9/19 | DBT CRD 1358 09/18/23 83170572 | 75.66- |
| | LEIF JOHNSON BEN WHITE | |
| | AUSTIN           TX C#0837 | |
| 9/19 | DBT CRD 1317 09/18/23 58337369 | 97.00- |
| | ARC SYSTEM | |
| | 800-9525065     PA C#0837 | |
| 9/19 | DBT CRD 1605 09/19/23 59096942 | 258.71- |
| | AMZN Mktp US*TX06Q6712 | |
| | Amzn.com/bill WA C#0837 | |
| 9/19 | INS PREM   PROG COUNTY MUT | 9,567.00- |
| | PPD 021000020511976 | |
| | FREESPEECHSYSTEMS LLC | |
| 9/19 | From DDA *8919,To DDA *8927 | 164,633.51- |
| 9/20 | DBT CRD 1616 09/19/23 65946553 | 11.90- |
| | AMZN Mktp US*TX7JI2992 | |
| | Amzn.com/bill WA C#0837 | |
| 9/20 | DBT CRD 0929 09/19/23 21443836 | 545.34- |
| | FDCSERVERSN | |
| | 312-423-6675    FL C#0837 | |
| 9/20 | DBT CRD 1244 09/19/23 38922282 | 4,289.35- |
| | ADOBE  *STOCK | |



Date  9/29/23       Page   12
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|  | 408-536-6000  CA C#0837 | |
| 9/20 | Closing entry - zero balance | 614,075.75- |
| 9/21 | DBT CRD 0847 09/20/23 96465466 | 95.33- |
|  | H-E-B  #091 | |
|  | AUSTIN       TX C#0837 | |
| 9/21 | DBT CRD 0940 09/20/23 28360186 | 748.42- |
|  | GUS S FRIED CHICKEN - | |
|  | AUSTIN       TX C#0837 | |
| 9/21 | WEB_PAY    WASTE CONNECTION | 1,500.35- |
|  | WEB 021000028449835 | |
|  | WENDELL M SCHWARTZ | |
|  | 75049143092023 | |
| 9/22 | DBT CRD 1959 09/22/23 35734166 | 20.00- |
|  | VERCEL PRO | |
|  | HTTPSVERCEL.C CA C#0837 | |
| 9/22 | POS DEB 0631 09/19/23 00I353KU | 48.71- |
|  | AMAZON.COM*TX0HV9BL1 | |
|  | AMAZON.COM | |
|  | SEATTLE      WA C#0837 | |
| 9/22 | DBT CRD 1043 09/21/23 66268030 | 323.67- |
|  | AMZN Mktp US*TX4G23U90 | |
|  | Amzn.com/bill WA C#0837 | |
| 9/22 | RECRD MGMT IRON MOUNTAIN | 238.65- |
|  | CCD 021000028056209 | |
|  | WENDELL *M SCHWARTZ | |
| 9/22 | DD      WEBFILE TAX PYMT | 5,879.36- |
|  | CCD 021000020393495 | |
|  | 33311/12345/EDI/XML - | |
| 9/22 | AP0921     FREESPEECHOP | 14,220.44- |
|  | PPD 122287250000807 | |
|  | FREESPEECHOP | |
| 9/25 | DBT CRD 1405 09/22/23 87094629 | 10.00- |
|  | PRITUNL PREMIUM | |
|  | HTTPSPRITUNL. WA C#0837 | |
| 9/25 | POS DEB 1124 09/22/23 00I4EGCU | 54.10- |
|  | AMAZON.COM*TX3EF0W91 | |
|  | AMAZON.COM | |
|  | SEATTLE      WA C#0837 | |
| 9/25 | POS DEB 1416 09/22/23 00I4GDF2 | 169.92- |
|  | AMAZON.COM*TX88378M1 | |



