United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 14, 2023
~~Nathan Ochsner~~, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division |  | Main Case Number |  |
|---|---|---|---|
| Debtor |  | In Re: |  |

|  |  |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number |  |

| Name of party applicant seeks to appear for: |  |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |  |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|
| Signed: November 14, 2023 | _____<br>Christopher Lopez<br>United States Bankruptcy Judge |

\* Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the "Connecticut Plaintiffs").