IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | **Case No. 22-60043** |
| | § | |
| Debtor. | § | |
| ─────────────────────────── | § | |
| **In re:** | § | |
| | § | **Chapter 11** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553** |
| Debtor. | § | |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR NOVEMBER 27, 2023, AT 2:00 P.M. (PREVAILING CENTRAL TIME)

Alexander E. Jones ("Jones"), respectfully submits this Witness and Exhibit List for the hearing to be held on November 27, 2023, at 2:00 p.m. (prevailing Central Time) (the "Hearing"):

### WITNESSES

1. Robert Schleizer, Managing Partner of BlackBriar Advisors, LLC
2. Alexander E. Jones, "Jones"
3. Any witness listed or called by any other party.
4. Rebuttal witnesses as necessary; and
5. Jones reserves the right to cross-examine any witness called by any other party.

### EXHIBITS

Jones may offer for admission into evidence any of the following exhibits at the Hearing:

1. Any document or pleading filed in the above-captioned case;
2. Any exhibit necessary for impeachment and/or rebuttal purposes; and
3. Any exhibit identified or offered by any other party.

Jones reserves the right to supplement, amend or delete any exhibit prior to the Hearing. Jones also reserves the right to use any exhibit presented by any other party and to ask the Court

**DEBTOR'S WITNESS AND EXHIBIT LIST - Page 1**

to take judicial notice of any document. Jones finally reserves the right to introduce exhibits previously admitted.

Respectfully submitted this 21st day of November, 2023.

                                        **CROWE & DUNLEVY, P.C.**

                                        By: */s/ Vickie L. Driver*
                                        Vickie L. Driver
                                        State Bar No. 24026886
                                        Christina W. Stephenson
                                        State Bar No. 24049535
                                        2525 McKinnon St., Suite 425
                                        Dallas, TX 75201
                                        Telephone: 737.218.6187
                                        Email: dallaseservice@crowedunlevy.com

                                        -and-

                                        Shelby A. Jordan
                                        State Bar No. 11016700
                                        S.D. No. 2195
                                        Antonio Ortiz
                                        State Bar No. 24074839
                                        S.D. No. 1127322
                                        **JORDAN & ORTIZ, P.C.**
                                        500 North Shoreline Blvd., Suite 900
                                        Corpus Christi, TX  78401
                                        Telephone: (361) 884-5678
                                        Facsimile:  (361) 888-5555
                                        Email:  sjordan@jhwclaw.com
                                        aortiz@jhwclaw.com
                                        Copy to: cmadden@jhwclaw.com

                                        **ATTORNEYS FOR ALEXANDER E. JONES**

**DEBTOR'S WITNESS AND EXHIBIT LIST - Page 2**

## **CERTIFICATE OF SERVICE**

       A true and correct copy of the foregoing document was filed with the Court on November 21, 2023, and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, via electronic mail on counsel for for the U.S Trustee and counsel for the Official Committee of Unsecured Creditors for Alexander E. Jones.

                                          */s/ Vickie L. Driver*
                                          Vickie L. Driver