**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | Case No. 22-60043 (CML) |
| Debtor | |
| In re: | Chapter 11 |
| ALEXANDER E. JONES, | Case No. 22-33553 (CML) |
| Debtor | |

# EXHIBIT 20

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC., | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

### DEBTOR'S NOTICE OF CASH COLLATERAL BUDGET FOR NOVEMBER 2023 WITH CONSENT OF SECURED CREDITOR

FREE SPEECH SYSTEMS, LLC. ("FSS" or "Debtor") files this notice in accordance with the direction of the Court at the October 26, 2023 hearing regarding the use of cash collateral in November 2023. At that hearing the Court instructed the Debtor to file a notice attaching the budgeted use of cash collateral during the month of November in lieu of a further hearing.

FSS' cash collateral budget for November 2023 is attached to this Notice as Exhibit A (the "Budget"). The party holding a disputed lien on the Debtor's cash collateral, PQPR Holdings, LLC has consented to the use of cash collateral in accordance with the budget.

The budget reflects the use of cash collateral consistent with the payment of reasonable and necessary operating expenses of FSS throughout the pendency of this case. Unlike prior budgets, Debtor's management has proposed to increase Alex Jones salary as an "at will" employee of the Debtor. FSS' management believes that the increased compensation to Jones is commensurate with the value of his services to the Debtor and the proposed increase reflects the exercise of management's best business judgment.

Management of the Debtor has stated on the record that Mr. Jones is undercompensated and has attempted to increase his compensation beginning in early to mid-2023. The Debtor's cash collateral budgets since June 2023 have included a contingency for increased salary to be paid to Jones pursuant to a proposed employment agreement between Jones and FSS. Efforts to enter

into a proposed Employment Agreement have been delayed by discussions with the Creditors Committee appointed in the Jones bankruptcy case.

The Budget reflects the use of cash collateral from October 2023 through the end of November 2023 and includes the deletion of expenses which were not paid during the month of October 2023.

Respectfully submitted.

LAW OFFICES OF RAY BATTAGLIA, PLLC

/S/ *RAYMOND W. BATTAGLIA*
Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, Texas 78218
Tel. (210) 601-9405

*Counsel to the Debtor and Debtor-In-Possession*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service on the date of filing,

