**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | ) | Case No. 22-60043 (CML) |
| Debtor | ) | |
| In re: | ) | Chapter 11 |
| ALEXANDER E. JONES, | ) | Case No. 22-33553 (CML) |
| Debtor | ) | |

# EXHIBIT 23

Case 22-60043 Document 764-23 Filed in TXSB on 10/12/23 Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-60043** |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | |
| | § | **Chapter 11 (Subchapter V)** |
| Debtor. | § | |

### ALEXANDER E. JONES'S NOTICE OF WITHDRAWAL OF MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE <u>EXPENSES PURSUANT TO 11 U.S.C. § 503(B)(1)</u>

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

PLEASE BE ADVISED on July 6, 2023, creditor and interested party Alexander E. Jones ("<u>Jones</u>"), in the above-captioned case, filed a *Motion for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(B)(1)* [Dkt. No. 659] (the "<u>Motion</u>"). Jones hereby withdraws the Motion without prejudice to refiling.

Dated: October 18, 2023             Respectfully submitted,

                                                              **CROWE & DUNLEVY, P.C.**

                                                              By: <u>*/s/ Vickie L. Driver*</u>
                                                              Vickie L. Driver
                                                               State Bar No. 24026886
                                                               Christina W. Stephenson
                                                               State Bar No. 24049535
                                                               2525 McKinnon St., Suite 425
                                                               Dallas, TX 75201
                                                               Telephone: 737.218.6187
                                                               Email: dallaseservice@crowedunlevy.com

                                                               -and-

**NOTICE OF WITHDRAWAL – Page 1**

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR DEBTOR, ALEXANDER E. JONES**

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2023, a true and correct copy of the foregoing document was served on all parties entitled to notice through this Court's CM/ECF System, including, but not limited to, Debtor, Debtor's Counsel, Trustee and U.S. Trustee.

*/s/ Vickie L. Driver*
Vickie L. Driver

**NOTICE OF WITHDRAWAL – Page 2**