IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | **Case No. 22-60043** |
| | § | |
| Debtor. | § | |
| ------------------------------------------------ | § | |
| **In re:** | § | |
| | § | **Chapter 11** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553** |
| Debtor. | § | |

### JONES' AMENDED WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR NOVEMBER 27, 2023, AT 2:00 P.M. (PREVAILING CENTRAL TIME)

Alexander E. Jones ("Jones"), respectfully submits this amended Witness and Exhibit List for the hearing to be held on November 27, 2023, at 2:00 p.m. (prevailing Central Time) (the "Hearing"):

### WITNESSES

1. Robert Schleizer, Managing Partner of BlackBriar Advisors, LLC

2. Alexander E. Jones, "Jones"

3. Any witness listed or called by any other party.

4. Rebuttal witnesses as necessary; and

5. Jones reserves the right to cross-examine any witness called by any other party.

### EXHIBITS

Jones may offer for admission into evidence any of the following exhibits at the Hearing:

1. Schedule of contracts to be rejected [Dkt. No. 244-1];

2. ESG Contract;

3. ESG Whiskey Contract;

4. Any document or pleading filed in the above-captioned case;

**JONES' AMENDED WITNESS AND EXHIBIT LIST - Page 1**

5. Any exhibit necessary for impeachment and/or rebuttal purposes; and

6. Any exhibit identified or offered by any other party.

Jones reserves the right to supplement, amend or delete any exhibit prior to the Hearing. Jones also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Jones finally reserves the right to introduce exhibits previously admitted.

Respectfully submitted this 22nd day of November, 2023.

        **CROWE & DUNLEVY, P.C.**

By: */s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

    **ATTORNEYS FOR ALEXANDER E. JONES**

**CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing document was filed with the Court on November 22, 2023, and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, via electronic mail on counsel for for the U.S Trustee and counsel for the Official Committee of Unsecured Creditors for Alexander E. Jones.

                                                        */s/ Vickie L. Driver*
                                                        Vickie L. Driver