UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-60043 |
| **FREE SPEECH SYSTEMS, LLC.,** § | Chapter 11 (Subchapter V) |
| § | |
| **Debtor.** § | |

## NOTICE OF HOURLY RATE INCREASE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On September 20.2022 the Court entered its *Order Approving Debtor's Application to Employ the Law Offices of Ray Battaglia, PLLC as Bankruptcy Counsel Commencing on July 29, 2022* [ECF #180] ("**Order**").

The Order included the following terms:

The Firm shall provide ten-business-days' notice to the Debtor and the U.S. Trustee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court.

Commencing on January 1, 2024, the hourly rate for Ray Battaglia shall increase to $625.00.

Respectfully submitted this December 1, 2023.

THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
66 Granburg Circle
San Antonio, Texas 78218
Telephone (210) 601-9405
Email: rbattaglialaw@outlook.com

By: */s/ Raymond W. Battaglia*
Raymond W. Battaglia
Texas Bar No. 01918055

**ATTORNEYS FOR THE DEBTOR IN POSSESSION**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ Raymond W. Battaglia*
Raymond W. Battaglia