**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re<br><br>Alexander E. Jones<br><br>            Debtor, | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| In re<br><br>Free Speech Systems LLC<br><br>            Debtor, | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11 |

**JOINT NOTICE REGARDING AGREED ORDER ON**
**DEBTORS' MOTION FOR APPROVAL OF COMPROMISE AND**
**SETTLEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

    **PLEASE TAKE NOTICE** that Alexander E. Jones ("Jones"), Free Speech Systems, LLC

("FSS," and together with Jones, the "Debtors"), and the Texas Plaintiffs[1] (collectively, the

"Parties") have reached a consensual agreement to extend the deadline to lift the automatic stay

set forth in the *Agreed Order on Debtors' Motion for Approval of Compromise and Settlement*

*Under Federal Rule of Bankruptcy Procedure 9019* (the "Agreed Order") [Dkt. Nos. 374 and 673].

The Parties have agreed that the deadline set for December 5, 2023 at 12:01 a.m. (CST) in the

Agreed Order will be moved to May 1, 2024 at 12:01 a.m. (CST) at which time the automatic stay

shall lift, unless otherwise extended pursuant to the terms of the Agreed Order, solely to allow pre-

trial proceedings and discovery to move forward in the Pozner/De La Rosa Action with no further

action required by this Court or the Texas Plaintiffs.  If no documented consensual agreement

among the parties is reached by June 3, 2024 at 12:01 a.m. (CST), then the automatic stay shall be

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Agreed Order.

lifted with respect to the commencement of trial.  All other deadlines established in the Agreed

Order shall remain in effect unless otherwise agreed by the Parties.

Dated: December 5, 2023

/s/ Jennifer J. Hardy
**WILLKIE FARR & GALLAGHER LLP**
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone: 713-510-1700
Facsimile: 713-510-1799
Email: jhardy2@willkie.com

**AND**

Rachel C. Strickland (admitted *pro hac vice*)
Stuart R. Lombardi (admitted *pro hac vice*)
Ciara A. Sisco (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111
Email: rstrickland@willkie.com
        slombardi@willkie.com
        csisco@willkie.com
*Bankruptcy Co-Counsel to the Texas Plaintiffs*

/s/ Raymond W. Battaglia
**LAW OFFICES OF RAY BATTAGLIA, PLLC**
Raymond W. Battaglia (TX Bar No. 01918055)
66 Granburg Circle
San Antonio, Texas 78218
Telephone: 210-601-9405
Email: rbattaglialaw@outlook.com
*Counsel to Free Speech Systems, LLC*

**MCDOWELL HETHERINGTON LLP**
Avi Moshenberg (TX Bar No. 24083532)
1001 Fannin Street
Suite 2700
Houston, Texas 77002
Telephone: 713-337-5580
Facsimile: 713-337-8850
Email: avi.moshenberg@mhllp.com

**AND**

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**
Jarrod B. Martin (TX Bar No. 24070221)
1200 Smith Street
Suite 1400
Houston, Texas 77002
Telephone: 713-356-1280
Facsimile: 713-658-2553
Email: jarrod.martin@chamberlainlaw.com
*Bankruptcy Co-Counsel to the Texas Plaintiffs*

/s/ Vickie L. Driver
**CROWE & DUNLEVY, P.C.**
Vickie L. Driver (TX Bar No. 24026886)
Christina W. Stephenson (TX Bar No. 24049535)
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Telephone: 737-218-6187
Email: dallaservice@crowedunlevy.com

**AND**

**JORDAN & ORTIZ, P.C.**
Shelby A. Jordan (TX Bar No. 11016700)
Antonio Ortiz (TX Bar No. 24074839)
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78401
Telephone: 361-884-5678
Facsimile: 361-888-5555
Email: sjordan@jhwclaw.com
Email: aortiz@jhwclaw.com
*Counsel to Alexander E. Jones*

## <u>CERTIFICATE OF SERVICE</u>

      I certify that on December 5, 2023, a true and correct copy of the foregoing was served on all parties  registered to receive electronic notice of filings in this case via this Court's ECF notification system.

                                      */s/ Jennifer J. Hardy*
                                        Jennifer J. Hardy