IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| UNITED ENGINEERS INC. | § § § § | Case No. (23-33166-11)(JPN) |
| Debtor | | (Subchapter V) |

### NOTICE OF FIRMS BILLING RATE INCREASE

PLEASE TAKE NOTICE that effective January 1, 2024, the firm's hourly billing rate for the undersigned Subchapter V trustee increased to $550.00 per hour and hourly paralegal rates increase to $165.00. This rate increase will be implemented in the above captioned case effective January 1, 2024.

DATED: January 2, 2024           Respectfully submitted,

                                 HASELDEN FARROW, PLLC

                                 By: */s/ Melissa A. Haselden*
                                 MELISSA A. HASELDEN
                                 State Bar No. 00794778
                                 700 Milam, Suite 1300
                                 Pennzoil Place
                                 Houston, Texas 77002
                                 Telephone: (832) 819-1149
                                 Facsimile: (866) 405-6038
                                 Email: mhaselden@haseldenfarrow.com
                                 **SUBCHAPTER V TRUSTEE FOR DEBTOR**
                                 **FREE SPEECH SYSTEMS, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, a copy of the foregoing *Notice of Rate Increase* was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF System.

                                 */s/ Melissa A. Haselden*
                                 MELISSA A. HASELDEN