UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-60043 |
| **FREE SPEECH SYSTEMS, LLC.,** | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

**ORDER SETTING PLAN CONFIRMATION DEADLINES PURSUANT TO RULE 3017.2 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On this day, came on to be considered the Plan Confirmation Deadlines Pursuant to Rule 3017.2 of Federal Rules of Bankruptcy Procedure. The Court finds that the Debtor filed its *First Amended Plan of Reorganization Under Subchapter V of the Bankruptcy Code* ("**Plan**") on November 18, 2023 [ECF # 756]. Rule 3017.2 of Federal Rules of Bankruptcy Procedure ("**Rules**") requires the Court to fix dates in connection with voting and confirmation of the Plan.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. The following dates and deadlines shall govern confirmation of the Plan and the conduct of the Confirmation Hearing:

| Event | Date |
|---|---|
| **Written Discovery Deadline.** The deadline by which the Debtor, creditors and any other parties in interest (collectively the "**Parties**") shall serve discovery relating to the Plan, potential objections thereto, and any other matters to be heard at the Confirmation Hearing (the "**Requests**"). The Parties shall meet and confer in good faith regarding timing and any requested extension of response deadline. | **Tuesday, January 9, 2024** |
| **Substantial Completion of Document Production.** The date by which the Parties shall substantially complete the production of documents in response to the Requests. This Order is without prejudice to the Parties right to object to the Requests and all such rights | **Friday, January 26, 2024** |

| | |
|---|---|
| are expressly reserved.  ***Parties and any other recipients of the Requests must commence production of documents in response to Requests as soon as reasonably possible and shall roll out document production in tranches, as available.  Parties and any other recipients of the Requests shall not wait until the substantial completion deadline to commence production.*** | |
| **Solicitation Mailing/Publication Deadline**.  The date by which the Debtor shall mail a copy of the Plan together with a ballot for creditors to register their votes on the Plan. | **Monday, January 29, 2024** |
| **Privilege Log Deadline.**  The date by which the Parties shall have provided logs of documents responsive to the Requests that were withheld or redacted on the basis of any claim or privilege. | **Tuesday, January 30, 2024** |
| **Preliminary Witness Lists.**  The date by which the Parties shall exchange lists of witnesses each such party in good faith expects to call at the Confirmation Hearing. | **Thursday, February 1, 2024** |
| **Fact Witness Depositions.**  The dates during which the Parties shall conduct fact witness depositions. | **Friday, February 2 – Friday, February 9, 2024** |
| **Expert Reports.**  The date by which the Parties shall simultaneously exchange expert reports, with a date for rebuttal reports (if needed) to be determined by the Parties intending to serve such reports.  Bankruptcy Rule 7026 shall apply in its entirely to any expert reports exchanged. | **Thursday, February 15, 2024** |
| **Production of Materials Relied Upon in Expert Reports.**  The date by which the Parties shall produce copies of any documents or data that were (a) relied on by such party's expert in forming the opinions contained in such report and (b) have not already been produced in these cases. | **Friday, February 16, 2024** |
| **Objections to Plan Due.**  The date by which objections to the Plan must be filed. | **Friday, February 16, 2024** |
| **Balloting Deadline.** The date by which creditors and interest holders must return their ballots accepting or rejecting the Plan. | **Friday, February 16, 2024** |
| **Exchange of Final Witness and Exhibit Lists.**  The date by which the Parties a shall | **Friday, February 16, 2024** |

| | |
|---|---|
| serve a final list of witnesses and exhibits they intend to offer at the Confirmation Hearing. Witness lists shall identify all witnesses that each party will call and may call at the Confirmation Hearing and shall provide a brief summary of the anticipated testimony of each witness. | |
| **Objections to Final Witness and Exhibit Lists.** The date by which the Parties must serve any objections to the final witness and exhibit lists. | **Tuesday, February 20, 2024** |
| **Expert Depositions.** The dates during which the Parties shall conduct expert witness depositions. | **Tuesday, February 20, 2024 – Thursday, February 22, 2024** |
| **Exchange of Exhibits.** The deadline by which the Parties shall exchange exhibits with each other. | **Friday, February 23, 2024, 12 pm CT** |
| **Filing of Final Witness and Exhibit Lists with the Clerk of the Court.** The deadline by which the Parties shall file final exhibit and witness lists with the Clerk of the Court. | **Friday, February 23, 2024, 12 pm CT** |
| **Final Pretrial Conference.** The date on which the Parties shall, subject to the Court's availability, participate in a final pretrial conference. | **Friday, February 23, 2024** |
| **Reply to Objections.** The date by which the Parties must file their reply to all timely objections to the Plan. | **Friday, February 23, 2024** |
| **Confirmation Hearing Dates.** The hearing date for consideration by the Court of Plan confirmation. | **Tuesday, February 27, 2024 – Thursday, February 29, 2024** |

2.      **Service.**  The Parties agree to serve by email on all other Parties all discovery requests and written responses. Parties producing electronically stored information shall simultaneously transmit or make available such productions to all Parties that are bound by the *Stipulated Confidentiality Agreement and Protective Order*, dated February 14, 2023 [FSS ECF No. 461; Jones ECF No. 159].

3. **Discovery Disputes.** The Parties shall promptly seek Court intervention regarding any disputes that cannot be resolved consensually, which disputes shall be heard by the Court on an expedited basis.

4. **Confirmation Hearing.** The Parties will meet and confer on the details of the Confirmation Hearing, including the sequencing and length of witness testimony and the presentation of other evidence.

5. **Amendments or Modifications.** The Court may amend or modify the terms of this Order for good cause shown.

6. **Retention of Jurisdiction.** This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation of this Order.


Dated: [DATE]  
       Houston, Texas                  _____  
                                  HONORABLE CHRISTOPHER M. LOPEZ  
                                  UNITED STATES BANKRUPTCY JUDGE