IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **FREE SPEECH SYSTEMS, LLC,** | § | **Case No. 22-60043** |
| | § | |
| Debtor. | § | |
| ------------------------------------------------ | § | |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference has been set in the above referenced chapter 11 case for January 16, 2024, at 11:30 a.m. (prevailing Central Time) in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, TX 77002.

PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the person information setting.

PLEASE TAKE FURTHER NOTICE parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: COURT PROCEDURES (uscourts.gov).

PLEASE TAKE FURTHER NOTICE that hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**NOTICE OF STATUS CONFERENCE – PAGE 1**

Dated: January 11, 2024.    Respectfully submitted,

LAW OFFICES OF RAY BATTAGLIA, PLLC

/s/ *Raymond W. Battaglia*
Raymond W. Battaglia
State Bar No. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, Texas 78218
Tel. (210) 601-9405

*Counsel to the Debtor and Debtor-In-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service on the date of filing.

 */s/Raymond W. Battaglia*
Raymond W. Battaglia