Electronic Appearance Sheet

Sean F. Gallager, Jackson Walker
Client(s): Melissa Haselden, Subchapter V Trustee

Jennifer F.  Wertz, Jackson Walker
Client(s): Melissa Haselden, Subchapter V Trustee

Jayson Ruff, US DOJ
Client(s): US Trustee