IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| FREE SPEECH SYSTEMS LLC, | ) Case No. 22-60043 |
| Debtor. | ) |

**ORDER AUTHORIZING THE RETENTION OF THE LAW OFFICE OF LIZ FREEMAN, PLLC AS CO-COUNSEL FOR THE SUBCHAPTER V TRUSTEE**

CAME ON FOR CONSIDERATION the Application to Retain The Law Office of Liz Freeman as Co-Counsel the Subchapter V Trustee (the "Application"). Having reviewed the Application and the supporting documents, and finding that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that the Application was properly filed and served; that this is a core proceeding pursuant to 28 U.SC. § 157(b); and that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and based upon good and sufficient cause appearing therefor; the Court ORDERS THAT:

1. The Trustee is authorized to retain and employ The Law Office of Liz Freeman, PLLC ("Freeman") as counsel upon the terms and conditions set forth in the Application and as modified herein effective December 5, 2022.

2. Freeman shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's case in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any other applicable procedures and orders of the Court. For billing purposes, Freeman shall keep its time in one tenth (1/10) hour increments. Freeman will use its

best effort to avoid any duplication of services provided by any of the other professionals in this case.

3. Freeman will review its files periodically during the pendency of this chapter 11 case to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Freeman will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Fed. R. Bankr. P. 2014(a).

4. To the extent that the Application or the Freeman Declaration is inconsistent with this Order, the terms of this Order shall govern.

5. Notwithstanding anything to the contrary in the Application, Freeman shall not be entitled to reimbursement for fees and expenses incurred in connection with any objection to its fees absent further order of this Court.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2024

                                                              CHRISTOPHER LÓPEZ
                                                              UNITED STATES BANKRUPTCY JUDGE