**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❏ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____                                  Date report filed: _____
                                                                        MM / DD / YYYY

Line of business: _____        NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ❏ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ❏ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ❏ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❏ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❏ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ❏ | ❏ | ❏ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ❏ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ❏ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ❏ | ❏ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ❏ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ❏ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ❏ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ❏ | ❏ |

Debtor Name   _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ❏  ❏  ❏
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❏  ❏  ❏

*** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name   _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    _____
27. What is the number of employees as of the date of this monthly report?    _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____
30. How much have you paid this month in other professional fees?    $ _____
31. How much have you paid in total other professional fees since filing the case?    $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:    $ _____
36. Total projected cash disbursements for the next month:    − $ _____
37. Total projected net cash flow for the next month:    = $ _____

Debtor Name   _____    Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit E**
**Total Payables**

*As of December 31, 2023*

| From | Amount | Due Date | |
|---|---:|---|---|
| **Trade AP** | | | |
| Jonathon Wolfe | 10,500.00 | 11/07/2023 | (a) |
| Cloudflare Inc | 63,320.40 | 12/1/2023 | |
| Subscribe Pro Inc | 275.00 | 12/03/2023 | |
| Daniel Lyman | 4,000.00 | 12/14/2023 | |
| Addshoppers Inc. | 2,989.00 | 12/15/2023 | |
| ATX HD | 20,671.00 | 12/20/2023 | |
| Cloudflare Inc | 63,320.40 | 12/26/2023 | |
| Jani-King | 3,623.13 | 12/27/2023 | |
| Robert Dew | 20,000.00 | 12/27/2023 | |
| Wes Perkins | 647.98 | 12/27/2023 | |
| Lumen | 9,685.84 | 1/23/2024 | |
| | **199,032.75** | | |
| **Inventory** | | | |
| Hi Tech Pharm | 598,762.50 | 12/20/2023 | |
| Yellow Emperor | 93,750.00 | 12/13/2023 | |
| Yellow Emperor | 87,500.00 | 12/13/2023 | |
| Ready Alliance | 24,729.90 | 12/10/2023 | |
| Ready Alliance | 21,240.51 | 12/24/2023 | |
| Ready Alliance | 17,839.81 | 12/31/2023 | |
| Skyhorse Publishing | 5,422.50 | 01/10/2024 | |
| Skyhorse Publishing | 5,040.00 | 01/10/2024 | |
| | **854,285.22** | | |
| **Legal / Consulting Fees** | | | |
| | - | | |
| **Total Accounts Payable** | **1,053,317.97** | | |

(a)   Disputed



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits that are unpaid as of the end of the month as receivables*

*As of December 31, 2023*

| From | Amount | Due Date |
| --- | --- | --- |
| Processor T | 109,991.95 | 12/18/2023 |
| Processor T | 97,466.73 | 12/19/2023 |
| Processor T | 85,191.21 | 12/20/2023 |
| Processor T | 71,512.32 | 12/21/2023 |
| Processor T | 67,295.14 | 12/22/2023 |
| Processor T | 51,178.07 | 12/23/2023 |
| Processor T | 36,419.05 | 12/24/2023 |
| Processor T | 27,364.80 | 12/25/2023 |
| Processor T | 53,053.28 | 12/26/2023 |
| Processor T | 62,855.40 | 12/27/2023 |
| Processor T | 79,885.19 | 12/28/2023 |
| Processor T | 111,948.76 | 12/29/2023 |
| Processor T | 82,395.97 | 12/30/2023 |
| Processor T | 68,910.78 | 12/31/2023 |
| | **1,005,468.65** | |

*FSS switched credit card processors in October in order to reduce our bankcard rate from 7.0% to 5.5%. The settlement period in the new contract is listed as 5-10 business days and it has been averaging 12 days. The Accounts Receivable balance at month end is trending higher than previous months. As of the date of this MOR filing, all of the above AR has been collected by FSS.*



| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 # 77838 | AXOS Legal # 78901 | CADE Deposits # 8-099-2 | CADE Operating # 8-100-8 | CADE Donations # 8-101-6 | CADE Payroll # 8-102-4 | CADE Escrow # 8-103-2 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **December 1 to December 31** | | | | | | | | | | | | |
| **Opening Balance** | - | 409.58 | - | - | 85,772.78 | - | 726,866.83 | 578,946.50 | 96,355.21 | 5,000.00 | 565,887.38 | 2,059,238.28 |
| Cash Receipts | - | - | - | - | - | - | 3,794,157.86 | 15,773.17 | 2,126.00 | - | - | 3,812,057.03 |
| Cash Disbursements | - | - | - | - | - | - | - | (2,558,096.53) | - | (343,998.72) | - | (2,902,095.25) |
| **Net Cash Flow** | - | - | - | - | - | - | 3,794,157.86 | (2,542,323.36) | 2,126.00 | (343,998.72) | - | 909,961.78 |
| Transfers In | - | - | - | - | - | - | - | 2,056,224.26 | - | 343,998.72 | - | 2,400,222.98 |
| Transfers Out | - | - | - | - | - | - | (2,400,222.98) | - | - | - | - | (2,400,222.98) |
| **Cash on Hand** | - | 409.58 (a) | - | - | 85,772.78 (a) | - | 2,120,801.71 | 92,847.40 | 98,481.21 | 5,000.00 | 565,887.38 | 2,969,200.06 |

(a) On 10/26 AXOS bank closed our accounts for the second time in 30 days, despite assurances that they would work with FSS to provide an orderly transition.  There was some confusion with the InfoWars account #78893 and the InfoW Account #77838 with the multiple account closures and cashiers checks that were sent to the Austin office.  The InfoW address on file with AXOS was to a different office and as of 12/31 we were still working with AXOS bank to get the closing balance to the correct account.  We are working diligently to resolve this issue.



P0053

```
                                                                30/0

     FREE SPEECH SYSTEMS LLC
     PAYROLL ACCOUNT
     3019 ALVIN DEVANE BLVD STE 350
     AUSTIN TX 78741-7424              STATEMENT DATE
                                            12/31/23
                                       ACCOUNT NUMBER


     INFOLINE  1-888-797-7711
     * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *
     PREVIOUS BALANCE          5,000.00        AVERAGE BALANCE
     +     2 CREDITS         343,998.72                  5,000
     -     2 DEBITS          343,998.72     YTD INTEREST PAID
     -  SERVICE CHARGES            .00                     .00
     +     INTEREST PAID           .00
     ENDING BALANCE            5,000.00


                                                                31
     DAYS IN PERIOD

     * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
         DEPOSITS AND OTHER CREDITS
     DATE.........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
     12/12    168,461.88 ONLINE TRANSFER CREDIT 121223
                         CADENCE BANK      XFER CR    ONLINE
                         CUSTOMER TRANSFER FROM

     12/26    175,536.84 ONLINE TRANSFER CREDIT 122623
                         CADENCE BANK      XFER CR    ONLINE
                         CUSTOMER TRANSFER FROM

         OTHER DEBITS
     DATE.........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
     12/12    168,461.88 MMMH & COMPANY
                         084201278 CADENCE BANK
                         PR 12.12
     12/26    175,536.84 MMMH & COMPANY
                         084201278 CADENCE BANK
                         PR 12.26
     * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * *
         DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
         11/30     5000.00    12/12     5000.00    12/26     5000.00
```



P0053

```
                                                              30/0

    FREE SPEECH SYSTEMS LLC
    DONATIONS ACCOUNT
    3019 ALVIN DEVANE BLVD STE 350
    AUSTIN TX 78741-7424                         STATEMENT DATE
                                                      12/31/23
                                                 ACCOUNT NUMBER


    INFOLINE  1-888-797-7711
    * * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
    PREVIOUS BALANCE           96,355.21        AVERAGE BALANCE
    +      2 CREDITS            2,221.50                  97,586
    -      1 DEBITS                95.50    YTD INTEREST PAID
    -   SERVICE CHARGES             .00                     .00
    +    INTEREST PAID              .00
    ENDING BALANCE             98,481.21


    DAYS IN PERIOD                                             31

    * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
        DEPOSITS AND OTHER CREDITS
    DATE..........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
    12/07           95.50 UNAUTHORIZED ACH TRANSACTION
    12/14        2,126.00 DEPOSIT
        OTHER DEBITS
    DATE..........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
    12/06           95.50 CUSTOMER CHECK CHARGE     120623
    * * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
       DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
    11/30     96355.21    12/07     96355.21    12/14     98481.21
    12/06     96259.71
```



