IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO ALL PARTIES, PLEASE TAKE NOTICE that Erica L. Ash fka Erica Garbatini fka Erica Lafferty (Ash), by and through the undersigned counsel, files this Notice of Appearance and Request for Service in the above-captioned case, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342, and 1109(b) and requests that copies of all notices and pleadings given or filed in this bankruptcy case be given and served upon Ash by serving:

> Alinor Sterling
> CT Bar No. 411754
> asterling@koskoff.com
> Christopher Mattei
> CT Bar No. 425074
> cmattei@koskoff.com
> **KOSKOFF KOSKOFF & BIEDER**
> 350 Fairfield Avenue
> Bridgeport, Connecticut 06604
> 203-336-4421
> 203-368-3244—Facsimile

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service is not intended as consent pursuant to 28 U.S.C. § 157(c)(2) or waiver of: (1) the liquidation or estimation of unliquidated claims for purposes of distribution, reserved for Article III adjudication pursuant to 28 U.S.C. § 157(b)(2)(B); (2) the right to trial by jury pursuant to 28 U.S.C. § 1411; (3) the right to contest jurisdiction or appropriate venue; and (4) any other rights, claims, actions, or defenses in law, in equity, or otherwise that may be available under applicable law, which Ash expressly reserves.

Respectfully submitted this 23rd day of January 2024.

                                        */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

Alinor Sterling
CT Bar No. 411754
asterling@koskoff.com
Christopher Mattei
CT Bar No. 425074
cmattei@koskoff.com
**KOSKOFF KOSKOFF & BIEDER**
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244—Facsimile
**ATTORNEYS FOR ASH**

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this ___ day of January 2024.

              */s/ Ryan E. Chapple*
              Ryan E. Chapple