IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FREE SPEECH SYSTEMS, LLC., | § | |
| | § | |
| Debtor. | § | Case No. 22-60043 |
| | § | |

**AMENDED**
**NOTICE OF FIRMS BILLING RATE INCREASE**

PLEASE TAKE NOTICE that effective January 1, 2024, the firm's hourly billing rate for the undersigned Subchapter V trustee increased to $550.00 per hour and hourly paralegal rates increase to $165.00. This rate increase will be implemented in the above captioned case effective January 1, 2024.

DATED: January 29, 2024            Respectfully submitted,

HASELDEN FARROW, PLLC

By: */s/ Melissa A. Haselden*
MELISSA A. HASELDEN
State Bar No. 00794778
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
Email: mhaselden@haseldenfarrow.com
**SUBCHAPTER V TRUSTEE FOR DEBTOR**
**FREE SPEECH SYSTEMS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2024, a copy of the foregoing *Notice of Rate Increase* was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF System.

*/s/ Melissa A. Haselden*
MELISSA A. HASELDEN