IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| FREE SPEECH SYSTEMS, LLC § | CASE NO: 22-60043 |
| § | Chapter 11 |
| § | |
| DEBTOR. § | |

## ORDER ON PUBLIC STORAGE'S MOTION FOR RELIEF FROM AUTOMATIC STAY

On this day came to be considered Public Storage's Motion for Relief from the Automatic Stay Against Property and Request for Hearing. The Court, having considered the motion, the evidence presented, and the Court's file, hereby GRANTS THE MOTION, and lifts the automatic stay for the purpose of Public Storage to exercise its state law rights pursuant to the rental agreement between Debtor and Public Storage.

Signed this date: _____

_____
JUDGE PRESIDING

135525719.3

**AGREED AND APPROVED AS TO FORM AND SUBSTANCE:**

*/s/ Bennett G. Fisher*
Bennett G. Fisher
TBA # 07049125
bennett.fisher@lewisbrisbois.com
Daniel David
TBA # 24109115
daniel.david@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Phone: 346-241-4095
Fax: 713-759-6830
*Counsel for Public Storage*