IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

**ORDER AUTHORIZING THE RETENTION OF THE LAW OFFICE OF LIZ FREEMAN, PLLC AS CO-COUNSEL FOR THE SUBCHAPTER V TRUSTEE**

CAME ON FOR CONSIDERATION the Application to Retain the Law Office of Liz Freeman as Co-Counsel for the Subchapter V Trustee (the "Freeman Application"). Having reviewed the Freeman Application, and its supporting documents, as well as the Objection filed by the U.S. Trustee, the Court finds that the Freeman Application should be approved as modified herein. Therefore, it is

ORDERED that:

1. The Trustee is authorized to retain and employ The Law Office of Liz Freeman, PLLC ("Applicant") as counsel upon the terms and conditions set forth in the Freeman Application and **as modified herein effective January 19, 2024.**

2. Applicant shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's case in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any other applicable procedures and orders of the Court. For billing purposes, Applicant shall keep its time in one tenth (1/10) hour increments. Applicant will use its best effort to avoid any duplication of services provided by any of the other professionals in this case.

3. Applicant will review its files periodically during the pendency of this chapter 11 case to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Applicant will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Fed. R. Bankr. P. 2014(a).

4. To the extent that the Freeman Application or the Freeman Declaration is inconsistent with this Order, the terms of this Order shall govern.

5. Notwithstanding anything to the contrary in the Freeman Application, Applicant shall not be entitled to reimbursement for fees and expenses incurred in connection with any objection to its fees absent further order of this Court.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.