United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 09, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22--60043 |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

**ORDER GRANTING FIRST INTERIM APPLICATION OF THE REYNAL LAW FIRM, P.C., SPECIAL COUNSEL TO FREE SPEECH SYSTEMS, LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM FROM JULY 29, 2022 THROUGH DECEMBER 31, 2023.**

On this day came on for consideration the First Interim Application of the **THE REYNAL LAW FIRM, P.C.,** Special Litigation Counsel to Free Speech Systems, LLC, ("Debtor") for legal services rendered from July 29, 2022, through December 31, 2023. (the "Application") seeking allowance of compensation incurred during such period of time, and it appearing that notice, and service of such Application have been made in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules promulgated thereunder, and after considering the pleadings of record and the arguments of counsel;

THE COURT FINDS that the legal services provided by Applicant were necessary and beneficial to the estate and that the fees and expenses sought are reasonable after considering the following factors:  (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the customary fee; (4) whether the fee is fixed or contingent; (5) the amount involved and the results obtained; (6) the experience, reputation and ability of the professionals; (7) the "undesirability" of the case; and (8) awards in similar cases.

IT APPEARING that to the extent herein provided, that interim compensation and reimbursement of out-of-pocket expenses should be authorized; it is, therefore,

ORDERED that the **THE REYNAL LAW FIRM, P.C.,** shall be, and hereby is awarded **INTERIM** compensation in the amount of **TWO HUNDRED FOUR THOUSAND SEVEN HUNDRED SIXTY AND 76/100 DOLLARS ($204,760.76)** for services rendered and expenses incurred as legal counsel to the Debtor for the period from July 29, 2022, through December 31, 2023, it is further,

ORDERED that the Debtor is authorized to pay **THE REYNAL LAW FIRM, P.C.,** the balance of the allowed fees and expenses owed after crediting all payments pursuant to the Interim Compensation Order.

Signed: February 09, 2024

_____
Christopher Lopez
United States Bankruptcy Judge