IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re**: | § | |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | |
| | § | **Case No. 22-60043-11** |
| **Debtor** | § | **(Subchapter V)** |

**NOTICE OF HEARING**
[Relates to Doc. ##809, 810]

Please take notice that the Court has scheduled a hearing on **Monday, March 11, 2024, at 3:00 p.m**. (CST) in Courtroom 401, 4th floor, 515 Rusk, Houston, Texas 77002 to consider the following matters:

- DEBTOR'S AMENDED EMERGENCY APPLICATION TO EMPLOY HAROLD "HAP" MAY PC AS COUNSEL [Docket No. 809].

- PROPOSED ORDER [Docket No. 810].

**You may participate in the hearing either in personor by audio and video connection. Audio communication will be by use of the Court's dial- in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Videocommunication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically inadvance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

DATED:  February 15, 2024 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**HAROLD "HAP" MAY PC**

　　　　　　　　　　　　　　　　　　　　By: <u>*/s/ Harold "Hap" May*</u>
　　　　　　　　　　　　　　　　　　　　HAROLD "HAP" MAY
　　　　　　　　　　　　　　　　　　　　State Bar No.
　　　　　　　　　　　　　　　　　　　　ADDRESS
　　　　　　　　　　　　　　　　　　　　Houston, Texas
　　　　　　　　　　　　　　　　　　　　Telephone: (  )
　　　　　　　　　　　　　　　　　　　　Facsimile: (  )
　　　　　　　　　　　　　　　　　　　　Email:

<u>**CERTIFICATE OF SERVICE**</u>

　　　This certifies that on February 15, 2024, the Notice of Hearing was served via U.S. First Class Mail to the parties on the Master Service List (a separate Declaration of Mailing will be filed) and to the parties receiving notice via the Court's electronic case filing notification system

　　　　　　　　　　　　　　　　　By: <u>*/s/ Harold "Hap" May*</u>
　　　　　　　　　　　　　　　　　　　HAROLD "HAP" MAY