**Fill in this information to identify the case:**

Debtor Name **Free Speech Systems LLC**

United States Bankruptcy Court for the: Southern District of Texas

Case number: **22-60043**

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __January 2024__     Date report filed: __02/20/2024__
MM / DD / YYYY

Line of business: __Dietary Supplement Sales__     NAISC code: __325411__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          J Patrick Magill

Original signature of responsible party    *[signature]*

Printed name of responsible party    J Patrick Magill

### ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|   |   | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐      ☐      ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐      ☐      ☐

      *** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ _____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ _____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                               $ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                           $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    _____

27. What is the number of employees as of the date of this monthly report?                       _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                         $ _____

31. How much have you paid in total other professional fees since filing the case?                        $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                     $ _____

36. Total projected cash disbursements for the next month:                                             − $ _____

37. Total projected net cash flow for the next month:                                                    = $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit D**

**Cash Disbursements - CadenceOperations Account 100-8**

*The Month of January 2024*

| Payee | Amount | Date |
|---|---|---|
| WEB*HOSTGATOR.COM | 14.95 | 1/2/2024 |
| AUTHNET GATEWAY | 15.00 | 1/2/2024 |
| MURF.AI | 78.00 | 1/2/2024 |
| ZOOM.US | 159.48 | 1/2/2024 |
| TARGET | 167.78 | 1/2/2024 |
| DIRECTV | 218.87 | 1/2/2024 |
| VULTR BY CONSTAN | 255.84 | 1/2/2024 |
| ORKIN | 280.36 | 1/2/2024 |
| THE HOME DEPOT | 337.52 | 1/2/2024 |
| Name.com, Inc | 406.91 | 1/2/2024 |
| PRIMO WATER | 589.18 | 1/2/2024 |
| PRECISION CAMERA | 1,659.26 | 1/2/2024 |
| FREE SPEECH OPS | 20,671.00 | 1/2/2024 |
| OFFICE MAX | 32.42 | 1/3/2024 |
| AMAZON | 43.26 | 1/3/2024 |
| THE HOME DEPOT | 45.90 | 1/3/2024 |
| OFFICE DEPOT | 105.94 | 1/3/2024 |
| LATHEM TIME CORP | 134.32 | 1/3/2024 |
| AMAZON | 253.76 | 1/3/2024 |
| HEB ONLINE #108 | 322.52 | 1/3/2024 |
| MONGODBCLOUD | 3,862.58 | 1/3/2024 |
| AMAZON | 61.70 | 1/4/2024 |
| AMAZON | 72.13 | 1/4/2024 |
| WALGREENS 2650 | 85.50 | 1/4/2024 |
| AMAZON | 97.39 | 1/4/2024 |
| MARKERTEK VIDEO | 152.51 | 1/4/2024 |
| INTUIT | 213.20 | 1/4/2024 |
| H-E-B #091 | 225.50 | 1/4/2024 |
| GUITARCENTER.COM | 268.04 | 1/4/2024 |
| AMAZON | 293.43 | 1/4/2024 |
| PADDLE.NET | 360.00 | 1/4/2024 |
| ASA CREATIVE SERVICE | 464.85 | 1/4/2024 |
| GUITARCENTER.COM | 536.08 | 1/4/2024 |
| ACHMA VISB | 1,031.03 | 1/4/2024 |
| ACHMA VISB | 1,181.63 | 1/4/2024 |
| THE HARTFORD | 2,814.00 | 1/4/2024 |
| FREE SPEECH OPS | 3,442.35 | 1/4/2024 |



**FORM 425C Exhibit D**

**Cash Disbursements - CadenceOperations Account 100-8**

| | | |
|---|---:|---|
| ALEXANDER JONES | 25,767.15 | 1/4/2024 |
| FREE SPEECH OPS | 437,565.62 | 1/4/2024 |
| CLOUDFLARE | 9.77 | 1/5/2024 |
| CLOUDFLARE | 13.75 | 1/5/2024 |
| PAYPAL *SKSKIRON | 28.00 | 1/5/2024 |
| AMAZON | 29.85 | 1/5/2024 |
| SHELL SERVICE STATION | 36.63 | 1/5/2024 |
| HARBOR FREIGHT TOOLS AUSTIN      TX | 54.11 | 1/5/2024 |
| SHELL SERVICE STATION | 54.90 | 1/5/2024 |
| AMAZON | 56.10 | 1/5/2024 |
| WAL Wal-Mart Super | 113.27 | 1/5/2024 |
| AMAZON | 125.87 | 1/5/2024 |
| AMAZON | 206.95 | 1/5/2024 |
| SQ | 439.92 | 1/5/2024 |
| FDCSERVERSN | 555.34 | 1/5/2024 |
| NRI*NEW RELIC | 652.82 | 1/5/2024 |
| ASTOUND PWRD BY | 2,679.95 | 1/5/2024 |
| SP EDELKRONE  ' | 3,135.89 | 1/5/2024 |
| GODADDY.COM | 5.32 | 1/8/2024 |
| HOBBYLOBBY | 23.78 | 1/8/2024 |
| AMAZON | 31.36 | 1/8/2024 |
| MICHAELS STORES 5114 | 58.42 | 1/8/2024 |
| AMAZON | 64.10 | 1/8/2024 |
| TRAVIS HE | 69.26 | 1/8/2024 |
| AMAZON | 77.25 | 1/8/2024 |
| WAL Wal-Mart Super | 79.66 | 1/8/2024 |
| AMAZON | 113.27 | 1/8/2024 |
| HEB ONLINE #108 | 113.58 | 1/8/2024 |
| AMAZON | 211.90 | 1/8/2024 |
| WAL Wal-Mart Super | 272.16 | 1/8/2024 |
| AMAZON | 284.89 | 1/8/2024 |
| PAYPAL *FLOKINET | 773.00 | 1/8/2024 |
| 2COCOM*BITDEFEND | 1,549.79 | 1/8/2024 |
| ADDSHOPPERS INC | 2,989.00 | 1/8/2024 |
| K  M STEAM CLEANING | 4,631.78 | 1/8/2024 |
| ATLASSIAN | 51.16 | 1/9/2024 |
| AMAZON | 60.10 | 1/9/2024 |
| AMAZON | 85.27 | 1/9/2024 |
| AMAZON | 147.76 | 1/9/2024 |
| H-E-B #091 | 151.61 | 1/9/2024 |



