IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br>Alexander E. Jones<br>　　　Debtor, | Bankruptcy<br>Case No. 22-33553 (CML)<br>Chapter 11 |
| In re<br>Free Speech Systems LLC<br>　　　Debtor, | Bankruptcy<br>Case No. 22-60043 (CML)<br>Chapter 11 |

**JOINT NOTICE REGARDING AGREED ORDER ON
DEBTORS' MOTION FOR APPROVAL OF COMPROMISE AND
SETTLEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

**PLEASE TAKE NOTICE** that Alexander E. Jones ("Jones"), Free Speech Systems, LLC ("FSS," and together with Jones, the "Debtors"), and the Texas Plaintiffs[1] (collectively, the "Parties") have reached a consensual agreement to extend the deadline to lift the automatic stay set forth in the *Agreed Order on Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019* (the "Agreed Order") [Dkt. Nos. 374 and 673]. The Parties have agreed that the deadline set for May 1, 2024 at 12:01 a.m. (CST) in the Joint Notice filed on December 5, 2023 will be moved to September 2, 2024 at 12:01 a.m. (CST) at which time the automatic stay shall lift, unless otherwise extended pursuant to the terms of the Agreed Order, solely to allow pre-trial proceedings and discovery to move forward in the Pozner/De La Rosa Action with no further action required by this Court or the Texas Plaintiffs. If no documented consensual agreement among the parties is reached by October 1, 2024 at 12:01 a.m. (CST), then the automatic stay shall be lifted with respect to the commencement of trial. All

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Agreed Order.

1

other deadlines established in the Agreed Order shall remain in effect unless otherwise agreed by the Parties.

Dated: February 23, 2024

/s/ Jennifer J. Hardy
**WILLKIE FARR & GALLAGHER LLP**
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone: 713-510-1700
Facsimile: 713-510-1799
Email: jhardy2@willkie.com

**AND**

Rachel C. Strickland (admitted *pro hac vice*)
Stuart R. Lombardi (admitted *pro hac vice*)
Ciara A. Sisco (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111
Email: rstrickland@willkie.com
         slombardi@willkie.com
         csisco@willkie.com
*Bankruptcy Co-Counsel to the Texas Plaintiffs*

/s/ Raymond W. Battaglia
**LAW OFFICES OF RAY BATTAGLIA, PLLC**
Raymond W. Battaglia (TX Bar No. 01918055)
66 Granburg Circle
San Antonio, Texas 78218
Telephone: 210-601-9405
Email: rbattaglialaw@outlook.com
*Counsel to Free Speech Systems, LLC*

**MCDOWELL HETHERINGTON LLP**
Avi Moshenberg (TX Bar No. 24083532)
1001 Fannin Street
Suite 2700
Houston, Texas 77002
Telephone: 713-337-5580
Facsimile: 713-337-8850
Email: avi.moshenberg@mhllp.com

**AND**

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**
Jarrod B. Martin (TX Bar No. 24070221)
1200 Smith Street
Suite 1400
Houston, Texas 77002
Telephone: 713-356-1280
Facsimile: 713-658-2553
Email: jarrod.martin@chamberlainlaw.com
*Bankruptcy Co-Counsel to the Texas Plaintiffs*

/s/ Vickie L. Driver
**CROWE & DUNLEVY, P.C.**
Vickie L. Driver (TX Bar No. 24026886)
Christina W. Stephenson (TX Bar No. 24049535)
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Telephone: 737-218-6187
Email: dallaseservice@crowedunlevy.com

**AND**

**JORDAN & ORTIZ, P.C.**
Shelby A. Jordan (TX Bar No. 11016700)
Antonio Ortiz (TX Bar No. 24074839)
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78401
Telephone: 361-884-5678
Facsimile: 361-888-5555
Email: sjordan@jhwclaw.com
Email: aortiz@jhwclaw.com
*Counsel to Alexander E. Jones*

## **CERTIFICATE OF SERVICE**

I certify that on February 23, 2024, a true and correct copy of the foregoing was served on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

/s/ *Jennifer J. Hardy*
Jennifer J. Hardy