United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| FREE SPEECH SYSTEMS, LLC § | CASE NO: 22-60043 |
| § | Chapter 11 |
| § | |
| DEBTOR. § | |

### ORDER ON PUBLIC STORAGE'S MOTION FOR RELIEF FROM AUTOMATIC STAY

On this day came to be considered Public Storage's Motion for Relief from the Automatic Stay Against Property and Request for Hearing. The Court, having considered the motion, hereby DENIES THE MOTION.

Signed: February 27, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

135525719.3