# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **Free Speech Systems LLC,** | § | |
| | § | Case No. 22-60043 (CML) |
| **Debtor.** | § | |

## PQPR HOLDINGS LIMITED, LLC'S REQUEST FOR STATUS CONFERENCE

PQPR Holdings Limited, LLC ("PQPR"), the secured creditor of the Debtor and a party-in-interest, respectfully submits this Request for a Status Conference regarding the status of Debtor's management.

WHEREFOR, PQPR Holdings Limited, LLC requests that the Bankruptcy Court consider this request and set a status hearing.

Dated:  February 29, 2024               Respectfully submitted,

By: */s/ Stephen W. Lemmon*
   Stephen W. Lemmon
   Texas Bar. No. 12194500
   STREUSAND, LANDON, OZBURN & LEMMON, LLP
   1801 S. MoPac Expressway, Suite 320
   Austin, Texas 78746
   Tel: (512) 236-9900  Fax: (512) 236-9904
   lemmon@slollp.com
   **ATTORNEYS FOR PQPR HOLDINGS LIMITED, LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on February 29, 2024, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF notification system on all parties requesting notice on such system.

                                          */s/ Stephen W. Lemmon*
                                          Stephen W. Lemmon