**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **Free Speech Systems LLC,** | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

### ORDER SETTING STATUS CONFERENCE

Came on for consideration this day the Motion to Set Status Conference Regarding the status of Debtor's management filed by PQPR Holding Limited, LLC ("Motion for Status Conference"). After considering the Motion for Status Conference, the Court has determined that a Status Conference is appropriate.

IT IS THEREFORE ORDERED that a Status Conference regarding the status of Debtor's Management is set for the _____ day of _____, 2024 at _____ am/pm before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002.

Signed: _____, 2024        _____
                                     Christopher M. Lopez
                                     United States Bankruptcy Judge