

Annie Catmull
aecatmull@o-w-law.com
Direct: 281-814-5977

O'ConnorWechsler PLLC is a women-owned law firm with an emphasis on insolvency law and commercial litigation, and with recognized skills in trial advocacy[1] and energy law.[2]

### Kathleen O'Connor, J.D., South Tex. College of Law, `1995

A native Houstonian, Kathleen O'Connor is a member of the American Board of Trial Advocates, an invitation-only national association of experienced trial lawyers and judges. She has taken 30 jury trials to verdict (civil and criminal), over 21 bench trials to verdict (criminal and civil), and she has argued before the U.S. Court of Appeals for the 5th Federal Circuit and the 14th Court of Appeals.

In addition to managing all phases of litigation, she assists private companies in the conduct of in-house investigations, responding to various governmental agencies, and with employment and personnel matters under the EEOC, ERISA, FLSA, and FLMA. She is a certified mediator.

She graduated in the top 15 percent of her class at South Texas College of Law, was on the Dean's List and in the Order of Lytae (a fraternity that recognizes outstanding academic achievement) and was editor of Corporate Counsel Review.

Before attending law school, she taught business courses at Pasadena High School in Houston, Texas.

### Annie Catmull, J.D., Univ. of Utah, 1995

Annie Catmull has 27 years' experience in bankruptcy and insolvency law. She represents distressed companies, their owners, creditors, trustees, landlords, tenants, asset purchasers, and creditors' committees. Her clients are in the energy (upstream, midstream, energy services), manufacturing, real estate, telecommunications, shipping, healthcare, construction, farming, and personal services sectors. Much of her practice is litigation related to business reorganizations.

- President, Moller-Foltz, American Inn of Court, 2017-2018.

---

[1] Kathleen O'Connor is a member of the American Board of Trial Advocates, an invitation-only national association of experienced trial lawyers and judges.

[2] Jeri Wechsler has an LLM in Energy and Natural Resources from the University of Houston.



EXHIBIT A

1

- Licensed in the U.S. Court of Appeals for the Fifth Circuit, and U.S. District and Bankruptcy Courts in the Southern, Northern, Eastern, and Western Districts of Texas.
- Licensed by the State Bar of Texas since November 1995.
- Externed for the U.S. Bankruptcy Court, District of Utah, 1995.

## Sample of First Chair Bankruptcy Trials

In re Semco Manufacturing

*Cage v. WorldFab, Inc. (In re Technicool Sys.)*, Nos. 15-34435, 17-03265, 2018 Bankr. LEXIS 3376, (Bankr. S.D. Tex. Oct. 31, 2018)

*Windmill Run Assocs. [client] v. Fannie Mae [opposing party] (In re Windmill Run Assocs.),* 2017 Bankr. LEXIS 303 (Bankr. S.D. Tex. Jan. 31, 2017)

*In re Windmill Run Assocs.,* 2016 Bankr. LEXIS 359 (Bankr. S.D. Tex. Feb. 4, 2016)

*In re Mud King Prods*. [client], 525 B.R. 43 (Bankr. S.D. Tex. 2015)

*Schermerhorn v. Centurytel, Inc. (In re Skyport Global Communs., Inc.* [client]), 2013 Bankr. LEXIS 3218 (Bankr. S.D. Tex. Aug. 7, 2013), aff'd, 2016 U.S. App. LEXIS 4714 (5th Cir. Tex. Mar. 14, 2016) and 2016 U.S. App. LEXIS 18412 (5th Cir. Tex. Oct. 12, 2016)

*In re Anloc, LLC* [client], 487 B.R. 825, 2013 Bankr. LEXIS 257 (Bankr. S.D. Tex., 2013), aff'd, 574 Fed. Appx. 401 (5th Cir. Tex. 2014)

*Baker Hughes Oilfield Operations, Inc. et al v. Union Bank of Cal., N.A. (In re Cornerstone E&P Co., L.P.),* 436 B.R. 865 (Bankr. N.D. Tex. 2010); same, 436 B.R. 830; and same 435 B.R. 390

*In re Presto (Enron Employee Committee v Presto*), 376 B.R. 554 (Bankr. S.D. Tex. 2007)

## Recent Publications and Speeches

- "Key Bankruptcy Principles for Business Lawyers: Foundations and Emerging Issues," Texas Bar CLE, 12th Annual Essentials of Business Law, Business Law Section, March 2021

- "Bankruptcy Litigation in Houston: Tops Ten Dos, Don'ts, and Maybes," Houston Bar Association, Corporate Counsel Section, April 2020

- "Ethics Rules: Lawyers & Landmen," Houston Area Petroleum & Landmen, October 2019

- "Bankruptcy Issues," Houston Area Petroleum & Landmen, October 2018

- 'Practitioner's Guide to Rule 9011," State Bar of Texas Annual Bankruptcy Conference, April 2018