# Exhibit C –

[To Be Supplemented]