IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| Debtor. | § | |

**SUPPLEMENTAL ORDER CLARIFYING THE ORDER (A) AUTHORIZING EMPLOYMENT OF PATRICK MAGILL AS CHIEF RESTRUCTURING OFFICER, (B) AUTHORIZING EMPLOYMENT OF STAFF OF MAGILL PC IN DISCHARGE OF DUTIES AS CHIEF RESTRUCTURING OFFICER, AND (C) GRANTING RELATED RELIEF**

On October 13, 2022, the Court entered an order approving the Debtor's Application for Order (A) Authorizing Employment of Patrick Magill as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Magill, PC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief (the "CRO Order"). [Docket #239]. Pursuant to the CRO Order, Patrick McGill was employed as the chief restructuring officer of the Debtor. Following notice and hearing, the Court determined that a revision of the CRO Order to clarify the authority of the CRO in this case is appropriate.

IT IS HEREBY ORDERED THAT:

1. Notwithstanding anything else in this Order, the Motion, the Debtor's corporate governance documents, or any exhibits and attachments to any of the foregoing, during the pendency of this chapter 11 case the CRO shall have exclusive decision-making authority with regards to matters relating to the bankruptcy case;

2. For the removal of doubt, until further Order of this Court, counsel for the Debtor shall take direction solely from the CRO with respect to matters relating to the bankruptcy case;

3. Except as clarified herein, the CRO Order remains effective; and

4. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed

Christopher López
United States Bankruptcy Judge