UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

## PQPR HOLDINGS LIMITED, LLC'S WITNESS AND EXHIBIT LIST FOR THE HEARING SET FOR MARCH 11, 2024

PQPR Holdings Limited, LLC ("PQPR"), the secured creditor of the Debtor and a party-in-interest, respectfully submits this Witness and Exhibit List for the hearing scheduled for March 11, 2024 at 3:00 pm:

### WITNESS LIST

1. Patrick Magill;
2. Ray Battaglia;
3. Harold "Hap" May; and
4. Any witness identified by any other party.

### EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| PQPR-1 | Debtor's Amended Emergency Application for Entry of an Order Authorizing the Debtor to Retain and Employ Harold "Hap" May, PC as Co-Counsel [Docket 809] |
| PQPR-2 | Debtor's Notice of Cash Collateral Budget for March 2024 [Docket 824] |
| PQPR-3 | Debtor's Monthly Operating Report for October 2023 [Docket 757] |
| PQPR-4 | Debtor's Monthly Operating Report for November 2023 [Docket 798] |
| PQPR-5 | Debtor's Monthly Operating Report for December 2023 [Docket 791] |
| PQPR-6 | Debtor's Monthly Operating Report for January 2024 [Docket 818] |
| PQPR-7 | Amended Declaration of Liz Freeman [Docket 803] |
| PQPR-8 | Exhibit A to Docket 778 (Battaglia fee records) [Docket 778-1] |
| | Any exhibits offered by any other party |

Dated: March 7, 2024         Respectfully submitted,

STREUSAND, LANDON & OZBURN, LLP

By: /s/Stephen W. Lemmon
   Stephen W. Lemmon
   Texas Bar. No. 12194500
   STREUSAND, LANDON, OZBURN & LEMMON, LLP
   1801 S. MoPac Expressway, Suite 320

Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
lemmon@slollp.com
**ATTORNEYS FOR
PQPR HOLDINGS LIMITED, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 7th day of March, 2024.

*/s/ Stephen W. Lemmon*
Stephen W. Lemmon