**Fill in this information to identify the case:**

Debtor Name Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-60043

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: December 2023

Date report filed: 01/20/2024 (MM / DD / YYYY)

Line of business: Dietary Supplement Sales

NAISC code: 325411

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: J Patrick Magill

Original signature of responsible party: [signature]

Printed name of responsible party: J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? *** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |





Debtor Name Free Speech Systems LLC Case number 22-60043

17. Have you paid any bills you owed before you filed bankruptcy?

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?

*** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 2,059,239.(

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 3,812,057.(

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 2,902,096.(

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. + $ 909,961.00

This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 2,969,200.(

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 1,053,318.(

*(Exhibit E)*



PQPR-5

Debtor Name Free Speech Systems LLC Case number 22-60043

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 1,005,469.0

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 54

27. What is the number of employees as of the date of this monthly report? 44

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 32,466.82

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 1,830,732.2

30. How much have you paid this month in other professional fees? $ 63,100.00

31. How much have you paid in total other professional fees since filing the case? $ 804,500.77

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | – | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 3,041,090.0 | – | $ 3,812,057.0 | = | $ 770,967.00 |
| 33. **Cash disbursements** | $ 2,628,121.0 | – | $ 2,902,096.0 | = | $ -273,975.00 |
| 34. **Net cash flow** | $ 412,969.00 | – | $ 909,961.00 | = | $ 496,992.00 |

35. Total projected cash receipts for the next month: $ 2,442,056.0

36. Total projected cash disbursements for the next month: - $ 2,494,073.0

37. Total projected net cash flow for the next month: = $ -52,017.00



PQPR-5

Debtor Name Free Speech Systems LLC Case number 22-60043

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



PQPR-5

Print Save As... Reset




**FORM 425C Exhibit E**
**Total Payables**

*As of December 31, 2023*

| From | Amount | Due Date | |
|---|---|---|---|
| ***Trade AP*** | | | |
| Jonathon Wolfe | 10,500.00 | 11/07/2023 | *(a)* |
| Cloudflare Inc | 63,320.40 | 12/1/2023 | |
| Subscribe Pro Inc | 275.00 | 12/03/2023 | |
| Daniel Lyman | 4,000.00 | 12/14/2023 | |
| Addshoppers Inc. | 2,989.00 | 12/15/2023 | |
| ATX HD | 20,671.00 | 12/20/2023 | |
| Cloudflare Inc | 63,320.40 | 12/26/2023 | |
| Jani-King | 3,623.13 | 12/27/2023 | |
| Robert Dew | 20,000.00 | 12/27/2023 | |
| Wes Perkins | 647.98 | 12/27/2023 | |
| Lumen | 9,685.84 | 1/23/2024 | |
| | **199,032.75** | | |
| ***Inventory*** | | | |
| Hi Tech Pharm | 598,762.50 | 12/20/2023 | |
| Yellow Emperor | 93,750.00 | 12/13/2023 | |
| Yellow Emperor | 87,500.00 | 12/13/2023 | |
| Ready Alliance | 24,729.90 | 12/10/2023 | |
| Ready Alliance | 21,240.51 | 12/24/2023 | |
| Ready Alliance | 17,839.81 | 12/31/2023 | |
| Skyhorse Publishing | 5,422.50 | 01/10/2024 | |
| Skyhorse Publishing | 5,040.00 | 01/10/2024 | |
| | **854,285.22** | | |
| ***Legal / Consulting Fees*** | | | |
| | - | | |
| **Total Accounts Payable** | **1,053,317.97** | | |

*(a) Disputed*




**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits that are unpaid as of the end of the month as receivables*

*As of December 31, 2023*

| From | Amount | Due Date |
|---|---:|---|
| Processor T | 109,991.95 | 12/18/2023 |
| Processor T | 97,466.73 | 12/19/2023 |
| Processor T | 85,191.21 | 12/20/2023 |
| Processor T | 71,512.32 | 12/21/2023 |
| Processor T | 67,295.14 | 12/22/2023 |
| Processor T | 51,178.07 | 12/23/2023 |
| Processor T | 36,419.05 | 12/24/2023 |
| Processor T | 27,364.80 | 12/25/2023 |
| Processor T | 53,053.28 | 12/26/2023 |
| Processor T | 62,855.40 | 12/27/2023 |
| Processor T | 79,885.19 | 12/28/2023 |
| Processor T | 111,948.76 | 12/29/2023 |
| Processor T | 82,395.97 | 12/30/2023 |
| Processor T | 68,910.78 | 12/31/2023 |
| | **1,005,468.65** | |

