UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

## ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER

Upon consideration of *PQPR Holding Limited, LLC's* ("PQPR") *Motion for entry of an Order Directing the Appointment of an Examiner* (the "Motion"), the Court finds that there is basis for appointment of an examiner pursuant to 11 U.S.C. § 1104(c). Based on the foregoing, it is hereby ORDERED as follows:

1. Motion is GRANTED.

2. The U.S. Trustee is directed to appoint an examiner (the "Examiner") pursuant to 11 U.S.C. § 1104(c).

3. The Examiner shall:

    a. Direct counsel for the debtor as to all legal activities of the debtor, including the prosecution of a plan of reorganization, negotiations with estate constituents, and resolution of legal proceedings as is appropriate;

    b. Report to the Court quarterly regarding the legal activities of the debtor, or at such other intervals as is appropriate.

Dated: _____, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER LOPEZ
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE