IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| | § | |
| Debtor. | § | |

**NOTICE OF HEARINGS**
[Relates to ECF #835 and 841]

This is notice that on March 11, 2024, at 3:00 p.m., the Court will conduct a hearing on the matter described below. See Judge Lopez's webpage for information regarding appearances and electronic evidence.[1]

| Matter | ECF # |
|---|---|
| Debtor's Emergency Application for Entry of an Order (I) Authorizing the Debtors to Retain and Employ O'ConnnorWechsler, PLLC as Bankruptcy Counsel and (II) Granting Related Relief | 835 |
| Debtor's Emergency Motion to File Under Seal an Unredacted Version of the Redacted Filing at ECF # 836, Debtor's Response to the Motion to Withdraw of Counsel Assigned ECF # 830, Unopposed by Movant | 841 |

Respectfully submitted,

O'CONNORWECHSLER PLLC
By: /s/ Annie Catmull
Annie E. Catmull
State Bar No. 00794932
aecatmull@o-w-law.com
Kathleen A. O'Connor
State Bar. No. 00793468
4400 Post Oak Plaza, Suite 2360

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez

1

Houston, Texas 77027
Telephone: (281) 814-5977

PROPOSED COUNSEL FOR FREE SPEECH SOLUTIONS, LLC

### Certificate of Service

I certify that on March 7, 2024, all parties who have made an electronic appearance were served a copy of the attached notice of hearing through the Court's ECF notification system.

*/s/ Annie Catmull*
Annie E. Catmull

2