**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| | § | |
| Debtor. | § | |

**NOTICE OF PROPOSED ORDER**
[Relates to ECF # 830]

This is notice of the attached proposed order for resolution of the motion at ECF # 830, which order, as evidenced by signatures of counsel, is agreed to by Debtor and the Law Offices of Ray Battaglia, PLLC.

Respectfully submitted,

O'CONNORWECHSLER PLLC
By: */s/ Annie Catmull*
Annie E. Catmull
State Bar No. 00794932
aecatmull@o-w-law.com
Kathleen A. O'Connor
State Bar. No. 00793468
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

PROPOSED COUNSEL FOR FREE SPEECH SOLUTIONS, LLC

**Certificate of Service**

I certify that on March 7, 2024, all parties who have made an electronic appearance were

served a copy of the attached notice through the Court's ECF notification system.

*/s/ Annie Catmull*
Annie E. Catmull

1