**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **FREE SPEECH SYSTEMS LLC,** | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

**PQPR's AMENDED WITNESS AND EXHIBIT LIST**

| Main Case No: 22-60043 | Name of Debtor: Free Speech Systems LLC |
|---|---|
| Adversary No: | Style of Adversary: |
| Witnesses: | |
| Patrick Magill; | Judge: Hon. Christopher M. Lopez |
| Ray Battaglia; | Courtroom Deputy: |
| Harold "Hap" May; and | Hearing Date: Monday, March 11, 2024 |
| Any witness identified by any other party | Hearing Time: 3:00 p.m. (CT) and 3:30 p.m. (CT) |
| | Party's Name: PQPR Holdings Limited, LLC |
| | Attorney's Name: Stephen W. Lemmon |
| | Attorney's Phone: 512-220-2688 |
| | Nature of Proceeding: Debtor's Amended Emergency Application to Employ Harold "Hap" May PC as counsel, [Dkt No. 809]<br><br>Emergency Motion of The Law Offices of Ray Battaglia, PLLC, to Withdraw as Counsel for Free Speech Systems, LLC, [Dkt No. 830] |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| PQPR-1 | Debtor's Amended Emergency Application for Entry of an Order Authorizing the Debtor to Retain and Employ Harold "Hap" May, PC as Co-Counsel [Docket 809] | | | | |
| PQPR-2 | Debtor's Notice of Cash Collateral Budget for March 2024 [Docket | | | | |

1

|         |                                                                            |  |  |  |  |
|---------|----------------------------------------------------------------------------|--|--|--|--|
|         | 824]                                                                       |  |  |  |  |
| PQPR-3  | Debtor's Monthly Operating Report for October 2023 [Docket 757]            |  |  |  |  |
| PQPR-4  | Debtor's Monthly Operating Report for November 2023 [Docket 798]           |  |  |  |  |
| PQPR-5  | Debtor's Monthly Operating Report for December 2023 [Docket 791]           |  |  |  |  |
| PQPR-6  | Debtor's Monthly Operating Report for January 2024 [Docket 818]            |  |  |  |  |
| PQPR-7  | Amended Declaration of Liz Freeman [Docket 803]                            |  |  |  |  |
| PQPR-8  | Exhibit A to Docket 778 (Battaglia fee records) [Docket 778-1]             |  |  |  |  |
|         | Any exhibits offered by any other party                                    |  |  |  |  |

Dated: March 8, 2024

Respectfully submitted,

STREUSAND, LANDON & OZBURN, LLP

By: */s/Stephen W. Lemmon*
   Stephen W. Lemmon
   Texas Bar. No. 12194500
   STREUSAND, LANDON, OZBURN & LEMMON, LLP
   1801 S. MoPac Expressway, Suite 320
   Austin, Texas 78746
   Telephone: (512) 236-9900
   Facsimile: (512) 236-9904
   lemmon@slollp.com
   **ATTORNEYS FOR**
   **PQPR HOLDINGS LIMITED, LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 8th day of March, 2024.

                                        */s/ Stephen W. Lemmon*
                                        Stephen W. Lemmon