**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____    Date report filed: _____
                                          MM / DD / YYYY

Line of business: _____    NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|     |     | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page **1**


**PQPR-5**

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ❏ ❏ ❏
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏ ❏ ❏

*** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.      $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.      $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.      − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.      + $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.      = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ _____
    *(Exhibit E)*

Debtor Name  _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____
27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____
30. How much have you paid this month in other professional fees?  $ _____
31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** — Copy lines 35-37 from the previous month's report. | *Column B* **Actual** — Copy lines 20-22 of this report. | *Column C* **Difference** — Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ _____ | $ _____ | $ _____ |
| 33. **Cash disbursements** | $ _____ | $ _____ | $ _____ |
| 34. **Net cash flow** | $ _____ | $ _____ | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  − $ _____
37. Total projected net cash flow for the next month:  = $ _____

Official Form 425C      **Monthly Operating Report for Small Business Under Chapter 11**      page **3**

**PQPR-5**

Debtor Name  _____   Case number_____

**PQPR-5**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❏  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❏  39.  Bank reconciliation reports for each account.

- ❏  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❏  41.  Budget, projection, or forecast reports.

- ❏  42.  Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit E**
**Total Payables**

*As of December 31, 2023*

| From | Amount | Due Date | |
|---|---:|---|---|
| **Trade AP** | | | |
| Jonathon Wolfe | 10,500.00 | 11/07/2023 | *(a)* |
| Cloudflare Inc | 63,320.40 | 12/1/2023 | |
| Subscribe Pro Inc | 275.00 | 12/03/2023 | |
| Daniel Lyman | 4,000.00 | 12/14/2023 | |
| Addshoppers Inc. | 2,989.00 | 12/15/2023 | |
| ATX HD | 20,671.00 | 12/20/2023 | |
| Cloudflare Inc | 63,320.40 | 12/26/2023 | |
| Jani-King | 3,623.13 | 12/27/2023 | |
| Robert Dew | 20,000.00 | 12/27/2023 | |
| Wes Perkins | 647.98 | 12/27/2023 | |
| Lumen | 9,685.84 | 1/23/2024 | |
| | **199,032.75** | | |
| **Inventory** | | | |
| Hi Tech Pharm | 598,762.50 | 12/20/2023 | |
| Yellow Emperor | 93,750.00 | 12/13/2023 | |
| Yellow Emperor | 87,500.00 | 12/13/2023 | |
| Ready Alliance | 24,729.90 | 12/10/2023 | |
| Ready Alliance | 21,240.51 | 12/24/2023 | |
| Ready Alliance | 17,839.81 | 12/31/2023 | |
| Skyhorse Publishing | 5,422.50 | 01/10/2024 | |
| Skyhorse Publishing | 5,040.00 | 01/10/2024 | |
| | **854,285.22** | | |
| **Legal / Consulting Fees** | | | |
| | - | | |
| **Total Accounts Payable** | **1,053,317.97** | | |

*(a) Disputed*

**PQPR-5**



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits that are unpaid as of the end of the month as receivables*

*As of December 31, 2023*

| From | Amount | Due Date |
|---|---:|---|
| Processor T | 109,991.95 | 12/18/2023 |
| Processor T | 97,466.73 | 12/19/2023 |
| Processor T | 85,191.21 | 12/20/2023 |
| Processor T | 71,512.32 | 12/21/2023 |
| Processor T | 67,295.14 | 12/22/2023 |
| Processor T | 51,178.07 | 12/23/2023 |
| Processor T | 36,419.05 | 12/24/2023 |
| Processor T | 27,364.80 | 12/25/2023 |
| Processor T | 53,053.28 | 12/26/2023 |
| Processor T | 62,855.40 | 12/27/2023 |
| Processor T | 79,885.19 | 12/28/2023 |
| Processor T | 111,948.76 | 12/29/2023 |
| Processor T | 82,395.97 | 12/30/2023 |
| Processor T | 68,910.78 | 12/31/2023 |
| | **1,005,468.65** | |

*FSS switched credit card processors in October in order to reduce our bankcard rate from 7.0% to 5.5%. The settlement period in the new contract is listed as 5-10 business days and it has been averaging 12 days. The Accounts Receivable balance at month end is trending higher than previous months. As of the date of this MOR filing, all of the above AR has been collected by FSS.*

