**Fill in this information to identify the case:**

Debtor Name **Free Speech Systems LLC**

United States Bankruptcy Court for the: Southern District of Texas

Case number: **22-60043**

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __January 2024__

Date report filed: **02/20/2024**
MM / DD / YYYY

Line of business: __Dietary Supplement Sales__

NAISC code: __325411__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    J Patrick Magill

Original signature of responsible party    *[signature]*

Printed name of responsible party    J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

PQPR-6

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?     ☐     ☐     ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐     ☐     ☐

       *** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ _____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ _____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

    *(Exhibit E)*

**PQPR-6**

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                                    $ _____

      *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                             _____

27.  What is the number of employees as of the date of this monthly report?            _____

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?            $ _____

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?            $ _____

30.  How much have you paid this month in other professional fees?            $ _____

31.  How much have you paid in total other professional fees since filing the case?            $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35.  Total projected cash receipts for the next month:            $ _____

36.  Total projected cash disbursements for the next month:            − $ _____

37.  Total projected net cash flow for the next month:            = $ _____

PQPR-6

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

PQPR-6



**FORM 425C Exhibit D**
**Cash Disbursements - CadenceOperations Account 100-8**

*The Month of January 2024*

| Payee | Amount | Date |
|-------|-------:|------|
| WEB*HOSTGATOR.COM | 14.95 | 1/2/2024 |
| AUTHNET GATEWAY | 15.00 | 1/2/2024 |
| MURF.AI | 78.00 | 1/2/2024 |
| ZOOM.US | 159.48 | 1/2/2024 |
| TARGET | 167.78 | 1/2/2024 |
| DIRECTV | 218.87 | 1/2/2024 |
| VULTR BY CONSTAN | 255.84 | 1/2/2024 |
| ORKIN | 280.36 | 1/2/2024 |
| THE HOME DEPOT | 337.52 | 1/2/2024 |
| Name.com, Inc | 406.91 | 1/2/2024 |
| PRIMO WATER | 589.18 | 1/2/2024 |
| PRECISION CAMERA | 1,659.26 | 1/2/2024 |
| FREE SPEECH OPS | 20,671.00 | 1/2/2024 |
| OFFICE MAX | 32.42 | 1/3/2024 |
| AMAZON | 43.26 | 1/3/2024 |
| THE HOME DEPOT | 45.90 | 1/3/2024 |
| OFFICE DEPOT | 105.94 | 1/3/2024 |
| LATHEM TIME CORP | 134.32 | 1/3/2024 |
| AMAZON | 253.76 | 1/3/2024 |
| HEB ONLINE #108 | 322.52 | 1/3/2024 |
| MONGODBCLOUD | 3,862.58 | 1/3/2024 |
| AMAZON | 61.70 | 1/4/2024 |
| AMAZON | 72.13 | 1/4/2024 |
| WALGREENS 2650 | 85.50 | 1/4/2024 |
| AMAZON | 97.39 | 1/4/2024 |
| MARKERTEK VIDEO | 152.51 | 1/4/2024 |
| INTUIT | 213.20 | 1/4/2024 |
| H-E-B #091 | 225.50 | 1/4/2024 |
| GUITARCENTER.COM | 268.04 | 1/4/2024 |
| AMAZON | 293.43 | 1/4/2024 |
| PADDLE.NET | 360.00 | 1/4/2024 |
| ASA CREATIVE SERVICE | 464.85 | 1/4/2024 |
| GUITARCENTER.COM | 536.08 | 1/4/2024 |
| ACHMA VISB | 1,031.03 | 1/4/2024 |
| ACHMA VISB | 1,181.63 | 1/4/2024 |
| THE HARTFORD | 2,814.00 | 1/4/2024 |
| FREE SPEECH OPS | 3,442.35 | 1/4/2024 |



**FORM 425C Exhibit D**
**Cash Disbursements - CadenceOperations Account 100-8**

| | | |
|---|---|---|
| ALEXANDER JONES | 25,767.15 | 1/4/2024 |
| FREE SPEECH OPS | 437,565.62 | 1/4/2024 |
| CLOUDFLARE | 9.77 | 1/5/2024 |
| CLOUDFLARE | 13.75 | 1/5/2024 |
| PAYPAL *SKSKIRON | 28.00 | 1/5/2024 |
| AMAZON | 29.85 | 1/5/2024 |
| SHELL SERVICE STATION | 36.63 | 1/5/2024 |
| HARBOR FREIGHT TOOLS AUSTIN    TX | 54.11 | 1/5/2024 |
| SHELL SERVICE STATION | 54.90 | 1/5/2024 |
| AMAZON | 56.10 | 1/5/2024 |
| WAL Wal-Mart Super | 113.27 | 1/5/2024 |
| AMAZON | 125.87 | 1/5/2024 |
| AMAZON | 206.95 | 1/5/2024 |
| SQ | 439.92 | 1/5/2024 |
| FDCSERVERSN | 555.34 | 1/5/2024 |
| NRI*NEW RELIC | 652.82 | 1/5/2024 |
| ASTOUND PWRD BY | 2,679.95 | 1/5/2024 |
| SP EDELKRONE ' | 3,135.89 | 1/5/2024 |
| GODADDY.COM | 5.32 | 1/8/2024 |
| HOBBYLOBBY | 23.78 | 1/8/2024 |
| AMAZON | 31.36 | 1/8/2024 |
| MICHAELS STORES 5114 | 58.42 | 1/8/2024 |
| AMAZON | 64.10 | 1/8/2024 |
| TRAVIS HE | 69.26 | 1/8/2024 |
| AMAZON | 77.25 | 1/8/2024 |
| WAL Wal-Mart Super | 79.66 | 1/8/2024 |
| AMAZON | 113.27 | 1/8/2024 |
| HEB ONLINE #108 | 113.58 | 1/8/2024 |
| AMAZON | 211.90 | 1/8/2024 |
| WAL Wal-Mart Super | 272.16 | 1/8/2024 |
| AMAZON | 284.89 | 1/8/2024 |
| PAYPAL *FLOKINET | 773.00 | 1/8/2024 |
| 2COCOM*BITDEFEND | 1,549.79 | 1/8/2024 |
| ADDSHOPPERS INC | 2,989.00 | 1/8/2024 |
| K  M STEAM CLEANING | 4,631.78 | 1/8/2024 |
| ATLASSIAN | 51.16 | 1/9/2024 |
| AMAZON | 60.10 | 1/9/2024 |
| AMAZON | 85.27 | 1/9/2024 |
| AMAZON | 147.76 | 1/9/2024 |
| H-E-B #091 | 151.61 | 1/9/2024 |


