IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60043 (CML) |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |
| | § | |

**JONES' WITNESS AND EXHIBIT LIST**

| | |
|---|---|
| Main Case No: 22-60043 | Name of Debtor: Free Speech Systems, LLC |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Robert Schleizer | Judge: Christopher M. Lopez |
| Alexander E. Jones | Courtroom Deputy: |
| Patrick Magill | Hearing Date: March 11, 2024 |
| Harold "Hap" May | Hearing Time: 3:00 p.m. (CT) |
| Annie E. Catmull | Party's Name: Alexander E. Jones |
| | Attorney's Name: Vickie L. Driver |
| Rebuttal witnesses as necessary; and | Attorney's Phone: 737-218-6187 |
| Jones may call as part of its case in chief or cross-examine any witness designated or called by any other party | Nature of Proceeding: Debtor's Amended Emergency Application to Employ Harold "Hap" May PC as counsel [Dkt. No. 809]<br><br>Emergency Motion of the Law Offices of Ray Battaglia, PLLC, to Withdraw as Counsel for Free Speech Systems, LLC [Dkt. No. 830] |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| Jones-1 | Company Agreement of Free Speech Systems, LLC | | | | |
| Jones-2 | Assignment of Kelly R. Jones' Interest in Free Speech Systems, LLC | | | | |
| Jones-3 | Order (A) Authorizing Employment of Patrick Magill, as Chief Restructuring Officer, (B) Authorizing Employment of Staff | | | | |

1

| | | | | | |
|---|---|---|---|---|---|
| | of Magill PC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief [Dkt. No. 239] | | | | |
| | Any document or pleading filed in the above-captioned case | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| | Any exhibit identified or offered by any other party | | | | |

Respectfully submitted this 8th day of March, 2024.

**CROWE & DUNLEVY, P.C.**

By: */s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR ALEXANDER E. JONES**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was filed with the Court on March 8, 2024, and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ Vickie L. Driver*
Vickie L. Driver