**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **FREE SPEECH SYSTEMS LLC,** | § | |
| | § | **Case No. 22-60043 (CML)** |
| **Debtor.** | § | |
| | § | |

**PQPR'S NOTICE OF WITHDRAWAL OF CERTAIN RELIEF IN MOTION FOR ENTRY**
**OF AN ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER, OR,**
**IN THE ALTERNATIVE, TO CONVERT CASE TO CHAPTER 7**

PQPR Holdings Limited, LLC ("PQPR"), a secured creditor and party in interest, hereby

withdraws its request for relief under 11 U.S.C. § 1104, but reiterates its request that the case be converted

to Chapter 7 under 11 U.S.C. § 1112(b).

Dated: March 8, 2024

Respectfully submitted,

*/s/ Stephen W. Lemmon*
Stephen W. Lemmon
Texas Bar. No. 12194500
STREUSAND, LANDON, OZBURN & LEMMON, LLP
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
lemmon@slollp.com

**ATTORNEYS FOR**
**PQPR HOLDINGS LIMITED, LLC**

**<u>CERTIFICATE OF SERVICE</u>**


I hereby certify that on March 8, 2024, a true and correct copy of the foregoing instrument was served electronically on all parties registered to receive notice of filings in this case via the Courts ECF notification system.


*/s/ Stephen W. Lemmon*
Stephen W. Lemmon