# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | Case No. 22-60043 (CML) |
| Debtor. |  |

## CONNECTICUT PLAINTIFFS'
## WITNESS AND EXHIBIT LIST

| Judge | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date | Monday, March 11, 2024 |
| Hearing Time | 3:00 p.m. (CT) |
| Party's Name | Connecticut Plaintiffs |
| Attorney Names | Ryan E. Chapple<br>Kyle J. Kimpler |
| Attorney Phones | 512-477-5000 (Ryan Chapple)<br>212-373-3253 (Kyle Kimpler) |
| Nature of Proceeding | Debtor's Emergency Motion of the Law Offices of Ray Battaglia, PLLC, to Withdraw as Counsel for Free Speech Systems, LLC [22-60043 Dkt. 830]<br><br>Debtor's Emergency Application for Entry of an Order (I) Authorizing the Debtors to Retain and Employ O'ConnorWechsler, PLLC as Bankruptcy Counsel and (II) Granting Related Relief [22-60043 Dkt. 835]<br><br>Debtor's Emergency Motion to File Under Seal an Unredacted Version of the Redacted Filing at ECF #836, Debtor's Response to the Motion to Withdraw of Counsel Assigned ECF #830, Unopposed by Movant [22-60043 Dkt. 841]<br><br>Subchapter V Trustee's Initial Findings of Free Speech Systems, LLC Investigation [22-60043 Dkt. No. 549] |

David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M.

Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (collectively, the "Connecticut Plaintiffs") hereby submit this Witness and Exhibit List ("Witness and Exhibit List") in connection with the hearing on (a) *Motion of the Law Offices of Ray Battaglia, PLLC, to Withdraw as Counsel for Free Speech Systems, LLC [22-60043 Dkt. 830]*; (b) *Debtor's Emergency Application for Entry of an Order (I) Authorizing the Debtors to Retain and Employ O'ConnorWechsler, PLLC as Bankruptcy Counsel and (II) Granting Related Relief [22-60043 Dkt. 835]*; (c) *Debtor's Emergency Motion to File Under Seal an Unredacted Version of the Redacted Filing at ECF #836, Debtor's Response to the Motion to Withdraw of Counsel Assigned ECF #830, Unopposed by Movant [22-60043 Dkt. 841]*; and (d) *Subchapter V Trustee's Initial Findings of Free Speech Systems, LLC Investigation [22-60043 Dkt. 549]*, to be held on Monday, March 11, 2024, at 3:00 p.m. (Central Time).

The Connecticut Plaintiffs reserve the right to supplement, amend, or revise this Witness and Exhibit List at any time prior to the hearing, including with new witnesses and additional exhibits. Further, the Connecticut Plaintiffs reserve the right to use any exhibits or question any witness presented by any other party, to ask the Court to take judicial notice of any document, and to introduce exhibits previously admitted.

### WITNESS LIST

The Connecticut Plaintiffs may call the following witnesses at the hearing:

1. Patrick Magill;
2. Ray Battaglia;
3. Harold "Hap" May;

4. Annie Catmull;

5. Any witness necessary to rebut the testimony of any witness called or designated by any other parties;

6. Any witness listed or called by any other party.

**EXHIBIT LIST**

The Connecticut Plaintiffs may offer for admission into evidence any of the following exhibits at the hearing:

| No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Debtors' Amended Emergency Application for Entry of an Order Authorizing the Debtor to Retain and Employ Harold "Hap" May, PC as Co-Counsel [Dkt. 809] | | | | |
| 2. | PQPR Holdings Limited, LLC's Objection to Debtor's Amended Emergency Application for Entry of an Order Authorizing the Debtor to Retain and Employ Harold "Hap" May, PC as Co-Counsel [Dkt. 811] | | | | |
| 3. | Subchapter V Trustee's Statement in Support of the Debtor's Amended Emergency Application to Employ Harold "Hap" May, PC [Dkt. 813] | | | | |
| 4. | PQPR Holdings Limited, LLC's Request for Status Conference [Dkt. 828] | | | | |

4

| | | | | | |
|---|---|---|---|---|---|
| 5. | Emergency Motion of the Law Offices of Ray Battaglia, PLLC, to Withdraw as Counsel for Free Speech Systems, LLC [Dkt. 830] | | | | |
| 6. | Debtor's Emergency Application for Entry of an Order (I) Authorizing the Debtors to Retain and Employ O'ConnorWechsler, PLLC as Bankruptcy Counsel and (II) Granting Related Relief [Dkt. 835] | | | | |
| 7. | O'ConnorWechsler Letter [Dkt. 835-2] | | | | |
| 8. | Debtor's Response to the "Emergency Motion of the Law Offices of Ray Battaglia, PLLC, to Withdraw as Counsel for Free Speech Systems, LLC [Dkt. 836] | | | | |
| 9. | Debtor's Response to the "Emergency Motion of the Law Offices of Ray Battaglia, PLLC, to Withdraw as Counsel for Free Speech Systems, LLC [Unredacted] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Subchapter V Trustee's Emergency Motion to Supplement the Order (A) Authorizing Employment of Patrick Magill as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Magill PC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief [Dkt. 838] | | | | |
| 11. | Debtor's Emergency Motion to File Under Seal an Unredacted Version of the Redacted Filing at ECF # 836, Debtor's Response to the Motion to Withdraw of Counsel Assigned ECF #30, Unopposed by Movant [Dkt. 841] | | | | |
| 12. | Declaration of Annie Catmull Proposed Bankruptcy Counsel and Disclosure of Compensation [Dkt. 842] | | | | |
| 13. | PQPR Holdings Limited, LLC's Motion for Entry of an Order Directing the Appointment of an Examiner, or, in the Alternative, to Convert Case to Chapter 7 [Dkt. 847] | | | | |

6

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 14. | Debtor's Emergency Application for Entry of an Order Authorizing the Debtor to Retain and Employ Harold "Hap" May, PC as Co-Counsel [Dkt. 806] |  |  |  |  |
| 15. | PQPR Holdings Limited, LLC's Response and Objection Emergency Motion of the Law Office of Ray Battaglia, PLLC, to Withdraw as Counsel for Free Speech Systems, LCC [Dkt. 846] |  |  |  |  |
| 16. | Subchapter V Trustee's Initial Findings of Free Speech Systems, LLC Investigation [22-60043 Dkt. 549] |  |  |  |  |
|  | Any other document or pleading filed in the above-captioned case |  |  |  |  |
|  | Any exhibits identified or offered by any other party |  |  |  |  |
|  | Any exhibits necessary for impeachment and/or rebuttal purposes |  |  |  |  |

*[Remainder of page intentionally left blank]*

Respectfully submitted this 8th day of March 2024.

        **CAIN & SKARNULIS PLLC**
By: */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone:  (512) 477-5000
Fax:  (512) 477-5011
Email:  rchapple@cstrial.com

**KOSKOFF KOSKOFF & BIEDER, PC**
Alinor C. Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone:  (203) 336-4421
Email:  asterling@koskoff.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kyle J. Kimpler (admitted *pro hac vice*)
Paul Paterson (admitted *pro hac vice*)
Stephanie P. Lascano (admitted *pro hac vice*)
Vida Robinson (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Fax:  (212) 757-3990
Email:  kkimpler@paulweiss.com
Email: ppaterson@paulweiss.com
Email: slascano@paulweiss.com
Email: vrobinson@paulweiss.com

***Co-Counsel to the Connecticut Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List has been served on counsel for Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 8th day of March 2024.

*/s/ Ryan E. Chapple*
Ryan E. Chapple