**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | ) Case No. 22-60043 (CML) |
| Debtor. | ) |

**EXHIBIT 4**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **Free Speech Systems LLC,** | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

## PQPR HOLDINGS LIMITED, LLC'S REQUEST FOR STATUS CONFERENCE

PQPR Holdings Limited, LLC ("PQPR"), the secured creditor of the Debtor and a party-in-interest, respectfully submits this Request for a Status Conference regarding the status of Debtor's management.

WHEREFOR, PQPR Holdings Limited, LLC requests that the Bankruptcy Court consider this request and set a status hearing.

Dated: February 29, 2024              Respectfully submitted,

By: */s/ Stephen W. Lemmon*
Stephen W. Lemmon
Texas Bar. No. 12194500
STREUSAND, LANDON, OZBURN & LEMMON, LLP
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Tel: (512) 236-9900  Fax: (512) 236-9904
lemmon@slollp.com
**ATTORNEYS FOR PQPR HOLDINGS LIMITED, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 29, 2024, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF notification system on all parties requesting notice on such system.

                                             */s/ Stephen W. Lemmon*
                                             Stephen W. Lemmon