**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 (CML) |
| | § | |
| Debtor. | § | |

## SUBCHAPTER V TRUSTEE'S STATEMENT

To Judge Christopher López, United States Bankruptcy Judge:

Melissa Haselden, (the "**Subchapter V Trustee**"), files this Statement, and represents as follows:

1.      Trustee has been engaged in extensive discussions with each party and professionals central to this case.  The Trustee also reviewed all filings and is aware of issues pertinent to the various disputes.  The Trustee anticipates continued discussions and activity over the weekend and prior to the hearing scheduled for Monday, March 11, 2023 at 3:00pm.  The Trustee does not wish to risk misleading anyone not involved in negotiations or thwarting progress that might be made.

2.      Therefore, the Trustee is not filing a written report at this time.  In the interest of transparency, the Trustee has concluded that the case is quickly approaching, if it has not already arrived, at a place in which a reorganization is not possible.  The Trustee will be prepared at the hearing to report to the Court with regards the status of the case and to answer any questions.


DATED:  March 10, 2024


*/s/ Elizabeth C. Freeman*
**The Law Office of Liz Freeman**
Elizabeth C. Freeman (TX Bar No. 2400922)
PO Box 61209
Houston, TX 77208-1209
Telephone: (832) 779-3580
Email: liz@lizfreemanlaw.com

Proposed Counsel to Melissa Haselden,
Subchapter V Trustee

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 10, 2024, a copy of this Motion was sent to the parties listed below by the Court's ECF notification system.

/s/ *Elizabeth C. Freeman*
Elizabeth C. Freeman