IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **FREE SPEECH SYSTEMS, LLC** ) | |
| ) | Case No. 22-60043 |
| Debtor ) | |
| ) | |

WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 22-60043 | Name of Debtor: Free Speech Systems, LLC |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| | Judge: Christopher M. Lopez |
| Harold "Hap" May | Courtroom Deputy: Zilde Martinez |
| Annie Catmull | Hearing Date: 3/11/24 |
| Each witness designated by any other party | Hearing Time: 3:00 p.m. |
| | Party's Name: Free Speech Systems LLC |
| | Attorney's Name: Annie Catmull |
| | Attorney's Phone:281.814.5977 |
| | Nature of Proceeding:<br><br>(1) ECF # 830 Emergency Motion of The Law Offices of Ray Battaglia, PLLC, to Withdraw as Counsel for Free Speech Systems, LLC;<br>(2) **ECF #849 Proposed Withdrawal Order granting # 830, signed by Movant and Debtor;**<br>(3) ECF # 841 Motion to Seal Unredacted Response to Motion to Withdraw as Counsel Filed by Debtor Free Speech Systems LLC;<br>(4) ECF # 835 Application to Employ Annie Catmull and O'ConnorWechsler PLLC as Attorneys for Debtor; and<br>(5) ECF # 809 Amended Emergency Motion and Application for Entry of an Order Authorizing the Debtor to |

|  | Retain and Employ Harold Hap May, PC as Co-Counsel (proposed order at ECF # 810) |
|---|---|

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Hap May CV | | | | |
| 2 | Hap May Declaration | | | | |
| 3 | Hap May Engagement Letter | | | | |
| 4 | OWPLLC CV | | | | |
| 5 | Catmull Declaration | | | | |
| 6 | OWPLLC/FSS Engagement Letter | | | | |

DATED: March 10, 2024.

Respectfully submitted,

O'CONNORWECHSLER PLLC
By: /s/ Annie Catmull
Annie E. Catmull
State Bar No. 00794932
aecatmull@o-w-law.com
Kathleen A. O'Connor
State Bar. No. 00793468
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

PROPOSED COUNSEL FOR FREE SPEECH SOLUTIONS, LLC

### Certificate of Service

I certify that on March 10, 2023, the attached was served via the Court's ECF notification system to all parties who have appeared in this case.
By: /s/ Annie Catmull
Annie E. Catmull