**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re**: | § | |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | |
| | § | **Case No. 22-60043-11** |
| **Debtor** | § | **(Subchapter V)** |

**NOTICE OF HEARING TIME CHANGE**
[Relates to Doc. ##809, 810, 830, 835, 841]

Please take notice that the _time only_ for the hearing scheduled for **Monday, March 11, 2024, at 3:00 p.m**. (CST) has been changed to **4:00 p.m**. (CST) in Courtroom 401, 4th floor, 515 Rusk, Houston, Texas 77002 to consider the following matters:

- REQUEST FOR HEARING [Docket No. 828].

- DEBTOR'S AMENDED EMERGENCY APPLICATION TO EMPLOY HAROLD "HAP" MAY PC AS COUNSEL [Docket No. 809] and PROPOSED ORDER [Docket No. 810].

- EMERGENCY MOTION OF THE LAW OFFICES OF RAY BATTAGLIA, PLLC, TO WITHDRAW AS COUNSEL FOR FREE SPEECH SYSTEMS, LLC FILED BY DEBTOR FREE SPEECH SYSTEMS LLC [Docket No. 830].

- APPLICATION TO EMPLOY ANNIE CATMULL AND O'CONNORWECHSLER PLLC AS ATTORNEYS FOR DEBTOR [Docket No. 835].

- MOTION TO SEAL UNREDACTED RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FILED BY DEBTOR FREE SPEECH SYSTEMS LLC [Docket No. 841].

**You may participate in the hearing either in personor by audio and video connection. Audio communication will be by use of the Court's dial- in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Videocommunication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically inadvance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

DATED:  March 11, 2024

Respectfully submitted,

**HASELDEN FARROW PLLC**

By: */s/ Melissa A. Haselden*
MELISSA A. HASELDEN
State Bar No. 00794778
700 Milam, Suite 1300
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
Email: mhaselden@haseldenfarrow.com
**SUBCHAPTER V TRUSTEE**

## CERTIFICATE OF SERVICE

This certifies that on March 11, 2024, the Notice of Hearing was served via the Court's electronic case filing notification system.

By: */s/ Melissa A. Haselden*
MELISSA A. HASELDEN