IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **FREE SPEECH SYSTEMS, LLC** ) | |
| ) | Case No. 22-60043 |
| Debtor ) | |
| ) | |

**DEBTOR'S EMERGENCY APPLICATION FOR ENTRY OF AN ORDER (I)
AUTHORIZING THE DEBTOR TO RETAIN AND EMPLOY
O'CONNNORWECHSLER, PLLC AS BANKRUPTCY COUNSEL
AND (II) GRANTING RELATED RELIEF**

The Court, having considered the Application to Employ O'ConnorWechsler PLLC as Bankruptcy Counsel (the "Application"), the evidence submitted, and the argument of counsel, is of the opinion that the requested relief should be granted. It is therefore:

ORDERED THAT:

1. Pursuant to Bankruptcy Code Sections 327(a) and 330, Bankruptcy Rule 2014(a), and Bankruptcy Local Rule 2014-1, Debtor is authorized to employ and retain O'ConnorWechsler PLLC as its bankruptcy counsel effective as of August 19, 2023.

2. Subject to further approval by this Court, O'ConnorWechsler PLLC shall be compensated for services performed in accordance with its normal billing practices and reimbursed for its necessary expenses incurred in representing Debtor in this case as set forth in Debtor's application to employ O'ConnorWechsler PLLC.

3. All allowed fees and expenses of O'ConnorWechsler PLLC shall constitute administrative expenses.

4. Annie Catmull is designated as attorney-in-charge for the representation by O'ConnorWechsler PLLC of Debtor in this case.

SIGNED this _____ day of _____, 2024.

_____
**UNITED STATES BANKRUPTCY JUDGE**