Electronic Appearance Sheet

David Zensky, Akin
Client(s): Jones UCC

Sara Brauner, Akin
Client(s): Jones UCC

Katherine Porter, Akin
Client(s): Jones UCC

Marty Brimmage, Akin
Client(s): Jones UCC

Anna Kordas, Akin
Client(s): Jones UCC

Melanie Miller, Akin
Client(s): Jones UCC

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Connecticut Plaintiffs