IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | **Chapter 11** |
| **FREE SPEECH SYSTEMS, LLC** § | |
| § | **Case No. 22-60043** |
| **Debtor** § | |
| § | |

**DEBTOR'S NOTICE OF ABANDONMENT
FILED PURSUANT TO 11 U.S.C. § 554**

---

**NOTICE PURSUANT TO BANKRUPTCY RULE 6007**

"A PARTY IN INTEREST MAY FILE AND SERVE AN OBJECTION WITHIN 14 DAYS OF THE MAILING OF [THIS] NOTICE …. IF A TIMELY OBJECTION IS MADE, THE COURT SHALL SET A HEARING ON NOTICE TO THE UNITED STATES TRUSTEE AND TO OTHER ENTITIES AS THE COURT MAY DIRECT."

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The Debtor, Free Speech Systems, LLC ("Debtor") in the above-styled bankruptcy case respectfully shows:

Debtor believes that it has removed all items owned by Debtor from the subject storage units that are identified in *Public Storage's Motion for Relief from the Automatic Stay Against Property and Request for Hearing* [Docket No. 800] and that any items that Debtor may have inadvertently remain in the designated storage units do not have any value and are abandoned.

By this notice the Debtor advises of its intent to abandon the contents, if any, of Debtor's property within the storage facility located at 2301 E. Ben White Blvd., Austin, Texas 78741.

DATED:       March 15, 2024.

1

Respectfully submitted,

**O'CONNORWECHSLER PLLC**

By: ___*/s/ Annie E. Catmull*___
    Annie E. Catmull
    State Bar No. 00794932
    aecatmull@o-w-law.com
    4400 Post Oak Plaza, Suite 2360
    Houston, Texas 77027
    Telephone: (281) 814-5977

**ATTORNEYS FOR FREE SPEECH SYSTEMS, LLC**

**CERTIFICATE OF SERVICE**

    I certify that on March 15, 2024 a copy of the attached notice of abandonment was served via the Court's ECF notification system to all registered users who have appeared.

*/s/ Annie Catmull*
Annie Catmull