IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | | |
| | | Case No. 22-60043 |
| Debtor. | | |

DEBTOR'S NOTICE OF CASH COLLATERAL BUDGET FOR APRIL 2024

Free Speech Systems, LLC ("FSS" or "Debtor") files this notice in accordance with the Seventeenth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection [ECF #772] where the Court ordered FSS to file a notice with an attached budget on April 2024 is attached to this Notice as Exhibit A (the "Budget"). The Budget reflects the use of cash collateral consistent with the payment of reasonable and necessary operating expenses of FSS throughout the pendency of this case.

Respectfully submitted,

O'CONNORWECHSLER PLLC
By: /s/ Annie Catmull
Annie E. Catmull
State Bar No. 00794932
aecatmull@o-w-law.com
Kathleen A. O'Connor
State Bar. No. 00793468
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

COUNSEL FOR FREE SPEECH SOLUTIONS, LLC

1

**Certificate of Service**

I certify that on March 25, 2024, all parties who have made an electronic appearance were served a copy of the attached notice through the Court's ECF notification system.

/s/ Annie Catmull
Annie E. Catmull



| Week Number | 4/1/2024-4/6/2024 15 | 4/7/2024-4/13/2024 16 | 4/14/2024-4/20/2024 17 | 4/21/2024-4/27/2024 18 | 4/28/2024-4/30/2024 19 | Total | NOTES |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| Product Sales *(Net of 7.0% Merchant Fee)* | $ 304,521.43 | $ 355,275.00 | $ 560,250.00 | $ 566,100.00 | $ 211,660.71 | $ 1,997,807.14 | Net of 5.5% CC Merchant fees. Includes Shipping and Sales Tax, excludes any PQPR / Platinum |
| New Product Initiative | 375,842.86 | 30,150.00 | 40,042.50 | 42,044.63 | 16,033.88 | 504,113.86 | Drop Ship vendor for Meals Ready to Eat and Guest Fees, gross sales |
| Point of Sales Revenue | 19,384.29 | 22,615.00 | 32,175.00 | 32,175.00 | 12,423.57 | 118,772.86 | Fulfillment Vendor Product Sales |
| Platinum / PQPR Commission | 23,571.43 | 27,500.00 | 41,650.00 | 47,350.00 | 16,642.86 | 156,714.29 | Net of 50% payment to PQPR |
| Donations | 400.00 | 1,000.00 | 750.00 | 1,000.00 | 400.00 | 3,550.00 | |
| **Total Income** | **723,720.00** | **436,540.00** | **674,867.50** | **688,669.63** | **257,161.02** | **2,780,958.14** | |
| | | | | | | | |
| **Selling & Product Costs** | | | | | | | |
| Inventory Purchases | - | (200,000.00) | (35,000.00) | (200,000.00) | (15,000.00) | (450,000.00) | Inventory deposits and purchases from numerous Vendors |
| New Product Initiative | (281,882.14) | (22,612.50) | (30,031.88) | (31,533.47) | (12,025.41) | (378,085.39) | Payments to Meal Ready to Eat Vendor |
| Point of Sale Product Cost | (11,630.57) | (13,569.00) | (19,305.00) | (19,305.00) | (7,454.14) | (71,263.71) | Fulfillment Vendor product costs |
| Fulfillment Services | (41,110.39) | (47,962.13) | (75,633.75) | (76,423.50) | (28,574.20) | (269,703.96) | Fulfillment Vendor shipping and handling costs |
| Texas Sales Tax (20% of Sales @ 6.25%) | (3,806.52) | (4,440.94) | (7,003.13) | (7,076.25) | (2,645.76) | (24,972.59) | |
| **Total Cost of Goods Sold** | **(338,429.63)** | **(288,584.56)** | **(166,973.75)** | **(334,338.22)** | **(65,699.50)** | **(1,194,025.66)** | |
| | | | | | | | |
| **Operating Expenses** | | | | | | | |
| **Advertising & Promotion** | | | | | | | |
| Social Media Advertising | - | - | - | - | - | - | Advertising Campaign on X was not successful in converting advertsing to sales |
| Radio Show Advertising | - | - | - | - | - | - | |
| **Total Advertising & Promotion** | **-** | **-** | **-** | **-** | **-** | **-** | |
| | | | | | | | |
| **Computer/IT/IP Expense** | | | | | | | |
| Internet & TV services | (1,750.00) | (1,750.00) | (3,250.00) | (3,250.00) | (2,750.00) | (12,750.00) | |
| Server Hosting / Cloud Service / Ecomm | (90,000.00) | - | (50,000.00) | (50,000.00) | (20,000.00) | (210,000.00) | |
| Satellite Service | (190,000.00) | - | (35,000.00) | (15,000.00) | - | (240,000.00) | |
| Telecommunications | (2,000.00) | (2,000.00) | (7,000.00) | (5,000.00) | (10,500.00) | (26,500.00) | |
| Image License, Software & Other | (10,000.00) | (10,000.00) | (10,000.00) | (7,500.00) | (10,000.00) | (47,500.00) | |
