United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FREE SPEECH SYSTEMS LLC, | ) | Case No. 22-60043 |
| | ) | |
| Debtor. | ) | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ALEX E. JONES, | ) | Case No. 22-33553 |
| | ) | |
| Debtor. | ) | |

### ORDER APPOINTING MEDIATOR

Upon the request of the Subchapter V Trustee, it is ORDERED

1. Judge Edward L. Morris is appointed as a mediator in this case. At all times in the performance of his mediation duties, Judge Morris will be acting in his official capacity as a United States Bankruptcy Judge, with all of the privileges and immunities of a United States Bankruptcy Judge.

2. The Court adopts and incorporates Section S of the Procedures for Complex Cases in the Southern District of Texas (Effective October 18, 2023).

3. An in person, face to face, meeting with persons with full settlement authority present will take place in Judge Morris' Courtroom beginning on April 17, 2024 or at any other location and time determined by Judge Morris. The procedures for the meeting will be determined by Judge Morris, following such consultation with the Parties, as he deems appropriate.

Signed: March 26, 2024

_____
Christopher Lopez
United States Bankruptcy Judge