IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| FREE SPEECH SYSTEMS LLC | § § | Case No. 22-60043 |
| Debtor | § § § | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that Stephanie P. Lascano, having previously filed a *Motion to Appear Pro Hac Vice* [Docket No. 751] and *Notice of Appearance and Request for Service* [Docket No. 822], hereby withdraws her appearance on behalf of Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the Connecticut Plaintiffs) and Erica L. Ash fka Erica Garbatini fka Erica Lafferty (Ash), in the above-captioned matter, and requests that she be removed from all service lists in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and its attorneys of record, other than Stephanie P. Lascano, continue to represent the Connecticut Plaintiffs and Ash and hereby request that all notices required in the above-referenced case continue to be served to such attorneys of record.

Respectfully submitted this 29th day of March 2024.

          */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
Email: rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

-and-

Kyle J. Kimpler (admitted *pro hac vice*)
Vida Robinson (admitted *pro hac vice*)
Paul Paterson (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (fax)
kkimpler@paulweiss.com
vrobinson@paulweiss.com
ppaterson@paulweiss.com
**ATTORNEYS FOR CONNECTICUT PLAINTIFS AND ASH**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 29th day of March 2024.

          */s/ Ryan E. Chapple*
Ryan E. Chapple