IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| FREE SPEECH SYSTEMS LLC | § § | Case No. 22-60043 |
| Debtor | § § § | |

**ORDER GRANTING NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR CONNECTICUT PLAINTIFFS**

CAME ON to be considered the Notice of Withdrawal of Appearance as Counsel for Connecticut Plaintiffs[1] and Erica L. Ash fka Erica Garbatini fka Erica Lafferty (Ash) filed on behalf of attorney Stephanie P. Lascano. After consideration of the motion and representations by Movant, responses and objections, if any, and argument of counsel, if any, the Court finds the Notice meritorious. It is, therefore,

ORDERED that Movant Stephanie P. Lascano is permitted to withdraw as counsel on behalf of Connecticut Plaintiffs and Ash. It is further

ORDERED that that following individual attorney be removed from notifications for this proceeding from the Court's CM/ECF filing system: Stephanie P. Lascano, slascano@paulweiss.com.

Dated: _____ ____, 2024

                                                     UNITED STATES BANKRUPTCY JUDGE

---

[1] Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the "Connecticut Plaintiffs").