United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 01, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-60043 |
|---|---|---|---|
| Debtor | | In Re: | Free Speech Systems, LLC |

| | |
|---|---|
| Lawyer's Name | Leslie Liberman |
| Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Street | 1285 Avenue of the Americas |
| City & Zip Code | New York, NY 10019-6064 |
| Telephone & Email | (212) 373-3000 |
| Licensed: State & Number | lliberman@paulweiss.com |
| Federal Bar & Number | NY State Bar No. 5710876 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Connecticut Sandy Hook Families**<br>Erica L. Ash fka Erica Garbatini fka Erica Lafferty (Ash) |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 03/29/2024 | Signed: | /s/ Leslie Liberman |
|---|---|---|

| The state bar reports that the applicant's status is: Currently Registered |
|---|
| Dated: 4/01/2024   Clerk's signature: /s/ Z. Compean |

**Order**        This lawyer is admitted *pro hac vice*.

Signed: April 01, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

** **Connecticut Sandy Hook Families are David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker.**