| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-60043 |
|---|---|---|---|
| | Debtor | In Re: | Free Speech Systems, LLC |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Paul Andrew Paterson<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br>ppaterson@paulweiss.com<br>NY State Bar No. 4793907 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Connecticut Sandy Hook Families** |

| |
|---|
| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____ |
| On a separate sheet for each sanction, please supply the full particulars. |

| | | |
|---|---|---|
| Dated:   04/11/2024 | Signed: | /s/ Paul Paterson |

| |
|---|
| The state bar reports that the applicant's status is: |
| Dated:              Clerk's signature: |

| | |
|---|---|
| **Order** | **This lawyer is admitted *pro hac vice*.** |

Dated: _____    _____
                                    United States Bankruptcy Judge

** **Connecticut Sandy Hook Families are David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica L. Ash fka Erica Garbatini fka Erica Lafferty (Ash).**