EXHIBIT 1

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | Biller | Rate | Time | Charge | Work |
| 2 | 3/1/2024 | AEC | 500 | 0.3 | 150 | study order approving CRO |
| 3 | 3/1/2024 | AEC | 500 | 1.3 | 650 | tcw CRO re representing debtor .5; tcw M. Haselden re same .5; tcw M. Haselden re same .3 |
| 4 | 3/1/2024 | AEC | 500 | 0.5 | 250 | craft email to R. Battaglia re his motion to withdraw as counsel .2; tcw R. Battaglia re same .2; tcw P. Magill re same .1 |
| 5 | 3/1/2024 | AEC | 500 | 1.1 | 550 | tcw M. Haselden re Battaglia motion to withdraw as counsel .3; tcw E. Freeman re same .5; tcw M. Haselden re same .3 |
| 6 | 3/1/2024 | KAO | 450 | 0.5 | 225 | Telephone call with A. Catmull to discuss FSS issues related to Battaglia withdrawal and ethics related issues on client confidentiality disclosures in motion and response needed on behalf of FSS. |
| 7 | 3/2/2024 | AEC | 500 | 1.1 | 550 | tcw K. O'Connor re immediate go forward, in terms of priority, including litigation .5; tcw M. Haselden re same .6 |
| 8 | 3/2/2024 | AEC | 500 | 0.4 | 200 | tcw V. Driver re transition to new counsel .2; tcw P. Magill re same .2 |
| 9 | 3/2/2024 | AEC | 500 | 2 | 1000 | tcw E. Freeman re go forward priorities, response to motion to withdraw .6; tcw M. Haselden re same .6; tcw M. Haselden re same .8 |
| 10 | 3/2/2024 | AEC | 500 | 3.5 | 1750 | tcw P. Magill re response to motion to withdraw and emergency motion to seal 2.5; tcw M. Haselden re same 1.0 |
| 11 | 3/2/2024 | AEC | 500 | 4 | 2000 | continue drafting response to motion to withdraw .8; same 1.2; same .6; same 1.4 |
| 12 | 3/3/2024 | AEC | 500 | 0 | 0 | tcw K. O'Connor re application to employ OWPLC .1 NO CHARGE; same .3 NO CHARGE |
| 13 | 3/3/2024 | AEC | 500 | 0.4 | 200 | tcw P. Magill |
| 14 | 3/3/2024 | AEC | 500 | 0.3 | 150 | tcw M. Haselden |
| 15 | 3/3/2024 | AEC | 500 | 0.4 | 200 | tcw M. Haselden |
| 16 | 3/3/2024 | AEC | 500 | 0.3 | 150 | tcw E. Freeman (kept dropping) |
| 17 | 3/3/2024 | AEC | 500 | 6.1 | 3050 | from noon until 6p, continue work on response to motion to withdraw, including call with M. Haselden (.7) 6.0; tcw P. Magill re same .1 |
| 18 | 3/3/2024 | AEC | 500 | 0.3 | 150 | tcw M. Haselden |
| 19 | 3/3/2024 | KAO | 450 | 2.3 | 1035 | review docket to ascertain important dates for application; (0.30); Draft Application to employ A. Catmull and OWPLLC; (1.50); Draft declaration of A. Catmull in support of application; (0.50); Send to A. Catmull for review and execution; (no charge) |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 20 | 3/4/2024 | AEC | 500 | 0.8 | 400 | tcw Patrick re response to motion to withdraw .3; tcw E. Freeman re same .1; tcw M. Haselden re same .1 tcw M. Haslenden re same .3; |
| 21 | 3/4/2024 | AEC | 500 | 2.5 | 1250 | video conference with M. Haselden re response to motion to withdraw and confirmation issues (E. Freeman participated in part) 12:15 to 5:15 DISCOUNTED 50% |
| 22 | 3/4/2024 | AEC | 500 | 0.3 | 150 | tcw M. Haselden and E. Freeman re plaintiffs |
| 23 | 3/5/2024 | AEC | 250 | 2.2 | 550 | revise and supplement application to employ OWPLLC: PARALEGAL RATE |
| 24 | 3/5/2024 | AEC | 500 | 4.6 | 2300 | revise response to motion to withdraw 2.5; same .8; same 1.3 |
| 25 | 3/5/2024 | AEC | 250 | 1.6 | 400 | revise response to motion to withdraw .9; same .7 PARALEGAL RATE |
| 26 | 3/5/2024 | AEC | 500 | 1.3 | 650 | revise and supplement application to employ OWPLLC |
| 27 | 3/5/2024 | AEC | 500 | 1 | 500 | tcw M. Haselden re response to motion to withdraw .1; same .3; tcw P. Magill re same .1; tcw M. Haselden re same .1; tcw M. Haselden re same .1; tcw P. Magill re same .3; |
| 28 | 3/5/2024 | AEC | 500 | 1.1 | 550 | emails with K. Porter re unredacted version of response to motion to withdraw .1; emails with K. Kempler re same .1; emails with H. Nguyen re same .2; tcw M. Haselden re same .7 |
| 29 | 3/6/2024 | AEC | 500 | 2.3 | 1150 | emails with S. Lemmon re Battaglia withdrawal request .3; tcw M. Haselden re same .2; same .9; tcw M. Haselden re same .2 ; tcw P. Magill re same .7 |
| 30 | 3/6/2024 | AEC | 500 | 0.3 | 150 | tcw K. O'Connor re 9am call re requests for unredacted versions of responses .3; video conference with M. Haselden and E. Freeman re same .3 |
| 31 | 3/6/2024 | AEC | 500 | 0.3 | 150 | emails with counsel for plaintiffs re confidentiality and unredacted versions of response to motion to withdraw |
| 32 | 3/6/2024 | AEC | 500 | 0.2 | 100 | review emails from V. Driver re March 11 hearing |
| 33 | 3/6/2024 | AEC | 500 | 0.2 | 100 | emails with Vickie Driver re March 11 |
