IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| | § | |
| Debtor. | § | |

DEBTOR'S NOTICE OF CASH COLLATERAL BUDGET FOR MAY 2024

Free Speech Systems, LLC ("FSS" or "Debtor") files this notice in accordance with the Seventeenth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection [ECF #772] where the Court ordered FSS to file a notice with an attached budget for May 2024 is attached to this Notice as Exhibit A (the "Budget"). The Budget reflects the use of cash collateral consistent with the payment of reasonable and necessary operating expenses of FSS throughout the pendency of this case.

Respectfully submitted,

O'CONNORWECHSLER PLLC
By: /s/ Annie Catmull
Annie E. Catmull
State Bar No. 00794932
aecatmull@o-w-law.com
Kathleen A. O'Connor
State Bar. No. 00793468
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

COUNSEL FOR FREE SPEECH SOLUTIONS, LLC

1

## Certificate of Service

I certify that on April 25, 2024, all parties who have made an electronic appearance were served a copy of the attached notice through the Court's ECF notification system.

*/s/ Annie Catmull*
Annie E. Catmull
