# EXHIBIT A



| Week Number | 5/1/2024-5/4/2024 19 | 5/5/2024-5/11/2024 20 | 5/12/2024-5/18/2024 21 | 5/19/2024-5/25/2024 22 | 5/26/2024-5/31/2024 23 | Total | NOTES |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| Product Sales *(Net of 7.0% Merchant Fee)* | $ 203,014.29 | $ 355,275.00 | $ 560,250.00 | $ 566,100.00 | $ 423,321.43 | $ 2,107,960.71 | Net of 5.5% CC Merchant fees. Includes Shipping and Sales Tax, excludes any PQPR / Platinum |
| New Product Initiative | 17,228.57 | 30,150.00 | 40,042.50 | 42,044.63 | 32,067.75 | 161,533.45 | Drop Ship vendor for Meals Ready to Eat and Guest Fees, gross sales |
| Point of Sales Revenue | 12,922.86 | 22,615.00 | 32,175.00 | 32,175.00 | 24,847.14 | 124,735.00 | Fulfillment Vendor Product Sales |
| Platinum / PQPR Commission | 15,714.29 | 27,500.00 | 27,500.00 | 27,500.00 | 23,571.43 | 121,785.71 | Net of 50% payment to PQPR |
| Donations | 400.00 | 400.00 | 500.00 | 500.00 | 400.00 | 2,200.00 | |
| **Total Income** | **249,280.00** | **435,940.00** | **660,467.50** | **668,319.63** | **504,207.75** | **2,518,214.88** | |
| **Selling & Product Costs** | | | | | | | |
| Inventory Purchases | - | (200,000.00) | (100,000.00) | - | (50,000.00) | (350,000.00) | Inventory deposits and purchases from numerous Vendors |
| New Product Initiative | (12,921.43) | (22,612.50) | (30,031.88) | (31,533.47) | (24,050.81) | (121,150.08) | Payments to Meal Ready to Eat Vendor |
| Point of Sale Product Cost | (7,753.71) | (13,569.00) | (19,305.00) | (19,305.00) | (14,908.29) | (74,841.00) | Fulfillment Vendor product costs |
| Fulfillment Services | (27,406.93) | (47,962.13) | (75,633.75) | (76,423.50) | (57,148.39) | (284,574.70) | Fulfillment Vendor shipping and handling costs |
| Texas Sales Tax (20% of Sales @ 6.25%) | (2,537.68) | (4,440.94) | (7,003.13) | (7,076.25) | (5,291.52) | (26,349.51) | |
| **Total Cost of Goods Sold** | **(50,619.75)** | **(288,584.56)** | **(231,973.75)** | **(134,338.22)** | **(151,399.01)** | **(856,915.29)** | |
| **Operating Expenses** | | | | | | | |
| **Advertising & Promotion** | | | | | | | |
| Social Media Advertising | - | - | - | - | - | - | Advertising Campaign on X was not successful in converting advertsing to sales |
| Radio Show Advertising | - | - | - | - | - | - | |
| **Total Advertising & Promotion** | **-** | **-** | **-** | **-** | **-** | **-** | |
| **Computer/IT/IP Expense** | | | | | | | |
| Internet & TV services | (1,750.00) | (1,750.00) | (3,250.00) | (3,250.00) | (2,750.00) | (12,750.00) | |
| Server Hosting / Cloud Service / Ecomm | (90,000.00) | - | (50,000.00) | (50,000.00) | (20,000.00) | (210,000.00) | |
| Satellite Service | (25,000.00) | - | - | - | - | (25,000.00) | |
| Telecommunications | (2,000.00) | (2,000.00) | (7,000.00) | (5,000.00) | (10,500.00) | (26,500.00) | |
| Image License, Software & Other | (10,000.00) | (10,000.00) | (10,000.00) | (7,500.00) | (10,000.00) | (47,500.00) | |
| **Total Computer/IT/IP Expense** | **(128,750.00)** | **(13,750.00)** | **(70,250.00)** | **(65,750.00)** | **(43,250.00)** | **(321,750.00)** | |
| **Office & Administrative Expense** | | | | | | | |
| Bank Fees & Service Charges | (200.00) | (200.00) | (200.00) | (200.00) | (100.00) | (900.00) | |
| Insurance | (15,000.00) | - | - | - | - | (15,000.00) | Liability, auto, property and workers comp |
| Rent | (57,440.00) | - | - | - | - | (57,440.00) | |
