United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 29, 2024
~~Nathan Ochsner~~, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-60043 |
|---|---|---|---|
| Debtor | | In Re: | Free Speech Systems, LLC |

| | |
|---|---|
| Lawyer's Name | Jonathan Day |
| Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Street | 1285 Avenue of the Americas |
| City & Zip Code | New York, NY 10019-6064 |
| Telephone & Email | (212) 373-3892 |
| Licensed: State & Number | jday@paulweiss.com |
| Federal Bar & Number | NY State Bar No. 5833702 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Connecticut Sandy Hook Families** |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 04/01/2024 | Signed: | /s/Jonathan Day |
|---|---|---|

| | | |
|---|---|---|
| The state bar reports that the applicant's status is: | Currently Registered | |
| Dated: 4/29/2024 | Clerk's signature:  /s/ Z. Compean | |

**Order**

**This lawyer is admitted *pro hac vice*.**

Signed: April 29, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

** **Connecticut Sandy Hook Families are David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica L. Ash fka Erica Garbatini fka Erica Lafferty (Ash).**