IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **FREE SPEECH SYSTEMS, LLC** ) | |
| ) | **Case No. 22-60043** |
| **Debtor** ) | |
| ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER REQUIRING AXOS BANK, INC. TO TURNOVER FUNDS HELD ON BEHALF OF THE DEBTOR**

[Related to ECF # __]

Before the Court is the Debtor's Motion for Entry of an Order Requiring Axos Bank, Inc. to Turnover Funds Held on Behalf of the Debtor (the "Motion"). The Court finds that the relief requested in the Motion is reasonable and necessary and is in the best interest of the Debtors' estates. It is therefore

ORDERED that the Motion is granted; it is further

ORDERED that Axos Bank shall within five business days of entry of this order deliver to Debtor, c/o Annie Catmull at 4400 Post Oak Parkway, Ste. 2360, Houston, TX 77037, $65,000 plus all accrued interest; it is further

ORDERED that any and all other causes of action that the Debtor may have against Axos Bank are hereby expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SIGNED: _____, 2024.

_____
UNITED STATES BANKRUPTCY JUDGE