Image # 869432990000071

Front Image



**COMMERCIAL BANKING OFFICIAL CHECK**

001221

BANK - FILE COPY

PO Box 509127
San Diego, CA 92150-9727
www.axosbank.com

DATE: 10/20/23

REMITTER: INFOW, LLC
5606 N. NAVARRO STE 300-W
VICTORIA, TX 77904

TO: INFOW, LLC

BRANCH: 1005
ORIGINATOR: B78MCGON
TIME: 9:06:37
CK AMT: $85,772.78

MEMO:

**NON NEGOTIABLE**

⑇0008577278⑇

EXHIBIT A

Page 1

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

   UPS Access Point™              UPS Access Point™              UPS Access Point™
   CVS STORE # 3942               THE UPS STORE                  CVS STORE # 9195
   8915 TOWNE CENTRE DR           7770 REGENTS RD                8831 VILLA LA JOLLA DR
   SAN DIEGO ,CA 92122            SAN DIEGO ,CA 92122            LA JOLLA ,CA 92037

FOLD HERE





EXHIBIT B