Electronic Appearance Sheet

Melissa Haselden, Haselden Farrow PLLC
Client(s): Subchapter V Trustee

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC's Counsel

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC's Counsel

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC's Counsel

Anna  Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC's Counsel

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC's Counsel

Melanie Miller, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC's Counsel