

| Week Number | 6/1/2024-6/8/2024<br>24 | 6/9/2024-6/15/2024<br>25 | Total | NOTES |
|---|---:|---:|---:|---|
| **Income** | | | | |
| Product Sales *(Net of 7.0% Merchant Fee)* | $ 455,200.00 | $ 435,200.00 | $ 890,400.00 | Net of 5.5% CC Merchant fees. Includes Shipping and Sales Tax, excludes any PQPR / Platinum |
| New Product Initiative | 30,150.00 | 30,150.00 | 60,300.00 | Drop Ship vendor for Meals Ready to Eat and Guest Fees, gross sales |
| Point of Sales Revenue | 22,615.00 | 22,615.00 | 45,230.00 | Fulfillment Vendor Product Sales |
| Platinum / PQPR Commission | 27,500.00 | 27,500.00 | 55,000.00 | Net of 50% payment to PQPR |
| Donations | 400.00 | 400.00 | 800.00 | |
| **Total Income** | **535,865.00** | **515,865.00** | **1,051,730.00** | |
| | | | | |
| **Selling & Product Costs** | | | | |
| Inventory Purchases | - | - | - | Inventory deposits and purchases from numerous Vendors |
| New Product Initiative | (22,612.50) | (22,612.50) | (45,225.00) | Payments to Meal Ready to Eat Vendor |
| Point of Sale Product Cost | (13,569.00) | (13,569.00) | (27,138.00) | Fulfillment Vendor product costs |
| Fulfillment Services | (61,452.00) | (58,752.00) | (120,204.00) | Fulfillment Vendor shipping and handling costs |
| Texas Sales Tax (20% of Sales @ 6.25%) | (5,690.00) | (5,440.00) | (11,130.00) | |
| **Total Cost of Goods Sold** | **(103,323.50)** | **(100,373.50)** | **(203,697.00)** | |
| | | | | |
| **Operating Expenses** | | | | |
| **Advertising & Promotion** | | | | |
| Social Media Advertising | - | - | - | Advertising Campaign on X was not successful in converting advertsing to sales |
| Radio Show Advertising | - | - | - | |
| **Total Advertising & Promotion** | **-** | **-** | **-** | |
| | | | | |
| **Computer/IT/IP Expense** | | | | |
| Internet & TV services | (1,750.00) | (1,750.00) | (3,500.00) | |
| Server Hosting / Cloud Service / Ecomm | (90,000.00) | (50,000.00) | (140,000.00) | |
| Satellite Service | (25,000.00) | - | (25,000.00) | |
| Telecommunications | (2,000.00) | (7,000.00) | (9,000.00) | |
| Image License, Software & Other | (10,000.00) | (15,000.00) | (25,000.00) | |
| **Total Computer/IT/IP Expense** | **(128,750.00)** | **(73,750.00)** | **(202,500.00)** | |
| | | | | |
| **Office & Administrative Expense** | | | | |
| Bank Fees & Service Charges | (200.00) | (200.00) | (400.00) | |
| Insurance | (15,000.00) | - | (15,000.00) | Liability, auto, property and workers comp |
| Rent | (57,440.00) | - | (57,440.00) | |
| Utilites | (5,000.00) | (500.00) | (5,500.00) | |
| Janitorial | (3,500.00) | - | (3,500.00) | Monthly Cleaning fees |
| Office Security | (12,500.00) | (12,500.00) | (25,000.00) | |
| Repair & Maintenance | - | - | - | |
| Supplies/Printing/Copy | (2,000.00) | (2,000.00) | (4,000.00) | Includes Konica Minolta copier lease |
| Business Meals | - | - | - | |
| **Total Office & Administrative Expense** | **(95,640.00)** | **(15,200.00)** | **(110,840.00)** | |
| | | | | |
| **Personnel Expenses** | | | | |
| Salaries & Wages & Benefits | - | (167,500.00) | (167,500.00) | |
| Payroll Tax | - | (15,400.00) | (15,400.00) | |
| Contract Employees | - | (37,450.00) | (37,450.00) | |
| Consulting Services | - | (8,500.00) | (8,500.00) | HR, Tax and Bookeeping Fees |
| Alex Jones Salary | - | (25,000.00) | (25,000.00) | Per the 11/27 Hearing, Jones Salary will be $25,000 per pay period |
| **Total Personnel Expenses** | **-** | **(253,850.00)** | **(253,850.00)** | |
| | | | | |
| **Travel** | | | | |
| Mileage/Parking/Tolls | (100.00) | (100.00) | (200.00) | |
| Special Event Travel & Security | - | - | - | |
| Special Event Travel & Security | - | - | - | |
| Travel / Lodging | - | - | - | |
| Vehicle Rental / Leases | (500.00) | (500.00) | (1,000.00) | |
| **Total Travel Expenses** | **(600.00)** | **(600.00)** | **(1,200.00)** | |
| | | | | |
| **Total Operating Expenses** | **(224,990.00)** | **(343,400.00)** | **(568,390.00)** | |
| | | | | |
| ***Non-Operating Expenses*** | | | | |
| RV Repairs and Maintenance | - | - | - | Project Completed 3-2024 |
| Adequate Protection Payment to SEC Bank | (2,750.00) | - | (2,750.00) | |
| **Total Other Expenses** | **(2,750.00)** | **-** | **(2,750.00)** | |
| | | | | |
| **Professional Fees** | | | | |
| CRO Fees | - | (25,000.00) | (25,000.00) | |
| CRO Expenses | (5,000.00) | - | (5,000.00) | |
| Trustee Fees | - | - | - | |
| Trustee Counsel | - | - | - | |
| Legal Fees - FSS BK Counsel | (100,000.00) | - | (100,000.00) | |
| Legal Fees - Texas Appellete Counsel | - | - | - | |
| Sales Tax Preparation Fees | - | - | - | Analysis of FSS Sales Tax Compliance status |
| Data Discovery | - | - | - | |
| **Total Professional Fees** | **(105,000.00)** | **(25,000.00)** | **(130,000.00)** | |
| | | | | |
| **Total Cash Flow** | **99,801.50** | **47,091.50** | **146,893.00** | |
| | | | | |
| **Ending Cash** | **3,099,801.50** | **3,146,893.00** | | |