**Fill in this information to identify the case:**

Debtor Name: Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-60043

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: April 2024

Date report filed: 05/28/2024 (MM / DD / YYYY)

Line of business: Dietary Supplement Sales

NAISC code: 325411

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: J Patrick Magill

Original signature of responsible party: *J. Patrick Magill* (May 30, 2024 08:45 CDT)

Printed name of responsible party: J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? *(Note: Subject to the Constraints of the Cash Collateral Budget)* | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C   Monthly Operating Report for Small Business Under Chapter 11   page **1**

Debtor Name **Free Speech Systems LLC**   Case number **22-60043**

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

*** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 2,730,136.0

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 3,166,022.0

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 1,902,653.0

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 1,263,369.0

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 3,993,505.0

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 742,778.91

    *(Exhibit E)*

Debtor Name  Free Speech Systems LLC                        Case number 22-60043

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 988,636.24

    *(Exhibit F)*   Note - In the interest of clarity, this does not include approximately $1,200,000 that debtors processor is withholding as a reserve, which funds would have otherwise been collected in 4/2024.

## 5. Employees

26. What was the number of employees when the case was filed? 54
27. What is the number of employees as of the date of this monthly report? 44

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 126,841.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 2,298,944.00
30. How much have you paid this month in other professional fees? $ 7,263.00
31. How much have you paid in total other professional fees since filing the case? $ 833,949.00

    Note: Line 28. and 29.includes Fess for Sub V Trustee, Trustee Counsel and FSS Bankruptcy Counsel, while Line 30. and 31. includes Attorneys Fees, Accounting Fees and Tax Preparation Fees

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 2,780,958.0 | − | $ 3,166,022.0 | = | $ 385,064.00 |
| 33. **Cash disbursements** | $ 2,771,666.0 | − | $ 1,902,653.0 | = | $ 869,013.00 |
| 34. **Net cash flow** | $ 9,292.00 | − | $ 1,263,369.0 | = | $ 1,254,077.0 |

35. Total projected cash receipts for the next month: $ 2,518,215.0

    *Note: The difference between projected and actual cash receipts is the return of a credit card processing reserve of $500,000*

36. Total projected cash disbursements for the next month: − $ 2,350,055.0
37. Total projected net cash flow for the next month: = $ 168,160.00

Debtor Name  Free Speech Systems LLC   Case number 22-60043

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit C**
Cash Receipts - April 2024

### Cadence Bank Deposits Account

| Description | Total Amount |
| --- | ---: |
| Credit Card Receipts - InfoWars Store | 2,269,782.20 |
| Cash / Check Receipts - InfoWars Store | 125.09 |
| Sweetwater - Return of Merchant Deposit | 500,000.00 |
| AD Revenue - Twitter | 418.82 |
| Promotional Payments - My Pillow | 3,816.39 |
| Promotional Payments - Rehoboth Medical | 2,951.01 |
| Promotional Payments - Legacy Partners | 388,888.00 |
| | **3,165,981.51** |

### Cadence Bank Operations Account

| Description | Total Amount |
| --- | ---: |
| Cash Back / Rebate | 40.00 |
| | **40.00** |

### Cadence Bank Donations Account

| Description | Total Amount |
| --- | ---: |
| Unsolicited Donations - Cash/Check | - |
| | **-** |

