# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| | § | |
| Debtor. | § | |

## NOTICE OF HEARING
[Relates to ECF # 918]

This is notice that on June 3, 2024, at 11:30 a.m., at the U.S. Bankruptcy Court, 515 Rusk Ave, Houston, Texas, Courtroom 401, the Court will conduct a hybrid hearing on the cash collateral dispute described in the Request for Hearing at ECF # 918. See Judge Lopez's webpage for information regarding appearances and electronic evidence.[1]

Respectfully submitted,

O'CONNORWECHSLER PLLC
By: /s/ Annie Catmull
Annie E. Catmull
State Bar No. 00794932
aecatmull@o-w-law.com
Kathleen A. O'Connor
State Bar. No. 00793468
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

COUNSEL FOR FREE SPEECH SOLUTIONS, LLC

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez

1

**Certificate of Service**

I certify that on June 2, 2024, all parties who have made an electronic appearance were served a copy of the attached notice of hearing through the Court's ECF notification system.

<u>/s/ Annie Catmull</u>
Annie E. Catmull