IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>FREE SPEECH SYSTEMS LLC,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-60043 |

## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Main Case No: 22-60043 | Name of Debtor: Free Speech Systems, LLC |
| Adversary No: n/a | Style of Adversary: n/a |
| | |
| Witnesses: | |
| | Judge:  Christopher Lopez |
| J Patrick Magill | Courtroom Deputy: _____ |
| Any witness designated or called by any other party | Hearing Date:  June 3, 2024 |
| | Hearing Time: _____ 11:30 a.m. |
| | Parties' Names: Free Speech Systems LLC |
| | Attorney's Name:  Annie Catmull |
| | Attorney's Phone: 281.814.5977 |
| | Nature of Proceeding:  cash collateral dispute |
| | |
| | |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Two-week budget (ECF # 912 ) | | | | |

O'CONNORWECHSLER PLLC

By: ___/s/ Annie Catmull_____
Annie E. Catmull
State Bar No. 00794932
aecatmull@o-w-law.com
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027

Telephone: (281) 814-5977

## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2024, I served a copy of the attached via the Court's electronic notification system to the parties who have made an electronic appearance in this case.

By: */s/ Annie Catmull*
Annie E. Catmull