Electronic Appearance Sheet

Sara Brauner, Akin Gump
Client(s): UCC

Katherine Porter, Akin Gump
Client(s): UCC

David Zensky, Akin Gump
Client(s): UCC

Marty Brimmage, Akin Gump
Client(s): UCC

Anna Kordas, Akin Gump
Client(s): UCC

Melanie Miller, Akin Gump
Client(s): UCC