

# Fertitta Reynal LLP

917 Franklin
Sixth Floor
Houston, 77002
areynal@frlaw.us
www.frlaw.us
O: 7132285900

# INVOICE

| Number | 340 |
|---|---|
| Issue Date | 10/29/2022 |
| Due Date | 10/29/2022 |
| Email | melinda@freespeechsystems.com |

## Bill To:

Jones, Alex

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Draft/revise<br>9/6/2022<br>Response to motion for sanctions for bad faith removal | Federico Reynal | $800.00 | 5.10 | $4,080.00 |
| Plan and prepare for<br>9/6/2022<br>Prepare materials in preparation of trial in Connecticut Matter | West Medlin | $400.00 | 8.90 | $3,560.00 |
| Draft/revise<br>9/7/2022<br>Objection to Entry of Judgement | Federico Reynal | $800.00 | 5.00 | $4,000.00 |
| Draft/revise<br>9/8/2022<br>Response to Motion for sanctions for bad faith removal | Federico Reynal | $800.00 | 5.50 | $4,400.00 |
| Draft/revise<br>9/9/2022<br>Objection to motion to enter judgement. | Federico Reynal | $800.00 | 1.60 | $1,280.00 |
| Draft/revise<br>9/10/2022<br>Response to motion for sanctions for bad faith removal | Federico Reynal | $800.00 | 5.80 | $4,640.00 |
| Draft/revise<br>9/11/2022<br>Response motion for sanctions for bad faith removal | Federico Reynal | $800.00 | 2.50 | $2,000.00 |
| Review/analyze<br>9/12/2022<br>Review and analyze Plaintiffs' motion for advisory jury findings on CUPTA punitive damages in Connecticut | West Medlin | $400.00 | 0.30 | $120.00 |
| Draft/revise<br>9/12/2022<br>Response motion for sanctions for withheld text messages. | Federico Reynal | $800.00 | 2.00 | $1,600.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Review/analyze**<br>9/13/2022<br>Monitored proceedings in Connecticut trial: pre-trial motions; opening statements; testimony of Mr. Aldenberg and Ms. Soto. | Federico Reynal | $800.00 | 7.10 | $5,680.00 |
| **Communicate (with client)**<br>9/14/2022<br>Teleconference with client and Norm Pattis | Federico Reynal | $800.00 | 0.50 | $400.00 |
| **Review/analyze**<br>9/14/2022<br>Reviewed first part of Alex Jones Testimony in Heslin Matter | Federico Reynal | $800.00 | 1.60 | $1,280.00 |
| **Communicate (other external)**<br>9/14/2022<br>Teleconference with Eric Nichols and Chris Martin regarding Sanctions hearing and Objection to motion for entry of judgement. | Federico Reynal | $800.00 | 0.60 | $480.00 |
| **Other**<br>9/15/2022<br>Travel to Austin to prepare client to testify. | Federico Reynal | $400.00 | 5.00 | $2,000.00 |
| **Meeting with client**<br>9/16/2022<br>Witness prep with client. | Federico Reynal | $800.00 | 1.50 | $1,200.00 |
| **Other**<br>9/19/2022<br>Travel to Connecticut | Federico Reynal | $400.00 | 2.00 | $800.00 |
| **Plan and prepare for**<br>9/19/2022<br>Meeting with Norm Pattis to discuss and plan direct and cross-examinations of Brittany Paz, Clint Watts and Alex Jones; discussed general case strategy. | Federico Reynal | $800.00 | 3.30 | $2,640.00 |
| **Communicate (with client)**<br>9/19/2022<br>Witness prep. | Federico Reynal | $800.00 | 1.50 | $1,200.00 |
| **Appear for/attend**<br>9/20/2022<br>Alex Jones Trial in Waterbury, Connecticut | Federico Reynal | $800.00 | 7.30 | $5,840.00 |
| **Appear for/attend**<br>9/21/2022<br>Connecticut Trial. | Federico Reynal | $800.00 | 7.00 | $5,600.00 |
| **Meeting**<br>9/21/2022<br>Witness prep with client. | Federico Reynal | $800.00 | 2.30 | $1,840.00 |
| **Appear for/attend**<br>9/22/2022<br>Alex Jones Connecticut Trial | Federico Reynal | $800.00 | 8.00 | $6,400.00 |
| **Appear for/attend**<br>9/23/2022<br>Alex Jones Connecticut Trial | Federico Reynal | $800.00 | 1.50 | $1,200.00 |
| **Other**<br>9/23/2022<br>Travel. | Federico Reynal | $400.00 | 2.50 | $1,000.00 |
| **Review/analyze**<br>9/27/2022<br>Response to motion for sanctions for trial misconduct. | Federico Reynal | $800.00 | 1.20 | $960.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Research<br>9/29/2022<br>Research and analyze CUPTA damages regarding Connecticut matter | West Medlin | $400.00 | 1.50 | $600.00 |
| Draft/revise<br>10/4/2022<br>Edited response to sanctions motion. | Federico Reynal | $800.00 | 1.00 | $800.00 |
| Draft/revise<br>10/4/2022<br>Response to motion for sanctions for trial misconduct | Federico Reynal | $800.00 | 5.70 | $4,560.00 |
| Communicate (other outside counsel)<br>10/7/2022<br>Conference call with Chris Martin, Shelby Jordan and Eric Nichols | Federico Reynal | $800.00 | 1.50 | $1,200.00 |
| Review/analyze<br>10/10/2022<br>Memo from Shelby Jordan regarding sanctions for bad faith removal | Federico Reynal | $800.00 | 0.50 | $400.00 |
| Draft/revise<br>10/11/2022<br>Response to motion for sanctions for trial misconduct | Federico Reynal | $800.00 | 5.70 | $4,560.00 |
| Draft/revise<br>10/12/2022<br>Response to motion for sanctions for trial misconduct | Federico Reynal | $800.00 | 7.20 | $5,760.00 |
| Draft/revise<br>10/13/2022<br>Review testimony of Neil Heslin and Scarlett Lewis | Federico Reynal | $800.00 | 4.20 | $3,360.00 |
| Draft/revise<br>10/13/2022<br>Reviewed and commented on Response to Motion to Enter Judgement;<br>Motion to Amend and Motion for Sanctions. | Federico Reynal | $800.00 | 5.20 | $4,160.00 |
| Review/analyze<br>10/17/2022<br>Memo from Shelby Jordan regarding appellate bond issues in Texas and<br>Connecticut | Federico Reynal | $800.00 | 1.00 | $800.00 |
| | | Time Entries<br>Total | 123.10 | $90,400.00 |

