IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FREE SPEECH SYSTEMS, LLC,<br><br>            Debtor. | § § § § § § §   Case No. (22-60043)<br>  (Subchapter V) |

**NOTICE OF FINAL FEE APPLICATION OF THE REYNAL LAW FIRM P.C., LITIGATION COUNSEL FOR DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 29, 2022, THROUGH JUNE 6, 2024**
**[Relates to ECF # 925]**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

YOU ARE HEREBY NOTIFIED that on June 7, 2024, THE REYNAL LAW FIRM, P.C. ("Applicant"), special litigation counsel for the chapter 11 debtor filed its Final Fee Application for Allowance of Compensation [Docket No. 925] ("Final Fee Application"). This Final Fee Application has been filed pursuant to 11 U.S.C. §330, and covers professional services rendered to the Debtor and reimbursement of expenses from July 29, 2022, through June 6, 2024.

Applicant alleges that the total reasonable value of the professional services rendered during the period is $204,761 (which includes $198,820 in fees and $5,941 in expenses) and has attached to the Final Fee Application a complete accounting of the nature of the services rendered, the date on which the services were performed, the attorneys who performed the services, and the amount of time actually spent.

Applicant requests that the Court grant the application and find that the services rendered and costs advanced to the debtor were reasonable, actual, and necessary.

The foregoing is only a summary of the Final Fee Application. Such application may be examined at the office of the Clerk of the United States Bankruptcy Court located at U.S. Courthouse, 515 Rusk, 5th Floor, Houston, Texas 77002, during normal business hours, or a copy will be provided to any party upon written request to The Reynal Law Firm, P.C. at the address provided below.

Dated: June 7, 2024

Respectfully submitted,

**The Reynal Law Firm, P.C.**

*/s/ F. Andino Reynal*
F. Andino Reynal
State Bar No. 24060482
917 Franklin Street
Suite 600
Houston, Texas 77002
Tel.: (713) 228-5900
areynal@frlaw.us.

**SPECIAL LITIGATION COUNSEL FOR THE DEBTOR**

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2024 a true and correct copy of the above and foregoing *Notice of Amended Final Fee Application for Allowance of Compensation for Services and Reimbursement of Expenses* has been forwarded by the Court's ECF Notification System to all registered users, and was forwarded to a third-party printing/mailing service (Array) for service via first class mail, postage prepaid to all parties on the attached list.

      */s/ F. Andino Reynal*
      F. Andino Reynal