**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FREE SPEECH SYSTEMS LLC | ) | Case No. 22-60043 (CML) |
| | ) | |
| Debtor. | ) | **Re: Docket No. _____** |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF JACKSON WALKER LLP AS COUNSEL TO THE SUBCHAPTER V TRUSTEE FOR THE PERIOD FROM SEPTEMBER 11, 2022 THROUGH MAY 31, 2024**

The Court has considered the *First Interim Fee Application of Jackson Walker LLP as Counsel for the Subchapter V Trustee for Allowance and Payment of Fees and Expenses for the Period From September 11, 2022 Through May 31, 2024* filed by Jackson Walker LLP (the "Applicant").

1.      It is ordered that Jackson Walker LLP is awarded fees and expenses as an administrative expense for the period from September 11, 2022 through May 31, 2024 as follows:

| | |
|---|---|
| Fees: | $326,248.30 |
| Expenses: | $14,276.25 |
| Total | $340,524.55 |

Signed:

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE