IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| Debtor. | § | |

## NOTICE WITH REGARDS TO PROFESSIONAL FEES

Pursuant to the request of the Court made during the hearing on June 3, 2024, Melissa Haselden, the subchapter V Trustee for Free Speech Systems, LLP (the "Debtor") files the attached *Professional Fee Summary* reflecting professional obligations estimated to be payable by the Debtor through June 14, 2024.

DATED: June 7, 2024

/s/ Elizabeth C. Freeman

**The Law Office of Liz Freeman**
Elizabeth C. Freeman (TX Bar No. 2400922)
PO Box 61209
Houston, TX 77208-1209
Telephone: (832) 779-3580
Email: liz@lizfreemanlaw.com

Proposed Counsel to Melissa Haselden,
Subchapter V Trustee

1

## CERTIFICATE OF SERVICE

I certify that on June 7, 2024, a copy of this Notice was sent to the parties listed below by the Court's ECF notification system and was send via e-mail to counsel to all parties for PQPR, Alexander Jones, and the Sandy Hook Families.

/s/ *Elizabeth C. Freeman*

Elizabeth C. Freeman