## Professional Fee Summary

| Professional Name | Previously Paid | Holdback | Unpaid/Unbilled | Estimated 6/1-6/14 | Retainer/Iolta | Proposed Escrow |
|---|---|---|---|---|---|---|
| O'Conner Wechsler | $ 75,000.00 | $ 13,694.00 | $ 121,248.00 | $ 53,000.00 | $ - | $ 187,942.00 |
| Andino Reynal | $ - | $ - | $ 204,760.76 | $ - | $ 50,000.00 | $ 154,760.76 |
| Hap May | $ - | $ - | $ 104,000.00 | $ - | $ 50,000.00 | $ 54,000.00 |
| Haselden & Farrow | $ 600,837.29 | $ 18,275.40 | $ 70,000.00 | $ 50,000.00 | $ 79,117.70 | $ 40,882.30 |
| Jackson Walker LLP | $ 249,340.07 | $ 64,241.02 | $ 37,367.59 | $ 6,000.00 | $ - | $ 107,608.61 |
| Law Office of Liz Freeman* | $ - | $ - | $ 250,000.00 | $ 25,000.00 | $ 200,000.00 | $ 75,000.00 |
| M-3 Advisors | $ 144,753.57 | $ 36,143.14 | $ 60,272.45 | $ 2,600.00 | - | $ 99,015.59 |
| Ray Battaglia | | | $ 3,891.17 | | | $ 3,891.17 |
| | | | | | | $ 723,100.43 |

*Employment authorization pending