IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br>FREE SPEECH SYSTEMS LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11 (Subchapter V)<br><br>Case No. 22-60043 |

### NOTICE OF WITHDRAWAL OF PLAN
[Relates to ECF # 756]

Debtor withdraws the plan at ECF # 756.

                                          Respectfully submitted,

                                          O'CONNORWECHSLER PLLC
                                          By: */s/ Annie Catmull*
                                          Annie E. Catmull
                                          State Bar No. 00794932
                                          aecatmull@o-w-law.com
                                          Kathleen A. O'Connor
                                          State Bar. No. 00793468
                                          4400 Post Oak Plaza, Suite 2360
                                          Houston, Texas 77027
                                          Telephone: (281) 814-5977

                                          COUNSEL FOR FREE SPEECH SOLUTIONS, LLC

### Certificate of Service

I certify that on June 211 2024, all parties who have made an electronic appearance were served a copy of the attached notice of withdrawal through the Court's ECF notification system.

                                          */s/ Annie Catmull*
                                          Annie E. Catmull

1