## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60043 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

### NOTICE OF HEARING ON EMERGENCY MOTION OF THE CONNECTICUT FAMILIES FOR AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 1112(b) CONVERTING THE DEBTOR'S CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE
### [Relates to ECF Nos. 921]

**PLEASE TAKE NOTICE** that on June 2, 2024, the Connecticut Families[1] filed an Emergency Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [ECF No. 921] (the "Motion to Convert") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion to Convert will be held on Friday, June 14, 2024 at 10:00 a.m. (Central Standard Time) before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any party wishing to call witnesses or introduce exhibits at the June 14, 2024 at 10:00 a.m. hearing (the "Hearing") must exchange exhibits and file the witness and exhibit lists required by Bankruptcy Local Rule 9013-2 by no later than Thursday, June 13, 2024 at 12:00 p.m. (Central Standard Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in person and teleconference.  Parties wishing to participate in the hearing by teleconference must dial in by telephone at 1-832-917-1510 and enter conference code 590153 when

---

[1] The "Connecticut Families" are Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker and Erica Ash.

prompted. Parties may also participate via remote video conference by going to https://www.gotomeet.me/JudgeLopez and clicking the "Join Meeting" button. Parties may join the video conference by entering the meeting code: JudgeLopez. Audio connections by phone are required for all video participants.

Dated: June 11, 2024

         */s/ Ryan E. Chapple*

**CAIN & SKARNULIS PLLC**
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
E-mail: rchapple@cstrial.com

**KOSKOFF KOSKOFF & BIEDER, PC**
Alinor C. Sterling (admitted pro hac vice)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
E-mail: asterling@koskoff.com

**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
Kyle J. Kimpler (admitted pro hac vice)
Paul Paterson (admitted pro hac vice)
Leslie Liberman (admitted pro hac vice)
Vida Robinson (admitted pro hac vice)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
E-mail: kkimpler@paulweiss.com
       ppaterson@paulweiss.com
       lliberman@paulweiss.com
       virobinson@paulweiss.com
***Co-Counsel to the Connecticut Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Hearing on Emergency Motion of the Connecticut Plaintiffs for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 11 day of June 2024.

_____*/s/ Ryan E. Chapple*_____

Ryan E. Chapple