IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **FREE SPEECH SYSTEMS, LLC** ) | |
| ) | **Case No. 22-60043** |
| **Debtor** ) | |
| ) | |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION
FOR COURT INSTRUCTIONS REGARDING (1) DISPOSITION OF DEBTOR'S
PROPERTY, AND (2) CLARITY AS TO THE CHIEF RESTRUCTURING OFFICER'S
RESPONSIBILITIES AND AUTHORITY, IN THE EVENT OF EITHER A DISMISSAL
OF THIS CASE OR CONVERSION TO CHAPTER 7**

The Court has considered the Debtor's Emergency Motion for Court Instructions Regarding (1) Disposition of Debtor's Property, and (2) Clarity as to the Chief Restructuring Officer's Responsibilities and Authority, in the Event of Either a Dismissal of This Case or Conversion to Chapter 7 and finds that the relief sought is merited.

**IT IS THEREFORE ORDER THAT**

Any order dismissing or converting the above-styled chapter 11 case shall specify (a) to whom and when J. Patrick Magill, in his capacity as chief restructuring officer (CRO), CRO should transfer control of the debtor's assets (including bank accounts), and (b) during any transition period contemplated in connection with any such dismissal or conversion, the degree to which the CRO (or any other individual who may be tasked with the transition) has authority (subject to, of course, the rights of any Jones chapter 7 trustee or FSS chapter 7 trustee) to take all actions necessary to maximize and protect the value of FSS and its assets and premises.

Houston, Texas
Dated:  June_____, 2024

_____
**UNITED STATES BANKRUPTCY JUDGE**