IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FREE SPEECH SYSTEMS LLC | ) Case No. 22-60043 (CML) |
| | ) |
| Debtor. | ) |
| | ) **Re: Docket Nos. 927 and 929** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

On June 7, 2024, M3 Advisory Partners, LP filed its *First Interim and Final Application for Compensation Earned and Expenses Incurred for the Period From October 1, 2022 Through May 31, 2024* ("M3 Fee Application") [Docket No. 927].

On June 7, 2024, Jackson Walker LLP filed its *First and Final Fee Application as Counsel to the Subchapter V Trustee for the Period From September 11, 2022 Through May 31, 2024* ("JW Fee Application") [Docket No. 929].

On June 7, 2024, the M3 Fee Application was served via the Court's ECF system upon all parties receiving notice through same, and via United States Mail, postage prepaid upon the parties on the attached service list.

On June 7, 2024, the JW Fee Application was served via the Court's ECF system upon all parties receiving notice through same, and on June 11, 2024, was served via United States Mail, postage prepaid upon the parties on the attached service list.

Houston, Texas
Dated: June 11, 2024

/s/ *Jennifer F. Wertz*
**JACKSON WALKER LLP**
Jennifer F. Wertz (TX Bar No. 24072822)
Sean F. Gallagher (TX Bar No. 24101781)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:   (713) 752-4200
Facsimile:   (713) 752-4221
Email: jwertz@jw.com
Email: sgallagher@jw.com
Email: emeraia@jw.com

*Counsel to the Subchapter V Trustee*

Attn: Mark Bankson
William Ogden Kaster Lynch Farrar & Ball, LLP
1117 Herkimer Street
Houston, TX 77008

Jarrod B. Martin
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002

Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604

Ha M. Nguyen,
Office of U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002

Cordt Akers
The Akers Law Firm PLLC
3401 Allen Parkway, Suite 101
Houston, TX 77019

Atomial LLC
1920 E. Riverside Dr. Suite A-120 #124
Austin, TX 78741

Jacquelyn Blott
200 University Blvd Suite 225 #251
Round Rock, TX 78665

WWCR
1300 WWCR Ave
Nashville, TN 37218-3800

Paul Watson
9 Riverdale Road
Ranmoor Sheffield
South Yorkshire S10 3FA
United Kingdom

Ryan E. Chapple
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701

F. Andino Reynal
Fertitta & Reynal LLP
917 Franklin St., Suite 600
Houston, TX 77002

Melissa Haselden Subchapter V Trustee
700 Milam, Suite 1300
Houston, TX 77002

Avi Moshenberg
McDowell Heterhington LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002

Christopher Sadowski
c/o Copycat Legal PLLC
3111 N. University Drive STE 301
Coral Springs, FL 33065

Jennifer J. Hardy
WILLKIE FARR & GALLAGHER LLP
600 Travis Street
Houston, Texas 77002

David Icke Books Limited
c/o Ickonic Enterprises Limited St. Helen's House King Street
Derby DE1 3EE
United Kingdom

Commerce CDN, LLC
221 E 63rd Street
Savannah, GA 31405

CustomTattoNow.com
16107 Kensington Dr. #172
Sugar Land, TX 77479

Alinor C. Sterlin
Christopher Mattei
Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Kimberly A. Walsh
Assistant Attorney
General Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Shelby Jordan
Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401

Elevated Solutions Group
706 W. Ben White Blvd,
Austin, Texas 78704

Daniel DeSouza Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065

Cloudflare, Inc
Dept LA 24609
Pasadena, CA 91185-4609

Joel Skousen
PO Box 565
Spring City, UT 84662

JW JIB Productions, LLC
2921 Carvelle Drive
Riviera Beach, FL 33404

Brennan Gilmore
c/o Civil Rights Clinic
600 New Jersey Avenue, NW
Washington, DC 20001

| | | |
|---|---|---|
| AT&T<br>PO Box 5001<br>Carol Stream, IL 60197-5001 | Greenair, Inc<br>23569 Center Ridge Rd<br>Westlake, OH 44145 | Justin Lair<br>1313 Lookout Ave<br>Klamath Falls, OR 97601 |
| Edgecast, Inc Dept CH<br>18120 Palatine, IL 60055 | PQPR Holdings Limited, LLC<br>c/o Stephen Lemmon<br>1801 S. Mopac Expressway Suite 320<br>Austin, TX 78746 | Ready Alliance Group, Inc<br>PO Box 1709<br>Sandpoint, ID 83864 |
| Getty Images, Inc<br>PO Box 953604<br>St. Louis, MO 63195-3604 | Shelby Jordan<br>Jordan & Ortiz, P.C.<br>500 N. Shoreline Blvd. Suite 900<br>Corpus Christi, Texas 78401 | RatsMedical.com<br>c/o Rapid Medical<br>120 N Redwood Rd North<br>Salt Lake, UT 84054 |
| Christopher J. Dylla<br>Assistant Attorney General Bankruptcy<br>& Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Christina Walton Stephenson<br>Crowe & Dunlevy<br>2525 McKinnon St. Ste 425<br>Dallas, TX 75201 | Richard A. Cochrane<br>Marty L. Brimmage<br>Lacy Lawrence<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street Suite 1800<br>Dallas, TX 75201 |
| Christopher Hopkins<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Elizabeth Carol Freeman<br>The Law Office of Liz Freeman<br>PO Box 61209<br>Houston, TX 77208-1209 | Walter J. Cicack<br>HAWASH CICACK & GASTON LLP<br>3401 Allen Parkway, Suite 200<br>Houston, Texas 77019 |
| John D Malone<br>Attorney at Law<br>5400 Bosque Blvd., Ste. 650<br>Waco, TX 76710 | Kyle J. Kimpler<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Bradley J. Reeves<br>Pillsbury Winthrop Shaw Pittman<br>909 Fannin St Ste 2000<br>Houston, TX 77010 |
| Martin J. Salvucci<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Michael P Ridulfo<br>Kane Russell Coleman Logan<br>5151 San Felipe, Suite 800<br>Houston, TX 77056 | Alexander Woolverton<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Stephen A Roberts<br>Stephen A Roberts, P.C.<br>1400 Marshall Ln<br>Austin, TX 78703 | Ally Bank Department<br>AIS Portfolio Services, LLC<br>4933 4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Jason Starks<br>Travis County Attorney's Office<br>P.O. Box 1748<br>Austin, TX 78767 |