IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § § | Case No. 22-60043 |
| Debtor. | § § § | |

## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 22-60043 | Name of Debtor: Free Speech Systems, LLC |
| Adversary No: n/a | Style of Adversary: n/a |
| | |
| Witnesses: | |
| J Patrick Magill | Judge: Christopher Lopez |
| Jeff Schulse | Courtroom Deputy: _____ |
| Any witness designated or called by any other party | Hearing Date: June 14, 2024 |
| | Hearing Time: 11:30 a.m. |
| | Parties' Names: Free Speech Systems LLC |
| | Attorney's Name: Annie Catmull |
| | Attorney's Phone: 281.814.5977 |
| | Nature of Proceeding: case dismissal, case conversion, cash collateral, and debtor's emergency motion at ECF# 933 |
| | |
| | |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Proposed cash collateral budget (to be supplemented) | | | | |
| 2. | Proposed wind down budget (to be supplemented) | | | | |

**O'CONNORWECHSLER PLLC**

By: ___/s/ Annie Catmull___

>Annie E. Catmull
>State Bar No. 00794932
>aecatmull@o-w-law.com
>4400 Post Oak Plaza, Suite 2360
>Houston, Texas 77027
>Telephone: (281) 814-5977

**CERTIFICATE OF SERVICE**

I certify that on June 14, 2024, I served a copy of the attached via the Court's electronic notification system to the parties who have made an electronic appearance in this case.

>By: ___/s/ Annie Catmull_____
>Annie E. Catmull