UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **FREE SPEECH SYSTEMS LLC,** | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

## PQPR's WITNESS AND EXHIBIT LIST

| | |
|---|---|
| Main Case No: 22-60043 | Name of Debtor: Free Speech Systems LLC |
| | |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
|   Patrick Magill | Judge: Hon. Christopher M. Lopez |
|   Jeff Schulse | Courtroom Deputy: |
|   Melissa A Haselden | Hearing Date: Friday, June 14, 2024 |
| Any witness identified by any other party | Hearing Time: 10:00 a.m. |
| | Party's Name: PQPR Holdings Limited, LLC |
| | Attorney's Name: Stephen W. Lemmon |
| | Attorney's Phone: 512-220-2688 |
| | Nature of Proceeding:<br>Confirmation Hearing [Dkt No. 1];<br>Motion to Convert [Dkt. 847, Dkt. 921],<br>Motion for Instructions [Dkt. 933] |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Emergency Motion for Entry of Order Authorizing Debtor to Enter into Fulfillment Agreement Filed by Debtor Free Speech Systems LLC [Dkt. 276] | | | | |
| 2 | Deposition of Patrick Magil | | | | |
| | Any exhibit identified or offered by any other party | | | | |

1

Dated: June 12, 2024 					Respectfully submitted,

**STREUSAND, LANDON & OZBURN, LLP**

By: <u>*/s/Stephen W. Lemmon*</u>
Stephen W. Lemmon
Texas Bar. No. 12194500
STREUSAND, LANDON, OZBURN &
LEMMON, LLP
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
lemmon@slollp.com

**ATTORNEYS FOR
PQPR HOLDINGS LIMITED, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 12th day of June, 2024.

<u>*/s/ Stephen W. Lemmon*</u>
Stephen W. Lemmon