IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-33553 (CML) |
| ALEXANDER E. JONES § | |
| § | Chapter 11 |
| Debtor. § | |
| | |
| In re: § | |
| § | CASE NO. 22-60043 (CML) |
| FREE SPEECH SYSTEMS, LLC § | |
| § | (CHAPTER 11, SUBCHAPTER V) |
| Debtor. § | |

**JONES' WITNESS AND EXHIBIT LIST**

| Main Case No: 22-33553 | Name of Debtor: Alexander E. Jones |
|---|---|
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Robert Schleizer | Judge: Christopher M. Lopez |
| Alexander E. Jones | Courtroom Deputy: |
| Patrick Magill | Hearing Date: June 14, 2024 |
| Jeffrey Shulse | Hearing Time: 10:00 a.m. (CST) |
| Any witness called by Connecticut Plaintiffs to Support Conversion of FSS to Chapter 7 | Party's Name: Alexander E. Jones |
| | Attorney's Name: Vickie L. Driver |
| | Attorney's Phone: 737-218-6187 |
| | |
| Jones may call or cross-examine any witness designated or called by any other party; Any witness necessary for impeachment or rebuttal, as necessary; Any witness for the authentication of documents; and Jones reserves the right to amend or supplement this list as necessary, or in the interests of justice. | Nature of Proceeding: Emergency Motion of Connecticut Families for Order Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [FSS Docket No. 921]; Debtor's Emergency Motion for Court Instructions Regarding (1) Disposition of Debtor's Property, and (2) Clarity as to the Chief Restructuring Officer's Responsibilities and Authority, in the Event of Either a Dismissal of this Case or Conversion to Chapter 7 [FSS Docket No. 933]; Debtor's Emergency Motion for Entry of an Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [AJ Docket No. 684] |

1

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| AJ-1 | Company agreement for Free Speech Systems, LLC | | | | |
| AJ-2 | Order (A) Authorizing Employment of Patrick Magill as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Magill, PC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief [FSS Docket No. 239] | | | | |
| AJ-3 | CRO Engagement letter for P. Magill | | | | |
| AJ-4 | Proposed order on A. Jones Conversion, redlined with UST comments included | | | | |
| AJ-5 | Proposed order on FSS dismissal | | | | |
| AJ-6 | FSS Hearing Transcript, November 27, 2023, pages 57-61 and page 69 | | | | |
| AJ-7 | FSS and A. Jones Joint Hearing Transcript, May 21, 2024, page 12 | | | | |
| | Any document or pleading filed in the above-captioned cases; | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes; and | | | | |
| | Any exhibit identified or offered by any other party. | | | | |

Jones reserves the right to supplement, amend or delete any exhibit prior to the Hearing. Jones also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Jones finally reserves the right to introduce exhibits previously admitted.

Respectfully submitted this 12th day of June, 2024.

**CROWE & DUNLEVY, P.C.**

By: */s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
             aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR ALEXANDER E. JONES**

## **CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing document was filed with the Court on June 12th, 2024, and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

                                            */s/ Vickie L. Driver*
                                            Vickie L. Driver