IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 (CML) |
| Debtor. | § | |

## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 22-60043 | Name of Debtor: Free Speech Systems, LLC |
| Adversary No: n/a | Style of Adversary: n/a |
| | |
| Witnesses: | |
| | Judge: Christopher Lopez |
| Any witness identified by any other party | Courtroom Deputy: |
| | Hearing Date: June 14, 2024 |
| | Hearing Time: 10:00 a.m. |
| | Party's Name: Subchapter V Trustee, Melissa Haselden |
| | Attorney's Name: Liz Freeman |
| | Attorney's Phone: 713-562-5251 |
| | Nature of Proceeding: Dismissal/Conversion |

### EXHIBITS

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Any exhibit identified or offered by any other party | | | | |

Respectfully submitted:

*/s/ Elizabeth C. Freeman*
**The Law Office of Liz Freeman**
Elizabeth C. Freeman (TX Bar No. 2400922)
PO Box 61209
Houston, TX 77208-1209
Telephone: (832) 779-3580
Email: liz@lizfreemanlaw.com
Proposed Counsel to Melissa Haselden, Subchapter V Trustee

## CERTIFICATE OF SERVICE

I certify that on June 12, 2024, this Witness and Exhibit List was served via electronic mail and/or this Court's ECF notification system.

*/s/ Elizabeth C. Freeman*
**Elizabeth C. Freeman**
Elizabeth C. Freeman (TX Bar No. 2400922)