# AJ - 7

```
 1                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF TEXAS
 2                           HOUSTON DIVISION

 3                                      )   CASE NO: 22-60043-cml
     FREE SPEECH SYSTEMS LLC,            )   Houston, Texas
 4                                      )
           Debtor.                       )   Tuesday, May 21, 2024
 5                                      )   1:00 PM to 1:45 PM
     ------------------------------)
 6                                      )   CASE NO: 22-33553-cml
     ALEXANDER E. JONES,                 )
 7                                      )
           Debtor.                       )
 8   ------------------------------)

 9                                 TRIAL

10           BEFORE THE HONORABLE CHRISTOPHER M. LOPEZ
                  UNITED STATES BANKRUPTCY JUDGE
11

12   APPEARANCES:

13   For Free Speech:          **ANNIE CATMULL**
                               O'ConnorWechsler PLLC
14                             4400 Post Oak Parkway, Suite 2360
                               Houston, Texas 77027
15
     For Alex E. Jones:        **VICKIE L. DRIVER**
16                             Crowe & Dunlevy PC
                               2525 McKinnon Street, Suite 425
17                             Dallas, TX 75201

18   For Texas Plaintiffs:     **JENNIFER J. HARDY**
                               **AVI MOSHENBERG**
19                             **JARROD MARTIN**
                               Willkie Farr & Gallagher LLP
20                             600 Travis Street
                               Houston, TX 77002
21
     For PQPR Holdings         **STEPHEN WAYNE LEMMON**
22   Limited, LLC:             Streusand Landon Ozburn Lemmon LLP
                               1801 S. Mopac Expressway, Suite 320
23                             Austin, TX 78746

24

25
```

| | | |
|---|---|---|
| 1 | For Elevated Solutions Group: | **JOHNIE J. PATTERSON**<br>Walker & Patterson, PC |
| 2 | | P.O. Box 61301<br>Houston, TX 77208 |
| 3 | | |
| 4 | For Melissa Haselden: | **ELIZABETH CAROL FREEMAN**<br>The Law Office of Liz Freeman<br>PO Box 61209 |
| 5 | | Houston, TX 77208-1209 |
| 6 | For Connecticut Plaintiffs: | **KYLE J. KIMPLER**<br>Paul, Weiss, Rifkind, Wharton & |
| 7 | | Garrison LLP<br>1285 Avenue of the Americas |
| 8 | | New York, NY 10019 |
| 9 | For CMC Consulting: | **WALTER CICACK**<br>Hawash Cicack & Gaston LLP |
| 10 | | 711 W. Alabama Street<br>Houston, TX 77006 |
| 11 | | |
| 12 | For Committee: | **SARA BRAUNER**<br>**KATHERINE PORTER** |
| 13 | | Akin Gump Strauss Hauer & Feld LLP<br>23 N. Field Street |
| 14 | | Dallas, TX 75201 |
| 15 | For the U.S. Trustee: | **JAYSON RUFF**<br>Office of the United States Trustee |
| 16 | | 515 Rusk Street, Suite 3516<br>Houston, TX 77002 |
| 17 | Court Reporter: | Unknown |
| 18 | Courtroom Deputy: | Unknown |
| 19 | Transcribed by: | Veritext Legal Solutions |
| 20 | | 330 Old Country Road, Suite 300<br>Mineola, NY 11501<br>Tel: 800-727-6396 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Proceedings recorded by electronic sound recording;<br>Transcript produced by transcription service. | |
| 25 | | |

1  case with the exception of the ESG.  I think the ESG, I read
2  the response, Mr. Patterson.  You don't need to respond to
3  that.  I saw that you had to file it.  That wasn't a
4  response.  I think, I think what -- that, I can address,
5  that seems like an easy answer in that case.  And I saw Mr.
6  Cicack filed a motion for an interpleader.  That matter
7  should be resolved, but I'll make the call on that and I
8  don't -- that one won't be hard for me at all based upon
9  what I'm reading.  I think I can keep that one, but I think
10 Free Speech is a Subchapter V case.  It has been pending for
11 two years.
12          Subchapter V is far different than Chapter 11.
13 That case is either going to be confirmed on the 14th or I'm
14 going to dismiss it.  I'm not converting that case.  That
15 case is not, in my mind, -- and people can try to convince
16 me otherwise -- it's time, it's just time.  And you all are
17 going to have to let me know what you're going to do.  But
18 this case, we would just be keeping a case open for the sake
19 of operating it.  People have state law rights.  Free Speech
20 is continuing to operate.  We're now going to have to take
21 up 523 actions, which means that a Subchapter V case would
22 proceed, quite frankly, potentially even until 2025.  I'm
23 not doing it.  Free Speech is either going to get dismissed
24 or confirmed on the 14th and I'll give everyone the
25 opportunity to try to convince me otherwise, but that's the