

# Transcript of J. Patrick Magill

**Date:** May 30, 2024
**Case:** Free Speech Systems, LLC -v- PQPR Holdings Lmtd, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

PQPR Exhibit 2

```
1              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
2                        HOUSTON DIVISION

3   _____
    IN RE:                      :
4                               : CHAPTER 11
    FREE SPEECH SYSTEMS,        :
5                               :
              Debtors.          : CASE NO. 22-60043 (CML)
6   _____:
7   FREE SPEECH SYSTEMS, LLC,   :
                                :
8              Plaintiff,       :
                                :
9         vs.                   : ADVERSARY NO. 23-03127
                                :
10  PQPR HOLDINGS LIMITED, LLC, :
    JLJR HOLDINGS, LLC, PLJR    :
11  HOLDINGS, LLC, AEJ AUSTIN   :
    HOLDINGS, LLC, AEJ 2018     :
12  TRUST, CAROL JONES AND      :
    DAVID JONES,                :
13                              :
              Defendants.       :
14  _____:

15

16

17      STENOGRAPHIC DEPOSITION OF J. PATRICK MAGILL

18                    HOUSTON, TEXAS

19               THURSDAY, MAY 30, 2024

20

21                 (Reported Remotely)

22

23  REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                  CCR-B-1790
24

25  FILE NO.  540158
```

PQPR Exhibit 2

```
1                    May 30, 2024

2                    12:00 p.m.

3

4        Stenographic deposition of

5    J. PATRICK MAGILL, held in Houston, Texas

6    before Tanya L. Verhoven-Page, Certified

7    Court Reporter (GA), Licensed Court

8    Reporter (TN) and Certified

9    Shorthand Reporter (TX).

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                              3

```
 1                  APPEARANCES OF COUNSEL

 2

    On behalf of the Plaintiff and Debtors:
 3
          O'CONNOR WECHSLER, PLLC
 4        4400 Post Oak Parkway
          Suite 2360
 5        Houston, Texas 77027
          (713) 562-6336
 6        BY:  ANNIE CATMULL, ESQ.
               e-mail: aecatmull@o-w-law.com
 7             (Via Zoom)

 8

 9

10

11  On behalf of the Defendants:

12        STREUSAND, LANDON, OZBURN & LEMMON, LLP
          1801 S. MoPac Expressway
13        Suite 320
          Austin, Texas 78746
14        (512) 236-9900
          BY:  STEPHEN W. LEMMON, ESQ.
15             e-mail: lemmon@slollp.com
               (Via Zoom)
16

17

18

19

20

21

22

23

24

25
```

PQPR Exhibit 2

```
 1                   APPEARANCES OF COUNSEL

 2

 3    On behalf of the Subchapter 5 Trustee:

 4         THE LAW OFFICE OF LIZ FREEMAN
           700 Smith Street
 5         Houston, Texas 77208-1209
           (832) 779-3580
 6         BY:  LIZ FREEMAN, ESQ.
                e-mail: liz@lizfreemanlaw.com
 7              (Via Zoom)

 8

 9    ALSO PRESENT:  Melissa Haselden, Trustee

10

11

12

13    On behalf of the Connecticut Plaintiffs:

14         PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
           1285 Avenue of the Americas
15         New York, New York 10019-6064
           (212) 373-3147
16         BY:  DANIEL NEGLESS, ESQ.
                e-mail: dnegless@paulweiss.com
17              (Via Zoom)

18

19

20                      -    -    -

21

22

23

24

25
```

PQPR Exhibit 2

1                    I N D E X

2

3              WITNESS: J. PATRICK MAGILL

4

5      Examination                              Page

6   BY MR. LEMMON                                8
    BY MS. CATMULL                              27
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                          6

1    EXHIBITS INDEX:

2     (None offered.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      HOUSTON, TEXAS; THURSDAY, MAY 30, 2024

2                    12:00 P.M.

3

4            P R O C E E D I N G S

5

6      THE TECHNICIAN:  Thank you to

7    everyone for attending this proceeding

8    remotely, which we anticipate will run

9    smoothly.

10        Please remember to speak slowly and

11    do your best not to talk over one

12    another, and please be aware that we are

13    recording this proceeding for backup

14    purposes.  Any off-the-record discussions

15    should be had away from the computer, and

16    please remember to mute your microphone

17    for those conversations.

18        Please have your video enabled to

19    help the reporter identify who is

20    speaking, and if you're unable to connect

21    with video and are connecting via phone,

22    please identify yourself each time before

23    speaking.

24        We will provide a complementary

25    unedited recording of this deposition

Transcript of J. Patrick Magill
Conducted on May 30, 2024                                    8

```
1          with the purchase of a transcript, and I

2          apologize in advance for any

3          technical-related interruptions.

4                  Thank you.

5

6      Thereupon --

7                      J. PATRICK MAGILL,

8      called as a witness, having been first duly sworn,

9      was examined and testified as follows:

10

11                     EXAMINATION

12  BY MR. LEMMON:

13         Q    Thank you, Mr. Magill.  Steve Lemmon

14  here.  Thanks for being available today.

15                 Mr. Magill, where are you currently

16  physically located?

17         A    In Houston, Texas.

18                 MS. CATMULL:  Hey, Steve, I'm sorry

19         to interrupt, but it's kind of hard to

20         hear you a little bit.

21                 I guess I'll turn up the volume.

22                 THE COURT REPORTER:  I agree.

23                 No, I think his -- it's really --

24         maybe he needs to turn up his or -- or --

25                 Brad, can you help us?
```

PQPR Exhibit 2

| | |
|---|---|
| 1 | MR. LEMMON:  How is this? |
| 2 | THE COURT REPORTER:  Same. |
| 3 | THE TECHNICIAN:  Would you like to |
| 4 | go off the record while we fix this |
| 5 | issue? |
| 6 | MS. CATMULL:  That's fine with me. |
| 7 | (Brief pause.) |
| 8 | BY MR. LEMMON: |
| 9 | Q     Mr. Magill, so where are you currently |
| 10 | physically located? |
| 11 | A     Houston, Texas. |
| 12 | Q     Where in Houston, Texas. |
| 13 | A     3711 Pinemont. |
| 14 | Q     Okay.  And is that your office? |
| 15 | A     That's the office that -- that Free |
| 16 | Speech uses in Houston. |
| 17 | Q     Sorry.  I'm choked up, too, apparently, |
| 18 | but I think it's allergies with me. |
| 19 | When you say the office that Free Speech |
| 20 | uses, is that the office that Mr. Shultz came from |
| 21 | when he gave his deposition the other day? |
| 22 | A     It is. |
| 23 | Q     Okay.  Thank you.  How long have you been |
| 24 | the -- well, describe your position with FSS? |
| 25 | A     I'm the Chief Restructuring Officer. |

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                                    10

1          Q      How long have you had that position?

2          A      Since October 20, 2022.

3          Q      Okay.  And please just -- and you don't

4     have to go into incredible detail, but you give us

5     the overall description of your job as Chief

6     Restructuring Officer?

7          A      Well, my job is to -- as the description

8     defines, to go into Free Speech to do what I can to

9     correct the operations of the business, to improve

10    the performance of the company and to generate cash

11    to pay the creditors.

12         Q      On the accounting side, who reports to

13    you?

14         A      Jeff Shultz.

15         Q      Anyone else?

16         A      Not directly.

17         Q      Okay.  And do you have access to the

18    books and records of Free Speech Systems?

19         A      I do.

20         Q      All right.  I want to ask you about your

21    familiarity with -- of the dealings between Free

22    Speech System and PQPR.

23                Can you tell us what your level of

24    familiarity is?

25         A      It's reasonably -- it's reasonably

Transcript of J. Patrick Magill
Conducted on May 30, 2024                                    11

1     complete at the beginning from -- from October

2     forward.

3           Q     And what is your knowledge of what the

4     books and records of Free Speech Systems show as far

5     as what's owed to PQPR?

6           A     Right now we have -- we have a weekly

7     distribution to PQPR that is reflective of the

8     arrangements of a fee split going forward.  So we

9     reconcile those accounts every single week and we

10    distribute money to PQPR on a weekly basis.

11          Q     And do you deal with PQPR on an arm's

12    length basis?

13          A     Currently, yes.

14          Q     What is your knowledge of the amount of

15    the debt that is owed by Free Speech Systems to PQPR?

16          A     My knowledge is pretty much what was

17    reflected in the Statement of Financial Affairs.  So

18    that would be a legacy payable that was reflected on

19    the SOFA.

20          Q     Have you done anything to investigate

21    that number to see if that's the correct number, the

22    number that's listed in the Statement of Financially

23    Affairs?

24          A     Not really.

25          Q     Why not?

PQPR Exhibit 2

1      A     Well, because, when we looked at the

2   records initially, we felt they were incomplete and

3   felt like we couldn't come to a conclusion.

4              So we were -- we -- we were relying on

5   the report from M3 to do the forensic accounting for

6   us.  We are not forensic accountants.  So we were

7   waiting for their reports.

8      Q     So is it your testimony that the Debtor,

9   that being you or Mr. Shultz, have done nothing to

10  investigate independently what is owed by Free Speech

11  Systems to PQPR?

12     A     Well, we've -- we initially requested

13  information.  We received that information, but we

14  couldn't come to any conclusion.

15     Q     You requested the information from who?

16     A     From PQPR, Bob Rowe, yourself.

17     Q     And you received information, didn't you?

18     A     We did.

19     Q     Did you personally review it?

20     A     I did.

21     Q     Did you come to any personal conclusions?

22     A     I did not.

23     Q     Why not?

24     A     Again, we felt that the information that

25  was provided was inadequate for us to determine what

PQPR Exhibit 2

1    we owed, if anything.

2         Q     Did you go look at Free Speech Systems'

3    books for the -- for the corresponding entries to the

4    entries that were sent you from PQPR's books?

5         A     The books and records of PQ- -- of Free

6    Speech prior to 7/29/2022 are, in my opinion,

7    unreliable.  We --

8         Q     Why -- are you saying you didn't even go

9    and look?

10        A     No, I'm not saying that.  We did go and

11   look, but we found them to be unreliable.

12        Q     So did you -- when you got the PQPR data

13   that was sent you about the debt, you said you went

14   and you looked for the corresponding entries on FSS's

15   books.  Did you find the corresponding entries?

16        A     We found some entries specifically, but,

17   again, they were -- they were incomplete and,

18   therefore, not valuable enough for us to be able to

19   draw any kind of conclusion of what we owed PQPR.

20        Q     When you say incomplete, are you saying

21   that not all of the corresponding entries existed on

22   Free Speech Systems' books?

23        A     I'm saying that the information that we

24   reviewed that was available on -- from the Free

25   Speech side was in- -- was not conclusive enough for

Transcript of J. Patrick Magill
Conducted on May 30, 2024                    14

1   us to determine whether we owed money to PQPR.

2          Q     Are you disputing that you owe any money,

3   or are you saying that you couldn't verify the total

4   number?

5          A     Well, I'm -- unless I can confirm on our

6   end as to what we believe we owe, then I dispute

7   everything until I get information to the contrary.

8          Q     Okay.  I understand your position.

9                Now, describe the current transactions

10  between -- and I'm talking about under your -- under

11  your governance of the entity, describe the current

12  transactions between Free Speech Systems and PQPR?

13         A     So currently Free Speech and PQPR have an

14  agreement.  We -- Free Speech -- PQPR provides one

15  product currently for sale by Free Speech, and it's

16  Turbo Force.  It is the only product that we

17  currently are using that comes from PQPR.

18               The arrangement is a revenue split.  PQPR

19  provides Turbo Force.  We sell Turbo Force on our --

20  on our programs and through our store, and then, at

21  the end of each week, we calculate what those sales

22  are.  We take out agreed upon costs, really primarily

23  shipping, and the net amount of that is then split

24  50/50.

25               We report that weekly, and then we pay

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                              15

1    the 50 percent to PQPR, and we retain the 50 percent

2    for us.

3          Q     And who owns the Turbo Force before it is

4    sold to the consumer?

5          A     I believe PQPR owns it.

6          Q     And prior to -- and how long has it been

7    the case that there was only one product, Turbo

8    Force?

9          A     It's only been in the last two to three

10   months.  We had other products that we sold.  They

11   were not meaningful in the terms of sales, but we had

12   other products that we sold before in addition to

13   Turbo Force.

14         Q     And has the basic way of selling the

15   product been the same with those other products as it

16   is -- as you described it to be with Turbo Force?

17         A     I believe it was, yes.

18         Q     And who pays the actual supplier of Turbo

19   Force?

20         A     PQPR.

21         Q     So PQPR orders the product from a

22   supplier, Free Speech Systems sells the product, Free

23   Speech Systems collects money from the consumer and

24   then splits the money on a predetermined basis with

25   PQPR, right?

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                    16

