# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 22-60043 (CML) |
| Free Speech Systems, LLC, | § § | Chapter 11 (Subchapter V) |
| Debtor. | § | Jointly Administered |

## THE TEXAS PLAINTIFFS'
## WITNESS AND EXHIBIT LIST FOR HEARING ON JUNE 14, 2024

| | |
|---|---|
| Main Case No: 22-60043 | Name of Debtor: Free Speech Systems, LLC |
| | |
| | |
| Witnesses: | |
| Robert Schleizer | Judge: Christopher M. Lopez |
| Patrick Magill | Courtroom Deputy: Zilde Martinez |
| | Hearing Date: June 14, 2024 |
| | Hearing Time: 10:00 a.m. (CST) |
| | Party's Name: Texas Plaintiffs |
| | Attorney's Name: Jennifer Hardy |
| | Attorney's Phone: 713-510-1700 |
| Texas Plaintiffs may call or cross-examine any witness designated or called by any other party; <br><br> Any witness necessary for impeachment or rebuttal, as necessary; <br><br> Any witness for the authentication of documents; and <br><br> Texas Plaintiffs reserve the right to amend or supplement this list as necessary, or in the interests of justice. | Nature of Proceeding: <br><br> Emergency Motion of Connecticut Families for Order Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [FSS Docket No. 921]; <br><br> Debtor's Emergency Motion for Court Instructions Regarding (1) Disposition of Debtor's Property, and (2) Clarity as to the Chief Restructuring Officer's Responsibilities and Authority, in the Event of Either a Dismissal of this Case or Conversion to Chapter 7 [FSS Docket No. 933] |

1

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | Any liquidation analysis filed by the Debtor; | | | | |
| | Any pleading or other document filed with the Court on the docket of any of the above captioned chapter 11 cases or adversary proceedings; | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party; and | | | | |
| | Any exhibit listed by any other party. | | | | |

The Texas Plaintiffs reserve all rights, including, but not limited to, the right to amend, revise, or supplement this witness and exhibit list at any time, to designate additional witnesses and exhibits, to call any person identified as a witness by any other party in interest or introduce any document identified as an exhibit by any other party in interest, and to offer additional witnesses and exhibits at the hearing for purposes of impeachment, rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure and the Federal Rules of Evidence.

[*Remainder of page intentionally left blank*]

Dated: June 12, 2024

| | |
|---|---|
| /s/ *Jennifer J. Hardy* | |
| **WILLKIE FARR & GALLAGHER LLP** | **LAWSON & MOSHENBERG PLLC** |
| Jennifer J. Hardy (Texas Bar No. 24096068) | Avi Moshenberg (TX Bar No. 24083532) |
| 600 Travis Street | 801 Travis Street |
| Houston, Texas 77002 | Suite 2101 #838 |
| Telephone: 713-510-1700 | Houston, TX 77002 |
| Facsimile: 713-510-1799 | Telephone: (832) 280-5670 |
| Email: jhardy2@willkie.com | Email: avi.moshenberg@lmbubsinesslaw.com |

**AND**                                **AND**

| | |
|---|---|
| Rachel C. Strickland (admitted *pro hac vice*) | /s/ *Jarrod B. Martin* |
| Stuart R. Lombardi (admitted *pro hac vice*) | **CHAMBERLAIN, HRDLICKA, WHITE,** |
| Ciara A. Sisco (admitted *pro hac vice*) | **WILLIAMS & AUGHTRY, PC** |
| 787 Seventh Avenue | Jarrod B. Martin (TX Bar No. 24070221) |
| New York, New York 10019 | 1200 Smith Street |
| Telephone: 212-728-8000 | Suite 1400 |
| Facsimile: 212-728-8111 | Houston, Texas 77002 |
| Email: rstrickland@willkie.com | Telephone: 713-356-1280 |
|       slombardi@willkie.com | Facsimile: 713-658-2553 |
|       csisco@willkie.com | Email: jarrod.martin@chamberlainlaw.com |

*Bankruptcy Co-Counsel to the Texas Plaintiffs*              *Bankruptcy Co-Counsel to the Texas Plaintiffs*

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2024, a true and correct copy of the foregoing was served via the Court's ECF system to the parties registered to receive electronic service.

*/s/ Jarrod B. Martin*
Jarrod B. Martin