# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | Case No. 22-60043 (CML) |
| Debtor. | |
| In re: | Chapter 11 |
| ALEXANDER E. JONES, | Case No. 22-33553 (CML) |
| Debtor. | |

## CONNECTICUT FAMILIES'
## CONSOLIDATED WITNESS AND EXHIBIT LIST

| Judge | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date | Friday, June 14, 2024 |
| Hearing Time | 10:00 a.m. (CT) |
| Party's Name | Connecticut Families (as defined below) |
| Attorney's Names | Ryan Chapple, Kyle J. Kimpler, Paul A. Paterson, Alinor Sterling (Connecticut Families) |
| Attorney's Phone | 512-477-5000 (Ryan Chapple) |
| Nature of Proceeding | Debtor's Emergency Motion for Entry of an Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [22-33553 Dkt. 684]; Emergency Motion of the Connecticut Families for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [22-60043 Dkt. 921] |

David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica Ash

(collectively, the "Connecticut Families") hereby submit this Consolidated Witness and Exhibit List ("Witness and Exhibit List") in connection with the hearing on (a) *Debtor's Emergency Motion for Entry of an Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [22-33553 Dkt. 684] and (b) *Emergency Motion of the Connecticut Families for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [22-60043 Dkt. 921], to be held on Friday, June 14, 2024, at 10:00 a.m. (Central Time).

The Connecticut Families reserve the right to supplement, amend, or revise this Witness and Exhibit List at any time prior to the hearing. The Connecticut Families reserve the right to supplement the Witness and Exhibit List with new witnesses and additional exhibits. Further, the Connecticut Families reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Connecticut Families further reserve the right to introduce exhibits previously admitted.

## WITNESS LIST

The Connecticut Families may call the following witnesses at the hearing:

1. Vida J. Robinson;
2. Any witness necessary to rebut the testimony of any witness called or designated by any other parties;
3. Any witness listed or called by any other party.

## EXHIBIT LIST

The Connecticut Families may offer for admission into evidence any of the following exhibits at the hearing:

| No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Debtor's Emergency Motion for Entry of an Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [22-33553 Dkt. 684] | | | | |
| 2. | Emergency Motion of the Connecticut Families for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [22-60043 Dkt. 921] | | | | |
| 3. | Declaration of Vida J. Robinson in Support of the Connecticut Families' Emergency Motion to Convert the FSS Case and in Support of Debtor's Emergency Motion to Convert the Jones Case | | | | |
| 4. | Transcription (Excerpts) of *Breaking: Deep State Attempted to Shut Down Infowars Headquarters Last Night* [Exhibit A to Vida J. Robinson Declaration] | | | | |
| 5. | Transcription (Excerpts) of *Is This Infowars' Last Broadcast? Patriots Rally Behind Alex Jones and Crew* [Exhibit B to Vida J. Robinson Declaration] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Transcription of *Infowars On The Edge: Alex Jones Gives A Bankruptcy Update* [Exhibit C to Vida J. Robinson Declaration] | | | | |
| 7. | Screenshots of "InfoWarsLife"-branded Products Marketed on Dr. Jones' Naturals Website as of June 11, 2024 [Exhibit D to Vida J. Robinson Declaration] | | | | |
| 8. | Screenshots of "InfoWarsLife"-branded Products Previously Available on InfoWars Store website [Exhibit E to Vida J. Robinson Declaration] | | | | |
| 9. | Screenshot of Dr. Jones' Naturals Website Homepage as of June 11, 2024 [Exhibit F to Vida J. Robinson Declaration] | | | | |
| 10. | Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Amended Schedules and Statements filed on April 30, 2024 [22-60043, Dkt. No. 900] [Exhibit G to Vida J. Robinson Declaration] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 11. | Global Notes and Supporting Information Regarding Second Amended Schedules of Assets and Liabilities and Statement of Financial Affairs filed on April 18, 2024 [22-33553, Dkt. 242] [Exhibit H to Vida J. Robinson Declaration] | | | | |
| | Any document or pleading filed in the above-captioned cases | | | | |
| | Any exhibits identified or offered by any other party | | | | |
| | Any exhibits necessary for impeachment and/or rebuttal purposes | | | | |

*[Remainder of page intentionally left blank]*

Respectfully submitted this 12th day of June 2024.

**CAIN & SKARNULIS PLLC**
By: */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
E-mail: rchapple@cstrial.com

**KOSKOFF KOSKOFF & BIEDER, PC**
Alinor C. Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
E-mail: asterling@koskoff.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kyle J. Kimpler (admitted *pro hac vice*)
Paul Paterson (admitted *pro hac vice*)
Leslie Liberman (admitted *pro hac vice*)
Vida Robinson (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
E-mail: kkimpler@paulweiss.com
E-mail: ppaterson@paulweiss.com
E-mail: lliberman@paulweiss.com
E-mail: virobinson@paulweiss.com

*Co-Counsel to the Connecticut Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List has been served on counsel for Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 12th day of June 2024.

*/s/ Ryan E. Chapple*
Ryan E. Chapple
