**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In Re:   Free Speech Systems LLC<br>           Debtor | Case No.: 22−60043<br><br>Chapter: 11 |

## **NOTICE OF FILING OF OFFICIAL TRANSCRIPT**

An official transcript has been filed in this case and it may contain information protected under the E−Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-60043-cml |
| Free Speech Systems LLC | Chapter 11 |
| Official Committee of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 9 |
| Date Rcvd: Jun 10, 2024 | Form ID: ntctran | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Free Speech Systems LLC, 3019 Alvin Devane Blvd. STE 300, Austin, TX 78741-7417 |
| aty | + | Harold Hap May P.C., 1500 S. Dairy Ashford Rd., Ste. 325, Houston, TX 77077-3861 |
| aty | + | Jonathan Day, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | | Kyung Shik Lee, Shannon & Lee LLP, Pennzoil Place-Suite 1300, HOUSTON, TX 77027, UNITED STATES |
| aty | + | Leslie E. Liberman, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Paul Andrew Paterson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Ray Battaglia, 66 Granburg Circle, San Antonio, TX 78218, UNITED STATES 78218-3010 |
| aty | + | Reynal Law Firm, P.C., 917 Franklin St., Suite 600, Houston, TX 77002-1764 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Shannon & Lee LLP, 700 Milam Street, STE 1300, Houston, TX 77002-2736 |
| aty | + | Vida Robinson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| intp | + | Alex E Jones, c/o Jordan & Ortiz PC, 500 N Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Erica L. Ash, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701 UNITED STATES 78701-0137 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Ste. 203, Austin, TX 78701-2720 |
| cr | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | + | Security Bank of Crawford, P.O. BOx 90, Crawford, Tx 76638-0090 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jun 10 2024 22:40:38 | AXOS Bank, c/o Quilling Selander Lownds, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | ^ | MEBN | Jun 10 2024 22:40:42 | Ally Bank, c/o Quilling, Selander, et al, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2024 22:51:33 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2024 22:51:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| crcm | + | Email/Text: mbrimmage@akingump.com | Jun 10 2024 22:36:00 | Official Committee of Unsecured Creditors of Alexa, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | Jun 10 2024 22:36:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, |

| District/off: 0541-4 | User: ADIuser | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: ntctran | Total Noticed: 27 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Austin, TX 78746-9817 |
| cr | | ^ | MEBN | Jun 10 2024 22:38:09 | Texas Comptroller of Public Accounts, Revenue Acco, Kimberly A. Walsh, PO Box 12548, Austin, TX 78711-2548 |
| cr | | ^ | MEBN | Jun 10 2024 22:38:10 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | | + | Email/Text: BKECF@traviscountytx.gov | Jun 10 2024 22:36:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| aty | | Annie Catmull |
| aty | | O'ConnorWechsler PLLC |
| aty | | The Law Office of Liz Freeman |
| cr | | ADP TotalSource, Inc. |
| wit | | Charles "Charlie" Cicack |
| res | | Cicack Holdings, LLC |
| intp | | David Ross Jones |
| op | | Marc Schwartz |
| op | | Marc Schwartz |
| cr | | Public Storage |
| op | | Schwartz Associates, LLC |
| op | | Schwartz and Associates, LLC |
| intp | | Shelby A Jordan |
| intp | | Sweetwater Holdings Group, Inc. |
| op | | W. Marc Schwartz |
| cr | ##+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |

TOTAL: 16 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2024            Signature:            /s/Gustava Winters

| District/off: 0541-4 | User: ADIuser | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: ntctran | Total Noticed: 27 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Annie E Catmull | on behalf of Attorney Annie Catmull aecatmull@o-w-law.com  aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Annie E Catmull | on behalf of Defendant Free Speech Systems  LLC aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Annie E Catmull | on behalf of Defendant Free Speech Systems LLC aecatmull@o-w-law.com aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Annie E Catmull | on behalf of Attorney O'ConnorWechsler PLLC aecatmull@o-w-law.com  aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Annie E Catmull | on behalf of Plaintiff Free Speech Systems LLC aecatmull@o-w-law.com  aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Annie E Catmull | on behalf of Debtor Free Speech Systems LLC aecatmull@o-w-law.com  aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Annie E Catmull | on behalf of Cross Defendant Free Speech Systems LLC aecatmull@o-w-law.com aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Marcel Fontaine avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Leonard Pozner avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Bennett Greg Fisher | on behalf of Creditor Public Storage Bennett.Fisher@lewisbrisbois.com amber.kaiser@lewisbrisbois.com;audrey.bridges@lewisbrisbois.com;jann.pigg@lewisbrisbois.com;maria.brito@lewisbrisbois.com;daniel.david@lewisbrisbois.com |
| Bradley J. Reeves | on behalf of Creditor Reeves Law  PLLC bradley.reeves@pillsburylaw.com |
| Christina Walton Stephenson | on behalf of Debtor Free Speech Systems LLC Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Christina Walton Stephenson | on behalf of Interested Party Alex E Jones Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Christopher Dylla | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division Christopher.Dylla@azag.gov |
| Elizabeth Carol Freeman | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 9 |
| Date Rcvd: Jun 10, 2024 | Form ID: ntctran | Total Noticed: 27 |

