# Exhibit 6-C

Infowars On The Edge Alex Jones Gives A Bankruptcy Update
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

**ALEX JONES:**  So in the final moves here in the chess game, where they're going to put me in checkmate, and I've got a few moves to run, just to keep getting word out, keep transmitting, getting the word out, doing everything the last minute because I'm a gunner with overwhelming enemies coming in, in the info war.  That's an analogy.  I'm not saying a literal gunner.  They'll spin that and say I'm going to gun them.  I'm a gunner knowing we're all dead anyways, so just trying to save my family behind me, and I'm just ramming ammunition and going to the last minute.  We attack the last minute.

**MALE 1:**  While other networks lie to you about what's happening now, Infowars tells you the truth about what's happening next.  Visit Infowars.com/Show and share the link today.

**ALEX JONES:**  But the latest media spin and deception and not knowing what to say, not knowing what to do, I'm going to explain what's going on here.  An order has gone out through the systems to shut this show down and to shut them all down and put everybody they can in prison, ahead of whatever they're about to do to Trump and these wars and all this.  They don't want people to know what's going on here, whose audiences are growing exponentially.  And they know we're reaching—I mean let's be conservative.  15 million people a day tune in to part of the show.  Another 20 million see clips.  And they're worried because of who listens.  Not just the great general public, but Congress and foreign governments, and everybody from Viktor Bout to Donald Trump to Tucker Carlson to Joe Rogan to Russell Brand to Elon Musk.  And those people respect me.  They know I do my homework.  They know I've got one, if not the best batting average on intel, and the intel agencies know that.  Hell, I just sat there on the night of the Vegas massacre, just the last 10 seconds I said, I think they'll attack a major music event tonight with terrorists.  And people said, "Why did you say that?"  I said, god just told me to say it.  I don't do that very often, but I'm getting better at—I'm getting really good.  I follow the orders now.  I used to be like, what.  The voice is never wrong.  It's never wrong.  And so now people are pretty freaked out because I can see around corners, basically see through walls.  If I'm listening.  Back to the Holy Spirit and that power.  And yes, I'm saying that because it's true.  Now, last Friday, I pick up on the weirdness going on.  I make some calls.  And then I find out that indeed they were going to close the doors, change the locks, digital keys, and kick us out.  But don't worry.  Only until Monday.  With no court order.  And so I got upset about that and I said, really, they're going to shut this down permanently ahead of the judge's thing on the 14th.  He's not the one, but there's all these federal appointed people in the court system the judge doesn't control.  Or he tries to control them, but they do what they want, we've learned.  So I had to explain to the security company, that's a third-party, been here for years, six-seven years, nice people, smart, very professional.  Like them all.  Like the head of the company, all of them.  They're good people.  Done a lot of great work for us.  And I owe them stuff.  I mean they help me get my kids in my custody battle, full custody.  I mean I owe these people stuff.  I like them.  And I had to sit there and explain, listen, I'm the sole member.  I'm the boss and LLC.  The CRO told you he's the boss chief reorganization officer.  He's not.  He doesn't have the power to hire and fire.  I've just been letting him do that out of good faith, even though I've disagreed with some stuff.  And now you're not closing the building.  So I said, you better understand that.  They made some calls here.  "You're right.  We're not going to do anything until we get a court order."  They go into the emergency meeting on Monday in front of the judge and say, "We want this shut down now."  The Democratic Party, plaintiffs' lawyers, all of them.  But they also say,

**Infowars On The Edge Alex Jones Gives A Bankruptcy Update**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
**Transcript by TransPerfect**

Jones is crazy. Nobody try to shut him down. Like when they started censoring everybody six years ago. "Nobody is censoring you." Remember that gaslighting. Gaslighting is a classic 1930s movie where the guy is beating his wife in front of people and they all say, nobody is beating you, honey, and she believes it. It's like a mind game. So the CIA picked that term up. They were setup later. There was a bunch of other really scary set-me-up type crap that went on. And that'll all be told. But it's not that important compared to World War III, to understand the weirdness going on here. Very transparent. And so I start sleeping up here. I tell Melissa what's going on. They spin it and say, nothing is happening, because they don't want people to know, make a big deal. They just want to quietly close it. They lie to you like you're a child. Like your four-year-old goes, what's death? People die? No, no. No one dies. Your parakeet didn't die. Your fish didn't die. It went away to see its friends. You're not a four-year-old. Okay. That's why I get mad at some of my family that wants to have my six—she's seven now, believe in Santa Claus. It's like most of my kids knew Santa Claus wasn't real at three because I told them what was real. It's not real. It's fun. It's fantasy, but it's not real.

