# Exhibit 7-D

WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG


Dr. Jones' NATURALS

LOGIN    🛒 0

ORAL CARE ⌄   SUPPLEMENTS ⌄   COSMETICS ⌄    Search...

HOME / PRODUCTS / INFOWARS LIFE SUPERBLUE SILVER IMMUNE GARGLE





**SALE**

Infowars Life

# INFOWARS LIFE SUPERBLUE SILVER IMMUNE GARGLE

★★★★★ 2 Reviews

**$11.16** ~~$13.95~~
You Save 20% ($2.79)

**Purchase options**

| One-time purchase $11.16 | Subscribe & Save 6% $10.49 |

ⓘ About subscriptions

**Size**

[ 3.4 FL OZ ]   [ 1 FL OZ SPRAY ]

**Qty**

[ − ]  1  [ + ]      **ADD TO CART**

---

**Description**

   On The Go Or At Home, SuperBlue Silver Immune Gargle Will Be Your Go To Formula! Healthy living is an important part of staying in top form. Now is the time to get serious about your well-being and prepare to make a stand in favor of you and your family's health. Designed to be used everyday, just take a tea spoon amount in your mouth, swish it around and swallow. Immune Gargle ingredients are:

• **Iodine** (as EDDI)

• **Silversol® Technology Nano Silver**

• **Deionized Water**: Ultra purified water for purity and extended shelf life


Rewards



WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE ×

NEED HELP? CALL 📞 512-773-9742     FAQ     NON-PROFIT     CONTACT     BLOG     LOGIN     0

Dr. Jones' NATURALS

ORAL CARE ∨   SUPPLEMENTS ∨   COSMETICS ∨   Search...

HOME  /  PRODUCTS  /  INFOWARS LIFE SUPERBLUE FLUORIDE-FREE TOOTHPASTE - 4 FL OZ



SALE

Infowars Life

# INFOWARS LIFE SUPERBLUE FLUORIDE-FREE TOOTHPASTE - 4 FL OZ

★★★★★ 16 Reviews

**$11.21** ~~$14.95~~
You Save 25% ($3.74)

**Purchase options**



One-time purchase
$11.21

Subscribe & Save 6%
$10.54

ⓘ About subscriptions

Qty

[ − ]  1  [ + ]     **ADD TO CART**

 Rewards



**WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE→**

×

NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG

👤 LOGIN    🛒 0


Dr. Jones' NATURALS

ORAL CARE ⌄    SUPPLEMENTS ⌄    COSMETICS ⌄    Search... 🔍

HOME  /  PRODUCTS  /  KNOCKOUT SLEEP SUPPORT






 

**SALE**

Infowars Life

# KNOCKOUT SLEEP SUPPORT

⭐⭐⭐⭐⭐  5 Reviews

**$25.95** ~~$35.95~~
You Save 28% ($10.00)

**Purchase options**




| One-time purchase | Subscribe & Save 6% |
| $25.95 | $24.39 |

❓ About subscriptions

**Qty**

[−]  1  [+]    **ADD TO CART**

---

**Description**



 Rewards

 8

WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG

LOGIN    

Dr. Jones' NATURALS

ORAL CARE ▾    SUPPLEMENTS ▾    COSMETICS ▾    Search...

HOME  /  PRODUCTS  /  IMMUNE SUPPORT





NEW

# IMMUNE SUPPORT

$29.95

**Purchase options**



○ One-time purchase
$29.95

○ Subscribe & Save 6%
$28.15

 About subscriptions

Qty

[ − ]  1  [ + ]    **ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**

 Rewards





WHOLEFOOD MULTIVITAMIN NOW AVAILABLE

NEED HELP? CALL 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG    LOGIN    0

Dr. Jones' NATURALS

ORAL CARE    SUPPLEMENTS    COSMETICS    Search...

HOME / PRODUCTS / SUPERSILVER GRAPEFRUIT SKIN CREAM





SALE

Infowars Life

# SUPERSILVER GRAPEFRUIT SKIN CREAM

$16.95 $19.95
You Save 15% ($3.00)

Purchase options



One-time purchase
$16.95

Subscribe & Save 6%
$15.93

About subscriptions

Size

3.4 FL OZ    1.2 FL OZ


Rewards



WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 📞 512-773-9742   FAQ   NON-PROFIT   CONTACT   BLOG   LOGIN   🛒 0

 Dr. Jones' NATURALS

ORAL CARE ▾   SUPPLEMENTS ▾   COSMETICS ▾   Search...

