# Exhibit 9-F

