# Exhibit 11-H

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **ALEXANDER E. JONES** | § | **Case No. 22-33553** |
| | § | |
| Debtor. | § | |
| | § | |

**GLOBAL NOTES AND SUPPORTING INFORMATION REGARDING SECOND
AMENDED SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF FINANCIAL AFFAIRS**

On December 2, 2022 (the "Petition Date"), Alexander E. Jones (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").

With the assistance of his Bankruptcy Court approved financial and legal advisors, the Debtor prepared the original Schedules and Statement of Financial Affairs filed on February 14, 2023 at Docket Numbers 130 and 131. On the date below, the Debtor filed his annexed Second Amended Schedules of Assets and Liabilities (the "Schedules") and the Second Amended Statement of Financial Affairs (the "SOFA" and combined, the "Schedules and SOFAs"), pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to any financial statements.

Although the Debtor's advisors and the Debtor have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. These notes regarding the Debtor's Schedules and SOFAs (the "Notes") comprise an integral part of the Debtor's Schedules and SOFAs and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

Compiling the information necessary to complete the Schedules and SOFAs for this individual debtor was incredibly difficult due to the lack of books and records in any single place. Multiple individuals assisted the Debtor in paying his bills and household expenses, but no budget existed and no bookkeeper reconciled any bank statements. Bank accounts were used by or on behalf of the Debtor by third parties due to his status as a controversial public media personality.

1

1.         <u>Amendments.</u> The Debtor reserves the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

2.         <u>Asset Presentation.</u> Most assets and liabilities of the Debtor are fair market value as of December 2, 2022; provided, however, that some adjustments have been made when the information was available subsequent thereto. When another source or method was used, all attempts have been made to notate such source or method. The Debtor reserves his right to amend or adjust the value of each asset or liability set forth herein.

3.         <u>Liabilities.</u> The Debtor sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtor also reserves the right to change the allocation of liability to the extent additional information becomes available.

4.         <u>Causes of Action.</u> Despite reasonable efforts, the Debtor may not have identified or set forth all of its causes of action against third parties as assets in his Schedules and SOFAs. The Debtor reserves any and all of his rights with respect to any causes of action he may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.         <u>Claim Description.</u> Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on his Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtor also reserves the right to amend his Schedules or SOFAs as necessary or appropriate.

6.         <u>Property and Equipment.</u> A third-party appraisal company has completed a physical inventory or appraisal of all of his owned equipment household goods, jewelry, and other physical assets located at his homestead and lake house and such values are described and contained in these Schedules. Nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all of his rights with respect to such issues.

7.         <u>Insurance.</u> The Debtor has, in the past, maintained a variety of insurance policies including property and life. The Debtor's interest in these types of policies is limited to the amount of the premiums that the Debtor has prepaid, if any, as of Petition Date. To the best of the Debtor's knowledge, no such prepayments exist. The Debtor reserves all rights to refunds of any overpayments of premiums paid on any insurance policies. In addition, the Debtor believes there is no cash value in such policies.

8.     <u>Insiders.</u> In the circumstances where the Bankruptcy Schedules require information regarding insiders, the listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or apparent or actual authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.     <u>Statement of Financial Affairs 19(d) – Financial Statements.</u> The Debtor has tried to remember all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtor reserves his rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

10.     <u>Specific Notes.</u> These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, list, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, list, or continuation sheet.

11.     <u>Totals.</u> All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

12.     <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

13.     <u>General Reservation of Rights.</u> The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of his Schedules and SOFAs as and to the extent necessary as he deems appropriate.

14.     <u>Specific Notes.</u>

- Schedule A/B: Property – Part 1 – Residence
  - Part 1.0: Home Residence (homestead)
    - Zillow Zestimate – current 100% value $3,266,000.
      - Current value of the portion you own: per pre-nuptial agreement, Alexander E. Jones ("<u>AEJ</u>") owns 80% and his wife owns 20% of residence or $2,612,800.00.
  - Part 1.2: Rental Property
    - Located in SE Austin
    - Zillow Zestimate – current value $505,000.
    - 15-year + tenant, lease is a verbal month-to-month.
    - Tenant performs & has never had rent adjusted.
    - Tenant pays $1,200 per month plus maintenance, upkeep and part-time IT work for AEJ and Free Speech Systems, LLC ("<u>FSS</u>").

- The mortgage is $1,649.
- Pays in cash & deposited into PNC DIP depository account (current)
- David Jones was seller (05/15/2015) and is co-mortgagee.
- o Part 1.3: Lake House - located on Lake Travis
  - Appraised value of $1,750,000 as of 10/17/2022 by Wheeler Appraisal, LLC prepared for Jordan & Ortiz, P.C.
  - Lake house was purchased in 2015.
- o Questions regarding condominiums per initial filing:
  - Condo # 3 – Purchased June 7, 2017, from Grantor, Jeffrey R Skipper & Delee D. Skipper by David Jones solely as the trustee of Alexander E Jones Descendant and Beneficiary Trust (Grantee).
  - Condo # 5 – AEJ conveyed to RCGJ, LLC (March 18, 2016), RCGJ, LLC conveyed to Alexander E Jones Descendant and Beneficiary Trust (June 30, 2017).
  - Condo # 6 – Purchased February 25, 2016 (original deed) from 3504 Clawson Road, LLC (seller) by RXXCTTGAA Trust (corrected deed filed on April 25, 2016).
  - Insurance being paid by AEJ; will be transferred for owner to pay all future payments.
- Schedule A/B: Property – Part 2 – Vehicles
  - o 3.0: Cars, vans, trucks, sport utility vehicles, motorcycles
    - 3.1: 2017 Ford Expedition (good condition)
      - Kelly Blue Book value of $21,463 as of 02/07/23
    - 3.2: 2019 Dodge Challenger (Hellcat Redeye) (good condition)
      - Kelly Blue Book value $67,575 as of 02/07/23
    - 3.3: 2020 Dodge Charger (Hellcat) (good condition)
      - Kelly Blue Book value $70,618 as of 02/07/23
    - 3.4: 2020 Chevrolet Tahoe (added) (good condition)
      - Initially believed this vehicle was leased; subsequently discovered lease was purchased/paid off.
      - Kelly Blue Book value of $60,034 as of 03/08/23
        - o Mileage – 34,734
        - o Vin # 1GNSCCKJ5LR294493

