# Exhibit 13



# Alex Jones ✓
@RealAlexJones

Tomorrow's News Today: InfoWars.com | Please support our sponsors: DrJonesNaturals.com & InfoWarsStore.com

View more

💼 Media Personality   📍 Austin, TX   🔗 infowarsstore.com
📅 Joined January 2010

**718** Following   **2.3M** Followers