# Exhibit 14

Ships & Submarine Loaded With Nuclear Weapons Arrive In Havana Harbor, Cuba As Russia Rattles Atomic Saber! — FULL SHOW 61224
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

[00:30:00]

**ALEX JONES:** Hey, will you please—this is easy.  They got rid of our IT people and have somebody that works offsite.  And I said, will you please just fix the damn thing.  And that turns into caught you.  How dare you?  And I'm just like, you're freaking out.  My guns are illegal.  Literally salivating and hopping up and down, these people.  They already did the other stuff where we have advertisers trying to bring them over and declare bankruptcy.  They won't take them.  We follow up with the court ourselves.  They don't even look at that.  They go follow the court that I'm hiding stuff.  I mean it's nuts.  It's very ham-fisted, how it's done, as well.  It's just, Alex is bad, period.  And then now there's been a bunch of other stuff going on like that.  The worst part is the CRO filing stuff that gets to the news that I'm a bad person and they caught me with money and all this stuff was totally not true.  It goes along with the narrative that I have hundreds of millions hidden, which has all been disproven.  I have a giant justice department magnifying glass over me.  Why the hell would I do that?  I'm not crazy.  And so the CRO, I first learned about this like six months ago, but I just ignored it.  Hey, man, he came to my office and said you're a horrible person.  You should be taken off the air.  You're hurting the public.  Everybody should be made to take the shots.  Critical race theory is good.  Black lives matter is wonderful.  And he was doing it again last time I was here three weeks ago in the control room while I'm on talking crap to the crew about me.  And that's what this is.  They don't like me.  I'm a bad person.  And so everything I do is evil.  Everything I do is criminal.  I deserve to be arrested.  I'm getting people killed.  Bull.  It's all over mainstream news.  The shots don't work and I've killed a bunch of people, and it's all coming out and I'm vindicated.  I'm right.  You're wrong.  But as this comes out, the minions of the system dig in deeper because they have cognitive dissonance and will not admit that they are wrong.  So when I know I've got a crew of people coming after me, trying to get me in trouble, and then gaslighting me and saying, why are you upset.  I mean what's the problem here.  It's just in the Washington Post, the New York Times, and Bloomberg, when they file that fake bull that I'm a crook.  Like we're only telling the world that you're a crook with no evidence.  What's wrong?  Why don't you like that?  Well what's wrong with you?  Like a guy that breaks his wife's jaw and then tells her, well, honey, what's wrong?  Nobody broke your jaw.  So I'm not taking this stuff lying down.  And I told them a few weeks ago, when they tried to shut this place down without a court order and everything else, I said listen, I want to phase this out nice and polite, but I said, one more thing, one more thing trying to set us up and I'm going to have to expose all this.  Oh, don't be a troublemaker.  No, no, no.  Don't talk about all of the stuff I've seen them do.  Hiring their friends that do absolutely nothing.  Changing the credit card processing company, and then not telling the court for over two months when the processor for no reason grabbed $3 million and held it.  Want me to keep going?  I got a lot more.  So you people think you're in this universe where I just sit here and get pissed on, for no reason, because I'm the bad Alex Jones.  It's open season on him.  And then you just do whatever the hell you want.  Not happening anymore.  I keep telling you, stop.  Leave me alone.  You just can't help yourself.  So I'm interviewing Tucker Carlson tomorrow and I'm interviewing Russell Brand tomorrow.  And because this place is so long in the tooth, I was going to promote it a few days and air it, but they may shut us down before then.  It doesn't matter.  It'll still go out one way or another.  But I'll probably just do the interviews.  I was going to host a show tomorrow.  I'm doing two hours with Tucker.  And then Brand is interviewing me too.  I didn't want to do it live, so we wouldn't waste their time during

1

Ships & Submarine Loaded With Nuclear Weapons Arrive In Havana Harbor, Cuba As Russia Rattles Atomic Saber! — FULL SHOW 61224
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

commercials, so we could do it—Friday, it's going to air on the full show.  But I'll be in court in Houston while that's going on, at this key final hearing before the judge either shuts it down or puts it into a seven or gives it back to me.  And then the state level democrats rush in to take it over.  So we replace one attack that's happening with another.  But that's a good way to go out with that.  And these people think like shutting this down silences me.  I've got hundreds of interview requests today.  I could do them until I couldn't talk anymore.  And that's called the Streisand effect.

