IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| Debtor. | § | |

### REVISED NOTICE WITH REGARDS TO PROFESSIONAL FEES

Pursuant to the request of the Court made during the hearing on June 3, 2024, Melissa Haselden, the subchapter V Trustee for Free Speech Systems, LLP (the "Debtor") files the attached *Professional Fee Summary* reflecting professional obligations estimated to be payable by the Debtor through June 14, 2024.

DATED: June 14, 2024

/s/ Elizabeth C. Freeman

**The Law Office of Liz Freeman**
Elizabeth C. Freeman (TX Bar No. 2400922)
PO Box 61209
Houston, TX 77208-1209
Telephone: (832) 779-3580
Email: liz@lizfreemanlaw.com

Proposed Counsel to Melissa Haselden,
Subchapter V Trustee

1

## CERTIFICATE OF SERVICE

I certify that on June 14, 2024, a copy of this Notice was sent to the parties listed below by the Court's ECF notification system and was send via e-mail to counsel to all parties for PQPR, Alexander Jones, and the Sandy Hook Families.

/s/ *Elizabeth C. Freeman*

Elizabeth C. Freeman

## Professional Fee Summary

| Professional Name | Previously Paid | Holdback | Unpaid/Unbilled | Estimated 6/1-6/14 | Retainer/Iolta | Proposed Escrow |
|---|---|---|---|---|---|---|
| O'Conner Wechsler | $ 75,000.00 | $ 13,694.00 | $ 121,248.00 | $ 53,000.00 | $ - | $ 187,942.00 |
| Hap May | $ - | $ - | $ 104,000.00 | $ - | $ 50,000.00 | $ 54,000.00 |
| Haselden & Farrow | $ 600,837.29 | $ 18,275.40 | $ 70,000.00 | $ 50,000.00 | $ 79,117.70 | $ 40,882.30 |
| Jackson Walker LLP | $ 249,340.07 | $ 64,241.02 | $ 37,367.59 | $ 6,000.00 | $ - | $ 107,608.61 |
| Law Office of Liz Freeman* | $ - | $ - | $ 250,000.00 | $ 25,000.00 | $ 200,000.00 | $ 75,000.00 |
| M-3 Advisors | $ 144,753.57 | $ 36,143.14 | $ 60,272.45 | $ 2,600.00 | - | $ 99,015.59 |
| Ray Battaglia | | | $ 3,891.17 | | | $ 3,891.17 |
| | | | | | | $ 568,339.67 |

*Employment authorization pending