DRAFT - FOR DISCUSSION PURPOSES ONLY

**Free Speech Systems LLC**
**Chapter 7 Liquidation Plan**
**Cash Receipts and Disbursement Summary**
*as of 6/11/2024*



| | Week 1<br>6/16/2024<br>to<br>6/22/2024 | Week 2<br>6/23/2024<br>to<br>6/29/2024 | Week 3<br>6/30/2024<br>to<br>7/6/2024 | Week 4<br>7/7/2024<br>to<br>7/13/2024 | TOTAL |
|---|---:|---:|---:|---:|---:|
| **Cash Receipts (net of Sale Taxes)** | | | | | |
| FSS Supplement Sales | 463,443.50 | 354,271.32 | 334,012.50 | 317,311.87 | **1,469,039.19** |
| FSS Non-Supplement Sales | 18,884.50 | 17,107.60 | 15,668.23 | 12,691.26 | **64,351.59** |
| Book Sales | 2,518.36 | 1,114.68 | 808.81 | 567.05 | **5,008.90** |
| Ready Alliance Sales | 12,857.14 | 10,928.56 | 8,742.85 | 6,994.28 | **39,522.83** |
| Supply Acceleration Sales | 8,744.67 | 6,995.73 | 6,296.16 | 5,981.35 | **28,017.91** |
| Platinum Product Sales | 16,160.00 | 12,928.00 | - | - | **29,088.00** |
| PQPR Sales | - | - | - | - | **-** |
| Shipping Collected | 19,162.00 | 15,301.00 | 14,894.00 | 14,536.50 | **63,893.50** |
| **Total Cash Receipts** | **541,770.17** | **418,646.89** | **380,422.55** | **358,082.31** | **1,698,921.92** |
| **Total Cost of Sales** | **(54,844.64)** | **(94,253.26)** | **(31,391.97)** | **(29,515.54)** | **(210,005.42)** |
| **Gross Margin** | **486,925.53** | **324,393.63** | **349,030.58** | **328,566.77** | **1,488,916.50** |
| **Operating Expenses** | | | | | |
| Total Payroll | (144,745.04) | (121,574.16) | (5,500.00) | (121,574.16) | **(393,393.37)** |
| Facilities Expenses | (17,500.00) | (16,000.00) | (65,940.00) | (13,250.00) | **(112,690.00)** |
| Production / IT / Computer Exp | (68,000.00) | (58,000.00) | (84,000.00) | (53,000.00) | **(263,000.00)** |
| Administrative Expenses | (20,700.00) | (70,700.00) | (18,200.00) | (18,200.00) | **(127,800.00)** |
| | **(250,945.04)** | **(266,274.16)** | **(173,640.00)** | **(206,024.16)** | **(896,883.37)** |
| **Total Cash from Operations** | **235,980.49** | **58,119.46** | **175,390.58** | **122,542.60** | **592,033.13** |
| **Cash Flow Analysis** | | | | | |
| Beginning Cash Balance | 2,300,000.00 | 5,985,980.49 | 6,044,099.95 | 6,219,490.53 | 2,300,000.00 |
| (a) Beginning Cash Equivalent Balance | 3,450,000.00 | | | | 3,450,000.00 |
| Total Cash from Operations | 235,980.49 | 58,119.46 | 175,390.58 | 122,542.60 | 592,033.13 |
| **Ending Cash & Equivalents** | **5,985,980.49** | **6,044,099.95** | **6,219,490.53** | **6,342,033.13** | **6,342,033.13** |

(a) Cash equivalents include Credit Card Reserves, Credit Card Receivables and other Receivables

