To Nathan Ochsner/Clerk Of Court,

I am writing in regards to Case# 22-60043 regarding Free Speech Systems LLC Chapter 11 case, filed in July of 2022. I have a contract with Free Speech Systems with five and a half years remaining. If my contract is not listed under Schedule G, or "Executory Contracts and Unexpired Leases". Please add me to the executive contract list and or Schedule G as a creditor. Please notify me of further developments. A copy of the contract is included.

Thank you,
Jonathan Bowne
512-915-9773
biscuitradio@yahoo.com

Thank you,

Jonathan Bowne

512 915 9773

biscuitradio@yahoo.com

United States Courts
Southern District of Texas
FILED

JUN 17 2024

Nathan Ochsner, Clerk of Court

# Video Editor Work for Hire Agreement

This is an Agreement between Jon Bowne (DBA Willow Grove Productions), hereinafter Editor, and Free Speech Systems LLC

1) This Agreement covers the work made for hire editing and producing up to 7 reports per week and the creation of accompanying Thumbnails for each video. Editor will be paid $250.00 per finalized Video/Thumbnail package that meets the expectations and standards of Free Speech Systems. Editor will be paid $200.00 up to twice per month for 60 minute Public Access shows. Editor will send an invoice each week listing a brief description of each video/thumbnail package completed, and will be paid via Direct Deposit to a Bank Account within 7 days.

2) Editor is an independent contractor. The content produced for this agreement is considered work-for-hire under the United States Copyright Act of 1976. All concepts, ideas, copy, sketches, art-work, videos, scripts, electronic files and other materials related to it will become the exclusive property of Free Speech Systems.

3) Editor (Jon Bowne) acknowledges that he does not have any claims to any of the copyrights or royalties for any of the videos and thumbnails that he produces for Free Speech Systems, in perpetuity.

4) Editor agrees not to make or distribute in any way, any unauthorized copies of any video, photo, or audio content provided to him or obtained by him during the duration of this contract, and at anytime afterword, in perpetuity.

5) The Editor agrees keep all of the business and personal secrets that belong to Free Speech Systems confidential at all times, during both the term of the contract and afterwards, indefinitely. These business secrets include any and all information relating to Free Speech Systems customers, supplies, finances, research, development, production, technical and business related information, as well as personal information about Free Speech Systems including hobbies, relationships and family.

6) The number of videos to potentially be completed per month: 30.

7) In the event that any disagreements may come about between Free Speech Systems and Editor, parties agree they must be resolved privately in Arbitration.

8) Duration of Contract: August 14th 2022 through December 31st 2030.

---

Jonathan Bowne
*Printed Name of of Editor*

*Signature of Editor*: [signed] Jon Bowne

Date: 8-14-2022

Darrin McBreen
*Printed Name of Free Speech Systems LLC Representative*

*Signature of Free Speech Systems LLC Representative*: [signed] Darrin McBreen

Date: 8-14-2022



Jon Bowne
2311 Balboa Road
Austin, TX 78733

Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, Texas 77208