UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § § | Chapter 7 | |
| ALEX JONES, § § | Case No. 22-33553 | |
| Debtor. § § | | |
| § | | |
| In re: § § | Chapter 11 | |
| FREE SPEECH SYSTEMS LLC, § § | Case No. 22-60043 | |
| Debtor. § § § | | |

**TRUSTEE'S EMERGENCY MOTION TO (1) CLARIFY TRANSFER OF CONTROL AND SIGNING AUTHORITY WITH RESPECT TO DEBTOR'S BANK ACCOUNTS, (2) FOR AN ORDER EXTENDING AUTOMATIC STAY IN THE ALEX JONES CASE TO FREE SPEECH SYSTEMS LLC, AND (3) RELATED RELIEF**
(Relates to Doc. Nos. 956 and ___)

Upon consideration of the Trustee's Emergency Motion to (1) Clarify the Transfer of Control and Signing Authority with Respect to the Debtor's Bank Accounts, (2) for an Order Extending the Chapter 7 Automatic Stay in the Alex Jones Case to Free Speech Systems LLC ("**FSS**," the "**Debtor**"), and (3) Related Relief (the "**Motion**"), the Court finds that notice of the Motion was adequate. It is therefore:

**ORDERED** that, the Trustee is authorized to take all reasonable steps to wind-down the business of FSS and, in that connection, to take control over and use FSS's assets and cash for that purpose or payment of any other amounts allowed to be paid by further order; and it is further

**ORDERED** that the chapter 7 automatic stay in the Alex Jones case is extended to FSS for 90 days (without prejudice to the Trustee seeking an extension, if needed) to allow the Trustee to conduct an orderly wind-down of FSS operations and liquidate its inventory; and it is further

1

15439712

**ORDERED** that any orders of any other court entered in furtherance of collections efforts against FSS by any party, including any other violations of the extended stay, are void and without force and effect; and it is further

**ORDERED** that this Order shall be effective and enforceable immediately upon entry; and it is further

**ORDERED** that this Court will hold a status conference on June \_\_\_, 2024, at \_\_:00 a.m./p.m. and the Judgment Creditors and their attorneys and the Trustee's counsel shall personally appear at this status conference.

SIGNED this \_\_\_\_th day of June 2024.

_____
**HONORABLE CHRISTOPHER LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**