United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 21, 2024

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-60043 |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER DISMISSING CASE

For the reasons stated on the record at the hearing held on June 14, 2024, this case is dismissed. It is further ORDERED:

1. The employment of all professionals retained in these chapter 11 cases and the Subchapter V Trustee's service is terminated. Except as otherwise set forth below, the Debtor's CRO shall have no further responsibilities with respect to the Debtor's operations.

2. The CRO is authorized to transfer control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No. 22-33553.

3. Final applications for compensation shall be filed no later than 14 days after entry of this Order.

4. This Court shall retain exclusive jurisdiction over the following matters:

   a. Adversary Proceeding No. 24-3038, *Elevated Solutions Group, LLC v. Free Speech Systems LLC, et al.*;

   b. Adversary Proceeding No. 23-3127, *Free Speech Systems LLC v. PQPR, Limited Holdings LLC, et al.*;

   c. Adversary Proceeding No. 22-3331, *Neil Heslin, et al. v. Alex E. Jones, et al.*; and

   d. Applications for approval of professional fees and expenses.

5. The Court retains jurisdiction to interpret and enforce this Order.

Signed: June 21, 2024

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                          Case No. 22-60043-cml

Free Speech Systems LLC                                                          Chapter 11

Official Committee of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                          User: ADIuser                                    Page 1 of 6

Date Rcvd: Jun 21, 2024                  Form ID: pdf001                              Total Noticed: 199

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Free Speech Systems LLC, 3019 Alvin Devane Blvd. STE 300, Austin, TX 78741-7417 |
| aty | + | Harold Hap May P.C., 1500 S. Dairy Ashford Rd., Ste. 325, Houston, TX 77077-3861 |
| aty | + | Jonathan Day, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | | Kyung Shik Lee, Shannon & Lee LLP, Pennzoil Place-Suite 1300, HOUSTON, TX 77027, UNITED STATES |
| aty | + | Leslie E. Liberman, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Paul Andrew Paterson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Ray Battaglia, 66 Granburg Circle, San Antonio, TX 78218, UNITED STATES 78218-3010 |
| aty | + | Reynal Law Firm, P.C., 917 Franklin St., Suite 600, Houston, TX 77002-1764 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Shannon & Lee LLP, 700 Milam Street, STE 1300, Houston, TX 77002-2736 |
| aty | + | Vida Robinson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| intp | + | Alex E Jones, c/o Jordan & Ortiz PC, 500 N Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Erica L. Ash, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701 UNITED STATES 78701-0137 |
| cr | + | Jonathan Bowne, 2311 Balboa Road, Houston, TX 78733-1213 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Ste. 203, Austin, TX 78701-2720 |
| cr | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | + | Security Bank of Crawford, P.O. Box 90, Crawford, TX 76638-0090 |
| 12280376 | + | ADP Total Source Insurance, 10200 Sunset Drive, Miami, FL 33173-3033 |
| 12280377 | + | ADP TotalSource Payroll, 10200 Sunset Drive, Miami, FL 33173-3033 |
| 12280375 | + | Addshoppers, Inc, 222 S. Church Street , #410M, Charlotte, NC 28202-3213 |
| 12280374 | + | Airco Mechanical, LTD, PO Box 1598, Round Rock, TX 78680-1598 |
| 12280378 | #+ | Alex E. Jones, c/o Jordan & Ortiz, P.C., Attn: Shelby Jordan, 500 North Shoreline Blvd, STE 900, Corpus Christi, TX 78401-0658 |
| 12280526 | #+ | Alex Emeric Jones, c/o Jordan & Ortiz, P.C., Attention: Shelby Jordan, 500 N. Shoreline Blvd., Suite 900, Corpus Christi, TX 78401-0658 |
| 12280380 | + | Amazon Marketplace, Amazon Payments, Inc., 410 Terry Ave N., Seattle, WA 98109-5210 |
| 12280383 | + | American Media/Reality Zone, PO Box 4646, Thousand Oaks, CA 91359-1646 |
| 12280384 | + | Andrews, Christopher, 210 N. Beyer Stree, Marion, TX 78124-4014 |
| 12280386 | + | Atomial, LLC, 1920 E. Riverside Drive, Suite A-120 #124, Austin, TX 78741-1350 |
| 12351199 | + | Auriam Services, LLC, c/o Lynn Hamilton Butler, Husch Blackwell LLP, 111 Congress Avenue, Suite 1400, Austin, TX 78701-4093 |
| 12280388 | + | Balcones Recycling Inc., PO Box 679912, Dallas, TX 75267-9916 |
| 12280389 | + | Biodec, LLC, 901 S. Mopac Expressway, Building 4, Ste, Austin, TX 78746-5776 |
| 12280390 | + | Blott, Jacquelyn, 200 University Boulevard, Suite 225 #251, Round Rock TX 78665-1096 |
| 12280391 | + | Brennan Gilmore, c/o Civil Rights Clinic, ATTN: Andrew Mendrala, 600 New Jersey Avenue, NW, Washington, DC 20001-2022 |
| 12280392 | + | Campco, 4625 W. Jefferson Blvd, Los Angeles, CA 90016-4006 |
| 12517848 | + | Carlee Soto Parisi, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280393 | + | Carlee Soto Parisi, c/o Ryan Chapple, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| 12517850 | + | Carlos M. Soto, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280394 | + | Carlos Soto, c/o Ryan Chapple, 303 Colorado Street, Ste. 2850, Austin, TX 78701-0137 |
| 12280396 | + | Christopher Sadowski, c/o Copycat Legal PLLC, 3111 N. University Drive Ste. 301, Coral Springs, FL 33065-5058 |

