**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **FREE SPEECH SYSTEMS, LLC,** | § | **Case No. 22-60043 (CML)** |
| | § | |
| **DEBTOR.** | § | **(Subchapter V Debtor)** |
| | § | **Chapter 11** |

**HAROLD MAY AND EVIDENT TAX, LLC'S NOTICE TO THE COURT**
**REGARDING THE FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND**
**PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**TO THE HONORABLE CHRISTOPHER LOPEZ, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Mr. Harold "Hap" May and Evident Tax, LLC (the "Applicants") and would notice the Court that the First Interim Fee Application filed on June 12, 2024 (ECF #940) (the "Application") is a FINAL Application. The Applicants seek approval of Applicant's fees in the total amount of $123,932.50 and reimbursement expenses totaling $147.02 incurred during its employment as Tax Consultant and Advisor to Free Speech Systems, LLC (the "Debtor") from July 5, 2023, through June 7, 2024, and for transition services rendered thereafter (the "Application Period"). There are no updates to the information in the Application. The Applicant simply wants to alert the court that the Application, instead of being an *interim* application, is the first and final fee application that Applicant will submit in this case.

WHEREFORE, Applicant respectfully prays that the Court enter an order (i) approving the First ~~Interim~~ *and Final* Application; and (ii) allowing, on a final basis, the reasonable attorney fees and expenses claimed herein as allowed administrative expenses of the Debtor's estate under 11 U.S.C. § 503(b)(2).

Respectfully submitted June 26, 2024.

**Harold "Hap" May, P.C.**

By: _/s/ Harold N. May_
Harold N. May
Texas Bar No. 13264800
1500 S. Dairy Ashford, Ste 325
Houston, Texas 77077
Tel: 281-407-5609
Fax: 832-201-7675
Hap.may@may-firm.com

**TAX ADVISOR AND CONSULTANT FOR
FREE SPEECH SYSTEMS, LLC.**

<u>**CERTIFICATE OF SERVICE**</u>

On June 26, 2024, a true and correct copy of the foregoing document was filed with the

Court and served electronically upon those parties registered to receive electronic notice via the

Court's CM/ECF system, as set forth below.

_/s/ Harold N. May_