United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS, LLC,. | Case No. 22-60043 |
| Debtor. | |

### ORDER GRANTING FINAL APPLICATION OF M3 ADVISORY PARTNERS, LP FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2022 THROUGH MAY 31, 2024 [RE DOCKET NO. 927]

The Court has considered the *First Interim and Final Application of M3 Advisory Partners, LP for Compensation Earned and Expenses Incurred for the Period From October 1, 2022 Through May 31, 2024* filed by M3 Advisory Partners, LP (the "Applicant").

1. It is ordered that M3 Advisory Partners, LP is awarded fees and expenses as an administrative expense for the period from October 1, 2022 through May 31, 2024 as follows:

| Fees: | $240,988.13 |
|---|---|
| Expenses: | $207.16 |
| Total | $245,195.29 |

Signed: July 03, 2024

_____
Christopher Lopez
United States Bankruptcy Judge