UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 22-60043 |
| FREE SPEECH SYSTEMS, LLC § | |
| § | |
| § | CHAPTER 11 |
| DEBTOR. § | |
| § | (Subchapter V) |

### NOTICE OF FILING THIRD AND FINAL FEE APPLICATION
### OF MELISSA A. HASELDEN, SUBCHAPTER V TRUSTEE

YOU ARE HEREBY NOTIFIED that on July 5, 2024, Subchapter V Trustee Melissa A. Haselden and Haselden Farrow, PLLC filed a Third and Final Fee Application for Allowance of Compensation [Doc. No. 967] (the "**Application**") for services provided to the above captioned Debtor. The Application has been filed pursuant to 11 U.S.C. § 330, and covers professional services rendered to the Debtor and reimbursement of expenses for the period August 2, 2022 through June 14, 2024.

The Trustee requests that the Court approve on a final basis $724,930.00 in fees, $14,983.87 in expenses, and $7,750.00 for the preparation, service and prosecution of the all fee applications described in the Application for a total amount of $747,663.97. Trustee further seeks final approval of interim payments received in connection with the orders approving the First Interim Fee Application[1] (Docket No. 691) and Second Interim Fee Application (Docket No. 817) and under the Fee Procedures Order in the aggregate amount of $679,954.99 and requests payment from the Debtor of the remaining balance of $67,708.98, less $44,057.62 currently held in trust, for a net additional payment of $23,651.36.

A copy of the Application has been filed with the Clerk of the United States Bankruptcy Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Rm 400, Houston, Texas 77002, and may be examined during its normal business hours.

---

[1] Capitalized terms not otherwise defined have the meaning ascribed in the Application.

DATED: July 5, 2024

Respectfully submitted,
**HASELDEN FARROW PLLC**

By: */s/ Melissa A. Haselden*
Melissa A. Haselden
State Bar No. 00794778
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
Email: mhaselden@haseldenfarrow.com
Subchapter V Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, a copy of the foregoing *Notice of Third and Final Fee Application of Melissa A. Haselden and Haselden Farrow, PLLC, Subchapter V Trustee, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Subchapter V Trustee for the Period from August 2, 2022 through June 14, 2024* has been served through the ECF system to the parties requesting notice.

*/s/ Melissa A. Haselden*
Melissa A. Haselden