UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § **CASE NO. 22-60043** <br> **FREE SPEECH SYSTEMS, LLC** § <br> § <br> § **CHAPTER 11** <br> **DEBTOR.** § <br> § **(Subchapter V)** | |

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Melissa A. Haselden, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was dismissed (or converted, as applicable) with no plan confirmed and no plan payments made to the trustee. Pursuant to 28 U.S.C. 586(e)(5) [or 11 U.S.C. § 330(a), as applicable], on July 5, 2024, trustee filed an application seeking compensation and reimbursement of expenses of $747,663.97 to be awarded to the trustee. This application is pending before the Court. The trustee has received payment on an interim basis in the aggregate amount of $679,954.99 for which final approval is sought and is also currently holding $44.057.62 in trust to be applied to the outstanding invoices upon approval of the application. The remaining funds have not yet been paid to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable). I request that I be discharged from any further duties as trustee.

7/7/2024                                             /s/ Melissa A. Haselden

Date: _____       By: _____
                                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**