United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 10, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Case No. 22-60043 (CML) |
| | § | |
| DEBTOR. | § | (Subchapter V Debtor) |
| | § | Chapter 11 |

## ORDER ON FIRST INTERIM FEE APPLICATION OF HAROLD MAY AND EVIDENT TAX, LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 5, 2023 THROUGH JUNE 7, 2024.

ON THIS DAY, came on for consideration the First Interim Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses (the "Application"), filed by Harold "Hap" May and Evident Tax, LLC, in his capacity as Debtor's Tax Counsel for Free Speech Systems, LLC (the "Debtor"), in the above captioned proceeding, for the period from July 5, 2023 to June 7, 2024. The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered, and costs advanced by Debtor's Tax Counsel on behalf of the Debtor, as set out in the Application, were reasonable, actual and necessary. Accordingly, it is, therefore, ORDERED that

1. The Application is APPROVED.

2. The Court approves compensation to Debtor's Tax Counsel Harold "Hap" May and Evident Tax, LLC in the amount of $123,835.00 for fees and $147.02 in reimbursable expense for a total of $123,972.02.

3. The Court approves the Interim Payment to the Applicant under the Fee Procedures Order in the aggregate amount of $73,972.02.

4. The Court further requires payment of the remaining balance of $50,000.00 to be paid by the Debtor from first available funds and payable to Harold "Hap" May.

Signed: July 10, 2024

_____
Christopher Lopez
United States Bankruptcy Judge