**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
|  | § | Case No. 22-60043 |
|  | § | |
| Debtor. | § | |

**UNSWORN DECLARATION OF SERVICE**

1.    My name is Maria Mendoza, I am above 18 years of age, and I am capable of making this unsworn declaration.

2.    I am affiliated with or employed by Array, a litigation support service whose website is https://trustarray.com/ .

3.    On July 5, 2024, I served each of the individuals and entities reflected on the attached service list via U.S. first claim mail, postage prepaid, the Notice of Final Application for Compensation and Reimbursement of Expenses filed by O'ConnorWechsler PLLC assigned docket no. 970

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2024.

------*Maria Mendoza*----------------------------

Maria Mendoza [print name]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| FREE SPEECH SYSTEMS LLC | )    Case No. 22 - <u>60043</u> |
| | ) |
| Debtor. | )    Chapter 11 (Subchapter V) |

## VERIFICATION OF CREDITOR MATRIX

      The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of its knowledge.

Date:    <u>7/29/22</u>          Signature: _____

                                          Authorized Signer

Airco Mechanical, LTD
PO Box 1598
Round Rock, TX 78680


Addshoppers, Inc
222 S. Church Street , #410M
Charlotte, NC 28202


ADP Total Source Insurance
10200 Sunset Drive
Miami, FL 33173


ADP TotalSource Payroll
10200 Sunset Drive
Miami, FL 33173


Alex E. Jones
c/o Jordan & Ortiz, P.C.
Attn: Shelby Jordan
500 North Shoreline Blvd, STE 900
Corpus Christi, TX 78401


Ally Auto
PO Box 9001948
Louisville, KY 40290


Amazon Marketplace
Amazon Payments, Inc.
410 Terry Ave N.
Seattle, WA 98109


Amazon Web Services
410 Terry Avenue North
Seattle, WA 98109-5210


American Express
PO Box 650448
Dallas, TX 75265-0448


American Media/Reality Zone
PO Box 4646

Thousand Oaks, CA 91359


Andrews, Christopher
210 N. Beyer Stree
Marion, TX 78124


AT&T
PO Box 5001
Carol Stream, IL 60197-5001


Atomial, LLC
1920 E. Riverside Drive
Suite A-120 #124
Austin, TX 78741


AWIO Web Services LLC
6608 Truxton Ln
Raleigh, NC 27616


Balcones Recycling Inc.
PO Box 679912
Dallas, TX 75267


Biodec, LLC
901 S. Mopac Expressway, Building 4, Ste 285
Austin, TX 78746


Blott, Jacquelyn
200 University Boulevard
Suite 225 #251
Round Rock TX 78665


Brennan Gilmore
c/o Civil Rights Clinic
ATTN: Andrew Mendrala
600 New Jersey Avenue, NW
Washington, DC 20001


Campco
4625 W. Jefferson Blvd
Los Angeles, CA 90016

Carlee Soto-Parisi
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


Carlos Soto
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


Chelsea Green Publishing
85 North Main Street Ste 120
White River Junction, VT 05001


Christopher Sadowski
c/o Copycat Legal PLLC
3111 N. University Drive Ste. 301
Coral Springs, FL 33065


City of Austin
PO Box 2267
Austin, TX 78783


Cloudflare, Inc
Dept LA 24609
Pasadena, CA 91185-4609


Constant Contact, Inc.
1601 Trapelo Road
Watham, MA 02451


CustomTattoNow.com
16107 Kensington Dr #172
Sugar Land, TX 77479


David Icke Books Limited
c/o Ickonic Enterprises Limited
St. Helen's House King Street
Derby DE1 3EE
United Kingdom

