United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 30, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| FREE SPEECH SYSTEMS LLC, § | |
| § | Case No. 22-60043 |
| Debtor. § | |
| § | |
| § | |

**STIPULATION AND AGREED ORDER EXTENDING DEADLINE FOR TRUSTEE TO RESPOND TO THE LAW OFFICE OF LIZ FREEMAN'S <u>FIRST AND FINAL FEE APPLICATION</u>**
(Relates to Doc. No. 972)

**WHEREAS,** on July 29, 2022 ("*Petition Date*"), Free Speech Systems LLC ("*Debtor*") filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas ("*Court*").

**WHEREAS,** on November 7, 2022, the Court entered an order approving the retention of Jackson Walker LLP ("*JW*") [DE 265] as general bankruptcy counsel to Melissa Haselden, the Subchapter V Trustee (the "*Subchapter V Trustee*"), with Elizabeth Freeman acting as attorney-in-charge.

**WHEREAS,** in December 2022, Ms. Freeman left JW and formed the Law Office of Liz Freeman, PLLC ("*Freeman*") and worked as co-general counsel with JW to the Subchapter V Trustee, with Ms. Freeman working as attorney-in-charge.

**WHEREAS,** on January 19, 2024, an application was filed to employ Freeman as counsel for the Subchapter V Trustee, effective as of December 5, 2022 [DE 789].

**WHEREAS,** on June 21, 2024, the Court entered an *Order Dismissing Case* [DE 956] ("*Dismissal Order*") which, among other matters, (i) dismissed the Debtor's bankruptcy case, (ii) directed all final applications for compensation be filed within 14 days after the entry of the

1

15485669

Dismissal Order, and (iii) directed the CRO of the Debtor to transfer control of the Debtor's accounts to Christopher R. Murray, in his capacity as the Chapter 7 Trustee ("*Trustee*") for the bankruptcy estate of Alexander Jones (Case No. 22-33553).

**WHEREAS,** Freeman filed its *First and Final Fee Application* [DE 972] on July 5, 2024 (the "*Final Fee Application*") requesting allowance and payment, on a final basis, professional fees and reimbursable expenses for professional services rendered as counsel to the Subchapter V Trustee for the period of December 5, 2022 through June 14, 2024.

**WHEREAS,** the deadline for all parties receiving service via ECF to file a response to the Final Fee Application is July 26, 2024 ("*Original Response Deadline*").

**WHEREAS,** the Trustee requested, and Freeman has agreed to, a 14-day extension of the Original Response Deadline of the Trustee in order to aid in a more efficient transition of the Alex Jones bankruptcy case after the Court converted it from chapter 11 to chapter 7 on June 14, 2024.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES HERETO AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED THAT:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereafter.

2. The deadline for the Trustee to file a response and/or objection to Freeman's Final Fee Application is extended to **August 9, 2024**.

3. Nothing herein shall be construed to prohibit the Parties from seeking further extensions by agreement and/or by further order of the Court.

4. Notwithstanding anything in the Bankruptcy Code or the Bankruptcy Rules to the contrary, this *Stipulation and Agreed Order* shall be effective immediately upon the Court's approval.

5. The Court has exclusive jurisdiction and power regarding the implementation, interpretation, and enforcement of this *Stipulation and Agreed Order*.

**IT IS SO ORDERED.**

Signed: July 29, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

**Agreed as to form and substance:**

| **Porter Hedges LLP** | **The Law Office of Liz Freeman, PLLC** |
|---|---|
| By:  */s/ Joshua W. Wolfshohl*<br>Joshua W. Wolfshohl<br>State Bar No. 24038592<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>(713) 226-6000<br>(713) 228-1331 (fax)<br><br>**Proposed Counsel to Christopher R. Murray, Chapter 7 Trustee of the Alex Jones Estate** | By: */s/ Elizabeth Freeman*<br>Elizabeth Freeman<br>State Bar No. 24009222<br>PO Box 61209<br>Houston, Texas 77208-1209<br>832-779-3580<br><br>**Proposed Counsel to Melissa Haselden, Former Subchapter V Trustee for Free Speech Systems, LLC** |

15485669

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on July 26, 2024.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15485669