UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | §   CASE NO. 22-60043 |
| FREE SPEECH SYSTEMS, LLC | § |
| | § |
| | §   CHAPTER 11 |
| DEBTOR. | § |
| | §   (Subchapter V) |

**ORDER ON THIRD AND FINAL APPLICATION OF MELISSA A. HASELDEN AND HASELDEN FARROW, PLLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE TO THE DEBTOR FOR THE PERIOD FROM AUGUST 2, 2022 THROUGH JUNE 14, 2024**

(Relates to Docket No. 967)

On this day, came on for consideration the Third and Final Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Subchapter V Trustee (the "**Application**"), filed by Melissa A. Haselden and Haselden Farrow, PLLC (**"Trustee"**), in her capacity as Subchapter V Trustee for Free Speech Systems, LLC (the **"Debtor"**), in the above captioned proceeding, for the period from August 2, 2022 through June 14, 2024.  The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered, and costs advanced by the Trustee on behalf of the Debtor, as set out in the Application, were reasonable, actual and necessary. Accordingly, it is, therefore, ORDERED that

    1.    The Application is APPROVED.

    2.    The Court approves compensation to Subchapter V Trustee  Melissa A. Haselden and Haselden Farrow, PLLC, on a final basis, in the amount of $724,930.00 for fees, $7,750,00 as reimbursement for the preparation, prosecution and service of all fee applications filed in this case and $14,983.97 for reimbursable expenses, for the for a total of $747,663.97.

    3.    The Court approves, on a final basis, interim payments remitted to Trustee in connection with the orders approving the First Interim Fee Application[1] (Docket No. 691) and Second Interim Fee Application (Docket No. 817) and under the Fee Procedures Order in the aggregate amount of $635,897.17.

---

[1] Capitalized terms not otherwise defined have the meaning ascribed in the Application.

Order Third and Final Fee Application

4.	The Court authorizes Trustee and Haselden Farrow, PLLC to apply $44,057.62[2], which is currently held in trust, to outstanding invoices approved herein,

5.	The Court further requires payment of the remaining balance of remaining balance of $67,708.98 to be paid by the Debtor from first available funds and payable to Haselden Farrow, PLLC.

Signed this _____ day of _____, 2024

_____
CHRISTOPHER M. LOPEZ
United States Bankruptcy Judge

---

[2] The Motion contained a clerical error in that the retainer currently held by HF in the amount $44,057. 62 was credited twice – it was included as part of the $679,954.99 credited as payments received by HF and also deducted again as application of retainer. Accordingly, the correct outstanding balance owed (after application of the $44,057.62 held as retainer) is $67,708.98.