UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-60043 |
| FREE SPEECH SYSTEMS, LLC | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |
| | § | SUBCHAPTER V |

## CERTIFICATE OF NO OBJECTION
(Relates to Docket No. 967)

On July 5, 2024, Melissa A. Haselden, Subchapter V Trustee in the captioned case, filed the THIRD AND FINAL APPLICATION OF MELISSA A. HASELDEN FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE TO FREE SPEECH SYSTEMS, LLC ("**Application**")[Docket No. 967] and Notice of Filing the Application ("**Notice**")[Docket No. 968] and the Notice was served on the Master Service List, as evidenced by the Unsworn Declaration of Mailing [Docket No. 978]. I certify that no objections have been made to or filed in connection with the Application or Notice.

DATED: August 12, 2024

Respectfully submitted,
**HASELDEN FARROW PLLC**

By: */s/ Melissa A. Haselden*
MELISSA A. HASELDEN
State Bar No. 00794778
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
Email: mhaselden@haseldenfarrow.com
*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2024, a copy of the foregoing *Certificate of No Objection* has been served to parties requesting notice via the Court's ECF system.

*/s/ Melissa A. Haselden*

_____
Melissa A. Haselden