United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 12, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-60043 |
| **FREE SPEECH SYSTEMS, LLC** | § | |
| | § | |
| | § | CHAPTER 11 |
| **DEBTOR.** | § | |
| | § | (Subchapter V) |

### ORDER ON THIRD AND FINAL APPLICATION OF MELISSA A. HASELDEN AND HASELDEN FARROW, PLLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE TO THE DEBTOR FOR THE PERIOD FROM AUGUST 2, 2022 THROUGH JUNE 14, 2024

(Relates to Docket No. 967)

On this day, came on for consideration the Third and Final Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Subchapter V Trustee (the "**Application**"), filed by Melissa A. Haselden and Haselden Farrow, PLLC (**"Trustee"**), in her capacity as Subchapter V Trustee for Free Speech Systems, LLC (the **"Debtor"**), in the above captioned proceeding, for the period from August 2, 2022 through June 14, 2024. The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered, and costs advanced by the Trustee on behalf of the Debtor, as set out in the Application, were reasonable, actual and necessary. Accordingly, it is, therefore, ORDERED that

1. The Application is APPROVED.

2. The Court approves compensation to Subchapter V Trustee Melissa A. Haselden and Haselden Farrow, PLLC, on a final basis, in the amount of $724,930.00 for fees, $7,750,00 as reimbursement for the preparation, prosecution and service of all fee applications filed in this case and $14,983.97 for reimbursable expenses, for the for a total of $747,663.97.

3. The Court approves, on a final basis, interim payments remitted to Trustee in connection with the orders approving the First Interim Fee Application[1] (Docket No. 691) and Second Interim Fee Application (Docket No. 817) and under the Fee Procedures Order in the aggregate amount of $679,954.99.

---

[1] Capitalized terms not otherwise defined have the meaning ascribed in the Application.

4. The Court authorizes Trustee and Haselden Farrow, PLLC to apply $44,057.62, which is currently held in trust, to outstanding invoices approved herein,

5. The Court further requires payment of the remaining balance of remaining balance of $67,708.98, less $44,057.62 currently held in trust, for a net additional payment of $23,651.36, to be paid by the Debtor from first available funds and payable to Haselden Farrow, PLLC.

Signed: August 12, 2024

_____
Christopher Lopez
United States Bankruptcy Judge