IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON REDIVISION

------------------------------------------------------- x
                                                                                            :

In re:                                                  :          Chapter 11

FREE SPEECH SYSTEMS, LLC,          :          Case No. 22-60043

        Debtor.                              :

                                                     :          **Ref. Docket No. 969**
------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION**

The undersigned certifies as follows:

1.      On July 5, 2024, the undersigned filed the Final Fee Application of O'ConnorWechsler PLLC ("OWPLLC") as counsel to the debtor ("Final Fee Application") [Docket No. 969].

2.      The deadline for parties to respond to the relief requested was July 26, 2024, except that the Alex Jones chapter 7 trustee had an extended deadline of August 9, 2024 (together, the "Objection Deadline"). No objections were filed on the docket on or before the Objection Deadline.

3.      To the best of the undersigned's knowledge, OWPLLC received no informal objections or comments before the Objection Deadline.

4.      Wherefore, the OWPLLC respectfully requests that the Proposed Order attached hereto be entered at the earliest convenience of the Court.

DATED: August 15, 2024.

                                                     Respectfully submitted,

                                                     O'CONNORWECHSLER PLLC

By:    */s/ Annie Catmull*
Annie E. Catmull
State Bar No. 00794932
aecatmull@o-w-law.com
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

## CERTIFICATE OF SERVICE

I certify that on August 15, 2024, I caused a copy of the foregoing document to be served via the ECF notification system of the U.S. Bankruptcy Court for the Southern District of Texas.

By:    */s/ Annie Catmull*
Annie E. Catmull