United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 27, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| Debtor. | § | |

**FINAL ORDER ALLOWING COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**
**(Docket No. 969)**

The Court has considered the Final Application for Compensation and Reimbursement of Expenses filed by O'ConnorWechsler PLLC (the "Applicant").  The Court orders:

1.     Applicant is allowed compensation and reimbursement of expenses in the amount of  $263,384.91  for the period set forth in the application.

2.     The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3.     The Debtors are authorized and directed to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed:  August 27, 2024

_____
Christopher Lopez
United States Bankruptcy Judge