United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 28, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| Debtor. | § | |

**FINAL ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF THE LAW OFFICE OF LIZ FREEMAN FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS COUNSEL FOR MELISSA HASELDEN, SUBCHAPTER V TRUSTEE FOR THE PERIOD FROM DECEMBER 5, 2022 THROUGH JUNE 14, 2024**

The Court has considered the *First and Final Fee Application of the Law Office of Liz Freeman for Allowance and Payment of Fees and Expenses as Proposed Counsel for Melissa Haelden, Subchapter V Trutee for the Period From December 5 2022 through June 14, 2024* (the "Application") filed by the Law Office of Liz Freeman (the "Applicant"). The Court orders:

A. In making the following findings, the Court has considered the novelty and difficulty of the questions, issues, and problems addressed by the Applicant's services through its representation of the Debtors during this bankruptcy case.

B. The time that the Applicant spent on services provided under the Application was reasonable and necessary based on the complexity, importance, and nature of the bankruptcy case.

C. The billing rates that the Applicant charged are comparable to and reasonable based on rates charged by other professionals with similar experience and expertise in the Southern District of Texas.

D. The services provided by the Applicant were necessary to the administration of this bankruptcy case.

**IT IS THEREFORE ORDERED THAT:**

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $275,000 in compensation and $1,520.94 in expenses, in the total amount of $276,520.94 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this order are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: August 28, 2024

_____
Christopher Lopez
United States Bankruptcy Judge