United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 06, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| Debtor. | § | |

## ORDER GRANTING THE EMERGENCY MOTION TO DIRECT PAYMENT OF ALLOWED PROFESSIONAL FEES

Came on for consideration the Emergency Motion to Direct Payment of Allowed Professional Fees filed by Melissa Haselden. Upon notice and hearing, the Court finds that the relief requested is appropriate. It is therefore, ORDERED:

That Christopher R. Murray, in his capacity as chapter 7 Trustee of the Alexander E. Jones estate, is authorized and directed to pay from the FSS funds, the remaining balances owed to professionals for allowed professional fees owed as reflected in Exhibit A to this Order.

Signed: September 06, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

**Unpaid Professional Compensation Summary**

| Professional | Order Approving Compensation Docket No. | Allowed, Unpaid Fees |
|---|---:|---:|
| O'Conner Wechsler | 1008 | $ 88,384.91 |
| Hap May | 977 | $ 50,000.00 |
| Haselden & Farrow | 1005 | $ 67,708.98 |
| Jackson Walker LLP | 965 | $ 79,349.04 |
| Law Office of Liz Freeman | 1010 | $ 76,520.94 |
| M-3 Advisors | 964 | $ 60,272.45 |
| Ray Battaglia | 913 | $ 3,891.17 |
| | | $ 426,127.49 |

EXHIBIT A