United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FREE SPEECH SYSTEMS, LLC,** | § | Case No. 22-60043 |
| | § | (Subchapter V) |
| Debtor. | § | |

**ORDER APPROVING FINAL FEE APPLICATION OF MARTIN, DISIERE, JEFFERSON & WISDOM, LLP, SPECIAL COUNSEL TO THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE
PERIOD OF AUGUST 30, 2022, THROUGH JUNE 21, 2024
(Relates to dkt. nos. 348 & 956)**

ON THIS DATE this Court considered the *Final Fee Application of Martin, Disiere, Jefferson & Wisdom, LLP, Special Counsel to the Debtor, for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period from August 30, 2022, Through June 21, 2024* (the "***Application***"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court has considered the Application and any objections prior to the signing of this order.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. Martine, Disiere, Jefferson & Wisdom, L.L.P. ("***MDJW***") is awarded $662,502.50 for professional fees and services provided to Debtor during the Application period of August 30, 2022, through June 21, 2024 (the "***Application Period***") as an administrative expense.

3. MDJW is awarded $18,934.01 for reimbursement of actual, reasonable, and necessary expenses incurred by MDJW during the Application Period as an administrative expense.

4. The payment of the fees and expenses awarded herein to MDJW are to be reduced by 50% under the terms of the Order Authorizing Retention, and further reduced by the payment made by Debtor to MDJW as detailed in the Application.

5. Notice of the Application provided by MDJW is deemed to be good and sufficient notice of the Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

IT IS FURTHER ORDERED that, notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Signed: September 10, 2024

_____
Christopher Lopez
United States Bankruptcy Judge