IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| Debtor. | § | |

NOTICE OF FILING EXHIBIT "A" TO EMERGENCY MOTION TO
SUPPLEMENT AND CORRECT ORDER DIRECTING
THE PAYMENT OF ALLOWED PROFESSIONAL FEES
[Relates to Doc. #1023]

Please take notice of the filing of the attached Exhibit "A" to the EMERGENCY MOTION TO SUPPLEMENT AND CORRECT ORDER DIRECTING THE PAYMENT OF ALLOWED PROFESSIONAL FEES (Docket No. 1023).

DATED:  October 2, 2024                              Respectfully submitted,

**HASELDEN FARROW PLLC**

By: */s/ Melissa A. Haselden*
MELISSA A. HASELDEN
State Bar No. 00794778
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
Email: mhaselden@haseldenfarrow.com
FORMER SUBCHAPTER V TRUSTEE


CERTIFICATE OF SERVICE

This certifies that on October 2, 2024, the Notice of Filing Exhibit "A" to Emergency Motion was served via the Court's electronic case filing notification system on the parties requesting notice.


*/s/ Melissa A. Haselden*
MELISSA A. HASELDEN

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | **Chapter 11 (Subchapter V)** |
| **FREE SPEECH SYSTEMS LLC,** § | |
| § | **Case No. 22-60043** |
| Debtor. § | |

## STIPULATION AND AGREED ORDER CORRECTING AND SUPPLEMENTING THE ORDER GRANTING THE EMERGENCY MOTION TO DIRECT PAYMENT OF ALLOWED PROFESSIONAL FEES [Docket #1015]

On September 10, 2024, the Court entered the Order Granting Emergency Motion to Direct Payment of Allowed Professional Fees (the "Order") [Docket No. 1015].

It was discovered after the Order was entered that the allowed compensation for certain professionals differed from the amount reflected on Exhibit A to the Order, and that one professional fee applicant, Martin, Disiere, Jefferson & Wisdom, LLP, was not included in the Order. The Parties stipulate and agree that the corrected compensation amounts, and the amount owing to Martin, Disiere, Jefferson & Wisdom, LLP, are as follows.

| | |
|---|---|
| M3 Advisors | $96,441.72 |
| Martin, Disiere, Jefferson & Wisdom, LLP | $262,502.44 |
| Hap May and Evident Tax LLC | $73,972.02 |

**THEREFORE, it is stipulated and Ordered** that Christopher Murray, chapter 7 Trustee for the estate of Alexander E. Jones, shall pay the amounts reflected in this order to the identified professionals[1], All other provisions of the Order remain in effect.

---

[1] Any amount previously paid by the chapter 7 Trustee to the professionals referenced herein shall be deducted from the balance listed.


EXHIBIT A

Done in Houston, Texas this ___ day of _____, 2024

                                                    Hon. Christopher López
                                                    United States Bankruptcy Judge

AGREED AND ENTRY REQUESTED:

**PORTER HEDGES LLP**

By: <u>Joshua W. Wolfshohl with permission by /s/ Melissa A. Haselden</u>
Joshua W. Wolfshohl
Bar No. 24038592
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
**COUNSEL FOR CHRISTOPHER R. MURRAY, CHAPTER 7 TRUSTEE**

**MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.**

By: <u>*Jeffrey G. Tinkham* with permission by /s/ Melissa A. Haselden</u>
Jeffrey G. Tinkham, Of Counsel
Texas Bar No. 20056300
S.D. Tex. No. 4725
808 Travis, Suite 1100
Houston, Texas 77002
Telephone (713) 632-1700
Email: tinkham@mdjwlaw.com
**SPECIAL COUNSEL FOR FREE SPEECH SYSTEMS, LLC**

**HAROLD "HAP" MAY AND EVIDENT TAX ,LLC**

By: <u>Harold N. May with permission by /s/ Melissa A. Haselden</u>
**Harold N. May**
**Texas Bar No. 13264800**
**1500 S. Dairy Ashford, Ste 325**
**Houston, Texas 77077**
**Tel: 281-407-5609**
**Fax: 832-201-7675**
 Hap.may@may-firm.com
**TAX ADVISOR AND CONSULTANT FOR FREE SPEECH SYSTEMS, LLC.**

M3 ADVISORY PARTNERS, LP


By: <u>Brian J. Griffith with permission by /s/ Melissa A. Haselden</u>
Brian J. Griffith
Senior Managing Director
M3 Advisory Partners, LP
**FINANCIAL ADVISORS TO FORMER SUBCHAPTER V TRUSTEE**