United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 03, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11 (Subchapter V)** |
| **FREE SPEECH SYSTEMS LLC,** | § | |
| | § | **Case No. 22-60043** |
| Debtor. | § | |

## STIPULATION AND AGREED ORDER CORRECTING AND SUPPLEMENTING THE ORDER GRANTING THE EMERGENCY MOTION TO DIRECT PAYMENT OF ALLOWED PROFESSIONAL FEES [Docket #1015]

On September 10, 2024, the Court entered the Order Granting Emergency Motion to Direct Payment of Allowed Professional Fees (the "Order") [Docket No. 1015].

It was discovered after the Order was entered that the allowed compensation for certain professionals differed from the amount reflected on Exhibit A to the Order, and that one professional fee applicant, Martin, Disiere, Jefferson & Wisdom, LLP, was not included in the Order. The Parties stipulate and agree that the corrected compensation amounts, and the amount owing to Martin, Disiere, Jefferson & Wisdom, LLP, are as follows.

| | |
|---|---|
| M3 Advisors | $96,441.72 |
| Martin, Disiere, Jefferson & Wisdom, LLP | $262,502.44 |
| Hap May and Evident Tax LLC | $73,972.02 |

**THEREFORE, it is stipulated and Ordered** that Christopher Murray, chapter 7 Trustee for the estate of Alexander E. Jones, shall pay the amounts reflected in this order to the identified professionals[1], All other provisions of the Order remain in effect.

---

[1] Any amount previously paid by the chapter 7 Trustee to the professionals referenced herein shall be deducted from the balance listed.

EXHIBIT A

Signed: October 03, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

AGREED AND ENTRY REQUESTED:

**PORTER HEDGES LLP**

By: <u>Joshua W. Wolfshohl with permission by /s/ Melissa A. Haselden</u>
Joshua W. Wolfshohl
Bar No. 24038592
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
**COUNSEL FOR CHRISTOPHER R. MURRAY, CHAPTER 7 TRUSTEE**

**MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.**

By: <u>*Jeffrey G. Tinkham* with permission by /s/ Melissa A. Haselden</u>
Jeffrey G. Tinkham, Of Counsel
Texas Bar No. 20056300
S.D. Tex. No. 4725
808 Travis, Suite 1100
Houston, Texas 77002
Telephone (713) 632-1700
Email: tinkham@mdjwlaw.com
**SPECIAL COUNSEL FOR FREE SPEECH SYSTEMS, LLC**

**HAROLD "HAP" MAY AND EVIDENT TAX ,LLC**

By: <u>Harold N. May with permission by /s/ Melissa A. Haselden</u>
**Harold N. May**
**Texas Bar No. 13264800**
**1500 S. Dairy Ashford, Ste 325**
**Houston, Texas 77077**
**Tel: 281-407-5609**
**Fax: 832-201-7675**
Hap.may@may-firm.com
**TAX ADVISOR AND CONSULTANT FOR FREE SPEECH SYSTEMS, LLC.**

M3 ADVISORY PARTNERS, LP

By: <u>Brian J. Griffith with permission by /s/ Melissa A. Haselden</u>
Brian J. Griffith
Senior Managing Director
M3 Advisory Partners, LP
**FINANCIAL ADVISORS TO FORMER SUBCHAPTER V TRUSTEE**