United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FREE SPEECH SYSTEMS, LLC, | § § | Bankruptcy Case No. 22-60043 |
| Debtor. | § | |

| | | |
|---|---|---|
| David Wheeler, *et al*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Adversary No. 23-03036 |
| Free Speech Systems, LLC, | § § | |
| Defendant. | § § § § § § | |

## ORDER DISMISSING CASE AND ADMINISTRATIVELY CLOSING ADVERSARY PROCEEDING

For the reasons set forth in the FSS motion to dismiss, it is ORDERED that this case is dismissed, and the adversary proceeding is administratively closed.

Signed: December 18, 2025

_____
Christopher Lopez
United States Bankruptcy Judge