Date  9/29/23          Page    13
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | AMAZON.COM | |
|      | SEATTLE          WA C#0837 | |
| 9/25 | DBT CRD 1300 09/25/23 48440897 | 232.40- |
|      | AMZN Mktp US*T16TE8SZ2 | |
|      | Amzn.com/bill WA C#0837 | |
| 9/25 | DBT CRD 1955 09/24/23 33346289 | 275.82- |
|      | AMZN Mktp US*T17PL3602 | |
|      | Amzn.com/bill WA C#0837 | |
| 9/25 | DBT CRD 2255 09/22/23 41210987 | 320.12- |
|      | AMZN Mktp US*T10RD8EP2 | |
|      | Amzn.com/bill WA C#0837 | |
| 9/25 | DBT CRD 1626 09/24/23 71931852 | 333.14- |
|      | AMZN Mktp US*T18F00AW0 | |
|      | Amzn.com/bill WA C#0837 | |
| 9/25 | DBT CRD 1133 09/22/23 96399003 | 424.00- |
|      | USPS PO BOXES ONLINE | |
|      | 800-344-7779  DC C#0837 | |
| 9/25 | DBT CRD 1401 09/22/23 84916022 | 850.20- |
|      | HOTELSCOM7266174909624 | |
|      | HOTELS.COM       WA C#0837 | |
| 9/25 | DBT CRD 1404 09/22/23 86996449 | 991.87- |
|      | VACASA LLC | |
|      | 888-261-0092  OR C#0837 | |
| 9/25 | Payment    ATT | 1,320.78- |
|      | PPD 031100206702832 | |
|      | Free speech systems | |
| 9/25 | AP-I0922    FREESPEECHOP | 5,088.40- |
|      | PPD 122287250000440 | |
|      | FREESPEECHOP | |
| 9/25 | AP-B0922    FREESPEECHOP | 207,743.06- |
|      | CCD 122287250000100 | |
|      | FREESPEECHOP | |
| 9/26 | POS DEB 1442 09/22/23 00I4GMM6 | 32.76- |
|      | AMAZON.COM*T15AX01X2 | |
|      | AMAZON.COM | |
|      | SEATTLE          WA C#0837 | |
| 9/26 | POS DEB 1421 09/22/23 00I4GC8C | 70.58- |
|      | AMAZON.COM*T19IL7CR1 | |
|      | AMAZON.COM | |
|      | SEATTLE          WA C#0837 | |



Date  9/29/23
Primary Account                     Page    14

Commercial Checking _____        (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/26 | POS DEB 1416 09/22/23 00I4GG70<br>AMAZON.COM*T15HL6WF2<br>AMAZON.COM<br>SEATTLE        WA C#0837 | 83.06- |
| 9/26 | DBT CRD 0915 09/25/23 13432944<br>HEB ONLINE #108<br>855-803-0611  TX C#0837 | 261.34- |
| 9/26 | AP-I-0925  FREESPEECHOP<br>PPD 122287250000484<br>FREESPEECHOP | 50,000.00- |
| 9/26 | Domestic Wire Transfer-DL<br>Bactolac<br>021000089<br>9935649412<br>UNITED STATES<br>CitibankNA<br>20230926MMQFMP9N000264<br>20230926B1Q8021R024303<br>09261256FT03 | 50.07- |
| 9/27 | DBT CRD 1000 09/26/23 40497891<br>NAME-CHEAP.COM* T1NLJK<br>WWW.NAMECHEAP AZ C#0837 | 179.92- |
| 9/27 | DBT CRD 0808 09/26/23 73227901<br>NTTA ONLINE<br>972-818-6882  TX C#0837 | 15.28- |
| 9/27 | DBT CRD 1009 09/26/23 45500743<br>PAYPAL *AHEADWORKS<br>9542281061     FL C#0837 | 339.00- |
| 9/27 | PQPR092623 FREESPEECHOP<br>CCD 122287250000575<br>FREESPEECHOP | 25,551.62- |
| 9/27 | SUPP091723 FREESPEECHOP<br>CCD 122287250000769<br>FREESPEECHOP | 69,790.30- |
| 9/28 | POS DEB 1548 09/27/23 00I6B4TM<br>AMAZON.COM*T18N157SO<br>AMAZON.COM<br>SEATTLE        WA C#0837 | 25.93- |
| 9/28 | DBT CRD 0943 09/27/23 30085328<br>OFFICE DEPOT #304 | 18.38- |