 /s/Raymond W. Battaglia
Raymond W. Battaglia

**CURRENT 8 WEEK BUDGET**

| | Week Number | 10/01/2023-10/07/2023 40 | 10/08/2023-10/14/2023 41 | 10/15/2023-10/21/2023 42 | 10/22/2023-10/28/2023 43 | 10/29/2023-10/31/2023 44 | 11/1/2023-11/4/2023 44 | 11/5/2023-11/11/2023 45 | 11/12/2023-11/18/2023 46 | 11/19/2023-11/25/2023 47 | 11/26/2023-11/30/2023 48 | Total | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Product Sales (Net of 7.0% Merchant Fee) | | $ 405,099.00 | $ 352,260.00 | $ 405,099.00 | $ 405,099.00 | $ 173,613.86 | $ 231,485.14 | $ 415,226.48 | $ 411,175.49 | $ 477,510.45 | $ 392,240.72 | $ 3,668,809.13 | Net of 7.0% CC Merchant Fees. Includes Shipping and Sales Tax, excludes any PQPR / Platinum related sales |
| New Product Initiative | | 126,463.20 | 109,968.00 | 126,463.20 | 126,463.20 | 54,198.51 | 72,264.69 | 129,624.78 | 128,360.15 | 149,068.50 | 171,428.77 | 1,194,303.00 | Drop Ship vendor for Meals Ready to Eat and Coffee, gross sales |
| Point of Sales Revenue | | 44,165.75 | 38,405.00 | 44,165.75 | 44,165.75 | 4,274.10 | 25,237.57 | 45,269.89 | 44,828.24 | 52,060.38 | 59,869.43 | 402,441.87 | Fulfillment Vendor for Product Sales |
| Platinum / PQPR Commission | | 72,714.50 | 63,230.00 | 72,714.50 | 72,714.50 | 31,163.36 | 41,551.14 | 74,532.36 | 73,805.22 | 85,712.22 | 98,569.05 | 688,706.85 | Net of 50% payment to PQPR |
| Donations | | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 1,500.00 | 2,000.00 | 3,587.50 | 3,552.50 | 4,125.63 | 4,744.47 | 33,510.09 | |
| **Total Income** | | **651,942.45** | **567,363.00** | **651,942.45** | **651,942.45** | **264,749.83** | **372,538.54** | **668,241.01** | **661,721.59** | **768,477.16** | **726,852.45** | **5,985,770.94** | |
| **Selling & Product Costs** | | | | | | | | | | | | | |
| Inventory Purchases | | (88,524.24) | (150,000.00) | (88,524.24) | (88,524.24) | (150,000.00) | (195,000.00) | (115,000.00) | (115,000.00) | (150,000.00) | (100,000.00) | (860,000.00) | Inventory deposits and purchases from numerous Vendors |
| New Product Initiative | | (26,499.45) | (76,977.60) | (26,499.45) | (26,499.45) | (37,938.96) | (50,585.28) | (90,737.35) | (89,852.10) | (104,347.95) | (120,000.14) | (836,012.10) | Payments to Meal Ready to Eat Vendor |
| Point of Sale Product Cost | | (26,499.45) | (23,043.00) | (26,499.45) | (26,499.45) | (2,564.46) | (15,142.54) | (27,161.94) | (26,896.94) | (31,236.23) | (35,921.66) | (241,465.12) | Fulfillment Vendor product costs |
| Fulfillment Services | | (54,688.37) | (47,555.10) | (54,688.37) | (54,688.37) | (23,437.87) | (31,250.49) | (56,055.57) | (55,508.69) | (64,463.91) | (52,952.50) | (495,289.23) | Fulfillment Vendor shipping and handling costs |
| Texas Sales Tax (20% of Sales @ 6.25%) | | (5,063.74) | (4,403.25) | (5,063.74) | (5,063.74) | (2,170.17) | (2,893.56) | (5,190.33) | (5,139.69) | (5,968.88) | (4,903.01) | (45,860.11) | |
| **Total Cost of Goods Sold** | | **(174,775.79)** | **(301,978.95)** | **(174,775.79)** | **(174,775.79)** | **(216,111.47)** | **(294,871.88)** | **(294,145.19)** | **(292,397.43)** | **(356,016.97)** | **(313,777.31)** | **(2,478,626.57)** | |
| **Operating Expenses** | | | | | | | | | | | | | |
| **Advertising & Promotion** | | | | | | | | | | | | | |
| Radio Show Advertising | | - | - | - | - | - | - | - | - | - | - | - | |
| Print Media | | - | - | - | - | - | - | - | - | - | - | - | |