P0082

```
                                                                    30/0
     FREE SPEECH SYSTEMS LLC                              PAGE     3
     DEPOSIT ACCOUNT
     3019 ALVIN DEVANE BLVD STE 350
     AUSTIN TX 78741-7424                              STATEMENT DATE
                                                           12/31/23
                                                       ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
 DATE.........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD
 12/29       84,586.58                    945440567
                         I2VLVBGG                  PPD

    OTHER DEBITS
 DATE.........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD
 12/12       59,636.78 ONLINE TRANSFER DEBIT   121223
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO    IM

 12/12      168,461.88 ONLINE TRANSFER DEBIT   121223
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO    IM

 12/12      176,375.50 ONLINE TRANSFER DEBIT   121223
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

 12/14      185,623.75 ONLINE TRANSFER DEBIT   121423
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

 12/14      384,903.27 ONLINE TRANSFER DEBIT   121423
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

 12/15      432,794.67 ONLINE TRANSFER DEBIT   121523
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

 12/21      702,094.74 ONLINE TRANSFER DEBIT   122123
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

 12/26      175,536.84 ONLINE TRANSFER DEBIT   122623
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

 12/28      114,795.55 ONLINE TRANSFER DEBIT   122823
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO
```



B0082

```
                                                                30/0
     FREE SPEECH SYSTEMS LLC                              PAGE    2
     DEPOSIT ACCOUNT
     3019 ALVIN DEVANE BLVD STE 350
     AUSTIN TX 78741-7424                          STATEMENT DATE
                                                         12/31/23
                                                   ACCOUNT NUMBER


     * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * *
         DEPOSITS AND OTHER CREDITS
     DATE.........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
     12/13      142,305.82                945440567
                             IGOX8KEZG                 PPD
     12/14          156.08 MY STORE       1832821631
                                          PAYMENTS     CCD
     12/14        3,673.55                1270478020
                                          VENDOR PAY   CCD
     12/14      103,874.45                945440567
                             I6BYN2NZB                 PPD
     12/18      104,877.28                945440567
                             IV8BY46ZL                 PPD
     12/18      114,789.89                945440567
                             IYO9V9094                 PPD
     12/19      118,448.08                945440567
                             IXBL58OKJ                 PPD
     12/20        4,023.16                1270478020
                                          VENDOR PAY   CCD
     12/20      156,818.69                945440567
                             IXBL2A697                 PPD
     12/21      125,628.40                945440567
                             IWBZL9N7A                 PPD
     12/21      140,175.27                945440567
                             IYO97P57Z                 PPD
     12/21      583,333.00                              LLC
                       107006428                        BAN

     12/22      112,096.06                945440567
                             INRN4KVAZ                 PPD
     12/26       86,447.42                945440567
                             IABLL477E                 PPD
     12/26      134,337.69                945440567
                             ILVPP2MMA                 PPD
     12/27      140,153.08                945440567
                             IVOAANKEN                 PPD
     12/28        2,329.69                1270478020
                                          VENDOR PAY   CCD
     12/28      126,121.95                945440567
                             IURM9RBNR                 PPD
     12/29          170.29 MY STORE       1832821631
                                          PAYMENTS     CCD
```