**FORM 425C Exhibit D**

**Cash Disbursements - CadenceOperations Account 100-8**

| | | |
|---|---|---|
| AMAZON | 454.32 | 1/9/2024 |
| IN  ASA CREATIVE SERVICE | 524.89 | 1/9/2024 |
| FEDX | 30.00 | 1/10/2024 |
| AMAZON | 31.00 | 1/10/2024 |
| HEB ONLINE #108 | 74.49 | 1/10/2024 |
| ONE HORN TRANSPORTATION | 1,550.00 | 1/10/2024 |
| ONE HORN TRANSPORTATION | 1,874.26 | 1/10/2024 |
| ONE HORN TRANSPORTATION | 2,704.33 | 1/10/2024 |
| WAL Wal-Mart Super | 156.23 | 1/11/2024 |
| INTUIT | 213.20 | 1/11/2024 |
| WIZARD LABELS | 430.03 | 1/11/2024 |
| VERIZON WIRELESS | 1,031.03 | 1/11/2024 |
| VERIZON WIRELESS | 1,181.63 | 1/11/2024 |
| SECURITY BANK OF CRAWFORD | 2,196.25 | 1/11/2024 |
| DELL BUS | 2,898.93 | 1/11/2024 |
| FREE SPEECH OPS | 18,717.20 | 1/11/2024 |
| ALEXANDER JONES | 33,269.14 | 1/11/2024 |
| FREE SPEECH OPS | 101,329.23 | 1/11/2024 |
| AMAZON | 37.49 | 1/12/2024 |
| EVILMADSCIENTIST | 628.65 | 1/12/2024 |
| H-E-B #091 | 1,844.64 | 1/12/2024 |
| HARTFORD INS. | 2,814.00 | 1/12/2024 |
| THE HARTFORD | 2,814.00 | 1/12/2024 |
| FREE SPEECH OPS | 252,271.88 | 1/12/2024 |
| WEB*HOSTGATOR.COM | 17.05 | 1/16/2024 |
| AMAZON | 20.73 | 1/16/2024 |
| AMAZON | 23.76 | 1/16/2024 |
| AMAZON | 37.88 | 1/16/2024 |
| GROKABILITY: | 39.99 | 1/16/2024 |
| SPECTRUM | 125.73 | 1/16/2024 |
| AMAZON | 134.05 | 1/16/2024 |
| AMAZON | 155.78 | 1/16/2024 |
| TARGET | 162.36 | 1/16/2024 |
| BACKBLAZE.COM | 164.49 | 1/16/2024 |
| GOOGLE *FIBER | 239.94 | 1/16/2024 |
| NRI*NEW RELIC | 266.50 | 1/16/2024 |
| WAL Wal-Mart Super | 267.59 | 1/16/2024 |
| HEB ONLINE #108 | 366.36 | 1/16/2024 |
| AMAZON | 409.90 | 1/16/2024 |
| FDCSERVERSN | 571.19 | 1/16/2024 |



**FORM 425C Exhibit D**
**Cash Disbursements - CadenceOperations Account 100-8**

| | | |
|---|---:|---|
| THE RANGE AT AUSTIN | 1,185.25 | 1/16/2024 |
| DDA CHECK | 11,646.27 | 1/16/2024 |
| DDA CHECK | 66,032.60 | 1/16/2024 |
| AMAZON | 16.18 | 1/17/2024 |
| AMAZON | 68.02 | 1/17/2024 |
| AMAZON | 164.14 | 1/17/2024 |
| CGI*CANVAS | 200.48 | 1/17/2024 |
| AMAZON | 240.24 | 1/17/2024 |
| AMAZON | 271.68 | 1/17/2024 |
| AMAZON | 309.34 | 1/17/2024 |
| ONE HORN TRANSPORTATION | 1,930.53 | 1/17/2024 |
| THE HOME DEPOT | 2.99 | 1/18/2024 |
| THE HOME DEPOT | 5.98 | 1/18/2024 |
| AMAZON | 87.76 | 1/18/2024 |
| Name.com, Inc | 138.36 | 1/18/2024 |
| H-E-B #091 | 184.03 | 1/18/2024 |
| B&H PHOTO | 535.84 | 1/18/2024 |
| ONE HORN TRANSPORTATION | 758.08 | 1/18/2024 |
| ONE HORN TRANSPORTATION | 991.58 | 1/18/2024 |
| EZCATERGUSS WORLD | 1,056.27 | 1/18/2024 |
| ALEXANDER JONES | 31,047.83 | 1/18/2024 |
| FREE SPEECH OPS | 75,137.50 | 1/18/2024 |
| FREE SPEECH OPS | 149,712.64 | 1/18/2024 |
| FREE SPEECH OPS | 169,374.84 | 1/18/2024 |
| FEDX | 30.00 | 1/19/2024 |
| AMAZON | 37.22 | 1/19/2024 |
| AMAZON | 281.07 | 1/19/2024 |
| ONE HORN TRANSPORTATION | 5,974.00 | 1/19/2024 |
| AMAZON | 20.56 | 1/22/2024 |
| AMAZON | 36.79 | 1/22/2024 |
| VERCEL PRO | 40.00 | 1/22/2024 |
| AMAZON | 76.83 | 1/22/2024 |
| H-E-B #373 | 80.24 | 1/22/2024 |
| H-E-B #373 | 84.31 | 1/22/2024 |
| AMAZON | 102.82 | 1/22/2024 |
| H-E-B #373 | 159.23 | 1/22/2024 |
| AMAZON | 201.94 | 1/22/2024 |
| ONLINE STORE SAL | 215.43 | 1/22/2024 |
| ONLINE STORE SAL | 215.43 | 1/22/2024 |
| ONLINE STORE SAL | 215.43 | 1/22/2024 |



**FORM 425C Exhibit D**

**Cash Disbursements - CadenceOperations Account 100-8**

| | | |
|---|---|---|
| FDCSERVERSN | 545.34 | 1/22/2024 |
| CLOUDFLARE | 666.25 | 1/22/2024 |
| AWIO WEB SERVICE | 899.00 | 1/22/2024 |
| ADOBE INC. | 4,289.35 | 1/22/2024 |
| PRITUNL PREMIUM | 10.00 | 1/23/2024 |
| GITHUB, INC. | 24.00 | 1/23/2024 |
| AMAZON | 147.20 | 1/23/2024 |
| AMAZON | 147.20 | 1/23/2024 |
| TWITTER PAID FEE | 181.44 | 1/23/2024 |
| ATT | 529.93 | 1/23/2024 |
| WEBFILE TAX PYMT | 4,801.87 | 1/23/2024 |
| B&H PHOTO | 5,999.17 | 1/23/2024 |
| H-E-B #091 | 41.94 | 1/24/2024 |
| RUMBLEVIDEO | 100.00 | 1/24/2024 |
| IRON MOUNTAIN | 244.12 | 1/24/2024 |
| PRIMO WATER | 1,002.67 | 1/24/2024 |
| PRECISION CAMERA | 5,149.43 | 1/24/2024 |
| AMAZON | 104.91 | 1/25/2024 |
| H-E-B #373 | 110.88 | 1/25/2024 |
| AMAZON | 264.73 | 1/25/2024 |
| AMAZON | 580.67 | 1/25/2024 |
| AMAZON | 580.67 | 1/25/2024 |
| SECURITY BANK OF CRAWFORD | 2,196.25 | 1/25/2024 |
| FREE SPEECH OPS | 9,237.50 | 1/25/2024 |
| ALEXANDER JONES | 22,534.18 | 1/25/2024 |
| FREE SPEECH OPS | 50,000.00 | 1/25/2024 |
| FREE SPEECH OPS | 387,022.98 | 1/25/2024 |
| IONOS INC. | 198.53 | 1/26/2024 |
| B&H PHOTO | 6,297.87 | 1/26/2024 |
| Name.com, Inc | 104.02 | 1/29/2024 |
| WAL Wal-Mart Super | 281.19 | 1/29/2024 |
| BKGHOTEL | 718.68 | 1/29/2024 |
| BKGHOTEL | 2,874.72 | 1/29/2024 |
| KEYME LOCKSMITHS | 5.40 | 1/30/2024 |
| PRIMO WATER | 58.40 | 1/30/2024 |
| H-E-B #091 | 131.17 | 1/30/2024 |
| HEB ONLINE #108 | 330.44 | 1/30/2024 |
| ROAD RANGER #270 | 27.51 | 1/31/2024 |
| ROAD RANGER #270 | 34.72 | 1/31/2024 |
| SONIC #1956 | 43.45 | 1/31/2024 |