*FSS switched credit card processors in October in order to reduce our bankcard rate from 7.0% to 5.5%. The settlement period in the new contract is listed as 5-10 business days and it has been averaging 12 days. The Accounts Receivable balance at month end is trending higher than previous months. As of the date of this MOR filing, all of the above AR has been collected by FSS.*

PQPR-5




| December 1 to December 31 | AXOS Deposits # 78877 | AXOS Operating # 78919 | | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 # 77838 | | AXOS Legal # 78901 | CADE Deposits # 8-099-2 | CADE Operating # 8-100-8 | CADE Donations # 8-101-6 | CADE Payroll # 8-102-4 | CADE Escrow # 8-103-2 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | **-** | **409.58** | | **-** | **-** | **85,772.78** | | **-** | **726,866.83** | **578,946.50** | **96,355.21** | **5,000.00** | **565,887.38** | **2,059,238.28** |
| Cash Receipts | - | - | | - | - | - | | - | 3,794,157.86 | 15,773.17 | 2,126.00 | - | - | **3,812,057.03** |
| Cash Disbursements | - | - | | - | - | - | | - | - | (2,558,096.53) | - | (343,998.72) | - | **(2,902,095.25)** |
| **Net Cash Flow** | **-** | **-** | | **-** | **-** | **-** | | **-** | **3,794,157.86** | **(2,542,323.36)** | **2,126.00** | **(343,998.72)** | **-** | **909,961.78** |
| Transfers In | - | - | | - | - | - | | - | - | 2,056,224.26 | - | 343,998.72 | - | *2,400,222.98* |
| Transfers Out | - | - | | - | - | - | | - | (2,400,222.98) | - | - | - | - | *(2,400,222.98)* |
| **Cash on Hand** | **-** | **409.58** | *(a)* | **-** | **-** | **85,772.78** | *(a)* | **-** | **2,120,801.71** | **92,847.40** | **98,481.21** | **5,000.00** | **565,887.38** | **2,969,200.06** |

*(a)* ***On 10/26 AXOS bank closed our accounts for the second time in 30 days, despite assurances that they would work with FSS to provide an orderly transition. There was some confusion with the InfoWars account #78893 and the InfoW Account #77838 with the multiple account closures and cashiers checks that were sent to the Austin office. The InfoW address on file with AXOS was to a different office and as of 12/31 we were still working with AXOS bank to get the closing balance to the correct account. We are working diligently to resolve this issue.***

PQPR-5

P0053



30/0

FREE SPEECH SYSTEMS LLC
PAYROLL ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
12/31/23
ACCOUNT NUMBER

INFOLINE 1-888-797-7711

* * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *

| | | |
|---|---|---|
| PREVIOUS BALANCE | 5,000.00 | AVERAGE BALANCE |
| + 2 CREDITS | 343,998.72 | 5,000 |
| - 2 DEBITS | 343,998.72 | YTD INTEREST PAID |
| - SERVICE CHARGES | .00 | .00 |
| + INTEREST PAID | .00 | |
| ENDING BALANCE | 5,000.00 | |

DAYS IN PERIOD 31

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/12 | 168,461.88 | ONLINE TRANSFER CREDIT 121223<br>CADENCE BANK XFER CR ONLINE<br>CUSTOMER TRANSFER FROM | |
| 12/26 | 175,536.84 | ONLINE TRANSFER CREDIT 122623<br>CADENCE BANK XFER CR ONLINE<br>CUSTOMER TRANSFER FROM | |

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/12 | 168,461.88 | MMMH & COMPANY<br>084201278 CADENCE BANK<br>PR 12.12 | |
| 12/26 | 175,536.84 | MMMH & COMPANY<br>084201278 CADENCE BANK<br>PR 12.26 | |

* * * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/30 | 5000.00 | 12/12 | 5000.00 | 12/26 | 5000.00 |

PQPR-5

P0053



30/0

FREE SPEECH SYSTEMS LLC
DONATIONS ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
12/31/23
ACCOUNT NUMBER

INFOLINE 1-888-797-7711

* * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 96,355.21 | AVERAGE BALANCE | |
| + 2 CREDITS | 2,221.50 | | 97,586 |
| - 1 DEBITS | 95.50 | YTD INTEREST PAID | |
| - SERVICE CHARGES | .00 | | .00 |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 98,481.21 | | |