**PQPR-5**



| | AXOS Deposits<br># 78877 | AXOS Operating<br># 78919 | AXOS Donations<br># 78885 | AXOS Payroll<br># 78927 | AXOS Infowars<br># 78893 # 77838 | AXOS Legal<br># 78901 | CADE Deposits<br># 8-099-2 | CADE Operating<br># 8-100-8 | CADE Donations<br># 8-101-6 | CADE Payroll<br># 8-102-4 | CADE Escrow<br># 8-103-2 | TOTAL<br>All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **December 1 to December 31** | | | | | | | | | | | | |
| **Opening Balance** | - | 409.58 | - | - | 85,772.78 | - | 726,866.83 | 578,946.50 | 96,355.21 | 5,000.00 | 565,887.38 | **2,059,238.28** |
| Cash Receipts | - | - | - | - | - | - | 3,794,157.86 | 15,773.17 | 2,126.00 | - | - | **3,812,057.03** |
| Cash Disbursements | - | - | - | - | - | - | - | (2,558,096.53) | - | (343,998.72) | - | **(2,902,095.25)** |
| **Net Cash Flow** | - | - | - | - | - | - | 3,794,157.86 | (2,542,323.36) | 2,126.00 | (343,998.72) | - | **909,961.78** |
| Transfers In | - | - | - | - | - | - | - | 2,056,224.26 | - | 343,998.72 | - | *2,400,222.98* |
| Transfers Out | - | - | - | - | - | - | (2,400,222.98) | - | - | - | - | *(2,400,222.98)* |
| **Cash on Hand** | - | 409.58 (a) | - | - | 85,772.78 (a) | - | 2,120,801.71 | 92,847.40 | 98,481.21 | 5,000.00 | 565,887.38 | **2,969,200.06** |

(a) On 10/26 AXOS bank closed our accounts for the second time in 30 days, despite assurances that they would work with FSS to provide an orderly transition. There was some confusion with the InfoWars account #78893 and the InfoW Account #77838 with the multiple account closures and cashiers checks that were sent to the Austin office. The InfoW address on file with AXOS was to a different office and as of 12/31 we were still working with AXOS bank to get the closing balance to the correct account. We are working diligently to resolve this issue.

**PQPR-5**



P0053

```
                                                            30/0

     FREE SPEECH SYSTEMS LLC
     PAYROLL ACCOUNT
     3019 ALVIN DEVANE BLVD STE 350
     AUSTIN TX 78741-7424                 STATEMENT DATE
                                               12/31/23
                                          ACCOUNT NUMBER


     INFOLINE  1-888-797-7711
     * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *
     PREVIOUS BALANCE          5,000.00        AVERAGE BALANCE
     +     2 CREDITS         343,998.72                  5,000
     -     2 DEBITS          343,998.72        YTD INTEREST PAID
     -  SERVICE CHARGES            .00                     .00
     +  INTEREST PAID               .00
     ENDING BALANCE            5,000.00


     DAYS IN PERIOD                                          31

     * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
         DEPOSITS AND OTHER CREDITS
     DATE..........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
     12/12      168,461.88 ONLINE TRANSFER CREDIT 121223
                           CADENCE BANK     XFER CR     ONLINE
                           CUSTOMER TRANSFER FROM

     12/26      175,536.84 ONLINE TRANSFER CREDIT 122623
                           CADENCE BANK     XFER CR     ONLINE
                           CUSTOMER TRANSFER FROM

         OTHER DEBITS
     DATE..........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
     12/12      168,461.88 MMMH & COMPANY
                           084201278 CADENCE BANK
                           PR 12.12
     12/26      175,536.84 MMMH & COMPANY
                           084201278 CADENCE BANK
                           PR 12.26
     * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
         DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
       11/30      5000.00   12/12      5000.00   12/26      5000.00
```

**PQPR-5**



```
                                                              30/0
    FREE SPEECH SYSTEMS LLC
    DONATIONS ACCOUNT
    3019 ALVIN DEVANE BLVD STE 350
    AUSTIN TX 78741-7424                          STATEMENT DATE
                                                      12/31/23
                                                  ACCOUNT NUMBER


    INFOLINE  1-888-797-7711
    * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *
    PREVIOUS BALANCE              96,355.21       AVERAGE BALANCE
      +    2  CREDITS              2,221.50               97,586
      -    1  DEBITS                  95.50    YTD INTEREST PAID
      -  SERVICE CHARGES              .00                    .00
      +  INTEREST PAID                .00
    ENDING BALANCE                98,481.21


    DAYS IN PERIOD                                            31

    * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
        DEPOSITS AND OTHER CREDITS
    DATE.........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
    12/07         95.50 UNAUTHORIZED ACH TRANSACTION
    12/14      2,126.00 DEPOSIT
        OTHER DEBITS
    DATE.........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
    12/06         95.50 CUSTOMER CHECK CHARGE   120623
    * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * *
      DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
    11/30      96355.21   12/07    96355.21   12/14    98481.21
    12/06      96259.71
```