FREE SPEECH SYSTEMS

**FORM 425C Exhibit D**
**Cash Disbursements - CadenceOperations Account 100-8**

| | | |
|---|---|---|
| AMAZON | 454.32 | 1/9/2024 |
| IN  ASA CREATIVE SERVICE | 524.89 | 1/9/2024 |
| FEDX | 30.00 | 1/10/2024 |
| AMAZON | 31.00 | 1/10/2024 |
| HEB ONLINE #108 | 74.49 | 1/10/2024 |
| ONE HORN TRANSPORTATION | 1,550.00 | 1/10/2024 |
| ONE HORN TRANSPORTATION | 1,874.26 | 1/10/2024 |
| ONE HORN TRANSPORTATION | 2,704.33 | 1/10/2024 |
| WAL Wal-Mart Super | 156.23 | 1/11/2024 |
| INTUIT | 213.20 | 1/11/2024 |
| WIZARD LABELS | 430.03 | 1/11/2024 |
| VERIZON WIRELESS | 1,031.03 | 1/11/2024 |
| VERIZON WIRELESS | 1,181.63 | 1/11/2024 |
| SECURITY BANK OF CRAWFORD | 2,196.25 | 1/11/2024 |
| DELL BUS | 2,898.93 | 1/11/2024 |
| FREE SPEECH OPS | 18,717.20 | 1/11/2024 |
| ALEXANDER JONES | 33,269.14 | 1/11/2024 |
| FREE SPEECH OPS | 101,329.23 | 1/11/2024 |
| AMAZON | 37.49 | 1/12/2024 |
| EVILMADSCIENTIST | 628.65 | 1/12/2024 |
| H-E-B #091 | 1,844.64 | 1/12/2024 |
| HARTFORD INS. | 2,814.00 | 1/12/2024 |
| THE HARTFORD | 2,814.00 | 1/12/2024 |
| FREE SPEECH OPS | 252,271.88 | 1/12/2024 |
| WEB*HOSTGATOR.COM | 17.05 | 1/16/2024 |
| AMAZON | 20.73 | 1/16/2024 |
| AMAZON | 23.76 | 1/16/2024 |
| AMAZON | 37.88 | 1/16/2024 |
| GROKABILITY: | 39.99 | 1/16/2024 |
| SPECTRUM | 125.73 | 1/16/2024 |
| AMAZON | 134.05 | 1/16/2024 |
| AMAZON | 155.78 | 1/16/2024 |
| TARGET | 162.36 | 1/16/2024 |
| BACKBLAZE.COM | 164.49 | 1/16/2024 |
| GOOGLE *FIBER | 239.94 | 1/16/2024 |
| NRI*NEW RELIC | 266.50 | 1/16/2024 |
| WAL Wal-Mart Super | 267.59 | 1/16/2024 |
| HEB ONLINE #108 | 366.36 | 1/16/2024 |
| AMAZON | 409.90 | 1/16/2024 |
| FDCSERVERSN | 571.19 | 1/16/2024 |



**FORM 425C Exhibit D**
**Cash Disbursements - CadenceOperations Account 100-8**

| | | |
|---|---|---|
| THE RANGE AT AUSTIN | 1,185.25 | 1/16/2024 |
| DDA CHECK | 11,646.27 | 1/16/2024 |
| DDA CHECK | 66,032.60 | 1/16/2024 |
| AMAZON | 16.18 | 1/17/2024 |
| AMAZON | 68.02 | 1/17/2024 |
| AMAZON | 164.14 | 1/17/2024 |
| CGI*CANVAS | 200.48 | 1/17/2024 |
| AMAZON | 240.24 | 1/17/2024 |
| AMAZON | 271.68 | 1/17/2024 |
| AMAZON | 309.34 | 1/17/2024 |
| ONE HORN TRANSPORTATION | 1,930.53 | 1/17/2024 |
| THE HOME DEPOT | 2.99 | 1/18/2024 |
| THE HOME DEPOT | 5.98 | 1/18/2024 |
| AMAZON | 87.76 | 1/18/2024 |
| Name.com, Inc | 138.36 | 1/18/2024 |
| H-E-B #091 | 184.03 | 1/18/2024 |
| B&H PHOTO | 535.84 | 1/18/2024 |
| ONE HORN TRANSPORTATION | 758.08 | 1/18/2024 |
| ONE HORN TRANSPORTATION | 991.58 | 1/18/2024 |
| EZCATERGUSS WORLD | 1,056.27 | 1/18/2024 |
| ALEXANDER JONES | 31,047.83 | 1/18/2024 |
| FREE SPEECH OPS | 75,137.50 | 1/18/2024 |
| FREE SPEECH OPS | 149,712.64 | 1/18/2024 |
| FREE SPEECH OPS | 169,374.84 | 1/18/2024 |
| FEDX | 30.00 | 1/19/2024 |
| AMAZON | 37.22 | 1/19/2024 |
| AMAZON | 281.07 | 1/19/2024 |
| ONE HORN TRANSPORTATION | 5,974.00 | 1/19/2024 |
| AMAZON | 20.56 | 1/22/2024 |
| AMAZON | 36.79 | 1/22/2024 |
| VERCEL PRO | 40.00 | 1/22/2024 |
| AMAZON | 76.83 | 1/22/2024 |
| H-E-B #373 | 80.24 | 1/22/2024 |
| H-E-B #373 | 84.31 | 1/22/2024 |
| AMAZON | 102.82 | 1/22/2024 |
| H-E-B #373 | 159.23 | 1/22/2024 |
| AMAZON | 201.94 | 1/22/2024 |
| ONLINE STORE SAL | 215.43 | 1/22/2024 |
| ONLINE STORE SAL | 215.43 | 1/22/2024 |
| ONLINE STORE SAL | 215.43 | 1/22/2024 |



**FORM 425C Exhibit D**
**Cash Disbursements - CadenceOperations Account 100-8**

| | | |
|---|---|---|
| FDCSERVERSN | 545.34 | 1/22/2024 |
| CLOUDFLARE | 666.25 | 1/22/2024 |
| AWIO WEB SERVICE | 899.00 | 1/22/2024 |
| ADOBE INC. | 4,289.35 | 1/22/2024 |
| PRITUNL PREMIUM | 10.00 | 1/23/2024 |
| GITHUB, INC. | 24.00 | 1/23/2024 |
| AMAZON | 147.20 | 1/23/2024 |
| AMAZON | 147.20 | 1/23/2024 |
| TWITTER PAID FEE | 181.44 | 1/23/2024 |
| ATT | 529.93 | 1/23/2024 |
| WEBFILE TAX PYMT | 4,801.87 | 1/23/2024 |
| B&H PHOTO | 5,999.17 | 1/23/2024 |
| H-E-B #091 | 41.94 | 1/24/2024 |
| RUMBLEVIDEO | 100.00 | 1/24/2024 |
| IRON MOUNTAIN | 244.12 | 1/24/2024 |
| PRIMO WATER | 1,002.67 | 1/24/2024 |
| PRECISION CAMERA | 5,149.43 | 1/24/2024 |
| AMAZON | 104.91 | 1/25/2024 |
| H-E-B #373 | 110.88 | 1/25/2024 |
| AMAZON | 264.73 | 1/25/2024 |
| AMAZON | 580.67 | 1/25/2024 |
| AMAZON | 580.67 | 1/25/2024 |
| SECURITY BANK OF CRAWFORD | 2,196.25 | 1/25/2024 |
| FREE SPEECH OPS | 9,237.50 | 1/25/2024 |
| ALEXANDER JONES | 22,534.18 | 1/25/2024 |
| FREE SPEECH OPS | 50,000.00 | 1/25/2024 |
| FREE SPEECH OPS | 387,022.98 | 1/25/2024 |
| IONOS INC. | 198.53 | 1/26/2024 |
| B&H PHOTO | 6,297.87 | 1/26/2024 |
| Name.com, Inc | 104.02 | 1/29/2024 |
| WAL Wal-Mart Super | 281.19 | 1/29/2024 |
| BKGHOTEL | 718.68 | 1/29/2024 |
| BKGHOTEL | 2,874.72 | 1/29/2024 |
| KEYME LOCKSMITHS | 5.40 | 1/30/2024 |
| PRIMO WATER | 58.40 | 1/30/2024 |
| H-E-B #091 | 131.17 | 1/30/2024 |
| HEB ONLINE #108 | 330.44 | 1/30/2024 |
| ROAD RANGER #270 | 27.51 | 1/31/2024 |
| ROAD RANGER #270 | 34.72 | 1/31/2024 |
| SONIC #1956 | 43.45 | 1/31/2024 |