| **Total Computer/IT/IP Expense** | **(293,750.00)** | **(13,750.00)** | **(105,250.00)** | **(80,750.00)** | **(43,250.00)** | **(536,750.00)** | |
| | | | | | | | |
| **Office & Administrative Expense** | | | | | | | |
| Bank Fees & Service Charges | (200.00) | (200.00) | (200.00) | (200.00) | (100.00) | (900.00) | |
| Insurance | (15,000.00) | - | - | - | - | (15,000.00) | Liability, auto, property and workers comp |
| Rent | (57,440.00) | - | - | - | - | (57,440.00) | |
| Utilites | (5,000.00) | (500.00) | (500.00) | (500.00) | - | (6,500.00) | |
| Janitorial | (3,500.00) | - | - | - | - | (3,500.00) | Monthly Cleaning fees |
| Office Security | (12,500.00) | (12,500.00) | (12,500.00) | (12,500.00) | (12,500.00) | (62,500.00) | |
| Repair & Maintenance | - | - | (5,000.00) | - | - | (5,000.00) | |
| Supplies/Printing/Copy | (2,000.00) | (2,000.00) | (2,500.00) | (2,000.00) | (1,000.00) | (9,500.00) | Includes Konica Minolta copier lease |
| Business Meals | - | - | (1,000.00) | - | (500.00) | (1,500.00) | |
| **Total Office & Administrative Expense** | **(95,640.00)** | **(15,200.00)** | **(21,700.00)** | **(15,200.00)** | **(14,100.00)** | **(161,840.00)** | |
| | | | | | | | |
| **Personnel Expenses** | | | | | | | |
| Salaries & Wages & Benefits | (167,500.00) | - | (167,500.00) | - | - | (335,000.00) | |
| Payroll Tax | (15,400.00) | - | (15,400.00) | - | - | (30,800.00) | |
| Contract Employees | (14,500.00) | - | (37,450.00) | - | (5,000.00) | (56,950.00) | |
| Consulting Services | (5,000.00) | (3,850.00) | (9,000.00) | (3,850.00) | (3,850.00) | (25,550.00) | HR, Tax and Bookeeping Fees |
| Alex Jones Salary | (25,000.00) | - | (25,000.00) | - | - | (50,000.00) | Per the 11/27 Hearing, Jones Salary will be $25,000 per pay period |
| **Total Personnel Expenses** | **(227,400.00)** | **(3,850.00)** | **(254,350.00)** | **(3,850.00)** | **(8,850.00)** | **(498,300.00)** | |
| | | | | | | | |
| **Travel** | | | | | | | |
| Mileage/Parking/Tolls | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (500.00) | |
| Special Event Travel & Security | - | - | - | - | - | - | |
| Special Event Travel & Security | - | - | - | - | - | - | |
| Travel / Lodging | - | - | - | - | - | - | |
| Vehicle Rental / Leases | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (2,500.00) | |
| **Total Travel Expenses** | **(600.00)** | **(600.00)** | **(600.00)** | **(600.00)** | **(600.00)** | **(3,000.00)** | |
| | | | | | | | |
| **Total Operating Expenses** | **(617,390.00)** | **(33,400.00)** | **(381,900.00)** | **(100,400.00)** | **(66,800.00)** | **(1,199,890.00)** | |
| | | | | | | | |
| **Non-Operating Expenses** | | | | | | | |
| RV Repairs and Maintenance | - | - | - | - | - | - | Project Completed 3-2024 |
| Adequate Protection Payment to SEC Bank | (2,750.00) | - | - | - | - | (2,750.00) | |
| **Total Other Expenses** | **(2,750.00)** | **-** | **-** | **-** | **-** | **(2,750.00)** | |
| | | | | | | | |
| **Professional Fees** | | | | | | | |
| CRO Fees | - | - | - | (50,000.00) | - | (50,000.00) | |
| CRO Expenses | - | - | - | - | - | - | |
| Trustee Fees | - | - | - | (40,000.00) | - | (40,000.00) | |
| Trustee Counsel | - | - | - | (50,000.00) | - | (50,000.00) | |
| Legal Fees - Reynal | - | - | - | (35,000.00) | - | (35,000.00) | |
| Legal Fees - Additional Counsel | - | (75,000.00) | - | - | - | (75,000.00) | Retainer for Annie Catmull |
| Legal Fees - Texas Appellete Counsel | - | - | - | (35,000.00) | - | (35,000.00) | |
| Sales Tax Preparation Fees | - | - | (50,000.00) | - | - | (50,000.00) | Analysis of FSS Sales Tax Compliance status |
| Data Discovery | - | - | - | - | - | - | |
| *Ray Battaglia* | - | - | - | (40,000.00) | - | (40,000.00) | |
| **Total Professional Fees** | **-** | **(75,000.00)** | **(50,000.00)** | **(250,000.00)** | **-** | **(375,000.00)** | |
| | | | | | | | |
| **Total Cash Flow** | **(234,849.63)** | **39,555.44** | **75,993.75** | **3,931.41** | **124,661.51** | **9,292.48** | |
| | | | | | | | |
| **Ending Cash** | **2,465,150.38** | **2,504,705.81** | **2,580,699.56** | **2,584,630.97** | **2,709,292.48** | | |