| 34 | 3/6/2024 | AEC | 500 | 0.5 | 250 | tcw R. Battaglia re plan and Monday |
| 35 | 3/6/2024 | AEC | 500 | 0.3 | 150 | tcw M. Haselden re plan and Monday |
| 36 | 3/6/2024 | AEC | 500 | 1.7 | 850 | video conference with Texas plaintiffs counsel 1.7; followup video call with P. Magill, M. Haselden and E. Freeman re same .5; |
| 37 | 3/6/2024 | AEC | 500 | 0.3 | 150 | email Jones attorney re whether they want unredacted copy of response |
| 38 | 3/6/2024 | AEC | 500 |  | 0 | tcw M. Haselden  .7 NO CHARGE |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 39 | 3/6/2024 | KAO | 450 | 1.5 | 675 | Conference call with the Texas Plaintiffs re: motion to withdraw and substitute new counsel and other matters related to moving to plan confirmation and creditor settlements. |
| 40 | 3/6/2024 | KAO | 450 | 0.5 | 225 | Pre meeting conference call with sub V trustee and counsel and CRO to discuss topics for Texas Plaintiffs call. |
| 41 | 3/6/2024 | KAO | 450 | 0.2 | 90 | Post call with CRO and sub V trustee and counsel to discuss next steps after call with Texas plaintiffs including new DCO |
| 42 | 3/6/2024 | KAO | 450 | 1 | 450 | Review Response filed to Battaglia's motion to withdraw and the several email exchanges from other counsel to get an agreement on regarding unredacted versions of response and the need to attorney eyes only and non-waiver. |
| 43 | 3/7/2024 | AEC | 500 | 0.2 | 100 | emails with S. Lemmon re his anticipated objection to Battaglia motion to withdraw |
| 44 | 3/7/2024 | AEC | 500 | 0.5 | 250 | tcw S. Lemmon and V. Driver re Monday hearing |
| 45 | 3/7/2024 | AEC | 500 | 1.9 | 950 | work on declaration in support of application to employ OWPLLC 1.3; create corrected version of same .6 |
| 46 | 3/7/2024 | AEC | 500 | 0.9 | 450 | tcw M. Haselden |
| 47 | 3/7/2024 | AEC | 500 | 0.1 | 50 | tcw H. May re tax issue |
| 48 | 3/7/2024 | AEC | 500 | 0.4 | 200 | tcw M. Haselden re hearing Monday |
| 49 | 3/7/2024 | AEC | 500 | 0.1 | 50 | tcw P. Magill re pending attorney applications |
| 50 | 3/7/2024 | AEC | 500 | 1.3 | 650 | finish motion to file response to motion to withdraw under seal .8; tweak PO re same .4; emails with V. Driver and S. Jordan re same .1 |
| 51 | 3/7/2024 | AEC | 500 | 0.2 | 100 | tcw V. Driver and S. Jordan .1; note to file re same .1 |
| 52 | 3/7/2024 | AEC | 500 | 0.4 | 200 | tcw E. Freeman |
| 53 | 3/7/2024 | AEC | 500 | 0.1 | 50 | tcw Magill re tax issue |
| 54 | 3/7/2024 | AEC | 500 | 0.5 | 250 | video conference with M Haselden, E Freeman, and K. O'Connor re Monday hearing and attorney applications .7 |
| 55 | 3/7/2024 | AEC | 500 | 0.2 | 100 | email case manager re hearing requests for 3/11/24 |
| 56 | 3/7/2024 | AEC | 500 | 0.5 | 250 | revise form of order on motion to withdraw .3; emails with R. Battaglia re same .2 |
| 57 | 3/7/2024 | AEC | 500 | 2 | 1000 | tcw M. Haselden and E. Farrow re Monday hearing and PQPR confirmation issues |
| 58 | 3/7/2024 | AEC | 500 | 0.1 | 50 | tcw P. Magill re tax issue |
| 59 | 3/7/2024 | AEC | 500 | 0.1 | 50 | tcw H. May re tax issue |
| 60 | 3/7/2024 | AEC | 500 | 0.1 | 50 | email V. Driver re deadline to object to plan confirmation |
| 61 | 3/7/2024 | AEC | 500 | 0.2 | 100 | tcw H. May re pending attorney applications |
| 62 | 3/7/2024 | AEC | 500 | 0.4 | 200 | draft notice of 3/11 hearings |
| 63 | 3/7/2024 | KAO | 450 | 0.2 | 90 | Receive and review Emergency Motin to Supplement CRO Order filed by Trustee. |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 64 | 3/7/2024 | KAO | 450 | 0.2 | 90 | Review Emergency Motion to File Under Seal the unredacted version of Response to Motion to Withdraw. |
| 65 | 3/7/2024 | KAO | 450 | 0.5 | 225 | Conference call with M. Haselden, L. Freeman, A. Catmull regarding extension to creditors on objections to plan, Hap May application, scheduling order circulation, preparedness for Monday hearing; |
| 66 | 3/7/2024 | KAO | 450 | 0.2 | 90 | Review Objection to Plan filed by Texas Comptroller. |
| 67 | 3/7/2024 | KAO | 450 | 0.2 | 90 | Review Exhibit and Witness list filed by PQPR and attachments for hearing on 3-11-24. (216 pages) |
| 68 | 3/7/2024 | KAO | 450 | 0.5 | 225 | review PQPR Holdings response and Objection to emergency Motion of the Law Office of Battaglia to withdraw as Counsel for FSS and discuss with A. Catmull strategy in response. |
| 69 | 3/7/2024 | KAO | 450 | 0.3 | 135 | Review PQRP Holdings Motion for Entry of an Order Directing the Appointment of and Examiner or Alternatively Convert the case to Chapter 7. Discuss implications of conversion with A. Catmull. |