| Utilites | (5,000.00) | (500.00) | (500.00) | (500.00) | - | (6,500.00) | |
| Janitorial | (3,500.00) | - | - | - | - | (3,500.00) | Monthly Cleaning fees |
| Office Security | (5,000.00) | (12,500.00) | (12,500.00) | (12,500.00) | (12,500.00) | (55,000.00) | |
| Repair & Maintenance | - | - | (5,000.00) | - | - | (5,000.00) | |
| Supplies/Printing/Copy | (2,000.00) | (2,000.00) | (2,500.00) | (2,000.00) | (1,000.00) | (9,500.00) | Includes Konica Minolta copier lease |
| Business Meals | - | - | (1,000.00) | - | (500.00) | (1,500.00) | |
| **Total Office & Administrative Expense** | **(88,140.00)** | **(15,200.00)** | **(21,700.00)** | **(15,200.00)** | **(14,100.00)** | **(154,340.00)** | |
| **Personnel Expenses** | | | | | | | |
| Salaries & Wages & Benefits | (167,500.00) | - | (167,500.00) | - | (167,500.00) | (502,500.00) | |
| Payroll Tax | (15,400.00) | - | (15,400.00) | - | (15,400.00) | (46,200.00) | |
| Contract Employees | (14,500.00) | - | (37,450.00) | - | (37,450.00) | (89,400.00) | |
| Consulting Services | (5,000.00) | (3,850.00) | (9,000.00) | (3,850.00) | (9,000.00) | (30,700.00) | HR, Tax and Bookeeping Fees |
| Alex Jones Salary | (25,000.00) | - | (25,000.00) | - | (25,000.00) | (75,000.00) | Per the 11/27 Hearing, Jones Salary will be $25,000 per pay period |
| **Total Personnel Expenses** | **(227,400.00)** | **(3,850.00)** | **(254,350.00)** | **(3,850.00)** | **(254,350.00)** | **(743,800.00)** | |
| **Travel** | | | | | | | |
| Mileage/Parking/Tolls | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (500.00) | |
| Special Event Travel & Security | - | - | - | - | - | - | |
| Special Event Travel & Security | - | - | - | - | - | - | |
| Travel / Lodging | - | - | - | - | - | - | |
| Vehicle Rental / Leases | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (2,500.00) | |
| **Total Travel Expenses** | **(600.00)** | **(600.00)** | **(600.00)** | **(600.00)** | **(600.00)** | **(3,000.00)** | |
| **Total Operating Expenses** | **(444,890.00)** | **(33,400.00)** | **(346,900.00)** | **(85,400.00)** | **(312,300.00)** | **(1,222,890.00)** | |
| **Non-Operating Expenses** | | | | | | | |
| RV Repairs and Maintenance | - | - | - | - | - | - | Project Completed 3-2024 |
| Adequate Protection Payment to SEC Bank | (2,750.00) | - | - | - | - | (2,750.00) | |
| **Total Other Expenses** | **(2,750.00)** | **-** | **-** | **-** | **-** | **(2,750.00)** | |
| **Professional Fees** | | | | | | | |
| CRO Fees | - | - | - | (50,000.00) | - | (50,000.00) | |
| CRO Expenses | (2,500.00) | - | - | - | - | (2,500.00) | |
| Trustee Fees | - | - | - | (40,000.00) | - | (40,000.00) | |
| Trustee Counsel | - | - | - | (50,000.00) | - | (50,000.00) | |
| Legal Fees - FSS BK Counsel | (75,000.00) | - | - | - | - | (75,000.00) | |
| Legal Fees - Texas Appellete Counsel | - | - | - | - | - | - | |
| Sales Tax Preparation Fees | - | - | (50,000.00) | - | - | (50,000.00) | Analysis of FSS Sales Tax Compliance status |
| Data Discovery | - | - | - | - | - | - | |
| **Total Professional Fees** | **(77,500.00)** | **-** | **(50,000.00)** | **(140,000.00)** | **-** | **(267,500.00)** | |
| **Total Cash Flow** | **(326,479.75)** | **113,955.44** | **31,593.75** | **308,581.41** | **40,508.74** | **168,159.58** | |
| **Ending Cash** | **3,173,520.25** | **3,287,475.69** | **3,319,069.44** | **3,627,650.84** | **3,668,159.58** | | |