| | |
| --- | ---: |
| **TOTAL CASH RECEIPTS** | **3,166,021.51** |



**FREE SPEECH SYSTEMS**

**FORM 425C Exhibit D**
Cash Disbursements - April 2024

| Date | Payee | Description | Amount |
|---|---|---|---|
| **Cadence Bank Operations Account** | | | |
| 04/01/2024 | Envato | ENVATO    61383766284 UT | 42.22 |
| 04/01/2024 | Uhaul | U-HAUL MOVING & PFLUGERVILL U-HAUL MOVING & PFLUGERVILL | 47.85 |
| 04/01/2024 | Twitter | Twitter Online A San Francisco C Twitter Online A San Francisco CA | 73.45 |
| 04/01/2024 | MURF | MURF.AI    SALT LAKE CIT UT | 78.00 |
| 04/01/2024 | Amazon | AMZN Mktp US*Y48 Amzn.com bill W AMZN Mktp US*Y48 Amzn.com | 82.24 |
| 04/01/2024 | Uhaul | U-HAUL MOVING & ROUND ROCK U-HAUL MOVING & ROUND ROCK | 88.00 |
| 04/01/2024 | Name.com | Name.com, Inc 7202492374 CO | 169.52 |
| 04/01/2024 | HEB | H-E-B #091    AUSTIN   TX | 190.85 |
| 04/01/2024 | HEB | H-E-B #373    ROUND ROCK TX | 208.09 |
| 04/01/2024 | DirecTV | DIRECTV    PAYMENT 083741384 DIRECTV    PAYMENT 083741384 | 221.00 |
| 04/01/2024 | Specialized AC | SPECIALIZED AC MECHA AUSTIN   T SPECIALIZED AC MECHA AUSTIN | 289.25 |
| 04/01/2024 | Travelers | TRAVELERS    BUS INSUR BPITBI159 TRAVELERS    BUS INSUR BPITBI15 | 4,178.92 |
| 04/02/2024 | Gateway | AUTHNET GATEWAY BILLING 13503660 AUTHNET GATEWAY BILLING | 15.48 |
| 04/02/2024 | Amazon | AMZN Mktp US*RA6 Amzn.com bill W AMZN Mktp US*RA6 Amzn.com | 21.22 |
| 04/02/2024 | Amazon | Amazon.com*RA85D Amzn.com bill W Amazon.com*RA85D Amzn.co | 21.64 |
| 04/02/2024 | Amazon | AMZN Mktp US*1W0 Amzn.com bill W AMZN Mktp US*1W0 Amzn.c | 32.43 |
| 04/02/2024 | Restream | RESTREAM, INC.  AUSTIN   TX | 49.00 |
| 04/02/2024 | Vulture Holdings LLC | VULTR BY CONSTAN VULTR.COM   NJ VULTR BY CONSTAN VULTR.CO| 255.84 |
| 04/02/2024 | Amazon | AMZN Mktp US*R24 Amzn.com bill W AMZN Mktp US*R24 Amzn.cor | 267.01 |
| 04/02/2024 | Zoom | ZOOM.US 888-799- SAN JOSE   CA ZOOM.US 888-799- SAN JOSE   CA | 540.07 |
| 04/02/2024 | City of Austin | CITY OF AUSTIN T PAYMENT 5424584 CITY OF AUSTIN T PAYMENT 54 | 689.76 |
| 04/02/2024 | City of Austin | CITY OF AUSTIN T PAYMENT 5422227 CITY OF AUSTIN T PAYMENT 54 | 1,286.24 |
| 04/02/2024 | Addshoppers | ADDSHOPPERS   HUNTERSVILLE NC | 2,989.00 |
| 04/02/2024 | City of Austin | CITY OF AUSTIN T PAYMENT 5376658 CITY OF AUSTIN T PAYMENT 53 | 3,543.80 |
| 04/02/2024 | Mongodbcloud | MONGODBCLOUD ITS PALO ALTO   CA | 3,896.93 |
| 04/03/2024 | Epik | WWW.EPIK.COM   SHERIDAN   WY | 7.00 |
| 04/03/2024 | Amazon | AMZN Mktp US*C77 Amzn.com bill W AMZN Mktp US*C77 Amzn.cor | 9.19 |
| 04/03/2024 | Amazon | AMZN Mktp US*5I6 Amzn.com bill W AMZN Mktp US*5I6 Amzn.com | 25.95 |