## Expenses

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Out-of-town travel<br>8/18/2022<br>Flight to CT | Federico Reynal | $1,521.10 | 1.00 | $1,521.10 |
| Out-of-town travel<br>8/18/2022<br>Hotel CT | Federico Reynal | $377.20 | 1.00 | $377.20 |
| Out-of-town travel<br>8/27/2022<br>Fuel in CT | Federico Reynal | $25.28 | 1.00 | $25.28 |
| Out-of-town travel<br>9/17/2022<br>Rental Car-CT | Federico Reynal | $419.91 | 1.00 | $419.91 |

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Out-of-town travel<br>9/17/2022<br>Hotel in CT for hearing. | Federico Reynal | $1,678.47 | 1.00 | $1,678.47 |
| Trial transcripts<br>9/29/2022<br>Trial transcript copy | Federico Reynal | $2,606.72 | 1.00 | $2,606.72 |
| Out-of-town travel<br>10/20/2022<br>Hotel San Jose | Federico Reynal | $614.25 | 1.00 | $614.25 |
| Private investigators<br>10/1/2022<br>This invoice covers professional investigative consulting services from August 1, 2022 thorough September 26, 2022, on behalf of the following matter:<br><br>A. Jones, Travis Co. & CT Civil Suits | | $3,953.59 | 1.00 | $3,953.59 |

|  | Expenses Total: | 8.00 | $11,196.52 |
|---|---|---|---|

|  | Total (USD) | $101,596.52 |
|---|---|---|
|  | Paid | $0.00 |
|  | Balance | $101,596.52 |

## Account Summary

Trust Account Balance

$216.93 USD

Non-Trust Retainer Balance

$0.00 USD

# THE REYNAL LAW FIRM, P.C.

FROM : 11/17/22
To : 11/30/22

Attention Alex Jones
Free Speech Systems
Date: 12/1/22

## INVOICE

713.228.5900
areynal@frlaw.us

917 Franklin St., Sixth Fl.
Houston, Texas 77002

Project Title: State and Federal Court Litigation involving Free Speech Systems and Alex Jones

Terms: on receipt

| Date | Description | Keeper | Time | Cost |
|---|---|---|---|---|
| 11/17/22 | 5Th Cir. Status Report | FAR | 0.5 | 400 |
| 11/18/22 | Teleconference with S. Jordan | FAR | 0.5 | 400 |
| | Reviewed Transcripts in preparation for hearing | FAR | 4.2 | 3360 |
| 11/21/22 | Drive to Austin | FAR | 3 | 1200 |
| | Hearing Prep | FAR | 8 | 6400 |
| 11/22/22 | Prepared for and participated in Hearing | FAR | 8 | 6400 |
| | Drive to Houston | FAR | 3 | 1200 |
| 11/23/22 | Teleconference with Norm Pattis | FAR | 0.5 | 400 |
| | Reviewed and drafted correspondence concerning legal question | FAR | 0.5 | 400 |
| 11/30/22 | Teleconference with Norm Pattis | FAR | 0.5 | 400 |
| | Teleconference with S. Jordan and Client | FAR | 1 | 800 |
| | Total | | | $21,360.00 |
| | Past Due | | | |
| | Grand Total | | | $21,360.00 |

## THE REYNAL LAW FIRM, P.C.

*Invoice*
*From: 12/06/22*
*To: 12/13/22*

INVOICE

Attention Alex Jones
Free Speech Systems
Date: 1/12/23

713.228.5900
areynal@frlaw.us

Project Title: State and Federal Court Litigation involving Free Speech Systems and Alex Jones
Terms: on receipt