```
 1        A      That's correct.

 2        Q      And that's after deducting some costs for

 3   handling or whatever, right?

 4        A      It's primarily -- it's almost

 5   exclusively, you know, handling and shipping,

 6   out-of-pocket cost, yes.

 7        Q      Thank you.  Have you examined at all the

 8   way that Free Speech Systems did business with PQPR

 9   before the bankruptcy?

10        A      No.

11        Q      Okay.  So you're not able to tell the

12   court how what you're doing is different, if at all,

13   from what happened before?

14        A      Correct.

15        Q      Have you ever seen the security agreement

16   that exists between Free Speech Systems and PQPR?

17        A      No.

18        Q      Are you aware that the original of that

19   security agreement is at Free Speech Systems, and I'm

20   supposed to pick it up later today?

21        A      Yes.

22        Q      Okay.  And who -- what person at Free

23   Speech Systems found that security agreement

24   originally?

25        A      Michelle Fruge.
```

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                              17

```
1          Q     Who does Michelle Fruge report to?

2          A     Jeff Shultz.

3          Q     And what is Michelle Fruge's job

4     description?

5          A     She's the head of HR, human resources,

6     and she's a staff accountant.  Basically accounts

7     payable clerk.

8          Q     Okay.  So other than you, Mr. Shultz and

9     Michelle Fruge, who else works in accounting?

10         A     We have a contract person that works for

11    us, Olivia.  I -- I forgot her last name.  She works

12    here at the office with Jeff Shultz.  She --

13         Q     How long has Olivia worked there?

14         A     Maybe six months.

15         Q     Has Michelle -- how long has Michelle

16    Fruge worked there?

17         A     I believe she's been there something like

18    15 or 16 years at Free Speech.

19         Q     And that's F-R-U-G-E, right?

20         A     Correct.

21         Q     Are you familiar with what her job was

22    before you got there?

23         A     Michelle's?

24         Q     Yes, sir.

25         A     She was head of customer service?
```

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                        18

1         Q       And what were her duties as head of
2    customer service.
3         A       Well, she basically ran the department
4    that -- the department basically takes sale orders
5    from the store, processes those payments, then
6    communicates with the warehouse as to when the
7    shipments would be delivered.
8                 So she's basically the front porch,
9    so-to-speak, of what the customers deal with on a
10   day-to-day basis in buying the supplements.
11        Q       So what person at Free Speech Systems
12   could give us information regarding what Free Speech
13   Systems thinks it owes PQPR?
14        A       No one that I'm aware of.
15        Q       So the Debtor wants to use my client's
16   cash collateral through the 14th.
17                What do you want to use it for?
18        A       Operating the business.
19        Q       Towards what end?
20        A       To maximize the amount of money that we
21   can make in this 14-period -- 14 days.  We -- we do a
22   much better job in generating profits when we're
23   actually operating versus not operating.
24        Q       And the Debtor intends to offer its
25   currently filed plan of reorganization for

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                    19

1    confirmation on the 14th; is that correct?
2         A    I don't think we've made that decision.
3         Q    So are you saying that the Debtor at this
4    point is not sure whether it's going forward with the
5    plan that's on file?
6              MS. CATMULL:  Objection to the
7         extent he's asking -- to the extent you
8         need to share privileged confidential
9         communications with me to answer that
10        question, don't answer.
11             To the extent you can answer
12        without sharing that information, go
13        ahead.
14             THE WITNESS:  I can't.
15   BY MR. LEMMON:
16        Q    Well, I'm sorry.  You said you cannot,
17   correct?
18        A    I cannot.
19        Q    What I'm getting to -- and I'm not trying
20   to be argumentative, but what I want to explore is
21   what the Debtor is doing between now and the 14th
22   because it is my client's contention that we might
23   all be better off if the Debtor ceased business
24   sooner rather than later, and those are the issues
25   that I want to explore now.

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                    20