| | |
|---|---|
| | on behalf of Attorney The Law Office of Liz Freeman liz@lizfreemanlaw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |
| Elizabeth Carol Freeman | |
| | on behalf of Trustee Melissa A Haselden liz@lizfreemanlaw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |
| Elyse M Farrow | |
| | on behalf of Trustee Melissa A Haselden EFarrow@HaseldenFarrow.com elysefarrow@gmail.com |
| Federico Andino Reynal | |
| | on behalf of Attorney Reynal Law Firm  P.C. areynal@frlaw.us |
| Federico Andino Reynal | |
| | on behalf of Defendant Alex E. Jones areynal@frlaw.us |
| Federico Andino Reynal | |
| | on behalf of Defendant AEJ HOLDINGS  LLC areynal@frlaw.us |
| Federico Andino Reynal | |
| | on behalf of Defendant AEJ TRUST 2018 areynal@frlaw.us |
| Federico Andino Reynal | |
| | on behalf of Defendant Free Speech Systems  LLC areynal@frlaw.us |
| Ha Minh Nguyen | |
| | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Harold N May, III | |
| | on behalf of Attorney Harold "Hap" May P.C. hap.may@may-firm.com |
| Jarrod B. Martin | |
| | on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
| | on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
| | on behalf of Plaintiff Estate of Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
| | on behalf of Plaintiff Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
| | on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
| | on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
| | on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
| | on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
| | on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
| | on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
| | on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jason Starks | |
| | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Jayson B. Ruff | |
| | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jennifer F Wertz | |
| | on behalf of Trustee Melissa A Haselden jwertz@jw.com  kgradney@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 9 |
| Date Rcvd: Jun 10, 2024 | Form ID: ntctran | Total Noticed: 27 |

Jennifer Jaye Hardy
  on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Plaintiff Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

John D Malone
  on behalf of Creditor Security Bank of Crawford myra@johnmalonepc.com  myra@johnmalonepc.com

Johnie J Patterson
  on behalf of Counter-Defendant Elevated Solutions Group  LLC
  wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J Patterson
  on behalf of Plaintiff Elevated Solutions Group  LLC
  wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J Patterson
  on behalf of Creditor Elevated Solutions Group  LLC
  wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Joseph S.U. Bodoff
  on behalf of Creditor ADP TotalSource  Inc. jbodoff@rubinrudman.com

Kathleen A. O'Connor
  on behalf of Defendant Free Speech Systems LLC kaoconnor@o-w-law.com

Kathleen A. O'Connor
  on behalf of Debtor Free Speech Systems LLC kaoconnor@o-w-law.com

Kathleen A. O'Connor
  on behalf of Plaintiff Free Speech Systems LLC kaoconnor@o-w-law.com

Kathleen A. O'Connor
  on behalf of Defendant Free Speech Systems  LLC kaoconnor@o-w-law.com

Kimberly A Walsh
  on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov,
  sherri.simpson@oag.texas.gov

Kyung Shik Lee
  on behalf of Attorney Kyung Shik Lee kslee50@gmail.com  Courtnotices@kasowitz.com

Kyung Shik Lee
  on behalf of Debtor Free Speech Systems LLC kslee50@gmail.com  Courtnotices@kasowitz.com

Marty L Brimmage
  on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com
  lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
  on behalf of Creditor Neil Heslin mbrimmage@akingump.com
  lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
  on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
  lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

Case 22-60043   Document 946   Filed in TXSB on 06/12/24   Page 7 of 10

| District/off: 0541-4 | User: ADIuser | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: ntctran | Total Noticed: 27 |