**[00:05:00]**

Okay. So Santa Claus ain't real, folks. Okay. And so the judge said at this hearing three weeks ago, not the one on Monday, he said, "I'm either going to give the company back to Alex Jones, or I'm going to…" What'd he say? Something like, "Give it back to Alex Jones or you're going to settle with him." Well, they were never going to settle for any amount of money. They don't want money. They sit on the courthouse steps. You've seen the lawyers, the groups. They want to silence me. I didn't do anything they said. They've got PR firms. They made up all this supposed stuff I said, defaulted me. They had fake show trials. This is all on record. People were just like, wait. He's already guilty but they're having a fake trial run by HBO. Yeah. It was a movie set. Okay. This is on record. But people are just like, well, we're still a free country. That's not happening. No. It's happening. You saw what happened to Trump. Though some higher courts have been blocking him because it's so flagrant. And then they get attacked. They're talking about packing the Supreme Court and putting like ten more in that are all democrats. I mean this is going on. They're threatening them. But these rather lower courts are blocking them. I'm almost done and we'll go to your spaces comments, but everybody wants to know about this, so I'm going to finish up. So then I talked to not just my lawyers but a bunch of other super high-powered top names. And they said, "Listen, when it gets kicked back by the judge giving it back to you, Judge Guerra Gamble in Travis County will shut you down in days." And indeed, they were the news saying, we'll just take it over and padlock it with a restraining order. So we have the hearing the 14th. He gives me the company back. And probably like the next Wednesday, we're closed. So in the final moves in the chess game where they're going to put me in checkmate, and I've got a few moves to run, just to keep getting word out, keep transmitting, getting the word out, doing everything the last minute because I'm a gunner with overwhelming enemies coming in, in the info war. That's an analogy. I'm not saying a literal gunner. They'll spin that and say I'm going to gun them. I'm a gunner knowing we're all dead anyway, so I'm just trying to save my family behind me, and I'm just ramming ammunition and going to the last minute. We attack until the last minute. Okay. So I did that to buy some time because they had already filed to put us into Chapter 7. They didn't want that before. The CIA/FBI groups running the whole attack on me that's now come out on court and is all on

Infowars On The Edge Alex Jones Gives A Bankruptcy Update
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

record and whistler blowers and everything else.  So before I was going to sit there and see, well maybe I get the company back, and then I try to recuse Guerra and fight that.  That wasn't going to work.  And then they filed, but notice the news didn't say anything about it, because that was a tactic to make me negotiate and settle to give into their demands, to let them run the company, to make me their slave, to control what I say.  That's what it's always about.  That's what it was about in high rise 50-story buildings you know in D.C. six years ago where I went and met with, not these people, but the people that run them.  And I'm in there with the top democrats and all of them and the top representatives of the man at the time, who was the richest man in the world.  That's why they got pissed when I said this over the weekend.  Because I mean I can say the names and everything.  Though I'd have these meetings and never do, unless it's something criminal, then I am forced to say it.  They were very very—a little guarded about it, but they were like, we just want to stop what you're doing, and we'll give you this much money for a free speech foundation and on and on and on.  So I started talking about that, and that's when it was like, it's over.  We're done.  We just want him shut down.  So they had already filed, but notice it wasn't in the news, the Chapter 7 liquidation.  They had filed and they were intending to file it at the 14th.  So I just said, well let's just get ahead of what you're doing, and I'll do it, and then I'll kick it into the Federal Courts, and then I'll tell the judge what's going on and I'll tell the receiver they bring in that we can give the crew severance pay and sellout the products here and stay on the air a few months to be classy.  But I'm going to tell the judge, you watch, they don't want all the money they can get from the millions and millions, and millions of dollars of products and advertising to do this because they don't want money.  But I'm going to tee it all up so in the future, when they say, Jones wouldn't pay us money, Jones wouldn't do any of this.  Jones has got $280 million or $400 million.  All these lies that are in the news again today.  There'll be a record of every single bit of all of this and the true history of what happened here.  So I'm down to my last moves on this, and that's where we are.  But if you type in Alex Jones, those that have followed the case, and you look at national news, CNN, all the fake news, you see different stories because they can't figure out—even CNN's Oliver Darcy, the sidekick of Brian Stelter said, "Well it's very confusing.  We don't know what's going on, but Infowars is over."  Well let me tell you what's going on.  There are no assets other than products that are worthless if I don't promote them.

[00:10:00]

Our listeners will never buy those from you the day I'm gone, no matter how much they love them.  And the rest of the story is, I will not sell out or be compromised to stay on air here and be a puppet.  So there's that.  And I will not work with the CRO if they try to keep him on as the liquidator.  And so that's it.  Period.  And that's where I stand.  But if you read these articles, they're back at it.  "Well, Jones claimed in court he was bankrupt out of money."  Which I was at the time, and even more so now.  Officially bankrupt.  And, "Jones really has $270 million the court proved."  No evidence.  No documents.  We couldn't counter it.  It was just, "He's got hundreds of millions.  He made it off these people.  Total lies.  Just give it all to us."  And they're back in the news promoting the same damn lies again.  I mean these people are disgusting and they use—I'm talking about the lawyers, the PR firms, the Democratic Party using these people.  They've got fundraisers all over X, all over Facebook with my name.  "He's attacking us right now.  He's hiding money.  Get him.  Give us money."  That's why.  They've raised so much