HOME / PRODUCTS / SILVER BULLET COLLOIDAL SILVER - 2 FL OZ





SALE

Infowars Life

# SILVER BULLET COLLOIDAL SILVER - 2 FL OZ

★★★★★ 3 Reviews

**$12.98** ~~$29.95~~
You Save 57% ($16.97)

Purchase options




One-time purchase
**$12.98**

Subscribe & Save 6%
$12.20

ⓘ About subscriptions

Qty

1

 ADD TO CART

 Rewards




Case 22-60043   Document 950-7   Filed in TXSB on 06/13/24   Page 8 of 14


HOME  /  PRODUCTS  /  SUPERSILVER UNSCENTED SKIN CREAM





**SALE**

Infowars Life

# SUPERSILVER UNSCENTED SKIN CREAM

★★★★★ 5 Reviews

**$15.96** $19.95
You Save 20% ($3.99)

**Purchase options**



One-time purchase
**$15.96**

Subscribe & Save 6%
$15.00

? About subscriptions

**Size**

| 3.4 FL OZ | 1.2 FL OZ |

 Rewards



WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE →

NEED HELP? CALL 📞 512-773-9742   FAQ   NON-PROFIT   CONTACT   BLOG   LOGIN   🛒 0

Dr. Jones' NATURALS

ORAL CARE ∨   SUPPLEMENTS ∨   COSMETICS ∨   Search... 🔍

HOME / PRODUCTS / GREENS FIBER CAPSULES






 SALE   NEW

# GREENS FIBER CAPSULES

⭐⭐⭐⭐⭐ 3 Reviews

**$22.45** ~~$29.95~~
You Save 25% ($7.50)

**Purchase options**



One-time purchase
**$22.45**

Subscribe & Save 6%
$21.10

ⓘ About subscriptions

**Qty**



[ − ]  1  [ + ]    **ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**





WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

×

NEED HELP? CALL 📞 512-773-9742     FAQ     NON-PROFIT     CONTACT     BLOG                          👤 LOGIN    🛒 0

**Dr. Jones' NATURALS**                                                     ORAL CARE ⌄   SUPPLEMENTS ⌄   COSMETICS ⌄     Search... 🔍

HOME  /  PRODUCTS  /  SUPERSILVER LAVENDER SKIN CREAM




**SALE**

Infowars Life

# SUPERSILVER LAVENDER SKIN CREAM

 2 Reviews

**$15.96** ~~$19.95~~
You Save 20% ($3.99)

**Purchase options**




One-time purchase
$15.96

Subscribe & Save 6%
$15.00

ⓘ About subscriptions

**Size**

| 3.4 FL OZ | ~~1.2 FL OZ~~ |


Rewards




WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

✕

NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG

 LOGIN     0

### Dr. Jones' NATURALS

ORAL CARE ⌄    SUPPLEMENTS ⌄    COSMETICS ⌄    Search...

HOME / PRODUCTS / WHOLEFOOD MULTIVITAMIN







**SALE**  **NEW**

# WHOLEFOOD MULTIVITAMIN

★★★★★ 2 Reviews

**$37.45** ~~$49.95~~

You Save 25% ($12.50)

**Purchase options**



One-time purchase
**$37.45**

Subscribe & Save 6%
$35.20

ⓘ About subscriptions

**Qty**

[ − ]  1  [ + ]    **ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**





 Rewards



**WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE→**

NEED HELP? CALL  512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG

LOGIN    0

**Dr. Jones' NATURALS**

ORAL CARE ⌄    SUPPLEMENTS ⌄    COSMETICS ⌄    Search...

HOME  /  PRODUCTS  /  SUPERSILVER WOUND DRESSING GEL™ FIRST AID AND SUNBURN RELIEF WITH SILVERSOL® NANO SILVER




SALE

**Infowars Life**

# SUPERSILVER WOUND DRESSING GEL™ FIRST AID AND SUNBURN RELIEF WITH SILVERSOL® NANO SILVER

★★★★★ 11 Reviews

**$29.95** ~~$39.95~~
You Save 25% ($10.00)

**Purchase options**



One-time purchase
**$29.95**

Subscribe & Save 6%
$28.15

ⓘ About subscriptions



 Rewards



NEED HELP? CALL 📞 512-773-9742     FAQ     NON-PROFIT     CONTACT     BLOG                    LOGIN      🛒 0



ORAL CARE ˅    SUPPLEMENTS ˅    COSMETICS ˅        Search...  🔍

HOME  /  PRODUCTS  /  NASCENT IODINE SURFACE SPRAY




SALE   NEW

# NASCENT IODINE SURFACE SPRAY

**$17.76** ~~$35.52~~
You Save 50% ($17.76)

**Purchase options**



One-time purchase
**$17.76**

Subscribe & Save 6%
$16.69

ⓘ About subscriptions

Qty



[ − ]  1  [ + ]    **ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**



 Rewards

 0

WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG                                             LOGIN     0

**Dr. Jones' NATURALS**                                                   ORAL CARE    SUPPLEMENTS    COSMETICS        Search...

HOME  /  PRODUCTS  /  SUPER BLUE BUBBLE GUM TOOTHPASTE - 4 FL OZ



**SALE**

Infowars Life

# SUPER BLUE BUBBLE GUM TOOTHPASTE - 4 FL OZ

★★★★★ 6 Reviews

**$11.21** $14.95
You Save 25% ($3.74)

**Purchase options**


**One-time purchase**
**$11.21**


Subscribe & Save 6%
$10.54

 About subscriptions

Qty

[ − ]   1   [ + ]      **ADD TO CART**

 Reviews

 Rewards