- Schedule A/B: Property – Part 2 – Boats & trailers (slip #'s 1C73, 1A80, TR007, & 1A11)
    - 4.1: 2016 Regal Boat 28 Express & 2003 Ezloader Trailer and Glastronbo GS229.
      - JD Power value of $67,015 as of 02/07/23 (includes trailer)
      - Stored in marina stack system – Lake Travis
    - 4.2: 2015 Regal Boat 24 Fasdeck & 2015 Magnum Trailer
      - JD Power value $47,285 as of 02/07/23 (includes trailer).

- Store in marina stack system – Lake Travis
  - 4.3: 2003 Glastron 22 foot boat Model GS209
    - Stored in marina stack system – Lake Travis
    - Possession was taken by Patrick Reilly seven years ago, but boat remains registered in AEJ's name and located in AEJ's slip.
    - Value of $23,500 according to boatcrazy.com

- Schedule A/B: Property – Part 3 – Personal and Household Items
  - 6 – 9 & 11
    - Appraisal performed March 9, 2023, by ValuePros LLC – total value of household goods located in homestead is $69,197
    - Located two additional watches after appraisal
      - Omega 300 CO-Axial – value of $2250 per wholesale jeweler
      - Tag Heuer Autavia – value of $1000 per wholesale jeweler
  - 9. Equipment for sports and hobbies (3 electric bikes).
    - Rhino (Zugo)
    - Two (2) Bakcou
  - 10. Firearms
    - Value by Mike Cargill of Central Texas Gun Works of 51 guns in a range of $72,300 (dealer value) – $99,817 (used retail value).
  - 13.0 Non-farm animals
    - Ragdoll cat (approximately 2 years old) – valued at $200.
  - 14.0 Cryoniq Cryogenic chamber – valued at $4,000 per conversations with President of the Company.
- Schedule A/B: Property - Part 4 – Financial Assets.
  - 16.0 – $12,000.
  - 18.0 Bonds, Mutual funds or publicly traded stocks
    - No publicly traded stocks, money market funds, bond funds
  - 19.0 Non-publicly traded stock and interests and unincorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture.
    - Free Speech Systems, LLC
      - Value $0, derived from schedules filed by FSS (case # 22-60043), reflecting the value of liabilities greater than assets
      - Tax forfeiture on March 10, 2023
    - AEJ Austin Holdings LLC
      - Owns 80% of PLJR Holdings Limited, LLC which owns 90% of PQPR Holdings Limited, LLC ("PQPR"), an effective 72% ownership of PQPR
      - Value of PQPR is undetermined
      - Bank balance $10,000 – (Security Bank account #0940).



5

- Guadalupe County Land and Water LLC
  - Ranch was transferred from Guadalupe County Land and Water LLC (per appraisal) to 2022 Appeal Trust and thereafter to AEJ on December 2, 2022 (listed elsewhere in these Schedules under farm and ranch land).
  - No other assets found.
- Magnolia Management LLC
  - Formed in Alaska on November 16, 2007, to be the general partner of Magnolia Holdings, Limited Partnership, also an Alaska entity formed four days after.
    - Owned 49% by AEJ and 51% by KJ as of formation.
    - 100% ownership by AEJ in Divorce Decree entered March 17, 2015
    - Involuntarily dissolved September 23, 2021
- Magnolia Management, LP
  - Presumed to be an abbreviated reference to Magnolia Holdings Limited Partnership (above)
  - TX SOS – Shows several results like this name. Magnolia Management is shown as a DBA of Alex Jones shown on one of his Bank of America bank statements along with Jones Production and Infowards [sic].
  - Current rental property originally purchased by Dr. David Jones. Alex Jones was added to mortgage when he purchased property in 2015 from Dr. David Jones.
  - Collections from rental went into Magnolia Management Bank of America account but now go into PNC DIP depository account.
  - Mortgage on rental property is in name of David Jones and AEJ.
- Magnolia Holdings Limited Partnership
  - Formed in Alaska on November 20, 2007, to be the owner of Prison Planet TV, LLC; Jones Report, LLC; and Infowars, LLC (k/n/a/ InfoW, LLC)
    - Owned 49.5% by AEJ and 49.5% by KJ as of formation.
    - 100% ownership by AEJ in Divorce Decree entered March 17, 2015
    - Involuntarily dissolved on May 9, 2020
- Jones Productions
  - Believed to be a misnomer of Jones Productions, LLC (below)
- Emric Productions LLC
  - Bank of America bank account with a balance of $485.27 in this name
  - No entity by this name has been located
  - No other assets have been located as of the date hereof