[00:35:00]

And these people are like, what's that, when I was telling them a few weeks ago.  Listen, you're doing a Streisand effect.  I don't want trouble.  Just leave me alone.  Stop making stuff up.  And so that's where we are.  Now I'm going to move on to nuclear war and the economy and the borders and Trump and the Second Amendment and all of it right now.  Got these special guests coming in.  But I can't take this lying down, and I will not take it lying down.  Period.  So that's where we're at.  And, you know, I haven't gotten around to all the other stuff because I've got like—take 10 pages of notes and then I've got receipts and I've got recordings.  I mean I've got it all.  And what happens is, these opportunistic government, they come in and they see Alex Jones, they go, oh, it's open season on this guy.  We can do whatever the hell we want to him.  Nobody is going to protect him.  Nobody.  Really?  Think so?  Okay.  See how that works out for you.  And then they're like, don't talk about, don't—well I mean you're like literally slapping me in the face or hitting me metaphysically with a 2 x 4 upside the head, and you're like don't do anything.  You're bad.  Stop it.  No.  Take it.  Take it.  Take it.  Take it.  Take it.  Take it.  Take some more.  And another and another and another.  How does that feel?  Well it don't feel too good.  And there's a lot of other stuff.  And I told my counsel the last few weeks.  I said, listen, if they don't report all this stuff to the court, I'm going to do it.  So when I get up on court on Friday, I'm going to tell the judge the stuff that's going on, and the stuff I've seen.  So you messed with the wrong person.  And I don't want anybody to threaten or attack or anybody—the judge is a good guy.  We're the peaceful folks.  Everybody knows that.  They'll try to spin it we're not.  We're being assaulted.  We're being lied about.  We're being attacked.  We're being bullied.  We're being pissed on.  And we aren't taking it anymore.  Comprende?  You got me.  Do you comprehend it?  Does its register with you that I don't think about myself much because I'm in a fight with the New World Order to stop global genocide, poison shots, World War III, open borders, open pedophilia.  I mean I've got a mission here.  I've got—I was eating some cashews during the break.  I've got a mission here to warn people.  And so just because I sit here and take a bunch of crap, I've got bigger fish to fry.  But in the countdown to the end of this place, what's really going on and what's really been happening is going to come out.  Because I was going to do that regardless because I have integrity.  And I'm not going to sit there, while everybody else is scared to talk about what's really been going on around here.  And I'm not going to be complicit.  Because see, I'm not like you.  And so what you've been trying to project onto me is you've got the wrong hombre.  You've got the wrong number.  You've got the wrong guy.  I take on the CIA and the Justice Department and the New World Order and the pedophile rings and Jeffrey Epstein and Skull and Bones and Bohemian Grove, and because I'm nice and friendly to low-level people, they think, well this guy's a pussy.  You've got it backwards.  Just like Team America.  There's three types of people.  Assholes, dicks, and pussies.  Well I'm not an asshole

2

Ships & Submarine Loaded With Nuclear Weapons Arrive In Havana Harbor, Cuba As Russia Rattles Atomic Saber! — FULL SHOW 61224
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

and I'm not a pussy.  I'm a dick.  And I do the fucking.  So that just needs to be understood, and needs to go through everybody's brain.  I'm the 5,000 gorilla.  I'm the one that loves America.  I'm the one that's committed to the truth.  I'm the one that doesn't back down.  Got it?  Good.  I'm glad you got it.  That's good.  So I'm not going to take it.  You've been forewarned politically, legally, lawfully, constitutionally.  Might be tomorrow, might be next week.  You're like, oh good, we'll shut him down by then.  You don't shut anything down.  You make it all bigger by shutting it down, dumbos.  This ain't a circus.