*** All analysis assumes that Alex Jones will not elect to continue his employment at FSS after conversion ***

**Free Speech Systems LLC**
**Chapter 7 Liquidation Plan**
**Cash Receipts and Gross Margin Analysis**
*as of 6/11/2024*



|     |                              | Week 1<br>6/16/2024<br>to<br>6/22/2024 | Week 2<br>6/23/2024<br>to<br>6/29/2024 | Week 3<br>6/30/2024<br>to<br>7/6/2024 | Week 4<br>7/7/2024<br>to<br>7/13/2024 | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| **Cash Receipts (net of Sale Taxes)** | | | | | | |
| (a) | FSS Supplement Sales | 463,443.50 | 354,271.32 | 334,012.50 | 317,311.87 | 1,469,039.19 |
| (b) | FSS Non-Supplement Sales | 18,884.50 | 17,107.60 | 15,668.23 | 12,691.26 | 64,351.59 |
| (c) | Book Sales | 2,518.36 | 1,114.68 | 808.81 | 567.05 | 5,008.90 |
| (d) | Ready Alliance Sales | 12,857.14 | 10,928.56 | 8,742.85 | 6,994.28 | 39,522.83 |
| (d) | Supply Acceleration Sales | 8,744.67 | 6,995.73 | 6,296.16 | 5,981.35 | 28,017.91 |
| (e) | Platinum Product Sales | 16,160.00 | 12,928.00 | - | - | 29,088.00 |
| (f) | PQPR Sales | - | - | - | - | - |
| (g) | Shipping Collected | 19,162.00 | 15,301.00 | 14,894.00 | 14,536.50 | 63,893.50 |
|     | **Total Cash Receipts** | **541,770.17** | **418,646.89** | **380,422.55** | **358,082.31** | **1,698,921.92** |
| **Cost of Sales** | | | | | | |
|     | Ready Alliance COGS | (8,357.14) | (7,103.56) | (5,682.85) | (4,546.28) | (25,689.84) |
|     | Supply Acceleration COGS | (6,558.50) | (5,246.80) | (4,722.12) | (4,486.01) | (21,013.43) |
|     | Platinum Products COGS | (12,928.00) | (10,342.40) | - | - | (23,270.40) |
| (h) | Inventory Purchase Commitments | - | (50,000.00) | - | - | (50,000.00) |
| (i) | Shipping and Fulfillment | (27,001.00) | (21,560.50) | (20,987.00) | (20,483.25) | (90,031.75) |
|     | **Total Cost of Sales** | **(54,844.64)** | **(94,253.26)** | **(31,391.97)** | **(29,515.54)** | **(210,005.42)** |
| **Gross Margin** | | **486,925.53** | **324,393.63** | **349,030.58** | **328,566.77** | **1,488,916.50** |
|     | *Total Orders Processed* | 3,484 | 2,782 | 2,708 | 2,643 | 11,617 |

| | |
| --- | --- |
| (a) | Estimated assuming inventory levels as of 6/11/24 |
| (b) | Numerous inventory items put into a single category with an aggregate cost of approximately $200,000.  This is slow moving inventory and it is assumed it will be deeply discounted. |
| (c) | Jones' book sales have slowed to an immaterial amount and the trend is expected to continue.  The price will be reduced to incentivize sales.  Costs of book sales have been recovered |
| (d) | Assumes we will continue to offer 3rd party consignment products as there is no incremental cost to FSS and we only pay for the products if there is a sale |
| (e) | Anticipate that Jones will pull his Platinum Products from the store |
| (f) | PQPR pulled the last of their products from the FSS store on 6/10/2024 |
| (g) | FSS will continue to manage the shipping costs to customers and incentivize additional purchase by offering free shipping for orders over a certain amount |
| (h) | Final payments for the products ordered in prior months that will be delivered in June 2024 including Vitamin Mineral Fusion, X2 and Vitamin C |
| (i) | Assumes that the historical average shipping cost of $7.75 per order will continue |

**Free Speech Systems LLC**
**Chapter 7 Liquidation Plan**
**Payroll and Operating Expenses**
*as of 6/11/2024*



| | | Week 1<br>6/16/2024<br>to<br>6/22/2024 | Week 2<br>6/23/2024<br>to<br>6/29/2024 | Week 3<br>6/30/2024<br>to<br>7/6/2024 | Week 4<br>7/7/2024<br>to<br>7/13/2024 | TOTAL |
|---|---|---:|---:|---:|---:|---:|
| **Payroll Expenses** | | | | | | |
| (a) | Production - Salary | 47,885.00 | 39,961.55 | - | 39,961.55 | 127,808.10 |
| (a) | Production - Hourly | 4,965.00 | 11,800.00 | - | 11,800.00 | 28,565.00 |
| (a) | Production - Contract | 35,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 41,000.00 |
| (a) | Finance / IT / Admin - Salary | 8,577.00 | 39,846.16 | - | 39,846.16 | 88,269.32 |
| (a) | Finance / IT / Admin - Hourly | 2,000.00 | 5,000.00 | - | 5,000.00 | 12,000.00 |
| (a) | Finance / IT / Admin - Contract | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 14,000.00 |
| (b) | Alex Jones Salary | 25,000.00 | - | - | - | 25,000.00 |
| | Payroll Taxes | 6,764.67 | 7,390.49 | - | 7,390.49 | 21,545.65 |
| (c) | Benefits and Other HR | 11,053.38 | 12,075.96 | - | 12,075.96 | 35,205.30 |
| | **Total Payroll** | **144,745.04** | **121,574.16** | **5,500.00** | **121,574.16** | **393,393.37** |