| | | |
|---|---|---|
| 12280398 | | Cloudflare, Inc, Dept LA 24609, Pasadena, CA 91185-4609 |
| 12280399 | + | Constant Contact, Inc., 1601 Trapelo Road, Watham, MA 02451-7357 |
| 12280400 | + | CustomTattoNow.com, 16107 Kensington Dr #172, Sugar Land, TX 77479-4224 |
| 12280401 | | David Icke Books Limited, c/o Ickonic Enterprises Limited, St. Helen's House King Street, Derby DE1 3EE, United Kingdom |
| 12309106 | + | David Wheeler, c/o Ryan Chapple, 303 Colorado Street, Suite 2850, Austin TX 78701-0137 |
| 12517851 | + | David Wheeler, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280402 | + | Deese, Stetson, 328 Greenland Blvd. #81, Death Valley, CA 92328-9600 |
| 12280404 | + | Dona Soto, c/o Ryan Chapple, 303 Colorado Street, Suite 2850, Austin TX 78701-0137 |
| 12517869 | + | Donna Soto, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280409 | + | EPS, LLC, 17350 State Hwy 249, Ste 220, #4331, Houston, TX 77064-1132 |
| 12280411 | + | ERM Protect, 800 South Douglas Road, Suite 940N, Coral Gables, FL 33134-3125 |
| 12280407 | + | Edgecast, Inc., Dept CH 18120, Palatine, IL 60055-0001 |
| 12280408 | + | Elevated Solutions Group, 28 Maplewood Drive, Cos Cob, CT 06807-2601 |
| 12630706 | + | Erica L. Ash, c/o Ryan Chapple, Cain & Skarnulis PLLC, 303 Colorado St., Suite 2850, Austin, Texas 78701-0137 |
| 12593218 | + | Erica L. Ash, c/o Rosemarie Paine, 350 Orange Street, New Haven, CT 06511-6447 |
| 12280410 | + | Erica Lafferty, c/o Joseph Mirrione, 27 Elm Street, New Haven, CT 06510-2087 |
| 12280439 | + | Estate of Marcel Fontaine, Chamberlain Hrdlicka, attn? Jarrod B. Martin, 1200 Smith, Suite 1400, Houston TX 77002-4496 |
| 12280414 | + | FW Robert Broadcasting Co, 2730 Loumor Ave, Metairie, LA 70001-5425 |
| 12517820 | + | Francine Wheeler, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280413 | + | Francine Wheeler, c/o Ryan Chapple, 303 Colorado Street, Suite 2850, Austin TX 78701-0137 |
| 12280412 | + | Frost Insurance Agency, 401 Congress Avenue, 14th Floor, Austin ,TX 78701-3793 |
| 12280415 | + | Gabriela Tolentino, 5701 S Mopac Expy, Austin, TX 78749-1464 |
| 12280417 | | Gracenote, 29421 Network Place, Chicago, IL 60673-1294 |
| 12280419 | | Haivision Network Video, Deot CH 19848, Palatine, IL 60055-9848 |
| 12517852 | + | Ian Hockley, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280420 | + | Ian Hockley, Ryan Chapple, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| 12280421 | + | Impact Fire Services, LLC, PO Box 735063, Dallas, TX 75373-5063 |
| 12280422 | | Independent Publishers Group, PO Box 2154, Bedford Park, IL 60499-2154 |
| 12280427 | + | JCE SEO, 6101 Broadway, San Antonio, TX 78209-4561 |
| 12280430 | + | JW JIB Productions, LLC, 2921 Carvelle Drive, Riviera Beach, FL 33404-1855 |