Deese, Stetson
328 Greenland Blvd. #81
Death Valley, CA 92328


DirectTV
PO Box 5006
Carol Stream, IL 60197


Dona Soto
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


eBay
2025 Hamilton Avenue
San Jose, CA 95125


eCommerce CDN, LLC
221 E 63rd Street
Savannah, GA 31405


Edgecast, Inc.
Dept CH 18120
Palatine, IL 60055


Elevated Solutions Group
28 Maplewood Drive
Cos Cob, CT 06807


EPS, LLC
17350 State Hwy 249, Ste 220, #4331
Houston, TX 77064


Erica Lafferty
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


ERM Protect

800 South Douglas Road, Suite 940N
Coral Gables, FL 33134


Frost Insurance Agency
401 Congress Avenue, 14th Floor
Austin ,TX 78701


Francine Wheeler
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


FW Robert Broadcasting Co
2730 Loumor Ave
Metairie, LA 70001


Gabriela Tolentino
5701 S Mopac Expy
Austin, TX 78749


Getty Images, Inc
PO Box 953604
St. Louis, MO 63195-3604


Gracenote
29421 Network Place
Chicago, IL 60673-1294


Greenair, Inc
23569 Center Ridge Road
Westlake, OH 44145


Haivision Network Video
Deot CH 19848
Palatine, IL 60055-9848


Ian Hockley
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604

Impact Fire Services, LLC
PO Box 735063
Dallas, TX 735063


Independent Publishers Group
PO Box 2154
Bedford Park, IL 60499-2154


Iron Mountain, Inc
PO Box 915004
Dallas, TX 75391-5004


Jacqueline Barden
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


Jennifer Hensel
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


Jeremy Richman
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


JCE SEO
6101 Broadway
San Antonio, TX 78209


Jillian Soto
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


Justin Lair
1313 Lookout Ave
Klamath Falls, OR 97601

JW JIB Productions, LLC
2921 Carvelle Drive
Riviera Beach, FL 33404


KI4U.com
212 Oil Patch Lane
Gonzales, TX 78629-8028


Konica Minolta Premier Finance
PO Box 41602
Philadelphia, PA 19101-1602


Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433


Leonard Pozner
c/o Kaster Lynch Farrar & Ball LLP
1117 Herkimer
Houston, TX 77008


Lincoln-Remi Group, LLC
1200 Benstein Rd.
Commerce Twp., MI 48390


LIT Industrial
1717 McKinney Ave #1900
Dallas, TX 75202


Logo It, LLC
820 Tivy Street
Kerrville, TX 78028


Lumen/Level 3 Communications
PO Box 910182
Denver, CO 80291-0182


Marcel Fontaine
c/o Kaster, Lynch, Farrar & Ball LLP
1117 Herkimer
Houston, TX 77008

Mark Barden
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


Magento
PO Box 204125
Dallas, TX 75320-4105


Microsoft Bing Ads
c/o Microsoft Online, Inc.
P.O. Box 847543
1950 N Stemmons Fwy, Ste 5010
Dallas, TX 75207


Miller, Sean
PO Box 763
Wyalusing, PA 18853


mongoDB Cloud
1633 Broadway
39th Floor
New York, NY 10019


MRJR Holdings, LLC
PO Box 27740
Las Vegas, NV 89426


Music Videos Distributors
203 Windsor Rd
Pottstown, PA 19464


MVD Entertainment Group
203 Windsor Rd
Pottstown, PA  19464


Neil Heslin
c/o Kaster Lynch Farrar & Ball LLP
1117 Herkimer
Houston, TX 77008

Nicole Hockley
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


NetSuite Inc
Bank of America Lockbox Services
Chicago, IL 60693


New Relic
188 Spear Street, Suite 1200
San Francisco, CA 94105


Newegg.com
9997E. Rose Hills Road
Whittier, CA 90601


One Party America, LLC
6700 Woodlands Parkway, Suite 230-309
The Woodlands, TX 77382


Orkin, Inc.
5810 Trade Center Drive, Suite 300
Austin, TX 78744


Pattison Law Firm, P.C.
501 IH-35
Austin, TX 78702


Payarc
411 West Putnam Avenue, Ste 340
Greenwich, CT 06830


Paymentus
18390 NE 68th St
Redmond, WA 98052


Paz Law, LLC
1021 Orange Center Road

Orange, CT 06477


Perfect Imprints.com
709 Eglin Pkwy NE
Fort Walton Beach, FL 32547


Perkins, Wes
General Delivery
Lockhart, TX 78644


Poulsen, Debra
112 Eames St.
Elkhorn, WI  53121


PQPR Holdings Limited, LLC
c/o Stephen Lemmon
1801 S. Mopac Expressway
Suite 320
Austin, TX 78746