Date  9/29/23          Page    15
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | 800-463-3768  TX C#0837 | |
| 9/28 | DBT CRD 1101 09/26/23 77066505 | 38.95- |
|      | OFFICE DEPOT #304 | |
|      | 800-463-3768  TX C#0837 | |
| 9/28 | DBT CRD 1105 09/27/23 79141113 | 82.46- |
|      | Amazon.com*T97KX63E2 | |
|      | Amzn.com/bill WA C#0837 | |
| 9/28 | DBT CRD 1322 09/28/23 61395112 | 86.50- |
|      | AMZN Mktp US*T981Q0TJ2 | |
|      | Amzn.com/bill WA C#0837 | |
| 9/28 | AP0927    FREESPEECHOP | 7,113.60- |
|      | CCD 122287250000298 | |
|      | FREESPEECHOP | |
| 9/28 | Domestic Wire Transfer-DL | 1,152.13- |
|      | Security Bank of Crawford | |
|      | 111010170 | |
|      | 1020536 | |
|      | 6688 North Lonestar Pkwy. | |
|      | Crawford, Tx 76638 UNITED STAT | |
|      | TIB Dallas | |
|      | 20230928MMQFMP9N000217 | |
|      | 20230928k1QJ1N3C000765 | |
|      | 09281313FT03 | |
| 9/28 | Domestic Wire Transfer-DL | 25,070.90- |
|      | Security Bank of Crawford | |
|      | 111010170 | |
|      | 1020536 | |
|      | 6688 North Lonestar Pkwy. | |
|      | Crawford, Tx 76638 UNITED STAT | |
|      | TIB Dallas | |
|      | 20230928MMQFMP9N000213 | |
|      | 20230928k1QJ1N3C000764 | |
|      | 09281313FT03 | |
| 9/29 | DBT CRD 1739 09/28/23 15459106 | 279.96- |
|      | AMZN Mktp US*T19I587Z0 | |
|      | Amzn.com/bill WA C#0837 | |
| 9/29 | AP092823    FREESPEECHOP | 30,277.71- |
|      | PPD 122287250000495 | |
|      | FREESPEECHOP | |
| 9/29 | AP09282023 FREESPEECHOP | 333,257.31- |
|      | CCD 122287250000508 | |



Date  9/29/23          Page   16
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/29 | FREESPEECHOP Service Charge | 5.10-SC |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 9/07 | 99204289 | 24.76 | 9/12 | 99653433* | 137.93 |
| 9/11 | 99312817* | 341.56 | 9/15 | 99720900* | 18,729.62 |
| 9/13 | 99333744* | 60,409.33 | | | |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 351,488.06 | 9/13 | 542,604.90 | 9/22 | 851,558.06 |
| 9/05 | 196,436.78 | 9/14 | 1,125,683.45 | 9/25 | 633,744.25 |
| 9/06 | 194,482.95 | 9/15 | 793,720.47 | 9/26 | 728,638.43 |
| 9/07 | 893,251.81 | 9/18 | 793,838.05 | 9/27 | 639,875.91 |
| 9/08 | 595,137.72 | 9/19 | 620,358.59 | 9/28 | 1,088,584.02 |
| 9/11 | 592,326.74 | 9/20 | 8,413.56 | 9/29 | 724,763.94 |
| 9/12 | 590,214.88 | 9/21 | 636,161.65 | | |