| **Total Advertising & Promotion** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | |
| **Computer/IT/IP Expense** | | | | | | | | | | | | | |
| Internet & TV services | | (2,500.00) | (1,500.00) | (1,750.00) | (3,250.00) | - | (2,500.00) | (1,500.00) | (1,750.00) | (1,000.00) | (3,250.00) | (19,000.00) | |
| Server Hosting / Cloud Service / Ecomm | | (90,000.00) | (10,000.00) | (15,000.00) | (50,000.00) | (90,000.00) | (10,000.00) | (10,000.00) | (15,000.00) | (50,000.00) | (340,000.00) | | |
| Satellite Service | | (140,000.00) | (10,000.00) | (15,000.00) | (15,000.00) | - | (140,000.00) | (10,000.00) | (15,000.00) | (5,000.00) | (15,000.00) | (365,000.00) | |
| Telecommunications | | (18,500.00) | (5,000.00) | (2,000.00) | (7,000.00) | - | (18,500.00) | (5,000.00) | (2,000.00) | (1,500.00) | (7,000.00) | (66,500.00) | |
| Image License, Software & Other | | (10,000.00) | - | (10,000.00) | (10,000.00) | - | (10,000.00) | - | (10,000.00) | - | (10,000.00) | (60,000.00) | |
| **Total Computer/IT/IP Expense** | | **(261,000.00)** | **(26,500.00)** | **(43,750.00)** | **(85,250.00)** | **-** | **(261,000.00)** | **(26,500.00)** | **(43,750.00)** | **(17,500.00)** | **(85,250.00)** | **(850,500.00)** | |
| **Office & Administrative Expense** | | | | | | | | | | | | | |
| Bank Fees & Service Charges | | (100.00) | (200.00) | (200.00) | (200.00) | (100.00) | (100.00) | (200.00) | (200.00) | (200.00) | (200.00) | (1,700.00) | |
| Insurance | | (57,440.00) | (15,000.00) | - | - | - | (50,000.00) | (23,000.00) | - | - | (88,000.00) | Liability, auto, property and workers comp | |
| Rent | | (3,100.00) | - | - | (500.00) | - | (57,440.00) | - | (800.00) | - | (1,500.00) | (114,880.00) | |
| Utilities | | - | - | (800.00) | - | - | (3,100.00) | - | - | - | - | (10,800.00) | |
| Janitorial | | - | - | - | - | - | - | - | - | - | - | - | |
| Office Security | | (9,000.00) | (9,000.00) | (9,000.00) | (9,000.00) | - | (9,000.00) | (9,000.00) | (9,000.00) | (9,000.00) | (9,000.00) | (81,000.00) | |
| Repair & Maintenance | | - | (1,000.00) | - | (5,000.00) | - | - | (1,000.00) | - | - | (7,000.00) | |
| Supplies/Printing/Copy | | (1,000.00) | (1,000.00) | (1,000.00) | (2,500.00) | - | (1,000.00) | (1,000.00) | (1,000.00) | (1,000.00) | (1,000.00) | (10,500.00) | Includes Konica Minolta copier lease |
| Business Meals | | (500.00) | (500.00) | (500.00) | (1,000.00) | - | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (5,000.00) | |
| **Total Office & Administrative Expense** | | **(71,140.00)** | **(26,700.00)** | **(11,500.00)** | **(18,200.00)** | **(100.00)** | **(121,140.00)** | **(34,700.00)** | **(11,500.00)** | **(11,700.00)** | **(12,200.00)** | **(318,880.00)** | |
| **Personnel Expenses** | | | | | | | | | | | | | |
| Salaries & Wages & Benefits | | (155,500.00) | - | (155,500.00) | - | - | (155,500.00) | (17,055.38) | (155,500.00) | - | (155,500.00) | (777,500.00) | |
| Payroll Tax | | (14,040.00) | (14,040.00) | - | - | (17,055.38) | (14,500.00) | (14,500.00) | (17,055.38) | (79,246.15) | | |
| Contract Employees | | (32,450.00) | (2,500.00) | (14,500.00) | (5,000.00) | - | (14,500.00) | - | (14,500.00) | (14,500.00) | (14,500.00) | (97,950.00) | |
| Consulting Services | | (4,500.00) | (5,000.00) | (4,500.00) | (7,500.00) | - | (4,500.00) | - | (4,500.00) | - | (4,500.00) | (35,000.00) | HR and Bookeeping Fees |