P0082

**CADENCE Bank**

```
                                                              30/0
     FREE SPEECH SYSTEMS LLC
     DEPOSIT ACCOUNT
     3019 ALVIN DEVANE BLVD STE 350
     AUSTIN TX 78741-7424
                                              STATEMENT DATE
                                                  12/31/23
                                              ACCOUNT NUMBER


     INFOLINE  1-888-797-7711
     * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *
     PREVIOUS BALANCE            726,866.83        AVERAGE BALANCE
     +      33 CREDITS         3,794,157.86              1,707,168
     -       9 DEBITS          2,400,222.98      YTD INTEREST PAID
     -  SERVICE CHARGES                .00                     .00
     +    INTEREST PAID                .00
     ENDING BALANCE            2,120,801.71


     DAYS IN PERIOD                                             31

     * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
          DEPOSITS AND OTHER CREDITS
     DATE.........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
     12/01     144,943.11                   945440567
                              I6BLMO57W4                 PPD
     12/01     167,539.77                   945440567
                              IWBXWN6R4                  PPD
     12/01     212,624.90                   945440567
                              I8596JPER                  PPD
     12/04     186,667.27                   945440567
                              IO4NV9L2E                  PPD
     12/05     150,922.69                   945440567
                              I4KZWLMGY                  PPD
     12/06       5,191.64                  1270478020
                                           VENDOR PAY    CCD
     12/06      86,324.13                   945440567
                              I4KZRW8B5                  PPD
     12/06     136,476.92                   945440567
                              ILVLYWX86                  PPD
     12/07      91,042.28                   945440567
                              I4KZ877K9                  PPD
     12/07      50,479.00 DEPOSIT
     12/08       7,710.18                  9111111101
                              613088366555FTF DIRECT DEP PPD
     12/11     120,340.61                   945440567
                              I85999BOV                  PPD
     12/11     149,508.83                   945440567
                              IABXXONY                   PPD
```



```
                                                              30/3
                                                      PAGE     8
   FREE SPEECH SYSTEMS LLC
   OPERATIONS ACCOUNT
   BANKRUPTCY DEBTOR IN PROCESS CH 11
   CASE 22-60043                              STATEMENT DATE
   3019 ALVIN DEVANE BLVD STE 350                   12/31/23
   AUSTIN TX 78741-7424                       ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     OTHER DEBITS
  DATE.........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD
  12/27         219.60 AMZN Mktp US*5X3 Amzn.com/bill WA
  12/27       4,804.32 WEBFILE TAX PYMT 2146000311
                       902/74394456      DD          CCD
  12/28      32,204.42 ALEXANDER JONES #22-33553 DIP
                       043000096 PNC BANK, N.A.
                       AP 12.28
  12/28          40.00 VERCEL PRO        COVINA         CA
  12/28         616.13 2COCOM*BITDEFEND Alpharetta      GA
  12/28       5,300.00 FREE SPEECH OPS  1261510005
                       -SETT-CCACH      DEP/PAY     PPD
  12/28      74,302.13 FREE SPEECH OPS  1261510005
                       -SETT-CCACH      DEP/PAY     PPD
* * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
     DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
     11/30    578946.50   12/11    140542.68   12/20     98206.46
     12/01    577644.60   12/12    138491.39   12/21     96618.00
     12/04    560424.36   12/13     61496.93   12/22     95971.71
     12/05    559665.62   12/14    172384.57   12/26     95581.73
     12/06    558242.57   12/15    163800.11   12/27     90514.53
     12/07    145367.78   12/18    117124.65   12/28     92847.40
     12/08    140985.29   12/19    116614.58
```



P0018

```
                                                                    30/3
     FREE SPEECH SYSTEMS LLC                           PAGE         7
     OPERATIONS ACCOUNT
     BANKRUPTCY DEBTOR IN PROCESS CH 11
     CASE 22-60043                                STATEMENT DATE
     3019 ALVIN DEVANE BLVD STE 350                      12/31/23
     AUSTIN TX 78741-7424                          ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
12/18      2,302.77 H-E-B #091           AUSTIN        TX
12/18      3,462.99 DAVE & BUSTER'S  AUSTIN        TX
12/18      3,787.67 APPLE.COM/US        800-676-2775   CA
12/18      3,897.86 MSFT * E0400Q24T MSBILL.INFO    WA
12/19         18.92 HOVER               8667316556     MS
12/19        128.27 TEXASGASSERVICE     8007002443     OK
12/19        181.44 TWITTER PAID FEA SAN FRANCISCO CA
12/19        181.44 TWITTER PAID FEA SAN FRANCISCO CA
12/20         19.49 AMZN Mktp US*LZ1 Amzn.com/bill WA
12/20         44.14 AMZN Mktp US*QB9 Amzn.com/bill WA
12/20         75.57 Walmart.com         Bentonville    AR
12/20         78.95 AMZN Mktp US*523 Amzn.com/bill WA
12/20         85.51 AMZN Mktp US*U16 Amzn.com/bill WA
12/20        112.32 AMZN Mktp US*S68 Amzn.com/bill WA
12/20        490.38 AMZN Mktp US*FR8 Amzn.com/bill WA
12/20        545.34 FDCSERVERSN         3124236675     FL
12/20        899.00 AWIO WEB SERVICE CARY             NC
12/20      4,289.35 ADOBE  *ACROBAT  4085366000       CA
12/20      4,700.52 TRAVELERS BUS IN 800-252-2268     VA
12/20      7,067.55 CITY OF AUSTIN T 5746000085
                    5376658312        PAYMENT    WEB
12/21     82,945.40 ALEXANDER JONES #22-33553 DIP
                    043000096 PNC BANK, N.A.
                    S.S 12.21
12/21         51.96 AMAZON.COM*NA73U1QQ3 SEATTLE        WA
12/21        639.60 CLOUDFLARE         SAN FRANCISCO CA
12/21        896.92 PRIMO WATER          TAMPA         FL
12/21    186,451.82 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
12/21    432,697.50 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
12/22        215.43 ONLINE STORE SAL 361-816-4113     TX
12/22        215.43 ONLINE STORE SAL 361-816-4113     TX
12/22        215.43 ONLINE STORE SAL 361-816-4113     TX
12/26         10.00 PRITUNL PREMIUM     SEATTLE        WA
12/26         24.00 GITHUB, INC.     SAN FRANCISCO CA
12/26         43.28 AMZN Mktp US*Y06 Amzn.com/bill WA
12/26        100.00 RUMBLEVIDEO         TORONTO        ON
12/26        212.70 H-E-B #673           ROUND ROCK    TX
12/27         43.28 AMZN Mktp US*L13 Amzn.com/bill WA
```