**FORM 425C Exhibit D**
**Cash Disbursements - CadenceOperations Account 100-8**

| | | | |
|---|---|---|---|
| AMAZON | | 53.45 | 1/31/2024 |
| AMAZON | | 76.92 | 1/31/2024 |
| MURF.AI | | 78.00 | 1/31/2024 |
| AMAZON | | 78.63 | 1/31/2024 |
| AMAZON | | 78.63 | 1/31/2024 |
| AMAZON | | 78.63 | 1/31/2024 |
| AMAZON | | 78.63 | 1/31/2024 |
| AMAZON | | 78.63 | 1/31/2024 |
| AMAZON | | 78.64 | 1/31/2024 |
| AMAZON | | 79.47 | 1/31/2024 |
| AMAZON | | 79.47 | 1/31/2024 |
| AMAZON | | 79.47 | 1/31/2024 |
| AMAZON | | 79.47 | 1/31/2024 |
| AMAZON | | 79.47 | 1/31/2024 |
| AMAZON | | 79.47 | 1/31/2024 |
| AMAZON | | 79.47 | 1/31/2024 |
| AMAZON | | 79.47 | 1/31/2024 |
| AMAZON | | 79.48 | 1/31/2024 |
| AMAZON | | 79.48 | 1/31/2024 |
| THE HOME DEPOT | | 85.06 | 1/31/2024 |
| AMAZON | | 113.65 | 1/31/2024 |
| CHILIS EAGLE PA EAGLE PASS | TX | 115.37 | 1/31/2024 |
| CHILIS EAGLE PA EAGLE PASS | TX | 116.14 | 1/31/2024 |
| AMAZON | | 383.14 | 1/31/2024 |
| FREE SPEECH OPS | | 20,671.00 | 1/31/2024 |
| FREE SPEECH OPS | | 20,896.00 | 1/31/2024 |
| | | **2,027,647.37** | |



**FORM 425C Exhibit E**
**Total Payables**

*As of January 31, 2024*

| From | Amount | Due Date | |
|------|-------:|----------|---|
| **Trade AP** | | | |
| Jonathon Wolfe | 10,500.00 | 11/07/2023 | *(a)* |
| FELIX MEDIA SOLUTIONS INC | 2,219.30 | 01/01/2024 | |
| ATX HD | 20,671.00 | 01/23/2024 | |
| David Thomas | 1,600.00 | 01/30/2024 | |
| Leslie Muniz - V | 404.19 | 01/30/2024 | |
| Wes Perkins | 1,680.00 | 01/30/2024 | |
| Dann Miller | 119.18 | 01/31/2024 | |
| Sardius Media LLC | 53,854.20 | 01/31/2024 | |
| WWCR, Inc. | 1,284.74 | 01/31/2024 | |
| Austin Security and Investigations | 10,888.87 | 02/05/2024 | |
| Novasors (Centrinex LLC) | 8,316.02 | 02/10/2024 | |
| Lumen | 14,932.24 | 02/23/2024 | |
| Lease Direct | 411.32 | 03/04/2024 | |
| | **126,881.06** | | |
| **Inventory** | | | |
| Yellow Emperor | 93,750.00 | 12/13/2023 | *(b)* |
| Yellow Emperor | 87,500.00 | 12/13/2023 | *(b)* |
| Hi Tech Pharm | 204,693.93 | 12/20/2023 | *(b)* |
| Ready Alliance | 17,388.52 | 01/31/2024 | |
| Alex Jones - DIP | 16,545.58 | 01/31/2024 | *(c)* |
| Alex Jones - DIP | 3,662.68 | 01/31/2024 | *(c)* |
| PQPR David Jones | 47,723.27 | 01/31/2024 | *(c)* |
| ESG | 3,872.07 | 01/31/2024 | *(c)* |
| Paramount Nutra by FLJ Nutra | 118,156.00 | 02/15/2024 | *(b)* |
| | **593,292.05** | | |
| **Legal / Consulting Fees** | | | |
| Jackson/Walker | 32,291.59 | 12/31/2023 | |
| Melissa Haselden | 26,115.00 | 01/31/2024 | |
| | **58,406.59** | | |
| **Total Accounts Payable** | **778,579.70** | | |

(a)   *Disputed*
(b)   *Not due till product is ready to ship and has been manufactured*
(c)   *Weekly sales settlement, paid 2/1*



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all*
*our transactions happen via our on-line store and aggregated by our third party credit card*
*processor.  There is a lag between the transaction on the on-line store and the funding from*
*our processor.  Therefore, we don't have traditional customer receivables but have included*
*our daily processor deposits that are unpaid as of the end of the month as receivables*

*As of January 31, 2024*

| From | Amount | Due Date |
|------|--------|----------|
| Processor T | 68,702.39 | 1/18/2024 |
| Processor T | 71,410.34 | 1/19/2024 |
| Processor T | 61,038.40 | 1/20/2024 |
| Processor T | 55,431.67 | 1/21/2024 |
| Processor T | 71,771.88 | 1/22/2024 |
| Processor T | 70,094.05 | 1/23/2024 |
| Processor T | 75,253.16 | 1/24/2024 |
| Processor T | 70,942.57 | 1/25/2024 |
| Processor T | 70,064.73 | 1/26/2024 |
| Processor T | 52,483.07 | 1/27/2024 |
| Processor T | 46,020.11 | 1/28/2024 |
| Processor T | 63,800.27 | 1/29/2024 |
| Processor T | 89,469.21 | 1/30/2024 |
| Processor T | 98,820.75 | 1/31/2024 |
| | **965,302.60** | |

*FSS switched credit card processors in October in order to reduce our bankcard rate from 7.0% to*
*5.5%.  The settlement period in the new contract is listed as 5-10 business days and it has*
*been averaging 13 days.  The Accounts Receivable balance at month end is trending higher than*
*previous months.  As of the date of this MOR filing, all of the above AR has been collected by FSS.*



| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 # 77838 | AXOS Legal # 78901 | CADE Deposits # 8-099-2 | CADE Operating # 8-100-8 | CADE Donations # 8-101-6 | CADE Payroll # 8-102-4 | CADE Escrow # 8-103-2 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **January 1 to January 31** | | | | | | | | | | | | |
| **Opening Balance** | - | 409.58 | - | - | 85,772.78 | - | 2,120,801.71 | 92,847.40 | 98,481.21 | 5,000.00 | 565,887.38 | 2,969,200.06 |
| Cash Receipts | - | - | - | - | - | - | 2,574,302.74 | 16,403.23 | 3,847.60 | - | - | 2,594,553.57 |
| Cash Disbursements | - | - | - | - | - | - | - | (2,027,647.37) | - | (401,499.67) | - | (2,429,147.04) |
| **Net Cash Flow** | - | - | - | - | - | - | 2,574,302.74 | (2,011,244.14) | 3,847.60 | (401,499.67) | - | 165,406.53 |
| Transfers In | - | - | - | - | - | - | - | 1,933,529.58 | - | 401,499.67 | - | *2,335,029.25* |
| Transfers Out | - | - | - | - | - | - | (2,335,029.25) | - | - | - | - | *(2,335,029.25)* |
| **Cash on Hand** | - | 409.58 *(a)* | - | - | 85,772.78 *(a)* | - | 2,360,075.20 | 15,132.84 | 102,328.81 | 5,000.00 | 565,887.38 | **3,134,606.59** |

*(a)* On 10/26 AXOS bank closed our accounts for the second time in 30 days, despite assurances that they would work with FSS to provide an orderly transition.  There was some confusion with the InfoWars account #78893 and the InfoW Account #77838 with the multiple account closures and cashiers checks that were sent to the Austin office.  The InfoW address on file with AXOS was a different office and as of 12/31 we were still working with AXOS bank to get the closing balance to the correct account.  We are not getting cooperation with AXOS Bank and counsel has reached out to AXOS Bank to get it resolved.