DAYS IN PERIOD 31

* * * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/07 | 95.50 | UNAUTHORIZED ACH TRANSACTION | |
| 12/14 | 2,126.00 | DEPOSIT | |

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/06 | 95.50 | CUSTOMER CHECK CHARGE 120623 | |

* * * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/30 | 96355.21 | 12/07 | 96355.21 | 12/14 | 98481.21 |
| 12/06 | 96259.71 | | | | |

PQPR-5






FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
12/31/23
ACCOUNT NUMBER

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/29 | 84,586.58 | 945440567<br>I2VLVBGG PPD | |

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/12 | 59,636.78 | ONLINE TRANSFER DEBIT 121223<br>CADENCE BANK XFER DB ONLINE<br>CUSTOMER TRANSFER TO IM | |
| 12/12 | 168,461.88 | ONLINE TRANSFER DEBIT 121223<br>CADENCE BANK XFER DB ONLINE<br>CUSTOMER TRANSFER TO IM | |
| 12/12 | 176,375.50 | ONLINE TRANSFER DEBIT 121223<br>CADENCE BANK XFER DB ONLINE<br>CUSTOMER TRANSFER TO | |
| 12/14 | 185,623.75 | ONLINE TRANSFER DEBIT 121423<br>CADENCE BANK XFER DB ONLINE<br>CUSTOMER TRANSFER TO | |
| 12/14 | 384,903.27 | ONLINE TRANSFER DEBIT 121423<br>CADENCE BANK XFER DB ONLINE<br>CUSTOMER TRANSFER TO | |
| 12/15 | 432,794.67 | ONLINE TRANSFER DEBIT 121523<br>CADENCE BANK XFER DB ONLINE<br>CUSTOMER TRANSFER TO | |
| 12/21 | 702,094.74 | ONLINE TRANSFER DEBIT 122123<br>CADENCE BANK XFER DB ONLINE<br>CUSTOMER TRANSFER TO | |
| 12/26 | 175,536.84 | ONLINE TRANSFER DEBIT 122623<br>CADENCE BANK XFER DB ONLINE<br>CUSTOMER TRANSFER TO | |
| 12/28 | 114,795.55 | ONLINE TRANSFER DEBIT 122823<br>CADENCE BANK XFER DB ONLINE<br>CUSTOMER TRANSFER TO | |

P0082




30/0

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

PAGE 2

STATEMENT DATE
12/31/23
ACCOUNT NUMBER

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * *

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | CHK NO/ATM CD |
|---|---|---|---|---|
| 12/13 | 142,305.82 | IGOX8KEZG | 945440567 PPD | |
| 12/14 | 156.08 | MY STORE | 1832821631 PAYMENTS CCD | |
| 12/14 | 3,673.55 | | 1270478020 VENDOR PAY CCD | |
| 12/14 | 103,874.45 | I6BYN2NZB | 945440567 PPD | |
| 12/18 | 104,877.28 | IV8BY46ZL | 945440567 PPD | |
| 12/18 | 114,789.89 | IYO9V9094 | 945440567 PPD | |
| 12/19 | 118,448.08 | IXBL58OKJ | 945440567 PPD | |
| 12/20 | 4,023.16 | | 1270478020 VENDOR PAY CCD | |
| 12/20 | 156,818.69 | IXBL2A697 | 945440567 PPD | |
| 12/21 | 125,628.40 | IWBZL9N7A | 945440567 PPD | |
| 12/21 | 140,175.27 | IYO97P57Z | 945440567 PPD | |
| 12/21 | 583,333.00 | 107006428 | LLC BAN | |
| 12/22 | 112,096.06 | INRN4KVAZ | 945440567 PPD | |
| 12/26 | 86,447.42 | IABLL477E | 945440567 PPD | |
| 12/26 | 134,337.69 | ILVPP2MMA | 945440567 PPD | |
| 12/27 | 140,153.08 | IVOAANKEN | 945440567 PPD | |
| 12/28 | 2,329.69 | | 1270478020 VENDOR PAY CCD | |
| 12/28 | 126,121.95 | [illegible] | 945440567 PPD | |
| 12/29 | 170.29 | MY STORE | 1832821631 PAYMENTS CCD | |

PQPR-5

P0082



30/0

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
12/31/23
ACCOUNT NUMBER

INFOLINE 1-888-797-7711

* * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 726,866.83 | AVERAGE BALANCE | |
| + 33 CREDITS | 3,794,157.86 | | 1,707,168 |
| - 9 DEBITS | 2,400,222.98 | YTD INTEREST PAID | |
| - SERVICE CHARGES | .00 | | .00 |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 2,120,801.71 | | |