PQPR-5

P0082



```
                                                               30/0
FREE SPEECH SYSTEMS LLC                              PAGE       3
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424                              STATEMENT DATE
                                                       12/31/23
                                                  ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
12/29     84,586.58                 945440567
                         I2VLVBGG             PPD
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
12/12     59,636.78 ONLINE TRANSFER DEBIT   121223
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM

12/12    168,461.88 ONLINE TRANSFER DEBIT   121223
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM

12/12    176,375.50 ONLINE TRANSFER DEBIT   121223
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO

12/14    185,623.75 ONLINE TRANSFER DEBIT   121423
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO

12/14    384,903.27 ONLINE TRANSFER DEBIT   121423
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO

12/15    432,794.67 ONLINE TRANSFER DEBIT   121523
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO

12/21    702,094.74 ONLINE TRANSFER DEBIT   122123
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO

12/26    175,536.84 ONLINE TRANSFER DEBIT   122623
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO

12/28    114,795.55 ONLINE TRANSFER DEBIT   122823
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO
```

**PQPR-5**



P0082

```
                                                              30/0
                                                        PAGE    2
    FREE SPEECH SYSTEMS LLC
    DEPOSIT ACCOUNT
    3019 ALVIN DEVANE BLVD STE 350
    AUSTIN TX 78741-7424                        STATEMENT DATE
                                                     12/31/23
                                                ACCOUNT NUMBER


    * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * *
        DEPOSITS AND OTHER CREDITS
    DATE.........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
    12/13     142,305.82                   945440567
                             IGOX8KEZG                PPD
    12/14        156.08 MY STORE           1832821631
                                           PAYMENTS   CCD
    12/14      3,673.55                    1270478020
                                           VENDOR PAY CCD
    12/14    103,874.45                    945440567
                             I6BYN2NZB                PPD
    12/18    104,877.28                    945440567
                             IV8BY46ZL                PPD
    12/18    114,789.89                    945440567
                             IYO9V9094                PPD
    12/19    118,448.08                    945440567
                             IXBL58OKJ                PPD
    12/20      4,023.16                    1270478020
                                           VENDOR PAY CCD
    12/20    156,818.69                    945440567
                             IXBL2A697                PPD
    12/21    125,628.40                    945440567
                             IWBZL9N7A                PPD
    12/21    140,175.27                    945440567
                             IYO97P57Z                PPD
    12/21    583,333.00                              LLC
                       107006428                     BAN
    12/22    112,096.06                    945440567
                             INRN4KVAZ               PPD
    12/26     86,447.42                    945440567
                             IABLL477E               PPD
    12/26    134,337.69                    945440567
                             ILVPP2MMA               PPD
    12/27    140,153.08                    945440567
                             IVOAANKEN               PPD
    12/28      2,329.69                    1270478020
                                           VENDOR PAY CCD
    12/28    126,121.95                    945440567
                             IURM9RBNR               PPD
    12/29        170.29 MY STORE           1832821631
                                           PAYMENTS  CCD
```

**PQPR-5**



P0082

30/0

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
12/31/23
ACCOUNT NUMBER

INFOLINE  1-888-797-7711
\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \*
```
PREVIOUS BALANCE          726,866.83      AVERAGE BALANCE
  +    33 CREDITS       3,794,157.86               1,707,168
  -     9 DEBITS        2,400,222.98    YTD INTEREST PAID
  -    SERVICE CHARGES         .00                      .00
  +    INTEREST PAID            .00
ENDING BALANCE          2,120,801.71
```