**FORM 425C Exhibit D**

**Cash Disbursements - CadenceOperations Account 100-8**

| | | |
|---|---|---|
| AMAZON | 53.45 | 1/31/2024 |
| AMAZON | 76.92 | 1/31/2024 |
| MURF.AI | 78.00 | 1/31/2024 |
| AMAZON | 78.63 | 1/31/2024 |
| AMAZON | 78.63 | 1/31/2024 |
| AMAZON | 78.63 | 1/31/2024 |
| AMAZON | 78.63 | 1/31/2024 |
| AMAZON | 78.63 | 1/31/2024 |
| AMAZON | 78.64 | 1/31/2024 |
| AMAZON | 79.47 | 1/31/2024 |
| AMAZON | 79.47 | 1/31/2024 |
| AMAZON | 79.47 | 1/31/2024 |
| AMAZON | 79.47 | 1/31/2024 |
| AMAZON | 79.47 | 1/31/2024 |
| AMAZON | 79.47 | 1/31/2024 |
| AMAZON | 79.47 | 1/31/2024 |
| AMAZON | 79.47 | 1/31/2024 |
| AMAZON | 79.48 | 1/31/2024 |
| AMAZON | 79.48 | 1/31/2024 |
| THE HOME DEPOT | 85.06 | 1/31/2024 |
| AMAZON | 113.65 | 1/31/2024 |
| CHILIS EAGLE PA EAGLE PASS    TX | 115.37 | 1/31/2024 |
| CHILIS EAGLE PA EAGLE PASS    TX | 116.14 | 1/31/2024 |
| AMAZON | 383.14 | 1/31/2024 |
| FREE SPEECH OPS | 20,671.00 | 1/31/2024 |
| FREE SPEECH OPS | 20,896.00 | 1/31/2024 |
| | **2,027,647.37** | |

PQPR-6



**FORM 425C Exhibit E**
**Total Payables**

*As of January 31, 2024*

| From | Amount | Due Date | |
|------|--------|----------|---|
| ***Trade AP*** | | | |
| Jonathon Wolfe | 10,500.00 | 11/07/2023 | *(a)* |
| FELIX MEDIA SOLUTIONS INC | 2,219.30 | 01/01/2024 | |
| ATX HD | 20,671.00 | 01/23/2024 | |
| David Thomas | 1,600.00 | 01/30/2024 | |
| Leslie Muniz - V | 404.19 | 01/30/2024 | |
| Wes Perkins | 1,680.00 | 01/30/2024 | |
| Dann Miller | 119.18 | 01/31/2024 | |
| Sardius Media LLC | 53,854.20 | 01/31/2024 | |
| WWCR, Inc. | 1,284.74 | 01/31/2024 | |
| Austin Security and Investigations | 10,888.87 | 02/05/2024 | |
| Novasors (Centrinex LLC) | 8,316.02 | 02/10/2024 | |
| Lumen | 14,932.24 | 02/23/2024 | |
| Lease Direct | 411.32 | 03/04/2024 | |
| | **126,881.06** | | |
| ***Inventory*** | | | |
| Yellow Emperor | 93,750.00 | 12/13/2023 | *(b)* |
| Yellow Emperor | 87,500.00 | 12/13/2023 | *(b)* |
| Hi Tech Pharm | 204,693.93 | 12/20/2023 | *(b)* |
| Ready Alliance | 17,388.52 | 01/31/2024 | |
| Alex Jones - DIP | 16,545.58 | 01/31/2024 | *(c)* |
| Alex Jones - DIP | 3,662.68 | 01/31/2024 | *(c)* |
| PQPR David Jones | 47,723.27 | 01/31/2024 | *(c)* |
| ESG | 3,872.07 | 01/31/2024 | *(c)* |
| Paramount Nutra by FLJ Nutra | 118,156.00 | 02/15/2024 | *(b)* |
| | **593,292.05** | | |
| ***Legal / Consulting Fees*** | | | |
| Jackson/Walker | 32,291.59 | 12/31/2023 | |
| Melissa Haselden | 26,115.00 | 01/31/2024 | |
| | **58,406.59** | | |
| **Total Accounts Payable** | **778,579.70** | | |

(a)   *Disputed*
(b)   *Not due till product is ready to ship and has been manufactured*
(c)   *Weekly sales settlement, paid 2/1*

PQPR-6



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits that are unpaid as of the end of the month as receivables*

*As of January 31, 2024*

| From | Amount | Due Date |
|------|--------|----------|
| Processor T | 68,702.39 | 1/18/2024 |
| Processor T | 71,410.34 | 1/19/2024 |
| Processor T | 61,038.40 | 1/20/2024 |
| Processor T | 55,431.67 | 1/21/2024 |
| Processor T | 71,771.88 | 1/22/2024 |
| Processor T | 70,094.05 | 1/23/2024 |
| Processor T | 75,253.16 | 1/24/2024 |
| Processor T | 70,942.57 | 1/25/2024 |
| Processor T | 70,064.73 | 1/26/2024 |
| Processor T | 52,483.07 | 1/27/2024 |
| Processor T | 46,020.11 | 1/28/2024 |
| Processor T | 63,800.27 | 1/29/2024 |
| Processor T | 89,469.21 | 1/30/2024 |
| Processor T | 98,820.75 | 1/31/2024 |
|  | **965,302.60** |  |

*FSS switched credit card processors in October in order to reduce our bankcard rate from 7.0% to 5.5%. The settlement period in the new contract is listed as 5-10 business days and it has been averaging 13 days. The Accounts Receivable balance at month end is trending higher than previous months. As of the date of this MOR filing, all of the above AR has been collected by FSS.*



| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 # 77838 | AXOS Legal # 78901 | CADE Deposits # 8-099-2 | CADE Operating # 8-100-8 | CADE Donations # 8-101-6 | CADE Payroll # 8-102-4 | CADE Escrow # 8-103-2 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | - | 409.58 | - | - | 85,772.78 | - | 2,120,801.71 | 92,847.40 | 98,481.21 | 5,000.00 | 565,887.38 | 2,969,200.06 |
| Cash Receipts | - | - | - | - | - | - | 2,574,302.74 | 16,403.23 | 3,847.60 | - | - | 2,594,553.57 |
| Cash Disbursements | - | - | - | - | - | - | - | (2,027,647.37) | - | (401,499.67) | - | (2,429,147.04) |
| **Net Cash Flow** | - | - | - | - | - | - | 2,574,302.74 | (2,011,244.14) | 3,847.60 | (401,499.67) | - | 165,406.53 |
| Transfers In | - | - | - | - | - | - | - | 1,933,529.58 | - | 401,499.67 | - | 2,335,029.25 |
| Transfers Out | - | - | - | - | - | - | (2,335,029.25) | - | - | - | - | (2,335,029.25) |
| **Cash on Hand** | - | 409.58 (a) | - | - | 85,772.78 (a) | - | 2,360,075.20 | 15,132.84 | 102,328.81 | 5,000.00 | 565,887.38 | 3,134,606.59 |

*(a)* On 10/26 AXOS bank closed our accounts for the second time in 30 days, despite assurances that they would work with FSS to provide an orderly transition. There was some confusion with the InfoWars account #78893 and the InfoW Account #77838 with the multiple account closures and cashiers checks that were sent to the Austin office. The InfoW address on file with AXOS was a different office and as of 12/31 we were still working with AXOS bank to get the closing balance to the correct account. We are not getting cooperation with AXOS Bank and counsel has reached out to AXOS Bank to get it resolved.