| 70 | 3/8/2024 | AEC | 500 | 0.7 | 350 | tcw M. Haselden re Monday |
| 71 | 3/8/2024 | AEC | 500 | 0.1 | 50 | tcw P. Magill re Monday prep |
| 72 | 3/8/2024 | AEC | 500 | 0.5 | 250 | tcw M. Haselden re noon call with plaintiffs .1; same .2; tcw P. Magill re same .2 |
| 73 | 3/8/2024 | AEC | 500 | 0.6 | 300 | call with M. Haselden, H. May, P. Magill, L. Freeman re potential plan consensus (joined late, jumped early) |
| 74 | 3/8/2024 | AEC | 500 | 0.3 | 150 | tcw K. O'Connor re PQPR litigation |
| 75 | 3/8/2024 | AEC | 500 | 0.1 | 50 | return S. Jordan's phone call re his questions re AJ and CRO, and follow up with email |
| 76 | 3/8/2024 | AEC | 500 | 0.6 | 300 | tcw M. Haselden and E Farrow, loop in E. Freeman, re potential plan consensus |
| 77 | 3/8/2024 | AEC | 500 | 0.1 | 50 | email with H. Nguyen re plan confirmation deadlines |
| 78 | 3/8/2024 | AEC | 500 | 0.3 | 150 | tcw P. Magill re noon call with plaintiffs |
| 79 | 3/8/2024 | AEC | 500 | 0.1 | 50 | tcw K. O'Connor re status of prep for Monday |
| 80 | 3/8/2024 | AEC | 500 | 0.8 | 400 | tcw E. Freeman re noon call with plaintiffs .3; tcw M. Haselden and E. Freeman re same and re PQPR litigation .5 |
| 81 | 3/8/2024 | AEC | 500 | 0.1 | 50 | tcw J. Starks re extension of objection deadline |
| 82 | 3/8/2024 | AEC | 500 | 0.6 | 300 | video conference with counsel for plaintiffs .5; notes to file re same .1 |
| 83 | 3/8/2024 | AEC | 500 | 0.2 | 100 | tcw R. Battaglia re plaintiffs presentation |
| 84 | 3/8/2024 | AEC | 500 | 0.1 | 50 | email V. Driver re her request to remove allegations from response to motion to withdraw |
| 85 | 3/8/2024 | AEC | 500 | 1.3 | 650 | re PQPR litigation, continue review of 506 case law |
| 86 | 3/8/2024 | AEC | 500 | 0.1 | 50 | email J. Hardy re 506 |
| 87 | 3/8/2024 | AEC | 500 | 0.7 | 350 | research plan valuation issues |

|    | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 88 | 3/8/2024 | AEC | 500 | 0.2 | 100 | tcw S. Brauner |
| 89 | 3/8/2024 | KAO | 450 | 0.5 | 225 | Conference call with FSS team and Connecticut plaintiffs' team to discuss path to settlement and go forward basis for negotiations. |
| 90 | 3/8/2024 | KAO | 450 | 0.3 | 135 | Conference call with FSS team and sub V trustee and counsel to discuss issues raised by CT plaintiffs and assign tasks follow up with certain people. |
| 91 | 3/8/2024 | KAO | 450 | 0.2 | 90 | Review witness and exhibit lists filed by Alex Jones and by PQPR Holdings, and discuss with A. Catmull to prepare points for hearing. |
| 92 | 3/8/2024 | KAO | 450 | 0.2 | 90 | Review Jones' Response and Objection to Withdraw of Battaglia, O'Connor Wechsler Application, Hap May Application and general response to pleading filed by FSS in response to Battaglia motion to withdraw as counsel. Make notes to discuss for hearing. |
| 93 | 3/8/2024 | KAO | 450 | 0.1 | 45 | Review PQPR Holdings request to withdraw relief under section 1104 but maintain conversion of the case. |
| 94 | 3/8/2024 | KAO | 450 | 0.1 | 45 | Review Elevated Solutions Group, LLC's objection to confirmation of FSS plan. |
| 95 | 3/9/2024 | AEC | 500 | 0.1 | 50 | tcw M. Haselden re Monday |
| 96 | 3/9/2024 | AEC | 500 | 2.2 | 1100 | tcw M. Haselden re Monday and plan negotiations with plaintiffs 1.5; same .7 |
| 97 | 3/9/2024 | AEC | 500 | 0.3 | 150 | tcw E. Freeman |
| 98 | 3/9/2024 | AEC | 500 | 0.3 | 150 | email K. Kempler et al re plan negotiations |
| 99 | 3/9/2024 | AEC | 500 | 0.2 | 100 | tcw P. Magill re Connecticut Plaintiff filing |
| 100 | 3/9/2024 | KAO | 450 | 0.2 | 90 | Review witness and exhibit list filed by CT plaintiffs for hearing on 3-11-24. (215 pages) |
| 101 | 3/9/2024 | KAO | 450 | 0.5 | 225 | Review response filed by Connecticut families to the retention pleadings. Discuss issues with A. Catmull and CRO preparedness for hearing. |
| 102 | 3/10/2024 | AEC | 500 | 5.3 | 2650 | tcw M. Haselden re FSS .1; same .2; reach out to CRO re same .2; begin draft re same 1.3; tcw H. May re same .1 tcw M. Haselden re same .2; same .6; same 9, same .4; same .8, same .5 |
| 103 | 3/11/2024 | AEC | 500 | 0.3 | 150 | email tcw M. Haselden re |
| 104 | 3/11/2024 | AEC | 500 | 0.1 | 50 | emails re today's hearing with J. Martin |
| 105 | 3/11/2024 | AEC | 500 | 0.1 | 50 | tcw H. May re engagement |
| 106 | 3/11/2024 | AEC | 500 | 0.7 | 350 | tcw P. Magill re hearing talking points |
| 107 | 3/11/2024 | AEC | 500 | 0.4 | 200 | review response from K. Kimpler re plan .2; tcw M Haselden re same .2 |