| Date | Vendor | Description | Amount |
|---|---|---|---|
| 04/03/2024 | Amazon | Amazon web servi aws.amazon.co W Amazon web servi aws.amazon | 87.41 |
| 04/03/2024 | Time Corp | LATHEM TIME CORP PAYMENT 1439874 LATHEM TIME CORP PAYMEI | 134.32 |
| 04/03/2024 | Felix Media | IN FELIX MEDIA SOLU AUSTIN   TX | 313.93 |
| 04/03/2024 | Addshoppers | ADDSHOPPERS   HUNTERSVILLE NC | 2,989.00 |
| 04/04/2024 | Amazon | AMAZON.COM*U331A9A13 SEATTLE AMAZON.COM*U331A9A13 SE, | 43.25 |
| 04/04/2024 | Amazon | AMZN Mktp US*HR2 Amzn.com bill W AMZN Mktp US*HR2 Amzn.co | 190.35 |
| 04/04/2024 | SQ Autin | SQ *AUSTINS GRE Marble Falls TX | 1,047.31 |
| 04/04/2024 | B&H Photo | B&H PHOTO 800-60 NEW YORK B&H PHOTO 800-60 NEW YORK   NY | 1,292.99 |
| 04/04/2024 | The Hartford | THE HARTFORD  INS PMT CL 126495 THE HARTFORD  INS PMT CL 12( | 2,814.00 |
| 04/04/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 I | 3,103.23 |
| 04/04/2024 | Weekly Sales Settlements | FREE SPEECH OPS DEP PAY -SETT-CC FREE SPEECH OPS DEP PAY -SETT | 15,413.27 |
| 04/04/2025 | O'Conner Wechshler | OCONNERWECHSHLER | 75,000.00 |
| 04/04/2024 | Weekly Sales Settlements | FREE SPEECH OPS DEP PAY -SETT-CC FREE SPEECH OPS DEP PAY -SETT | 248,715.35 |
| 04/05/2024 | The Hartford | THE HARTFORD  INS PMT CL 126495 THE HARTFORD  INS PMT CL 12( | -2,814.00 |
| 04/05/2024 | FDC Servers | FDCSERVERSN  3124236675  FL FDCSERVERSN  3124236675  FL | 10.00 |
| 04/05/2024 | Lathem Time Corp | ADT    PAYMENT 953169174 ADT     PAYMENT 953169174     PAYM | 22.29 |
| 04/05/2024 | Lathem Time Corp | ADT    PAYMENT 953169174 ADT     PAYMENT 953169174     PAYM | 75.42 |
| 04/05/2024 | Lathem Time Corp | ADT    PAYMENT 953169174 ADT     PAYMENT 953169174     PAYM | 111.24 |
| 04/05/2024 | Lathem Time Corp | ADT    PAYMENT 953169174 ADT     PAYMENT 953169174     PAYM | 138.15 |
| 04/05/2024 | New Relic | NRI*NEW RELIC  888-643-8776 CA NRI*NEW RELIC  888-643-8776 CA | 410.41 |
| 04/05/2024 | Amazon | B2B Prime*6829N5 Amzn.com bill W B2B Prime*6829N5 Amzn.com l | 540.17 |
| 04/05/2024 | Flokinet | PAYPAL *FLOKINET 35314369001  DE PAYPAL *FLOKINET 353143690( | 646.67 |
| 04/05/2024 | Lathem Time Corp | ADT    PAYMENT 953169174 ADT     PAYMENT 953169174     PAYM | 904.81 |
| 04/05/2024 | Lathem Time Corp | ADT    PAYMENT 953169174 ADT     PAYMENT 953169174     PAYM | 1,538.22 |
| 04/05/2024 | Best Buy | BESTBUYCOM806929 888BESTBUY  MN | 2,706.24 |
| 04/08/2024 | Google | GOOGLE *Google Stora Mountain Vi GOOGLE *Google Stora Mounta | 0.52 |
| 04/08/2024 | Amazon | Amazon.com*3S22L Amzn.com bill W Amazon.com*3S22L Amzn.corr | 11.36 |
| 04/08/2024 | Amazon | Amazon.com*GN432 Amzn.com bill W Amazon.com*GN432 Amzn.ct | 145.12 |
| 04/09/2024 | Amazon | Amazon.com*TD96A Amzn.com bill W Amazon.com*TD96A Amzn.co | 40.62 |
| 04/09/2024 | Amazon | AMZN Mktp US*IG7 Amzn.com bill W AMZN Mktp US*IG7 Amzn.corr | 73.78 |
| 04/09/2024 | Atlassian | ATLASSIAN    SAN FRANCISCO CA | 85.28 |
| 04/09/2024 | Sams Club | SAMSCLUB #4720  AUSTIN   TX | 91.95 |
| 04/09/2024 | Amazon | AMZN Mktp US*W60 Amzn.com bill W AMZN Mktp US*W60 Amzn.c | 108.24 |
| 04/09/2024 | HEB | HEB ONLINE #108 855-803-0611 TX | 316.12 |
| 04/09/2024 | Astound | ASTOUND PWRD BY 844-357-0942 TX | 1,300.00 |



| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/09/2024 | Specialized AC | SPECIALIZED AC MECHA AUSTIN   T SPECIALIZED AC MECHA AUSTIN | 1,695.88 |
| 04/10/2024 | Amazon | AMAZON.COM*EM2HH6F53 SEATTLE AMAZON.COM*EM2HH6F53 SI | 12.97 |
| 04/10/2024 | Godaddy.com | DNH*GODADDY.COM TEMPE   AZ | 127.79 |
| 04/10/2024 | Amazon | Amazon.com*5Y6HK Amzn.com bill W Amazon.com*5Y6HK Amzn.co | 131.94 |
| 04/10/2024 | Intuit | INTUIT 18004INTUIT MOUNTAIN VIEW INTUIT 18004INTUIT MOUNTA | 213.20 |
| 04/10/2024 | One Horn Transportation | ONE HORN TRANSPO BRADENTON  FL | 964.93 |
| 04/11/2024 | Host Gator | WEB*HOSTGATOR.CO BURLINGTON  MA | 27.94 |
| 04/11/2024 | Name.com | Name.com, Inc  7202492374  CO | 85.85 |
| 04/11/2024 | Precision Camera | PRECISION CAMERA AUSTIN   TX | 116.75 |
| 04/11/2024 | Power Stop | POWER STOP # 1    AUSTIN   TX | 125.00 |
| 04/11/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 622334479 | 496.73 |
| 04/11/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 622334479 | 571.59 |
| 04/11/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 D | 1,142.62 |
| 04/11/2024 | The Range at Austin | THE RANGE AT AUS AUSTIN   TX THE RANGE AT AUS AUSTIN   TX | 1,185.25 |
| 04/11/2024 | One Horn Transportation | ONE HORN TRANSPO BRADENTON  FL | 2,003.06 |
| 04/11/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 2,053.27 |
| 04/11/2024 | The Hartford | THE HARTFORD  9942902727 126495 THE HARTFORD  9942902727 1 | 2,814.00 |
| 04/11/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 D | 3,000.00 |
| 04/11/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 50,000.00 |
| 04/11/2024 | Reynal Law Firm | REYNAL LAW FIRM 113025723 STELLA REYNAL LAW FIRM 113025723 | 61,253.76 |
| 04/11/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 160,494.13 |
| 04/12/2024 | The Hartford | THE HARTFORD  9942902727 126495 THE HARTFORD  9942902727 1 | -2,814.00 |
| 04/12/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 622334479 | -571.59 |
| 04/12/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 622334479 | -496.73 |
| 04/12/2024 | Cadence Bank | ANALYSIS CHRG | 5.80 |
| 04/12/2024 | Amazon | AMAZON.COM*FS5Y77W53 SEATTLE AMAZON.COM*FS5Y77W53 SE/ | 123.40 |
| 04/12/2024 | Amazon | AMZN Mktp US*433 Amzn.com bill W AMZN Mktp US*433 Amzn.cor | 201.52 |
| 04/15/2024 | Amazon | AMZN Mktp US*XJ1 Amzn.com bill W AMZN Mktp US*XJ1 Amzn.com | 16.23 |
| 04/15/2024 | Amazon | AMZN Mktp US*2M5 Amzn.com bill W AMZN Mktp US*2M5 Amzn.cd | 17.98 |
| 04/15/2024 | Chat GPT | CHATGPT SUBSCRIP SAN FRANCISCO C CHATGPT SUBSCRIP SAN FRAN | 21.28 |
| 04/15/2024 | Amazon | AMZN Mktp US*L52 Amzn.com bill W AMZN Mktp US*L52 Amzn.com | 23.78 |
| 04/15/2024 | Amazon | AMZN Mktp US*IX4 Amzn.com bill W AMZN Mktp US*IX4 Amzn.com | 38.65 |
| 04/15/2024 | Amazon | AMZN Mktp US*YT8 Amzn.com bill W AMZN Mktp US*YT8 Amzn.con | 43.29 |
| 04/15/2024 | Amazon | AMZN Mktp US*7S9 Amzn.com bill W AMZN Mktp US*7S9 Amzn.con | 48.69 |
| 04/15/2024 | Best Buy | BESTBUYCOM806930 888BESTBUY  MN | 49.78 |