917 Franklin St., Sixth Fl.
Houston, Texas 77002

| Date | Description | Keeper | Time | Cost |
|------|-------------|--------|------|------|
| 12/06/22 | Review draft of Plaintiff's proposed order on sanctions: Research same | FAR | 2.6 | 2,080 |
| 12/09/22 | Research and outline potential objections to proposed sanctions orders | FAR | 2 | 1600 |
| 12/11/22 | Prepare objections to proposed sanctions orders | FAR | 1 | 800 |
| 12/12/22 | Prepare, revise and finalize objections to proposed sanctions orders. | FAR | 6 | 4,800 |
| 12/13/22 | 5Th Cir. Status Report | FAR | 0.5 | 400 |
| | Total | | | $9,680.00 |
| | Past Due | | | |
| | Grand Total | | | $9,680.00 |

# THE REYNAL LAW FIRM, P.C.

February 2, 2023

Ray Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Attorney for Debtor, Free Speech Systems

Vickie Driver
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Attorney for Debtor, Alex Jones

Re: Invoice for services rendered to FSS and Alex Jones in January, 2023

**Time Keeper    F. Andino Reynal**

| Date | Description | Time | Total |
|------|-------------|------|-------|
| 23.01.13 | Reviewed signed orders | 0.5 | 400 |
| 23.01.16 | Telecon with Shelby Jordan; Telecon with Chris Martin | 0.5 | 400 |
| 23.01.17 | Telecon with Ray Battaglia | 0.3 | 240 |
| | Telecon with Vickie Driver | 0.5 | 400 |
| | Reseach Motion for JNOV; Research for Motion New Trial | 4.7 | 3760 |
| 23.01.23 | Reviewed letter from Mark Bankston | 0.1 | 80 |
| | Reviewed Chap. 73 regarding retraction | 0.5 | 400 |
| | Telecon with Chris Martin | 0.2 | 160 |
| | Reviewed Piers Morgan Interview with Alex Jones | 0.7 | 560 |
| 23.01.24 | Teleconference with Alex Jones and Shelby Jordan | 0.6 | 480 |
| | Email to InfoWars requesting Aug. 2 tape | 0.2 | 160 |
| 23.01.25 | Email to Battaglia re: document production to Creditors | 0.1 | 80 |
| 23.01.26 | Email to Martin, Jordan, Battaglia and Driver re: CONFIDENTIAL | 0.8 | 640 |
| | Telecon with Client | 0.5 | 400 |

917 Franklin Street, Suite 600, Houston, Texas 77002    713.228.5900    www.frlaw.us

| | | | |
|---|---|---:|---:|
| | Telecon with co-counsel regarding late filed exhibit | 0.5 | 400 |
| | Reseach and draft Motion to strike | 1.5 | 1200 |
| TOTAL | | | $9,760.00 |

**Time Keeper**   **Westley Medlin**

| Date | Description | Time | Total |
|---|---|---:|---:|
| 23.01.26 | Review and analyze text messages; research legal authority regarding unauthorized disclosure of private information and phone numbers; review and edit motion to strike plaintiffs' notice of filing supplemental exhibits | 3.0 | $1,200.00 |
| | Legal research regarding finality of motions and improper request for court to consider evidence regarding a motion already ruled on. | 1.3 | $520.00 |
| 23.01.30 | Strategy meeting w/ lead attorney | 0.4 | $160.00 |
| TOTAL | | | $1,880.00 |

**Grand Total: 11,640.00**
**Payable on receipt**

# THE REYNAL LAW FIRM, P.C.

May 22, 2023

Ray Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Attorney for Debtor, Free Speech Systems

Vickie Driver
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Attorney for Debtor, Alex Jones

Re: Invoice for services rendered to FSS and Alex Jones from February 1 through April 6, 2023.

**Time Keeper    F. Andino Reynal ($800/hour)**

| Date | Description | Time | Total |
|------|-------------|------|-------|
| 23.02.1 | Teleconference with client | 1 | 800 |
| | Teleconference with V. Driver | 0.5 | 400 |
| 23.02.09 | Teleconference with Client regarding Heslin | 0.5 | 400 |
| 23.02.11 | Attention to E. Taube Response | 1 | 800 |
| 23.02.12 | Teleconference regarding attorney client privilege waiver | 0.5 | 400 |
| 23.02.13 | Review Fourth draft of motion for new trial | 1 | 800 |
| 23.02.14 | Review draft statement re: demand for retraction | 1.5 | 1,200 |
| 23.02.15 | Attention to client | 0.5 | 400 |
| 23.02.20 | Teleconference with Chris Martin Re: Fontaine Hearing | 0.5 | 400 |
| 23.02.21 | Prepare response re: trial expense Pozner | 1 | 800 |
| | Review supplemental exhibits E. Taube Hearing | 1.5 | 1,200 |
| 23.02.27 | Review Motion for Sanctions | 3.1 | 2,480 |
| 23.03.28 | Revised Response to Motion for Sanctions for Motion for New Trial | 2.3 | 2,240 |
| 23.03.30 | Telecon with Randall Yates at Crowe Dunlevy. | 0.5 | 400 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 23.04.03 | Review Reply to motion for sanctions; prepare for hearing. | 3.3 | 2,640 |
| 23.04.04 | Drive to Austin | 3 | 1200 |
| 23.04.04 | Hearing Prep | 3.2 | 2560 |
| 23.04.05 | Prep for and attend hearing | 8 | 6,400 |
| 23.04.06 | Prep for and attend hearing | 4 | 3,200 |
| | Drive to Houston | 3 | 1200 |
| 23.04.18 | Reviewed Correspondence | 0.4 | 320 |
| 23.04.19 | Teleconference with client | 0.5 | 400 |
| 23.05.01 | Spot checking production and sharing with BK counsel | 3.2 | 2,560 |
| | Teleconference Vickie Driver | 0.4 | 320 |
| | Teleconference C. Martin | 0.2 | 160 |
| 23.05.09 | Teleconference with Norm Pattis Re: Appellate Issues | 0.4 | 320 |
| | | | **$34,000** |
| **Time Keeper** | **West Medlin (400/hour)** | | |
| 23.02.01 | Research case history; filing history; and correspondence history to identify all lawyers that represented Mr. Jones or related entities. | 1.3 | 520 |
| 23.03.07 | Assemble and prepare materials in furtherance of appeal. | 2.3 | 920 |
| 23.03.13 | Review and assemble documents and materials in coordination with appellate attorneys. | 3.4 | 1,360 |
| 23.03.14 | Review and assemble documents and materials in coordination with appellate attorneys. | 1.2 | 480 |
| 23.03.28 | Review and analyze draft of response to plaintiff's motion for sanctions and motion to strike | 1.0 | 400 |
| 23.03.29 | Research regarding local filing rules in the subject court; correspondence to appellate attorneys regarding same. | 0.4 | 160 |