```
 1            Now, I'm not trying to invade the
 2   attorney-client privilege Mr. Magill, and Ms. Catmull
 3   is right to caution you, but what I want to know is
 4   what are we going to tell the court about what's
 5   going to happen with the use of our cash collateral
 6   to benefit everybody and to protect my client's
 7   interest, and so I know that that's a very broad way
 8   of presenting that, but what I'm trying to say is,
 9   if -- if we're going to get to a position where we're
10   going to have a dismissal of the case on the 14th, it
11   is our position that there is no need to have the
12   continued use of our cash collateral, and so,
13   Mr. Magill, what -- let me ask you:  What do you say
14   in response to that contention from my client?
15        A    Well, we have -- to the extent that I can
16   say this, we have made several proposals to the
17   plaintiffs to try to get a consensual plan with the
18   plaintiffs.  We are hopeful, with the 14 days we have
19   remaining, that we can get there.  It's my contention
20   that a consensual plan, a plan of reorganization,
21   benefits all creditors rather than a dismissal or a
22   liquidation.
23            So I'm going to work -- we're working as
24   hard as we can to get a response from them in terms
25   of what they are thinking and to the extent that
```

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                    21

1    Judge Lopez did acknowledge that if we could get an

2    agreement subject to papering up the deal then he

3    might give us a little more time.

4              So I'm trying to make -- I don't want to

5    close the book on a re-org, but clearly the

6    reorganization that we have on file is -- may or may

7    not be acceptable.  It hasn't been, I guess,

8    acceptable to everybody.  So I'm hoping that we can

9    get something done in the next 14 days.  I hate to

10   give up on that.  Because I do believe -- strongly

11   believe that a reorganization is a financial benefit

12   to everybody involved, and I'm going to pursue that.

13   So that's my answer.

14        Q    And I hear you Mr. Magill, and I respect

15   that.  Has the Debtor made any proposals to my

16   client?

17        A    To PQPR?

18        Q    Yes.

19        A    Like in terms of the litigation?

20        Q    Part of the reorganization or the

21   litigation?

22        A    Not that I'm aware of.

23        Q    So -- and I don't want to get into the

24   murkiness of all of the discussions that have taken

25   place, which is probably inappropriate, or it's

Transcript of J. Patrick Magill
Conducted on May 30, 2024                    22

1    arguably inappropriate.  Let's put it that way, and
2    so -- but what I do want to -- and I hear exactly the
3    words you've said, but -- and I'm not trying to have
4    a debate here, but what I'm trying to figure out is
5    whether it's fair to say that the Debtor is just
6    trying to keep the ball in the air until the 14th to
7    see if something happens?
8         A    Well, I'm not -- I guess that's generally
9    an acceptable response.  I'm trying to keep our
10   options open to give us every opportunity we can to
11   try to get a deal done that benefits everyone.
12              So, I guess, that's a fair
13   characterization I believe.
14        Q    So let's assume that there's not a plan
15   of reorganization that can be arrived at or agreed to
16   between now and the 14th, and, look, I, like a lot of
17   people, wish that there was, right, and everybody's
18   tried hard, and many people have tried hard.  Let's
19   put it that way, and we've had a mediation and other
20   things.  So I'm not going to get into that, but let
21   me -- what I want to explore is what are the Debtor's
22   exit plans in the event that a consensual
23   reorganization plan for FSS to continue as on an
24   ongoing entity.
25              Okay.  Let's assume that that can't

PQPR Exhibit 2

1   happen.  For whatever reason, that just can't be

2   negotiated.  Does the Debtor have plans -- do you

3   have plans for how the Debtor ceases operations?

4              MS. CATMULL:  Yeah, I'll object

5        on -- to the extent you can answer

6        without revealing confidential

7        communications with me, go ahead.  If you

8        cannot, then don't.

9              THE WITNESS:  I don't think I can

10       answer that, Mr. Lemmon.

11  BY MR. LEMMON:

12       Q     Have you -- have you personally -- I'm

13  not talking about -- you know, you're the chief

14  restructuring officer.  So I'm not asking about what

15  you've done with your lawyer, but have you personally

16  sat down and charted out what a shutdown of the

17  company looks like and how mechanically it happens?

18       A     No.

19       Q     So you've been in this business a long

20  time, right, like I have, and we've seen all kinds of

21  shutdowns, right.  We've seen leave the keys on the

22  table and walk out the door and call the bank and

23  tell them it's over, right, to -- on the one hand, to

24  an orderly process where assets are marshaled, key

25  employees are kept on for the purpose of maintaining

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                          24

1    those assets pending a sale, etcetera, okay.

2                So I know you well enough to know that

3    you should have and probably have given some thought

4    to how mechanically to achieve that, right?

5         A    Well, to the extent that I would know how

6    long the judge would allow us to -- to continue, it's

7    my understanding -- let me give you a little context.

8    I think it would be helpful.

9         Q    Sure.

10        A    Assuming, for a minute, that Judge Lopez

11   is true to what he said in the hearing on the 21st,

12   if we don't have a plan -- I think a consensual plan

13   in place, there would be no conversion of the plan.

14   There would be a dismissal.  It's kind of an either

15   or, as I understood that.

16               So in a dismissal, in my experience, it's

17   been -- it's much like a liquidation, but it's in

18   a -- but it's more like a seven.  So if he gives

19   us -- let's say he decides June 14th we're going to

20   dismiss the case.  We're going to have the effective

21   date a month out, six weeks out, whatever that sort

22   to be.  That would be one plan.  If he says you've

23   two weeks, that would be another plan.  I'm not

24   certain that I can really pinpoint exactly how I

25   would liquidate because I don't know how much time I

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                    25

```
 1   would have to do that as opposed to a liquidating

 2   plan or even a conversion.

 3              I mean, clearly what -- what would be

 4   helpful would be to have as much time as we could to

 5   get the most value we can for the assets, the assets

 6   being the inventory.

 7              So it's a little bit of an open issue,

 8   which is why I haven't been able to really

 9   crystallize exactly what I would be able to do

10   because I don't know how much time I would have to do

11   it.

12      Q      Do you have any plans to sit down between

13   now and the 14th with the constituents to try to

14   agree on -- what I'll call -- the soft landing would

15   look like?

16      A      Would you define constituents?

17      Q      Well, let's start with the secured

18   creditor, and let's move on from there, right.

19      A      It is my plan to have meetings over the

20   next two weeks with, I guess, what we would call all

21   interested parties, and we're going to begin one -- I

22   have a standard meeting every week with the Alex --

23   what we call affectionately the Team Alex, and so we

24   will begin that process at 3:00 today.

25              So, yes, as we go through the process to
```

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                          26

1   figure out what the likelihood of a dismissal is, we

2   have to come up with certain plans accordingly.

3                So, yes, I'll be discussing it with

4   all -- as you call, all constituents over the next

5   two weeks.

6                MS. CATMULL:  Hey, Steve, before

7           the next question, I want to ask you:

8           Did we copy you on a proposed dismissal

9           order?

10               MR. LEMMON:  I've gotten a couple

11          versions of that, but, you know, I

12          don't -- that's not a dismissal order in

13          my opinion.  That's a liquidation.

14               MS. CATMULL:  No, no.  That's fine.

15          I just wanted to make sure you didn't get

16          left out of the loop.

17               MR. LEMMON:  But, again, you know,

18          it's our request to sit down and talk,

19          but that's -- we'll talk about that

20          later.

21               MS. CATMULL:  Yeah.  Yeah.

22   BY MR. LEMMON:

23          Q    What adequate protection are you offering

24   my client, Mr. Magill, for the next two weeks?

25          A    Nothing.

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                    27

1              MR. LEMMON:  Thank you.  That's all
2        I have.
3              MS. CATMULL:  Great.  I'm just
4        going to ask one question.
5                        EXAMINATION
6    BY MS. CATMULL:
7        Q     Mr. Magill, do you think PQPR needs
8    adequate protection in addition to what they have
9    already?
10       A     No.
11             MS. CATMULL:  I pass the witness.
12             MR. LEMMON:  Thank you.  That's it
13       for today.
14             MS. CATMULL:  Thank you.
15
16             (Thereupon, the deposition was
17       concluded at approximately 12:28 p.m.)
18
19
20
21
22
23
24
25

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                                        28

```
1              ERRATA SHEET FOR THE TRANSCRIPT OF:

2   Case Name:          Free Speech v. PQPR Holdings

3   Dep. Date:          May 30, 2024

4   Deponent:           J. PATRICK MAGILL

5                     CORRECTIONS

6   Pg.   Ln.   Now Reads        Should Read      Reason

7   _____ _____ _____ _____ _____

8   Pg.   Ln.   Now Reads        Should Read      Reason

9   _____ _____ _____ _____ _____

10  Pg.   Ln.   Now Reads        Should Read      Reason

11  _____ _____ _____ _____ _____

12  Pg.   Ln.   Now Reads        Should Read      Reason

13  _____ _____ _____ _____ _____

14  Pg.   Ln.   Now Reads        Should Read      Reason

15  _____ _____ _____ _____ _____

16  Pg.   Ln.   Now Reads        Should Read      Reason

17  _____ _____ _____ _____ _____

18  Pg.   Ln.   Now Reads        Should Read      Reason

19  _____ _____ _____ _____ _____

20  Pg.   Ln.   Now Reads        Should Read      Reason

21  _____ _____ _____ _____ _____

22  Pg.   Ln.   Now Reads        Should Read      Reason

23  _____ _____ _____ _____ _____

24  Pg.   Ln.   Now Reads        Should Read      Reason

25  _____ _____ _____ _____ _____
```

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                                   29

```
1              I, J. PATRICK MAGILL, have read the

2      foregoing deposition and hereby affix my signature

3      that same is true and correct, except as noted above.

4

5                            _____

6                            J. PATRICK MAGILL

7      THE STATE OF_____)

8      COUNTY OF_____)

9

10             Before me,_____, on

11     this day personally appeared J. PATRICK MAGILL, known

12     to me (or proved to me under oath or

13     through_____) (description of

14     identity card or other document)) to be the person

15     whose name is subscribed to the foregoing instrument

16     and acknowledged to me that they executed the same

17     for the purposes and consideration therein expressed.

18             Given under my hand and seal of office this

19     _____day of_____,_____.

20

21

22                            _____
                              NOTARY PUBLIC IN AND FOR
23                            THE STATE OF_____

24

25     COMMISSION EXPIRES:_____
```

PQPR Exhibit 2

```
 1            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3   _____
     IN RE:                      :
 4                               : CHAPTER 11
     FREE SPEECH SYSTEMS,        :
 5                               :
                 Debtors.        : CASE NO. 22-60043 (CML)
 6   _____:
                                 :
 7   FREE SPEECH SYSTEMS, LLC,   :
                                 :
 8               Plaintiff,      :
                                 :
 9         vs.                   : ADVERSARY NO. 23-03127
                                 :
10   PQPR HOLDINGS LIMITED, LLC, :
     JLJR HOLDINGS, LLC, PLJR    :
11   HOLDINGS, LLC, AEJ AUSTIN   :
     HOLDINGS, LLC, AEJ 2018     :
12   TRUST, CAROL JONES AND      :
     DAVID JONES,                :
13                               :
                 Defendants.     :
14   _____:

15   _____

16              REPORTER'S CERTIFICATION

17         DEPOSITION OF J. PATRICK MAGILL

18                  May 30, 2024

19   _____

20         I, Tanya L. Verhoven-Page, CSR-TX, CSR-GA,

21   LSR-TN, certified Shorthand Reporter in and for the

22   State of Texas, hereby certify to the following:

23         That the witness, J. PATRICK MAGILL, was

24   duly sworn by the officer, and that the transcript of

25   the oral deposition is a true record of the testimony
```

PQPR Exhibit 2

```
1    given by the witness;