| | |
|---|---|
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alexander E. Jones mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor David Wheeler  et al. mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Melissa A Haselden | on behalf of Trustee Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;mhaselden@ecf.courtdrive.com;haselden.melissaa.r104367@notify.bestcase.com |
| Melissa A Haselden | mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;mhaselden@ecf.courtdrive.com;haselden.melissaa.r104367@notify.bestcase.com |
| Melissa Anne Haselden | on behalf of Trustee Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcy@gmail.com,haselden.melissaa.r104367@notify.bestcase.com;mhaselden@ecf.courtdrive.com |
| Michael P Ridulfo | on behalf of Other Prof. W. Marc Schwartz mridulfo@krcl.com  rcoles@krcl.com |
| Michael P Ridulfo | on behalf of Other Prof. Schwartz and Associates  LLC mridulfo@krcl.com, rcoles@krcl.com |
| Michael P Ridulfo | on behalf of Other Prof. Schwartz Associates  LLC mridulfo@krcl.com, rcoles@krcl.com |
| Michael P Ridulfo | on behalf of Other Prof. Marc Schwartz mridulfo@krcl.com  rcoles@krcl.com |
| Patrick Michael Lynch | on behalf of Creditor Ally Bank plynch@qslwm.com  jtownzen@qslwm.com |
| Patrick Michael Lynch | on behalf of Creditor AXOS Bank plynch@qslwm.com  jtownzen@qslwm.com |
| R. J. Shannon | on behalf of Debtor Free Speech Systems LLC rshannon@shannonleellp.com rshannon@shannonleellp.com;7044075420@filings.docketbird.com |
| R. J. Shannon | on behalf of Attorney Shannon & Lee LLP rshannon@shannonleellp.com rshannon@shannonleellp.com;7044075420@filings.docketbird.com |
| Raymond William Battaglia | on behalf of Debtor Free Speech Systems LLC rbattaglialaw@outlook.com  rwbresolve@gmail.com |
| Raymond William Battaglia | on behalf of Attorney Ray Battaglia rbattaglialaw@outlook.com  rwbresolve@gmail.com |
| Raymond William Battaglia | on behalf of Plaintiff Free Speech Systems LLC rbattaglialaw@outlook.com  rwbresolve@gmail.com |
| Raymond William Battaglia | on behalf of Interested Party Alex E Jones rbattaglialaw@outlook.com  rwbresolve@gmail.com |
| Ryan E Chapple | on behalf of Creditor Neil Heslin rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Wlliam Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff ROBERT PARKER rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com |

District/off: 0541-4 | User: ADIuser | Page 7 of 9
Date Rcvd: Jun 10, 2024 | Form ID: ntctran | Total Noticed: 27

| Ryan E Chapple | |
|---|---|
| | on behalf of Creditor Robert Parker rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor William Sherlach rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff DONNA SOTO rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Jacqueline Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff CARLOS M. SOTO rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff DAVID WHEELER rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff IAN HOCKLEY rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Jennifer Hensel rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Erica L. Ash rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff WILLIAM ALDENBERG rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Nicole Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Ian Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff Donna Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Richard M. Coan rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff MARK BARDEN rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Scarlett Lewis rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff JACQUELINE BARDEN rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Marcel Fontaine rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff WILLIAM SHERLACH rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff JILLIAN SOTO rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff William Sherlach rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Donna Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 8 of 9 |
| Date Rcvd: Jun 10, 2024 | Form ID: ntctran | Total Noticed: 27 |

Ryan E Chapple
    on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Creditor David Wheeler  et al. rchapple@cstrial.com, notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Creditor David Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Robert Parker rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff NICOLE HOCKLEY rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Ian Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff JENNIFER HENSEL rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Creditor Veronique De La Rosa rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Creditor Carlos M. Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Creditor Leonard Pozner rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Creditor Francine Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff David Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff CARLEE SOTOPARISI rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Shelby A Jordan
    on behalf of Interested Party Shelby A Jordan cmadden@jhwclaw.com

Shelby A Jordan
    on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com

Shelby A Jordan
    on behalf of Interested Party Alex E Jones cmadden@jhwclaw.com

Stephen A Roberts
    on behalf of Defendant David Jones sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

Stephen A Roberts
    on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

Stephen A Roberts
    on behalf of Defendant AEJ Austin Holdings  LLC sroberts@srobertslawfirm.com, 1222805420@filings.docketbird.com

Stephen A Roberts
    on behalf of Defendant CAROL JONES sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

Stephen Wayne Lemmon
    on behalf of Defendant PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
    on behalf of Defendant PQPR Holdings LLC lemmon@slollp.com  mates@slollp.com

Stephen Wayne Lemmon
    on behalf of Defendant PLJR HOLDINGS LIMITED  LLC lemmon@slollp.com, mates@slollp.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 9 of 9 |
| Date Rcvd: Jun 10, 2024 | Form ID: ntctran | Total Noticed: 27 |

Stephen Wayne Lemmon
    on behalf of Defendant JLJR Holdings  LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
    on behalf of Defendant PLJR HOLDINGS  LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
    on behalf of Defendant PQPR HOLDINGS LIMITED  LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
    on behalf of Creditor PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Vickie L Driver
    on behalf of Interested Party Alex E Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Vickie L Driver
    on behalf of Defendant Alexander E. Jones  Trustee for AEJ 2018 Trust Vickie.Driver@crowedunlevy.com, elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Walter J Cicack
    on behalf of Defendant CMC Consulting  LLC wcicack@hcgllp.com, mallen@hcgllp.com

Walter J Cicack
    on behalf of Witness Charles "Charlie" Cicack wcicack@hcgllp.com  mallen@hcgllp.com

Walter J Cicack
    on behalf of Interested Party Sweetwater Holdings Group  Inc. wcicack@hcgllp.com, mallen@hcgllp.com

Walter J Cicack
    on behalf of Cross-Claimant CMC Consulting  LLC wcicack@hcgllp.com, mallen@hcgllp.com

Walter J Cicack
    on behalf of Respondent Cicack Holdings  LLC wcicack@hcgllp.com, mallen@hcgllp.com

TOTAL: 164