**Infowars On The Edge Alex Jones Gives A Bankruptcy Update**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
**Transcript by TransPerfect**

money, hundreds of millions, reportedly, off of my name as the bad guy, and then they're the victims.  And it's just all B-S.  Total horseshit.  Barely ever talked about it.  Thought it really happened at first.  Now we do think it happened and know what really went on.  I believe Lance had other shooters with him.  And then other people go and question it.  It was a huge story.  We covered some, have a few debates about it, move on.  Don't talk about it for years and years and years.  Then they say I'm the Sandy Hook man attacking all these children, these dead kids.  I'm like, hey, years ago I already said I thought it happened.  Let's move on.  They go, "Oh, my god.  You admit you lied."  No, I didn't.  We're suing you.  And then it's Jones did this.  Jones created this story.  Jones made his empire off this.  Blah, blah, blah with these PR firms that later bragged.  I didn't even know they were PR firms.  And the head of the FBI in Connecticut bragged on the stand.  "I created the lawsuit.  I went and did it all."  I was like, wow, I learned that.  And then the CIA guy gets caught on tape admitting they did it all.  It's like, whoa.  And the public is all watching this going, yeah, this is—right while you're doing all this to Trump, I mean this is crazy.  So then my last move is, send it to Travis County, as corrupt as D.C. or New York.  I mean it's bad.  And don't worry.  I'm leaving Travis County.  Run me out of this county, my family literally—I'm not going to get into.  Travis didn't have any family other than the son.  They didn't have children.  But my family raised Colonel Travis' son.  So I can tell you right the [INDISCERNIBLE 00:12:40].  I can tell you, this county is named after us.  And they went and wrote the whole thing with Jackson before it ever happened.  We sent the people in the missionaries.  We ran the whole operation.  We setup Santa Ana, even before he was around.  I mean my family ran the operations.  Okay.  Let's get that straight.  And yeah, okay, you sit there and laugh and say you're running me out of here.  You'll see what happens.  I'm only evacuating to come and retag it politically, nonviolently, culturally.  So in closing, we'll go to your spaces for the rest of the show.  Look at these headlines.  Each one is a different B-S story.  Alex Jones agrees to liquidate his assets to pay Sandy Hook families, a move that would end his ownership of Infowars.  End my ownership, it will be completely worthless.  This equipment, most of it is five, six, seven, eight years old.  Worthless in resale market.  Technology is obsolete in two years.  Oh, you've got some supplements and some t-shirts.  Nobody is buying them from you.  No.  It's not because they've put me into the corner.  Alex Jones to sell Infowars to pay $1.5 billion debt to Sandy Hook families.  Maybe it's a weird way for George Charles to give them a couple hundred million and they'll say—I mean maybe not with the families themselves, but is this some type of weird money laundering operation or something?  I don't know.  Why do they keep saying I have $1.5 billion?  I made like $50-something million in 30 years myself and paid half of it in taxes and most of the rest to lawyers.  And I've lived fine, but I'm not an opulent person.  So if I made $54 million in my lifetime, how am I supposed to pay them $1.5 billion?  The answer is I'm not.  So now it's acting like, oh to help pay—and then it's going to be later, oh, he's still not paying.  And they're like, oh, we got his farm.  Look at this.  This is the great one.  KUT.  Local CIA PBS.  Alex Jones came for the parents of Sandy Hook victims.  No, I didn't.  Now they're coming for his ranch.  It's already been sold.  I've already sold everything I've got but my house.  I've already sold my cars, my guns, a few watches people gave me as gifts.  I was totally honest and just said, here.  Have it all.  I never even wear it.  I don't even go there.  I don't care about it.  I already sold the big house I had to fund this place years ago.

[00:15:00]

**Infowars On The Edge Alex Jones Gives A Bankruptcy Update**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
**Transcript by TransPerfect**

Already put all the Bitcoin money in it.  Means nothing to me.  Integrity is everything.  It's not even on the Richter's scale.  And then they say, but they're still looking for the $270 million.  I thought it was $400 million you made up and pulled out of your butt.  Alex Jones liquidated assets to pay Sandy Hook families.  So there you go folks.  To keep my broadcast on air, it is more critical than ever that you support our sponsors.  And many of the great products that have been available for years at Infowars.com are no longer available there.  They're exclusively available at DrJonesNaturals.com.  The URL is below on screen.  All of the patented nano silver products like the toothpaste and the wound gel and the immune gargle are there at DrJonesNaturals.com.  And many other amazing products, like a super high quality organic multivitamin.  Next level foundational energy.  Kava Chill, Rocket Rest, Top Brain.  The list goes on and on.  Please visit DrJonesNaturals.com today or visit the link below and support the broadcast while getting amazing products at the same time.  Thank you so much for your past support, and I'm encouraging you now to go to DrJonesNaturals.com.  It's critical to keeping my broadcast on the air, plus they're amazing products.  Thank you for your support.  Now please take action by going to DrJonesNaturals.com today and checking out the amazing products.

**[00:16:20]**