- A. Emric Productions LLC
  - No bank accounts or other assets located as of the date hereof
  - Formed on May 10, 2007
  - Tax forfeiture occurred on January 28, 2011, over 12 years ago
- Jones Report, LLC
  - Received an assignment from AEJ for all copyrights, trademarks, intellectual property associated with prisonplanet.com and jonesreport.com on December 18, 2007
  - Tax Forfeiture March 10, 2023
  - Go Daddy Valuation as of March 2023 - $5,901.00
- Jones Productions, LLC
  - No bank accounts or other assets located as of the date hereof
  - Tax Forfeiture March 10, 2023
- Austin Shiprock Publishing, LLC (added)
  - Upon information and belief, AEJ owns 100% membership interests and is manager – no operating agreement has been located.
  - FSS received Travis County personal property tax bill rendering reflecting a tax value of $1,354,474 of personal property owned by this company but located at FSS' location. This tax bill was paid in 2002 by FSS.
  - No value is reflected due to the belief that this personal property is or should be owned by FSS.
- Planet Infowars, LLC (added)
  - Upon information and belief, AEJ owns 100% membership interests and is manager – no operating agreement has been located.
  - No bank accounts or other assets located as of the date hereof
  - Tax Forfeiture March 10, 2023
- RCGJ, LLC
  - No bank accounts or other assets located as of the date hereof
  - David Jones is manager
  - Unknown ownership

- AEJ Holdings, LLC
  - Cannot locate this entity – it appears to be a misnomer of AEJ Austin Holdings LLC

- InfoW, LLC
  - Transferred into 2022 Litigation Settlement Trust.
  - Forfeited corporate existence dated March 10, 2023.

- No ownership or control by AEJ.
- Owns domains whatistheendgame.com, truthisnews.us, Infowars.com, and Infowars.net valued at a total of $21,734 by Go Daddy.

- IWHealth, LLC
  - Transferred into 2022 Litigation Settlement Trust.
  - Forfeited corporate existence dated March 10, 2023.
  - No ownership or control by AEJ.
  - Funds transferred by CRO of $45,000.
- Prison Planet TV, LLC
  - Transferred into 2022 Litigation Settlement Trust.
  - Believed to currently own prisonplanet.tv website which is valued by Go Daddy at $201.
  - Forfeited corporate existence dated March 10, 2023.
  - No ownership or control by AEJ.

The three entities above were transferred by Alex Jones to the 2022 Litigation Settlement Trust in April 2022 in advance of their bankruptcy filings. The Trustee is Rob Dew. Mr. Dew is in the process of employing professionals to assist in determining how to carry out his fiduciary duties and interpret the 2022 Litigation Settlement Trust Agreement.

Value - $66,935.00

One entity – End Hate Now, LLC formed in Nevada has an "Alex Jones" name associated with it; however, AEJ has no memory of this entity and upon information and belief it is not related to AEJ.

- 22.0 Security Deposits and prepayments
  - Pre-marital deposit - $179,764 from Security Bank on 11/08/22 AEJ's account.
  - $78,140 was made from The Missouri779384 Trust on 11/08/22 (catch up payment that ended up duplicated).
- 26.0 Removing upon information and belief that such sites are owned by FSS due to payment therefore by AEJ's American Express commonly reimbursed by FSS.
- 27.0 Licenses – An entry on AEJ's tax return referenced "US Gym Patent." After investigation, no such patent, nor any patent with AEJ as the author or applicant, could be found. Upon information and belief, this may relate to purchased gym equipment.
- 28.0 Tax Refunds – Anticipated refund of $3,934,571 based on AEJ's 2021 Form 1040 that was filed March 29, 2023, potentially subject to setoff for current IRS claims.
- 30.0 Other amounts someone owes you – amounts not paid by FSS under Employment Agreement.

- o 31.0 Interest in insurance policies
    - ▪ Lincoln Benefits Life Insurance – Multiple requests for information made to insurance company for beneficiary information; no result as of the date hereof.
    - ▪ CMFG Insurance – Ex-wife is listed as beneficiary, benefit is $375,000; policy requested and not received as of the date hereof.
- o 33.0 Claims against third parties
    - ▪ Represented Debtor in Texas litigation; claim not valued currently.
- o 38.0 Accounts receivable or commissions you already owned
    - ▪ Mountain Way Marketing, LLC; amount was owed to Debtor for marketing & personal appearance fees as of the petition date, amount outstanding has since been collected and all funds returned to FSS, resulting in a needed deletion of this account receivable.
- o 42.0 Interests in partnerships or joint ventures – please see entities under section 19.
- o 49.0 Farm and fishing equipment
    - ▪ Inoperable CAT Bulldozer – value $0, please see below picture.
    - ▪ Inoperable Dump truck – value $0, please see below picture.