[00:40:00]

You're the ones that are in the clown show.  But if you put me in the circus, I'm the circus master.  I'm the ringleader.  F around and find out.  That's it.  And there's no point to what I'm even saying other than just the record being clear and that's what's going on.  But I will say it again.  Put her back on screen.  I don't really pay attention to this.  The archive is like a side issue.  On a scale of one to ten, it's like a one.  But it's a lot of important stuff, and it gets more powerful over the years.  TV.Inforwars.com.  And so the enemy is tuned in.  We're like for months, hey, this is broken.  You can't search it.  People are having to go in by hand.  This is all important.  This is a public database.  Free to air.  And they're like, oh my god, you're trying to steal right now.  You're trying to steal stuff.  Like oh yeah, yeah.  Yeah.  My show going out free all over the radio and TV right now I'm stealing.  I'm a criminal.  Totally sick.  Alright.  Let's move into the other big issues here.  And we're going to now not talk about this anymore.  It's just unbelievable.  I want to hit some big Second Amendment news.  But they did post on X the report that's being censored, or they're trying to.  Bombshell.  Alex Jones predicted COVID lockdowns and COVID tyranny back in 2009.  Now let's continue here.  If you want to support Infowars, the products are there.  They're ready to ship, even if the court shuts the show down tomorrow or Friday.  You will still get your products.  That's how the law works.  It's fine.  Infowarsstore.com.  But now we've done our own accounting separately for the people running this place to the ground.  And now everything is almost sold out.  There's not enough money at this level to ever restart Infowars again, so they already killed it with the mismanagement.  And I sat there and told them, explained it to them in the last two years, didn't listen to a damn word I said.  I should have done reverse psychology, but that's not how I operate.  If I said the sky was blue, they'd say it was red, even though it's blue.  I say go left, they go right.  If I say go up, they go down.  But the products are all in that we have.  Almost everything is sold out.  And when it's all gone, it's gone.  And there's no putting Infowars back together again, and that's just the reality of this.  Separately, my dad is a sponsor and he pays for ads here on this operation.  And he has a warehouse that they don't own or control full of products, ready to ship to you, and he'll be our first sponsor.  And then he's going to retire.  We've got plenty coming up with whatever new permutation of this comes up.  But he's there and he has great products you need.  So go to DrJonesNaturals.com.  DrJonesNaturals.com.  Dozens of products not available at Infowarstore.com that they just threw out of the warehouse months ago and said, you take them.  He already was setup.  He has them.  57% off on Silver bullet 30 parts colloidal silver.  It's a private label.  The brand that's in Whole Foods.  They sell it for 30 bucks.  Discounted $25.  It's $12.98 right now at DrJonesNaturals.com.  There are so many other great products like Next Level Foundational Energy that's so amazing.  And all the nano silver toothpaste products and more.  The super high quality organic multivitamin.  The fiber green caps.  The Rocket Rest.

3

Ships & Submarine Loaded With Nuclear Weapons Arrive In Havana Harbor, Cuba As Russia Rattles Atomic Saber! — FULL SHOW 61224
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

The Kava Chill.  The Top Brain.  It's an amazing neotropic.  They're all available at DrJonesNaturals.com.  Just DrJonesNaturals.com.  I want to thank everybody that's gone there.  I want to thank everybody that's been supporting.  It's a ray of sunshine, a little silver lining there.  And we've been fighting hard.  We just ask you to stand with us.  Go to DrJonesNaturals.com today and support the sponsor that also supports Infowars.  But that's where this is.  You're not going to get deals this good anywhere else.  These are amazing products.  And you're sure as hell not going to support people that are fighting harder.  I'm glad Trump has now raised $600 million.  I said he'd raise a billion in a month.  Looks like he'll raise a billion and a half.  Have to keep moving my estimates up.  I'm not always right.  I thought it'd be like a billion by July 4th and now I think it may be a billion-two, billion-five.  That's wonderful.  But maybe a million bucks to my dad's operation, so that he can reorder product and continue on to be a sponsor.  We're basically, really need your support.  My dad needs your support.  He's supporting us.  DrJonesNaturals.com.  Go there now.  Check it out.  They ship within a day of your order.  Great customer service.  Great people.  DrJonesNaturals.com is ready for you to support, plus get great products.

[00:45:00]

And it's up to you to take action at DrJonesNaturals.com.  But as I said, you want a copy of my books, signed or unsigned, Great Reset, Great Awakening.  That's at Infowarsstore.com.  And the whole thing is very, very bittersweet, but I really feel good because I've run the marathon.  I've run the race.  I didn't back down.  I didn't give up.  I fought as hard as I could.  And I have an extreme feeling of satisfaction, an extreme feeling of appreciation for you.  From the bottom of my heart, I salute you and I thank you because we're all in this together.  This is an incredible time to be alive.  And our enemies are just collapsing and imploding, and just mindlessly attacking us.  I'm talking about the American people and the globalists.  And it's an incredible time to be alive, ladies and gentlemen.  Absolutely wild.  But I'm not taking it lying down, and neither are you.  DrJonesNaturals.com.  Those are the coordinates, if you want to stand up against their order.