(a) Assumes that the Ch 7 Trustee will begin to lay off the staff in the first week.
Additional personell decisions will be deferred to the Ch 7 Trustee
(b) This assumes that Alex Jones will not continue his employment at FSS
(c) Benefits for staff will continue for at least the first month of liquidation

| | | | | | | |
|---|---|---:|---:|---:|---:|---:|
| **Facilities Expenses** | | | | | | |
| (d) | Rent | - | - | 57,440.00 | - | 57,440.00 |
| (e) | Office Security | 17,500.00 | 12,000.00 | 8,000.00 | 8,000.00 | 45,500.00 |
| | Janitorial | - | 3,500.00 | - | - | 3,500.00 |
| | Repairs / Maintenance | - | - | - | 3,500.00 | 3,500.00 |
| | Suplies / Printer / Postage | - | 500.00 | 500.00 | 1,750.00 | 2,750.00 |
| | **Total Facilities Expenses** | **17,500.00** | **16,000.00** | **65,940.00** | **13,250.00** | **112,690.00** |

(d) Leases for the Austin space expire in 12/24
(e) Assume security will be retained by the Ch 7 trustee to protect the personnel and assets of FSS

| | | | | | | |
|---|---|---:|---:|---:|---:|---:|
| **Production / IT / Computer Expense** | | | | | | |
| (f) | Internet & Bandwidth | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 12,000.00 |
| (f) | Cloud Services | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 140,000.00 |
| (f) | Ecommerce | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 40,000.00 |
| (f) | Telecommunications | 5,000.00 | - | 3,500.00 | - | 8,500.00 |
| (f) | Image License & Other | 10,000.00 | 5,000.00 | - | - | 15,000.00 |
| (f) | Satellite Services | - | - | 27,500.00 | - | 27,500.00 |
| (g) | IT Consulting & Security | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 20,000.00 |
| | **Total Production / IT Expense** | **68,000.00** | **58,000.00** | **84,000.00** | **53,000.00** | **263,000.00** |

(f) FSS has not analyzed all contracts for IT and production services to ascertain remaining terms and cancellation provisions
(g) engagement with third party IT consultants

| | | | | | | |
|---|---|---:|---:|---:|---:|---:|
| **Administrative Expenses** | | | | | | |
| (h) | Travel Expenses | 5,000.00 | 5,000.00 | 2,500.00 | 2,500.00 | 15,000.00 |
| (h) | Mileage / Parking Tolls | 500.00 | 500.00 | 500.00 | 500.00 | 2,000.00 |
| (h) | Business Meals | 100.00 | 100.00 | 100.00 | 100.00 | 400.00 |
| | Bank Fees | 100.00 | 100.00 | 100.00 | 100.00 | 400.00 |
| (i) | Transition Expenses | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 60,000.00 |
| (j) | Tax / Accounting Prep | - | 50,000.00 | - | - | 50,000.00 |
| | | **20,700.00** | **70,700.00** | **18,200.00** | **18,200.00** | **127,800.00** |

(h) There will be travel expenses for Houston, TX base trustee and consultants to travel to Austin,TX
(i) Consulting costs for transitioning the Chapter 11 bankruptcy case to the Chapter 7 Trustee
(j) Costs to prepare and file Sales, Property and Income Taxes on behalf of FSS

| | | | | | | |
|---|---|---:|---:|---:|---:|---:|
| | **TOTAL PAYROLL & OPERATING EXPENSE** | **250,945.04** | **266,274.16** | **173,640.00** | **206,024.16** | **896,883.37** |