| 12517867 | + | Jacqueline Barden, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280424 | + | Jacqueline Barden, c/o Ryan Chapple, 303 Colorado Street, Suite 2850, Austin TX 78701-0137 |
| 12280425 | + | Jennifer Hensel, c/o Ryan Chapple, 303 Colorado Street, Suite 2850, Austin TX 78701-0137 |
| 12517866 | + | Jennifer Hensel, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280426 | + | Jeremy Richman, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12280428 | + | Jillian Soto-Marino, c/o Ryan Chapple, 303 Colorado Street, Suite 2850, Austin TX 78701-0137 |
| 12517818 | + | Jillian Soto-Marino, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12712633 | + | Jonathan Bowne, 2311 Balboa Road, Austin, Texas 78733-1213 |
| 12280429 | + | Justin Lair, 1313 Lookout Ave, Klamath Falls, OR 97601-6533 |
| 12280431 | | KI4U.com, 212 Oil Patch Lane, Gonzales, TX 78629-8028 |
| 12280436 | + | LIT Industrial, 1717 McKinney Ave #1900, Dallas, TX 75202-1253 |
| 12280433 | + | Larry Klayman, Esq., 7050 W. Palmetto Park Rd, Boca Raton, FL 33433-3426 |
| 12280434 | + | Leonard Pozner, c/o Chamberlain Hrdlicka, attn: Jarrod B. Martin, 1200 Smith, Suite 1400, Houston TX 77002-4496 |
| 12280435 | + | Lincoln-Remi Group, LLC, 1200 Benstein Rd., Commerce Twp., MI 48390-2200 |
| 12280438 | | Lumen/Level 3 Communications, PO Box 910182, Denver, CO 80291-0182 |
| 12280445 | + | MRJR Holdings, LLC, PO Box 27740, Las Vegas, NV 89126-7740 |
| 12280441 | | Magento, PO Box 204125, Dallas, TX 75320-4105 |
| 12280440 | + | Mark Barden, c/o Ryan Chapple, 303 Colorado Street, Suite 2850, Austin Tx 78701-0137 |
| 12517853 | + | Mark Barden, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280442 | + | Microsoft Bing Ads, c/o Microsoft Online, Inc., P.O. Box 847543, 1950 N Stemmons Fwy, Ste 5010, Dallas, TX 75207-3199 |
| 12280443 | + | Miller, Sean, PO Box 763, Wyalusing, PA 18853-0763 |
| 12280448 | + | Neil Heslin, c/o Chamberlain Hrdlicka, Attn: Jarrod B. Martin, 1200 Smith, Suite 1400, Houston TX 77002-4496 |
| 12280450 | + | NetSuite Inc, Bank of America Lockbox Services, Chicago, IL 60693-0001 |
| 12280451 | + | New Relic, 188 Spear Street, Suite 1200, San Francisco, CA 94105-1752 |
| 12280452 | + | Newegg.com, 9997E. Rose Hills Road, Whittier, CA 90601-1701 |
| 12517846 | + | Nicole Hockley, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280449 | + | Nicole Hockley, c/o Ryan Chapple, 303 Colorado Street, Suite 2850, Austin TX 78701-0137 |
| 12280453 | + | One Party America, LLC, 6700 Woodlands Parkway, Suite 230-309, The Woodlands, TX 77382-2575 |
| 12280454 | + | Orkin, Inc., 5810 Trade Center Drive, Suite 300, Austin, TX 78744-1365 |
| 12280462 | + | PQPR Holdings Limited, LLC, c/o Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| 12280455 | + | Pattison Law Firm, P.C., 501 IH-35, Austin, TX 78702-3201 |
| 12280456 | + | Payarc, 411 West Putnam Avenue, Ste 340, Greenwich, CT 06830-6291 |