Protection 1 Alarm
PO Box 219044
Kansas City, MO 64121


Percision Oxygen
13807 Thermal Dr
Austin, TX 78728


Perfect Imprints.com
709 Eglin Pkwy NE
Fort Walton Beach, FL 32547


Pipe Hitters Union, LLC
PO Box 341194
Austin, TX 78734


Post Hill Press, LLC
8115 Isabella Lane, Ste. 4
Brentwood, TN 37027

Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006


Power Reviews, Inc.
1 N. Dearborn Street
Chicago, IL 60602


Precision Camera
2438 W Anderson Ln
Austin, TX 78757


Private Jets, LLC
1250 E. Hallandale Beach Blvd, Suite 505
Hallandale, FL 33009


Public Storage
2301 E. Ben White Blvd
Austin, TX 78741-7199


Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117


RatsMedical.com
c/o Rapid Medical
120 N Redwood Rd
North Salt Lake, UT 84054


Ready Alliance Group, Inc
PO Box 1709
Sandpoint, ID 83864


Renaissance
PO Box 8036
Wisconsin Rapids, WI 54495-8036


Resistance Manifesto


Restore America

PO Box 147
Grimsley, TN 38565


Robert Parker
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


Scarlett Lewis
c/o Farrar & Ball, LLP
1117 Herkimer Street
Houston, TX 77008


Security Bank of Crawford
6688 North Lone Star Parkway
PO Box 90
Crawford, TX 76638


Simon & Schuster
PO Box 70660
Chicago, IL 60673


SintecMedia NYC, Inc. DBA Operative
PO Box 200663
Pittsburgh, PA 15251-2662


Skousen, Joel
PO Box 565
Spring City, UT 84662


Skyhorse Publishing
307 West 36th Street, 11th Floor
New York, NY 10018


Sparkletts & Sierra Springs
PO Box 660579
Dallas, TX 75266-0579


SLNT
30 N Gould St, Ste 20647
Sheridan, WY 82801

Spectrum Enterprise aka Time Warner Cable
PO Box 60074
City of Industry, CA 91716


Stamps.com
1990 E Grand Ave.
El Segundo, CA 90245


Stone Edge Technologies, Inc
660 American Avenue, Suite 204
King of Prussia, PA 19406


Stratus Technologies
5 Mill & Main Place, Suite 500
Maynard, MA 01754


Studio 2426, LLC
1920 E. Riverside Drive, Suite A120, #222
Austin, TX 78741


Synergy North America, Inc
11001 W. 120th Avenue, Suite 400
Broomfield, CO 80021


TD Canada Trust
421 7th Avenue SW
Calgary, AB T2P 4K9, Canada


Texas Disposal Systems, Inc
PO Box 674090
Dallas, TX 75267-4090


Texas Gas Service
PO Box 219913
Kansas City, MO 64121


Texas Comptroller
PO Box 13003
Austin, TX 78711

Textedly
133 N. Citrus Ave., Suite 202
Los Angeles, CA 91723


The Creative Group
c/o Robert Half
2884 Sand Hill Road, Ste 200
Menlo Park, CA 94025


The Hartford
PO Box 14219
Lexington, KY 40512


The Steam Team, Inc
1904 W. Koeing Lane
Austin, TX 78756-1211


Third Coast Graphics, Inc
110 Del Monte Dr.
Friendswood, TX 77546


Travelers
PO Box 660317
Dallas, TX 75266-0317


Travis County
PO Box 149328
Austin, TX 78714


Thomas, David
79 Malone Hill Road
Elma, WA 98541


U.S. Legal Support
PO Box 4772
Houston, TX 77210


Uline Shipping Supply
12575 Uline Drive

Pleasant Prarie, WI 53158


Vazquez, Valdemar Rodriguez
145 Quail Ridge Drive
Kyle TX 78640


Verizon
PO Box 660108
Dallas, TX 75266


Verizon Edgecast
13031 West Jefferson Blvd, Building 900
Los Angeles, CA 90094


Veronique De La Rosa
c/o Kaster Lynch Farrar & Ball LLP
1117 Herkimer
Houston, TX 77008


Vultr
14 Cliffwood Avenue, Suite 300
Matawan, NJ 07747


Waste Connections Lone Star, Inc.
PO Box 17608
Austin, TX 78760


Water Event - Pure Water Solutions
1310 Missouri St
South Houston, TX 77587


Watson, Paul
9 Riverdale Road
Ranmoor Sheffield
South Yorkshire S10 3FA
United Kingdom