*** END OF STATEMENT ***



Date  9/29/23
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Donations

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates   9/01/23 thru 10/01/23 | |
| Previous Balance | 56,998.78 | Days in the statement period | 31 |
| 46 Deposits/Credits | 63,692.61 | Avg Daily Ledger | 57,319.40 |
| 1 Checks/Debits | 56,998.78 | Avg Daily Collected | 56,671.61 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 63,692.61 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/21 | REFUND OFFICIAL CHECK #001119 | 56,998.78 |
|  | 09/20/2023 | |
| 9/22 | MyDeposit | 5.00 |
| 9/22 | MyDeposit | 5.00 |
| 9/22 | MyDeposit | 5.00 |
| 9/22 | MyDeposit | 10.00 |
| 9/22 | MyDeposit | 10.00 |
| 9/22 | MyDeposit | 10.00 |
| 9/22 | MyDeposit | 15.00 |
| 9/22 | MyDeposit | 15.00 |
| 9/22 | MyDeposit | 20.00 |
| 9/22 | MyDeposit | 20.00 |
| 9/22 | MyDeposit | 20.00 |
| 9/22 | MyDeposit | 25.00 |
| 9/22 | MyDeposit | 25.00 |



Date   9/29/23
Primary Account

Commercial Checking                              (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 9/22 | MyDeposit | 25.00 |
| 9/22 | MyDeposit | 25.00 |
| 9/22 | MyDeposit | 30.00 |
| 9/22 | MyDeposit | 30.00 |
| 9/22 | MyDeposit | 30.00 |
| 9/22 | MyDeposit | 33.00 |
| 9/22 | MyDeposit | 35.00 |
| 9/22 | MyDeposit | 40.00 |
| 9/22 | MyDeposit | 40.00 |
| 9/22 | MyDeposit | 50.00 |
| 9/22 | MyDeposit | 50.00 |
| 9/22 | MyDeposit | 75.00 |
| 9/22 | MyDeposit | 100.00 |
| 9/22 | MyDeposit | 100.00 |
| 9/22 | MyDeposit | 100.00 |
| 9/22 | MyDeposit | 100.00 |
| 9/22 | MyDeposit | 100.00 |
| 9/22 | MyDeposit | 100.00 |
| 9/22 | MyDeposit | 177.60 |
| 9/22 | MyDeposit | 200.00 |
| 9/22 | MyDeposit | 200.00 |
| 9/22 | MyDeposit | 200.00 |
| 9/22 | MyDeposit | 220.00 |
| 9/22 | MyDeposit | 250.00 |
| 9/22 | MyDeposit | 250.00 |
| 9/22 | MyDeposit | 300.00 |
| 9/22 | MyDeposit | 300.00 |
| 9/22 | MyDeposit | 348.23 |
| 9/22 | MyDeposit | 500.00 |
| 9/22 | MyDeposit | 600.00 |
| 9/22 | MyDeposit | 900.00 |
| 9/22 | MyDeposit | 1,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/20 | Closing entry - zero balance | 56,998.78- |



Date  9/29/23          Page     3
Primary Account

Commercial Checking                    (Continued)

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 9/01 | 56,998.78 | 9/21 | 56,998.78 |
| 9/20 | .00 | 9/22 | 63,692.61 |

*** END OF STATEMENT ***



Date  9/29/23          Page     1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:         FREE SPEECH SYSTEMS, LLC
                       Case 22-60043, Payroll

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates | 9/01/23 thru 10/01/23 |
| Previous Balance | 8,232.22 | Days in the statement period | 31 |
| 3 Deposits/Credits | 369,633.51 | Avg Daily Ledger | 13,226.12 |
| 3 Checks/Debits | 372,865.73 | Avg Daily Collected | 13,226.12 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 5,000.00 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/05 | From DDA *8919,To DDA *8927,payroll | 200,000.00 |
| 9/19 | From DDA *8919,To DDA *8927 | 164,633.51 |
| 9/21 | REFUND OFFICIAL CHECK #001117 09/20/2023 | 5,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 9/05 | Domestic Wire Transfer-DL HR&P 084201278 4975902 | 185,583.58- |