| Alex Jones Salary | | (20,000.00) | - | (20,000.00) | - | - | (57,692.31) | - | (57,692.31) | - | (57,692.31) | (213,076.93) | |
| **Total Personnel Expenses** | | **(226,490.00)** | **(7,500.00)** | **(208,540.00)** | **(12,500.00)** | **-** | **(249,247.69)** | **-** | **(249,247.69)** | **-** | **(249,247.69)** | **(1,202,773.08)** | |
| **Total Operating Expenses** | | **(558,730.00)** | **(79,300.00)** | **(264,390.00)** | **(116,550.00)** | **(200.00)** | **(631,987.69)** | **(79,800.00)** | **(305,097.69)** | **(29,800.00)** | **(347,297.69)** | **(2,413,153.08)** | |
| **Travel** | | | | | | | | | | | | | |
| Mileage/Parking/Tolls | | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (1,000.00) | |
| Special Event Travel | | - | (18,000.00) | - | - | - | - | (18,000.00) | - | - | (36,000.00) | |
| Travel / Lodging | | - | - | - | - | - | - | - | - | - | - | - | Interview w/ Tucker Carlson and trip to southern border to cover current events |
| Vehicle Rental / Leases | | - | (500.00) | (500.00) | (500.00) | - | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (4,000.00) | |
| **Total Travel Expenses** | | **(100.00)** | **(18,600.00)** | **(600.00)** | **(600.00)** | **(100.00)** | **(600.00)** | **(18,600.00)** | **(600.00)** | **(600.00)** | **(600.00)** | **(41,000.00)** | |
| **Non-Operating Expenses** | | | | | | | | | | | | | |
| Adequate Protection Payment to SEC Bank | | - | (2,750.00) | - | - | - | - | (2,750.00) | - | - | - | (5,500.00) | Secured note for the company owned RV |
| **Total Other Expenses** | | **-** | **(2,750.00)** | **-** | **-** | **-** | **-** | **(2,750.00)** | **-** | **-** | **-** | **(5,500.00)** | |
| **Professional Fees** | | | | | | | | | | | | | |
| CRO Fees | | - | - | - | (50,000.00) | - | - | - | - | - | (50,000.00) | (100,000.00) | |
| CRO Expenses | | - | - | - | (10,000.00) | - | - | - | - | - | (10,000.00) | (20,000.00) | |
| Trustee Fees | | - | - | - | (45,000.00) | - | - | - | - | (50,000.00) | - | (95,000.00) | |
| Trustee Counsel | | - | (100,000.00) | (15,000.00) | - | - | - | - | - | - | - | (100,000.00) | |
| Legal Fees - Reynal | | - | - | - | - | - | - | - | (37,960.00) | - | (12,960.00) | (65,920.00) | |
| Legal Fees - Tax Consulting | | - | - | (25,000.00) | - | - | - | - | (25,000.00) | - | - | (25,000.00) | |
| Legal Fees - Texas Appellete Counsel | | - | - | - | - | - | - | (30,000.00) | (65,000.00) | - | - | (90,000.00) | |
| Discovery Data / Court Reporter Fee | | - | - | (40,000.00) | - | - | - | - | - | - | - | (30,000.00) | compilation |
| Ray Battaglia | | - | - | - | - | - | - | - | (50,000.00) | - | - | (90,000.00) | |
| **Total Professional Fees** | | **-** | **(100,000.00)** | **(80,000.00)** | **(105,000.00)** | **-** | **-** | **(30,000.00)** | **(177,960.00)** | **(50,000.00)** | **(72,960.00)** | **(615,920.00)** | |
| **Total Cash Flow** | | **(81,563.34)** | **83,334.05** | **132,776.66** | **255,616.66** | **48,438.37** | **(554,321.03)** | **376,545.82** | **(113,733.54)** | **332,660.20** | **(7,182.55)** | **472,571.29** | |
| **Ending Cash** | | **1,348,522.11** | **1,431,856.16** | **1,564,632.82** | **1,820,249.47** | **1,868,687.84** | **1,314,366.81** | **1,690,912.63** | **1,577,179.09** | **1,909,839.29** | **1,902,656.74** | | |

FREE SPEECH SYSTEMS

EXHIBIT A
exhibitsticker.com