P0018

```
                                                                30/3
     FREE SPEECH SYSTEMS LLC                          PAGE       6
     OPERATIONS ACCOUNT
     BANKRUPTCY DEBTOR IN PROCESS CH 11
     CASE 22-60043                               STATEMENT DATE
     3019 ALVIN DEVANE BLVD STE 350                    12/31/23
     AUSTIN TX 78741-7424                        ACCOUNT NUMBER


 * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
 DATE..........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
 12/14          125.73 SPECTRUM           0000358635
                       0555076            SPECTRUM    PPD
 12/14       21,439.76 FREE SPEECH OPS    1261510005
                       -SETT-CCACH        DEP/PAY     PPD
 12/14       80,775.44 FREE SPEECH OPS    1261510005
                       -SETT-CCACH        DEP/PAY     PPD
 12/14      263,463.51 FREE SPEECH OPS    1261510005
                       -SETT-CCACH        DEP/PAY     PPD
 12/14           95.67 XAA ANALYSIS
 12/15           22.43 AMZN Mktp US*5N7 Amzn.com/bill WA
 12/15           30.28 AMZN Mktp US*335 Amzn.com/bill WA
 12/15           34.63 AMZN Mktp US*HP2 Amzn.com/bill WA
 12/15           67.31 WALGREENS 2650 R R 6 ROUND ROCK     TX
 12/15           71.52 AMZN Mktp US*9Y8 Amzn.com/bill WA
 12/15          159.19 BACKBLAZE.COM       SAN MATEO       CA
 12/15          266.50 NRI*NEW RELIC       888-643-8776    CA
 12/15          279.01 AMZN Mktp US*3R0 Amzn.com/bill WA
 12/15          568.40 GOOGLE *FIBER V6SCNF Mountain View CA
 12/15          571.19 FDCSERVERSN         3124236675      FL
 12/15        2,814.00 THE HARTFORD        9942902727
                       12649598            NTCLBIIVRC CCD
 12/15        3,700.00 FREE SPEECH OPS    1261510005
                       -SETT-CCACH        DEP/PAY     PPD
 12/15      432,794.67 FREE SPEECH OPS    1261510005
                       -SETT-CCACH        DEP/PAY     PPD
 12/18           36.67 AMZN Mktp US*NQ6 Amzn.com/bill WA
 12/18           39.99 GROKABILITY: SNI  SAN DIEGO        CA
 12/18           39.99 GROKABILITY: SNI  SAN DIEGO        CA
 12/18           39.99 GROKABILITY: SNI  SAN DIEGO        CA
 12/18           39.99 GROKABILITY: SNI  SAN DIEGO        CA
 12/18           54.95 AMZN Mktp US*0G6 Amzn.com/bill WA
 12/18           55.52 Amazon.com*LI0KS Amzn.com/bill WA
 12/18           68.55 H-E-B #781          GEORGETOWN      TX
 12/18           92.71 AMZN Mktp US*280 Amzn.com/bill WA
 12/18           94.57 AMZN Mktp US*2Z8 Amzn.com/bill WA
 12/18          168.93 AMZN Mktp US*A14 Amzn.com/bill WA
 12/18          208.72 AMZN Mktp US*Y57 Amzn.com/bill WA
 12/18          237.55 AMZN Mktp US*OD6 Amzn.com/bill WA
 12/18          269.36 AMZN Mktp US*YT1 Amzn.com/bill WA
 12/18          327.07 DOUBLE DAVES PIZ AUSTIN             TX
```