**CADENCE**
Bank

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 2,120,801.71 | AVERAGE BALANCE | |
| +    37 CREDITS | 2,574,302.74 | | 2,122,120 |
| -    14 DEBITS | 2,335,029.25 | YTD INTEREST PAID | |
| - SERVICE CHARGES | .00 | | .00 |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 2,360,075.20 | | |

DAYS IN PERIOD                                      31

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
   DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 01/02 | 84,373.53 | | 945440567 |
| | | I752VB656 TUV INVEST PPD | |
| 01/02 | 84,532.85 | | 945440567 |
| | | I752VB666 TUV INVEST PPD | |
| 01/02 | 109,991.95 | | 945440567 |
| | | ILG8JMRGK TUV INVEST PPD | |
| 01/03 | 85,191.21 | | 945440567 |
| | | IYZRLAPXZ TUV INVEST PPD | |
| 01/04 | 69,304.34 | | 945440567 |
| | | IJRM6M7J4 TUV INVEST PPD | |
| 01/05 | 55,845.30 | | 945440567 |
| | | IBPNKNJMA TUV INVEST PPD | |
| 01/08 | 27,364.80 | | 945440567 |
| | | IE2N4GKXV TUV INVEST PPD | |
| 01/08 | 36,419.05 | | 945440567 |
| | | IJRM8ZXVM TUV INVEST PPD | |
| 01/08 | 44,269.16 | | 945440567 |
| | | I752BYWK4 TUV INVEST PPD | |
| 01/08 | 53,053.28 | | 945440567 |
| | | IVOA2EMGW TUV INVEST PPD | |
| 01/09 | 61,432.32 | | 945440567 |
| | | IE2NGBBXK TUV INVEST PPD | |
| 01/10 | 76,422.95 | | 945440567 |
| | | ISLGXLJ8J TUV INVEST PPD | |



**CADENCE**
Bank

```
                                                        30/0
   FREE SPEECH SYSTEMS LLC                     PAGE     2
   DEPOSIT ACCOUNT
   3019 ALVIN DEVANE BLVD STE 350
   AUSTIN TX 78741-7424                       STATEMENT DATE
                                                01/31/24
                                              ACCOUNT NUMBER
```

```
 * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
      DEPOSITS AND OTHER CREDITS
 DATE..........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
 01/11      6,467.91 REHOBOTH MEDICAL 9111111101
                     680063264302FTF DIRECT DEP PPD
 01/11    111,534.76                   945440567
                         IXGZOM4X7 TUV INVEST PPD
 01/12        509.08 LEGACY PARTNERS COLORADO LLC
                     107006428 FORTIS PRIVATE BAN
                                    KEPM 12.18-12.29
 01/16      7,543.29 MY PILLOW, INC.
                     056009479 CHATN BRIDGE BANK,
 01/16     68,910.78              ▶ 945440567
                         I2VNW9LMM TUV INVEST PPD
 01/16     71,909.16                   945440567
                         IK8GRKO7L TUV INVEST PPD
 01/16     81,187.77                   945440567
                         IRG48XO4N TUV INVEST PPD
 01/16    102,039.62                   945440567
                         I9LMP4567 TUV INVEST PPD
 01/16    142,584.87                   945440567
                         I75AZE29A TUV INVEST PPD
 01/17    136,474.74                   945440567
                         I4NYX6LJO TUV INVEST PPD
 01/19        173.54 MY STORE         1832821631
                                     PAYMENTS    CCD
 01/22     77,829.89                   945440567
                         IW8OPXN24 TUV INVEST PPD
 01/22     85,551.80                   945440567
                         IK8G2PNVL TUV INVEST PPD
 01/22    128,710.05                   945440567
                         IYZWYA5X7 TUV INVEST PPD
 01/22    130,413.54                   945440567
                         IZGK9WJ4M TUV INVEST PPD
 01/23        943.75 MY PILLOW INC    1270478020
                                     VENDOR PAY CCD
 01/23    106,044.82                   945440567
                         I4NYG4GE5 TUV INVEST PPD
 01/25     99,214.53                   945440567
                         IRGZOJGX9 TUV INVEST PPD
 01/26      1,127.03 MY PILLOW INC    1270478020
                                     VENDOR PAY CCD
 01/26      3,759.53 LEGACY PARTNERS COLORADO LLC
```



**CADENCE**
Bank

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0
PAGE     3

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*
DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
                    107006428 FORTIS PRIVATE BAN
                              KEPM 1.1-1.12
01/26     109,933.89          945440567
              IAMEEEG6X TUV INVEST PPD
01/29      63,871.53          945440567
              IVOK98OGG TUV INVEST PPD
01/29      90,258.82          945440567
              I2VMY7VRY TUV INVEST PPD
01/29      92,194.30          945440567
              IRGZWPG7O TUV INVEST PPD
01/30      66,913.00⏀         945440567
              IW8KJBW6Z TUV INVEST PPD

    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
01/02      20,671.00 ONLINE TRANSFER DEBIT   010224
                     CADENCE BANK     XFER DB    ONLINE
                     CUSTOMER TRANSFER TO   IM

01/02     101,329.23 ONLINE TRANSFER DEBIT   010224
                     CADENCE BANK     XFER DB    ONT.TNE
                     CUSTOMER TRANSFER TO   IM

01/04     466,775.12 ONLINE TRANSFER DEBIT   010424
                     CADENCE BANK     XFER DB    ONLINE
                     CUSTOMER TRANSFER TO   IM

01/09     192,625.62 ONLINE TRANSFER DEBIT   010924
                     CADENCE BANK     XFER DB    ONLINE
                     CUSTOMER TRANSFER TO   IM

01/11       2,196.25 ONLINE TRANSFER DEBIT   011124
                     CADENCE BANK     XFER DB    ONT.TNE
                     CUSTOMER TRANSFER TO   IM

01/11     304,258.22 ONLINE TRANSFER DEBIT   011124
                     CADENCE BANK     XFER DB    ONT.TNE
                     CUSTOMER TRANSFER TO   IM



**CADENCE**
Bank

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

```
                                               30/0
                                   PAGE      4




                              STATEMENT DATE
                                 01/31/24
                              ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
     OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
01/12        295.52 ONLINE TRANSFER DEBIT  011224
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM

01/12     100,000.00 ONLINE TRANSFER DEBIT  011224
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM

01/18     149,712.64 ONLINE TRANSFER DEBIT  011824
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM

01/18     275,560.17 ONLINE TRANSFER DEBIT  011824
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM

01/23     208,578.53 ONLINE TRANSFER DEBIT  012324
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM

01/25      50,000.00 ONLINE TRANSFER DEBIT  012524
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM

01/25     421,459.95 ONLINE TRANSFER DEBIT  012524
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM

01/31      41,567.00 ONLINE TRANSFER DEBIT  013124
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM
```


**CADENCE**
Bank

```
                                                              30/0
        FREE SPEECH SYSTEMS LLC                    PAGE      5
        DEPOSIT ACCOUNT
        3019 ALVIN DEVANE BLVD STE 350
        AUSTIN TX 78741-7424                       STATEMENT DATE
                                                      01/31/24
                                                   ACCOUNT NUMBER
```

* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 12/31 | 2120801.71 | 01/10 | 2127601.48 | 01/22 | 2447419.48 |
| 01/02 | 2277699.81 | 01/11 | 1939149.68 | 01/23 | 2345829.52 |
| 01/03 | 2362891.02 | 01/12 | 1839363.24 | 01/25 | 1973584.10 |
| 01/04 | 1965420.24 | 01/16 | 2313538.73 | 01/26 | 2088404.55 |
| 01/05 | 2021265.54 | 01/17 | 2450013.47 | 01/29 | 2334729.20 |
| 01/08 | 2182371.83 | 01/18 | 2024740.66 | 01/30 | 2401642.20 |
| 01/09 | 2051178.53 | 01/19 | 2024914.20 | 01/31 | 2360075.20 |