DAYS IN PERIOD 31

* * * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * * *

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/01 | 144,943.11 | 945440567<br>I6BLMO57W PPD | |
| 12/01 | 167,539.77 | 945440567<br>IWBXWN6R4 PPD | |
| 12/01 | 212,624.90 | 945440567<br>I8596JPER PPD | |
| 12/04 | 186,667.27 | 945440567<br>IO4NV9L2E PPD | |
| 12/05 | 150,922.69 | 945440567<br>I4KZWLMGY PPD | |
| 12/06 | 5,191.64 | 1270478020<br>VENDOR PAY CCD | |
| 12/06 | 86,324.13 | 945440567<br>I4KZRW8B5 PPD | |
| 12/06 | 136,476.92 | 945440567<br>ILVLYWX86 PPD | |
| 12/07 | 91,042.28 | 945440567<br>I4KZ877K9 PPD | |
| 12/07 | 50,479.00 | DEPOSIT | |
| 12/08 | 7,710.18 | 9111111101<br>613088366555FTF DIRECT DEP PPD | |
| 12/11 | 120,340.61 | 945440567<br>I85999BOV PPD | |
| 12/11 | [illegible] | [illegible]<br>IABXXXONY PPD | |

PQPR-5

P0018



30/3

FREE SPEECH SYSTEMS LLC — PAGE 8
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043 — STATEMENT DATE 12/31/23
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424 — ACCOUNT NUMBER

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/27 | 219.60 | AMZN Mktp US*5X3 Amzn.com/bill WA | |
| 12/27 | 4,804.32 | WEBFILE TAX PYMT 2146000311 902/74394456 DD CCD | |
| 12/28 | 32,204.42 | ALEXANDER JONES #22-33553 DIP 043000096 PNC BANK, N.A. AP 12.28 | |
| 12/28 | 40.00 | VERCEL PRO COVINA CA | |
| 12/28 | 616.13 | 2COCOM*BITDEFEND Alpharetta GA | |
| 12/28 | 5,300.00 | FREE SPEECH OPS 1261510005 -SETT-CCACH DEP/PAY PPD | |
| 12/28 | 74,302.13 | FREE SPEECH OPS 1261510005 -SETT-CCACH DEP/PAY PPD | |

* * * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/30 | 578946.50 | 12/11 | 140542.68 | 12/20 | 98206.46 |
| 12/01 | 577644.60 | 12/12 | 138491.39 | 12/21 | 96618.00 |
| 12/04 | 560424.36 | 12/13 | 61496.93 | 12/22 | 95971.71 |
| 12/05 | 559665.62 | 12/14 | 172384.57 | 12/26 | 95581.73 |
| 12/06 | 558242.57 | 12/15 | 163800.11 | 12/27 | 90514.53 |
| 12/07 | 145367.78 | 12/18 | 117124.65 | 12/28 | 92847.40 |
| 12/08 | 140985.29 | 12/19 | 116614.58 | | |