DAYS IN PERIOD                                                    31

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*
    DEPOSITS AND OTHER CREDITS
```
DATE........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
12/01     144,943.11                  945440567
                       I6BLMO57W               PPD
12/01     167,539.77                  945440567
                       IWBXWN6R4               PPD
12/01     212,624.90                  945440567
                       I8596JPER               PPD
12/04     186,667.27                  945440567
                       IO4NV9L2E               PPD
12/05     150,922.69                  945440567
                       I4KZWLMGY               PPD
12/06       5,191.64                 1270478020
                       VENDOR PAY              CCD
12/06      86,324.13                  945440567
                       I4KZRW8B5               PPD
12/06     136,476.92                  945440567
                       ILVLYWX86               PPD
12/07      91,042.28                  945440567
                       I4KZ877K9               PPD
12/07      50,479.00 DEPOSIT
12/08       7,710.18                 9111111101
                       613088366555FTF DIRECT DEP PPD
12/11     120,340.61                  945440567
                       I85999BOV               PPD
12/11     149,508.83                  945440567
                       IABXXONY                PPD
```



```
                                                            30/3
                                                    PAGE       8
    FREE SPEECH SYSTEMS LLC
    OPERATIONS ACCOUNT
    BANKRUPTCY DEBTOR IN PROCESS CH 11
    CASE 22-60043                               STATEMENT DATE
    3019 ALVIN DEVANE BLVD STE 350                    12/31/23
    AUSTIN TX 78741-7424                        ACCOUNT NUMBER
```

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION              CHK NO/ATM CD
12/27         219.60 AMZN Mktp US*5X3 Amzn.com/bill WA
12/27       4,804.32 WEBFILE TAX PYMT 2146000311
                     902/74394456         DD        CCD
12/28      32,204.42 ALEXANDER JONES #22-33553 DIP
                     043000096 PNC BANK, N.A.
                     AP 12.28
12/28          40.00 VERCEL PRO         COVINA         CA
12/28         616.13 2COCOM*BITDEFEND Alpharetta       GA
12/28       5,300.00 FREE SPEECH OPS   1261510005
                     -SETT-CCACH        DEP/PAY      PPD
12/28      74,302.13 FREE SPEECH OPS   1261510005
                     -SETT-CCACH        DEP/PAY      PPD

\* \* \* \* \* \* \* \* \* DAILY BALANCE SUMMARY \* \* \* \* \* \* \* \* \* \* \*
    DATE.......BALANCE     DATE.......BALANCE     DATE.......BALANCE
    11/30    578946.50     12/11    140542.68     12/20     98206.46
    12/01    577644.60     12/12    138491.39     12/21     96618.00
    12/04    560424.36     12/13     61496.93     12/22     95971.71
    12/05    559665.62     12/14    172384.57     12/26     95581.73
    12/06    558242.57     12/15    163800.11     12/27     90514.53
    12/07    145367.78     12/18    117124.65     12/28     92847.40
    12/08    140985.29     12/19    116614.58