PQPR-6



**CADENCE**
Bank

300011

PQPR-6

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

INFOLINE 1-888-797-7711

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \*

| PREVIOUS BALANCE | 2,120,801.71 | AVERAGE BALANCE | |
|---|---|---|---|
| + 37 CREDITS | 2,574,302.74 | | 2,122,120 |
| - 14 DEBITS | 2,335,029.25 | YTD INTEREST PAID | |
| - SERVICE CHARGES | .00 | | .00 |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 2,360,075.20 | | |

DAYS IN PERIOD                                          31

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*
    DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 01/02 | 84,373.53 | | 945440567 |
| | | I752VB656 TUV INVEST PPD | |
| 01/02 | 84,532.85 | | 945440567 |
| | | I752VB666 TUV INVEST PPD | |
| 01/02 | 109,991.95 | | 945440567 |
| | | ILG8JMRGK TUV INVEST PPD | |
| 01/03 | 85,191.21 | | 945440567 |
| | | IYZRLAPXZ TUV INVEST PPD | |
| 01/04 | 69,304.34 | | 945440567 |
| | | IJRM6M7J4 TUV INVEST PPD | |
| 01/05 | 55,845.30 | | 945440567 |
| | | IBPNKNJMA TUV INVEST PPD | |
| 01/08 | 27,364.80 | | 945440567 |
| | | IE2N4GKXV TUV INVEST PPD | |
| 01/08 | 36,419.05 | | 945440567 |
| | | IJRM8ZXVM TUV INVEST PPD | |
| 01/08 | 44,269.16 | | 945440567 |
| | | I752BYWK4 TUV INVEST PPD | |
| 01/08 | 53,053.28 | | 945440567 |
| | | IVOA2EMGW TUV INVEST PPD | |
| 01/09 | 61,432.32 | | 945440567 |
| | | IE2NGBBXK TUV INVEST PPD | |
| 01/10 | 76,422.95 | | 945440567 |
| | | I5LGXLJ8J TUV INVEST PPD | |



P0011

**CADENCE**
Bank

FREE SPEECH SYSTEMS LLC                                    PAGE    2
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424                                  STATEMENT DATE
                                                         01/31/24
                                                     ACCOUNT NUMBER

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD

| DATE | AMOUNT | TRANSACTION DESCRIPTION | |
|------|--------|-------------------------|---|
| 01/11 | 6,467.91 | REHOBOTH MEDICAL 9111111101 | |
| | | 680063264302FTF DIRECT DEP PPD | |
| 01/11 | 111,534.76 | | 945440567 |
| | | IXGZOM4X7 TUV INVEST PPD | |
| 01/12 | 509.08 | LEGACY PARTNERS COLORADO LLC | |
| | | 107006428 FORTIS PRIVATE BAN | |
| | | KEPM 12.18-12.29 | |
| 01/16 | 7,543.29 | MY PILLOW, INC. | |
| | | 056009479 CHATN BRIDGE BANK, | |
| 01/16 | 68,910.78 | | 945440567 |
| | | I2VNW9LMM TUV INVEST PPD | |
| 01/16 | 71,909.16 | | 945440567 |
| | | IK8GRKO7L TUV INVEST PPD | |
| 01/16 | 81,187.77 | | 945440567 |
| | | IRG48XO4N TUV INVEST PPD | |
| 01/16 | 102,039.62 | | 945440567 |
| | | I9LMP4567 TUV INVEST PPD | |
| 01/16 | 142,584.87 | | 945440567 |
| | | I75AZE29A TUV INVEST PPD | |
| 01/17 | 136,474.74 | | 945440567 |
| | | I4NYX6LJO TUV INVEST PPD | |
| 01/19 | 173.54 | MY STORE      1832821631 | |
| | | PAYMENTS      CCD | |
| 01/22 | 77,829.89 | | 945440567 |
| | | IW8OPXN24 TUV INVEST PPD | |
| 01/22 | 85,551.80 | | 945440567 |
| | | IK8G2PNVL TUV INVEST PPD | |
| 01/22 | 128,710.05 | | 945440567 |
| | | IYZWYA5X7 TUV INVEST PPD | |
| 01/22 | 130,413.54 | | 945440567 |
| | | IZGK9WJ4M TUV INVEST PPD | |
| 01/23 | 943.75 | MY PILLOW INC   1270478020 | |
| | | VENDOR PAY CCD | |
| 01/23 | 106,044.82 | | 945440567 |
| | | I4NYG4GE5 TUV INVEST PPD | |
| 01/25 | 99,214.53 | | 945440567 |
| | | IRGZOJGX9 TUV INVEST PPD | |
| 01/26 | 1,127.03 | MY PILLOW INC   1270478020 | |
| | | VENDOR PAY CCD | |
| 01/26 | 3,759.53 | LEGACY PARTNERS COLORADO LLC | |

PQPR-6



**CADENCE**
Bank

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*
DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
107006428 FORTIS PRIVATE BAN
KEPM 1.1-1.12
01/26    109,933.89              945440567
IAMEEEG6X TUV INVEST PPD
01/29     63,871.53              945440567
IVOK98OGG TUV INVEST PPD
01/29     90,258.82              945440567
I2VMY7VRY TUV INVEST PPD
01/29     92,194.30              945440567
IRGZWPG7O TUV INVEST PPD
01/30     66,913.00              945440567
IW8KJBW6Z TUV INVEST PPD

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
01/02     20,671.00 ONLINE TRANSFER DEBIT  010224
CADENCE BANK     XFER DB     ONLINE
CUSTOMER TRANSFER TO    IM

01/02    101,329.23 ONLINE TRANSFER DEBIT  010224
CADENCE BANK     XFER DB     ONT.TNE
CUSTOMER TRANSFER TO    IM

01/04    466,775.12 ONLINE TRANSFER DEBIT  010424
CADENCE BANK     XFER DB     ONLINE
CUSTOMER TRANSFER TO    IM

01/09    192,625.62 ONLINE TRANSFER DEBIT  010924
CADENCE BANK     XFER DB     ONLINE
CUSTOMER TRANSFER TO    IM

01/11      2,196.25 ONLINE TRANSFER DEBIT  011124
CADENCE BANK     XFER DB     ONT.TNE
CUSTOMER TRANSFER TO    IM

01/11    304,258.22 ONLINE TRANSFER DEBIT  011124
CADENCE BANK     XFER DB     ONT.TNE
CUSTOMER TRANSFER TO    IM

PQPR-6



0011

**CADENCE**
Bank

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0
PAGE    4

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \*

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION          CHK NO/ATM CD

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 01/12 | 295.52 | ONLINE TRANSFER DEBIT  011224 CADENCE BANK     XFER DB   ONLINE CUSTOMER TRANSFER TO    IM | |
| 01/12 | 100,000.00 | ONLINE TRANSFER DEBIT  011224 CADENCE BANK     XFER DB   ONLINE CUSTOMER TRANSFER TO    IM | |
| 01/18 | 149,712.64 | ONLINE TRANSFER DEBIT  011824 CADENCE BANK     XFER DB   ONLINE CUSTOMER TRANSFER TO    IM | |
| 01/18 | 275,560.17 | ONLINE TRANSFER DEBIT  011824 CADENCE BANK     XFER DB   ONLINE CUSTOMER TRANSFER TO    IM | |
| 01/23 | 208,578.53 | ONLINE TRANSFER DEBIT  012324 CADENCE BANK     XFER DB   ONLINE CUSTOMER TRANSFER TO    IM | |
| 01/25 | 50,000.00 | ONLINE TRANSFER DEBIT  012524 CADENCE BANK     XFER DB   ONLINE CUSTOMER TRANSFER TO    IM | |
| 01/25 | 421,459.95 | ONLINE TRANSFER DEBIT  012524 CADENCE BANK     XFER DB   ONLINE CUSTOMER TRANSFER TO    IM | |
| 01/31 | 41,567.00 | ONLINE TRANSFER DEBIT  013124 CADENCE BANK     XFER DB   ONLINE CUSTOMER TRANSFER TO    IM | |

PQPR-6



P0011

```
                                                   30/0
     FREE SPEECH SYSTEMS LLC              PAGE     5
     DEPOSIT ACCOUNT
     3019 ALVIN DEVANE BLVD STE 350
     AUSTIN TX 78741-7424                  STATEMENT DATE
                                              01/31/24
                                           ACCOUNT NUMBER
```

```
* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
    DATE.......BALANCE    DATE.......BALANCE    DATE.......BALANCE
 12/31   2120801.71     01/10   2127601.48     01/22   2447419.48
 01/02   2277699.81     01/11   1939149.68     01/23   2345829.52
 01/03   2362891.02     01/12   1839363.24     01/25   1973584.10
 01/04   1965420.24     01/16   2313538.73     01/26   2088404.55
 01/05   2021265.54     01/17   2450013.47     01/29   2334729.20
 01/08   2182371.83     01/18   2024740.66     01/30   2401642.20
 01/09   2051178.53     01/19   2024914.20     01/31   2360075.20
```