| 108 | 3/11/2024 | AEC | 500 | 1.8 | 900 | meet with counsel pre-hearing and monitor status of negotiations to resolve today's disputes |
| 109 | 3/11/2024 | AEC | 500 | 0.6 | 300 | attend hearing |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 110 | 3/11/2024 | AEC | 500 | 1.2 | 600 | tcw M Hasleden re .3 re hearings today .2 same .3, same NO CHARGE; same .4. same .2; |
| 111 | 3/11/2024 | AEC | 500 | 0.2 | 100 | post-hearing meeting with E. Freeman, M. Haselden and E. Farrow |
| 112 | 3/11/2024 | KAO | 450 | 0.2 | 90 | Prepare for hearing and testimony to be taken of A. Catmull. |
| 113 | 3/11/2024 | KAO | 450 | 1.1 | 495 | Attend hearing on Motion to Withdraw by Battaglia and Motion to Employ by OWLPLLC and status to the court. |
| 114 | 3/12/2024 | AEC | 500 | 0.1 | 50 | review and respond to email with A Sterling re scheduling a call with CT counsel |
| 115 | 3/12/2024 | AEC | 500 | 0.1 | 50 | email case manager re proposed employment order |
| 116 | 3/12/2024 | AEC | 250 | 2 | 500 | draft notices of appearance for five pending adversary proceedings, one set for A. Catmull and one set for K. O'Connor: PARALEGAL RATE |
| 117 | 3/12/2024 | AEC | 500 | 0 | 0 | tcw K. O'Connor re storage facility issues: NO CHARGE; |
| 118 | 3/12/2024 | AEC | 500 | 0.1 | 50 | review email from D. Duncan re storage facility auction |
| 119 | 3/12/2024 | AEC | 500 | 0.1 | 50 | email case manager re audio of 3/11 hearing |
| 120 | 3/12/2024 | AEC | 500 | 0.5 | 250 | tcw M. Haselden re plan confirmation issues |
| 121 | 3/12/2024 | AEC | 500 | 0.4 | 200 | supervise paralegal re admissions/denial chart to answer ESG lawsuit |
| 122 | 3/12/2024 | AEC | 500 | 0.1 | 50 | email M. Haselden re 3/11 hearing |
| 123 | 3/12/2024 | AEC | 500 | 0.2 | 100 | tcw M. Haselden re plan confirmation issues |
| 124 | 3/12/2024 | AEC | 500 | 0.4 | 200 | tcw P. Magill re go forward |
| 125 | 3/12/2024 | AEC | 500 | 0.1 | 50 | review CRO email re ▮ |
| 126 | 3/12/2024 | AEC | 500 | 0.6 | 300 | draft proposed order employing OWPLLC .5; email A. Jiminez at UST re same .1 |
| 127 | 3/12/2024 | AEC | 500 | 0.1 | 50 | email L. Freeman re 3/11 hearing |
| 128 | 3/12/2024 | KMC | 250 | 0.1 | 25 | assess needs for four-way admit/denial chart |
| 129 | 3/13/2024 | AEC | 500 | 0.7 | 350 | draft stipulated agreement substituting in OWPLLC for Battaglia firm .6; email R. Battaglia re same .1 |
| 130 | 3/13/2024 | AEC | 500 | 0.1 | 50 | reach out to trustee re schedules |
| 131 | 3/13/2024 | AEC | 500 | 0.1 | 50 | email CRO re schedules |
| 132 | 3/13/2024 | AEC | 500 | 0.2 | 100 | review Freeman/Roberts correspondence re M3 document tracker |
| 133 | 3/13/2024 | AEC | 500 | 0.2 | 100 | tcw P. Magill re items needing immediate attention |
| 134 | 3/13/2024 | AEC | 500 | 0.1 | 50 | emails with M. Haselden re weekly FSS and Jones meetings, per Monday court announcement |
| 135 | 3/13/2024 | AEC | 500 | 0.6 | 300 | tcw K. O'Connor and J. Schulse re Axos Bank issue |
| 136 | 3/13/2024 | AEC | 250 | 0.7 | 175 | draft notice of appearance in removed litigation .5; same re K. O'Connor appearance .2: BOTH PARALEGAL RATE |
| 137 | 3/13/2024 | AEC | 500 | 0.5 | 250 | review R. Battaglia correspondence re transmission items .3; update task list re same .2 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 138 | 3/13/2024 | AEC | 500 | 0.3 | 150 | tcw M. Haselden re PQPR issues .2; update task list re same .1 |
| 139 | 3/13/2024 | AEC | 500 | 0.7 | 350 | re PQPR adversary proceeding answer summaries, work with paralegal KMC to identify irregularities |
| 140 | 3/13/2024 | AEC | 500 | 0.1 | 50 | review order approving OWPLLC as counsel |
| 141 | 3/13/2024 | AEC | 500 | 0.1 | 50 | email R. Battaglia re emails |
| 142 | 3/13/2024 | AEC | 500 | 0.3 | 150 | review correspondence re storage auction .2; re same, update task list .1 |
| 143 | 3/13/2024 | AEC | 500 | 0.4 | 200 | re Axos, review R. Battaglia correspondence .1; re same, review documents transmitted by R. Battaglia .3; |
| 144 | 3/13/2024 | AEC | 250 | 1.8 | 450 | download, organize, and review documents produced by R. Battaglia: PARALEGAL RATE |
| 145 | 3/13/2024 | KMC | 250 | 0.5 | 125 | work on four-way admit/denial chart |
| 146 | 3/13/2024 | KMC | 250 | 0.7 | 175 | call with A. Catmull (M. Haselden looped in) re four-way admit/denial chart |
| 147 | 3/13/2024 | KAO | 450 | 0.5 | 225 | Telephone call with Jeff Schulse re: background for Axos Bank, ESG issues, and MORs, develope timeline and information to complete tasks associated therewith. |