FREE SPEECH SYSTEMS

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 04/15/2024 | Amazon | AMZN Mktp US*K79 Amzn.com bill W AMZN Mktp US*K79 Amzn.com | 57.26 |
| 04/15/2024 | FDC Servers | FDCSERVERSN 3124236675 FL FDCSERVERSN 3124236675 FL | 60.00 |
| 04/15/2024 | Amazon | AMZN Mktp US*WO5 Amzn.com bill W AMZN Mktp US*WO5 Amzn.c | 104.91 |
| 04/15/2024 | Amazon | AMZN Mktp US*UL1 Amzn.com bill W AMZN Mktp US*UL1 Amzn.com | 108.22 |
| 04/15/2024 | Spectrum | SPECTRUM 0000358635 7858579 SPECTRUM 0000358635 78585 | 131.68 |
| 04/15/2024 | Metal Supermarket | METAL SUPERMARKE ETOBICOKE ON | 136.54 |
| 04/15/2024 | HEB | H-E-B #611 DRIPPING SPRI TX | 155.64 |
| 04/15/2024 | Back Blaze | BACKBLAZE INC SAN MATEO CA | 164.51 |
| 04/15/2024 | Amazon | AMZN Mktp US*KY2 Amzn.com bill W AMZN Mktp US*KY2 Amzn.com | 206.95 |
| 04/15/2024 | Amazon | AMZN Mktp US*ZX5 Amzn.com bill W AMZN Mktp US*ZX5 Amzn.com | 206.95 |
| 04/15/2024 | Amazon | AMZN Mktp US*SP2 Amzn.com bill W AMZN Mktp US*SP2 Amzn.com | 218.67 |
| 04/15/2024 | Home Depot | NST THE HOME DEPOT 0 DRIPPING SP NST THE HOME DEPOT 0 DRIPP | 234.56 |
| 04/15/2024 | Sams Club | SAMS CLUB #4720 AUSTIN TX | 270.28 |
| 04/15/2024 | Google | GOOGLE *FIBER zw2J2x Mountain Vi GOOGLE *FIBER zw2J2x Mounta | 288.40 |
| 04/15/2024 | Sams Club | SAMSCLUB.COM 888-746-7726 AR | 384.43 |
| 04/15/2024 | Primo Water | PRIMO WATER TAMPA FL | 513.71 |
| 04/15/2024 | Smart Air | SMART AIR AUSTIN TX | 626.61 |
| 04/15/2024 | Amazon Web Servi | 0099812814 DDA CHECK | 11,860.53 |
| 04/15/2024 | Amazon Web Servi | 0099814618 DDA CHECK | 69,650.81 |
| 04/16/2024 | Host Gator | WEB*HOSTGATOR.CO BURLINGTON MA | 17.31 |
| 04/16/2024 | Grokability, Inc. | GROKABILITY: SNI SAN DIEGO CA | 39.99 |
| 04/16/2024 | Amazon | AMAZON.COM*KZ6Y63DZ3 SEATTLE AMAZON.COM*KZ6Y63DZ3 SEA | 47.93 |
| 04/16/2024 | Amazon | AMAZON.COM*K951F06O3 SEATTLE AMAZON.COM*K951F06O3 SEA | 68.31 |
| 04/16/2024 | Amazon | AMAZON.COM*O19TJ6ST3 SEATTLE AMAZON.COM*O19TJ6ST3 SEAT | 68.38 |
| 04/16/2024 | Amazon | AMAZON.COM*0Q27A7D73 SEATTLE AMAZON.COM*0Q27A7D73 SE | 97.37 |
| 04/16/2024 | Amazon | AMZN Mktp US*QU3 Amzn.com bill W AMZN Mktp US*QU3 Amzn.c | 105.06 |
| 04/16/2024 | Amazon | AMZN Mktp US*RW8 Amzn.com bill W AMZN Mktp US*RW8 Amzn.c | 173.16 |
| 04/17/2024 | HEB | H-E-B #373 ROUND ROCK TX | 10.56 |
| 04/17/2024 | Amazon | AMZN Mktp US*XM6 Amzn.com bill W AMZN Mktp US*XM6 Amzn.c | 32.14 |
| 04/17/2024 | Amazon | Amazon.com*E695D Amzn.com bill W Amazon.com*E695D Amzn.co | 61.25 |
| 04/17/2024 | HEB | H-E-B #091 AUSTIN TX | 69.31 |
| 04/17/2024 | Microsoft Advertising | Microsoft Redmond WA | 149.24 |
| 04/17/2024 | Amazon | AMZN Mktp US*T92 Amzn.com bill W AMZN Mktp US*T92 Amzn.com | 177.61 |
| 04/17/2024 | Verizon Wireless | VZWRLSS*MY VZ VB 800-922-0204 FL | 571.59 |
| 04/17/2024 | RV Land | RV LAND KYLE TX | 1,006.25 |



| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/17/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 5,326.58 |
| 04/17/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 I | 14,336.86 |
| 04/17/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 15,716.53 |
| 04/17/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 112,019.93 |
| 04/18/2024 | Ionos | IONOS INC.   CHESTERBROOK PA | 31.99 |
| 04/18/2024 | Amazon | AMZN Mktp US*4B8 Amzn.com bill W AMZN Mktp US*4B8 Amzn.cor | 43.28 |
| 04/18/2024 | Amazon | AMZN Mktp US*Z36 Amzn.com bill W AMZN Mktp US*Z36 Amzn.con | 69.45 |
| 04/18/2024 | Amazon | AMZN Mktp US*NX6 Amzn.com bill W AMZN Mktp US*NX6 Amzn.co | 75.76 |
| 04/18/2024 | Hartford Insurance | HARTFORD INS. PR HARTFORD  CT | 5,665.00 |
| 04/19/2024 | Riata Ford | RIATAFORD.COM MANOR   TX | 7.00 |
| 04/19/2024 | Cloudflare Inc | CLOUDFLARE   SAN FRANCISCO CA CLOUDFLARE   SAN FRANCISCO C | 25.00 |
| 04/19/2024 | Amazon | AMZN Mktp US*VH1 Amzn.com bill W AMZN Mktp US*VH1 Amzn.co | 49.78 |
| 04/19/2024 | Amazon | Amazon.com*R38ZJ Amzn.com bill W Amazon.com*R38ZJ Amzn.cor | 119.02 |
| 04/19/2024 | Amazon | AMAZON.COM*I006C2ET3 SEATTLE AMAZON.COM*I006C2ET3 SEAT | 313.93 |
| 04/19/2024 | Amazon | AMZN Mktp US*RZ2 Amzn.com bill W AMZN Mktp US*RZ2 Amzn.cor | 356.57 |
| 04/19/2024 | Smart Air | SMART AIR   AUSTIN   TX | 1,253.23 |
| 04/19/2024 | Apple | APPLE.COM US  800-676-2775 CA | 3,029.92 |
| 04/22/2024 | Cloudflare Inc | CLOUDFLARE   SAN FRANCISCO CA CLOUDFLARE   SAN FRANCISCO C | 25.00 |
| 04/22/2024 | Amazon | AMZN Mktp US*BB8 Amzn.com bill W AMZN Mktp US*BB8 Amzn.coi | 29.22 |
| 04/22/2024 | Vercel Pro | VERCEL PRO   COVINA   CA | 40.00 |
| 04/22/2024 | HEB | HEB ONLINE #108 855-803-0611 TX | 89.43 |
| 04/22/2024 | Amazon | AMZN Mktp US*687 Amzn.com bill W AMZN Mktp US*687 Amzn.cor | 105.95 |
| 04/22/2024 | Amazon | AMZN Mktp US*LY3 Amzn.com bill W AMZN Mktp US*LY3 Amzn.con | 206.95 |
| 04/22/2024 | Amazon | AMZN Mktp US*RL8 Amzn.com bill W AMZN Mktp US*RL8 Amzn.con | 206.95 |
| 04/22/2024 | NewTech | ONLINE STORE SAL 361-816-4113 TX | 215.43 |
| 04/22/2024 | NewTech | ONLINE STORE SAL 361-816-4113 TX | 215.43 |
| 04/22/2024 | NewTech | ONLINE STORE SAL 361-816-4113 TX | 215.43 |
| 04/22/2024 | Orkin | ORKIN    0000427522 9851468 ORKIN    0000427522 9851468    OI | 306.34 |
| 04/22/2024 | HEB | HEB ONLINE #108 855-803-0611 TX | 322.51 |
| 04/22/2024 | Sams Club | SAMSCLUB.COM  888-746-7726 AR | 331.55 |
| 04/22/2024 | 1 Password | 1PASSWORD   TORONTO   ON | 357.28 |
| 04/22/2024 | Amazon | AMZN Mktp US*3I6 Amzn.com bill W AMZN Mktp US*3I6 Amzn.com | 413.90 |
| 04/22/2024 | FDC Servers | FDCSERVERSN  3124236675  FL FDCSERVERSN  3124236675  FL | 545.34 |
| 04/22/2024 | Awio Web Services LLC | AWIO WEB SERVICE CARY   NC | 899.00 |
| 04/22/2024 | Cloudflare Inc | CLOUDFLARE   SAN FRANCISCO CA CLOUDFLARE   SAN FRANCISCO C | 1,199.25 |