| | | | |
|---|---|---|---|
| 23.04.24 | Review; analyze; and assemble production from all oustanding cases | 5.1 | 2,040 |
| 23.04.25 | Review; analyze; and assemble production from all oustanding cases | 3.3 | 1,320 |
| | | | $7,200 |
| | **TOTAL PROF. FEES** | | **$41,200** |
| EXPENSES | 2 nights Hotel Austin | | $685.50 |
| | **TOTAL EXPENSES** | | **$685.5** |

**Grand Total: 41,885.50**
**Payable on receipt**

# THE REYNAL LAW FIRM, P.C.

August 3, 2023

Ray Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Attorney for Debtor, Free Speech Systems

Vickie Driver
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Attorney for Debtor, Alex Jones

Re: Invoice for services rendered to FSS and Alex Jones in June and July, 2023.

**Time Keeper    F. Andino Reynal ($800/hour)**

| Date | Description | Time | Total |
|------|-------------|------|-------|
| 06/03/23 | 5th Cir Status Report | 0.2 | 160 |
| 06/18/23 | Correspond with Vickie Driver re: Pozner/Delarosa trial | 0.8 | 640 |
| 06/24/23 | Review Connecticut brief | 0.9 | 720 |
|  | Review transcript of May 19 Status Conference | 0.3 | 240 |
|  | Outlining Research Items | 0.5 | 400 |
| 06/30/23 | Compile potential points of error and circulate among counsel | 1.3 | 1040 |
|  | Review correspondence | 0.1 | 80 |
|  | Review Record on appeal | 1.3 | 1040 |
| 07/3/23 | Review Record on appeal | 1.5 | 1200 |
| 07/5/23 | Teleconference with Bankruptcy Team | 1 | 800 |
|  | 5th Cir Status Report | 0.2 | 160 |
| 07/06/23 | Appeal team zoom | 0.5 | 400 |
| 07/07/23 | Meet with Jury Consultant Re: Pozner case | 0.6 | 480 |
| 07/09/23 | Legal Research: Law Journal and Austin COA opinions | 1.1 | 880 |
| 07/26/23 | Transcript Review; issue tagging | 1 | 800 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/28/23 | Transcript Review; issue tagging; outlining brief | 2.3 | 1840 |
| 07/29/23 | Outline brief; legal research | 1.7 | 1360 |
| 07/30/23 | Transcript review; legal research | 2.8 | 2240 |
| | | | **$14,480** |
| **Time Keeper** | **West Medlin (400/hour)** | | |
| 07/17/23 | Attention to project regarding review of case transcripts and volumes; discussion with lead attorney regarding same. | 0.2 | $80.00 |
| 07/23/23 | Review and analyze multiple volumes of trial transcript. Create spreadsheet capturing lines relevant to certain appellate issues and arguments. | 12.1 | $4,840.00 |
| 07/26/23 | Review and analyze multiple volumes of trial transcript. Create spreadsheet capturing lines relevant to certain appellate issues and arguments. | 3.1 | $1,240.00 |
| | Phone conference with lead attorney regarding trial record and strategy. | 0.3 | $120.00 |
| 07/27/23 | Review and analyze multiple volumes of trial transcript. Create spreadsheet capturing lines relevant to certain appellate issues and arguments. | 4.6 | $1,840.00 |
| 07/31/23 | Review and analyze multiple volumes of trial transcript. Create spreadsheet capturing lines relevant to certain appellate issues and arguments. | 8.3 | $3,320.00 |
| | | | **$11,440** |
| | **TOTAL PROF. FEES** | | **$25,920.00** |

EXPENSES

| | **TOTAL EXPENSES** | | **0** |
|---|---|---|---|

**Grand Total: $25,920**
**Payable on receipt**

# THE REYNAL LAW FIRM, P.C.

September 8th, 2023

Ray Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Attorney for Debtor, Free Speech Systems