2             That the deposition transcript was

3    submitted on May 31st, 2024 to the witness or to the

4    attorney for the witness for examination, signature,

5    and return to me by _____;

6             That the amount of examination time used by

7    each party at the deposition is as follows:

8             BY MR. LEMMON:          00:26:27

9             BY MS. CATMULL:         00:00:15

10            BY MS. FREEMAN:         00:00:00

11            BY MR. NEGLESS:         00:00:00

12            That pursuant to information given to the

13   deposition officer at the time said testimony was

14   taken, the following includes counsel for all parties

15   of record:

16
             ON BEHALF OF THE PLAINTIFF AND DEBTORS:
17
             O'CONNOR WECHSLER, PLLC
18           4400 Post Oak Parkway
             Suite 2360
19           Houston, Texas 77027
             ANNIE CATMULL, ESQ.
20

21

22           ON BEHALF OF THE DEFENDANTS:

23           STREUSAND, LANDON, OZBURN & LEMMON, LLP
             1801 S. MoPac Expressway
24           Suite 320
             Austin, Texas 78746
25           STEPHEN W. LEMMON, ESQ.
```

PQPR Exhibit 2

```
1          ON BEHALF OF THE SUBCHAPTER 5 TRUSTEE:

2          THE LAW OFFICE OF LIZ FREEMAN
           700 Smith Street
3          Houston, Texas 77208-1209
           LIZ FREEMAN, ESQ.
4

5          ON BEHALF OF THE CONNECTICUT PLAINTIFFS:

6          PAUL, WEISS, RIFKIND,
           WHARTON & GARRISON, LLP
7          1285 Avenue of the Americas
           New York, New York 10019-6064
8          DANIEL NEGLESS, ESQ.

9

10          I further certify that I am neither counsel

11  for, related to, nor employed by any of the parties

12  or attorneys in the action in which this proceeding

13  was taken, and further that I am not financially or

14  otherwise interested in the outcome of the action.

15          Further certification requirements pursuant

16  to Rule 203 of TRCP will be certified to after they

17  have occurred.

18          Certified to by me this day, the 31st day

19  of May, 2024.