- Part 6
  - 51.0 Any farm and commercial fishing related property you own or have an interest in.
    - Appraisal as of 10/19/22 prepared by Henn & Associates $2,189,220 (originally showed 1,557,000)
    - Appraisal prepared for Jordan & Ortiz, P.C.
    - Transferred from Guadalupe Land and Water LLC as referenced above
- Part 7
  - 53. Other property of any kind you did not already list
    - Access to Helicopter
      - Non-transferable
      - Initially in exchange for a one-time payment of $335,000 dated 03/03/2021 from FSS, check # 10635, AEJ jointly owned one (1) helicopter with S&S 1165 Investment, LLC.
      - When sold, AEJ rolled his proceeds into up to eight (8) trips per year for a term of fifteen years.
    - Alex Was Right (GiveSendGo) – valued at $915. GiveSendGo is a Christian crowdfunding website founded in 2014. The website was founded as a response to GoFundMe removing campaigns that they did not agree with.
- Schedule A/B: Property
  - 25.0 Continuation Page
    - We have spoken to or reached out to no less than nine (9) attorneys to find information on the following trusts along with asking UCC for any information they have with no response from UCC on their asset searches.
      - David Minton – Minton, Bassett, Flores & Carsey
      - Stephen Lemmon – Streusand, Landon, Ozburn & Lemmon, LLP
      - Elizabeth Morgan – Elizabeth Morgan & Associates

- Shelby Jordan – Jordan & Ortiz, P.C.
- Eric Taube – Holland & Knight
- Ray Battaglia – Ray Battaglia, PLLC
- Mike Cook – Cook Brooks Johnson PLLC
- H. Allen Hill, Jr. – The Law Office of H. Allen Hill, Jr.
- We have discussed trusts with the following non-attorneys.
  - Alex Jones
  - David Jones
  - Bob Roe
- We have spoken to all the following Trustees of the trust's as follows:
  - RXXCTTGAA Trust – David Minton
  - Green Leaf Trust – Alexander Jones & Kelly Jones (have not spoken to [ex-wife])
  - AEJ 2018 Trust – Alexander Jones
  - The Missouri779384 Trust – David Jones
  - Alexander E Jones Descendent and Beneficiary Trust – David Jones
  - 2022 Litigation Settlement Trust – Robert Dew Initial Trustee
  - Recharge Dynasty Trust – Alexander E. Jones
- 25. Schedule A/B: Property
  - Recharge Dynasty Trust (formed July 27, 2102) – value $0.
    - Settlor – Alexander E. Jones and Kelly Rebecca Jones.
    - Trustee – Alexander E. Jones.
    - Beneficiaries: Rex Alexander Jones, Charlotte Alexander Jones and G. G. Jones, and any other descendants of the Settlors born during the term of the trust.
    - Security Bank Crawford closed its account due to Kelly Rebecca Jones (Alex's ex-wife) mis-appropriating funds from bank account to pay for her legal fees and handed David Jones a cashier's check that he deposited into Alex's Prosperity account. David then had Prosperity Bank (#9175) give him a cashier's check dated December 12, 2022 for $29,935.66. Check was deposited into PNC DIP depository account (#5233) on January 3, 2023 for $29,935.66.
  - 2022 Litigation Settlement Trust (formed April 14, 2022) – Trustee (Rob Dew) hiring counsel at our recommendation to help him assess value and his fiduciary duties.
    - Rights title and interest to:
      - InfoW, LLC. f/k/a Infowars, L.L.C.
      - IWHealth, LLC, f/k/a Infowars Health, L.L.C.
      - Prison Planet TV, LLC.

- ▪ Trustee – Robert Dew
  - ○ Based upon cash owed to IWHealth, LLC and Go Daddy values of domains owned by Prison Planet TV, LLC and InfoW, LLC per GoDaddy, the value is $66,935.00
- Hutton Cabin Trust – Hutton Cabin Trust, formed in November 2009 by AJ and his ex-wife, revoked pursuant to the Divorce Decree
- RXXCTTGAA Trust (formed June 1, 2015) – Owns Clawson condo # 6
  - ○ Zillow Zestimate – current value $828,300 as of 03/15/23.
    - ▪ 3 bedrooms, 2.5 baths, 1,998 sf.
  - ○ Beneficiary – Alexander E. Jones while living.
- Green Leaf Trust (formed December 21, 2007) – $127,094 Security bank account.
  - ○ Alexander Jones & Kelly Jones [ex-wife] – co-trustees.
  - ○ Beneficiaries are children of AEJ: R. Jones, C. Jones and G. Jones.
  - ○ Kelly Jones resigned as Trustee pursuant to Divorce Decree in 2015.
- AEJ 2018 Trust (formed July 24, 2018) – $10,002 Security bank account (# 0924).
  - ○ 100% owner of AEJ Austin Holdings LLC., which owns 90% of PLJR Holdings LLC which owns 80% of PQPR Holdings Limited, LLC per 2020 tax returns.
  - ○ Irrevocable Trust.
  - ○ Alexander E Jones is sole trustee and beneficiary.
- The Missouri779384 Trust (formed May 9, 2018) – $54,519 Security bank account.
  - ○ Recipient of proceeds from sale of former Westlake Hills home.
    - ▪ Original net sales proceeds went into trust from sale of home.
  - ○ Where majority of attorney retainers/fees paid from.
- Alexander E. Jones Descendant and Beneficiary Trust Agreement (formed March 28, 2017) – holds condos # 3 and 5.
  - ○ Zillow Zestimate # 3 – current value $804,100 as of 03/15/23.
  - ○ Zillow Zestimate # 5 – current value $767,400 as of 05/15/23.
  - ○ Grantor – Alexander E Jones.
  - ○ Trustee – David R. Jones.

- - Beneficiaries - Rex Alexander Jones, Charlotte Alexandra Jones, and G. G. Jones, and all other children born or adopted by the Grantor after the date of the agreement.

    - Schedule G: Executory Contracts
      - Added ESG Celebrity Likeness as contract to clarify that it was a separate contract than the one previously listed. It too will be rejected.