[00:45:56]

[02:50:00]

I love my problems multiplying.  The policy of truth.  Alright.  I'm out of time.  Jason [INDISCERNIBLE 02:50:22] mayor.  He takes over.  And then in 57 minutes or 59 minutes, Owen Troyer, the War Room, takes over.  Real sense of urgency here.  Appreciate you all.  I need your support to continue the fight.  And we have sponsors that are outside of Infowars that continue on with whatever happens here.  Plus they have great products.  I need you to make the decision to go to DrJonesNaturals.com right now.  My dad's great site, warehouse here in North Austin.  And to get Next Level [INDISCERNIBLE 02:50:56] to get the nano silver products, to get colloidal silver, 300 parts per million for $12.98 or whatever, 13 bucks.  It's the same thing they sell at Whole Foods for $25, when it's on sale.  It's all there.  57% off on Silver Bullet at DrJonesNaturals.com.  The fiber cap greens that are the concentrates of all the seeds of key plants that are said to flush your guts out, boost your immune system, the Next Level

Ships & Submarine Loaded With Nuclear Weapons Arrive In Havana Harbor, Cuba As Russia Rattles Atomic Saber! — FULL SHOW 61224
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

Foundational Energy that is the methylfolate breakdown of folic acid, that is just next level energy without any letdown.  It's all there.  Next Level Foundational Energy.  All the nano silver products, like the toothpaste.  It's all there at DrJonesNaturals.com.  And it takes funds to fight the enemy.  So we try to bring you great products that work wonderful at great prices.  Show that we have a symbiotic relationship, so we can wake up the world and fight together while you get great products at the same time.  A 360 win.  I want to thank you all for the 30 years on-air.  I want to thank you all for the 27 years of Infowars.  I want to thank the crew for the amazing job they've done.  They're the real target of this.  And I just want to encourage you all to realize, as Trump has said a thousand times, they're not trying to get him.  They're trying to get through him to get to us.  And Infowars is in the same bailiwick.  We're in the same wheelhouse as that.  It's so simple.  Why would you not support people taking on the tyrants?  Why would you not support the people that are totally committed?  It's your decision that you have to make to share the articles, share the videos, share the links.  To go to the site they're trying to take down with all our archives that they don't want you to get right now.  And we'll put that on screen.  It is up to you to make that decision.  TV.Infowars.com.  You've got to crawl through it because there's no search thing.  It's broken.  You've got to find it.  Just download the whole thing.  Get it.  It's always been free to air.  It's always been yours.  It always belonged to you.  But when the gift horse is given to you, you don't look at the mouth, you take it.  Because we are attacked on all sides.  As the famous Supreme Court General said in Korea.  They said, General, we're surrounded on all sides by 3,000 Chinese troops.  He said, good.  We can attack in all directions.  And that's not like a joke.  It's true.  When it's so obvious and you've got the ammunition of truth and you've got to use it.  So go to DrJonesNaturals.com and get Next Level Foundational Energy, get fiber green caps, get our amazing organic multivitamin.  Get the Kava Chill and the Rocket Rest, the Top Brain.  It's an over-the-top neotropic, Top Brain, Top Brain.  Go there.  Get the nano silver products, whatever you do, and support the transmission.  I thank you from the bottom of my heart for all these years.  Your support, your prayers.  And no matter what—they could kill me today.  And I hope they don't.  I'm not suicidal.  Would never commit suicide.  Regardless of all of that, the videos, the clips that are on your hard drives, that live there, are indelible and predicted it all.  So you've got the carbonite.  You've got the kryptonite against the enemy right now in your hands.  The shows we did decades ago are more powerful now than when I said them because it's all come true.  It's beyond evergreen.  It's ultra green.  It's turbo green.  It's infinity green.  Jason Burmas takes over.  Thank you all for your support.  God bless you.

[02:54:23]