| | | |
|---|---|---|
| 12280458 | + | Paz Law, LLC, 1021 Orange Center Road, Orange, CT 06477-1216 |
| 12280464 | + | Percision Oxygen, 13807 Thermal Dr, Austin, TX 78728-7735 |
| 12280459 | + | Perfect Imprints.com, 709 Eglin Pkwy NE, Fort Walton Beach, FL 32547-2527 |
| 12280460 | + | Perkins, Wes, General Delivery, Lockhart, TX 78644-9999 |
| 12280466 | + | Pipe Hitters Union, LLC, PO Box 341194, Austin, TX 78734-0020 |
| 12280461 | + | Poulsen, Debra, 112 Eames St., Elkhorn, WI 53121-1228 |
| 12280469 | + | Power Reviews, Inc., 1 N. Dearborn Street, Chicago, IL 60602-4331 |
| 12280470 | + | Precision Camera, 2438 W Anderson Ln, Austin, TX 78757-1149 |
| 12280471 | + | Private Jets, LLC, 1250 E. Hallandale Beach Blvd, Suite 505, Hallandale, FL 33009-4635 |
| 12280463 | + | Protection 1 Alarm, PO Box 219044, Kansas City, MO 64121-9044 |
| 12280472 | + | Public Storage, 2301 E. Ben White Blvd, Austin, TX 78741-7110 |
| 12280468 | + | Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988 |
| 12280473 | + | Randazza Legal Group, PLLC, 2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117, 702-420-2001, ecf@randazza.com 89117-3400 |
| 12280474 | + | RatsMedical.com, c/o Rapid Medical, 120 N Redwood Rd, North Salt Lake, UT 84054-2792 |
| 12280475 | + | Ready Alliance Group, Inc, PO Box 1709, Sandpoint, ID 83864-0901 |
| 12307873 | + | Reeves Law, PLLC, Attn: Bradley Reeves, 702 Rio Grande St., Suite 203, Austin, TX 78701-2720 |
| 12280476 | | Renaissance, PO Box 8036, Wisconsin Rapids, WI 54495-8036 |
| 12280478 | + | Restore America, PO Box 147, Grimsley, TN 38565-0147 |
| 12311226 | + | Richard Coan,, Chapter 7 Trustee for Debtor, Erica Laff, c/o Eric Henzy, 10 Middle Street, Bridgeport, CT 06604-4257 |
| 12280479 | + | Robert Parker, c/o Ryan Chapple, 303 Colorado Street, Suite 2850, Austin TX 78701-0137 |
| 12517823 | + | Robert Parker, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280487 | + | SLNT, 30 N Gould St, Ste 20647, Sheridan, WY 82801-6317 |
| 12280480 | + | Scarlett Lewis, c/o Chamberlain Hrdlicka, Attn: Jarrod B. Martin, 1200 Smith, Suite 1400, Houston TX 77002-4496 |
| 12280481 | + | Security Bank of Crawford, 6688 North Lone Star Parkway, PO Box 90, Crawford, TX 76638-0090 |
| 12280482 | + | Simon & Schuster, PO Box 70660, Chicago, IL 60673-0660 |
| 12280483 | | SintecMedia NYC, Inc. DBA Operative, PO Box 200663, Pittsburgh, PA 15251-2662 |
| 12280484 | + | Skousen, Joel, PO Box 565, Spring City, UT 84662-0565 |
| 12280485 | + | Skyhorse Publishing, 307 West 36th Street, 11th Floor, New York, NY 10018-6592 |
| 12280489 | + | Stamps.com, 1990 E Grand Ave., El Segundo, CA 90245-5013 |
| 12280490 | + | Stone Edge Technologies, Inc, 660 American Avenue, Suite 204, King of Prussia, PA 19406-4032 |
| 12280491 | + | Stratus Technologies, 5 Mill & Main Place, Suite 500, Maynard, MA 01754-2660 |