Westwood One, LLC
3542 Momentum Place
Chicago, IL 60689-5335

William Sherlach
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


William Aldenberg
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604


Willow Grove Productions
1810 Rockcliff Road
Austin, TX 78746


Wisconsin Dept. of Revenue
PO Box 3028
Milwaukee, WI 53201-3028


WMQM-AM 1600
21 Stephen Hill Road
Atoka, TN 38004


WWCR
1300 WWCR Avenue
Nashville, TN 37218-3800


Your Promtional Products, LLC
133 North Friendswood STE 186
Friendswood, TX 77546


Zendesk, Inc
989 Market Street
San Francisco, CA 94103


Zoom US
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

Avi Moshenberg
LAWSON & MOSHENBERG PLLC
801 Travis Street
Houston, TX 77002

| |
|---|
| Vickie Driver 2525 McKinnon Street, Ste. 425, Dallas TX 75201 |
| Ryan E Chapple 303 Colorado St, Ste 2850, Austin, TX 78701 |
| Alinor Sterling 350 Fairfield Ave, BridgePort CT 06604 |
| Kyle J Kimpler, Christopher Hopkins, Martin J Salvucci,1285 Ave. of the Americas, Ny, NY 10019-6064 |
| |
| Jarrod B Martin Chambers Hrdlicka White Williams & Aughtry PC |
| Jennifer J Hardy, 600 Travis St., Houston, TX 77002 |
| Rachel C Strickland, Stuart R Lombardi, Ciara A Sisco, 787 Seventh Ave., NY NY 10019 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Comptroller Name | Comptroller Address | Comptroller City | Comptroller State | Comptroller Zip |
| 2 | State Comptroller's Office, State of Alabama, Dept of Finance | 100 North Union Street, Suite 220 | Montgomery | AL | 36130 |
| 3 | State of Alaska Department of Revenue | PO Box 110400 | Juneau | AK | 99811-0400 |
| 4 | Arizona General Accounting Office | 100 N. 15th Ave, Suite 302 | Phoenix | AZ | 85007 |
| 5 | Arizona Department of Revenue | 1600 West Monroe Street | Phoenix | AZ | 85007 |
| 6 | Department of Finance & Administration | 1509 West 7th, 2nd Floor | Little Rock | AR | 72201 |
| 7 | California State Controller, State Accounting and Reporting Division | 3301 C Street, Suite 753 | Sacramento | CA | 95816 |
| 8 | California State Controller, Executive Office | 300 Capitol Mall, Suite 1850 | Sacramento | CA | 95814 |
| 9 | Colorado Office of the State Controller | 1525 Sherman St. | Denver | CO | 80203 |
| 10 | Office of the State Comptroller, State of Connecticut | 165 Capitol Avenue | Hartford | CT | O6106 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 11 | Controller General | 411 Legislative Avenue | Dover | DE | 19901 |
| 12 | Office of the Secretary of State, Dover Office | 401 Federal St., Suite 3 | Dover | DE | 19901 |
| 13 | Office of Tax & Revenue | 1101 4th Street SW., Suite 270 West | Washington | DC | 20024 |
| 14 | Office of Comptroller | 605 Suwannee St. | Tallahassee | FL | 32399 |
| 15 | Department of Revenue | 1800 Century Blvd | NE Atlanta | GA | 30345 |
| 16 | Office of the Comptroller | Kalanimoku Buidling, 1151 Punchbowl Street | Honolulu | HI | 96813 |
| 17 | State of Idaho Controller's Office | 700 W. State St., PO Box 83720 | Boise | ID | 83720-0011 |
| 18 | Illinois Office of Comptroller - Springfield | 325 West Adams Street | Springfield | IL | 62704 |
| 19 | Illinois Office of Comptroller - Chicago | 555 West Monroe Street, Suite 1400S-A | Chicago | IL | 60661 |
| 20 | Office of the State Comptroller of Indiana | 200 West Washington Street, Suite 240 | Indianapolis | IN | 46204 |
| 21 | Department of Revenue | 100 N Senate Ave, Room N105 | Indianapolis | IN | 46204 |
| 22 | Iowa Department of Revenue | PO Box 10330 | Des Moines | IA | 50306-0330 |
| 23 | State Treasurer | 900 SW Jackson, Suite 201 | Topeka | KS | 66612 |
| 24 | Office of the Controller | 200 Mero Street, 5th Floor | Frankfort | KY | 40622 |