Date  9/29/23
Primary Account

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | UNITED STATES | |
|      | Cadence Bank | |
|      | 20230905MMQFMP9N000653 | |
|      | 20230905MMQFMPF1001136 | |
|      | 09051650FT03 | |
| 9/19 | Domestic Wire Transfer-DL | 182,282.15- |
|      | HR&P | |
|      | 084201278 | |
|      | 4975902 | |
|      | UNITED STATES | |
|      | Cadence Bank | |
|      | 20230919MMQFMP9N000155 | |
|      | 20230919MMQFMPF1000438 | |
|      | 09191140FT03 | |
| 9/20 | Closing entry - zero balance | 5,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 8,232.22 | 9/19 | 5,000.00 | 9/21 | 5,000.00 |
| 9/05 | 22,648.64 | 9/20 | .00 | | |

*** END OF STATEMENT ***



Date  9/29/23          Page     1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates   9/01/23 thru 10/01/23 | |
| Previous Balance | 748,316.82 | Days in the statement period | 31 |
| 5 Deposits/Credits | 1,099,229.90 | Avg Daily Ledger | 794,924.31 |
| 4 Checks/Debits | 1,451,208.35 | Avg Daily Collected | 794,924.31 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 396,338.37 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/06 | A/P        MY PILLOW<br>CCD 091901890000012<br>Free Speech Systems, L | 12,662.69 |
| 9/07 | From DDA *8877,To DDA *8893,ES<br>G escrow thru 073123 | 159,027.24 |
| 9/14 | A/P        MY PILLOW<br>CCD 091901890000001<br>Free Speech Systems, L | 3,578.23 |
| 9/15 | PAYMENTS  My Store<br>CCD 056009470000121<br>Free Speech Systems, L | 188.38 |
| 9/21 | REFUND OFFICIAL CHECK #001121<br>09/20/2023 | 923,773.36 |



Date  9/29/23          Page    2
Primary Account

Commercial Checking                                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 9/20 | Closing entry - zero balance | 923,773.36- |
| 9/28 | From DDA *8893,To DDA *8919 | 89,453.91- |
| 9/28 | Domestic Wire Transfer-DL | 332,156.84- |
|      | Alexander Jones | |
|      | 043000096 | |
|      | 4946655233 | |
|      | UNITED STATES | |
|      | PNC BANK, NATIONAL | |
|      | 20230928MMQFMP9N000513 | |
|      | 20230928MMQFMPNB009154 | |
|      | 09281537FT03 | |
| 9/29 | InfoW0928  FREESPEECHIW | 105,824.24- |
|      | CCD 122287250000522 | |
|      | FREESPEECHIW | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 748,316.82 | 9/14 | 923,584.98 | 9/21 | 923,773.36 |
| 9/06 | 760,979.51 | 9/15 | 923,773.36 | 9/28 | 502,162.61 |
| 9/07 | 920,006.75 | 9/20 | .00 | 9/29 | 396,338.37 |

*** END OF STATEMENT ***



Date  9/29/23          Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Legal

| | |
|---|---|
| Commercial Checking | Number of Enclosures          0 |
| Account Number | Statement Dates  9/01/23 thru 10/01/23 |
| Previous Balance          100,000.00 | Days in the statement period       31 |
| 1 Deposits/Credits        100,000.00 | Avg Daily Ledger          96,774.19 |
| 1 Checks/Debits           100,000.00 | Avg Daily Collected       96,774.19 |
| Maintenance Fee                  .00 | |
| Interest Paid                    .00 | |
| Ending Balance            100,000.00 | |

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|---|---|---|
| 9/21 | REFUND OFFICIAL CHECK #001118 09/20/2023 | 100,000.00 |

**CHECKS AND WITHDRAWALS**

| Date | Description | Amount |
|---|---|---|
| 9/20 | Closing entry - zero balance | 100,000.00- |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/01 | 100,000.00 | 9/20 | .00 | 9/21 | 100,000.00 |



Date   9/29/23          Page      2
Primary Account

Commercial Checking                    ontinued)

*** END OF STATEMENT ***