P0018

```
                                                              30/3
   FREE SPEECH SYSTEMS LLC                           PAGE      5
   OPERATIONS ACCOUNT
   BANKRUPTCY DEBTOR IN PROCESS CH 11
   CASE 22-60043                                 STATEMENT DATE
   3019 ALVIN DEVANE BLVD STE 350                      12/31/23
   AUSTIN TX 78741-7424                          ACCOUNT NUMBER


   * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     OTHER DEBITS
   DATE.........AMOUNT.TRANSACTION DESCRIPTION         CHK NO/ATM CD
   12/11       1,330.00 GRANDE COMMUNICA 0000173049
                        9297917           TELECOMM    WEB
   12/12       2,196.25 SECURITY BANK OF CRAWFORD
                        111010170 TIB THE INDEPENDEN
                        RV
   12/12     176,375.50 ALEXANDER JONES #22-33553 DIP
                        043000096 PNC BANK, N.A.
                        AEJ BOOKS
   12/12          32.42 AMAZON.COM*ED3QV1KS3 SEATTLE        WA
   12/12          54.37 AMZN Mktp US*JX8 Amzn.com/bill WA
   12/12          76.83 AMZN Mktp US*VZ1 Amzn.com/bill WA
   12/12          97.13 TURO INC.* TRIP   SAN FRANCISCO CA
   12/12         215.96 AMZN Mktp US*CL6 Amzn.com/bill WA
   12/12         480.00 SQ *LONESTAR PDR Austin        TX
   12/12         975.00 AUSTIN'S VERY OW 9215986202
                                          SALE         WEB
   12/12       1,674.73 ATT              9864031005
                        249023002GLB2N   PAYMENT       WEB
   12/12      57,440.53 FREE SPEECH OPS  1261510005
                        -SETT-CCACH      DEP/PAY       PPD
   12/13          60.83 AMZN Mktp US*ZE7 Amzn.com/bill WA
   12/13          76.62 DNH*GODADDY.COM  480-505-8855  AZ
   12/13         103.94 AMZN Mktp US*FQ5 Amzn.com/bill WA
   12/13         220.36 AMZN Mktp US*5U6 Amzn.com/bill WA
   12/13         249.27 H-E-B #091              AUSTIN      TX
   12/13         313.93 B&H PHOTO 800-60 NEW YORK      NY
   12/13       1,190.75 THE RANGE AT AUS AUSTIN        TX
   12/13         280.36 ORKIN            0000427522
                        0328210          ORKIN PEST   WEB
   12/13         975.00 AUSTIN'S VERY OW 9215986202
                                          SALE         WEB
   12/14     104,848.31 ALEXANDER JONES #22-33553 DIP
                        043000096 PNC BANK, N.A.
                        S.S 12.14
   12/14          50.00 Amazon.com*O157Z Amzn.com/bill WA
   12/14          63.85 AMAZON.COM*R17613JB3 SEATTLE        WA
   12/14          70.14 Name.com, Inc    7202492374    CO
   12/14          81.18 AMAZON.COM*VO2ZD8KN3 SEATTLE        WA
   12/14         246.50 IRON MOUNTAIN           BOSTON      MA
```