**CADENCE**
Bank

30011

30/2

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                                   STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350                      01/31/24
AUSTIN TX 78741-7424                            ACCOUNT NUMBER

INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *
PREVIOUS BALANCE            92,847.40          AVERAGE BALANCE
+      22 CREDITS        2,051,262.04                  71,228
-     222 DEBITS        2,128,916.60          YTD INTEREST PAID
-  SERVICE CHARGES           60.00                       .00
+    INTEREST PAID             .00
ENDING BALANCE             15,132.84

DAYS IN PERIOD                                          31

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
01/02      20,671.00 ONLINE TRANSFER CREDIT 010224
                     CADENCE BANK    XFER CR    ONLINE
                     CUSTOMER TRANSFER FROM IM

01/02     101,329.23 ONLINE TRANSFER CREDIT 010224
                     CADENCE BANK    XFER CR    ONLINE
                     CUSTOMER TRANSFER FROM IM

01/04     466,775.12 ONLINE TRANSFER CREDIT 010424
                     CADENCE BANK    XFER CR    ONLINE
                     CUSTOMER TRANSFER FROM IM

01/05         213.20 REV UNAUTHORIZED ACH TRANSACTION
01/05         464.85 REV UNAUTHORIZED ACH TRANSACTION
01/05       1,031.03 REV UNAUTHORIZED ACH TRANSACTION
01/05       1,181.63 REV UNAUTHORIZED ACH TRANSACTION
01/05       2,814.00 REV UNAUTHORIZED ACH TRANSACTION
01/08      10,500.55 DEPOSIT
01/10          30.00 FEDEX FEE ADJUST
01/11       2,196.25 ONLINE TRANSFER CREDIT 011124
                     CADENCE BANK    XFER CR    ONLINE
                     CUSTOMER TRANSFER FROM IM

01/11     304,398.33 ONLINE TRANSFER CREDIT 011124
                     CADENCE BANK    XFER CR    ONT.TNE
                     CUSTOMER TRANSFER FROM IM

# CADENCE
Bank

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/2
PAGE    2

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

| 01/12 | 100,000.00 | ONLINE TRANSFER CREDIT 011224 |
| | | CADENCE BANK     XFER CR     ONLINE |
| | | CUSTOMER TRANSFER FROM IM |
| 01/12 | 101,329.23 | FREE SPEECH OPS  1261510005 |
| | | -SETT-CCACH     REVERSAL   PPD |
| 01/18 | 149,712.64 | ONLINE TRANSFER CREDIT 011824 |
| | | CADENCE BANK     XFER CR     ONLINE |
| | | CUSTOMER TRANSFER FROM IM |
| 01/18 | 275,560.17 | ONLINE TRANSFER CREDIT 011824 |
| | | CADENCE BANK     XFER CR     ONLINE |
| | | CUSTOMER TRANSFER FROM IM |
| 01/19 | 30.00 | FEDEX FEE ADJUST |
| 01/22 | 40.62 | AMZN Mktp US     Amzn.com/bill WA |
| 01/22 | 97.35 | AMZN Mktp US     Amzn.com/bill WA |
| 01/25 | 50,000.00 | ONLINE TRANSFER CREDIT 012524 |
| | | CADENCE BANK     XFER CR     ONLINE |
| | | CUSTOMER TRANSFER FROM IM |
| 01/25 | 421,459.95 | ONLINE TRANSFER CREDIT 012524 |
| | | CADENCE BANK     XFER CR     ONLINE |
| | | CUSTOMER TRANSFER FROM IM |
| 01/31 | 41,567.00 | ONLINE TRANSFER CREDIT 013124 |
| | | CADENCE BANK     XFER CR     ONLINE |
| | | CUSTOMER TRANSFER FROM IM |

CHECKS

| DATE..CHECK NO..........AMOUNT | DATE..CHECK NO..........AMOUNT |
| 01/16   99555165*   11,646.27 | 01/16   99560082*   66,032.60 |

OTHER DEBITS

| DATE.........AMOUNT.TRANSACTION DESCRIPTION | | CHK NO/ATM CD |
|---|---|---|
| 01/02 | 14.95 WEB*HOSTGATOR.CO BURLINGTON | MA |
| 01/02 | 78.00 MURF.AI         SALT LAKE CIT UT |
| 01/02 | 159.48 ZOOM.US 888-799- SAN JOSE | CA |
| 01/02 | 167.78 TARGET T- 2300 W Ben Austin | TX |
| 01/02 | 255.84 VULTR BY CONSTAN VULTR.COM | NJ |
| 01/02 | 337.52 NST TMK HOME DEPOT O AUSTIN | TX |
| 01/02 | 406.91 Name.com, Inc   7202492374 | CO |
| 01/02 | 589.18 PRIMO WATER      TAMPA | FL |


**CADENCE**
Bank

B0011

FREE SPEECH SYSTEMS LLC                              PAGE      30/2
OPERATIONS ACCOUNT                                              3
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                                        STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350                         01/31/24
AUSTIN TX 78741-7424                                 ACCOUNT NUMBER

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*
   OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM | CD |
|------|--------|------------------------|-----------|-----|
| 01/02 | 1,659.26 | PRECISION CAMERA AUSTIN | TX | |
| 01/02 | 15.00 | AUTHNET GATEWAY 1870568569 | | |
| | | 132953962       BILLING    CCD | | |
| 01/02 | 218.87 | DIRECTV          9DTVDTV | | |
| | | 083741384       PAYMENT    PPD | | |
| 01/02 | 280.36 | ORKIN            0000427522 | | |
| | | 5678644         ORKIN PEST WEB | | |
| 01/02 | 20,671.00 | FREE SPEECH OPS 1261510005 | | |
| | | -SETT-CCACH     DEP/PAY    PPD | | |
| 01/02 | 101,329.23 | FREE SPEECH OPS 1261510005 | | |
| | | -SETT-CCACH     DEP/PAY    PPD | | |
| 01/03 | 32.42 | OFFICE MA 907 W FIFT AUSTIN | TX | |
| 01/03 | 43.26 | AMZN Mktp US*TK9 Amzn.com/bill | WA | |
| 01/03 | 45.90 | NST THE HOME DEPOT 0 AUSTIN | TX | |
| 01/03 | 105.94 | OFFICE DE 2101 SOUTH AUSTIN | TX | |
| 01/03 | 253.76 | AMAZON.COM*R427D6VV3 SEATTLE | WA | |
| 01/03 | 322.52 | HEB ONLINE #108  855-803-0611 | TX | |
| 01/03 | 3,862.58 | MONGODBCLOUD ITS PALO ALTO | CA | |
| 01/03 | 134.32 | LATHEM TIME CORP 2580522471 | | |
| | | 1439874         PAYMENT    PPD | | |
| 01/04 | 25,767.15 | ALEXANDER JONES #22-33553 DIP | | |
| | | 043000096 PNC BANK, N.A. | | |
| | | S.S. 1.04 | | |
| 01/04 | 61.70 | AMAZON.COM*TK1EP7QX0 SEATTLE | WA | |
| 01/04 | 72.13 | AMAZON.COM*TK9O618Y0 SEATTLE | WA | |
| 01/04 | 85.50 | WALGREENS 2650 R R 6 ROUND ROCK | TX | |
| 01/04 | 97.39 | Amazon.com*TK52K Amzn.com/bill | WA | |
| 01/04 | 152.51 | MARKERTEK VIDEO  SAUGERTIES | NY | |
| 01/04 | 225.50 | H-E-B #091       AUSTIN | TX | |
| 01/04 | 268.04 | GUITARCENTER.COM WESTLAKE VILL | CA | |
| 01/04 | 293.43 | Amazon.com*TK33V Amzn.com/bill | WA | |
| 01/04 | 360.00 | PADDLE.NET* VIDY ASTORIA | NY | |
| 01/04 | 536.08 | GUITARCENTER.COM WESTLAKE VILL | CA | |
| 01/04 | 213.20 | INTUIT *         0000756346 | | |
| | | 6779418         QBOOKS ONL CCD | | |
| 01/04 | 464.85 | ASA CREATIVE SER 9215986202 | | |
| | | SALE    CCD | | |
| 01/04 | 1,031.03 | ACUMA VISA       0000751800 | | |
| | | 6679585         BILL PYMNT WEB | | |