PQPR-5

P0018





FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
12/31/23
ACCOUNT NUMBER

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | CHK NO/ATM CD |
|---|---|---|---|---|---|
| 12/18 | 2,302.77 | H-E-B #091 | AUSTIN | | TX |
| 12/18 | 3,462.99 | DAVE & BUSTER'S | AUSTIN | TX | |
| 12/18 | 3,787.67 | APPLE.COM/US | 800-676-2775 | CA | |
| 12/18 | 3,897.86 | MSFT * E0400Q24T | MSBILL.INFO | WA | |
| 12/19 | 18.92 | HOVER | 8667316556 | MS | |
| 12/19 | 128.27 | TEXASGASSERVICE | 8007002443 | OK | |
| 12/19 | 181.44 | TWITTER PAID FEA | SAN FRANCISCO | CA | |
| 12/19 | 181.44 | TWITTER PAID FEA | SAN FRANCISCO | CA | |
| 12/20 | 19.49 | AMZN Mktp US*LZ1 | Amzn.com/bill | WA | |
| 12/20 | 44.14 | AMZN Mktp US*QB9 | Amzn.com/bill | WA | |
| 12/20 | 75.57 | Walmart.com | Bentonville | | AR |
| 12/20 | 78.95 | AMZN Mktp US*523 | Amzn.com/bill | WA | |
| 12/20 | 85.51 | AMZN Mktp US*U16 | Amzn.com/bill | WA | |
| 12/20 | 112.32 | AMZN Mktp US*S68 | Amzn.com/bill | WA | |
| 12/20 | 490.38 | AMZN Mktp US*FR8 | Amzn.com/bill | WA | |
| 12/20 | 545.34 | FDCSERVERSN | 3124236675 | FL | |
| 12/20 | 899.00 | AWIO WEB SERVICE | CARY | NC | |
| 12/20 | 4,289.35 | ADOBE *ACROBAT | 4085366000 | CA | |
| 12/20 | 4,700.52 | TRAVELERS BUS IN | 800-252-2268 | VA | |
| 12/20 | 7,067.55 | CITY OF AUSTIN T 5746000085<br>5376658312 PAYMENT WEB | | | |
| 12/21 | 82,945.40 | ALEXANDER JONES #22-33553 DIP<br>043000096 PNC BANK, N.A.<br>S.S 12.21 | | | |
| 12/21 | 51.96 | AMAZON.COM*NA73U1QQ3 | SEATTLE | | WA |
| 12/21 | 639.60 | CLOUDFLARE | SAN FRANCISCO | CA | |
| 12/21 | 896.92 | PRIMO WATER | TAMPA | FL | |
| 12/21 | 186,451.82 | FREE SPEECH OPS 1261510005<br>-SETT-CCACH DEP/PAY PPD | | | |
| 12/21 | 432,697.50 | FREE SPEECH OPS 1261510005<br>-SETT-CCACH DEP/PAY PPD | | | |
| 12/22 | 215.43 | ONLINE STORE SAL | 361-816-4113 | TX | |
| 12/22 | 215.43 | ONLINE STORE SAL | 361-816-4113 | TX | |
| 12/22 | 215.43 | ONLINE STORE SAL | 361-816-4113 | TX | |
| 12/26 | 10.00 | PRITUNL PREMIUM | SEATTLE | WA | |
| 12/26 | 24.00 | GITHUB, INC. | SAN FRANCISCO | CA | |
| 12/26 | 43.28 | AMZN Mktp US*YO6 | Amzn.com/bill | WA | |
| 12/26 | 100.00 | RUMBLEVIDEO | TORONTO | ON | |
| 12/26 | 212.70 | H-E-B #673 | ROUND ROCK | | TX |
| 12/27 | 43.28 | AMZN Mktp US*L13 | Amzn.com/bill | WA | |

PQPR-5

P0018



30/3

FREE SPEECH SYSTEMS LLC PAGE 6
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043 STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350 12/31/23
AUSTIN TX 78741-7424 ACCOUNT NUMBER