**PQPR-5**



P0018

```
                                                                30/3
    FREE SPEECH SYSTEMS LLC                              PAGE      7
    OPERATIONS ACCOUNT
    BANKRUPTCY DEBTOR IN PROCESS CH 11
    CASE 22-60043                                    STATEMENT DATE
    3019 ALVIN DEVANE BLVD STE 350                         12/31/23
    AUSTIN TX 78741-7424                             ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION          CHK NO/ATM CD
12/18       2,302.77 H-E-B #091            AUSTIN           TX
12/18       3,462.99 DAVE & BUSTER'S       AUSTIN           TX
12/18       3,787.67 APPLE.COM/US          800-676-2775     CA
12/18       3,897.86 MSFT * E0400Q24T      MSBILL.INFO      WA
12/19          18.92 HOVER                 8667316556       MS
12/19         128.27 TEXASGASSERVICE       8007002443       OK
12/19         181.44 TWITTER PAID FEA SAN FRANCISCO CA
12/19         181.44 TWITTER PAID FEA SAN FRANCISCO CA
12/20          19.49 AMZN Mktp US*LZ1 Amzn.com/bill WA
12/20          44.14 AMZN Mktp US*QB9 Amzn.com/bill WA
12/20          75.57 Walmart.com           Bentonville      AR
12/20          78.95 AMZN Mktp US*523 Amzn.com/bill WA
12/20          85.51 AMZN Mktp US*U16 Amzn.com/bill WA
12/20         112.32 AMZN Mktp US*S68 Amzn.com/bill WA
12/20         490.38 AMZN Mktp US*FR8 Amzn.com/bill WA
12/20         545.34 FDCSERVERSN           3124236675       FL
12/20         899.00 AWIO WEB SERVICE CARY               NC
12/20       4,289.35 ADOBE  *ACROBAT       4085366000       CA
12/20       4,700.52 TRAVELERS BUS IN 800-252-2268    VA
12/20       7,067.55 CITY OF AUSTIN T 5746000085
                     5376658312            PAYMENT    WEB
12/21      82,945.40 ALEXANDER JONES #22-33553 DIP
                     043000096 PNC BANK, N.A.
                     S.S 12.21
12/21          51.96 AMAZON.COM*NA73U1QQ3 SEATTLE           WA
12/21         639.60 CLOUDFLARE        SAN FRANCISCO CA
12/21         896.92 PRIMO WATER           TAMPA            FL
12/21     186,451.82 FREE SPEECH OPS 1261510005
                     -SETT-CCACH           DEP/PAY    PPD
12/21     432,697.50 FREE SPEECH OPS 1261510005
                     -SETT-CCACH           DEP/PAY    PPD
12/22         215.43 ONLINE STORE SAL 361-816-4113     TX
12/22         215.43 ONLINE STORE SAL 361-816-4113     TX
12/22         215.43 ONLINE STORE SAL 361-816-4113     TX
12/26          10.00 PRITUNL PREMIUM       SEATTLE          WA
12/26          24.00 GITHUB, INC.      SAN FRANCISCO CA
12/26          43.28 AMZN Mktp US*YO6 Amzn.com/bill WA
12/26         100.00 RUMBLEVIDEO           TORONTO          ON
12/26         212.70 H-E-B #673            ROUND ROCK       TX
12/27          43.28 AMZN Mktp US*L13 Amzn.com/bill WA
```

**PQPR-5**



P0018

```
                                                                30/3
     FREE SPEECH SYSTEMS LLC                          PAGE       6
     OPERATIONS ACCOUNT
     BANKRUPTCY DEBTOR IN PROCESS CH 11
     CASE 22-60043                                STATEMENT DATE
     3019 ALVIN DEVANE BLVD STE 350                     12/31/23
     AUSTIN TX 78741-7424                         ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     OTHER DEBITS
  DATE.........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
  12/14          125.73 SPECTRUM            0000358635
                        0555076             SPECTRUM    PPD
  12/14       21,439.76 FREE SPEECH OPS     1261510005
                        -SETT-CCACH         DEP/PAY     PPD
  12/14       80,775.44 FREE SPEECH OPS     1261510005
                        -SETT-CCACH         DEP/PAY     PPD
  12/14      263,463.51 FREE SPEECH OPS     1261510005
                        -SETT-CCACH         DEP/PAY     PPD
  12/14           95.67 XAA ANALYSIS
  12/15           22.43 AMZN Mktp US*5N7 Amzn.com/bill WA
  12/15           30.28 AMZN Mktp US*335 Amzn.com/bill WA
  12/15           34.63 AMZN Mktp US*HP2 Amzn.com/bill WA
  12/15           67.31 WALGREENS 2650 R R 6 ROUND ROCK    TX
  12/15           71.52 AMZN Mktp US*9Y8 Amzn.com/bill WA
  12/15          159.19 BACKBLAZE.COM        SAN MATEO       CA
  12/15          266.50 NRI*NEW RELIC        888-643-8776    CA
  12/15          279.01 AMZN Mktp US*3R0 Amzn.com/bill WA
  12/15          568.40 GOOGLE *FIBER V6SCNF Mountain View CA
  12/15          571.19 FDCSERVERSN          3124236675      FL
  12/15        2,814.00 THE HARTFORD         9942902727
                        12649598             NTCLBIIVRC CCD
  12/15        3,700.00 FREE SPEECH OPS     1261510005
                        -SETT-CCACH         DEP/PAY     PPD
  12/15      432,794.67 FREE SPEECH OPS     1261510005
                        -SETT-CCACH         DEP/PAY     PPD
  12/18           36.67 AMZN Mktp US*NQ6 Amzn.com/bill WA
  12/18           39.99 GROKABILITY: SNI SAN DIEGO        CA
  12/18           39.99 GROKABILITY: SNI SAN DIEGO        CA
  12/18           39.99 GROKABILITY: SNI SAN DIEGO        CA
  12/18           39.99 GROKABILITY: SNI SAN DIEGO        CA
  12/18           54.95 AMZN Mktp US*0G6 Amzn.com/bill WA
  12/18           55.52 Amazon.com*LI0KS Amzn.com/bill WA
  12/18           68.55 H-E-B #781              GEORGETOWN    TX
  12/18           92.71 AMZN Mktp US*280 Amzn.com/bill WA
  12/18           94.57 AMZN Mktp US*2Z8 Amzn.com/bill WA
  12/18          168.93 AMZN Mktp US*A14 Amzn.com/bill WA
  12/18          208.72 AMZN Mktp US*Y57 Amzn.com/bill WA
  12/18          237.55 AMZN Mktp US*ODG Amzn.com/bill WA
  12/18          269.36 AMZN Mktp US*YT1 Amzn.com/bill WA
  12/18          327.07 DOUBLE DAVES PIZ AUSTIN             TX
```