PQPR-6



00011

**CADENCE**
Bank

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

INFOLINE  1-888-797-7711

```
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
PREVIOUS BALANCE            92,847.40        AVERAGE BALANCE
  +     22 CREDITS       2,051,262.04              71,228
  -    222 DEBITS        2,128,916.60       YTD INTEREST PAID
  -  SERVICE CHARGES          60.00                    .00
  +    INTEREST PAID            .00
ENDING BALANCE             15,132.84
```

DAYS IN PERIOD                                         31

```
* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * * *
     DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
01/02     20,671.00 ONLINE TRANSFER CREDIT 010224
                    CADENCE BANK     XFER CR     ONLINE
                    CUSTOMER TRANSFER FROM IM

01/02    101,329.23 ONLINE TRANSFER CREDIT 010224
                    CADENCE BANK     XFER CR     ONLINE
                    CUSTOMER TRANSFER FROM IM

01/04    466,775.12 ONLINE TRANSFER CREDIT 010424
                    CADENCE BANK     XFER CR     ONLINE
                    CUSTOMER TRANSFER FROM IM

01/05        213.20 REV UNAUTHORIZED ACH TRANSACTION
01/05        464.85 REV UNAUTHORIZED ACH TRANSACTION
01/05      1,031.03 REV UNAUTHORIZED ACH TRANSACTION
01/05      1,181.63 REV UNAUTHORIZED ACH TRANSACTION
01/05      2,814.00 REV UNAUTHORIZED ACH TRANSACTION
01/08     10,500.55 DEPOSIT
01/10         30.00 FEDEX FEE ADJUST
01/11      2,196.25 ONLINE TRANSFER CREDIT 011124
                    CADENCE BANK     XFER CR     ONLINE
                    CUSTOMER TRANSFER FROM IM

01/11    304,398.33 ONLINE TRANSFER CREDIT 011124
                    CADENCE BANK     XFER CR     ONT.TNE
                    CUSTOMER TRANSFER FROM IM
```

PQPR-6



**CADENCE**
Bank

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

| | | |
|---|---|---|
| 01/12 | 100,000.00 | ONLINE TRANSFER CREDIT 011224 |
| | | CADENCE BANK    XFER CR    ONLINE |
| | | CUSTOMER TRANSFER FROM IM |
| 01/12 | 101,329.23 | FREE SPEECH OPS  1261510005 |
| | | -SETT-CCACH    REVERSAL   PPD |
| 01/18 | 149,712.64 | ONLINE TRANSFER CREDIT 011824 |
| | | CADENCE BANK    XFER CR    ONLINE |
| | | CUSTOMER TRANSFER FROM IM |
| 01/18 | 275,560.17 | ONLINE TRANSFER CREDIT 011824 |
| | | CADENCE BANK    XFER CR    ONLINE |
| | | CUSTOMER TRANSFER FROM IM |
| 01/19 | 30.00 | FEDEX FEE ADJUST |
| 01/22 | 40.62 | AMZN Mktp US    Amzn.com/bill WA |
| 01/22 | 97.35 | AMZN Mktp US    Amzn.com/bill WA |
| 01/25 | 50,000.00 | ONLINE TRANSFER CREDIT 012524 |
| | | CADENCE BANK    XFER CR    ONLINE |
| | | CUSTOMER TRANSFER FROM IM |
| 01/25 | 421,459.95 | ONLINE TRANSFER CREDIT 012524 |
| | | CADENCE BANK    XFER CR    ONLINE |
| | | CUSTOMER TRANSFER FROM IM |
| 01/31 | 41,567.00 | ONLINE TRANSFER CREDIT 013124 |
| | | CADENCE BANK    XFER CR    ONLINE |
| | | CUSTOMER TRANSFER FROM IM |

CHECKS

| DATE..CHECK NO..........AMOUNT | DATE..CHECK NO..........AMOUNT |
|---|---|
| 01/16  99555165*   11,646.27 | 01/16  99560082*   66,032.60 |

OTHER DEBITS

| DATE.........AMOUNT.TRANSACTION DESCRIPTION | | CHK NO/ATM CD |
|---|---|---|
| 01/02 | 14.95 WEB*HOSTGATOR.CO BURLINGTON | MA |
| 01/02 | 78.00 MURF.AI        SALT LAKE CIT UT | |
| 01/02 | 159.48 ZOOM.US 888-799- SAN JOSE | CA |
| 01/02 | 167.78 TARGET T- 2300 W Ben Austin | TX |
| 01/02 | 255.84 VULTR BY CONSTAN VULTR.COM | NJ |
| 01/02 | 337.52 NST THE HOME DEPOT O AUSTIN | TX |
| 01/02 | 406.91 Name.com, Inc    7202492374 | CO |
| 01/02 | 589.18 PRIMO WATER        TAMPA | FL |

PQPR-6



p0011

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | CHK NO/ATM | CD |
|------|--------|-------------------------|---|------------|-----|
| 01/02 | 1,659.26 | PRECISION CAMERA AUSTIN | | TX | |
| 01/02 | 15.00 | AUTHNET GATEWAY 1870568569 | | | |
| | | 132953962 | BILLING | CCD | |
| 01/02 | 218.87 | DIRECTV 9DTVDTV | | | |
| | | 083741384 | PAYMENT | PPD | |
| 01/02 | 280.36 | ORKIN 0000427522 | | | |
| | | 5678644 | ORKIN PEST | WEB | |
| 01/02 | 20,671.00 | FREE SPEECH OPS 1261510005 | | | |
| | | -SETT-CCACH | DEP/PAY | PPD | |
| 01/02 | 101,329.23 | FREE SPEECH OPS 1261510005 | | | |
| | | -SETT-CCACH | DEP/PAY | PPD | |
| 01/03 | 32.42 | OFFICE MA 907 W FIFT AUSTIN | | TX | |
| 01/03 | 43.26 | AMZN Mktp US*TK9 Amzn.com/bill WA | | | |
| 01/03 | 45.90 | NST THE HOME DEPOT 0 AUSTIN | | TX | |
| 01/03 | 105.94 | OFFICE DE 2101 SOUTH AUSTIN | | TX | |
| 01/03 | 253.76 | AMAZON.COM*R427D6VV3 SEATTLE | | WA | |
| 01/03 | 322.52 | HEB ONLINE #108  855-803-0611 | | TX | |
| 01/03 | 3,862.58 | MONGODBCLOUD ITS PALO ALTO | | CA | |
| 01/03 | 134.32 | LATHEM TIME CORP 2580522471 | | | |
| | | 1439874 | PAYMENT | PPD | |
| 01/04 | 25,767.15 | ALEXANDER JONES #22-33553 DIP | | | |
| | | 043000096 PNC BANK, N.A. | | | |
| | | S.S. 1.04 | | | |
| 01/04 | 61.70 | AMAZON.COM*TK1EP7QX0 SEATTLE | | WA | |
| 01/04 | 72.13 | AMAZON.COM*TK9O618Y0 SEATTLE | | WA | |
| 01/04 | 85.50 | WALGREENS 2650 R R 6 ROUND ROCK | | TX | |
| 01/04 | 97.39 | Amazon.com*TK52K Amzn.com/bill WA | | | |
| 01/04 | 152.51 | MARKERTEK VIDEO  SAUGERTIES | | NY | |
| 01/04 | 225.50 | H-E-B #091 AUSTIN | | TX | |
| 01/04 | 268.04 | GUITARCENTER.COM WESTLAKE VILL CA | | | |
| 01/04 | 293.43 | Amazon.com*TK33V Amzn.com/bill WA | | | |
| 01/04 | 360.00 | PADDLE.NET* VIDY ASTORIA | | NY | |
| 01/04 | 536.08 | GUITARCENTER.COM WESTLAKE VILL CA | | | |
| 01/04 | 213.20 | INTUIT * 0000756346 | | | |
| | | 6779418 | QBOOKS ONL | CCD | |
| 01/04 | 464.85 | ASA CREATIVE SER 9215986202 | | | |
| | | | SALE | CCD | |
| 01/04 | 1,021.03 | ACHMA VISR 0000751800 | | | |
| | | 6679585 | BILL PYMNT | WEB | |