| 148 | 3/13/2024 | KAO | 450 | 0.1 | 45 | Telephone call with Daniel David re: Public Storage stipulation working with Alex Jones team before completion |
| 149 | 3/13/2024 | KAO | 450 | 0.2 | 90 | File Notice of Appearances in all adversary proceedings to get access to all pleadings. |
| 150 | 3/13/2024 | KAO | 450 | 1.5 | 675 | Draft Motion for Turnover against Axos Bank. |
| 151 | 3/14/2024 | AEC | 500 | 0.1 | 50 | memo to K. O'Connor re public storage issue |
| 152 | 3/14/2024 | AEC | 500 | 0.1 | 50 | review email from R. Battaglia re Axos |
| 153 | 3/14/2024 | AEC | 500 | 1.9 | 950 | status report call with P. Magill 1.7; tcw K. O'Connor re same .2 |
| 154 | 3/14/2024 | AEC | 500 | 0.1 | 50 | tcw L. Freeman re PQPR |
| 155 | 3/14/2024 | AEC | 500 | 0.6 | 300 | revise schedule order for confirmation .4; email L. Freeman and M. Haselden re same .2 |
| 156 | 3/14/2024 | AEC | 500 | 0.1 | 50 | emails with M. Haselden/L. Freeman re call |
| 157 | 3/14/2024 | AEC | 500 | 1.5 | 750 | re PQPR, work on ▮▮▮▮▮▮▮ analysis |
| 158 | 3/14/2024 | AEC | 500 | 0 | 0 | tcw Olivia at FSS re retainer: NO CHARGE |
| 159 | 3/14/2024 | AEC | 500 | 0.3 | 150 | tcw M. Haselden and K. O'Connor re result of call with plaintiffs |
| 160 | 3/14/2024 | AEC | 500 | 0.5 | 250 | tcw P. Magill, M. Haselden, L. Freeman, K. O'Connor to prep for call with plaintiffs |
| 161 | 3/14/2024 | AEC | 500 | 1 | 500 | call with plaintiffs |
| 162 | 3/14/2024 | KMC | 250 | 1.8 | 450 | work on four-way admit/denial chart |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 163 | 3/14/2024 | KAO | 450 | 0.5 | 225 | Telephone call with A. Catmull discussing PQPR ▇▇▇ PQPR's claim of secured debt. |
| 164 | 3/14/2024 | KAO | 450 | 1.4 | 630 | Attend conference call with CRO, Sub V trustee, counsel for Texas and CT plaintiffs to discuss FSS path forward and other issues related to objections and claims by other parties. |
| 165 | 3/15/2024 | AEC | 500 | 0.2 | 100 | emails with K. Porter re PQPR |
| 166 | 3/15/2024 | AEC | 500 | 0.5 | 250 | tcw K .Porter re PQPR |
| 167 | 3/15/2024 | AEC | 500 | 0.9 | 450 | tcw paralegal PQPR party/counsel organization |
| 168 | 3/15/2024 | AEC | 500 | 0.3 | 150 | emails with plaintiffs' counsel re Rule 26f problems |
| 169 | 3/15/2024 | AEC | 500 | 0.3 | 150 | create template notice of abandonment .2; review K. O'Connor version of same .1 |
| 170 | 3/15/2024 | AEC | 500 | 1.4 | 700 | re PQPR, create ▇▇▇ |
| 171 | 3/15/2024 | AEC | 500 | 0.1 | 50 | tcw E. Freeman re plan confirmation issues |
| 172 | 3/15/2024 | AEC | 500 | 0.2 | 100 | tcw M. Haselden re plan confirmation issues |
| 173 | 3/15/2024 | AEC | 500 | 0.1 | 50 | emails with R. Battaglia re document indices |
| 174 | 3/15/2024 | AEC | 500 | 2.4 | 1200 | re PQPR, review ▇▇▇ in the 5th circuit |
| 175 | 3/15/2024 | AEC | 500 | 0.4 | 200 | tcw M. Haselden re plan confirmation .2; tcw K. O'Connor re same .1; same .1 |
| 176 | 3/15/2024 | AEC | 500 | 0.1 | 50 | review R. Battaglia email re substitution of counsel in APs |
| 177 | 3/15/2024 | AEC | 500 | 0.8 | 400 | study protective order .7; email R. Battaglia re same .1 |
| 178 | 3/15/2024 | AEC | 500 | 0.2 | 100 | tcw A. Moshenberg re PQPR |
| 179 | 3/15/2024 | AEC | 500 | 0.6 | 300 | tcw A. Moshenberg re PQPR .5; tcw KAO re same .1 |
| 180 | 3/15/2024 | KMC | 250 | 0.8 | 200 | assist A. Catmull with PQRP litigation party counsel organization chart |
| 181 | 3/15/2024 | KMC | 250 | 1.2 | 300 | work on four-way admit/denial chart |
| 182 | 3/15/2024 | KAO | 450 | 0.5 | 225 | Telephone call with A. Catmull about Conversations with Public Storage attorney. (.10) Draft Notice of Abandonment related to Public Storage and their request for auction. (.40) |
| 183 | 3/16/2024 | AEC | 500 | 1.4 | 700 | Re PQPR, work on ▇▇▇ |
| 184 | 3/16/2024 | AEC | 500 | 0.1 | 50 | emails with plaintiffs and S. Roberts re Rule 26f conference |
| 185 | 3/16/2024 | AEC | 500 | 1 | 500 | re PQPR, tcw M. Haselden re plan confirmation |
| 186 | 3/16/2024 | AEC | 500 | 0.2 | 100 | email plaintiffs' counsel re PQRP ▇▇▇ .1; tcw K. O'Connor re same .1 |
| 187 | 3/16/2024 | AEC | 500 | 0.1 | 50 | tcw J. Shulse re PQPR |
| 188 | 3/16/2024 | AEC | 500 | 0.6 | 300 | tcw E. Freeman re PQPR |
| 189 | 3/16/2024 | AEC | 500 | 0.7 | 350 | tcw M. Haselden re plan confirmation |
| 190 | 3/16/2024 | AEC | 500 | 0.3 | 150 | re PQPR, emails with ▇▇▇ |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 191 | 3/16/2024 | AEC | 500 | 0.2 | 100 | dial into M3 call (no joiners) |
| 192 | 3/16/2024 | AEC | 500 | 0.3 | 150 | tcw M3 and L. Freeman re PQPR |