**FREE SPEECH SYSTEMS**

| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/22/2024 | Addshoppers | ADOBE *ADOBE 4085366000 CA | 4,289.35 |
| 04/23/2024 | Orkin | ORKIN 0000427522 9851468 ORKIN 0000427522 9851468 OI | -306.34 |
| 04/23/2024 | Pritunl Premium | PRITUNL PREMIUM SEATTLE WA | 10.00 |
| 04/23/2024 | GitHub | GITHUB, INC. SAN FRANCISCO CA | 24.00 |
| 04/23/2024 | Amazon | AMZN Mktp US*RR5 Amzn.com bill W AMZN Mktp US*RR5 Amzn.co | 211.90 |
| 04/23/2024 | Dropbox | DROPBOX*CQZ32GHQ DROPBOX.COM CA | 212.13 |
| 04/23/2024 | AT&T | ATT 9864031004 038027002EP ATT 9864031004 038027002EP. | 649.80 |
| 04/24/2024 | AT&T | ATT 9864031004 038027002EP ATT 9864031004 038027002EP. | -649.80 |
| 04/24/2024 | PepperTech | SP PEPPERTECH.IO SAVAGE MN | 68.98 |
| 04/24/2024 | Rumble | RUMBLEVIDEO TORONTO ON | 100.00 |
| 04/24/2024 | Name.com | Name.com, Inc 7202492374 CO | 191.87 |
| 04/24/2024 | Iron Mountain | IRON MOUNTAIN BOSTON MA | 317.87 |
| 04/25/2024 | Epik | WWW.EPIK.COM SHERIDAN WY | 138.99 |
| 04/25/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 1,795.77 |
| 04/25/2024 | Apple | APPLE.COM US 800-676-2775 CA | 1,839.17 |
| 04/25/2024 | Security Bank of Crawford | SECURITY BANK OF CRAWFORD 111010 SECURITY BANK OF CRAWFO | 2,196.25 |
| 04/25/2024 | One Horn Transportation | ONE HORN TRANSPO BRADENTON FL | 3,000.00 |
| 04/25/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 I | 22,559.77 |
| 04/25/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 350,426.73 |
| 04/29/2024 | RSS | RSS.APP MIAMI FL | 19.99 |
| 04/29/2024 | Chat GPT | CHATGPT SUBSCRIP SAN FRANCISCO C CHATGPT SUBSCRIP SAN FRAN | 21.28 |
| 04/29/2024 | Amazon | Amazon.com*I4785 Amzn.com bill W Amazon.com*I4785 Amzn.com | 300.00 |
| 04/29/2024 | Amazon | AMZN Mktp US*6P8 Amzn.com bill W AMZN Mktp US*6P8 Amzn.cor | 413.90 |
| 04/29/2024 | Amazon | AMZN Mktp US*GE2 Amzn.com bill W AMZN Mktp US*GE2 Amzn.co | 413.90 |
| 04/30/2024 | Amazon | AMZN Mktp US*7G7 Amzn.com bill W AMZN Mktp US*7G7 Amzn.co | 85.15 |
| | | | **1,302,723.28** |

**Cadence Bank Payroll Account**

| Date | | Description | Amount |
|---|---|---|---|
| 4/2/2024 | PAYROLL EXPENSE | Payroll Expense | 203,134.39 |
| 4/16/2024 | PAYROLL EXPENSE | Payroll Expense | 198,995.43 |
| 4/30/2024 | PAYROLL EXPENSE | Payroll Expense | 197,800.14 |
| | | | **599,929.96** |