Vickie Driver
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Attorney for Debtor, Alex Jones

Re: Invoice for services rendered to FSS and Alex Jones in August and September 2023.

| Time Keeper | F. Andino Reynal ($800/hour) | | |
|---|---|---|---|
| Date | Description | Time | Total |
| 08/03/23 | File Corsi Status Report. | 0.2 | 160 |
| | Transcript Review; issue tagging; outlining brief. | 1.5 | 1,200 |
| 08/11/23 | Prepare and participate appeal team zoom. | 1.8 | 1,440 |
| | Legal Research improper anchoring; IIED scope vis-à-vis defamation. | 2.5 | 2,000 |
| 08/18/23 | Prepare and participate appeal team zoom. | 1.6 | 1,280 |
| | Legal Research: Damages Act/Bifurcation; review record citations. | 4.3 | 3,440 |
| 08/23/23 | Revise argument section regarding bifurcation issue. | 2.6 | 2,080 |
| 08/25/23 | Prepare and participate in appeal team zoom. | 1.4 | 1,120 |
| 08/27/23 | Review COA opinion re IIED; research permissible scope of sanction order; issue estoppel. | 2.8 | 2,240 |
| 08/30/23 | Attention to Pozner file; review of documents and pleadings and discovery. | 5.2 | 4,160 |
| 08/31/23 | Legal Research regarding amended cap buster claims; penal code provisions regarding injury to a disabled person. | 5.7 | 4,560 |
| 9/08/23 | Review and revise IIED argument section. | 1.4 | 1,120 |
| | | | $24,800 |

| Time Keeper | West Medlin (400/hour) | | |
|---|---|---|---|
| Date | Description | Time | Total |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/07/23 | Revise and edit appellate outline regarding improper evidence permitted in phase one; incorporate record citations and citations to Texas authority regarding improper jury charge as to punitive damages. | 3.5 | 1,400 |
| 08/10/23 | Additional legal research and transcript review regarding issues in preparation for meeting with appellate attorneys. | 6.2 | 2,480 |
| 08/11/23 | Strategy meeting with lead counsel and appellate counsel; forward caselaw to appellate counsel. | 0.9 | 360 |
| 08/18/23 | Prepare for and attend strategy meeting with appellate attorneys regarding next steps. | 1.6 | 640 |
| 08/19/23 | Legal research of Texas Civil Practice and Remedies Code Section 41 regarding bifurcation and evidence permitted between phase one and phase two of trial; research and analyze Texas caselaw regarding application of TCPRC 41 bifurcation in cases where a default judgment has been rendered. | 4.2 | 1,680 |
| 08/20/23 | Review and analyze trial transcripts and evidence for citations to plaintiffs using improper evidence regarding exemplary damages in phase one of trial. | 4.0 | 1,600 |
| 08/21/23 | Continue review of trial transcripts and evidence for citations to plaintiffs using improper evidence regarding exemplary damages in phase one of trial. | 5.1 | 2,040 |
| 08/22/23 | Begin drafting section of appellate brief regarding trial court's failure to properly bifurcate pursuant to CPRC 41 and error in permitting exemplary evidence in phase one of trial. | 6.1 | 2,440 |
| 08/23/23 | Legal research regarding appellate review for trial court's violation of statute. | 1.7 | 680 |
| 08/24/23 | Revise and edit draft section of appellate brief regarding bifurcation. | 2.7 | 1,080 |
| | Meeting with appellate lawyer regarding strategy and document citations from record. | 1.1 | 440 |
| | Review files and case records for video deposition clips played at trial. | 1.5 | 600 |
| 08/25/23 | Prepare for and attend strategy meeting with lead attorney and appellate team regarding status and next steps. | 1.0 | 400 |

| | | | |
|---|---|---|---|
| | Research and analyze motion to dismiss previously filed in Lewis's case regarding discussion of plaintiff's IIED claim; additional legal research regarding IIED claims and their dismissal for being duplicative. | 1.3 | 520 |
| 08/26/23 | Review and analyze caselaw regarding IIED brought in conjunction with defamation claims and determine circumstances when IIED survives a motion to dismiss. | 2.0 | 800 |
| | Review and analyze procedural history in Lewis's matter regarding handling of IIED claim; review and analyze court of appeal opinion regarding same. | 0.8 | 320 |
| 08/27/23 | Review and analyze procedural history in both Heslin matters and determine timeline of joining Heslin's IIED suit with Heslin's defamation suit; review and analyze court of appeal opinions regarding Heslin's IIED claim. | 1.6 | 640 |
| 08/28/23 | Research and analyze Texas legal authority discussing the scope of defamation damages and injuries regarding harassment or ridicule by third parties; review and analyze plaintiff's various petitions regarding allegations of wrongdoing beyond publication of false statements. | 2.3 | 920 |
| | Begin drafting outline of appellate section regarding IIED dismissal; review and analyze trial transcript regarding evidence of wrongdoing independent of the publication of false statements. | 4.1 | 1,640 |
| 08/29/23 | Review and analyze trial transcript regarding evidence in support of IIED claim. | 2.5 | 1,000 |
| | Draft and revise IIED section of appellate brief incorporating evidence elicited during the testimony of Mr. Heslin; additional legal research regarding IIED claims regarding deceased persons. | 8.5 | 3,400 |
| 08/30/23 | Revise, draft, and edit IIED section of appellate brief; additional legal research regarding IIED liability for the acts of unrelated third parties. | 5.5 | 2,200 |
| | Draft and edit IIED section of appellate brief. | 4.3 | 1,720 |
| 08/31/23 | Review and analyze testimony of Dr. Crouch and Scarlett Lewis; incorporate evidence into brief; legal research and analysis regarding liability for harassment of non-parties. | 5.1 | 2,040 |
| 09/01/23 | Review and analyze legal articles discussing scope of defamation liability. | 3.0 | 1,200 |
| | | | **$32,240** |