20

21          _____
           Tanya L. Verhoven-Page
22          Texas CSR No. 12254, Exp. 12/24
           PLANET DEPOS, LLC
23          Texas Court Reporting Firm Reg. #686
           451 Hungerford Drive, Suite 400
24          Rockville, Maryland 20850
           (T) 1.888.433.3767 | (F) 1.888.503.3767
25          (E) transcripts@planetdepos.com
```

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024                                    33

1          FURTHER CERTIFICATION UNDER RULE 203, TRCP

2          The original deposition/errata sheet was / was

3     not returned to the deposition officer on

4     _____;

5          If returned, the attached Changes and Signature

6     page contains any changes and the reasons therefor;

7          If returned, the original deposition was

8     delivered to Custodial Attorney;

9          That $_____ is the deposition officer's

10    charges to the Plaintiff for preparing the original

11    deposition transcript and copies of exhibits, if any;

12         That the deposition was delivered in accordance

13    with Rule 203.3, and that a copy of this certificate

14    was served on all parties shown herein on

15    _____ and filed with the Clerk.

16         Certified to by me on May 31, 2024.

17

18

19

20    _____
      Tanya L. Verhoven-Page
21    Texas CSR No. 12254, Exp. 12/24
      PLANET DEPOS, LLC
22    Texas Court Reporting Firm Reg. #686
      451 Hungerford Drive, Suite 400
23    Rockville, Maryland 20850
      (T) 1.888.433.3767 | (F) 1.888.503.3767
24    (E) transcripts@planetdepos.com

25

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024

34

| A | | | |
|---|---|---|---|
| **able** | **adversary** | **also** | **arrived** |
| 13:18, 16:11, | 1:16, 30:16 | 4:12 | 22:15 |
| 25:8, 25:9 | **aecatmull@o-w-law** | **americas** | **asking** |
| **about** | 3:11 | 4:19, 32:10 | 19:7, 23:14 |
| 10:20, 13:13, | **aej** | **amount** | **assets** |
| 14:10, 20:4, | 1:20, 1:21, | 11:14, 14:23, | 23:24, 24:1, |
| 23:13, 23:14, | 30:20, 30:21 | 18:20, 31:6 | 25:5 |
| 26:19 | **affairs** | **annie** | **assume** |
| **above** | 11:17, 11:23 | 3:10, 31:23 | 22:14, 22:25 |
| 29:3 | **affectionately** | **another** | **assuming** |
| **acceptable** | 25:23 | 7:12, 24:23 | 24:10 |
| 21:7, 21:8, | **affix** | **answer** | **attached** |
| 22:9 | 29:2 | 19:9, 19:10, | 33:5 |
| **access** | **after** | 19:11, 21:13, | **attending** |
| 10:17 | 16:2, 32:20 | 23:5, 23:10 | 7:7 |
| **accordance** | **again** | **anticipate** | **attorney** |
| 33:12 | 12:24, 13:17, | 7:8 | 31:4, 33:8 |
| **accordingly** | 26:17 | **any** | **attorney-client** |
| 26:2 | **agree** | 7:14, 8:2, | 20:2 |
| **accountant** | 8:22, 25:14 | 12:14, 12:21, | **attorneys** |
| 17:6 | **agreed** | 13:19, 14:2, | 32:16 |
| **accountants** | 14:22, 22:15 | 21:15, 25:12, | **austin** |
| 12:6 | **agreement** | 32:15, 33:6, | 1:20, 3:20, |
| **accounting** | 14:14, 16:15, | 33:11 | 30:20, 31:30 |
| 10:12, 12:5, | 16:19, 16:23, | **anyone** | **available** |
| 17:9 | 21:2 | 10:15 | 8:14, 13:24 |
| **accounts** | **ahead** | **anything** | **avenue** |
| 11:9, 17:6 | 19:13, 23:7 | 11:20, 13:1 | 4:19, 32:10 |
| **achieve** | **air** | **apologize** | **aware** |
| 24:4 | 22:6 | 8:2 | 7:12, 16:18, |
| **acknowledge** | **alex** | **apparently** | 18:14, 21:22 |
| 21:1 | 25:22, 25:23 | 9:17 | **away** |
| **acknowledged** | **all** | **appearances** | 7:15 |
| 29:17 | 10:20, 13:21, | 3:1, 4:1 | B |
| **action** | 16:7, 16:12, | **appeared** | **backup** |
| 32:16, 32:18 | 19:23, 20:21, | 29:12 | 7:13 |
| **actual** | 21:24, 23:20, | **approximately** | **ball** |
| 15:18 | 25:20, 26:4, | 27:17 | 22:6 |
| **actually** | 27:1, 31:14, | **arguably** | **bank** |
| 18:23 | 33:14 | 22:1 | 23:22 |
| **addition** | **allergies** | **argumentative** | **bankruptcy** |
| 15:12, 27:8 | 9:18 | 19:20 | 1:1, 16:9, 30:1 |
| **adequate** | **allow** | **arm's** | **basic** |
| 26:23, 27:8 | 24:6 | 11:11 | 15:14 |
| **advance** | **almost** | **arrangement** | **basically** |
| 8:2 | 16:4 | 14:18 | 17:6, 18:3, |
| | **already** | **arrangements** | 18:4, 18:8 |
| | 27:9 | 11:8 | |

Transcript of J. Patrick Magill
Conducted on May 30, 2024

35

| | | | |
|---|---|---|---|
| **basis** | 25:12 | 20:10, 24:20, | **choked** |
| 11:10, 11:12, | **bit** | 28:2, 30:9 | 9:17 |
| 15:24, 18:10 | 8:20, 25:7 | **cash** | **clearly** |
| **because** | **bob** | 10:10, 18:16, | 21:5, 25:3 |
| 12:1, 19:22, | 12:16 | 20:5, 20:12 | **clerk** |
| 21:10, 24:25, | **book** | **catmull** | 17:7, 33:15 |
| 25:10 | 21:5 | 3:10, 5:7, | **client** |
| **been** | **books** | 8:18, 9:6, 19:6, | 20:14, 21:16, |
| 8:8, 9:23, | 10:18, 11:4, | 20:2, 23:4, | 26:24 |
| 15:6, 15:9, | 13:3, 13:4, | 26:6, 26:14, | **client's** |
| 15:15, 17:17, | 13:5, 13:15, | 26:21, 27:3, | 18:15, 19:22, |
| 21:7, 23:19, | 13:22 | 27:6, 27:11, | 20:6 |
| 24:17, 25:8 | **brad** | 27:14, 31:9, | **close** |
| **before** | 8:25 | 31:23 | 21:5 |
| 2:6, 7:22, | **brief** | **caution** | **cml** |
| 15:3, 15:12, | 9:7 | 20:3 | 1:9, 30:9 |
| 16:9, 16:13, | **broad** | **ccr-b** | **collateral** |
| 17:22, 26:6, | 20:7 | 1:36 | 18:16, 20:5, |
| 29:11 | **business** | **ceased** | 20:12 |
| **begin** | 10:9, 16:8, | 19:23 | **collects** |
| 25:21, 25:24 | 18:18, 19:23, | **ceases** | 15:23 |
| **beginning** | 23:19 | 23:3 | **com** |
| 11:1 | **buying** | **certain** | 3:11, 3:23, |
| **behalf** | 18:10 | 24:24, 26:2 | 4:9, 4:23, |
| 3:3, 3:16, 4:3, | **C** | **certificate** | 32:33, 33:28 |
| 4:17, 31:17, | **calculate** | 33:13 | **come** |
| 31:26, 32:1, | 14:21 | **certification** | 12:3, 12:14, |
| 32:7 | **call** | 30:28, 32:19, | 12:21, 26:2 |
| **being** | 23:22, 25:14, | 33:1 | **comes** |
| 8:14, 12:9, | 25:20, 25:23, | **certified** | 14:17 |
| 25:6 | 26:4 | 2:6, 2:8, | **commission** |
| **believe** | **called** | 30:33, 32:20, | 29:27 |
| 14:6, 15:5, | 8:8 | 32:22, 33:16 | **communicates** |
| 15:17, 17:17, | **came** | **certify** | 18:6 |
| 21:10, 21:11, | 9:20 | 30:34, 32:14 | **communications** |
| 22:13 | **can't** | **changes** | 19:9, 23:7 |
| **benefit** | 19:14, 22:25, | 33:5, 33:6 | **company** |
| 20:6, 21:11 | 23:1 | **chapter** | 10:10, 23:17 |
| **benefits** | **cannot** | 1:6, 30:6 | **complementary** |
| 20:21, 22:11 | 19:16, 19:18, | **characterization** | 7:24 |
| **best** | 23:8 | 22:13 | **complete** |
| 7:11 | **card** | **charges** | 11:1 |
| **better** | 29:15 | 33:10 | **computer** |
| 18:22, 19:23 | **carol** | **charted** | 7:15 |
| **between** | 1:22, 30:22 | 23:16 | **concluded** |
| 10:21, 14:10, | **case** | **chief** | 27:17 |
| 14:12, 16:16, | 1:9, 15:7, | 9:25, 10:5, | **conclusion** |
| 19:21, 22:16, | | 23:13 | 12:3, 12:14, |

Transcript of J. Patrick Magill
Conducted on May 30, 2024

36

13:19
**conclusions**
12:21
**conclusive**
13:25
**confidential**
19:8, 23:6
**confirm**
14:5
**confirmation**
19:1
**connect**
7:20
**connecticut**
4:17, 32:7
**connecting**
7:21
**consensual**
20:17, 20:20,
22:22, 24:12
**consideration**
29:18
**constituents**
25:13, 25:16,
26:4
**consumer**
15:4, 15:23
**contains**
33:6
**contention**
19:22, 20:14,
20:19
**context**
24:7
**continue**
22:23, 24:6
**continued**
20:12
**contract**
17:10
**contrary**
14:7
**conversations**
7:17
**conversion**
24:13, 25:2
**copies**
33:11

**copy**
26:8, 33:13
**correct**
10:9, 11:21,
16:1, 16:14,
17:20, 19:1,
19:17, 29:3
**corrections**
28:5
**corresponding**
13:3, 13:14,
13:15, 13:21
**cost**
16:6
**costs**
14:22, 16:2
**could**
18:12, 21:1,
25:4
**couldn't**
12:3, 12:14,
14:3
**counsel**
3:1, 4:1,