## SOFA Form 107

- Part 3
  - 6. Consumer debts
    - Have revised Priority Paid payment of $104,190.78 after researching as follows:
      - $50,000 (+ $25 wire fee) – out going wire 10/17/2022 to Mrs. Jones. Removed here and added to transfers to Mrs. Jones in the SOFA.
      - $51,969.53 (+ $25 wire fee) – Synovus Bank – out going wire 11/07/2022 to PrivJets for travel to Connecticut for trial.
      - $20,000,00 – cashier's check on 11/10/2022 from Security Bank to Alex Jones & then re-deposited into same account on 12/19/2022.
      - $25,000 (+ $25 wire fee) – out going wire on 09/27/2022 to AEJ's other account – removed as it is not a transfer.
      - $2,196.25 – outgoing wire to FSS that has now been removed.
  - 8. Within one year before you filed for bankruptcy.
    - Transfers to Carol Jones from PLJR, LLC. Were removed after it was discovered that PLJR, LLC is a company not wholly owned by Jones or any of his wholly owned entities or self-settled trusts.
    - In approximately 2016, Dr. David Jones took possession of 3 vehicles and a piece of real estate upon AEJ paying off the lien upon such real estate held by K. Jones pursuant to their divorce decree. It was not until 4/14/22 that the deed for the real estate showing such transfer was recorded. Moreover, the title transfer of the vehicles was not recorded until 10/12/22, though Dr. David Jones had long since taken possession, and been paying taxes and registration for such vehicles.
- Part 5
  - 13. Within two years before you filed for bankruptcy.
    - Gift cards for children for holidays under $3,000 each.
- Part 7
  - 19. On April 5, 2022, proceeds of $3,252,925.49 from the sale of house (Cedar Oaks) went into The Missouri779384 Trust.

- o 21. Safe deposit box
  - On March 24, 2023, contents of safe deposit box were viewed.
  - It contained one (1) rubber band.
- o 22. Storage units
  - All units viewed by UCC and UST representatives.
- o 23. Do you hold or control any property that someone else owns.
  - Holding firearms for certain January 6th participants – added value to be "unknown"
- Part 11
  - o 27. Within 4 years Before you filed for Bankruptcy, any limited liability company for which you had a membership interest
    - There is a company called End Hate LLC that came up in a search that is owned by an individual with a similar name to AEJ, but this is not an entity in which AEJ has a membership interest.

| Fill in this information to identify your case and this filing: |
|---|

| Debtor 1 | **Alexander** | **E.** | **Jones** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____

Case number  __22-33553__

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1**  __(see Motion to Seal, Dkt No. 230)__
Street address, if available, or other description

__Austin, TX 78735__
City          State     ZIP Code

__Travis__
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,266,000.00 | $2,612,800.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

__Fee Simple__

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2**  __Rental Property - WW__
Street address, if available, or other description

__(see Motion to Seal, Dkt. No. 230)__

__Austin, TX 78745__
City          State     ZIP Code

__Travis__
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $505,000.00 | $505,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

__Fee Simple__

☐ Check if this is community property (see instructions)

Debtor **Jones, Alexander E.**        Case number *(if known)* **22-33553**

| 1.3 | **Lake House (Lake Travis)** |
|---|---|

Street address, if available, or other description

**(see Motion to Seal, Dkt. No. 230)**

**Austin, TX 78745**
City     State     ZIP Code

**Travis**
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$1,750,000.00

**Current value of the portion you own?**
$1,750,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here .......................................................➡ | $4,867,800.00 |

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| 3.1 | Make: | **Ford** |
|---|---|---|
| | Model: | **Expedition** |
| | Year: | **2017** |
| | Approximate mileage: | **99,300** |
| | Other information: | |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$21,463.00

**Current value of the portion you own?**
$21,463.00

If you own or have more than one, describe here:

| 3.2 | Make: | **Dodge** |
|---|---|---|
| | Model: | **Challenger** |
| | Year: | **2019** |
| | Approximate mileage: | **15,000** |
| | Other information: | Hellcat Redeye |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$67,575.00

**Current value of the portion you own?**
$67,575.00

Debtor __Jones, Alexander E.__      Case number (if known) __22-33553__

| 3.3 | Make: | **Dodge** |
|---|---|---|
| | Model: | **Charger** |
| | Year: | **2020** |
| | Approximate mileage: | **5,000** |
| | Other information: | |

Hellcat

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $70,618.00 | $70,618.00 |

| 3.4 | Make: | **Chevrolet** |
|---|---|---|
| | Model: | **Tahoe** |
| | Year: | **2020** |
| | Approximate mileage: | **34,734** |
| | Other information: | |

Believed was leased, but lease was purchased/paid off
VIN: 1GNSCCKJ5LR294493

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $60,034.00 | $60,034.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☐ No
- ☑ Yes

| 4.1 | Make: | **Regal Boats** |
|---|---|---|
| | Model: | **28 Express** |
| | Year: | **2016** |
| | Other information: | |

Rarely Used. Stored in a marina stack system (Safe Harbor Emerald Point - Lake Travis)

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $67,015.00 | $67,015.00 |

If you own or have more than one, list here:

| 4.2 | Make: | **Regal Boats** |
|---|---|---|
| | Model: | **24 Fasdeck** |
| | Year: | **2015** |
| | Other information: | |

Rarely used. Stored in a marina stack system (Safe Harbor Emerald Point - Lake Travis)

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $47,285.00 | $47,285.00 |

| 4.3 | Make: | **Glaston** |
|---|---|---|
| | Model: | **GS209** |
| | Year: | **2003** |
| | Other information: | |