| 12280492 | + | Studio 2426, LLC, 1920 E. Riverside Drive, Suite A120, #22, Austin, TX 78741-1350 |
| 12280493 | + | Synergy North America, Inc, 11001 W. 120th Avenue, Suite 400, Broomfield, CO 80021-3493 |
| 12280494 | | TD Canada Trust, 421 7th Avenue SW, Calgary, AB T2P 4K9, Canada |
| 12280497 | + | Texas Comptroller, PO Box 13003, Austin, TX 78711-3003 |
| 12280495 | | Texas Disposal Systems, Inc, PO Box 674090, Dallas, TX 75267-4090 |
| 12280496 | + | Texas Gas Service, PO Box 219913, Kansas City, MO 64121-9913 |
| 12280498 | + | Textedly, 133 N. Citrus Ave., Suite 202, Los Angeles, CA 90036 |
| 12280499 | + | The Creative Group, c/o Robert Half, 2884 Sand Hill Road, Ste 200, Menlo Park, CA 94025-7072 |
| 12280500 | + | The Hartford, PO Box 14219, Lexington, KY 40512-4219 |
| 12280501 | | The Steam Team, Inc, 1904 W. Koeing Lane, Austin, TX 78756-1211 |
| 12280502 | + | Third Coast Graphics, Inc, 110 Del Monte Dr., Friendswood, TX 77546-4487 |
| 12280505 | + | Thomas, David, 79 Malone Hill Road, Elma, WA 98541-9206 |
| 12280503 | | Travelers, PO Box 660317, Dallas, TX 75266-0317 |
| 12280504 | + | Travis County, PO Box 149328, Austin, TX 78714-9328 |
| 12280506 | + | U.S. Legal Support, PO Box 4772, Houston, TX 77210-4772 |
| 12280508 | + | Vazquez, Valdemar Rodriguez, 145 Quail Ridge Drive, Kyle TX 78640-9788 |
| 12280510 | + | Verizon Edgecast, 13031 West Jefferson Blvd, Building 900, Los Angeles, CA 90094-7002 |
| 12280511 | + | Veronique De La Rosa, c/o Chamberlain Hrdlicka, attn: Jarrod B. Martin, 1200 Smith, Suite 1400, Houston TX 77002-4496 |
| 12280512 | + | Vultr, 14 Cliffwood Avenue, Suite 300, Matawan, NJ 07747-3931 |
| 12280521 | + | WMQM-AM 1600, 21 Stephen Hill Road, Atoka, TN 38004-7183 |
| 12280522 | | WWCR, 1300 WWCR Avenue, Nashville, TN 37218-3800 |
| 12280513 | #+ | Waste Connections Lone Star, Inc., PO Box 17608, Austin, TX 78760-7608 |
| 12280514 | + | Water Event - Pure Water Solutions, 1310 Missouri St, South Houston, TX 77587-4537 |
| 12280515 | | Watson, Paul, 9 Riverdale Road, Ranmoor Sheffield, South Yorkshire S10 3FA, United Kingdom |
| 12280516 | | Westwood One, LLC, 3542 Momentum Place, Chicago, IL 60689-5335 |
| 12280518 | + | William Aldenberg, c/o Ryan Chapple, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12517854 | + | William Aldenberg, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12517864 | + | William Sherlach, c/o Kyle Kimpler, Paul Weiss Rifkind Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12280517 | + | William Sherlach, c/o Ryan Chapple, 303 Colorado Stret, Suite 2850, Austin TX 78701-0137 |
| 12280519 | + | Willow Grove Productions, 1810 Rockcliff Road, Austin, TX 78746-1215 |
| 12280520 | | Wisconsin Dept. of Revenue, PO Box 3028, Milwaukee, WI 53201-3028 |