| | A | B | C | | D | E |
|---|---|---|---|---|---|---|
| 25 | Louisiana Department of Revenue | PO Box 201 | Baton Rouge | LA | 70821-0201 | |
| 26 | Office of the State Controler | 14 State House Station | Augusta | ME | 04333-0014 | |
| 27 | Office of the State Comptroller | 80 Calvert St, PO Box 466 | Annapolis | MD | 21404-0466 | |
| 28 | Office of the Controller Commonwealth of Massachusetts | One Ashburton Place, 9th Floor | Boston | MA | 02108 | |
| 29 | State Treasurer | Austin Building, 430 W. Allegan St. | Lansing | MI | | 48922 |
| 30 | Minnesota Department of Revenue | 600 N. Robert St. | St. Paul | MN | | 55146 |
| 31 | State Treasury of Mississippi | PO Box 138 | Jackson | MS | | 39205 |
| 32 | Missouri State Treasurer's Office | PO Box 210 | Jefferson City | MO | | 65102 |
| 33 | Montana Department of Revenue | PO Box 5805 | Helena | MT | 59604-5805 | |
| 34 | Nebraska Department of Revenue | PO Box 94818 | Lincoln | NE | 68509-4818 | |
| 35 | Nevada State Controller's Office | Nevada State Capitol Buidling, 101 N. Carson Street, Suite 5 | Carson City | NV | 89701-4786 | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 36 | New Hampshire Department of Revenue Administration | 109 Pleasant Street (Medical & Surgical Building) | Concord | NH | O3301 |
| 37 | New Jersey Office of the State Comptroller | PO Box 024 | Trenton | NJ | O8625 |
| 38 | New Mexico Taxation & Revenue | 1200 South St. Francis Drive | Santa Fe | NM | 87505 |
| 39 | Office of the New York State Comptroller | 59 Maiden Lane | New York | NY | 10038 |
| 40 | State of North Carolina Office of the State Controller | 1410 Mail Service Center | Raleigh | NC | 27699-1410 |
| 41 | Office of the State Tax Commissioner | 600 E. Boulevard Avenue Dept 127 | Dismarck | ND | 58505-0500 |
| 42 | Ohio Department of Taxation | 4485 Northland Ridge Blvd. | Columbus | OH | 43229 |
| 43 | Oklahoma State Treasurer | State Capitol Buidling, Room 217, 2300 N. Lincoln Blvd. | Oklahoma City | OK | 73105 |
| 44 | Oregon Department of Revenue | 955 Center St. NE | Salem | OR | 97301-2555 |
| 45 | Office of Comptroller Operations | 9th Floor - Forum Place, 555 Walnut Street | Harrisburg | PA | 17101 |
| 46 | Office of Accounts & Control | One Capitol Hill, 4th Floor | Providence | RI | O2908 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 47 | South Carolina Comptroller General | 1200 Senate Street, 305 Wade Hampton Office Building | Columbia | SC | 29201 |
| 48 | Department of Revenue | 445 East Capitol Ave | Pierre | SD | 57501-3185 |
| 49 | Tennessee Comptroller of the Treasury | State Capitol | Nashville | TN | 37243-9034 |
| 50 | Texas Comptroller of Public Accounts | PO Box 13528, Capitol Station | Austin | TX | 78711-3528 |
| 51 | Utah Office of State Treasurer | 350 N State Street, Suite 180 | Salt Lake City | UT | 84114-2315 |
| 52 | Office of the State Auditor | East Office Building, Suite E310, Utah State Capitol Complex | Salt Lake City | UT | 84114 |
| 53 | Department of Finance & Management | 109 State Street | Montpelier | VT | 05609 |
| 54 | Department of Taxes | 1st Floor Lobby, 133 State Street | Montpelier | VT | 05602 |
| 55 | Department of Accounts | PO Box 1971 | Richmond | VA | 23218-1971 |
| 56 | Washington State Department of Revenue | Attn: Bankruptcy Unit, 2101 4th Ave, Suite 1400 | Seattle | WA | 98121 |
| 57 | West Virginia Tax Division | 1001 Lee Street East | Charleston | WV | 25301 |
| 58 | State Controller's Office | PO Box 7932 | Madison | WI | 53707-7932 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 59 | Department of Revenue | 122 West 25th Street, Suite E301, Herschler Building East | Cheyenne | Wy | 82002 |