P0018

```
                                                              30/3
      FREE SPEECH SYSTEMS LLC                         PAGE      4
      OPERATIONS ACCOUNT
      BANKRUPTCY DEBTOR IN PROCESS CH 11
      CASE 22-60043                                STATEMENT DATE
      3019 ALVIN DEVANE BLVD STE 350                     12/31/23
      AUSTIN TX 78741-7424                         ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
      OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD
12/07            31.29 AMAZON.COM*YC4LZ09Z3 SEATTLE       WA
12/07            31.38 AMZN Mktp US*MH8 Amzn.com/bill WA
12/07            54.00 AMZN Mktp US*TJ8 Amzn.com/bill WA
12/07           107.17 AMZN Mktp US*6B1 Amzn.com/bill WA
12/07           169.52 AMZN Mktp US*EG4 Amzn.com/bill WA
12/07        41,828.97 FREE SPEECH OPS   1261510005
                       -SETT-CCACH       DEP/PAY    PPD
12/07        83,966.50 FREE SPEECH OPS   1261510005
                       -SETT-CCACH       DEP/PAY    PPD
12/07        95,866.27 FREE SPEECH OPS   1261510005
                       -SETT-CCACH       DEP/PAY    PPD
12/07       165,416.65 FREE SPEECH OPS   1261510005
                       -SETT-CCACH       DEP/PAY    PPD
12/08            12.98 AMAZON.COM*H039292R3 SEATTLE       WA
12/08            68.72 AMAZON.COM*0G7LJ0YA3 SEATTLE       WA
12/08            95.22 AMZN Mktp US*209 Amzn.com/bill WA
12/08           462.81 TURO INC.* TRIP   SAN FRANCISCO CA
12/08         1,046.87 CABO BOB`S - BEN 512-771-4300  TX
12/08         2,814.00 THE HARTFORD       9942902727
                       12649598           NWTBCLSCIC CCD
12/11             8.63 NST THE HOME DEPOT 0 SUNSET VALLEY TX
12/11            12.22 SHELL OIL 575456 BAYTOWN        TX
12/11            20.16 CIRCLE K # 40371 RAYNE          LA
12/11            21.90 AMAZON.COM*D43NB5AK3 SEATTLE       WA
12/11            25.15 CHICK-FIL-A #029 HOUSTON        TX
12/11            27.06 WAL-MART #1129       AUSTIN    TX
12/11            27.83 RACEWAY 6946  58 LAKE CHARLES  LA
12/11            34.12 ATLASSIAN        SAN FRANCISCO CA
12/11            34.75 SHELL OIL 575445 AUSTIN         TX
12/11            36.61 RACEWAY 6946  58 LAKE CHARLES  LA
12/11            54.02 RAISING CANES 00 LAFAYETTE     LA
12/11            60.01 BUC-EE'S #28       BASTROP     TX
12/11            92.76 WALGREENS 2650 R R 6 ROUND ROCK    TX
12/11           110.42 AMZN Mktp US*461 Amzn.com/bill WA
12/11           125.13 H-E-B #373            ROUND ROCK   TX
12/11           219.93 AMZN Mktp US*TZ7 Amzn.com/bill WA
12/11           262.43 AMZN Mktp US*YL6 Amzn.com/bill WA
12/11           336.01 AMZN Mktp US*7L6 Amzn.com/bill WA
12/11           417.47 AMZN Mktp US*7U9 Amzn.com/bill WA
```