**CADENCE**
Bank

FREE SPEECH SYSTEMS LLC                        PAGE    4
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                        STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350              01/31/24
AUSTIN TX 78741-7424                 ACCOUNT NUMBER

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | CHK NO/ATM CD |
|---|---|---|---|---|
| 01/04 | 1,181.63 | ACHMA VISB | 0000751800 | |
| | | 6679585 | BILL PYMNT WEB | |
| 01/04 | 2,814.00 | THE HARTFORD | 9942902727 | |
| | | 12649598 | NWTBCLSCIC CCD | |
| 01/04 | 3,442.35 | FREE SPEECH OPS | 1261510005 | |
| | | -SETT-CCACH | DEP/PAY    PPD | |
| 01/04 | 437,565.62 | FREE SPEECH OPS | 1261510005 | |
| | | -SETT-CCACH | DEP/PAY    PPD | |
| 01/05 | 9.77 | CLOUDFLARE | SAN FRANCISCO | CA |
| 01/05 | 13.75 | CLOUDFLARE | SAN FRANCISCO | CA |
| 01/05 | 28.00 | PAYPAL *SKSKIRON | San Jose | CA |
| 01/05 | 29.85 | AMZN Mktp US*WG9 | Amzn.com/bill | WA |
| 01/05 | 36.63 | SHELL SERVICE S | AUSTIN | TX |
| 01/05 | 54.11 | HARBOR FREIGHT TOOLS | AUSTIN | TX |
| 01/05 | 54.90 | SHELL SERVICE S | AUSTIN | TX |
| 01/05 | 56.10 | AMZN Mktp US*TK6 | Amzn.com/bill | WA |
| 01/05 | 113.27 | WM SUPERCENTER #1253 | AUSTIN | TX |
| 01/05 | 125.87 | Amazon.com*TK1CB | Amzn.com/bill | WA |
| 01/05 | 206.95 | AMZN Mktp US*TK5 | Amzn.com/bill | WA |
| 01/05 | 439.92 | SQ *SOUTHSIDE FL | gosq.com | TX |
| 01/05 | 555.34 | FDCSERVERSN | 3124236675 | FL |
| 01/05 | 652.82 | NRI*NEW RELIC | 888-643-8776 | CA |
| 01/05 | 2,679.95 | ASTOUND PWRD BY | 844-357-0942 | TX |
| 01/05 | 3,135.89 | SP EDELKRONE | TALLAHASSEE | FL |
| 01/08 | 5.32 | DNH*GODADDY.COM | TEMPE | AZ |
| 01/08 | 23.78 | HOBBYLOBB 6600 S MOP | AUSTIN | TX |
| 01/08 | 31.36 | AMZN Mktp US*TK9 | Amzn.com/bill | WA |
| 01/08 | 58.42 | MICHAELS STORES 5114 | AUSTIN | TX |
| 01/08 | 64.10 | Amazon.com*TK6VV | Amzn.com/bill | WA |
| 01/08 | 69.26 | TRAVIS HE TRAVIS HEI | AUSTIN | TX |
| 01/08 | 77.25 | Amazon.com*TK4QV | Amzn.com/bill | WA |
| 01/08 | 79.66 | WAL Wal-Mart Super 0 | AUSTIN | TX |
| 01/08 | 113.27 | AMAZON.COM*TK3K435F1 | SEATTLE | WA |
| 01/08 | 113.58 | HEB ONLINE #108 | 855-803-0611 | TX |
| 01/08 | 211.90 | AMZN Mktp US*TK4 | Amzn.com/bill | WA |
| 01/08 | 272.16 | WAL Wal-Mart Super 0 | AUSTIN | TX |
| 01/08 | 284.89 | AMZN Mktp US*TK8 | Amzn.com/bill | WA |
| 01/08 | 773.00 | PAYPAL *FLORINET | 35514363001 | DEU |
| 01/08 | 1,549.79 | 2COCOM*BITDEFEND | Alpharetta | GA |



FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * - - - - - - -

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|------|--------|-------------------------|---------------|
| 01/08 | 4,631.78 | K M STEAM CLEANING AUSTIN | TX |
| 01/08 | 2,989.00 | ADDSHOPPERSINC 3383693141 | |
| | | WEBPAYMENT WEB | |
| 01/09 | 51.16 | ATLASSIAN SAN FRANCISCO CA | |
| 01/09 | 60.10 | AMZN Mktp US*TK5 Amzn.com/bill WA | |
| 01/09 | 85.27 | AMZN Mktp US*RT7 Amzn.com/bill WA | |
| 01/09 | 147.76 | AMAZON.COM*TK5AP5RL2 SEATTLE | WA |
| 01/09 | 151.61 | H-E-B #091 AUSTIN | TX |
| 01/09 | 454.32 | AMAZON.COM*TK8M17KX1 SEATTLE | WA |
| 01/09 | 524.89 | IN ASA CREATIVE SER SUNSET VALLEY TX | |
| 01/10 | 31.00 | Amazon.com*TK2SX Amzn.com/bill WA | |
| 01/10 | 74.49 | HEB ONLINE #108 855-803-0611 TX | |
| 01/10 | 1,550.00 | ONE HORN TRANSPO BRADENTON FL | |
| 01/10 | 1,874.26 | ONE HORN TRANSPO BRADENTON FL | |
| 01/10 | 2,704.33 | ONE HORN TRANSPO BRADENTON FL | |
| 01/10 | 30.00 | FEDX CARD DELIVE | |
| 01/11 | 2,196.25 | SECURITY BANK OF CRAWFORD | |
| | | 111010170 TIB THE INDEPENDEN | |
| | | RV | |
| 01/11 | 33,269.14 | ALEXANDER JONES #22-33553 DIP | |
| | | 043000096 PNC BANK, N.A. | |
| | | SS 1.11 | |
| 01/11 | 156.23 | WAL Wal-Mart Super 0 AUSTIN | TX |
| 01/11 | 213.20 | INTUIT *QBooks O CL.INTUIT.COM CA | |
| 01/11 | 430.03 | WIZARD LABELS LL HAMILTON | OH |
| 01/11 | 2,898.93 | DMI* DELL BUS ON ROUND ROCK | TX |
| 01/11 | 1,031.03 | VERIZON WIRELESS 6223344794 | |
| | | 072148064500001 PAYMENTS CCD | |
| 01/11 | 1,181.63 | VERIZON WIRELESS 6223344794 | |
| | | 072148064500003 PAYMENTS CCD | |
| 01/11 | 18,717.20 | FREE SPEECH OPS 1261510005 | |
| | | -SETT-CCACH DEP/PAY PPD | |
| 01/11 | 101,329.23 | FREE SPEECH OPS 1261510005 | |
| | | -SETT-CCACH DEP/PAY PPD | |
| 01/12 | 252,271.88 | FREE SPEECH OPS 1261510005 | |
| | | -SETT-CCACH DEP/PAY PPD | |
| 01/12 | 37.49 | AMAZON.COM*R86B02CR0 SEATTLE | WA |
| 01/12 | 628.65 | EVILMADSCIENTIST SUNNYVALE CA | |
| 01/12 | 1,844.64 | H-E-B #091 AUSTIN | TX |
| 01/12 | 2,814.00 | HARTFORD INS. PR HARTFORD | CT |



FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/2
PAGE      6

STATEMENT DATE      01/31/24
ACCOUNT NUMBER

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD
01/12      2,814.00 THE HARTFORD      9942902727
                    12649598          INS PMT CL CCD
01/16         17.05 WEB*HOSTGATOR.CO BURLINGTON      MA
01/16         20.73 Amazon.com*RT1RX Amzn.com/bill WA
01/16         23.76 AMZN Mktp US*RT0 Amzn.com/bill WA
01/16         37.88 AMZN Mktp US*RT4 Amzn.com/bill WA
01/16         39.99 GROKABILITY: SNI SAN DIEGO       CA
01/16        134.05 AMZN Mktp US*RT5 Amzn.com/bill WA
01/16        155.78 AMZN Mktp US*RT6 Amzn.com/bill WA
01/16        162.36 CNSCWWW.TARGET.COM 1 BROOKLYN PARK MN
01/16        164.49 BACKBLAZE.COM     SAN MATEO      CA
01/16        239.94 GOOGLE *FIBER PD7ZMC Mountain View CA
01/16        266.50 NRI*NEW RELIC     888-643-8776   CA
01/16        267.59 WM SUPERCENTER #1253 AUSTIN      TX
01/16        366.36 HEB ONLINE #108  855-803-0611    TX
01/16        409.90 AMZN Mktp US*R82 Amzn.com/bill WA
01/16        571.19 FDCSERVERSN       3124236675     FL
01/16      1,185.25 THE RANGE AT AUS AUSTIN          TX
01/16        125.73 SPECTRUM          0000358635
                    9976823           SPECTRUM   PPD
01/17         16.18 AMZN Mktp US*RT9 Amzn.com/bill WA
01/17         68.02 AMAZON.COM*R82D79CG2 SEATTLE       WA
01/17        164.14 AMZN Mktp US*RT5 Amzn.com/bill WA
01/17        200.48 CGI*CANVAS ON DE RALEIGH         NC
01/17        240.24 AMZN Mktp US*R80 Amzn.com/bill WA
01/17        271.68 Amazon.com*R86Q3 Amzn.com/bill WA
01/17        309.34 AMZN Mktp US*RT1 Amzn.com/bill WA
01/17      1,930.53 ONE HORN TRANSPO BRADENTON       FL
01/18     31,047.83 ALEXANDER JONES #22-33553 DIP
                    043000096 PNC BANK, N.A.
                    ss 01.18
01/18          2.99 NST THE HOME DEPOT 0 AUSTIN        TX
01/18          5.98 NST THE HOME DEPOT 0 AUSTIN        TX
01/18         87.76 AMZN Mktp US*R88 Amzn.com/bill WA
01/18        138.36 Name.com, Inc     7202492374     CO
01/18        184.03 H-E-B #091        AUSTIN          TX
01/18        535.84 B&H PHOTO 800-60 NEW YORK         NY
01/18        758.08 ONE HORN TRANSPO BRADENTON       FL
01/18        991.58 ONE HORN TRANSPO BRADENTON       FL
01/18      1,056.27 EZCATERGUSS WORL 8004881803      MA
```



**CADENCE Bank**

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | CHK NO/ATM CD |
|---|---|---|---|---|
| 01/18 | 75,137.50 | FREE SPEECH OPS  1261510005 | | |
| | | -SETT-CCACH      DEP/PAY      PPD | | |
| 01/18 | 149,712.64 | FREE SPEECH OPS  1261510005 | | |
| | | -SETT-CCACH      DEP/PAY      PPD | | |
| 01/18 | 169,374.84 | FREE SPEECH OPS  1261510005 | | |
| | | -SETT-CCACH      DEP/PAY      PPD | | |
| 01/19 | 37.22 | Amazon.com*R87E4 | Amzn.com/bill | WA |
| 01/19 | 281.07 | AMZN Mktp US*R82 | Amzn.com/bill | WA |
| 01/19 | 5,974.00 | ONE HORN TRANSPO | BRADENTON | FL |
| 01/19 | 30.00 | FEDX CARD DELIVE | | |
| 01/22 | 20.56 | Amazon.com*R05SV | Amzn.com/bill | WA |
| 01/22 | 36.79 | AMZN Mktp US*R88 | Amzn.com/bill | WA |
| 01/22 | 40.00 | VERCEL PRO | COVINA | CA |
| 01/22 | 76.83 | AMZN Mktp US*R81 | Amzn.com/bill | WA |
| 01/22 | 80.24 | H-E-B #373 | ROUND ROCK | TX |
| 01/22 | 84.31 | H-E-B #373 | ROUND ROCK | TX |
| 01/22 | 102.82 | AMZN Mktp US*R07 | Amzn.com/bill | WA |
| 01/22 | 159.23 | H-E-B #673 | ROUND ROCK | TX |
| 01/22 | 201.94 | AMZN Mktp US*R05 | Amzn.com/bill | WA |
| 01/22 | 215.43 | ONLINE STORE SAL | 361-816-4113 | TX |
| 01/22 | 215.43 | ONLINE STORE SAL | 361-816-4113 | TX |
| 01/22 | 215.43 | ONLINE STORE SAL | 361-816-4113 | TX |
| 01/22 | 545.34 | FDCSERVERSN | 3124236675 | FL |
| 01/22 | 666.25 | CLOUDFLARE | SAN FRANCISCO | CA |
| 01/22 | 899.00 | AWIO WEB SERVICE | CARY | NC |
| 01/22 | 4,289.35 | ADOBE INC. | 4085366000 | CA |
| 01/23 | 10.00 | PRITUNL PREMIUM | SEATTLE | WA |
| 01/23 | 24.00 | GITHUB, INC. | SAN FRANCISCO | CA |
| 01/23 | 147.20 | AMAZON.COM*R809M1W22 | SEATTLE | WA |
| 01/23 | 147.20 | AMAZON.COM*R86BO02W1 | SEATTLE | WA |
| 01/23 | 181.44 | TWITTER PAID FEA | SAN FRANCISCO | CA |
| 01/23 | 5,999.17 | B&H PHOTO 800-60 | NEW YORK | NY |
| 01/23 | 529.93 | ATT | 9864031004 | |
| | | 378819001EPAYC   PAYMENT      PPD | | |
| 01/23 | 4,801.87 | WEBFILE TAX PYMT 2146000311 | | |
| | | 902/74678336     DD          CCD | | |
| 01/24 | 41.94 | H-E-B #091 | AUSTIN | TX |
| 01/24 | 100.00 | RUMBLEVIDEO | TORONTO | ON |
| 01/24 | 244.12 | IRON MOUNTAIN | BOSTON | MA |
| 01/24 | 1,002.67 | PRIMO WATER | TAMPA | FL |



F0011

                                                          30/2
FREE SPEECH SYSTEMS LLC                       PAGE      8
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                             STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350                01/31/24
AUSTIN TX 78741-7424                      ACCOUNT NUMBER

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
01/24    5,149.43 PRECISION CAMERA AUSTIN        TX
01/25    2,196.25 SECURITY BANK OF CRAWFORD
                  111010170 TIB THE INDEPENDEN
                  RV 01.25
01/25   22,534.18 ALEXANDER JONES #22-33553 DIP
                  043000096 PNC BANK, N.A.
                  SS 01.25
01/25      104.91 AMZN Mktp US*R02 Amzn.com/bill WA
01/25      110.88 H-E-B #755          AUSTIN      TX
01/25      264.73 AMZN Mktp US*R80 Amzn.com/bill WA
01/25      580.67 Amazon.com*R01A4 Amzn.com/bill WA
01/25      580.67 Amazon.com*R80HE Amzn.com/bill WA
01/25    9,237.50 FREE SPEECH OPS  1261510005
                  -SETT-CCACH      DEP/PAY     PPD
01/25   50,000.00 FREE SPEECH OPS  1261510005
                  -SETT-CCACH      DEP/PAY     PPD
01/25  387,022.98 FREE SPEECH OPS  1261510005
                  -SETT-CCACH      DEP/PAY     PPD
01/26      198.53 IONOS INC.       CHESTERBROOK PA
01/26    6,297.87 B&H PHOTO 800-60 NEW YORK     NY
01/29      104.02 Name.com, Inc    7202492374   CO
01/29      281.19 WM SUPERCENTER #1253 AUSTIN    TX
01/29      718.68 BKGHOTEL AT BOOK 8888503958   NY
01/29    2,874.72 BKGHOTEL AT BOOK 8888503958   NY
01/30        5.40 KEYME LOCKSMITHS JERSEY CITY  NJ
01/30       58.40 PRIMO WATER      TAMPA        FL
01/30      131.17 H-E-B #091          AUSTIN     TX
01/30      330.44 HEB ONLINE #108  855-803-0611 TX
01/31       27.51 ROAD RANGER #270 MOORE        TX
01/31       34.72 ROAD RANGER #270 MOORE        TX
01/31       43.45 SONIC #1956      EAGLE PASS   TX
01/31       53.45 AMAZON.COM*R02G69KX1 SEATTLE      WA
01/31       76.92 Amazon web servi aws.amazon.co WA
01/31       78.00 MURF.AI          SALT LAKE CIT UT
01/31       78.63 Amazon web servi aws.amazon.co WA
01/31       78.63 Amazon web servi aws.amazon.co WA
01/31       78.63 Amazon web servi aws.amazon.co WA
01/31       78.63 Amazon web servi aws.amazon.co WA
01/31       78.63 Amazon web servi aws.amazon.co WA
01/31       78.64 Amazon web servi aws.amazon.co WA



**CADENCE**
**Bank**