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/14 | 125.73 | SPECTRUM 0000358635<br>0555076 SPECTRUM PPD | |
| 12/14 | 21,439.76 | FREE SPEECH OPS 1261510005<br>-SETT-CCACH DEP/PAY PPD | |
| 12/14 | 80,775.44 | FREE SPEECH OPS 1261510005<br>-SETT-CCACH DEP/PAY PPD | |
| 12/14 | 263,463.51 | FREE SPEECH OPS 1261510005<br>-SETT-CCACH DEP/PAY PPD | |
| 12/14 | 95.67 | XAA ANALYSIS | |
| 12/15 | 22.43 | AMZN Mktp US*5N7 Amzn.com/bill WA | |
| 12/15 | 30.28 | AMZN Mktp US*335 Amzn.com/bill WA | |
| 12/15 | 34.63 | AMZN Mktp US*HP2 Amzn.com/bill WA | |
| 12/15 | 67.31 | WALGREENS 2650 R R 6 ROUND ROCK TX | |
| 12/15 | 71.52 | AMZN Mktp US*9Y8 Amzn.com/bill WA | |
| 12/15 | 159.19 | BACKBLAZE.COM SAN MATEO CA | |
| 12/15 | 266.50 | NRI*NEW RELIC 888-643-8776 CA | |
| 12/15 | 279.01 | AMZN Mktp US*3R0 Amzn.com/bill WA | |
| 12/15 | 568.40 | GOOGLE *FIBER V6SCNF Mountain View CA | |
| 12/15 | 571.19 | FDCSERVERSN 3124236675 FL | |
| 12/15 | 2,814.00 | THE HARTFORD 9942902727<br>12649598 NTCLBIIVRC CCD | |
| 12/15 | 3,700.00 | FREE SPEECH OPS 1261510005<br>-SETT-CCACH DEP/PAY PPD | |
| 12/15 | 432,794.67 | FREE SPEECH OPS 1261510005<br>-SETT-CCACH DEP/PAY PPD | |
| 12/18 | 36.67 | AMZN Mktp US*NQ6 Amzn.com/bill WA | |
| 12/18 | 39.99 | GROKABILITY: SNI SAN DIEGO CA | |
| 12/18 | 39.99 | GROKABILITY: SNI SAN DIEGO CA | |
| 12/18 | 39.99 | GROKABILITY: SNI SAN DIEGO CA | |
| 12/18 | 39.99 | GROKABILITY: SNI SAN DIEGO CA | |
| 12/18 | 54.95 | AMZN Mktp US*0G6 Amzn.com/bill WA | |
| 12/18 | 55.52 | Amazon.com*LI0KS Amzn.com/bill WA | |
| 12/18 | 68.55 | H-E-B #781 GEORGETOWN TX | |
| 12/18 | 92.71 | AMZN Mktp US*280 Amzn.com/bill WA | |
| 12/18 | 94.57 | AMZN Mktp US*2Z8 Amzn.com/bill WA | |
| 12/18 | 168.93 | AMZN Mktp US*A14 Amzn.com/bill WA | |
| 12/18 | 208.72 | AMZN Mktp US*Y57 Amzn.com/bill WA | |
| 12/18 | 237.55 | AMZN Mktp US*0D6 Amzn.com/bill WA | |
| 12/18 | 269.36 | AMZN Mktp US*YT1 Amzn.com/bill WA | |
| 12/18 | 327.07 | DOUBLE DAVES PIZ AUSTIN TX | |

PQPR-5

P0018





FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
12/31/23
ACCOUNT NUMBER

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/11 | 1,330.00 | GRANDE COMMUNICA 0000173049 9297917 TELECOMM WEB | |
| 12/12 | 2,196.25 | SECURITY BANK OF CRAWFORD 111010170 TIB THE INDEPENDEN RV | |
| 12/12 | 176,375.50 | ALEXANDER JONES #22-33553 DIP 043000096 PNC BANK, N.A. AEJ BOOKS | |
| 12/12 | 32.42 | AMAZON.COM*ED3QV1KS3 SEATTLE WA | |
| 12/12 | 54.37 | AMZN Mktp US*JX8 Amzn.com/bill WA | |
| 12/12 | 76.83 | AMZN Mktp US*VZ1 Amzn.com/bill WA | |
| 12/12 | 97.13 | TURO INC.* TRIP SAN FRANCISCO CA | |
| 12/12 | 215.96 | AMZN Mktp US*CL6 Amzn.com/bill WA | |
| 12/12 | 480.00 | SQ *LONESTAR PDR Austin TX | |
| 12/12 | 975.00 | AUSTIN'S VERY OW 9215986202 SALE WEB | |
| 12/12 | 1,674.73 | ATT 9864031005 249023002GLB2N PAYMENT WEB | |
| 12/12 | 57,440.53 | FREE SPEECH OPS 1261510005 -SETT-CCACH DEP/PAY PPD | |
| 12/13 | 60.83 | AMZN Mktp US*ZE7 Amzn.com/bill WA | |
| 12/13 | 76.62 | DNH*GODADDY.COM 480-505-8855 AZ | |
| 12/13 | 103.94 | AMZN Mktp US*FQ5 Amzn.com/bill WA | |
| 12/13 | 220.36 | AMZN Mktp US*5U6 Amzn.com/bill WA | |
| 12/13 | 249.27 | H-E-B #091 AUSTIN TX | |
| 12/13 | 313.93 | B&H PHOTO 800-60 NEW YORK NY | |
| 12/13 | 1,190.75 | THE RANGE AT AUS AUSTIN TX | |
| 12/13 | 280.36 | ORKIN 0000427522 0328210 ORKIN PEST WEB | |
| 12/13 | 975.00 | AUSTIN'S VERY OW 9215986202 SALE WEB | |
| 12/14 | 104,848.31 | ALEXANDER JONES #22-33553 DIP 043000096 PNC BANK, N.A. S.S 12.14 | |
| 12/14 | 50.00 | Amazon.com*O157Z Amzn.com/bill WA | |
| 12/14 | 63.85 | AMAZON.COM*R17613JB3 SEATTLE WA | |
| 12/14 | 70.14 | Name.com, Inc 7202492374 CO | |
| 12/14 | 81.18 | AMAZON.COM*VO2ZD8KN3 SEATTLE WA | |
| 12/14 | 246.50 | IRON MOUNTAIN BOSTON MA | |