**PQPR-5**



P0018

```
                                                                  30/3
   FREE SPEECH SYSTEMS LLC                                PAGE       5
   OPERATIONS ACCOUNT
   BANKRUPTCY DEBTOR IN PROCESS CH 11
   CASE 22-60043                                       STATEMENT DATE
   3019 ALVIN DEVANE BLVD STE 350                            12/31/23
   AUSTIN TX 78741-7424                                ACCOUNT NUMBER
```

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---:|---|---|
| 12/11 | 1,330.00 | GRANDE COMMUNICA 0000173049 | |
| | | 9297917        TELECOMM    WEB | |
| 12/12 | 2,196.25 | SECURITY BANK OF CRAWFORD | |
| | | 111010170 TIB THE INDEPENDEN | |
| | | RV | |
| 12/12 | 176,375.50 | ALEXANDER JONES #22-33553 DIP | |
| | | 043000096 PNC BANK, N.A. | |
| | | AEJ BOOKS | |
| 12/12 | 32.42 | AMAZON.COM*ED3QV1KS3 SEATTLE | WA |
| 12/12 | 54.37 | AMZN Mktp US*JX8 Amzn.com/bill | WA |
| 12/12 | 76.83 | AMZN Mktp US*VZ1 Amzn.com/bill | WA |
| 12/12 | 97.13 | TURO INC.* TRIP   SAN FRANCISCO | CA |
| 12/12 | 215.96 | AMZN Mktp US*CL6 Amzn.com/bill | WA |
| 12/12 | 480.00 | SQ *LONESTAR PDR Austin | TX |
| 12/12 | 975.00 | AUSTIN'S VERY OW 9215986202 | |
| | | SALE        WEB | |
| 12/12 | 1,674.73 | ATT          9864031005 | |
| | | 249023002GLB2N  PAYMENT   WEB | |
| 12/12 | 57,440.53 | FREE SPEECH OPS  1261510005 | |
| | | -SETT-CCACH    DEP/PAY    PPD | |
| 12/13 | 60.83 | AMZN Mktp US*ZE7 Amzn.com/bill | WA |
| 12/13 | 76.62 | DNH*GODADDY.COM   480-505-8855 | AZ |
| 12/13 | 103.94 | AMZN Mktp US*FQ5 Amzn.com/bill | WA |
| 12/13 | 220.36 | AMZN Mktp US*5U6 Amzn.com/bill | WA |
| 12/13 | 249.27 | H-E-B #091             AUSTIN | TX |
| 12/13 | 313.93 | B&H PHOTO 800-60 NEW YORK | NY |
| 12/13 | 1,190.75 | THE RANGE AT AUS AUSTIN | TX |
| 12/13 | 280.36 | ORKIN           0000427522 | |
| | | 0328210         ORKIN PEST WEB | |
| 12/13 | 975.00 | AUSTIN'S VERY OW 9215986202 | |
| | | SALE       WEB | |
| 12/14 | 104,848.31 | ALEXANDER JONES #22-33553 DIP | |
| | | 043000096 PNC BANK, N.A. | |
| | | S.S 12.14 | |
| 12/14 | 50.00 | Amazon.com*O157Z Amzn.com/bill | WA |
| 12/14 | 63.85 | AMAZON.COM*R17613JB3 SEATTLE | WA |
| 12/14 | 70.14 | Name.com, Inc    7202492374 | CO |
| 12/14 | 81.18 | AMAZON.COM*VO2ZD8KN3 SEATTLE | WA |
| 12/14 | 246.50 | IRON MOUNTAIN       BOSTON | MA |