PQPR-6



**CADENCE**
Bank

30011

```
                                                               30/2
FREE SPEECH SYSTEMS LLC                        PAGE      4
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                                  STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350                   01/31/24
AUSTIN TX 78741-7424                           ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD
01/04       1,181.63 ACHMA VISB        0000751800
                     6679585           BILL PYMNT WEB
01/04       2,814.00 THE HARTFORD      9942902727
                     12649598          NWTBCLSCIC CCD
01/04       3,442.35 FREE SPEECH OPS   1261510005
                     -SETT-CCACH       DEP/PAY     PPD
01/04     437,565.62 FREE SPEECH OPS   1261510005
                     -SETT-CCACH       DEP/PAY     PPD
01/05           9.77 CLOUDFLARE        SAN FRANCISCO CA
01/05          13.75 CLOUDFLARE        SAN FRANCISCO CA
01/05          28.00 PAYPAL *SKSKIRON   San Jose     CA
01/05          29.85 AMZN Mktp US*WG9 Amzn.com/bill WA
01/05          36.63 SHELL SERVICE S     AUSTIN       TX
01/05          54.11 HARBOR FREIGHT TOOLS AUSTIN      TX
01/05          54.90 SHELL SERVICE S     AUSTIN       TX
01/05          56.10 AMZN Mktp US*TK6 Amzn.com/bill WA
01/05         113.27 WM SUPERCENTER #1253 AUSTIN      TX
01/05         125.87 Amazon.com*TK1CB Amzn.com/bill WA
01/05         206.95 AMZN Mktp US*TK5 Amzn.com/bill WA
01/05         439.92 SQ *SOUTHSIDE FL gosq.com     TX
01/05         555.34 FDCSERVERSN       3124236675    FL
01/05         652.82 NRI*NEW RELIC     888-643-8776  CA
01/05       2,679.95 ASTOUND PWRD BY   844-357-0942  TX
01/05       3,135.89 SP EDELKRONE      TALLAHASSEE   FL
01/08           5.32 DNH*GODADDY.COM   TEMPE         AZ
01/08          23.78 HOBBYLOBB 6600 S MOP AUSTIN     TX
01/08          31.36 AMZN Mktp US*TK9 Amzn.com/bill WA
01/08          58.42 MICHAELS STORES 5114 AUSTIN     TX
01/08          64.10 Amazon.com*TK6VV Amzn.com/bill WA
01/08          69.26 TRAVIS HE TRAVIS HEI AUSTIN     TX
01/08          77.25 Amazon.com*TK4QV Amzn.com/bill WA
01/08          79.66 WAL Wal-Mart Super 0 AUSTIN     TX
01/08         113.27 AMAZON.COM*TK3K435F1 SEATTLE    WA
01/08         113.58 HEB ONLINE #108  855-803-0611  TX
01/08         211.90 AMZN Mktp US*TK4 Amzn.com/bill WA
01/08         272.16 WAL Wal-Mart Super 0 AUSTIN     TX
01/08         284.89 AMZN Mktp US*TK8 Amzn.com/bill WA
01/08         773.00 PAYPAL *FLORINET  33314363901   DEU
01/08       1,549.79 2COCOM*BITDEFEND  Alpharetta    GA
```

PQPR-6



E0011

```
FREE SPEECH SYSTEMS LLC                          PAGE    5
OPERATIONS ACCOUNT                               30/2
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                            STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350               01/31/24
AUSTIN TX 78741-7424                     ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * - - - - - -
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
01/08    4,631.78 K  M STEAM CLEANING  AUSTIN      TX
01/08    2,989.00 ADDSHOPPERSINC   3383693141
                   WEBPAYMENT WEB
01/09       51.16 ATLASSIAN        SAN FRANCISCO CA
01/09       60.10 AMZN Mktp US*TK5 Amzn.com/bill WA
01/09       85.27 AMZN Mktp US*RT7 Amzn.com/bill WA
01/09      147.76 AMAZON.COM*TK5AP5RL2 SEATTLE      WA
01/09      151.61 H-E-B #091           AUSTIN       TX
01/09      454.32 AMAZON.COM*TK8M17KX1 SEATTLE      WA
01/09      524.89 IN  ASA CREATIVE SER SUNSET VALLEY TX
01/10       31.00 Amazon.com*TK2SX Amzn.com/bill WA
01/10       74.49 HEB ONLINE #108  855-803-0611  TX
01/10    1,550.00 ONE HORN TRANSPO BRADENTON     FL
01/10    1,874.26 ONE HORN TRANSPO BRADENTON     FL
01/10    2,704.33 ONE HORN TRANSPO BRADENTON     FL
01/10       30.00 FEDX CARD DELIVE
01/11    2,196.25 SECURITY BANK OF CRAWFORD
                   111010170 TIB THE INDEPENDEN
                   RV
01/11   33,269.14 ALEXANDER JONES #22-33553 DIP
                   043000096 PNC BANK, N.A.
                   SS 1.11
01/11      156.23 WAL Wal-Mart Super 0 AUSTIN       TX
01/11      213.20 INTUIT *QBooks O CL.INTUIT.COM CA
01/11      430.03 WIZARD LABELS LL HAMILTON        OH
01/11    2,898.93 DMI* DELL BUS ON ROUND ROCK     TX
01/11    1,031.03 VERIZON WIRELESS 6223344794
                   072148064500001 PAYMENTS    CCD
01/11    1,181.63 VERIZON WIRELESS 6223344794
                   072148064500003 PAYMENTS    CCD
01/11   18,717.20 FREE SPEECH OPS  1261510005
                   -SETT-CCACH     DEP/PAY    PPD
01/11  101,329.23 FREE SPEECH OPS  1261510005
                   -SETT-CCACH     DEP/PAY    PPD
01/12  252,271.88 FREE SPEECH OPS  1261510005
                   -SETT-CCACH     DEP/PAY    PPD
01/12       37.49 AMAZON.COM*R86B02CR0 SEATTLE      WA
01/12      628.65 EVILMADSCIENTIST SUNNYVALE     CA
01/12    1,844.64 H-E-B #091           AUSTIN       TX
01/12    2,814.00 HARTFORD INS. PR HARTFORD       CT
```