| 193 | 3/16/2024 | AEC | 500 | 0.3 | 150 | tcw M. Haselden re plan confirmation |
| 194 | 3/16/2024 | AEC | 500 | 1.9 | 950 | re PQPR, work on ▮▮▮ (loop in CRO .3) with K. O'Connor, including by reviewing ▮▮▮ 1.8; email R. Battaglia re same .1 |
| 195 | 3/16/2024 | AEC | 500 | 0.3 | 150 | tcw P. Magill re storage rental issue |
| 196 | 3/16/2024 | AEC | 500 | 0.1 | 50 | email L. Freeman and S. Gallagher re transcripts |
| 197 | 3/16/2024 | AEC | 500 | 0.7 | 350 | re PQPR, strategy to ▮▮▮ |
| 198 | 3/16/2024 | KAO | 375 | 1 | 375 | Analysis of Promissory Notes and discussion of plain language and PQPR's position on amount of secured debt in call with A. Catmull and Sub V; |
| 199 | 3/17/2024 | AEC | 500 | 0.2 | 100 | tcw K. O'Connor re ▮▮▮ |
| 200 | 3/17/2024 | AEC | 500 | 1.2 | 600 | meeting with E. Freeman re M3 |
| 201 | 3/17/2024 | AEC | 500 | 4.8 | 2400 | re PQRP litigation, ▮▮▮ 1.4; same 1.6; same .9; same .6; re same, emails with A. Moshenberg and J. Martin re evidence .3 |
| 202 | 3/17/2024 | AEC | 500 | 0.2 | 100 | tcw P. Magill re M3 |
| 203 | 3/17/2024 | AEC | 500 | 0.2 | 100 | tcw M. Haselden re M3 |
| 204 | 3/17/2024 | KMC | 250 | 0.4 | 100 | work on ▮▮▮ search |
| 205 | 3/17/2024 | KMC | 250 | 0.1 | 25 | call with A. Catmull re ▮▮▮ needs |
| 206 | 3/18/2024 | AEC | 500 | 0.2 | 100 | tcw R. Battaglia re agreements with S. Lemmon re documents .1; tcw M. Haselden re same .1 |
| 207 | 3/18/2024 | AEC | 500 | 0.1 | 50 | tcw B. Fisher re storage facility auction |
| 208 | 3/18/2024 | AEC | 500 | 1.1 | 550 | re PQPR adversary proceeding, prepare for Rule 26f conference .3; re same, attend rule 26f conference .8 |
| 209 | 3/18/2024 | AEC | 500 | 0.7 | 350 | re PQPR litigation, tcw S. Lemmon .6; re same, tcw K. Kimpler .1; |
| 210 | 3/18/2024 | AEC | 500 | 0.1 | 50 | tcw A. Moshenberg re Texas Plaintiffs' claim |
| 211 | 3/18/2024 | AEC | 500 | 0.1 | 50 | emails with cash manager re dates for FSS plan confirmation |
| 212 | 3/18/2024 | KMC | 250 | 1.9 | 475 | work on ▮▮▮, including call with A. Catmull (.1) |
| 213 | 3/18/2024 | KMC | 250 | 2.1 | 525 | work on four-way admit/denial chart |
| 214 | 3/19/2024 | AEC | 500 | 0.1 | 50 | review A. Moshenberg email re AJ case |
| 215 | 3/19/2024 | AEC | 500 | 0.2 | 100 | re PQRP adversary proceeding, attend second rule 26(f) conference |
| 216 | 3/19/2024 | AEC | 500 | 0.1 | 50 | emails with L. Freeman and V. Driver re need for status call |
| 217 | 3/19/2024 | AEC | 500 | 0.1 | 50 | review V. Driver correspondence re storage auction |
| 218 | 3/19/2024 | AEC | 500 | 0.8 | 400 | conference with J. Sculse re February MOR |
| 219 | 3/19/2024 | AEC | 500 | 1.2 | 600 | tcw M. Haselden re plan confirmation issues and evidence |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 220 | 3/19/2024 | AEC | 500 | 0.4 | 200 | craft email to all parties re new joint trial dates .3; email S. Brauner re same .1 |
| 221 | 3/19/2024 | AEC | 500 | 1.4 | 700 | re PQRP adversary, research law on ▮ |
| 222 | 3/19/2024 | AEC | 500 | 0.1 | 50 | tcw J. Martin re plan confirmation dates |
| 223 | 3/19/2024 | AEC | 500 | 0.2 | 100 | re PQPR adv, email R. Battaglia |
| 224 | 3/19/2024 | AEC | 500 | 0.8 | 400 | re high-level outstanding issues, tcw V. Driver and L. Freeman |
| 225 | 3/19/2024 | AEC | 500 | 0.3 | 150 | tcw trustee re confirmation schedule and loop in case manager |
| 226 | 3/19/2024 | AEC | 500 | 2.1 | 1050 | re PQRP admissions and denials, tcw paralegal .2; re same, review parsed admissions and denials 1.3; tcw A .Moshenberg re same .1; tcw J. Hardy re same .1; tcw P. Magill re same .2; tcw V. Driver re same .1; tcw S. Lemmon re same .1 |
| 227 | 3/19/2024 | KMC | 250 | 0.2 | 50 | call with A. Catmull to review four-way admit/denial chart |
| 228 | 3/20/2024 | AEC | 500 | 0.1 | 50 | tcw P. Magill re case status |
| 229 | 3/20/2024 | AEC | 500 | 0.4 | 200 | final review of MOR and file .3; tcw M. Haselden re same .1 |
| 230 | 3/20/2024 | AEC | 500 | 0.2 | 100 | tcw M. Haselden re scheduling confirmation .1; same .1 |
| 231 | 3/20/2024 | AEC | 500 | 0.5 | 250 | review UCC's counsels emails re confirmation trial dates .2; review Kyle Kimpler correspondence re same .2; review V Driver correspondence re same .1 |
| 232 | 3/20/2024 | AEC | 500 | 0.2 | 100 | email plaintiffs re confirmation trial dates |
| 233 | 3/20/2024 | AEC | 500 | 0.1 | 50 | tcw J. Shulse re MORs |
| 234 | 3/20/2024 | AEC | 500 | 0.4 | 200 | re PQPR supervise paralegal re ▮ |
| 235 | 3/20/2024 | AEC | 500 | 0.2 | 100 | emails with R. Battaglia re scheduling confirmation trial and re emails |