TOTAL CASH DISBURSEMENTS  1,902,653.24



**FORM 425C Exhibit E**
**Total Payables**

*As of April 30, 2024*

| From | Amount | Due Date | |
|---|---:|---|---|
| **Trade AP** | | | |
| Jonathon Wolfe | 10,500.00 | 11/07/2023 | (a) |
| Encompass | 35,302.88 | 04/10/2024 | |
| Encompass | 23,370.41 | 04/10/2024 | |
| Encompass | 23,370.41 | 04/25/2024 | |
| Novasors (Centrinex LLC) | 5,922.24 | 05/10/2024 | |
| Lease Direct | 3,609.14 | 05/16/2024 | |
| | **102,075.08** | | |
| **Inventory** | | | |
| Hi Tech Pharm | 163,391.47 | 12/20/2023 | (b) |
| Hi Tech Pharm | 184,591.36 | 02/14/2024 | (b) |
| NutraSimple Products | 57,375.00 | 03/26/2024 | (b) |
| Yellow Emperor | 93,750.00 | 12/13/2023 | (b) |
| | **499,107.83** | | |
| **Legal / Consulting Fees** | | | |
| Melissa Haselden | 5,219.00 | 01/31/2024 | |
| Melissa Haselden | 13,211.00 | 01/31/2024 | |
| Melissa Haselden | 21,186.00 | 02/29/2024 | (c) |
| Melissa Haselden | 56,980.00 | 03/31/2024 | (c) |
| Melissa Haselden | 45,000.00 | 04/30/2024 | |
| | **141,596.00** | | |
| **Total Accounts Payable** | **742,778.91** | | |

(a) Disputed
(b) Not due till product is ready to ship and has been manufactured
(c) Did not receive invoice till April of 2024



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits that are unpaid as of the end of the month as receivables*

*As of April , 2024*

| From | Amount | Due Date |
|---|---|---|
| Processor T | 120,947.44 | 4/18/2024 |
| Processor T | 94,770.20 | 4/19/2024 |
| Processor T | 56,543.19 | 4/20/2024 |
| Processor T | 73,741.88 | 4/21/2024 |
| Processor T | 103,253.63 | 4/22/2024 |
| Processor T | 70,001.57 | 4/23/2024 |
| Processor T | 82,562.70 | 4/24/2024 |
| Processor T | 62,999.63 | 4/25/2024 |
| Processor T | 79,358.66 | 4/26/2024 |
| Processor T | 53,537.44 | 4/27/2024 |
| Processor T | 59,714.76 | 4/28/2024 |
| Processor T | 66,606.32 | 4/29/2024 |
| Processor T | 64,598.82 | 4/30/2024 |
| | **988,636.24** | |

*FSS switched credit card processors in October in order to reduce our bankcard rate from 7.0% to 5.5%.  The settlement period in the new contract is listed as 5-10 business days and it has been averaging 12 days.  This is why this Exhibit reflects 13 separate receivables.  As of the date of this MOR filing, $272,260.83 of the above AR has been collected by FSS.*

**FREE SPEECH SYSTEMS**

## April 1 to April 30

| | AXOS Deposits #78877 | AXOS Operating #78919 | AXOS Donations #78885 | AXOS Payroll #78927 | AXOS Infowars #78893 #77838 | AXOS Legal #78901 | CADE Deposits #8-099-2 | CADE Operating #8-100-8 | CADE Donations #8-101-6 | CADE Payroll #8-102-4 | CADE Escrow #8-103-2 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | - | 409.58 | - | - | 85,772.78 | - | 1,898,599.02 | 60,103.08 | 114,363.49 | 5,000.00 | 565,887.38 | 2,730,135.33 |
| Cash Receipts | - | - | - | - | - | - | 3,165,981.51 | 40.00 | - | - | - | 3,166,021.51 |
| Cash Disbursements | - | - | - | - | - | - | - | (1,302,723.28) | - | (599,929.96) | - | (1,902,653.24) |
| **Net Cash Flow** | - | - | - | - | - | - | 3,165,981.51 | (1,302,683.28) | - | (599,929.96) | - | 1,263,368.27 |
| Transfers In | - | - | - | - | - | - | - | 1,266,554.05 | - | 599,929.96 | 59,798.76 | 1,926,282.77 |
| Transfers Out | - | - | - | - | - | - | (1,926,282.77) | - | - | - | - | (1,926,282.77) |
| **Cash on Hand** | - | 409.58 *(a)* | - | - | 85,772.78 *(a)* | - | 3,138,297.76 | 23,973.85 | 114,363.49 | 5,000.00 | 625,686.14 | 3,993,503.60 |

*(a) On 10/26 AXOS bank closed our accounts for the second time in 30 days, despite assurances that they would work with FSS to provide an orderly transition. There was some confusion with the InfoWars account #78893 and the InfoW Account #77838 with the multiple account closures and cashiers checks that were sent to the Austin office. The InfoW address on file with AXOS was to a different office and as of 4/30 we have filed a turn-over motion against AXOS bank to get the closing balance to the correct account. We are not getting cooperation with AXOS Bank and counsel has reached out to AXOS Bank to get it resolved.*