| Time Keeper | Joe Magliolo ($800/hour) | | |
|---|---|---|---|
| Date | Description | Time | Total |
| 8/30/2023 | Review pleadings; written discovery | 4.3 | 3440 |
| 8/31/2023 | Review recent opinions regarding emotional distress; reputational damages; draft proposed scaled voir dire questions | 5.1 | 4080 |
| 9/1/2023 | Review trial testimony and argument in Heslin v. Jones; review Pozner and De La Rosa Depositions | 4.7 | 3760 |
| 9/2/2023 | Review recent expert witness cases; review testimony Roy Lubbitt; draft proposed cross-examination questions | 5.6 | 4480 |
| 9/3/2023 | Review hearing transcripts; Review Jones videos | 4.0 | 3200 |
| | | | $18,960 |
| | **TOTAL PROF. FEES** | | $75,920 |

EXPENSES

| TOTAL EXPENSES | $0 |
|---|---|

**Grand Total: $75,920**
**Payable on receipt**

# THE REYNAL LAW FIRM, P.C.

October 11th, 2023

Ray Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Attorney for Debtor, Free Speech Systems

Vickie Driver
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Attorney for Debtor, Alex Jones

Re: Invoice for services rendered to FSS and Alex Jones in September and October 2023.

| Time Keeper | F. Andino Reynal ($800/hour) | | |
|---|---|---|---|
| **Date** | **Description** | **Time** | **Total** |
| 09/13/23 | Reviewed joint and several liability research and argument section for inclusion in appellate brief. | 1.7 | 1,360 |
| 09/27/23 | Reviewed argument section related to improper amendment and entry of the judgement for inclusion in appellate brief. | 2.4 | 1,920 |
| 09/29/23 | Reviewed million-dollar sanction research and briefing for including in appellate brief. | 0.8 | 640 |
| | Prepared for and participated in appellate team meeting. | 1 | 800 |
| 10/04/23 | Corsi Status Report | 0.2 | 160 |
| 10/05/23 | Prepared for and participated in appellate team meeting. | 1.5 | 1,200 |
| | Reviewed case law supporting 1st amendment claim. | 1.1 | 880 |
| | | | **6,960** |

| Time Keeper | West Medlin (400/hour) | | |
|---|---|---|---|
| **Date** | **Description** | **Time** | **Total** |
| 09/06/23 | Review and analyze hearing and trial transcripts regarding jury charge and discussion of joint and several liability as to exemplary damages. | 4.6 | 1,840 |
| 09/07/23 | Research legal authority regarding possible waiver of objection to joint and several liability in jury charge as to exemplary damages. | 3.2 | 1,280 |

| | | | |
|---|---|---|---|
| | Research legal authority regarding possible exceptions to CPRC 41.006 as to exemplary damages. | 3.7 | 1,480 |
| 09/08/23 | Review and analyze additional legal authority supporting position that jury charges permitting joint and several liability as to exemplary damages, regardless of objections on the record, is reversible error. | 4.9 | 1,960 |
| 09/11/23 | Begin outlining and drafting portion of appellate brief regarding plaintiffs' failure to secure jury findings of exemplary damages specific to each defendant. | 6.2 | 2,480 |
| 09/12/23 | Revise and edit portion of appellate brief regarding violations of CPRC 41.006 and joint and several liability as to exemplary damages. | 3.5 | 1,400 |
| 09/13/23 | Final review and edits to section of appellate brief regarding violations of CPRC 41.006 and joint and several liability as to exemplary damages; forward same to lead attorney for review and comment. | 2.9 | 1,160 |
| 09/14/23 | Review and analyze Texas rules and authority regarding a party's right to amend pleadings; review and analyze Texas rules and authority regarding limits to exemplary damages. | 4.6 | 1,840 |
| 09/15/23 | Review and analyze trial transcripts and hearing transcripts regarding plaintiffs' post-trial amendment to petition; review and analyze prior filings in case regarding same. | 3.3 | 1,320 |
| 09/18/23 | Research and analyze Texas exceptions to exemplary damages cap in civil practice and remedies code; research and analyze caselaw discussing burden of proof as to exemplary damage cap exceptions listed in CPRC 41.008; research and analyze effect of default judgment on a party's ability to amend a petition to include exceptions to statutory cap on exemplary damages; begin outlining and drafting section of appellate brief discussing plaintiffs' post-trial amendment of petition. | 7.1 | 2,840 |
| 09/19/23 | Continue outlining and drafting section of appellate brief discussing plaintiffs' improper post-trial amendment of petition. | 8.4 | 3,360 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/20/23 | Final revisions and edits to section of appellate brief discussing plaintiffs' improper post-trial amendment of petition; forward same to lead counsel for review and comment. | 3.6 | 1,440 |
| 09/21/23 | Review and edit appellate section regarding improper preservation of IIED claim. | 3.1 | 1,240 |
| 09/22/23 | Review and analyze prior filings in case regarding sanctions of attorneys' fees awarded to Plaintiffs. | 3.6 | 1,440 |
| 09/25/23 | Begin outlining section of appellate brief regarding improper levying of attorneys' fees sanctions. | 2.2 | 880 |
| 09/27/23 | Begin drafting section of appellate brief regarding improper levying of attorneys' fees sanctions | 3.1 | 1,240 |
| 09/28/23 | Continue drafting section of appellate brief regarding improper levying of attorneys' fees sanctions. | 7.3 | 2,920 |
| 09/29/23 | Research and analyze Texas case law and authority regarding Rule 215 and limitations on award of attorneys' fees as sanction. | 2.2 | 880 |
| | Strategy meeting regarding status of various projects related to appeal. | 0.4 | 160 |
| | Final review of caselaw and edits to brief regarding improper sanction of attorneys' fees. | 1.5 | 600 |
| | | | 31,760 |