31:14, 32:14
**county**
29:9
**couple**
26:10
**court**
1:1, 2:7, 8:22,
9:2, 16:12,
20:4, 30:1,
32:29, 33:24
**creditor**
25:18
**creditors**
10:11, 20:21
**crystallize**
25:9
**csr**
32:27, 33:22
**csr-ga**
30:32
**csr-tx**
30:32
**current**
14:9, 14:11

**currently**
8:15, 9:9,
11:13, 14:13,
14:15, 14:17,
18:25
**custodial**
33:8
**customer**
17:25, 18:2
**customers**
18:9

**D**

**daniel**
4:22, 32:12
**data**
13:12
**date**
24:21, 28:3
**david**
1:23, 30:23
**day**
9:21, 29:12,
32:22
**day-to-day**
18:10
**days**
18:21, 20:18,
21:9
**deal**
11:11, 18:9,
21:2, 22:11
**dealings**
10:21
**debate**
22:4
**debt**
11:15, 13:13
**debtor**
12:8, 18:15,
18:24, 19:3,
19:21, 19:23,
21:15, 22:5,
23:2, 23:3
**debtor's**
22:21
**debtors**
1:9, 3:3, 30:9,

31:17
**decides**
24:19
**decision**
19:2
**deducting**
16:2
**defendants**
1:25, 3:16,
30:25, 31:26
**define**
25:16
**defines**
10:8
**delivered**
18:7, 33:8,
33:12
**dep**
28:3
**department**
18:3, 18:4
**deponent**
28:4
**depos**
32:28, 33:23
**deposition**
1:29, 2:4,
7:25, 9:21,
27:16, 29:2,
30:29, 30:37,
31:2, 31:7,
31:13, 33:2,
33:3, 33:7,
33:9, 33:11,
33:12
**describe**
9:24, 14:9,
14:11
**described**
15:16
**description**
10:5, 10:7,
17:4, 29:14
**detail**
10:4
**determine**
12:25, 14:1
**different**
16:12

Transcript of J. Patrick Magill
Conducted on May 30, 2024                                    37

| | | | |
|---|---|---|---|
| directly | **E** | every | 20:15, 20:25, |
| 10:16 | e | 11:9, 22:10, | 23:5, 24:5 |
| discussing | 32:33, 33:28 | 25:22 | **F** |
| 26:3 | e-mail | everybody | f |
| discussions | 3:11, 3:23, | 20:6, 21:8, | 32:32, 33:27 |
| 7:14, 21:24 | 4:9, 4:23 | 21:12 | f-r-u-g-e |
| dismiss | each | everybody's | 17:19 |
| 24:20 | 7:22, 14:21, | 22:17 | fair |
| dismissal | 31:7 | everyone | 22:5, 22:12 |
| 20:10, 20:21, | effective | 7:7, 22:11 | familiar |
| 24:14, 24:16, | 24:20 | everything | 17:21 |
| 26:1, 26:8, | either | 14:7 | familiarity |
| 26:12 | 24:14 | exactly | 10:21, 10:24 |
| dispute | else | 22:2, 24:24, | far |
| 14:6 | 10:15, 17:9 | 25:9 | 11:4 |
| disputing | employed | examination | fee |
| 14:2 | 32:15 | 5:5, 8:11, | 11:8 |
| distribute | employees | 27:5, 31:4, 31:6 | felt |
| 11:10 | 23:25 | examined | 12:2, 12:3, |
| distribution | enabled | 8:9, 16:7 | 12:24 |
| 11:7 | 7:18 | except | figure |
| district | end | 29:3 | 22:4, 26:1 |
| 1:2, 30:2 | 14:6, 14:21, | exclusively | file |
| division | 18:19 | 16:5 | 1:38, 19:5, |
| 1:3, 30:3 | enough | executed | 21:6 |
| dnegless@paulwei- | 13:18, 13:25, | 29:17 | filed |
| ss | 24:2 | exhibits | 18:25, 33:15 |
| 4:23 | entity | 6:1, 33:11 | financial |
| document) | 14:11, 22:24 | existed | 11:17, 21:11 |
| 29:15 | entries | 13:21 | financially |
| doing | 13:3, 13:4, | exists | 11:22, 32:17 |
| 16:12, 19:21 | 13:14, 13:15, | 16:16 | find |
| done | 13:16, 13:21 | exit | 13:15 |
| 11:20, 12:9, | errata | 22:22 | fine |
| 21:9, 22:11, | 28:1, 33:2 | exp | 9:6, 26:14 |
| 23:15 | esq | 32:27, 33:22 | firm |
| door | 3:10, 3:22, | experience | 32:29, 33:24 |
| 23:22 | 4:8, 4:22, | 24:16 | first |
| down | 31:23, 31:31, | expires:__ | 8:8 |
| 23:16, 25:12, | 32:5, 32:12 | 29:27 | fix |
| 26:18 | etcetera | explore | 9:4 |
| draw | 24:1 | 19:20, 19:25, | following |
| 13:19 | even | 22:21 | 30:34, 31:14 |
| drive | 13:8, 25:2 | expressed | follows |
| 32:30, 33:25 | event | 29:18 | 8:9, 31:7 |
| duly | 22:22 | expressway | force |
| 8:8, 30:36 | ever | 3:18, 31:28 | 14:16, 14:19, |
| duties | 16:15 | extent | |
| 18:1 | | 19:7, 19:11, | |

Transcript of J. Patrick Magill
Conducted on May 30, 2024

38

15:3, 15:8,
15:13, 15:16,
15:19
**foregoing**
29:2, 29:16
**forensic**
12:5, 12:6
**forgot**
17:11
**forward**
11:2, 11:8,
19:4
**found**
13:11, 13:16,
16:23
**free**
1:7, 1:12,
9:15, 9:19,
10:8, 10:18,
10:21, 11:4,
11:15, 12:10,
13:2, 13:5,
13:22, 13:24,
14:12, 14:13,
14:14, 14:15,
15:22, 16:8,
16:16, 16:19,
16:22, 17:18,
18:11, 18:12,
28:2, 30:7,
30:12
**freeman**
4:4, 4:8,
31:10, 32:2,
32:5
**front**
18:8
**fruge**
16:25, 17:1,
17:9, 17:16
**fruge's**
17:3
**fss**
9:24, 22:23
**fss's**
13:14
**further**
32:14, 32:17,

32:19, 33:1

---
**G**
---

**ga**
2:7
**garrison**
4:18, 32:9
**gave**
9:21
**generally**
22:8
**generate**
10:10
**generating**
18:22
**getting**
19:19
**give**
10:4, 18:12,
21:3, 21:10,
22:10, 24:7
**given**
24:3, 29:19,
31:1, 31:12
**gives**
24:18
**go**
9:4, 10:4,
10:8, 13:2,
13:8, 13:10,
19:12, 23:7,
25:25
**going**
11:8, 19:4,
20:4, 20:5,
20:9, 20:10,
20:23, 21:12,
22:20, 24:19,
24:20, 25:21,
27:4
**gotten**
26:10
**governance**
14:11
**great**
27:3
**guess**
8:21, 21:7,

22:8, 22:12,
25:20

---
**H**
---

**hand**
23:23, 29:19
**handling**
16:3, 16:5
**happen**
20:5, 23:1
**happened**
16:13
**happens**
22:7, 23:17
**hard**
8:19, 20:24,
22:18
**haselden**
4:12
**hate**
21:9
**head**
17:5, 17:25,
18:1
**hear**
8:20, 21:14,
22:2
**hearing**
24:11
**held**
2:5
**help**
7:19, 8:25
**helpful**
24:8, 25:4
**here**
8:14, 17:12,
22:4
**hereby**
29:2, 30:34
**herein**
33:14
**hey**
8:18, 26:6
**holdings**
1:18, 1:19,
1:20, 1:21,
28:2, 30:18,

30:19, 30:20,
30:21
**hopeful**
20:18
**hoping**
21:8
**houston**
1:3, 1:30, 2:5,
3:8, 4:6, 7:1,
8:17, 9:11,
9:12, 9:16,
30:3, 31:22,
32:4
**hr**
17:5
**human**
17:5
**hungerford**
32:30, 33:25

---
**I**
---

**identify**
7:19, 7:22
**identity**
29:15
**improve**
10:9
**inadequate**
12:25
**inappropriate**
21:25, 22:1
**includes**
31:14
**incomplete**
12:2, 13:17,
13:20
**incredible**
10:4
**independently**
12:10
**index**
6:1
**information**
12:13, 12:15,
12:17, 12:24,
13:23, 14:7,
18:12, 19:12,
31:12

Transcript of J. Patrick Magill
Conducted on May 30, 2024

39

**initially**
12:2, 12:12
**instrument**
29:16
**intends**
18:24
**interest**
20:7
**interested**
25:21, 32:18
**interrupt**
8:19
**interruptions**
8:3
**invade**
20:1
**inventory**
25:6
**investigate**
11:20, 12:10
**involved**
21:12
**issue**
9:5, 25:7
**issues**
19:24

**J**

**jeff**
10:14, 17:2,
17:12
**jljr**
1:19, 30:19
**job**
10:5, 10:7,
17:3, 17:21,
18:22
**jones**
1:22, 1:23,
30:22, 30:23
**judge**
21:1, 24:6,
24:10
**june**
24:19

**K**

**keep**
22:6, 22:9

**kept**
23:25
**key**
23:24
**keys**
23:21
**kind**
8:19, 13:19,
24:14
**kinds**
23:20
**know**
16:5, 20:3,
20:7, 23:13,
24:2, 24:5,
24:25, 25:10,
26:11, 26:17
**knowledge**
11:3, 11:14,
11:16
**known**
29:12

**L**

**landing**
25:14
**landon**
3:17, 31:27
**last**
15:9, 17:11
**later**
16:20, 19:24,
26:20
**law**
4:4, 32:2
**lawyer**
23:15
**leave**
23:21
**left**
26:16
**legacy**
11:18
**lemmon**
3:17, 3:22,
5:6, 8:12, 8:13,
9:1, 9:8, 19:15,
23:10, 23:11,

26:10, 26:17,
26:22, 27:1,
27:12, 31:8,
31:27, 31:31
**lemmon@slollp**
3:23
**length**
11:12
**let's**
22:1, 22:14,
22:18, 22:25,
24:19, 25:17,
25:18
**level**
10:23
**licensed**
2:7
**likelihood**
26:1
**limited**
1:18, 30:18
**liquidate**
24:25
**liquidating**
25:1
**liquidation**
20:22, 24:17,
26:13
**listed**
11:22
**litigation**
21:19, 21:21
**little**
8:20, 21:3,
24:7, 25:7
**liz**
4:4, 4:8, 32:2,
32:5
**liz@lizfreemanlaw**
4:9
**llc**
1:12, 1:18,
1:19, 1:20,
1:21, 30:12,
30:18, 30:19,
30:20, 30:21,
32:28, 33:23
**llp**
3:17, 4:18,

31:27, 32:9
**ln**
28:6, 28:8,
28:10, 28:12,
28:14, 28:16,
28:18, 28:20,
28:22, 28:24
**located**
8:16, 9:10
**long**
9:23, 10:1,
15:6, 17:13,
17:15, 23:19,
24:6
**look**
13:2, 13:9,
13:11, 22:16,
25:15
**looked**
12:1, 13:14
**looks**
23:17
**loop**
26:16
**lopez**
21:1, 24:10
**lot**
22:16
**lsr-tn**
30:33

**M**

**m3**
12:5
**made**
19:2, 20:16,
21:15
**magill**
1:29, 2:5, 5:3,
8:7, 8:13, 8:15,
9:9, 20:2,
20:13, 21:14,
26:24, 27:7,
28:4, 29:1,
29:6, 29:12,
30:29, 30:35