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $23,500.00 | $23,500.00 |

Debtor __Jones, Alexander E.__                                          Case number *(if known)* __22-33553__

| | | |
|---|---|---|
| 5. | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................................. ➡ | **$357,490.00** |

---

**Part 3:**   **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

*Current value of the portion you own?*
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. ........   | Furniture, rugs, artwork and grill (see attached). |          **$11,955.00**

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. ........   | Television, monitor (see attached). |          **$660.00**

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe. ........   | 44 U.S. Silver (Morgan Dollar) coins (see attached). |          **$1,680.00**

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe. ........   | Treadmill and 3 Electric Bikes (see attached). |          **$2,385.00**

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe. ........   | See Attached. |          **$72,300.00**

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. ........   | Clothes (see attached). |          **$300.00**

---

Debtor __Jones, Alexander E.__                      Case number *(if known)* __22-33553__

---

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| 19 Watches, 1 pair cufflinks (see attached). |
|---|

$54,622.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe. .........

| 1 Ragdoll cat - approx. 2 years old (see attached). |
|---|

$200.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

☑ Yes. Give specific information. .............

| See Attached. |
|---|

$25,990.00

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................................ ➜

$170,092.00

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ............................................................................................................... Cash: ..................

$12,000.00

---

Debtor **Jones, Alexander E.**                                    Case number *(if known)* **22-33553**

---

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................         Institution name:

| | | |
|---|---|---:|
| 17.1. Checking account: | **Bank of America #2913**<br>**Alexander Jones DBA Magnolia Management, Infowars,**<br>**Jones Productions** | $10,499.75 |
| 17.2. Checking account: | **Bank of America #6078**<br>**Alexander E. Jones POA David R. Jones** | $21,291.31 |
| 17.3. Checking account: | **JPMorgan Chase #3520**<br>**Alexander E. Jones** | $1,206.43 |
| 17.4. Checking account: | **JPMorgan Chase #7518**<br>**Alexander E. Jones** | $7,513.11 |
| 17.5. Checking account: | **PNC Bank #5233**<br>**Alexander Jones # 22-33553 DIP** | $25,591.04 |
| 17.6. Checking account: | **Prosperity Bank #9175** | $57,403.38 |
| 17.7. Checking account: | **Security Bank of Crawford #8548**<br>**Alexander Emric Jones** | $37,527.77 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ....................         Institution or issuer name:

---

Debtor **Jones, Alexander E.**                                      Case number *(if known)* **22-33553**

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| A. Emric Productions, LLC (tax forfeiture 01-28-2011) | 100.00% | $0.00 |
| AEJ Austin Holdings, LLC | 100.00% | $10,000.00 |
| Austin Shiprock Publishing, LLC (tax forfeiture 03-10-2023) | 100.00% | $0.00 |
| Emric Productions LLC (no entity filing found) | 100.00% | $485.27 |
| Free Speech Systems, LLC | 100.00% | $0.00 |
| Guadalupe County Land and Water LLC | 100.00% | $0.00 |
| Jones Productions, LLC | 100.00% | $0.00 |
| Jones Report, LLC (prisonplanet.com + jonesreport.com) | 100.00% | $7,302.00 |
| Magnolia Holdings Limited Partnership, LLC | 100.00% | $0.00 |
| Magnolia Management, LLC | 100.00% | $0.00 |
| Planet Infowars, LLC (tax forfeiture 03-10-2023) | 100.00% | $0.00 |
| RCGJ, LLC | 100.00% | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No

☑ Yes. Give specific information about them....................

| Issuer name: | |
|---|---|
| Crypto Currency wallet which had a value of $0 at filing, received a donation on 12-03-2022. As of 12-03-2022 the balance was $304.00. | $0.00 |

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | |
| Pension plan: | | |
| IRA: | | |
| Retirement account: | | |
| Keogh: | | |
| Additional account: | | |
| Additional account: | | |

---

Debtor **Jones, Alexander E.**        Case number *(if known)* **22-33553**

---

**22.**   **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes .....................      Institution name or individual:

| | | |
|---|---|---:|
| Other: | **Alex Jones Legal Fund - GiveSendGo (the funds from this compaign will be received by Pattis & Smith, LLC).** | $64,242.73 |
| Other: | **Bank of America escrow for rental** | $8,678.68 |
| Other: | **Per Premarital Agreement - Erika Jones** | $179,764.00 |
| Other: | **Prepaid Legal - Norm Pattis of the Pattis & Smith Law Firm** | $55,693.86 |

**23.**   **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ....................      Issuer name and description:

**24.**   **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ....................      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.**   **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Give specific information about them. ...     | See Attached. |     **$2,658,350.00**

**26.**   **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

**27.**   **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

---

Debtor __Jones, Alexander E.__        Case number *(if known)* __22-33553__

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.**   **Tax refunds owed to you**

    ☐ No

    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................

     | 2021 | Anticipated refund is based on AEJ's 2021 Form 1040 that was filed March 29, 2023. |

     Federal:     __$3,807,459.00__

     State:     _____

     Local:     _____

**29.**   **Family support**

    *Examples:*   Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No

    ☐ Yes. Give specific information. ........