| District/off: 0541-4 | User: ADIuser | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: pdf001 | Total Noticed: 199 |

| 12280523 | + | Your Promtional Products, LLC, 133 North Friendswood STE 186, Friendswood, TX 77546-3746 |
| 12280524 | + | Zendesk, Inc, 989 Market Street, San Francisco, CA 94103-1708 |
| 12280525 | + | Zoom US, 55 Almaden Blvd, 6th Floor, San Jose, CA 95113-1608 |
| 12280406 | + | eCommerce CDN, LLC, 221 E 63rd Street, Savannah, GA 31405-4226 |
| 12280444 | + | mongoDB Cloud, 1633 Broadway, 39th Floor, New York, NY 10019-6757 |

TOTAL: 169

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jun 21 2024 19:38:52 | AXOS Bank, c/o Quilling Selander Lownds, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | ^ | MEBN | Jun 21 2024 19:38:58 | Ally Bank, c/o Quilling, Selander, et al, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| crcm | + | Email/Text: mbrimmage@akingump.com | Jun 21 2024 19:39:00 | Official Committee of Unsecured Creditors of Alexa, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | Jun 21 2024 19:39:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | ^ | MEBN | Jun 21 2024 19:38:06 | Texas Comptroller of Public Accounts, Revenue Acco, Kimberly A. Walsh, PO Box 12548, Austin, TX 78711-2548 |
| cr | ^ | MEBN | Jun 21 2024 19:38:08 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Jun 21 2024 19:39:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |
| 12280385 | | Email/Text: g17768@att.com | Jun 21 2024 19:39:00 | AT&T, PO Box 5001, Carol Stream, IL 60197-5001 |
| 12280387 | + | Email/Text: dan@awio.com | Jun 21 2024 19:39:00 | AWIO Web Services LLC, 6608 Truxton Ln, Raleigh, NC 27616-6694 |
| 12280379 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 21 2024 19:39:00 | Ally Auto, PO Box 9001948, Louisville, KY 40290-1948 |
| 12309268 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 21 2024 19:50:38 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 12280381 | | Email/Text: bankruptcynotices@amazon.com | Jun 21 2024 19:46:00 | Amazon Web Services, 410 Terry Avenue North, Seattle, WA 98109-5210 |
| 12280382 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 19:50:39 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 12298292 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 19:50:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12280397 | | Email/Text: AEBankruptcyGroup@austinenergy.com | Jun 21 2024 19:39:00 | City of Austin, c/o Austin Energy, 4815 Mueller Blvd., Austin, TX 78723 |
| 12298030 | ^ | MEBN | Jun 21 2024 19:38:13 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 12280432 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jun 21 2024 19:39:00 | Konica Minolta Premier Finance, PO Box 41602, Philadelphia, PA 19101-1602 |
| 12295421 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jun 21 2024 19:39:00 | De Lage Landen Financial Services, Inc., 1111 Old Eagle School Road, Wayne, PA 190087 |