P0018

```
                                                                    30/3
    FREE SPEECH SYSTEMS LLC                              PAGE        3
    OPERATIONS ACCOUNT
    BANKRUPTCY DEBTOR IN PROCESS CH 11
    CASE 22-60043                                    STATEMENT DATE
    3019 ALVIN DEVANE BLVD STE 350                         12/31/23
    AUSTIN TX 78741-7424                             ACCOUNT NUMBER

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD
12/04        2,865.40 BARRACUDA NETWOR CAMPBELL        CA
12/04        3,636.08 MONGODBCLOUD ITS PALO ALTO       CA
12/04           22.29 ADT             3931064579
                      953169174       PAYMENT    PPD
12/04           25.20 AUTHNET GATEWAY 1870568569
                      132672366       BILLING    CCD
12/04           75.42 ADT             3931064579
                      953169174       PAYMENT    PPD
12/04          111.24 ADT             3931064579
                      953169174       PAYMENT    PPD
12/04          138.15 ADT             3931064579
                      953169174       PAYMENT    PPD
12/04          138.64 LATHEM TIME CORP 2580522471
                      1439874         PAYMENT    PPD
12/04          213.20 INTUIT *        0000756346
                      7326873         QBOOKS ONL CCD
12/04          218.87 DIRECTV         9DTVDTV
                      083741384       PAYMENT    PPD
12/04          904.81 ADT             3931064579
                      953169174       PAYMENT    PPD
12/04        1,538.22 ADT             3931064579
                      953169174       PAYMENT    PPD
12/04        4,594.31 WEBFILE TAX PYMT 2146000311
                      902/74166389    DD         CCD
12/04        4,700.03 WEBFILE TAX PYMT 2146000311
                      902/74166405    DD         CCD
12/05            9.70 LOWE'S #689 5510 SOU AUSTIN       TX
12/05           68.02 AMAZON.COM*ZL2FV3TP3 SEATTLE      WA
12/05          125.68 AMAZON.COM*JY0KC0LI3 SEATTLE      WA
12/05          555.34 FDCSERVERSN     3124236675  FL
12/06          500.00 ATM 5501 HIGHWAY 290 WES AUSTIN        TX
12/06           35.16 DNH*GODADDY.COM  TEMPE       AZ
12/06          216.40 NRI*NEW RELIC   888-643-8776  CA
12/06          246.50 IRON MOUNTAIN   BOSTON       MA
12/06          329.49 HEB ONLINE #108 855-803-0611  TX
12/06           95.50 CUSTOMER CHECK CHARGE   120623
12/07       25,498.54 ALEXANDER JONES #22-33553 DIP
                      043000096 PNC BANK, N.A.
                      S.S 12.7
```



P0018

```
                                                              30/3
   FREE SPEECH SYSTEMS LLC
   OPERATIONS ACCOUNT
   BANKRUPTCY DEBTOR IN PROCESS CH 11
   CASE 22-60043                          STATEMENT DATE
   3019 ALVIN DEVANE BLVD STE 350              12/31/23
   AUSTIN TX 78741-7424                   ACCOUNT NUMBER


   INFOLINE   1-888-797-7711
   * * * * * * * *  CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
   PREVIOUS BALANCE          578,946.50       AVERAGE BALANCE
     +    18 CREDITS       2,079,864.45              204,962
     -   182 DEBITS        2,565,867.88       YTD INTEREST PAID
     - SERVICE CHARGES            95.67                    .00
     +   INTEREST PAID              .00
   ENDING BALANCE             92,847.40


   DAYS IN PERIOD                                             31

   * * * * * * * *  CHECKING ACCOUNT TRANSACTIONS  * * * * * * * *
         DEPOSITS AND OTHER CREDITS
   DATE.........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
   12/01            1.49 REV UNAUTHORIZED ACH TRANSACTION
   12/01          126.78 REV UNAUTHORIZED ACH TRANSACTION
   12/01        3,680.93 REV UNAUTHORIZED ACH TRANSACTION
   12/04          813.52 UNAUTHORIZED ACH TRANSACTION
   12/04        2,814.00 UNAUTHORIZED ACH TRANSACTION
   12/07           95.50 UNAUTHORIZED ACH TRANSACTION
   12/08          118.11 TURO INC.* TRIP    SAN FRANCISCO CA
   12/11        2,814.00 REV UNAUTHORIZED ACH TRANSACTION
   12/12          225.15 AMZN Mktp US       Amzn.com/bill WA
   12/12        1,330.00 REV UNAUTHORIZED ACH TRANSACTION
   12/12       59,636.78 ONLINE TRANSFER CREDIT 121223
                         CADENCE BANK     XFER CR    ONLINE
                         CUSTOMER TRANSFER FROM IM

   12/12      176,375.50 ONLINE TRANSFER CREDIT 121223
                         CADENCE BANK     XFER CR    ONLINE
                         CUSTOMER TRANSFER FROM IM

   12/14      185,623.75 ONLINE TRANSFER CREDIT 121423
                         CADENCE BANK     XFER CR    ONLINE
                         CUSTOMER TRANSFER FROM IM

   12/14      384,903.27 ONLINE TRANSFER CREDIT 121423
                         CADENCE BANK     XFER CR    ONLINE
                         CUSTOMER TRANSFER FROM IM
```