```
                                                          30/2
FREE SPEECH SYSTEMS LLC                          PAGE     9
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                              STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350                01/31/24
AUSTIN TX 78741-7424                       ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
01/31           79.47 Amazon web servi aws.amazon.co WA
01/31           79.47 Amazon web servi aws.amazon.co WA
01/31           79.47 Amazon web servi aws.amazon.co WA
01/31           79.47 Amazon web servi aws.amazon.co WA
01/31           79.47 Amazon web servi aws.amazon.co WA
01/31           79.47 Amazon web servi aws.amazon.co WA
01/31           79.47 Amazon web servi aws.amazon.co WA
01/31           79.47 Amazon web servi aws.amazon.co WA
01/31           79.48 Amazon web servi aws.amazon.co WA
01/31           79.48 Amazon web servi aws.amazon.co WA
01/31           85.06 NST THE HOME DEPOT 0 AUSTIN       TX
01/31          113.65 AMZN Mktp US*R29 Amzn.com/bill WA
01/31          115.37 CHILI'S EAGLE PA EAGLE PASS       TX
01/31          116.14 CHILI'S EAGLE PA EAGLE PASS       TX
01/31          383.14 AMAZON.COM*R03RJ7I61 SEATTLE       WA
01/31       20,671.00 FREE SPEECH OPS  1261510005
                       -SETT-CCACH    DEP/PAY    PPD
01/31       20,896.00 FREE SPEECH OPS  1261510005
                       -SETT-CCACH    DEP/PAY    PPD
* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
  DATE......BALANCE    DATE......BALANCE    DATE......BALANCE
12/31    92847.40   01/11    209992.59   01/23      36238.16
01/02    88664.25   01/12    150911.16   01/24      29700.00
01/03    83863.55   01/16     69043.74   01/25      28527.18
01/04    76006.56   01/17     65843.13   01/26      22030.78
01/05    73518.15   01/18     62082.24   01/29      18052.17
01/08    72670.18   01/19     55789.95   01/30      17526.76
01/09    71195.07   01/22     48078.97   01/31      15132.84
01/10    64960.99
```



B0054

**CADENCE**
Bank

30/0

FREE SPEECH SYSTEMS LLC
DONATIONS ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * *
PREVIOUS BALANCE            98,481.21         AVERAGE BALANCE
  +     1 CREDITS            3,847.60                101,459
  -     0  DEBITS                 .00     YTD INTEREST PAID
  - SERVICE CHARGES              .00                     .00
  + INTEREST PAID              .00
ENDING BALANCE            102,328.81

DAYS IN PERIOD                                        31

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
01/08    3,847.60 DEPOSIT
* * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
  DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
12/31   98481.21  01/08   102328.81



**CADENCE Bank**

30099

                                                                    30/0

FREE SPEECH SYSTEMS LLC
PAYROLL ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424                          STATEMENT DATE
                                                  01/31/24
                                              ACCOUNT NUMBER


INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * *
PREVIOUS BALANCE          5,000.00          AVERAGE BALANCE
 +     3 CREDITS        401,499.67                   5,000
 -     3 DEBITS         401,499.67      YTD INTEREST PAID
 -  SERVICE CHARGES           .00                     .00
 +     INTEREST PAID          .00
ENDING BALANCE            5,000.00


DAYS IN PERIOD                                       31

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
01/09    192,625.62 ONLINE TRANSFER CREDIT 010924
                    CADENCE BANK     XFER CR   ONLINE
                    CUSTOMER TRANSFER FROM IM

01/12        295.52 ONLINE TRANSFER CREDIT 011224
                    CADENCE BANK     XFER CR   ONLINE
                    CUSTOMER TRANSFER FROM IM

01/23    208,578.53 ONLINE TRANSFER CREDIT 012324
                    CADENCE BANK     XFER CR   ONLINE
                    CUSTOMER TRANSFER FROM IM

    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
01/09    192,625.62 MMMH & COMPANY
                    084201278 CADENCE BANK
                    PR 01.09.24
01/12        295.52 FREE SPCH PAYROL 3261510005
                    -SETT-CCACH    DEP/PAY    PPD
01/23    208,578.53 MMMH & COMPANY
                    084201278 CADENCE BANK
                    PR 01.23



**CADENCE**
Bank

B0098

```
                                                    30/0
FREE SPEECH SYSTEMS LLC                   PAGE      2
PAYROLL ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424                      STATEMENT DATE
                                              01/31/24
                                         ACCOUNT NUMBER


* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
   DATE.......BALANCE    DATE.......BALANCE   DATE.......BALANCE
12/31      5000.00   01/12      5000.00   01/23      5000.00
01/09      5000.00
```



B0054

FREE SPEECH SYSTEMS LLC
ESCROW ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

```
INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * * *
PREVIOUS BALANCE           565,887.38          AVERAGE BALANCE
  +       0 CREDITS               .00                   565,887
  -       0 DEBITS                .00        YTD INTEREST PAID
  - SERVICE CHARGES              .00                       .00
  +   INTEREST PAID              .00
ENDING BALANCE             565,887.38


DAYS IN PERIOD                                             31

* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
  DATE.......BALANCE    DATE.......BALANCE    DATE.......BALANCE
12/31    565887.38
```