PQPR-5

P0018



30/3

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

PAGE 4

STATEMENT DATE
12/31/23
ACCOUNT NUMBER

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/07 | 31.29 | AMAZON.COM*YC4LZ09Z3 SEATTLE WA | |
| 12/07 | 31.38 | AMZN Mktp US*MH8 Amzn.com/bill WA | |
| 12/07 | 54.00 | AMZN Mktp US*TJ8 Amzn.com/bill WA | |
| 12/07 | 107.17 | AMZN Mktp US*6B1 Amzn.com/bill WA | |
| 12/07 | 169.52 | AMZN Mktp US*EG4 Amzn.com/bill WA | |
| 12/07 | 41,828.97 | FREE SPEECH OPS 1261510005 -SETT-CCACH DEP/PAY PPD | |
| 12/07 | 83,966.50 | FREE SPEECH OPS 1261510005 -SETT-CCACH DEP/PAY PPD | |
| 12/07 | 95,866.27 | FREE SPEECH OPS 1261510005 -SETT-CCACH DEP/PAY PPD | |
| 12/07 | 165,416.65 | FREE SPEECH OPS 1261510005 -SETT-CCACH DEP/PAY PPD | |
| 12/08 | 12.98 | AMAZON.COM*H039292R3 SEATTLE WA | |
| 12/08 | 68.72 | AMAZON.COM*0G7LJ0YA3 SEATTLE WA | |
| 12/08 | 95.22 | AMZN Mktp US*209 Amzn.com/bill WA | |
| 12/08 | 462.81 | TURO INC.* TRIP SAN FRANCISCO CA | |
| 12/08 | 1,046.87 | CABO BOB`S - BEN 512-771-4300 TX | |
| 12/08 | 2,814.00 | THE HARTFORD 9942902727 12649598 NWTBCLSCIC CCD | |
| 12/11 | 8.63 | NST THE HOME DEPOT 0 SUNSET VALLEY TX | |
| 12/11 | 12.22 | SHELL OIL 575456 BAYTOWN TX | |
| 12/11 | 20.16 | CIRCLE K # 40371 RAYNE LA | |
| 12/11 | 21.90 | AMAZON.COM*D43NB5AK3 SEATTLE WA | |
| 12/11 | 25.15 | CHICK-FIL-A #029 HOUSTON TX | |
| 12/11 | 27.06 | WAL-MART #1129 AUSTIN TX | |
| 12/11 | 27.83 | RACEWAY 6946 58 LAKE CHARLES LA | |
| 12/11 | 34.12 | ATLASSIAN SAN FRANCISCO CA | |
| 12/11 | 34.75 | SHELL OIL 575445 AUSTIN TX | |
| 12/11 | 36.61 | RACEWAY 6946 58 LAKE CHARLES LA | |
| 12/11 | 54.02 | RAISING CANES 00 LAFAYETTE LA | |
| 12/11 | 60.01 | BUC-EE'S #28 BASTROP TX | |
| 12/11 | 92.76 | WALGREENS 2650 R R 6 ROUND ROCK TX | |
| 12/11 | 110.42 | AMZN Mktp US*461 Amzn.com/bill WA | |
| 12/11 | 125.13 | H-E-B #373 ROUND ROCK TX | |
| 12/11 | 219.93 | AMZN Mktp US*TZ7 Amzn.com/bill WA | |
| 12/11 | 262.43 | AMZN Mktp US*YL6 Amzn.com/bill WA | |
| 12/11 | 336.01 | AMZN Mktp US*7L8 Amzn.com/bill WA | |
| 12/11 | 417.47 | AMZN Mktp US*7U9 Amzn.com/bill WA | |

PQPR-5

P0018



30/3

FREE SPEECH SYSTEMS LLC PAGE 3
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043 STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350 12/31/23
AUSTIN TX 78741-7424 ACCOUNT NUMBER