P0018

```
                                                              30/3
    FREE SPEECH SYSTEMS LLC                         PAGE       4
    OPERATIONS ACCOUNT
    BANKRUPTCY DEBTOR IN PROCESS CH 11
    CASE 22-60043                                 STATEMENT DATE
    3019 ALVIN DEVANE BLVD STE 350                     12/31/23
    AUSTIN TX 78741-7424                          ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION          CHK NO/ATM CD
12/07           31.29 AMAZON.COM*YC4LZ09Z3 SEATTLE       WA
12/07           31.38 AMZN Mktp US*MH8 Amzn.com/bill WA
12/07           54.00 AMZN Mktp US*TJ8 Amzn.com/bill WA
12/07          107.17 AMZN Mktp US*6B1 Amzn.com/bill WA
12/07          169.52 AMZN Mktp US*EG4 Amzn.com/bill WA
12/07       41,828.97 FREE SPEECH OPS   1261510005
                      -SETT-CCACH       DEP/PAY   PPD
12/07       83,966.50 FREE SPEECH OPS   1261510005
                      -SETT-CCACH       DEP/PAY   PPD
12/07       95,866.27 FREE SPEECH OPS   1261510005
                      -SETT-CCACH       DEP/PAY   PPD
12/07      165,416.65 FREE SPEECH OPS   1261510005
                      -SETT-CCACH       DEP/PAY   PPD
12/08           12.98 AMAZON.COM*H039292R3 SEATTLE       WA
12/08           68.72 AMAZON.COM*0G7LJ0YA3 SEATTLE       WA
12/08           95.22 AMZN Mktp US*209 Amzn.com/bill WA
12/08          462.81 TURO INC.* TRIP   SAN FRANCISCO CA
12/08        1,046.87 CABO BOB`S - BEN 512-771-4300    TX
12/08        2,814.00 THE HARTFORD      9942902727
                      12649598          NWTBCLSCIC CCD
12/11            8.63 NST THE HOME DEPOT 0 SUNSET VALLEY TX
12/11           12.22 SHELL OIL 575456 BAYTOWN           TX
12/11           20.16 CIRCLE K # 40371 RAYNE             LA
12/11           21.90 AMAZON.COM*D43NB5AK3 SEATTLE       WA
12/11           25.15 CHICK-FIL-A #029 HOUSTON           TX
12/11           27.06 WAL-MART #1129        AUSTIN       TX
12/11           27.83 RACEWAY 6946  58 LAKE CHARLES      LA
12/11           34.12 ATLASSIAN        SAN FRANCISCO CA
12/11           34.75 SHELL OIL 575445 AUSTIN            TX
12/11           36.61 RACEWAY 6946  58 LAKE CHARLES      LA
12/11           54.02 RAISING CANES 00 LAFAYETTE         LA
12/11           60.01 BUC-EE'S #28     BASTROP           TX
12/11           92.76 WALGREENS 2650 R R 6 ROUND ROCK    TX
12/11          110.42 AMZN Mktp US*461 Amzn.com/bill WA
12/11          125.13 H-E-B #373          ROUND ROCK     TX
12/11          219.93 AMZN Mktp US*TZ7 Amzn.com/bill WA
12/11          262.43 AMZN Mktp US*YL6 Amzn.com/bill WA
12/11          336.01 AMZN Mktp US*7L6 Amzn.com/bill WA
12/11          417.47 AMZN Mktp US*7U9 Amzn.com/bill WA
```