PQPR-6



FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \*

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|------|--------|------------------------|----------------|
| 01/12 | 2,814.00 | THE HARTFORD      9942902727 | |
| | | 12649598      INS PMT CL CCD | |
| 01/16 | 17.05 | WEB*HOSTGATOR.CO BURLINGTON    MA | |
| 01/16 | 20.73 | Amazon.com*RT1RX Amzn.com/bill WA | |
| 01/16 | 23.76 | AMZN Mktp US*RT0 Amzn.com/bill WA | |
| 01/16 | 37.88 | AMZN Mktp US*RT4 Amzn.com/bill WA | |
| 01/16 | 39.99 | GROKABILITY: SNI SAN DIEGO     CA | |
| 01/16 | 134.05 | AMZN Mktp US*RT5 Amzn.com/bill WA | |
| 01/16 | 155.78 | AMZN Mktp US*RT6 Amzn.com/bill WA | |
| 01/16 | 162.36 | CNSCWWW.TARGET.COM 1 BROOKLYN PARK MN | |
| 01/16 | 164.49 | BACKBLAZE.COM      SAN MATEO    CA | |
| 01/16 | 239.94 | GOOGLE *FIBER PD7ZMC Mountain View CA | |
| 01/16 | 266.50 | NRI*NEW RELIC     888-643-8776  CA | |
| 01/16 | 267.59 | WM SUPERCENTER #1253 AUSTIN        TX | |
| 01/16 | 366.36 | HEB ONLINE #108  855-803-0611  TX | |
| 01/16 | 409.90 | AMZN Mktp US*R82 Amzn.com/bill WA | |
| 01/16 | 571.19 | FDCSERVERSN      3124236675    FL | |
| 01/16 | 1,185.25 | THE RANGE AT AUS AUSTIN        TX | |
| 01/16 | 125.73 | SPECTRUM          0000358635 | |
| | | 9976823          SPECTRUM   PPD | |
| 01/17 | 16.18 | AMZN Mktp US*RT9 Amzn.com/bill WA | |
| 01/17 | 68.02 | AMAZON.COM*R82D79CG2 SEATTLE      WA | |
| 01/17 | 164.14 | AMZN Mktp US*RT5 Amzn.com/bill WA | |
| 01/17 | 200.48 | CGI*CANVAS ON DE RALEIGH       NC | |
| 01/17 | 240.24 | AMZN Mktp US*R80 Amzn.com/bill WA | |
| 01/17 | 271.68 | Amazon.com*R86Q3 Amzn.com/bill WA | |
| 01/17 | 309.34 | AMZN Mktp US*RT1 Amzn.com/bill WA | |
| 01/17 | 1,930.53 | ONE HORN TRANSPO BRADENTON     FL | |
| 01/18 | 31,047.83 | ALEXANDER JONES #22-33553 DIP | |
| | | 043000096 PNC BANK, N.A. | |
| | | ss 01.18 | |
| 01/18 | 2.99 | NST THE HOME DEPOT 0 AUSTIN        TX | |
| 01/18 | 5.98 | NST THE HOME DEPOT 0 AUSTIN        TX | |
| 01/18 | 87.76 | AMZN Mktp US*R88 Amzn.com/bill WA | |
| 01/18 | 138.36 | Name.com, Inc    7202492374    CO | |
| 01/18 | 184.03 | H-E-B #091          AUSTIN        TX | |
| 01/18 | 535.84 | B&H PHOTO 800-60 NEW YORK      NY | |
| 01/18 | 758.08 | ONE HORN TRANSPO BRADENTON     FL | |
| 01/18 | 991.58 | ONE HORN TRANSPO BRADENTON     FL | |
| 01/18 | 1,056.27 | EZCATERGUSS WORL 8004881803    MA | |

PQPR-6



00011

# CADENCE
Bank

```
                                                                30/2
FREE SPEECH SYSTEMS LLC                         PAGE        7
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                              STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350                01/31/24
AUSTIN TX 78741-7424                        ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
01/18     75,137.50 FREE SPEECH OPS  1261510005
                    -SETT-CCACH     DEP/PAY    PPD
01/18    149,712.64 FREE SPEECH OPS  1261510005
                    -SETT-CCACH     DEP/PAY    PPD
01/18    169,374.84 FREE SPEECH OPS  1261510005
                    -SETT-CCACH     DEP/PAY    PPD
01/19         37.22 Amazon.com*R87E4 Amzn.com/bill WA
01/19        281.07 AMZN Mktp US*R82 Amzn.com/bill WA
01/19      5,974.00 ONE HORN TRANSPO BRADENTON    FL
01/19         30.00 FEDX CARD DELIVE
01/22         20.56 Amazon.com*R05SV Amzn.com/bill WA
01/22         36.79 AMZN Mktp US*R88 Amzn.com/bill WA
01/22         40.00 VERCEL PRO       COVINA       CA
01/22         76.83 AMZN Mktp US*R81 Amzn.com/bill WA
01/22         80.24 H-E-B #373       ROUND ROCK   TX
01/22         84.31 H-E-B #373       ROUND ROCK   TX
01/22        102.82 AMZN Mktp US*R07 Amzn.com/bill WA
01/22        159.23 H-E-B #673       ROUND ROCK   TX
01/22        201.94 AMZN Mktp US*R05 Amzn.com/bill WA
01/22        215.43 ONLINE STORE SAL 361-816-4113 TX
01/22        215.43 ONLINE STORE SAL 361-816-4113 TX
01/22        215.43 ONLINE STORE SAL 361-816-4113 TX
01/22        545.34 FDCSERVERSN      3124236675   FL
01/22        666.25 CLOUDFLARE       SAN FRANCISCO CA
01/22        899.00 AWIO WEB SERVICE CARY         NC
01/22      4,289.35 ADOBE INC.       4085366000   CA
01/23         10.00 PRITUNL PREMIUM  SEATTLE      WA
01/23         24.00 GITHUB, INC.     SAN FRANCISCO CA
01/23        147.20 AMAZON.COM*R809M1W22 SEATTLE    WA
01/23        147.20 AMAZON.COM*R86BO02W1 SEATTLE    WA
01/23        181.44 TWITTER PAID FEA SAN FRANCISCO CA
01/23      5,999.17 B&H PHOTO 800-60 NEW YORK     NY
01/23        529.93 ATT              9864031004
                    378819001EPAYC  PAYMENT    PPD
01/23      4,801.87 WEBFILE TAX PYMT 2146000311
                    902/74678336    DD         CCD
01/24         41.94 H-E-B #091       AUSTIN       TX
01/24        100.00 RUMBLEVIDEO      TORONTO      ON
01/24        244.12 IRON MOUNTAIN    BOSTON       MA
01/24      1,002.67 PRIMO WATER      TAMPA        FL
```

**PQPR-6**



P0011

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

PAGE    30/2
               8

STATEMENT DATE
    01/31/24
ACCOUNT NUMBER

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | CHK NO/ATM CD |
|------|--------|------------------------|--|---------------|
| 01/24 | 5,149.43 | PRECISION CAMERA AUSTIN | TX | |
| 01/25 | 2,196.25 | SECURITY BANK OF CRAWFORD | | |
| | | 111010170 TIB THE INDEPENDEN | | |
| | | RV 01.25 | | |
| 01/25 | 22,534.18 | ALEXANDER JONES #22-33553 DIP | | |
| | | 043000096 PNC BANK, N.A. | | |
| | | SS 01.25 | | |
| 01/25 | 104.91 | AMZN Mktp US*R02 Amzn.com/bill | WA | |
| 01/25 | 110.88 | H-E-B #755          AUSTIN | TX | |
| 01/25 | 264.73 | AMZN Mktp US*R80 Amzn.com/bill | WA | |
| 01/25 | 580.67 | Amazon.com*R01A4 Amzn.com/bill | WA | |
| 01/25 | 580.67 | Amazon.com*R80HE Amzn.com/bill | WA | |
| 01/25 | 9,237.50 | FREE SPEECH OPS  1261510005 | | |
| | | -SETT-CCACH    DEP/PAY    PPD | | |
| 01/25 | 50,000.00 | FREE SPEECH OPS  1261510005 | | |
| | | -SETT-CCACH    DEP/PAY    PPD | | |
| 01/25 | 387,022.98 | FREE SPEECH OPS  1261510005 | | |
| | | -SETT-CCACH    DEP/PAY    PPD | | |
| 01/26 | 198.53 | IONOS INC.      CHESTERBROOK | PA | |
| 01/26 | 6,297.87 | B&H PHOTO 800-60 NEW YORK | NY | |
| 01/29 | 104.02 | Name.com, Inc    7202492374 | CO | |
| 01/29 | 281.19 | WM SUPERCENTER #1253 AUSTIN | TX | |
| 01/29 | 718.68 | BKGHOTEL AT BOOK 8888503958 | NY | |
| 01/29 | 2,874.72 | BKGHOTEL AT BOOK 8888503958 | NY | |
| 01/30 | 5.40 | KEYME LOCKSMITHS JERSEY CITY | NJ | |
| 01/30 | 58.40 | PRIMO WATER      TAMPA | FL | |
| 01/30 | 131.17 | H-E-B #091          AUSTIN | TX | |
| 01/30 | 330.44 | HEB ONLINE #108  855-803-0611 | TX | |
| 01/31 | 27.51 | ROAD RANGER #270 MOORE | TX | |
| 01/31 | 34.72 | ROAD RANGER #270 MOORE | TX | |
| 01/31 | 43.45 | SONIC #1956      EAGLE PASS | TX | |
| 01/31 | 53.45 | AMAZON.COM*R02G69KX1 SEATTLE | | WA |
| 01/31 | 76.92 | Amazon web servi aws.amazon.co | WA | |
| 01/31 | 78.00 | MURF.AI          SALT LAKE CIT | UT | |
| 01/31 | 78.63 | Amazon web servi aws.amazon.co | WA | |
| 01/31 | 78.63 | Amazon web servi aws.amazon.co | WA | |
| 01/31 | 78.63 | Amazon web servi aws.amazon.co | WA | |
| 01/31 | 78.63 | Amazon web servi aws.amazon.co | WA | |
| 01/31 | 78.63 | Amazon web servi aws.amazon.co | WA | |
| 01/31 | 78.64 | Amazon web servi aws.amazon.co | WA | |