| 236 | 3/21/2024 | AEC | 500 | 0.6 | 300 | re PQRP, continued Rule 26f conference attended by S. Roberts |
| 237 | 3/21/2024 | AEC | 500 | 0.1 | 50 | tcw trustee re scheduling plan confirmation |
| 238 | 3/21/2024 | KMC | 250 | 0.7 | 175 | create admit/denial chart for ESG complaint |
| 239 | 3/22/2024 | AEC | 500 | 0.7 | 350 | tcw CRO re plan confirmation .1; tcw K. O'Connor re same .1; tcw M. Haselden re same .1; tcw M. Haselden re same .2; tcw E. Freeman re same .1; same .1 |
| 240 | 3/22/2024 | AEC | 500 | 0.2 | 100 | tcw V. Driver re plan confirmation |
| 241 | 3/22/2024 | AEC | 500 | 0.1 | 50 | Emails with V. Driver re public storage auction |
| 242 | 3/22/2024 | AEC | 500 | 1 | 500 | review docket items and transcripts re joint administration dispute |
| 243 | 3/22/2024 | AEC | 500 | 0.2 | 100 | draft request for status conference re scheduling dispute for FSS confirmation hearing |
| 244 | 3/22/2024 | AEC | 500 | 0.4 | 200 | tcw trustee re plan confirmation |
| 245 | 3/22/2024 | AEC | 500 | 0.2 | 100 | tcw A. Moshenberg re plan confirmation |
| 246 | 3/22/2024 | AEC | 500 | 0.1 | 50 | tcw S. Lemmon re scheduling |
| 247 | 3/22/2024 | AEC | 500 | 0.1 | 50 | emails with V. Driver and L. Freeman re plan confirmation |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 248 | 3/22/2024 | KAO | 450 | 0.5 | 225 | Review deposition and written discovery propounded by CT plaintiffs and discuss with A. Catmull issues on timing and objections. |
| 249 | 3/23/2024 | AEC | 500 | 2.5 | 1250 | re CT discovery requests, draft objections 2.4; re same, email R. Chapple re conference .1 |
| 250 | 3/23/2024 | AEC | 500 | 3.5 | 1750 | review CT discovery requests .8: tcw K. O'Connor re same .6; tcw P. Magill re same and plan confirmation 1.8; tcw iao re same .3 |
| 251 | 3/23/2024 | AEC | 500 | 0.4 | 200 | tcw M. Haselden re settlement conference |
| 252 | 3/23/2024 | AEC | 500 | 0.3 | 150 | tcw A. Moshenberg re April settlement conference |
| 253 | 3/23/2024 | AEC | 500 | 1.4 | 700 | re CT discovery requests, research privilege and relevance |
| 254 | 3/23/2024 | AEC | 500 | 0.5 | 250 | tcw Freeman re CR discovery request and April settlement conference |
| 255 | 3/23/2024 | KAO | 450 | 0.7 | 315 | Review deposition notices and request for production served by CT plaintiffs and discuss timing and strategy for responses per the federal rules with A. Catmull. |
| 256 | 3/24/2024 | AEC | 500 | 0.5 | 250 | tcw M. Haselden re plan confirmation issues |
| 257 | 3/24/2024 | AEC | 500 | 0.9 | 450 | email P. Paterson et al re call re deposition .1; same .1; tcw P. McGill re same and re plan confirmation issues .7 |
| 258 | 3/25/2024 | AEC | 500 | 0.1 | 50 | tcw J. Schulse re cash budget |
| 259 | 3/25/2024 | AEC | 500 | 0.2 | 100 | tcw V. Driver |
| 260 | 3/25/2024 | AEC | 500 | 0.1 | 50 | tcw V. Driver re FSS trial date |
| 261 | 3/25/2024 | AEC | 500 | 0.1 | 50 | email case manager re FSS trial date |
| 262 | 3/25/2024 | AEC | 500 | 0.2 | 100 | tcw M. Haselden |
| 263 | 3/25/2024 | AEC | 500 | 1.2 | 600 | call with plaintiffs re CT discovery |
| 264 | 3/25/2024 | KAO | 450 | 0.2 | 90 | Review witness lists filed by multiple parties in the Alex Jones case for the hearing on May 21, 2024. |
| 265 | 3/25/2024 | KAO | 450 | 0.1 | 45 | Review the Emergency Motion Appointment of Judicial mediator to Facilitate Negotiations filed by Sub V Trustee in FSS matter. |
| 266 | 3/25/2024 | KAO | 450 | 0.8 | 360 | Attend zoom conference call with all parties in both cases to discuss strategy moving forward and issues each side may have with meeting and depositions. |
| 267 | 3/26/2024 | AEC | 500 | 0.2 | 100 | tcw M. Haselden re plan confirmation |
| 268 | 3/26/2024 | KAO | 450 | 0.1 | 45 | Review Order Appointing Mediator. |
| 269 | 3/26/2024 | KAO | 450 | 0.1 | 45 | Review Notice With respect to Creditors' Plan filed by Alex Jones |
| 270 | 3/27/2024 | AEC | 500 | 0.1 | 50 | tcw V. Driver |
| 271 | 3/27/2024 | AEC | 500 | 0.1 | 50 | tcw S. Lemmon re meeting to discuss PQRP claims |
| 272 | 3/27/2024 | AEC | 500 | 0.1 | 50 | tcw V. Driver re confirmation issues |
| 273 | 3/27/2024 | AEC | 500 | 0.6 | 300 | tcw S. Lemmon re PQRP conversion motion and confirmation issues |

|     | A         | B    | C      | D   | E     | F                                                                                             |
|-----|-----------|------|--------|-----|-------|-----------------------------------------------------------------------------------------------|