**TOTAL PROF. FEES**                                        **$38,720**

EXPENSES

**TOTAL EXPENSES**                                          **$ 0**

**Grand Total: $38,720.00**
**Payable on receipt**

# THE REYNAL LAW FIRM, P.C.

November 6th, 2023

Ray Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Attorney for Debtor, Free Speech Systems

Vickie Driver
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Attorney for Debtor, Alex Jones

Re: Invoice for services rendered to FSS and Alex Jones in October 2023.

| Time Keeper | F. Andino Reynal ($800/hour) | | |
|---|---|---|---|
| **Date** | **Description** | **Time** | **Total** |
| 10/16/23 | Teleconference with Chris Martin | 0.3 | 240 |
| 10/17/23 | Prepared anticipated budget. | 1.2 | 960 |
| 10/25/23 | Reviewed Opinion on Dischargeability. | 0.7 | 560 |
| 10/31/23 | Reviewed and edited draft brief on appeal. | 4.3 | 3,440 |
| | Teleconference with Chris Martin and Vickie Driver. | 0.5 | 400 |
| | | | **5,600** |

| Time Keeper | West Medlin (400/hour) | | |
|---|---|---|---|
| **Date** | **Description** | **Time** | **Total** |
| 10/02/23 | Receipt and review of comments and edits to section of appeal regarding IIED being duplicative claim of defamation; incorporate same into brief; review and analyze trial record and procedural history to incorporate additional cites into brief. | 5.2 | 2,080 |
| 10/03/23 | Receipt and review of comments and edits to section of appeal regarding post-trial petition amendment; incorporate same into brief; further revisions to section regarding effect of amendment on verdict. | 5.9 | 2,360 |
| 10/04/23 | Receipt and review of comments and edits to section of appeal regarding improper bifurcation; incorporate same into brief; additional review of trial record regarding instances of bifurcation failure; incorporate same into brief. | 6.1 | 2,440 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/05/23 | Receipt and review of comments and edits to section of appeal regarding joint and several liability of exemplary damages; incorporate same into brief; further revisions to section regarding jury verdict and final judgment. | 1.6 | 640 |
| | Legal research and analysis of caselaw discussing suppression of speech by social media companies unduly influenced by government. | 2.0 | 800 |
| 10/06/23 | Legal research regarding a party's ability to present duplicative evidence of a legal position no longer in dispute, in support of section of appellate brief regarding improper bifurcation. | 2.2 | 880 |
| 10/10/23 | Review and analyze caselaw regarding scope of first amendment protections in furtherance of section of appeal regarding same; review case record for citations in support of section of appeal regarding IIED. | 4.7 | 1,880 |
| 10/11/23 | Receipt and review of statement of case and statement of facts sections of appeal; strategize edits and improvements to same; review of record for additional citations. | 1.9 | 760 |
| 10/12/23 | Meeting with co-counsel regarding appellate brief; review edit, and draft portion of introduction, statement of facts, and multiple substantive sections. | 7.2 | 2,880 |
| 10/13/20 | Draft and edit statement of case and statement of facts sections of appeal. | 4.1 | 1,640 |
| 10/18/23 | Edit and revise introduction to appellate brief. | 3.1 | 1,240 |
| | Strategy meeting with co-counsel regarding appeal. | 2.3 | 920 |
| 10/19/23 | Legal research regarding standard for imposition of sanctions and standard of review of sanctions. | 1.9 | 760 |
| | Legal research regarding discussion of the sanctionability of out of court statements and their interplay with first amendment protections. | 4.6 | 1,840 |
| 10/20/23 | Legal research regarding a trial court's evidentiary decision concerning partial completeness of evidence as error in support of appellate brief; strategize and draft portions of brief sections regarding death penalty sanctions, adverse inferences, and first amendment protections. | 5.0 | 2,000 |
| 10/23/23 | Strategize and draft additional portions of statement of facts and statement of the case. | 4.0 | 1,600 |