**maintaining**
23:25

Transcript of J. Patrick Magill
Conducted on May 30, 2024                    40

| | | | |
|---|---|---|---|
| **make**<br>18:21, 21:4,<br>26:15 | **more**<br>21:3, 24:18 | 14:4 | **one**<br>7:11, 14:14,<br>15:7, 18:14, |
| **many**<br>22:18 | **most**<br>25:5 | **O** | 23:23, 24:22,<br>25:21, 27:4 |
| **marshaled**<br>23:24 | **move**<br>25:18 | **o'connor**<br>3:5, 31:19 | **ongoing**<br>22:24 |
| **maryland**<br>32:31, 33:26 | **much**<br>11:16, 18:22, | **oak**<br>3:6, 31:20 | **only**<br>14:16, 15:7, |
| **maximize**<br>18:20 | 24:17, 24:25,<br>25:4, 25:10 | **oath**<br>29:13 | 15:9 |
| **maybe**<br>8:24, 17:14 | **murkiness**<br>21:24 | **object**<br>23:4 | **open**<br>22:10, 25:7 |
| **mean**<br>25:3 | **mute**<br>7:16 | **objection**<br>19:6 | **operating**<br>18:18, 18:23 |
| **meaningful**<br>15:11 | **N** | **occurred**<br>32:21 | **operations**<br>10:9, 23:3 |
| **mechanically**<br>23:17, 24:4 | **name**<br>17:11, 28:2, | **october**<br>10:2, 11:1 | **opinion**<br>13:6, 26:13 |
| **mediation**<br>22:19 | 29:16 | **of__**<br>29:8, 29:25 | **opportunity**<br>22:10 |
| **meeting**<br>25:22 | **need**<br>19:8, 20:11 | **of__**<br>29:9 | **opposed**<br>25:1 |
| **meetings**<br>25:19 | **needs**<br>8:24, 27:7 | **off-the-record**<br>7:14 | **options**<br>22:10 |
| **melissa**<br>4:12 | **negless**<br>4:22, 31:11, | **offer**<br>18:24 | **oral**<br>30:37 |
| **michelle**<br>16:25, 17:1, | 32:12 | **offered**<br>6:2 | **order**<br>26:9, 26:12 |
| 17:3, 17:9,<br>17:15 | **negotiated**<br>23:2 | **offering**<br>26:23 | **orderly**<br>23:24 |
| **michelle's**<br>17:23 | **neither**<br>32:14 | **office**<br>4:4, 9:14, | **orders**<br>15:21, 18:4 |
| **microphone**<br>7:16 | **net**<br>14:23 | 9:15, 9:19,<br>9:20, 17:12, | **original**<br>16:18, 33:2, |
| **might**<br>19:22, 21:3 | **new**<br>4:20, 32:11 | 29:19, 32:2 | 33:7, 33:10 |
| **minute**<br>24:10 | **next**<br>21:9, 25:20, | **officer**<br>9:25, 10:6, | **originally**<br>16:24 |
| **money**<br>11:10, 14:1, | 26:4, 26:7,<br>26:24 | 23:14, 30:36,<br>31:13, 33:3 | **other**<br>9:21, 15:10, |
| 14:2, 15:23,<br>15:24, 18:20 | **none**<br>6:2 | **officer's**<br>33:9 | 15:12, 15:15,<br>17:8, 22:19, |
| **month**<br>24:21 | **notary**<br>29:24 | **okay**<br>9:14, 9:23, | 29:15 |
| **months**<br>15:10, 17:14 | **noted**<br>29:3 | 10:3, 10:17,<br>14:8, 16:11, | **otherwise**<br>32:18 |
| **mopac**<br>3:18, 31:28 | **nothing**<br>12:9, 26:25 | 16:22, 17:8,<br>22:25, 24:1 | **out**<br>14:22, 22:4, |
| | **number**<br>11:21, 11:22, | **olivia**<br>17:11, 17:13 | 23:16, 23:22,<br>24:21, 26:1, |

Transcript of J. Patrick Magill
Conducted on May 30, 2024                    41

26:16
**out-of-pocket**
16:6
**outcome**
32:18
**over**
7:11, 23:23,
25:19, 26:4
**overall**
10:5
**owe**
14:2, 14:6
**owed**
11:5, 11:15,
12:10, 13:1,
13:19, 14:1
**owes**
18:13
**owns**
15:3, 15:5
**ozburn**
3:17, 31:27

**P**

**page**
5:5, 33:6
**papering**
21:2
**parkway**
3:6, 31:20
**part**
21:20
**parties**
25:21, 31:14,
32:15, 33:14
**party**
31:7
**pass**
27:11
**patrick**
1:29, 2:5, 5:3,
8:7, 28:4, 29:1,
29:6, 29:12,
30:29, 30:35
**paul**
4:18, 32:8
**pause**
9:7

**pay**
10:11, 14:25
**payable**
11:18, 17:7
**payments**
18:5
**pays**
15:18
**pending**
24:1
**people**
22:17, 22:18
**percent**
15:1
**performance**
10:10
**period**
18:21
**person**
16:22, 17:10,
18:11, 29:15
**personal**
12:21
**personally**
12:19, 23:12,
23:15, 29:12
**pg**
28:6, 28:8,
28:10, 28:12,
28:14, 28:16,
28:18, 28:20,
28:22, 28:24
**phone**
7:21
**physically**
8:16, 9:10
**pick**
16:20
**pinemont**
9:13
**pinpoint**
24:24
**place**
21:25, 24:13
**plaintiff**
1:14, 3:3,
30:14, 31:17,
33:10

**plaintiffs**
4:17, 20:17,
20:18, 32:7
**plan**
18:25, 19:5,
20:17, 20:20,
22:14, 22:23,
24:12, 24:13,
24:22, 24:23,
25:2, 25:19
**planet**
32:28, 33:23
**plans**
22:22, 23:2,
23:3, 25:12,
26:2
**please**
7:10, 7:12,
7:16, 7:18,
7:22, 10:3
**pljr**
1:19, 30:19
**pllc**
3:5, 31:19
**point**
19:4
**porch**
18:8
**position**
9:24, 10:1,
14:8, 20:9,
20:11
**post**
3:6, 31:20
**pq**
13:5
**pqpr**
1:18, 10:22,
11:5, 11:7,
11:10, 11:11,
11:15, 12:11,
12:16, 13:12,
13:19, 14:1,
14:12, 14:13,
14:14, 14:17,
14:18, 15:1,
15:5, 15:20,
15:21, 15:25,

16:8, 16:16,
18:13, 21:17,
27:7, 28:2,
30:18
**pqpr's**
13:4
**predetermined**
15:24
**preparing**
33:10
**present**
4:12
**presenting**
20:8
**pretty**
11:16
**primarily**
14:22, 16:4
**prior**
13:6, 15:6
**privilege**
20:2
**privileged**
19:8
**probably**
21:25, 24:3
**proceeding**
7:7, 7:13,
32:16
**process**
23:24, 25:24,
25:25
**processes**
18:5
**product**
14:15, 14:16,
15:7, 15:15,
15:21, 15:22
**products**
15:10, 15:12,
15:15
**profits**
18:22
**programs**
14:20
**proposals**
20:16, 21:15
**proposed**
26:8

Transcript of J. Patrick Magill
Conducted on May 30, 2024

42

| | | | |
|---|---|---|---|
| **protect**<br>20:6<br>**protection**<br>26:23, 27:8<br>**proved**<br>29:13<br>**provide**<br>7:24<br>**provided**<br>12:25<br>**provides**<br>14:14, 14:19<br>**public**<br>29:24<br>**purchase**<br>8:1<br>**purpose**<br>23:25<br>**purposes**<br>7:14, 29:18<br>**pursuant**<br>31:12, 32:19<br>**pursue**<br>21:12<br>**put**<br>22:1, 22:19 | **Q**<br>**question**<br>19:10, 26:7,<br>27:4 | **R**<br>**ran**<br>18:3<br>**rather**<br>19:24, 20:21<br>**re-org**<br>21:5<br>**read**<br>28:6, 28:8,<br>28:10, 28:12,<br>28:14, 28:16,<br>28:18, 28:20,<br>28:22, 28:24,<br>29:1<br>**reads**<br>28:6, 28:8, | |

**protect**
20:6
**protection**
26:23, 27:8
**proved**
29:13
**provide**
7:24
**provided**
12:25
**provides**
14:14, 14:19
**public**
29:24
**purchase**
8:1
**purpose**
23:25
**purposes**
7:14, 29:18
**pursuant**
31:12, 32:19
**pursue**
21:12
**put**
22:1, 22:19

**Q**

**question**
19:10, 26:7,
27:4

**R**

**ran**
18:3
**rather**
19:24, 20:21
**re-org**
21:5
**read**
28:6, 28:8,
28:10, 28:12,
28:14, 28:16,
28:18, 28:20,
28:22, 28:24,
29:1
**reads**
28:6, 28:8,

28:10, 28:12,
28:14, 28:16,
28:18, 28:20,
28:22, 28:24
**really**
8:23, 11:24,
14:22, 24:24,
25:8
**reason**
23:1, 28:6,
28:8, 28:10,
28:12, 28:14,
28:16, 28:18,
28:20, 28:22,
28:24
**reasonably**
10:25
**reasons**
33:6
**received**
12:13, 12:17
**reconcile**
11:9
**record**
9:4, 30:37,
31:15
**recording**
7:13, 7:25
**records**
10:18, 11:4,
12:2, 13:5
**reflected**
11:17, 11:18
**reflective**
11:7
**reg**
32:29, 33:24
**regarding**
18:12
**related**
32:15
**relying**
12:4
**remaining**
20:19
**remember**
7:10, 7:16
**remotely**
1:33, 7:8

**reorganization**
18:25, 20:20,
21:6, 21:11,
21:20, 22:15,
22:23
**report**
12:5, 14:25,
17:1
**reported**
1:33, 1:35
**reporter**
2:7, 2:8, 2:9,
7:19, 8:22, 9:2,
30:33
**reporter's**
30:28
**reporting**
32:29, 33:24
**reports**
10:12, 12:7
**request**
26:18
**requested**
12:12, 12:15
**requirements**
32:19
**resources**
17:5
**respect**
21:14
**response**
20:14, 20:24,
22:9
**restructuring**
9:25, 10:6,
23:14
**retain**
15:1
**return**
31:5
**returned**
33:3, 33:5,
33:7
**revealing**
23:6
**revenue**
14:18
**review**
12:19

**reviewed**
13:24
**rifkind**
4:18, 32:8
**right**
10:20, 11:6,
15:25, 16:3,
17:19, 20:3,
22:17, 23:20,
23:21, 23:23,
24:4, 25:18
**rockville**
32:31, 33:26
**rowe**
12:16
**rule**
32:20, 33:1,
33:13
**run**
7:8

**S**

**said**
13:13, 19:16,
22:3, 24:11,
31:13
**sale**
14:15, 18:4,
24:1
**sales**
14:21, 15:11
**same**
9:2, 15:15,
29:3, 29:17
**sat**
23:16
**say**
9:19, 13:20,
20:8, 20:13,
20:16, 22:5,
24:19
**saying**
13:8, 13:10,
13:20, 13:23,
14:3, 19:3
**says**
24:22
**seal**
29:19

Transcript of J. Patrick Magill
Conducted on May 30, 2024

43

| | | | |
|---|---|---|---|