     Alimony:     _____

     Maintenance:     _____

     Support:     _____

     Divorce settlement:     _____

     Property settlement:     _____

**30.**   **Other amounts someone owes you**

    *Examples:*   Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☐ No

    ☑ Yes. Give specific information. ........

     | Unpaid wages under contract - Free Speech Systems, LLC ("FSS"). Post FSS bankruptcy filing 9 payrolls (08-10-2022 - 12-02-2022) |

     __$270,000.00__

**31.**   **Interests in insurance policies**

    *Examples:*   Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| CMFG Life Insurance Policy | Kelly Jones | $0.00 |
| Lincoln Benefits Life Insurance Policy | Policy has been requested. | $0.00 |

**32.**   **Any interest in property that is due from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

     _____

Debtor **Jones, Alexander E.**                     Case number *(if known)* **22-33553**

| | |
|---|---|
| 33. | **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment** |

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim. ..............

| Reeves Law, P.C. | | **unknown** |
|---|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Describe each claim. ..............

| See Attached. | | **unknown** |
|---|---|---|

35. **Any financial assets you did not already list**

☐ No
☑ Yes. Give specific information. ........

| Unclaimed Property (see attached) | | **$6,395.67** |
|---|---|---|

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................  ➔

| **$7,241,404.00** |
|---|

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe. .........

| | | |
|---|---|---|

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe. .........

| | | |
|---|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe. .........

| | | |
|---|---|---|

41. **Inventory**

☐ No
☑ Yes. Describe. .........

| Debtor purchased inventory - purchased supplements from Hi-Tech Pharmaceuticals, a dietary supplement industry leader in pre-workouts, diet & energy/weight loss, and strength & muscle building. Inventory cost was $760,854. Product was being marketed through a marketing agreement by and between AEJ, ESG and FSS. | | **$760,854.48** |
|---|---|---|

---

Debtor __Jones, Alexander E.__                                                    Case number *(if known)* __22-33553__

---

| 42. | **Interests in partnerships or joint ventures** | | |
|---|---|---|---|

☐ No
☑ Yes. Describe .......

| Name of entity: | % of ownership: |
|---|---|
| **Please see entities under #19 which includes values.** | **100.00%** | **unknown** |

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..........................................................  ➡   __$760,854.48__

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

> **Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes ..........................

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
information. ...........

---

Debtor **Jones, Alexander E.**        Case number *(if known)* **22-33553**

---

**49.**    **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☑ Yes ...................... | Inoperable CAT bull dozer and inoperable Ford dump truck. Please see global notes for pictures of each. | **$0.00**

**50.**    **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ...................... | |

**51.**    **Any farm- and commercial fishing-related property you did not already list**

☐ No

☑ Yes. Give specific information. ............ | Acreage in Guadalupe County Texas purchased 05/15/2020. | **$2,189,220.00**

**52.**    **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**   ➜ | **$2,189,220.00**

---

### Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.**    **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific information. ............ | Alex Was Right (Give/Send/Go) [value: $915.00] | **$915.00**
| Access to helicopter service - non-transferable. Up to eight (8) trips per year for a term of fifteen years in exchange for a one-time payment of $335,000 dated 03-03-21 from FSS, check #10635 [value: $0.00] | **$0.00**

**54.**    **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................................... ➜ | **$915.00**

---

### Part 8:    List the Totals of Each Part of this Form

**55.**    **Part 1: Total real estate, line 2** ......................................................................................................... ➜ | **$4,867,800.00**

**56.**    **Part 2: Total vehicles, line 5**          **$357,490.00**

**57.**    **Part 3: Total personal and household items, line 15**      **$170,092.00**

**58.**    **Part 4: Total financial assets, line 36**      **$7,241,404.00**

**59.**    **Part 5: Total business-related property, line 45**      **$760,854.48**

**60.**    **Part 6: Total farm- and fishing-related property, line 52**      **$2,189,220.00**

**61.**    **Part 7: Total other property not listed, line 54**    **+**      **$915.00**

**62.**    **Total personal property. Add lines 56 through 61.** ............... | **$10,719,975.48** | Copy personal property total ➜ | **+**   **$10,719,975.48**

---

Debtor **Jones, Alexander E.**     Case number *(if known)* **22-33553**

| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................................... | **$15,587,775.48** |
|---|---|---|

Debtor **Jones, Alexander E.**                          Case number *(if known)* **22-33553**

| | |
|---|---|
| | **Continuation Page** |

| | | |
|---|---|---|
| 10. | **Firearms** | |
| | 1 Falcor Petra 300WinMag 22" Rifle and 1 Stacatto XC 9MM Hangun (see attached) | **$10,211.00** |
| | 49 guns - appraisal conducted by Mike Cargill of Central Texas Gun Works, a licensed FFL (see attached). | **$62,089.00** |
| 14. | **Any other personal and household items you did not already list, including any health aids you did not list** | |
| | Cryoniq Cryogenic chamber (see attached) | **$4,000.00** |
| | Lake House (furniture, fixtures, household goods, recreational equipment - see attachment). | **$21,145.00** |
| | Sunglasses and prescription glasses (see attached). | **$845.00** |
| 25. | **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit** | |
| | 2022 Litigation Settlement Trust | **$66,935.00** |
| | AEJ 2018 Trust | **$10,002.00** |
| | Alexander E. Jones Descendent and Beneficiary Trust | **$1,571,500.00** |
| | Green Leaf Trust | **$127,094.00** |
| | Recharge Dynasty Trust | **$0.00** |
| | RXXCTTGAA Trust | **$828,300.00** |
| | The Missouri779384 Trust | **$54,519.00** |
| 34. | **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | Elevated Solutions Group, LLC | **unknown** |
| | Youngevity International, Inc. | **unknown** |