| | | | |
|---|---|---|---|
| 12280403 | + | Email/Text: G06041@att.com | |
| | | Jun 21 2024 19:46:00 | DirectTV, PO Box 5006, Carol Stream, IL 60197-5006 |
| 12280416 | | Email/Text: Mailbox-Bankruptcy@gettyimages.com | |
| | | Jun 21 2024 19:39:00 | Getty Images, Inc, PO Box 953604, St. Louis, MO 63195-3604 |
| 12280423 | | Email/Text: bankruptcy2@ironmountain.com | |
| | | Jun 21 2024 19:46:00 | Iron Mountain, Inc, PO Box 915004, Dallas, TX 75391-5004 |
| 12280447 | + | Email/Text: ed@mvdb2b.com | |
| | | Jun 21 2024 19:46:00 | MVD Entertainment Group, 203 Windsor Rd, Pottstown, PA 19464-3405 |
| 12280446 | + | Email/Text: ed@mvdb2b.com | |
| | | Jun 21 2024 19:46:00 | Music Videos Distributors, 203 Windsor Rd, Pottstown, PA 19464-3405 |
| 12280486 | | Email/Text: bankruptcy@dsservices.com | |
| | | Jun 21 2024 19:45:00 | Sparkletts & Sierra Springs, PO Box 660579, Dallas, TX 75266-0579 |
| 12280488 | + | Email/Text: dl-csgbankruptcy@charter.com | |
| | | Jun 21 2024 19:46:00 | Spectrum Enterprise aka Time Warner Cable, 1600 Dublin Road, Columbus, OH 43215-2098 |
| 12301671 | + | Email/Text: BKECF@traviscountytx.gov | |
| | | Jun 21 2024 19:39:00 | Travis County c/o Jason A. Starks, PO Box 1748, Austin, Texas 78767-1748 |
| 12280507 | + | Email/Text: arbankruptcy@uline.com | |
| | | Jun 21 2024 19:46:00 | Uline Shipping Supply, 12575 Uline Drive, Pleasant Prarie, WI 53158-3686 |
| 12280509 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jun 21 2024 19:39:00 | Verizon, PO Box 660108, Dallas, TX 75266-0108 |
| 12315310 | | Email/Text: DORBANKRUPTCYSPECIALIST@WISCONSIN.GOV | |
| | | Jun 21 2024 19:46:00 | Wisconsin Dept of Revenue, Special Procedures Unit, POB 8901, Madison, WI 53708-8901 |
| 12280405 | + | Email/Text: jstauffe_bk@ebay.com | |
| | | Jun 21 2024 19:46:00 | eBay, 2025 Hamilton Avenue, San Jose, CA 95125-5904 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| aty | | Annie Catmull |
| aty | | O'ConnorWechsler PLLC |
| aty | | The Law Office of Liz Freeman |
| cr | | ADP TotalSource, Inc. |
| wit | | Charles "Charlie" Cicack |
| res | | Cicack Holdings, LLC |
| intp | | David Ross Jones |
| op | | Marc Schwartz |
| op | | Marc Schwartz |
| cr | | Public Storage |
| op | | Schwartz Associates, LLC |
| op | | Schwartz and Associates, LLC |
| intp | | Shelby A Jordan |
| intp | | Sweetwater Holdings Group, Inc. |
| op | | W. Marc Schwartz |
| 12280477 | | Resistance Manifesto |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 12280465 | *+ | Perfect Imprints.com, 709 Eglin Pkwy NE, Fort Walton Beach, FL 32547-2527 |
| cr | ##+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |

| cr | ##+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| 12280395 | ##+ | Chelsea Green Publishing, 85 North Main Street Ste 120, White River Junction, VT 05001-7135 |
| 12280418 | ##+ | Greenair, Inc, 23569 Center Ridge Road, Westlake, OH 44145-3642 |
| 12280437 | ##+ | Logo It, LLC, 820 Tivy Street, Kerrville, TX 78028-3654 |
| 12280457 | ##+ | Paymentus, 18390 NE 68th St, Redmond, WA 98052-5057 |
| 12280467 | ##+ | Post Hill Press, LLC, 8115 Isabella Lane, Ste. 4, Brentwood, TN 37027-9110 |

TOTAL: 17 Undeliverable, 3 Duplicate, 10 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024         Signature:     /s/Gustava Winters