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/04 | 2,865.40 | BARRACUDA NETWOR CAMPBELL | CA |
| 12/04 | 3,636.08 | MONGODBCLOUD ITS PALO ALTO | CA |
| 12/04 | 22.29 | ADT 3931064579 953169174 PAYMENT PPD | |
| 12/04 | 25.20 | AUTHNET GATEWAY 1870568569 132672366 BILLING CCD | |
| 12/04 | 75.42 | ADT 3931064579 953169174 PAYMENT PPD | |
| 12/04 | 111.24 | ADT 3931064579 953169174 PAYMENT PPD | |
| 12/04 | 138.15 | ADT 3931064579 953169174 PAYMENT PPD | |
| 12/04 | 138.64 | LATHEM TIME CORP 2580522471 1439874 PAYMENT PPD | |
| 12/04 | 213.20 | INTUIT * 0000756346 7326873 QBOOKS ONL CCD | |
| 12/04 | 218.87 | DIRECTV 9DTVDTV 083741384 PAYMENT PPD | |
| 12/04 | 904.81 | ADT 3931064579 953169174 PAYMENT PPD | |
| 12/04 | 1,538.22 | ADT 3931064579 953169174 PAYMENT PPD | |
| 12/04 | 4,594.31 | WEBFILE TAX PYMT 2146000311 902/74166389 DD CCD | |
| 12/04 | 4,700.03 | WEBFILE TAX PYMT 2146000311 902/74166405 DD CCD | |
| 12/05 | 9.70 | LOWE'S #689 5510 SOU AUSTIN | TX |
| 12/05 | 68.02 | AMAZON.COM*ZL2FV3TP3 SEATTLE | WA |
| 12/05 | 125.68 | AMAZON.COM*JY0KC0LI3 SEATTLE | WA |
| 12/05 | 555.34 | FDCSERVERSN 3124236675 | FL |
| 12/06 | 500.00 | ATM 5501 HIGHWAY 290 WES AUSTIN | TX |
| 12/06 | 35.16 | DNH*GODADDY.COM TEMPE | AZ |
| 12/06 | 216.40 | NRI*NEW RELIC 888-643-8776 | CA |
| 12/06 | 246.50 | IRON MOUNTAIN BOSTON | MA |
| 12/06 | 329.49 | HEB ONLINE #108 855-803-0611 | TX |
| 12/06 | 95.50 | CUSTOMER CHECK CHARGE 120623 | |
| 12/07 | 25,498.54 | ALEXANDER JONES #22-33553 DIP 043000096 PNC BANK, N.A. S.S 12.7 | |

PQPR-5

P0018



30/3

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
12/31/23
ACCOUNT NUMBER

INFOLINE 1-888-797-7711

* * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 578,946.50 | AVERAGE BALANCE | |
| + 18 CREDITS | 2,079,864.45 | | 204,962 |
| - 182 DEBITS | 2,565,867.88 | YTD INTEREST PAID | |
| - SERVICE CHARGES | 95.67 | | .00 |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 92,847.40 | | |

DAYS IN PERIOD 31

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/01 | 1.49 | REV UNAUTHORIZED ACH TRANSACTION | |
| 12/01 | 126.78 | REV UNAUTHORIZED ACH TRANSACTION | |
| 12/01 | 3,680.93 | REV UNAUTHORIZED ACH TRANSACTION | |
| 12/04 | 813.52 | UNAUTHORIZED ACH TRANSACTION | |
| 12/04 | 2,814.00 | UNAUTHORIZED ACH TRANSACTION | |
| 12/07 | 95.50 | UNAUTHORIZED ACH TRANSACTION | |
| 12/08 | 118.11 | TURO INC.* TRIP SAN FRANCISCO CA | |
| 12/11 | 2,814.00 | REV UNAUTHORIZED ACH TRANSACTION | |
| 12/12 | 225.15 | AMZN Mktp US Amzn.com/bill WA | |
| 12/12 | 1,330.00 | REV UNAUTHORIZED ACH TRANSACTION | |
| 12/12 | 59,636.78 | ONLINE TRANSFER CREDIT 121223 CADENCE BANK XFER CR ONLINE CUSTOMER TRANSFER FROM IM | |
| 12/12 | 176,375.50 | ONLINE TRANSFER CREDIT 121223 CADENCE BANK XFER CR ONLINE CUSTOMER TRANSFER FROM IM | |
| 12/14 | 185,623.75 | ONLINE TRANSFER CREDIT 121423 CADENCE BANK XFER CR ONLINE CUSTOMER TRANSFER FROM IM | |
| 12/14 | 384,903.27 | ONLINE TRANSFER CREDIT 121423 CADENCE BANK XFER CR ONLINE CUSTOMER TRANSFER FROM IM | |

PQPR-5