**PQPR-5**



P0018

```
                                                           30/3
  FREE SPEECH SYSTEMS LLC                             PAGE     3
  OPERATIONS ACCOUNT
  BANKRUPTCY DEBTOR IN PROCESS CH 11
  CASE 22-60043                                    STATEMENT DATE
  3019 ALVIN DEVANE BLVD STE 350                         12/31/23
  AUSTIN TX 78741-7424                             ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
   OTHER DEBITS
 DATE.........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD
 12/04      2,865.40 BARRACUDA NETWOR CAMPBELL        CA
 12/04      3,636.08 MONGODBCLOUD ITS PALO ALTO       CA
 12/04         22.29 ADT              3931064579
                     953169174        PAYMENT   PPD
 12/04         25.20 AUTHNET GATEWAY  1870568569
                     132672366        BILLING   CCD
 12/04         75.42 ADT              3931064579
                     953169174        PAYMENT   PPD
 12/04        111.24 ADT              3931064579
                     953169174        PAYMENT   PPD
 12/04        138.15 ADT              3931064579
                     953169174        PAYMENT   PPD
 12/04        138.64 LATHEM TIME CORP 2580522471
                     1439874          PAYMENT   PPD
 12/04        213.20 INTUIT *         0000756346
                     7326873          QBOOKS ONL CCD
 12/04        218.87 DIRECTV          9DTVDTV
                     083741384        PAYMENT   PPD
 12/04        904.81 ADT              3931064579
                     953169174        PAYMENT   PPD
 12/04      1,538.22 ADT              3931064579
                     953169174        PAYMENT   PPD
 12/04      4,594.31 WEBFILE TAX PYMT 2146000311
                     902/74166389     DD        CCD
 12/04      4,700.03 WEBFILE TAX PYMT 2146000311
                     902/74166405     DD        CCD
 12/05          9.70 LOWE'S #689 5510 SOU AUSTIN          TX
 12/05         68.02 AMAZON.COM*ZL2FV3TP3 SEATTLE        WA
 12/05        125.68 AMAZON.COM*JY0KC0LI3 SEATTLE        WA
 12/05        555.34 FDCSERVERSN      3124236675  FL
 12/06        500.00 ATM 5501 HIGHWAY 290 WES AUSTIN     TX
 12/06         35.16 DNH*GODADDY.COM  TEMPE       AZ
 12/06        216.40 NRI*NEW RELIC    888-643-8776 CA
 12/06        246.50 IRON MOUNTAIN    BOSTON      MA
 12/06        329.49 HEB ONLINE #108  855-803-0611 TX
 12/06         95.50 CUSTOMER CHECK CHARGE   120623
 12/07     25,498.54 ALEXANDER JONES #22-33553 DIP
                     043000096 PNC BANK, N.A.
                     S.S 12.7
```

**PQPR-5**



```
                                                              30/3
    FREE SPEECH SYSTEMS LLC
    OPERATIONS ACCOUNT
    BANKRUPTCY DEBTOR IN PROCESS CH 11
    CASE 22-60043                          STATEMENT DATE
    3019 ALVIN DEVANE BLVD STE 350              12/31/23
    AUSTIN TX 78741-7424                   ACCOUNT NUMBER


    INFOLINE  1-888-797-7711
    * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *
    PREVIOUS BALANCE           578,946.50      AVERAGE BALANCE
      +    18 CREDITS        2,079,864.45             204,962
      -   182 DEBITS         2,565,867.88   YTD INTEREST PAID
      -  SERVICE CHARGES            95.67                 .00
      +  INTEREST PAID                .00
    ENDING BALANCE              92,847.40


    DAYS IN PERIOD                                            31

    * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
        DEPOSITS AND OTHER CREDITS
    DATE.........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
    12/01          1.49 REV UNAUTHORIZED ACH TRANSACTION
    12/01        126.78 REV UNAUTHORIZED ACH TRANSACTION
    12/01      3,680.93 REV UNAUTHORIZED ACH TRANSACTION
    12/04        813.52 UNAUTHORIZED ACH TRANSACTION
    12/04      2,814.00 UNAUTHORIZED ACH TRANSACTION
    12/07         95.50 UNAUTHORIZED ACH TRANSACTION
    12/08        118.11 TURO INC.* TRIP    SAN FRANCISCO CA
    12/11      2,814.00 REV UNAUTHORIZED ACH TRANSACTION
    12/12        225.15 AMZN Mktp US       Amzn.com/bill WA
    12/12      1,330.00 REV UNAUTHORIZED ACH TRANSACTION
    12/12     59,636.78 ONLINE TRANSFER CREDIT 121223
                        CADENCE BANK     XFER CR    ONLINE
                        CUSTOMER TRANSFER FROM IM

    12/12    176,375.50 ONLINE TRANSFER CREDIT 121223
                        CADENCE BANK     XFER CR    ONLINE
                        CUSTOMER TRANSFER FROM IM

    12/14    185,623.75 ONLINE TRANSFER CREDIT 121423
                        CADENCE BANK     XFER CR    ONLINE
                        CUSTOMER TRANSFER FROM IM

    12/14    384,903.27 ONLINE TRANSFER CREDIT 121423
                        CADENCE BANK     XFER CR    ONLINE
                        CUSTOMER TRANSFER FROM IM
```

**PQPR-5**