PQPR-6



B0011

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                                  STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350                   01/31/24
AUSTIN TX 78741-7424                           ACCOUNT NUMBER

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 01/31 | 79.47 | Amazon web servi aws.amazon.co WA | |
| 01/31 | 79.47 | Amazon web servi aws.amazon.co WA | |
| 01/31 | 79.47 | Amazon web servi aws.amazon.co WA | |
| 01/31 | 79.47 | Amazon web servi aws.amazon.co WA | |
| 01/31 | 79.47 | Amazon web servi aws.amazon.co WA | |
| 01/31 | 79.47 | Amazon web servi aws.amazon.co WA | |
| 01/31 | 79.47 | Amazon web servi aws.amazon.co WA | |
| 01/31 | 79.47 | Amazon web servi aws.amazon.co WA | |
| 01/31 | 79.48 | Amazon web servi aws.amazon.co WA | |
| 01/31 | 79.48 | Amazon web servi aws.amazon.co WA | |
| 01/31 | 85.06 | NST THE HOME DEPOT 0 AUSTIN | TX |
| 01/31 | 113.65 | AMZN Mktp US*R29 Amzn.com/bill WA | |
| 01/31 | 115.37 | CHILI'S EAGLE PA EAGLE PASS | TX |
| 01/31 | 116.14 | CHILI'S EAGLE PA EAGLE PASS | TX |
| 01/31 | 383.14 | AMAZON.COM*R03RJ7I61 SEATTLE | WA |
| 01/31 | 20,671.00 | FREE SPEECH OPS 1261510005 -SETT-CCACH DEP/PAY PPD | |
| 01/31 | 20,896.00 | FREE SPEECH OPS 1261510005 -SETT-CCACH DEP/PAY PPD | |

\* \* \* \* \* \* \* \* \* \* DAILY BALANCE SUMMARY \* \* \* \* \* \* \* \* \* \*
| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/31 | 92847.40 | 01/11 | 209992.59 | 01/23 | 36238.16 |
| 01/02 | 88664.25 | 01/12 | 150911.16 | 01/24 | 29700.00 |
| 01/03 | 83863.55 | 01/16 | 69043.74 | 01/25 | 28527.18 |
| 01/04 | 76006.56 | 01/17 | 65843.13 | 01/26 | 22030.78 |
| 01/05 | 73518.15 | 01/18 | 62082.24 | 01/29 | 18052.17 |
| 01/08 | 72670.18 | 01/19 | 55789.95 | 01/30 | 17526.76 |
| 01/09 | 71195.07 | 01/22 | 48078.97 | 01/31 | 15132.84 |
| 01/10 | 64960.99 | | | | |

PQPR-6



P0054

# CADENCE
Bank

FREE SPEECH SYSTEMS LLC
DONATIONS ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

INFOLINE  1-888-797-7711
* * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *
PREVIOUS BALANCE            98,481.21          AVERAGE BALANCE
  +      1 CREDITS           3,847.60                 101,459
  -      0  DEBITS               .00      YTD INTEREST PAID
  - SERVICE CHARGES             .00                     .00
  +   INTEREST PAID             .00
ENDING BALANCE            102,328.81

DAYS IN PERIOD                                            31

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
01/08     3,847.60 DEPOSIT
* * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
  DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
12/31     98481.21   01/08    102328.81

PQPR-6

**CADENCE**
Bank

B0098

FREE SPEECH SYSTEMS LLC
PAYROLL ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

INFOLINE  1-888-797-7711

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY  \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PREVIOUS BALANCE | 5,000.00 | AVERAGE BALANCE |
| +    3 CREDITS | 401,499.67 | 5,000 |
| -    3 DEBITS | 401,499.67 | YTD INTEREST PAID |
| -  SERVICE CHARGES | .00 | .00 |
| +    INTEREST PAID | .00 | |
| ENDING BALANCE | 5,000.00 | |

DAYS IN PERIOD                                                    31

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

DEPOSITS AND OTHER CREDITS

DATE..........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD

01/09    192,625.62 ONLINE TRANSFER CREDIT 010924
                    CADENCE BANK    XFER CR   ONLINE
                    CUSTOMER TRANSFER FROM IM


01/12       295.52 ONLINE TRANSFER CREDIT 011224
                    CADENCE BANK    XFER CR   ONLINE
                    CUSTOMER TRANSFER FROM IM


01/23    208,578.53 ONLINE TRANSFER CREDIT 012324
                    CADENCE BANK    XFER CR   ONLINE
                    CUSTOMER TRANSFER FROM IM


     OTHER DEBITS

DATE..........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD

01/09    192,625.62 MMMH & COMPANY
                    084201278 CADENCE BANK
                    PR 01.09.24
01/12       295.52 FREE SPCH PAYROL 3261510005
                    -SETT-CCACH    DEP/PAY    PPD
01/23    208,578.53 MMMH & COMPANY
                    084201278 CADENCE BANK
                    PR 01.23

PQPR-6



B0098

FREE SPEECH SYSTEMS LLC
PAYROLL ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

PAGE      2

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

\* \* \* \* \* \* \* \* \* \* \* DAILY BALANCE SUMMARY \* \* \* \* \* \* \* \* \* \* \*

| DATE.......BALANCE | DATE.......BALANCE | DATE.......BALANCE |
|---|---|---|
| 12/31    5000.00 | 01/12    5000.00 | 01/23    5000.00 |
| 01/09    5000.00 | | |

PQPR-6


**CADENCE**
Bank

D0054

FREE SPEECH SYSTEMS LLC
ESCROW ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0

STATEMENT DATE
01/31/24
ACCOUNT NUMBER

INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
PREVIOUS BALANCE          565,887.38          AVERAGE BALANCE
  +      0 CREDITS                .00                 565,887
  -      0 DEBITS                 .00      YTD INTEREST PAID
  - SERVICE CHARGES              .00                     .00
  +   INTEREST PAID              .00
ENDING BALANCE            565,887.38

DAYS IN PERIOD                                           31

* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
   DATE.......BALANCE  DATE.......BALANCE  DATE.......BALANCE
12/31    565887.38

PQPR-6