| 274 | 3/27/2024 | AEC  | 500    | 0.7 | 350   | tcw P. Magill re plan confirmation .2; tcw M. Haselden re same .5                             |
| 275 | 3/27/2024 | AEC  | 500    | 1.4 | 700   | tcw M. Haselden, E. Freeman, and P. Magill to discuss plan issues                             |
| 276 | 3/27/2024 | AEC  | 500    | 0.2 | 100   | tcw E. Freeman re confirmation issues .1; tcw M. Haselden re same .1                          |
| 277 | 3/27/2024 | AEC  | 500    | 2.4 | 1200  | during early morning, review client documents provided by prior FSS counsel                   |
| 278 | 3/27/2024 | AEC  | 500    | 0.2 | 100   | tcw P. Magill re plan confirmation                                                            |
| 279 | 3/28/2024 | AEC  | 500    | 0.2 | 100   | tcw P. Magill re CT discovery                                                                 |
| 280 | 3/28/2024 | AEC  | 500    | 0.1 | 50    | tcw V. Driver re need to reschedule CRO deposition                                            |
| 281 | 3/28/2024 | AEC  | 500    | 1.8 | 900   | finish response to PQPR motion to convert 1.6; tcw E. Freeman re same .1; tcw M. Haselden re same .1 |
| 282 | 3/28/2024 | AEC  | 500    | 0.1 | 50    | emails with S. Lemmon re meeting with Bob Roe                                                 |
| 283 | 3/28/2024 | AEC  | 500    | 0.3 | 150   | emails with K. Kempler re scheduling FSS trial .2  same .1                                    |
| 284 | 3/28/2024 | AEC  | 500    | 0.2 | 100   | review V. Driver email re amended plan                                                        |
| 285 | 3/28/2024 | AEC  | 500    | 0.1 | 50    | tcw M. Haselden re CT discovery                                                               |
| 286 | 3/28/2024 | AEC  | 500    | 1.4 | 700   | tcw A. Moshenberg re TX plaintiffs claims .7; tcw E. Freeman re same .5;  tcw M. Haselden re same .2 |
| 287 | 3/28/2024 | AEC  | 500    | 0.1 | 50    | tcw J. Shulse re operations                                                                   |
| 288 | 3/28/2024 | AEC  | 500    | 0.1 | 50    | tcw M. Haselden re TX plaintiffs claims                                                       |
| 289 | 3/28/2024 | AEC  | 500    | 0.1 | 50    | tcw J. Schulse re deposition                                                                  |
| 290 | 3/28/2024 | AEC  | 500    | 0.1 | 50    | tcw P. Magill re schedules                                                                    |
| 291 | 3/28/2024 | KAO  | 450    | 0.5 | 225   | Review proposed Second Amended Plan filed by V. Driver on behalf of Alex Jones case.          |
| 292 | 3/28/2024 | KAO  | 450    | 0.6 | 270   | Several email exchanges with all parties regarding meeting in Ft. Worth with Judge Morris (0.10)  Telephone call with A. Catmull to discuss ▮▮▮▮ CT counsel and others. (0.50) |
| 293 | 3/29/2024 | AEC  | 500    | 1.8 | 900   | tcw J. Schulse re deposition                                                                  |
| 294 | 3/29/2024 | AEC  | 500    | 0.3 | 150   | tcw M. Haselden re plan issues .2; same .1                                                    |
| 295 | 3/29/2024 | AEC  | 500    | 0.1 | 50    | tcw A. Moshenberg re TX plaintiffs claims                                                     |
| 296 | 3/29/2024 | AEC  | 500    | 0   | 0     | tcw P. Magill .1 : NO CHARGE                                                                  |
| 297 | 3/29/2024 | AEC  | 500    | 0.2 | 100   | email plaintiffs re PQPR conversion motions                                                   |
| 298 | 3/29/2024 | AEC  | 500    | 0.2 | 100   | review and forward ESF data to J. Patterson                                                   |
| 299 | 3/29/2024 | AEC  | 500    | 0.3 | 150   | review status of amendments to schedule                                                       |
| 300 | 3/29/2024 | KAO  | 450    | 0.1 | 45    | Receive response communication from Axos Bank on request for funds held by bank and respond.  |
| 301 | 3/29/2024 | KAO  | 450    | 0.1 | 45    | Receive and exchange communication with Vickie Driver re" meeting with plaintiffs in Texas.   |
| 302 |           |      |        |     | 88675 |                                                                                               |
| 303 | 3/11/2024 | COST | 18.920 | 1   | 18.92 | Uber to courthouse (one way)                                                                  |
| 304 |           |      |        |     | 88694 |                                                                                               |