| Date | Description | Time | Total |
|------|-------------|------|-------|
| 10/24/23 | Revisions and edits to appeal brief; review trial court record and incorporate citations into brief; review and analyze appellate record and incorporate document citations into brief; cross-check legal citations and incorporate additional legal authority into brief. | 7.0 | 2,800 |
| 10/25/23 | Strategize and outline additional section of appellate brief regarding IIED and the effect of default judgment on same. | 5.0 | 2,000 |
| 10/26//23 | Research and analyze caselaw where defamation against a defined group is actionable; research and analyze caselaw where successful defamation claims included harassment; research and analyze standards of review regarding challenges to sufficiency of evidence to support damages; incorporate research into section of brief regarding insufficiency of IIED damages evidence. | 7.8 | 3,120 |
| 10/27/23 | Continue drafting and editing section of appellate brief regarding lack of evidence supporting IIED damages; review and analyze plaintiffs' petition to determine allegations supporting IIED claims; draft outline regarding challenge to default judgment on IIED claim; review procedural history and draft timeline of Lewis IIED case, Heslin defamation case, and Heslin IIED case. | 6.5 | 2,600 |
| 10/30/23 | Continue review of procedural history and draft timeline of Lewis IIED case, Heslin defamation case, and Heslin IIED case; revise and edit full appellate brief; edit order and headings. | 4.1 | 1,640 |
| 10/31/23 | Begin drafting legal authority of section of appellate brief regarding improper granting of default judgment as to IIED claims. | 4.3 | 1,720 |
| | | | **$38,600** |

| Time Keeper | Lynn Hardaway ($800/hour) | | |
|-------------|---------------------------|------|-------|
| Date | Description | Time | Total |
| 10/11/23 | Drafted memo and legal research; Reviewed TX statutes; Reviewed proceedings and decisions on issue | 4.8 | 3,840 |
| | | | **$3,840** |

| TOTAL PROF. FEES | 48,040 |
|------------------|--------|

EXPENSES

| TOTAL EXPENSES | $48,040 |
|---|---|

**Grand Total: $48,040**
**Payable on receipt**

# THE REYNAL LAW FIRM, P.C.

December 5th, 2023

Ray Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Attorney for Debtor, Free Speech Systems

Vickie Driver
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Attorney for Debtor, Alex Jones

Re: Invoice for services rendered to FSS and Alex Jones in November 2023.

| Time Keeper | F. Andino Reynal ($800/hour) | | |
|---|---|---|---|
| **Date** | **Description** | **Time** | **Total** |
| 11.04.23 | revised appellate brief | 3 | $2,400 |
| 11.05.23 | Reviewed appellate brief | 2 | $1,600 |
| 11.06.23 | Reviewed appellate brief | 1 | $800 |
|  | Status Report to 5th Cir | 0.2 | $160 |
| 11.07.23 | Edited brief on appeal | 8 | $6,400 |
| 11.08.23 | Edited brief on appeal | 10 | $8,000 |
|  |  |  | **$19,360** |

| Time Keeper | West Medlin (400/hour) | | |
|---|---|---|---|
| **Date** | **Description** | **Time** | **Total** |
| 11/01/23 | Review and analyze petitions and amendments thereto related to Lewis' standalone IIED claim; Heslin's defamation suit; and Heslin's IIED suit in furtherance of drafting section of appellate brief regarding improper granting of default judgment as to IIED. | 3.2 | $1,280.00 |

| | | | |
|---|---|---|---|
| 11/02/23 | Continue reviewing entire record of all three lawsuits before being consolidated in furtherance of drafting procedural timeline for entire matter. | 4.4 | $1,760.00 |
| 11/03/23 | Continue drafting section of appellate brief regarding improper granting of default as to Heslin and Lewis IIED claims. | 5.0 | $2,000.00 |
| 11/05/23 | Revise and edit appellate brief; review and analyze case record and procedural history; incorporate record citations to brief. | 5.9 | $2,360.00 |
| 11/06/23 | Revise and edit appellate brief; strategy meeting with lead attorney regarding same; review and analyze procedural history in Sandy Hook cases and continue drafting timeline. | 5.6 | $2,240.00 |
| 11/07/23 | Review and incorporate additional citations into appellate brief; review and analyze appellate record in furtherance of same; review and analyze legal authority discussing viability of defamation claims against unnamed individuals that are part of a particularized group. | 2.8 | $1,120.00 |
| 11/08/23 | Draft and edit new IIED section in appellate brief merging portions of prior sections; meeting with lead attorney regarding edits and comments of entire appellate brief; implement edits and comments throughout brief; draft and reorganize section of brief regarding post-trial amendments; telephone conference with cocounsel regarding brief. | 7.5 | $3,000.00 |
| 11/09/23 | Final edits and review of appellate brief. | 4.1 | $1,640.00 |

|  |  |
|---|---|
| | **$15,400** |
| **TOTAL PROF. FEES** | **$34,760** |
| EXPENSES | |
| **TOTAL EXPENSES** | **$34,760** |

Grand Total: $34,760

Payable on receipt