| **secured**<br>25:17 | **shultz**<br>9:20, 10:14,<br>12:9, 17:2,<br>17:8, 17:12 | **sooner**<br>19:24 | **statement**<br>11:17, 11:22 |
| **security**<br>16:15, 16:19,<br>16:23 | **shutdown**<br>23:16 | **sorry**<br>8:18, 9:17,<br>19:16 | **states**<br>1:1, 30:1 |
| **see**<br>11:21, 22:7 | **shutdowns**<br>23:21 | **sort**<br>24:21 | **stenographic**<br>1:29, 2:4 |
| **seen**<br>16:15, 23:20,<br>23:21 | **side**<br>10:12, 13:25 | **southern**<br>1:2, 30:2 | **stephen**<br>3:22, 31:31 |
| **sell**<br>14:19 | **signature**<br>29:2, 31:4,<br>33:5 | **speak**<br>7:10 | **steve**<br>8:13, 8:18,<br>26:6 |
| **selling**<br>15:14 | **signature-mig2k**<br>33:19 | **speaking**<br>7:20, 7:23 | **store**<br>14:20, 18:5 |
| **sells**<br>15:22 | **signature-p1kal**<br>32:24 | **specifically**<br>13:16 | **street**<br>4:5, 32:3 |
| **sent**<br>13:4, 13:13 | **since**<br>10:2 | **speech**<br>1:7, 1:12,<br>9:16, 9:19, | **streusand**<br>3:17, 31:27 |
| **served**<br>33:14 | **single**<br>11:9 | 10:8, 10:18,<br>10:22, 11:4, | **strongly**<br>21:10 |
| **service**<br>17:25, 18:2 | **sir**<br>17:24 | 11:15, 12:10,<br>13:2, 13:6, | **subchapter**<br>4:3, 32:1 |
| **seven**<br>24:18 | **sit**<br>25:12, 26:18 | 13:22, 13:25,<br>14:12, 14:13, | **subject**<br>21:2 |
| **several**<br>20:16 | **six**<br>17:14, 24:21 | 14:14, 14:15,<br>15:22, 15:23, | **submitted**<br>31:3 |
| **share**<br>19:8 | **slowly**<br>7:10 | 16:8, 16:16,<br>16:19, 16:23, | **subscribed**<br>29:16 |
| **sharing**<br>19:12 | **smith**<br>4:5, 32:3 | 17:18, 18:11,<br>18:12, 28:2, | **suite**<br>3:7, 3:19, |
| **sheet**<br>28:1, 33:2 | **smoothly**<br>7:9 | 30:7, 30:12 | 31:21, 31:29,<br>32:30, 33:25 |
| **shipments**<br>18:7 | **so-to-speak**<br>18:9 | **split**<br>11:8, 14:18,<br>14:23 | **supplements**<br>18:10 |
| **shipping**<br>14:23, 16:5 | **sofa**<br>11:19 | **splits**<br>15:24 | **supplier**<br>15:18, 15:22 |
| **shorthand**<br>2:9, 30:33 | **soft**<br>25:14 | **st**<br>24:11, 31:3,<br>32:22 | **supposed**<br>16:20 |
| **should**<br>7:15, 24:3,<br>28:6, 28:8,<br>28:10, 28:12,<br>28:14, 28:16,<br>28:18, 28:20,<br>28:22, 28:24 | **sold**<br>15:4, 15:10,<br>15:12 | **staff**<br>17:6 | **sure**<br>19:4, 24:9,<br>26:15 |
| **show**<br>11:4 | **some**<br>13:16, 16:2,<br>24:3 | **standard**<br>25:22 | **sworn**<br>8:8, 30:36 |
| **shown**<br>33:14 | **something**<br>17:17, 21:9,<br>22:7 | **start**<br>25:17 | **system**<br>10:22 |
| | | **state**<br>29:8, 29:25,<br>30:34 | **systems**<br>1:7, 1:12,<br>10:18, 11:4,<br>11:15, 12:11, |

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024

44

13:2, 13:22,
14:12, 15:22,
15:23, 16:8,
16:16, 16:19,
16:23, 18:11,
18:13, 30:7,
30:12

**T**

**t**
32:32, 33:27
**table**
23:22
**take**
14:22
**taken**
21:24, 31:14,
32:17
**takes**
18:4
**talk**
7:11, 26:18,
26:19
**talking**
14:10, 23:13
**tanya**
1:35, 2:6,
30:32, 32:26,
33:21
**team**
25:23
**technical-related**
8:3
**technician**
7:6, 9:3
**tell**
10:23, 16:11,
20:4, 23:23
**terms**
15:11, 20:24,
21:19
**testified**
8:9
**testimony**
12:8, 30:37,
31:13
**texas**
1:2, 1:30, 2:5,

3:8, 3:20, 4:6,
7:1, 8:17, 9:11,
9:12, 30:2,
30:34, 31:22,
31:30, 32:4,
32:27, 32:29,
33:22, 33:24
**th**
18:16, 19:1,
19:21, 20:10,
22:6, 22:16,
24:19, 25:13
**thank**
7:6, 8:4, 8:13,
9:23, 16:7,
27:1, 27:12,
27:14
**thanks**
8:14
**therefor**
33:6
**therefore**
13:18
**therein**
29:18
**thereupon**
8:6, 27:16
**things**
22:20
**think**
8:23, 9:18,
19:2, 23:9,
24:8, 24:12,
27:7
**thinking**
20:25
**thinks**
18:13
**thought**
24:3
**three**
15:9
**through**
14:20, 18:16,
25:25
**through_**
29:14
**thursday**
1:31, 7:1

**time**
7:22, 21:3,
23:20, 24:25,
25:4, 25:10,
31:6, 31:13
**tn**
2:8
**today**
8:14, 16:20,
25:24, 27:13
**total**
14:3
**towards**
18:19
**transactions**
14:9, 14:12
**transcript**
8:1, 28:1,
30:36, 31:2,
33:11
**transcripts@plan-**
**etdepos**
32:33, 33:28
**trcp**
32:20, 33:1
**tried**
22:18
**true**
24:11, 29:3,
30:37
**trust**
1:22, 30:22
**trustee**
4:3, 4:12, 32:1
**try**
20:17, 22:11,
25:13
**trying**
19:19, 20:1,
20:8, 21:4,
22:3, 22:4,
22:6, 22:9
**turbo**
14:16, 14:19,
15:3, 15:7,
15:13, 15:16,
15:18
**turn**
8:21, 8:24

**two**
15:9, 24:23,
25:20, 26:5,
26:24
**tx**
2:9

**U**

**unable**
7:20
**under**
14:10, 29:13,
29:19, 33:1
**understand**
14:8
**understanding**
24:7
**understood**
24:15
**unedited**
7:25
**united**
1:1, 30:1
**unless**
14:5
**unreliable**
13:7, 13:11
**until**
14:7, 22:6
**use**
18:15, 18:17,
20:5, 20:12
**uses**
9:16, 9:20
**using**
14:17

**V**

**valuable**
13:18
**value**
25:5
**verhoven-page**
1:35, 2:6,
30:32, 32:26,
33:21
**verify**
14:3

Transcript of J. Patrick Magill
Conducted on May 30, 2024

45

| | | | |
|---|---|---|---|
| **versions** | 25:22 | **yourself** | 19:1, 19:21, |
| 26:11 | **weekly** | 7:22, 12:16 | 20:10, 20:18, |
| **versus** | 11:6, 11:10, | **Z** | 21:9, 22:6, |
| 18:23 | 14:25 | | 22:16, 24:19, |
| **via** | **weeks** | **zoom** | 25:13 |
| 3:12, 3:24, | 24:21, 24:23, | 3:12, 3:24, | **15** |
| 4:10, 4:24, 7:21 | 25:20, 26:5, | 4:10, 4:24 | 17:18, 31:9 |
| **video** | 26:24 | **$** | **16** |
| 7:18, 7:21 | **weiss** | **$____** | 17:18 |
| **volume** | 4:18, 32:8 | 33:9 | **1790** |
| 8:21 | **went** | **.** | 1:36 |
| **vs** | 13:13 | **.3767** | **1801** |
| 1:16, 30:16 | **wharton** | 32:32, 33:27 | 3:18, 31:28 |
| **W** | 4:18, 32:9 | **.433** | **2** |
| **waiting** | **whatever** | 32:32, 33:27 | **20** |
| 12:7 | 16:3, 23:1, | **.503** | 10:2 |
| **walk** | 24:21 | 32:32, 33:27 | **2018** |
| 23:22 | **whether** | **0** | 1:21, 30:21 |
| **want** | 14:1, 19:4, | **00** | **2022** |
| 10:20, 18:17, | 22:5 | 2:2, 7:2, | 10:2, 13:6 |
| 19:20, 19:25, | **wish** | 25:24, 31:8, | **2024** |
| 20:3, 21:4, | 22:17 | 31:9, 31:10, | 1:31, 2:1, 7:1, |
| 21:23, 22:2, | **without** | 31:11 | 28:3, 30:30, |
| 22:21, 26:7 | 19:12, 23:6 | **03127** | 31:3, 32:23, |
| **wanted** | **witness** | 1:16, 30:16 | 33:16 |
| 26:15 | 5:3, 8:8, | **1** | **203** |
| **wants** | 19:14, 23:9, | **1.888** | 32:20, 33:1 |
| 18:15 | 27:11, 30:35, | 32:32, 33:27 | **203.3** |
| **warehouse** | 31:1, 31:3, 31:4 | **10019** | 33:13 |
| 18:6 | **words** | 4:20, 32:11 | **20850** |
| **way** | 22:3 | **11** | 32:31, 33:26 |
| 15:14, 16:8, | **work** | 1:6, 30:6 | **21** |
| 20:7, 22:1, | 20:23 | **12** | 24:11 |
| 22:19 | **worked** | 2:2, 7:2, | **212** |
| **we'll** | 17:13, 17:16 | 27:17, 32:27, | 4:21 |
| 26:19 | **working** | 33:22 | **22** |
| **we're** | 20:23 | **1209** | 1:9, 10:2, 30:9 |
| 18:22, 20:9, | **works** | 4:6, 32:4 | **23** |
| 20:23, 24:19, | 17:9, 17:10, | **12254** | 1:16, 30:16 |
| 24:20, 25:21 | 17:11 | 32:27, 33:22 | **236** |
| **we've** | **Y** | **1285** | 3:21 |
| 12:12, 19:2, | **yeah** | 4:19, 32:10 | **2360** |
| 22:19, 23:20, | 23:4, 26:21 | **14** | 3:7, 31:21 |
| 23:21 | **years** | 18:16, 18:21, | **24** |
| **wechsler** | 17:18 | | 32:27, 33:22 |
| 3:5, 31:19 | **york** | | **26** |
| **week** | 4:20, 32:11 | | 31:8 |
| 11:9, 14:21, | | | |

PQPR Exhibit 2

Transcript of J. Patrick Magill
Conducted on May 30, 2024

46

**27**
5:7, 31:8
**28**
27:17
**29**
13:6

**3**

**3**
25:24
**30**
1:31, 2:1, 7:1,
28:3, 30:30
**31**
31:3, 32:22,
33:16
**3147**
4:21
**320**
3:19, 31:29
**3580**
4:7
**3711**
9:13
**373**
4:21

**4**

**400**
32:30, 33:25
**4400**
3:6, 31:20
**451**
32:30, 33:25

**5**

**50**
14:24, 15:1
**512**
3:21
**540158**
1:38
**562**
3:9

**6**

**60043**
1:9, 30:9

**6064**
4:20, 32:11
**6336**
3:9
**686**
32:29, 33:24

**7**

**700**
4:5, 32:3
**713**
3:9
**77027**
3:8, 31:22
**77208**
4:6, 32:4
**779**
4:7
**78746**
3:20, 31:30

**8**

**832**
4:7

**9**

**9900**
3:21