Official Form 106A/B                          **Schedule A/B: Property**                          page **14**

Fill in this information to identify your case:

Debtor 1    __Alexander__    __E.__    __Jones__
      First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)    First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    __Southern District of Texas__

Case number    __22-33553__
(if known)

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>(see Motion to Seal, Dkt No. 230) Austin, TX 78735<br><br>Line from *Schedule A/B:* ___1.1___ | $2,612,800.00 | ☑   $2,612,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 |
| Brief description:<br>Furniture, rugs, artwork and grill (see attached).<br><br>Line from *Schedule A/B:* ___6___ | $11,955.00 | ☑   $11,955.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

3. **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☑ No

    ☐ Yes

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own *Copy the value from Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Television, monitor (see attached). Line from Schedule A/B: 7 | $660.00 | ☑ $660.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: 44 U.S. Silver (Morgan Dollar) coins (see attached). Line from Schedule A/B: 8 | $1,680.00 | ☑ $1,680.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: Treadmill and 3 Electric Bikes (see attached). Line from Schedule A/B: 9 | $2,385.00 | ☑ $2,385.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description: 1 Falcor Petra 300WinMag 22" Rifle and 1 Stacatto XC 9MM Hangun (see attached) Line from Schedule A/B: 10 | $10,211.00 | ☑ $10,211.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description: Clothes (see attached). Line from Schedule A/B: 11 | $300.00 | ☑ $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description: 1 Ragdoll cat - approx. 2 years old (see attached). Line from Schedule A/B: 13 | $200.00 | ☑ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) |
| Brief description: Sunglasses and prescription glasses (see attached). Line from Schedule A/B: 14 | $845.00 | ☑ $845.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.001(b)(2) |
| | | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** | **E.** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number | **22-33553** | | |
| (if known) | | | |

☑ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Cubesmart <br> Name <br> 6130 E. Ben White Blvd. <br> Number     Street <br> Austin, TX 78741 <br> City     State     ZIP Code | 4 Units - Household |
| **2.2** Elevated Solutions Group, LLC <br> Name <br> 211 E. 7th Street, Suite 620 <br> Number     Street <br> Austin, TX 78701-3218 <br> City     State     ZIP Code | Agreement to design, production conception, marketing and fulfilment of dietary supplement products. <br> Contract to be REJECTED |
| **2.3** Elevated Solutions Group, LLC <br> Name <br> 211 E. 7th Street, Suite 620 <br> Number     Street <br> Austin, TX 78701-3218 <br> City     State     ZIP Code | Celebrity Endorsement and Likeness Use Agreement - Conspiracy Bourbon LLC <br> Contract to be REJECTED |
| **2.4** Free Speech Systems, LLC <br> Name <br> c/o Ray Battaglia, 66 Granburg Circle <br> Number     Street <br> San Antonio, TX 78218-3010 <br> City     State     ZIP Code | Employment Agreement |

Debtor 1    **Alexander** _____ **E.** _____ **Jones** _____        Case number *(if known)* 22-33553
       First Name       Middle Name       Last Name

**█   Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.5** Jones, Erika Wulff<br>Name<br>(see Motion to Seal, Dkt. No. 230)<br>Number   Street<br>Austin, TX 78735<br>City   State   ZIP Code | Premarital Agreement<br>Contract to be: ASSUMED |
| **2.6** Mountain Way Marketing, LLC<br>Name<br>(see Motion to Seal, Dkt. No. 230)<br>Number   Street<br>City   State   ZIP Code | Verbal contract for marketing and personal appearances.<br>Contract to be: REJECTED |
| **2.7** Public Storage<br>Name<br>1800 S. Lamar Blvd.<br>Number   Street<br>Austin, TX 78704<br>City   State   ZIP Code | 2 Units - Household<br>Contract to be: |
| **2.8** Public Storage Ben White<br>Name<br>2301 E. Ben White Blvd.<br>Number   Street<br>Austin, TX 78741<br>City   State   ZIP Code | 2 Units - Household<br>Contract to be: |
| **2.9** Public Storage Westlake<br>Name<br>6726 RM 2244<br>Number   Street<br>Austin, TX 78746<br>City   State   ZIP Code | 3 Units - Household<br>Contract to be: |
| **2._**<br>Name<br>Number   Street<br>City   State   ZIP Code | |
| **2._**<br>Name<br>Number   Street<br>City   State   ZIP Code | |
| **2._**<br>Name<br>Number   Street<br>City   State   ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** | **E.** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number | **22-33553** | | |
| (if known) | | | |

☑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.......................................... | $4,867,800.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................... | $10,719,975.48 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................... | $15,587,775.48 |

## Part 2: Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $34,883.11 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $558,984.64 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | + $1,489,382,466.68 |
| **Your total liabilities** | $1,489,976,334.43 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................................................... | $154,396.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*..................................................................................... | $77,374.00 |

Debtor 1     **Alexander**          **E.**          **Jones**          Case number *(if known)* _22-33553_
            First Name          Middle Name        Last Name

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | **Total claim** |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | 25,183.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | 558,984.64 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | 584,167.64 |

---

Fill in this information to identify your case:

Debtor 1    __Alexander__    __E.__    __Jones__
           First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)     First Name       Middle Name       Last Name

United States Bankruptcy Court for the:    __Southern District of Texas__

Case number    __22-33553__
(if known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X   _/s/ Alex Jones_
    Alex Jones, Debtor 1

Date _04/18/2023_
    MM/   DD/   YYYY